# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAMONTA JENNINGS,

    Plaintiff,

v.

CHARLES DOMBECK, LAURA SUKOWATY, ROBERT WEINMAN, MARY MOORE, BETHANY SOUTH, ASHLEY HASELEU, and DANIEL LAVOIE,

    Defendants.

Case No. 22-CV-1205-JPS

**ORDER**

    Plaintiff Damonta Jennings, an inmate confined at Waupun Correctional Institution ("WCI"), filed a pro se complaint under 42 U.S.C. § 1983 alleging that his Eighth Amendment rights were violated when he was not provided adequate medical treatment. ECF No. 1. On April 10, 2024, the Court granted Plaintiff's motion to appoint counsel. ECF No. 41. At the Court's request, Attorney Wesley Haslam has now agreed to represent Plaintiff on a pro bono basis. As such, the Court will instruct Attorney Haslam to enter a notice of appearance on or before **March 14, 2025**. Following counsel's appearance, the Court will issue a new scheduling order.

    The Court advises Plaintiff that because it has recruited a lawyer to represent him, if he receives money in this case—either because it is awarded to him by the judge or by a jury or because he settles the case—the Court may require Plaintiff to reimburse the Court for any expenses and/or costs paid by the Court to his recruited attorney. *See* Regulations Governing the Reimbursement of Expenses in Pro Bono Cases from the

District Court Fund (available on the Court's website and copy enclosed). Plaintiff is further advised that, because Attorney Haslam will consent to service of filings through the Court's electronic case filing system, Plaintiff will no longer receive courtesy copies of filings from the Court.

Finally, in light of counsel's appointment, the Court will deny Plaintiff's pending motions for mediation and to appoint an expert, ECF Nos. 54, 55, as moot; Attorney Haslam may address those issues with Plaintiff and file any renewed motions as necessary. The Court notes that any future requests for mediation proceedings before a magistrate judge must be jointly requested.

Accordingly,

**IT IS ORDERED** that Attorney Wesley Haslam shall represent Plaintiff in this action;

**IT IS FURTHER ORDERED** that a copy of this Order be sent to Attorney Wesley Haslam, and Counsel shall file an appearance on Plaintiff's behalf on or before **March 14, 2025**;

**IT IS FURTHER ORDERED** that the Clerk of Court send Plaintiff a copy of this Order and a copy of the Regulations Governing the Reimbursement of Expenses in Pro Bono Cases; and

**IT IS FURTHER ORDERED** that Plaintiff's motion for mediation and motion to appoint expert, ECF Nos. 54, 55, be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2025.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge