Patient: **JENNINGS, DAMONTA D**  MRN/DOC#: 000669475  DOB: 7/31/1996
Location: Waupun Correctional Institution  Admission Date: 6/21/2018  Discharge:
Medical Records From: 1/1/2020 00:00 CST  to 3/4/2024 23:59 CST  Gender: Male

---

## *Clinical Diagnoses*

Diagnosis: **Unspecified trauma-and stressor-related disorder**

| | |
|---|---|
| **Last Reviewed Date:** 8/11/2023 15:41 CDT; Baggio,Ph.D, Mary C | **Responsible Provider:** Baggio,Ph.D,Mary C |
| **Diagnosis Date:** 8/11/2023 | **Status:** Active |

**Clinical Service:** Non-Specified; **Classification:** Psychology; **Confirmation:** Confirmed; **Code:** F43.9 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:**

Diagnosis: **Eye dryness and itchiness**

| | |
|---|---|
| **Last Reviewed Date:** 7/14/2023 18:08 CDT; Kuffenkam,MD, Kerry L | **Responsible Provider:** |
| **Diagnosis Date:** 7/14/2023 | **Status:** Active |

**Clinical Service:** Non-Specified; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** H04.129 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:**

Diagnosis: **Wears contact lenses**

| | |
|---|---|
| **Last Reviewed Date:** 3/6/2023 15:05 CST; South,OD, Bethany A | **Responsible Provider:** |
| **Diagnosis Date:** 3/6/2023 | **Status:** Active |

**Clinical Service:** Non-Specified; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** Z97.3 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:**

Diagnosis: **Unspecified depressive disorder**

| | |
|---|---|
| **Last Reviewed Date:** 2/17/2023 15:52 CST; Baggio,Ph.D, Mary C | **Responsible Provider:** Baggio,Ph.D,Mary C |
| **Diagnosis Date:** 2/10/2023 | **Status:** Active |

**Clinical Service:** Non-Specified; **Classification:** Psychology; **Confirmation:** Confirmed; **Code:** F32.9 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:**

Diagnosis: **Encounter for medical care**

| | |
|---|---|
| **Last Reviewed Date:** 8/2/2022 11:00 CDT; Pitzlin,Whitney M | **Responsible Provider:** |
| **Diagnosis Date:** 8/2/2022 | **Status:** Active |

**Clinical Service:** Non-Specified; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** Z76.89 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:**

Diagnosis: **Eye disorder**

| | |
|---|---|
| **Last Reviewed Date:** 6/17/2022 22:00 CDT; Simmons, APNP,Diana L | **Responsible Provider:** Simmons,APNP,Diana L |
| **Diagnosis Date:** 6/17/2022 | **Status:** Active |

**Clinical Service:** Non-Specified; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** H57.9 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:**

Diagnosis: **Keratoconus**

| | |
|---|---|
| **Last Reviewed Date:** 4/8/2022 06:49 CDT; Dombeck,APNP, Charles J | **Responsible Provider:** Dombeck,APNP,Charles J |

_____

## *Clinical Diagnoses*

Diagnosis: **Keratoconus**

| | |
|---|---|
| **Diagnosis Date:** 4/8/2022 | **Status:** Active |

**Clinical Service:** Non-Specified; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** H18.609 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:**

Diagnosis: **Dry skin**

| | |
|---|---|
| **Last Reviewed Date:** 8/25/2021 14:58 CDT; Moore,APNP, Mary A | **Responsible Provider:** |
| **Diagnosis Date:** 8/25/2021 | **Status:** Active |

**Clinical Service:** Non-Specified; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** L85.3 (ICD-10-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:**

## *Problems*

Problem Name: **Unspecified trauma-and stressor-related disorder**

**Life Cycle Status:** Active

| | |
|---|---|
| **Recorder:** Baggio,Ph.D,Mary C | **Responsible Provider:** Baggio,Ph.D,Mary C |
| **Last Updated:** 8/11/2023 15:41 CDT; Baggio,Ph.D,Mary C | **Last Reviewed:** 8/11/2023 15:41 CDT; Baggio,Ph.D,Mary C |

**Classification:** Psychology; **Confirmation:** Confirmed; **Code:** F43.9; **Course:** ; **Onset Date:** 8/11/2023; **Status Date:** 8/11/2023; **Prognosis:** ; **Persistence:**

Problem Name: **Unspecified depressive disorder**

**Life Cycle Status:** Active

| | |
|---|---|
| **Recorder:** Baggio,Ph.D,Mary C | **Responsible Provider:** Baggio,Ph.D,Mary C |
| **Last Updated:** 2/17/2023 15:52 CST; Baggio,Ph.D,Mary C | **Last Reviewed:** 2/17/2023 15:52 CST; Baggio,Ph.D,Mary C |

**Classification:** Psychology; **Confirmation:** Confirmed; **Code:** F32.9; **Course:** ; **Onset Date:** 2/10/2023; **Status Date:** 2/17/2023; **Prognosis:** ; **Persistence:**

Problem Name: **Encounter for medical care**

**Life Cycle Status:** Active

| | |
|---|---|
| **Recorder:** Fields,Jodi E | **Responsible Provider:** Fields,Jodi E |
| **Last Updated:** 7/26/2018 09:12 CDT; Fields,Jodi E | **Last Reviewed:** 7/26/2018 09:12 CDT; Fields,Jodi E |

**Classification:** Medical; **Confirmation:** Confirmed; **Code:** 447501012; **Course:** ; **Onset Date:** ; **Status Date:** ; **Prognosis:** ; **Persistence:**

_____

## Allergies

| Substance | Allergy Type | Severity | Reaction Status | Reaction Symptom | Reviewed Date/Time | Estimated Onset |
|---|---|---|---|---|---|---|
| No Known Medication Allergies | Allergy | | Active | | 7/26/2018 09:18 CDT | |

## Immunizations

| Vaccine | Date Given |
|---|---|
| diphth/tetanus/pertussis,acel/hepB/polio | 8/27/1999 |
| diphth/tetanus/pertussis,acel/hepB/polio | 7/29/1998 |
| diphth/tetanus/pertussis,acel/hepB/polio | 2/2/1998 |
| diphth/tetanus/pertussis,acel/hepB/polio | 6/12/1997 |
| hepatitis A pediatric vaccine | 12/15/2010 |
| hepatitis A pediatric vaccine | 2/6/2002 |
| hepatitis B adult vaccine | 2/2/1998 |
| hepatitis B adult vaccine | 6/12/1997 |
| hepatitis B adult vaccine | 7/31/1996 |
| human papillomavirus vaccine | 3/26/2021 |
| human papillomavirus vaccine [O1] | 10/28/2019 |
| human papillomavirus vaccine | 10/10/2013 |
| influenza virus vaccine,live,trivalent | 10/10/2013 |
| influenza virus vaccine,live,trivalent | 12/15/2010 |
| measles/mumps/rubella virus vaccine | 2/6/2002 |
| measles/mumps/rubella virus vaccine | 2/20/1998 |
| meningococcal polysaccharide vaccine | 10/10/2013 |
| poliovirus vaccine,live,trivalent | 2/6/2002 |
| poliovirus vaccine,live,trivalent | 7/29/1998 |
| poliovirus vaccine,live,trivalent | 2/2/1998 |
| poliovirus vaccine,live,trivalent | 6/12/1997 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine [O2] | 5/27/2021 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine [O3] | 4/28/2021 |
| tetanus-diphth toxoids (Td) adult/adol | 12/15/2010 |
| varicella virus vaccine | 12/15/2010 |
| varicella virus vaccine | 2/6/2002 |

Order Comments
O1:     human papillomavirus vaccine (Gardasil 9)
        Dose #2 of 3 Dose Series.
O2:     SARS-CoV-2 (COVID-19) mRNA-1273 vaccine (COVID-19 Vaccine (Moderna) (2nd Dose))
        Dose 2 of 2
O3:     SARS-CoV-2 (COVID-19) mRNA-1273 vaccine (COVID-19 Vaccine (Moderna) (1st Dose))
        Dose 1 of 2

_____

| Data Base Sections |

**\*\*\* Clinical Documentation Content on Following Page \*\*\***

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 4 of 315     Document 78-1

Ex. 1000 - 0004

* Auth (Verified) *

DEPARTMENT OF HEALTH SERVICES
Division of Public Health
F-44702 (Rev. 10/10)
Page 1

STATE OF WISCONSIN
Wis. Stats. 252.04

## VACCINE ADMINISTRATION RECORD

Information collected on this form will be used to document authorization for receipt of vaccine(s). Informat' with other health care providers directly involved with the patient to assure completion of the vaccine sched Security Number will be used by parent or guardian to access the Wisconsin Immunization Registry.

JENNINGS, DAMONTA D
669475

~~~in Immunization Registry (WIR)
**- Social

| Patient's Name (Last, First, Middle Initial) Include maiden name if married. | Mother's Maiden Name (Last, First, Middle Initial) |
|---|---|

| Address 200 S. Madison St. | P. O. Box | City Waupun | County Dodge | State WI | Zip Code 53963 |
|---|---|---|---|---|---|

| Email address (If applicable) | Home Telephone Number (920) 3247259 | Work Telephone Number (Include extension number) ( ) |
|---|---|---|

| Social Security Number Last 4 7078 | Date of Birth (mm/dd/yyyy) 07/31/96 | Patient Birth State/Country WI | Gender ☒ Male ☐ Female |
|---|---|---|---|

Race (Check one)
☒ African American   ☐ American Indian or Alaskan Native   ☐ Asian   ☐ Native Hawaiian / Pacific Islander
☐ White   ☐ Other

Ethnicity (Check one)
☐ Hispanic or Latino   ☒ Non-Hispanic or Latino

Eligibility Status (Check all that apply)
This section must be completed.
☐ Native American
☐ Medicaid Eligible
☐ Badger Care
☐ No Health Insurance
☒ Insured, Vaccines Covered
☐ Insured, Vaccines Not Covered

| Name of Physician DR. Jeanpierre | Name of Insurance Provider WI DOC | Name of School or Day Care (If applicable) |
|---|---|---|

| Name of Parent or Guardian Responsible for Patient (Last, First, Middle Initial) | Relationship to Patient |
|---|---|

Is reminder or recall contact allowed?
☐ Yes   ☒ No

Would you like reminder/recall sent to you?
☐ Yes   ☒ No

I have been given a copy and have read, or have had explained to me, information about the disease(s) and vaccine(s) to be received. I have had a chance to ask questions that were answered to my satisfaction. I understand the benefits and risks of the vaccine(s) requested and ask that the vaccine(s) be given to me or to the person named above for whom I am authorized to make this request.

Wisconsin Medicaid restricts billing recipients for any covered service(s). I understand that if I am a Medicaid/BadgerCare recipient I cannot be charged an administration fee or asked for any type of donation for the administration of any vaccine that is being provided.

I give permission to share my child's immunization records including those provided to School(s) with the Wisconsin Immunization Registry and my Immunization Provider for the purpose of maintaining a complete and accurate record to assist in assuring full immunization. Check here ONLY if you do NOT give your permission ☐

| SIGNATURE - Person to receive vaccine or person authorized to sign on the patient's behalf. X _(signature)_ | Date Signed 5-27-21 |
|---|---|

WCI

* Auth (Verified) *

F-44702 (Rev.10/10)  Page 2

**Patient's Name (Last, First, Middle Initial)**  
Jennings, Damonta

FOR OFFICE USE

| Vaccine | Route | Site Admin.* | Dose Number | Manufacturer | Lot Number | VIS Form Date ☼ (fill in VIS date) |
|---|---|---|---|---|---|---|
| DTaP | IM | RV LV RD LD | 1 2 3 4 5 | | | |
| DTaP-Hep B-IPV (Pediarix) | IM | RV LV RD LD | 1 2 3 | GSK | | |
| DTaP-IPV (Kinrix) | IM | RV LV RD LD | 1 | GSK | | |
| DTaP-IPV-Hib (Pentacel) | IM | RV LV RD LD | 1 2 3 4 | Sanofi | | |
| Hep A | IM | RV LV RD LD | 1 2 | | | |
| Hep B | IM | RV LV RD LD | 1 2 3 4 | | | |
| Hep A-Hep B (Twinrix) | IM | RV LV RD LD | 1 2 3 | GSK | | |
| Hib | IM | RV LV RD LD | 1 2 3 4 | | | |
| Hib-Hep B (Comvax) | IM | RV LV RD LD | 1 2 3 | Merck | | |
| HPV (Human papillomavirus) | IM | RV LV RD LD | 1 2 3 | Merck | | |
| Influenza | IN** | | 1 2 | | | |
| | IM | RV LV RD LD | 1 2 | | | |
| Meningococcal Conjugate (MCV4) | IM | RV LV RD LD | 1 | Sanofi | | |
| MMR | SQ | RV LV RD LD | 1 2 | Merck | | |
| Pneumococcal Conjugate (PCV13) | IM | RV LV RD LD | 1 2 3 4 | Wyeth | | |
| Polio | IM or SQ | RV LV RD LD | 1 2 3 4 | Sanofi | | |
| Rotavirus | Oral | | 1 2 3 | | | |
| Td | IM | RV LV RD LD | 1 2 3 | | | |
| Tdap | IM | RV LV RD LD | 1 | | | |
| Varicella | SQ | RV LV RD LD | 1 2 | Merck | | |
| Other COVID 19 | IM | LD | 2 | Moderna | 034C21A | |

*RV=R Vastus Lateralis, LV=L Vastus Lateralis, RD=R Deltoid, LD=L Deltoid  Subcutaneous injections are administered in the muscle "area".  **IN = Intranasal  
☼ Use most current Vaccine Information Statement (VIS) or if appropriate use the Multi Vaccines Information Statement (VIS).  For Td & Tdap use the combination Td/Tdap VIS

SIGNATURE AND TITLE – Person Administering Vaccine  
X Mary Moore APNP

Date Vaccine Administered  
5/27/21

Address – Clinic, Public Health Department

WCI

* Auth (Verified) *

DEPARTMENT OF HEALTH SERVICES
Division of Public Health
F-44702 (Rev. 10/10)
Page 1

STATE OF WISCONSIN
Wis. Stats. 252.04

## VACCINE ADMINISTRATION RECORD

Information collected on this form will be used to document authorization for receipt of vaccine(s). Information may be shared through the Wisconsin Immunization Registry (WIR) with other health care providers directly involved with the patient to assure completion of the vaccine schedule. Information collected on this form is voluntary and the Social Security Number will be used by parent or guardian to access the Wisconsin Immunization Registry.

**CHART NUMBER**

| Patient's Name (Last, First, Middle Initial) Include maiden name if married. | Mother's Maiden Name (Last, First, Middle Initial) |
|---|---|
| Jennings, Damonta `669475` | |

| Address 200 S. Madison St. | P. O. Box | City Waupun | County Dodge | State WI | Zip Code 53963 |
|---|---|---|---|---|---|

| Email address (If applicable) | Home Telephone Number (920) 324-7259 | Work Telephone Number (Include extension number) ( ) |
|---|---|---|

| Social Security Number Last 4 7078 | Date of Birth (mm/dd/yyyy) 07-31-1996 | Patient Birth State/Country Wisconsin | Gender ☑ Male ☐ Female |
|---|---|---|---|

Race (Check one)
☑ African American ☐ American Indian or Alaskan Native ☐ Asian ☐ Native Hawaiian / Pacific Islander
☐ White ☐ Other

Ethnicity (Check one)
☐ Hispanic or Latino ☑ Non-Hispanic or Latino

| Eligibility Status (Check all that apply) This section must be completed. | ☐ Native American ☐ Medicaid Eligible | ☐ Badger Care ☐ No Health Insurance | ☑ Insured, Vaccines Covered ☐ Insured, Vaccines Not Covered |
|---|---|---|---|

| Name of Physician DR. Jeanpierre | Name of Insurance Provider WI DOC | Name of School or Day Care (If applicable) |
|---|---|---|

| Name of Parent or Guardian Responsible for Patient (Last, First, Middle Initial) | Relationship to Patient |
|---|---|
| | |

| Is reminder or recall contact allowed? ☐ Yes ☑ No | Would you like reminder/recall sent to you? ☐ Yes ☑ No |
|---|---|

I have been given a copy and have read, or have had explained to me, information about the disease(s) and vaccine(s) to be received. I have had a chance to ask questions that were answered to my satisfaction. I understand the benefits and risks of the vaccine(s) requested and ask that the vaccine(s) be given to me or to the person named above for whom I am authorized to make this request.

**Wisconsin Medicaid restricts billing recipients for any covered service(s).** I understand that if I am a Medicaid/BadgerCare recipient I cannot be charged an administration fee or asked for any type of donation for the administration of any vaccine that is being provided.

I give permission to share my child's immunization records including those provided to School(s) with the Wisconsin Immunization Registry and my Immunization Provider for the purpose of maintaining a complete and accurate record to assist in assuring full immunization. Check here ONLY if you do NOT give your permission ☐ .

| SIGNATURE - Person to receive vaccine or person authorized to sign on the patient's behalf. X *Damonta* | Date Signed 4/28/21 |
|---|---|

WCI

* Auth (Verified) *

F-44702  (Rev.10/10)  Page 2

**Patient's Name (Last, First, Middle Initial)**

FOR OFFICE USE

| Vaccine | Route | Site Admin.* | Dose Number | Manufacturer | Lot Number | VIS Form Date ☼ (fill in VIS date) |
|---|---|---|---|---|---|---|
| DTaP | IM | RV  LV  RD  LD | 1  2  3  4  5 | | | |
| DTaP-Hep B-IPV (Pediarix) | IM | RV  LV  RD  LD | 1  2  3 | GSK | | |
| DTaP-IPV (Kinrix) | IM | RV  LV  RD  LD | 1 | GSK | | |
| DTaP-IPV-Hib (Pentacel) | IM | RV  LV  RD  LD | 1  2  3  4 | Sanofi | | |
| Hep A | IM | RV  LV  RD  LD | 1  2 | | | |
| Hep B | IM | RV  LV  RD  LD | 1  2  3  4 | | | |
| Hep A-Hep B (Twinrix) | IM | RV  LV  RD  LD | 1  2  3 | GSK | | |
| Hib | IM | RV  LV  RD  LD | 1  2  3  4 | | | |
| Hib-Hep B (Comvax) | IM | RV  LV  RD  LD | 1  2  3 | Merck | | |
| HPV (Human papillomavirus) | IM | RV  LV  RD  LD | 1  2  3 | Merck | | |
| Influenza | IN** | | 1  2 | | | |
| | IM | RV  LV  RD  LD | 1  2 | | | |
| Meningococcal Conjugate (MCV4) | IM | RV  LV  RD  LD | 1 | Sanofi | | |
| MMR | SQ | RV  LV  RD  LD | 1  2 | Merck | | |
| Pneumococcal Conjugate (PCV13) | IM | RV  LV  RD  LD | 1  2  3  4 | Wyeth | | |
| Polio | IM or SQ | RV  LV  RD  LD | 1  2  3  4 | Sanofi | | |
| Rotavirus | Oral | | 1  2  3 | | | |
| Td | IM | RV  LV  RD  LD | 1  2  3 | | | |
| Tdap | IM | RV  LV  RD  LD | 1 | | | |
| Varicella | SQ | RV  LV  RD  LD | 1  2 | Merck | | |
| Other  COVID 19 | IM | LD | 1 | Moderna | 002C21A | |

*RV=R  Vastus Lateralis, LV=L  Vastus Lateralis, RD=R  Deltold, LD=L  Deltold   Subcutaneous injections are administered in the muscle "area".   **IN = Intranasal
☼ Use most current Vaccine Information Statement (VIS) or if appropriate use the Multi Vaccines Information Statement (VIS).  For Td & Tdap use the combination Td/Tdap VIS

SIGNATURE AND TITLE – Person Administering Vaccine
X  _CA GR  Do_

Date Vaccine Administered
_4/28/21_

Address – Clinic, Public Health Department

WCI

F-44702 (Rev.10/10)  Page 2

Patient's Name (Last, First, Middle Initial)

FOR OFFICE USE

| Vaccine | Route | Site Admin.* | Dose Number | Manufacturer | Lot Number | VIS Form Date ☼ (fill in VIS date) |
|---|---|---|---|---|---|---|
| DTaP | IM | RV  LV  RD  LD | 1  2  3  4  5 | | | |
| DTaP-Hep B-IPV (Pediarix) | IM | RV  LV  RD  LD | 1  2  3 | GSK | | |
| DTaP-IPV (Kinrix) | IM | RV  LV  RD  LD | 1 | GSK | | |
| DTaP-IPV-Hib (Pentacel) | IM | RV  LV  RD  LD | 1  2  3  4 | Sanofi | | |
| Hep A | IM | RV  LV  RD  LD | 1  2 | | | |
| Hep B | IM | RV  LV  RD  LD | 1  2  3  4 | | | |
| Hep A-Hep B (Twinrix) | IM | RV  LV  RD  LD | 1  2  3 | GSK | | |
| Hib | IM | RV  LV  RD  LD | 1  2  3  4 | | | |
| Hib-Hep B (Comvax) | IM | RV  LV  RD  LD | 1  2  3 | Merck | | |
| HPV (Human papillomavirus) | (IM) | RV  LV  RD  (LD) | 1  2  (3) | Merck | 1637042 | 5/28/22 exp. |
| Influenza | IN** | | 1  2 | | | |
| | IM | RV  LV  RD  LD | 1  2 | | | |
| Meningococcal Conjugate (MCV4) | IM | RV  LV  RD  LD | 1 | Sanofi | | |
| MMR | SQ | RV  LV  RD  LD | 1  2 | Merck | | |
| Pneumococcal Conjugate (PCV13) | IM | RV  LV  RD  LD | 1  2  3  4 | Wyeth | | |
| Polio | IM or SQ | RV  LV  RD  LD | 1  2  3  4 | Sanofi | | |
| Rotavirus | Oral | | 1  2  3 | | | |
| Td | IM | RV  LV  RD  LD | 1  2  3 | | | |
| Tdap | IM | RV  LV  RD  LD | 1 | | | |
| Varicella | SQ | RV  LV  RD  LD | 1  2 | Merck | | |
| Other | | | | | | |

*RV=R Vastus Lateralis, LV=L Vastus Lateralis, RD=R Deltoid, LD=L Deltoid  Subcutaneous injections are administered in the muscle "area".  **IN = Intranasal
☼ Use most current Vaccine Information Statement (VIS) or if appropriate use the Multi Vaccines Information Statement (VIS). For Td & Tdap use the combination Td/Tdap VIS

| SIGNATURE AND TITLE – Person Administering Vaccine | Date Vaccine Administered |
|---|---|
| X  HBossueuer  vRn | 3/26/21 |

Address – Clinic, Public Health Department

WCI

**\* Auth (Verified) \***

DEPARTMENT OF HEALTH SERVICES
Division of Public Health
F-44702 (Rev. 10/10)
Page 1

STATE OF WISCONSIN
Wis. Stats. 252.04

## VACCINE ADMINISTRATION RECORD

Information collected on this form will be used to document authorization for receipt of vaccine(s). Information may be shared through the Wisconsin Immunization Registry (WIR) with other health care providers directly involved with the patient to assure completion of the vaccine schedule. Information collected on this form is voluntary and the Social Security Number will be used by parent or guardian to access the Wisconsin Immunization Registry.

_Jennings, Damonta_

| | CHART NUMBER | #669475 |
|---|---|---|

Patient's Name (Last, First, Middle Initial) Include maiden name if married.     Mother's Maiden Name (Last, First, Middle Initial)

| Address | P. O. Box | City | County | State | Zip Code |
|---|---|---|---|---|---|

| Email address (If applicable) | Home Telephone Number ( ) | Work Telephone Number (Include extension number) ( ) |
|---|---|---|

| Social Security Number | Date of Birth (mm/dd/yyyy) 07/31/1996 | Patient Birth State/Country | Gender ☐ Male ☐ Female |
|---|---|---|---|

Race (Check one)
☐ African American  ☐ American Indian or Alaskan Native  ☐ Asian  ☐ Native Hawaiian / Pacific Islander
☐ White  ☐ Other

Ethnicity (Check one)
☐ Hispanic or Latino          ☐ Non-Hispanic or Latino

Eligibility Status (Check all that apply)
This section must be completed.
☐ Native American
☐ Medicaid Eligible
☐ Badger Care
☐ No Health Insurance
☐ Insured, Vaccines Covered
☐ Insured, Vaccines Not Covered

| Name of Physician | Name of Insurance Provider | Name of School or Day Care (If applicable) |
|---|---|---|

| Name of Parent or Guardian Responsible for Patient (Last, First, Middle Initial) | Relationship to Patient |
|---|---|

| Is reminder or recall contact allowed? ☐ Yes  ☐ No | Would you like reminder/recall sent to you? ☐ Yes  ☐ No |
|---|---|

I have been given a copy and have read, or have had explained to me, information about the disease(s) and vaccine(s) to be received. I have had a chance to ask questions that were answered to my satisfaction. I understand the benefits and risks of the vaccine(s) requested and ask that the vaccine(s) be given to me or to the person named above for whom I am authorized to make this request.

**Wisconsin Medicaid restricts billing recipients** for any covered service(s). I understand that if I am a Medicaid/BadgerCare recipient I cannot be charged an administration fee or asked for any type of donation for the administration of any vaccine that is being provided.

I give permission to share my child's immunization records including those provided to School(s) with the Wisconsin Immunization Registry and my Immunization Provider for the purpose of maintaining a complete and accurate record to assist in assuring full immunization. Check here ONLY if you do NOT give your permission ☐.

| SIGNATURE - Person to receive vaccine or person authorized to sign on the patient's behalf. | Date Signed |
|---|---|
| X _Damonta Jr_ | 3-26-21 |

WCI

_____

| Assessments |
| --- |

DOCUMENT NAME:                                         TB Screening
SERVICE DATE/TIME:                                     3/7/2022 12:54 CST
RESULT STATUS:                                         Auth (Verified)
PERFORM INFORMATION:                                   Winkler,Jill (3/7/2022 12:54 CST)
SIGN INFORMATION:                                      Winkler,Jill (3/7/2022 12:54 CST)

**TB Screening Entered On:  3/7/2022 12:55 CST**
**Performed On:  3/7/2022 12:54 CST by Winkler, Jill**

**Tuberculin Skin Test Reaction Evaluation**
*TB Symptoms AMB :*  None
*Known Exposure to Tuberculosis AMB :*  No
*History of Active TB Disease AMB :*  No
*Born Outside of the United States AMB :*  No
*TB Risk Factors AMB :*  None

                                                        Winkler, Jill - 3/7/2022 12:54 CST

DOCUMENT NAME:                                         COVID 19 Screening
SERVICE DATE/TIME:                                     5/1/2020 08:05 CDT
RESULT STATUS:                                         Auth (Verified)
PERFORM INFORMATION:                                   Larson,RN,Donna M (5/1/2020 10:11 CDT)
SIGN INFORMATION:                                      Larson,RN,Donna M (5/1/2020 10:11 CDT)

**COVID 19 Screening Entered On:  5/1/2020 10:11 CDT**
**Performed On:  5/1/2020 8:05 CDT by Larson, RN, Donna M**

**Vital Signs**
*Temperature Oral :*  36.8 Deg C
                                                        Larson, RN, Donna M - 5/1/2020 10:11 CDT

**NSC ID Risk Screen v.1.1**
ID Risk Factors/Symptoms Grid
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No
                                                        Larson, RN, Donna M - 5/1/2020 10:11 CDT

*Recent Travel History :*  No recent travel

_____
Report Request ID:  7475566                            Print Date/Time:   3/4/2024 12:28 CST

_____

| Assessments |
|---|

*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*   No
*Place/Keep the patient on the Screening List? :*   No

Larson, RN, Donna M - 5/1/2020 10:11 CDT

| Plans of Care |
|---|

| Medical |
|---|

**Plan:** Nurse Protocol - Acute/Chronic Respiratory
**Status:** Completed
**History:** Initiated at 11/24/2023 11:06 CST electronically signed by Hosfelt,RN,Jessica A

**Plan:** PSU Clinical Monitoring - Male
**Phase:** MH-1; **Status:** Initiated
**History:** Initiated at 2/17/2023 15:44 CST electronically signed by Baggio,Ph.D,Mary C

**Plan:** Nurse Protocol - Musculoskeletal
**Status:** Completed
**History:** Initiated at 1/13/2023 08:19 CST electronically signed by Hiland,Jenna J

**Plan:** Immunizations
**Status:** Completed
**History:** Initiated at 1/13/2023 08:13 CST electronically signed by Hiland,Jenna J

**Plan:** Nurse Protocol - EENT
**Status:** Completed
**History:** Initiated at 10/13/2022 17:38 CDT electronically signed by Pitzlin,Whitney M

**Plan:** Nurse Protocol - Musculoskeletal
**Status:** Completed
**History:** Initiated at 10/13/2022 17:36 CDT electronically signed by Pitzlin,Whitney M

**Plan:** Nurse Protocol - Musculoskeletal
**Status:** Completed
**History:** Initiated at 8/2/2022 11:00 CDT electronically signed by Pitzlin,Whitney M

**Plan:** Nurse Protocol - Neurological
**Status:** Completed
**History:** Initiated at 3/7/2022 12:59 CST electronically signed by Winkler,Jill

**Plan:** Nurse Protocol - Acute/Chronic Respiratory
**Status:** Completed
**History:** Initiated at 10/18/2021 10:54 CDT electronically signed by Pitzlin,Whitney M

**Plan:** Nurse Protocol - Abdominal Complaints
**Status:** Completed

_____

_____

## Plans of Care

### Medical

**History:** Initiated at 1/31/2020 11:01 CST electronically signed by Fryczynski,Jodi L

**Plan:** Immunizations
**Status:** Completed
**History:** Initiated at 7/26/2018 09:21 CDT electronically signed by Fields,Jodi E

**Plan:** Standard Admission Orders <30
**Phase:** Standard Admission Orders; **Status:** Completed
**History:** Initiated at 6/25/2018 15:05 CDT electronically signed by Deyoung,Jaiman B
  **Sub-phase:** Health Study 24; **Status:** Completed
**History:** Initiated at 6/25/2018 15:05 CDT electronically signed by Deyoung,Jaiman B

_____

_____

## *Progress Notes*

Document Type:                                  Nurse Sick Call - Text
Service Date/Time:                              11/24/2023 10:45 CST
Result Status:                                  Auth (Verified)
Document Subject:                               Nurse Sick Call/Nurse Assessment
Sign Information:                               Hosfelt,RN,Jessica A (11/24/2023 11:08 CST)

**Nurse Sick Call/Nurse Assessment Entered On:  11/24/2023 11:11 CST**
**Performed On:  11/24/2023 10:45 CST by Hosfelt, RN, Jessica A**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  Yes
*Diarrhea :*  No
*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  Yes
*Vomiting :*  No
*Weakness/Numbness :*  No

                                              Hosfelt, RN, Jessica A - 11/24/2023 11:08 CST

*Recent Travel History :*  No recent travel
*Place/Keep the patient on the Screening List? :*  No

                                              Hosfelt, RN, Jessica A - 11/24/2023 11:08 CST

**Summary v1.1**
*Chief Complaint :*  C/O Cough, Sore Throat
*Who Initiated Visit :*  HSR
*Peripheral Pulse Rate :*  73 bpm
*Respiratory Rate :*  16 br/min
*SpO2 :*  98 %
*Temperature Tympanic :*  36.8 Deg C(Converted to: 98.2 Deg F)
*Level of Consciousness :*  Alert
*Respirations :*  Unlabored, Quiet

                                              Hosfelt, RN, Jessica A - 11/24/2023 11:08 CST

**EENT**
*Mucous Membrane Color :*  Pink
*Mucous Membrane Description :*  Moist, Intact

                                              Hosfelt, RN, Jessica A - 11/24/2023 11:08 CST

**Neurological**
*Facial Symmetry :*  Symmetric
*Characteristics of Speech :*  Clear
*Hallucinations :*  None

_____

Case 2:22-cv-01205-JPS    Filed 10/03/25    Page 14 of 315    Document 78-1    Ex.1000-10014

---

## *Progress Notes*

*Loss of Consciousness :*  No
*zzzzGait :*  Appropriate for developmental age, Steady

Hosfelt, RN, Jessica A - 11/24/2023 11:08 CST

**Cardiovascular**
*Heart Rhythm :*  Regular

Hosfelt, RN, Jessica A - 11/24/2023 11:08 CST

**Respiratory**
*Respirations :*  Unlabored, Quiet
*Respiratory Pattern :*  Regular
*Cough :*  Occasional, Other: States this has been x 2 weeks and at this time, he states it is still present, but improved.
*Sputum Color :*  Clear
*Sputum Amount :*  Small

Hosfelt, RN, Jessica A - 11/24/2023 11:08 CST

**Musculoskeletal**
*Musculoskeletal Assessment :*  WNL
*Musculoskeletal Activity :*  Independent

Hosfelt, RN, Jessica A - 11/24/2023 11:08 CST

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys commands
*Glasgow Coma Score :*  15

Hosfelt, RN, Jessica A - 11/24/2023 11:08 CST

**Nursing Protocols v.2.copay**
*Nursing Protocol Initiated :*  Acute/Chronic Respiratory
*Nursing Interventions and Actions: :*   PIOC was seen for sore throat/cough x past 2 weeks. PIOC states still present, but has improved. Nurse protocol for Mucinex ordered. Covid/Influenza swab also ordered as preventative. PIOC in agreement and denied any further needs. PIOC to contact HSU if S/S do not contiunue to improve or he has any further issues, whcih he verbalized undertsanding of.
*Apply Copay Charge? :*  No

Hosfelt, RN, Jessica A - 11/24/2023 11:08 CST

---

Document Type:                         Nurse Sick Call - Text
Service Date/Time:                     6/19/2023 17:25 CDT
Result Status:                         Auth (Verified)
Document Subject:                      Nurse Sick Call/Nurse Assessment
Sign Information:                      Van Stippen,RN,Jodi A (6/19/2023 17:38 CDT)

**Nurse Sick Call/Nurse Assessment Entered On:  6/19/2023 17:35 CDT**
**Performed On:  6/19/2023 17:25 CDT by Van Stippen, RN, Jodi A**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No

---

---

## *Progress Notes*

*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

*Recent Travel History :*  No recent travel
*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*  No
*Place/Keep the patient on the Screening List? :*  No

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

**Summary v1.1**
*Chief Complaint :*  Chest Pain, SOB, numbness of left side.
*Onset of Symptoms Date :*  6/19/2023 CDT
*Who Initiated Visit :*  Officer/security
*Systolic Blood Pressure :*  122 mmHg
*Diastolic Blood Pressure :*  68 mmHg
*Mean Arterial Pressure, Cuff :*  86 mmHg
*Peripheral Pulse Rate :*  111 bpm (HI)
*Respiratory Rate :*  16 br/min
*SpO2 :*  99 %
*Level of Consciousness :*  Alert
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

**Subjective**
*Pain Present :*  No actual or suspected pain
*Numeric Rating Pain Scale :*  7
*Primary Pain Location :*  Chest
*Numeric Rating Pain Score :*  7
*Primary Pain Comments :*  PIOC reported having chest pain felt like his heart was swelling. PIOC reported that he has a lot a pressure and it started out of nowhere. PIOC stated he was on the phone and laid down.
*Cardiopulmonary Symptoms :*  Chest pain/pressure at rest
*GI Symptoms :*  None
*Genitourinary Symptoms :*  None
*Skin Symptoms :*  None
*Neuromuscular Symptoms :*  Sensory Problems
*Mouth and Throat Symptoms :*  None

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

**EENT**
Eye EENT Grid

|               | Eye, Left              | Eye, Right              |
|---------------|------------------------|-------------------------|
| *Eye Symptoms :* | Eye appears normal  | Eye appears normal      |

---

---

## *Progress Notes*

| | Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT | Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT |
|---|---|---|

*Mucous Membrane Color :*  Pink
*Dental Problems :*  No dental problems

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

**Neurological**
*Facial Symmetry :*  Symmetric
*PERRLA :*  Yes

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

Pupil Assessment Grid

| | Pupil, Left | Pupil, Right |
|---|---|---|
| *Description :* | Regular, Round | Regular, Round |
| | Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT | Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT |

*Characteristics of Speech :*  Clear
*Loss of Consciousness :*  No
*zzzzGait :*  Appropriate for developmental age, Steady

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

**Cardiovascular**
*Heart Rhythm :*  Regular
*Nail Bed Color :*  Normal for ethnicity
*Capillary Refill :*  Less than 2 seconds

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

Pulses
*Radial Pulse, Left :*  3+ Normal
*Radial Pulse, Right :*  3+ Normal

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

**Respiratory**
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words
*Respiratory Pattern :*  Regular

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

Breath Sounds
*LUL :*  Clear, Posterior
*RUL :*  Clear, Posterior
*RML :*  Clear, Posterior
*LLL :*  Clear, Posterior
*RLL :*  Clear, Posterior

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

**Musculoskeletal**
*Musculoskeletal Assessment :*  WNL
*Musculoskeletal Activity :*  Independent

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys commands

---

---

<div style="text-align:center">

**_Progress Notes_**

</div>

*Glasgow Coma Score :*  15

<div style="text-align:right">

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT
</div>

**Nursing Protocols v.2.copay**

*Nursing Interventions and Actions: :*   PIOC was seen at NWCH in open cell. PIOC ambulated independantly with strong steady gait. Breathing unlabored and even lungs clear to oscultation, A&Ox4, VSS.  PIOC slightly tachacardic in the 110's going down upper 90's. S1S2 regular rate/rhythem, no mumur present. PIOC describes chest pain as 7/10 and whole left side of body is numb. States CP came on suddenly and was 10/10 at time of onset. PIOC was concerned he may have had heart attack. Writer inquired about health history, PIOC denied hx diabetes, hypertension, hyperlipidemia. Writer educated PIOC about other possible causes of chest pain such as GERD, muscle skeletal issues. Writer advised PIOC to report new or worsening symptoms to staff. PIOC understood and was in agreement with POC.

<div style="text-align:right">

Van Stippen, RN, Jodi A - 6/19/2023 17:38 CDT
</div>

*Apply Copay Charge? :*   No

<div style="text-align:right">

Van Stippen, RN, Jodi A - 6/19/2023 17:25 CDT
</div>

---

Document Type:                              Nurse Sick Call - Text
Service Date/Time:                          2/15/2023 13:40 CST
Result Status:                              Auth (Verified)
Document Subject:                           Nurse Sick Call
Sign Information:                           Krainyk,RN,Kataryna A (2/15/2023 13:40 CST)

<div style="text-align:center">

**Nurse Sick Call Entered On:  2/15/2023 14:02 CST**
**Performed On:  2/15/2023 13:40 CST by Krainyk, RN, Kataryna A**

</div>

**NSC ID Risk Screen v.1.2**
<u>ID Risk Factors/Symptoms Grid</u>
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

<div style="text-align:right">

Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST
</div>

*Recent Travel History :*  No recent travel
*Place/Keep the patient on the Screening List? :*  No

<div style="text-align:right">

Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST
</div>

**Summary v1.1**
*Chief Complaint :*  CP

---

Report Request ID:  7475566                      Print Date/Time:   3/4/2024 12:28 CST

_____

| *Progress Notes* |
|---|

*Onset of Symptoms Date :*  12/14/2023 CST
*Who Initiated Visit :*  Officer/security
*Systolic Blood Pressure :*  130 mmHg
*Diastolic Blood Pressure :*  76 mmHg
*Mean Arterial Pressure, Cuff :*  94 mmHg
*Peripheral Pulse Rate :*  90 bpm
*Respiratory Rate :*  20 br/min
*SpO2 :*  98 %
*Level of Consciousness :*  Alert
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words

<div align="right">Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST</div>

**Subjective**
*Pain Present :*  No actual or suspected pain
*General Symptoms :*  None
*Cardiopulmonary Symptoms :*  None
*GI Symptoms :*  None
*Skin Symptoms :*  None
*Neuromuscular Symptoms :*  None

<div align="right">Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST</div>

**Neurological**
*Facial Symmetry :*  Symmetric
*PERRLA :*  Yes
*Characteristics of Speech :*  Clear

<div align="right">Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST</div>

Neurological Strengths Grid

|  | Left Upper Extremity | Right Upper Extremity | Left Lower Extremity | Right Lower Extremity |
|---|---|---|---|---|
| *Strength :* | Strong | Strong | Strong | Strong |
| *Tone :* | Normal | Normal | Normal | Normal |
| *Sensation :* | Intact | Intact | Intact | Intact |
|  | Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST | Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST | Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST | Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST |

*zzzzGait :*  Steady

<div align="right">Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST</div>

**Cardiovascular**
*Heart Rhythm :*  Regular
*Nail Bed Color :*  Normal for ethnicity
*Capillary Refill :*  Less than 2 seconds

<div align="right">Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST</div>

Pulses
*Radial Pulse, Left :*  3+ Normal
*Radial Pulse, Right :*  3+ Normal

<div align="right">Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST</div>

**Respiratory**
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words
*Respiratory Pattern :*  Regular

<div align="right">Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST</div>

_____

---

## *Progress Notes*

Breath Sounds
*LUL :* Clear, Anterior, Posterior
*RUL :* Clear, Anterior, Posterior
*RML :* Clear, Anterior, Posterior
*RLL :* Clear, Anterior, Posterior

Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST

**Musculoskeletal**
*Musculoskeletal Assessment :* WNL
*Musculoskeletal Activity :* Independent

Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST

**Integumentary**
*Skin Integrity :* Intact, no abnormalities
*Skin Turgor :* Elastic

Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST

**Glasgow Coma**
*Eye Opening :* Spontaneously
*Best Verbal Response :* Oriented
*Best Motor Response :* Obeys commands
*Glasgow Coma Score :* 15

Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST

**Nursing Protocols v.2.copay**
*Nursing Protocol Initiated :* N/A (Not Applicable)
*Nursing Interventions and Actions: :* Notified by security c/o CP. Respirations even and unlabored, A&Ox4, VSS. Onset last night, location upper check area, "tightening" feeling, no pain at the moment, states shortness of breath, continuous, laying down and drinking water seems to help, nothing makes it worse. States he was having a reaction from the dentist at the time of onset, had 3 fillings done was giving a numbing agent. S1S2, lungs CTA. Strong pulses bilat, strong grip bilat. In NAD. Explained how stress can manifest itself in physical symptoms and suggested writing PSU to learn proper coping techniques. PIOC declined. Will write HSU with further concerns. PIOC acnklowledges copay policy.
*Apply Copay Charge? :* Yes

Krainyk, RN, Kataryna A - 2/15/2023 13:40 CST

---

Document Type:               Nurse Sick Call - Text
Service Date/Time:           1/13/2023 08:18 CST
Result Status:               Auth (Verified)
Document Subject:            Nurse Sick Call
Sign Information:            Hiland,Jenna J (1/13/2023 08:21 CST)

**Nurse Sick Call Entered On: 1/13/2023 8:18 CST**
**Performed On: 1/13/2023 8:18 CST by Hiland, Jenna J**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :* No
*Chills :* No
*Cough. :* No
*Diarrhea :* No
*Fatigue :* No

---

Report Request ID:  7475566                          Print Date/Time:  3/4/2024 12:28 CST

_____

| *Progress Notes* |
|---|

*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

<div align="right">Hiland, Jenna J - 1/13/2023 8:18 CST</div>

*Recent Travel History :*  No recent travel
*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*  No
*Place/Keep the patient on the Screening List? :*  No

<div align="right">Hiland, Jenna J - 1/13/2023 8:18 CST</div>

**Summary v1.1**
*Chief Complaint :*  Vaccine questions and back pain
*Ambulatory Intake Additional Information :*  Pt inquiring whether he is up to date on vaccines.  Pt also c/o intermittent upper back pain, most noticeable when he wakes up in the morning.  Nothing he can think of makes it worse or better
*Who Initiated Visit :*  HSR
*Systolic Blood Pressure :*  124 mmHg
*Diastolic Blood Pressure :*  80 mmHg
*Mean Arterial Pressure, Cuff :*  95 mmHg
*Peripheral Pulse Rate :*  87 bpm
*Respiratory Rate :*  17 br/min
*SpO2 :*  96 %
*Temperature Temporal Artery :*  36.7 Deg C(Converted to: 98.1 Deg F)

<div align="right">Hiland, Jenna J - 1/13/2023 8:21 CST</div>

*Level of Consciousness :*  Alert
*Respirations :*  Unlabored, Quiet

<div align="right">Hiland, Jenna J - 1/13/2023 8:18 CST</div>

**Subjective**
*Pain Present :*  Yes actual or suspected pain
*Numeric Rating Pain Scale :*  8
*Primary Pain Location :*  Back
*Numeric Rating Pain Score :*  8
*Primary Pain Comments :*  Pt states pain intermittent, 8/10 when present
*General Symptoms :*  None
*Cardiopulmonary Symptoms :*  None
*GI Symptoms :*  None
*Genitourinary Symptoms :*  None
*Skin Symptoms :*  None
*Neuromuscular Symptoms :*  None
*Mouth and Throat Symptoms :*  None

<div align="right">Hiland, Jenna J - 1/13/2023 8:21 CST</div>

**EENT**
Eye EENT Grid

|  | Eye, Left | Eye, Right |
|---|---|---|
| *Eye Symptoms :* | Tearing | Tearing |

_____

## *Progress Notes*

| Comment | (Comment: Pt states contacts do not fit well which cause excess tearing [Hiland, Jenna J - 1/13/2023 8:21 CST] ) | (Comment: Pt states contacts do not fit well which cause excess tearing.  Pt being seen by optical for this issue [Hiland, Jenna J - 1/13/2023 8:21 CST] ) |
|---|---|---|
| | Hiland, Jenna J - 1/13/2023 8:21 CST | Hiland, Jenna J - 1/13/2023 8:21 CST |

*Mucous Membrane Color :*  Pink
*Mucous Membrane Description :*  Moist, Intact

Hiland, Jenna J - 1/13/2023 8:21 CST

**Neurological**
*Facial Symmetry :*  Symmetric
*Characteristics of Speech :*  Clear
*Hallucinations :*  None
*Loss of Consciousness :*  No
*zzzzGait :*  Appropriate for developmental age, Steady

Hiland, Jenna J - 1/13/2023 8:21 CST

**Cardiovascular**
*Nail Bed Color :*  Normal for ethnicity

Hiland, Jenna J - 1/13/2023 8:21 CST

**Respiratory**
*Respirations :*  Unlabored, Quiet
*Respiratory Pattern :*  Regular

Hiland, Jenna J - 1/13/2023 8:21 CST

**Musculoskeletal**
*Musculoskeletal Assessment :*  WNL
*Musculoskeletal Activity :*  Independent

Hiland, Jenna J - 1/13/2023 8:21 CST

**Integumentary**
*Skin Integrity :*  Intact, no abnormalities
*Skin Turgor :*  Elastic

Hiland, Jenna J - 1/13/2023 8:21 CST

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys commands
*Glasgow Coma Score :*  15

Hiland, Jenna J - 1/13/2023 8:21 CST

**Nursing Protocols v.2.copay**
*Nursing Protocol Initiated :*  Musculoskeletal
*Nursing Interventions and Actions: :*  Pt presents with full range of motion and in no apparent distress.  Pt states he has had ongoing back pain that comes and goes, but has never been officially evaluated for it.  Pt states pain is worse in the morning after waking up.  Nothing makes it better, and nothing makes it worse.  Currently using OTC pain medications to

---

## Progress Notes

help with pain.  Will provide APAP per nursing protocol.  Pt advised that medication is only for 3 days and no refill available on nurse protocol medication.  Pt verbalized understanding.

Pt WIR reviewed with pt.  Pt overdue for Td vaccine.  Order placed.  Pt also due for 3rd dose of HPV, but HPV not recommended for anyone over the age of 26. Explained this to pt who was in agreement. Pt declines COVID boosters or flu shot.
*Apply Copay Charge? :*  Yes

Hiland, Jenna J - 1/13/2023 8:21 CST

---

Document Type:                           Nurse Sick Call - Text
Service Date/Time:                       12/5/2022 10:00 CST
Result Status:                           Auth (Verified)
Document Subject:                        Nurse Sick Call
Sign Information:                        Krainyk,RN,Kataryna A (12/5/2022 12:14 CST)

**Nurse Sick Call Entered On:  12/5/2022 10:10 CST**
**Performed On:  12/5/2022 10:00 CST by Krainyk, RN, Kataryna A**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

*Recent Travel History :*  No recent travel
*Place/Keep the patient on the Screening List? :*  No

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

**Summary v1.1**
*Chief Complaint :*  Eye irriatation, L thumb swelling
*Onset of Symptoms Date :*  11/21/2022 CST
*Who Initiated Visit :*  HSR
*Systolic Blood Pressure :*  166 mmHg (HI)
*Diastolic Blood Pressure :*  84 mmHg
*Mean Arterial Pressure, Cuff :*  111 mmHg
*Peripheral Pulse Rate :*  120 bpm (HI)

---

Case 2:22-cv-01205-JPS    Filed 10/03/25    Page 23 of 315    Document 78-1    Ex.100-10023

_____

---

### *Progress Notes*

---

*Respiratory Rate :*  18 br/min
*SpO2 :*  100 %
*Oxygen Flow Rate :*  0 L/min
*Temperature Temporal Artery :*  36.5 Deg C(Converted to: 97.7 Deg F)
*Level of Consciousness :*  Alert
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

**Subjective**
*Pain Present :*  Yes actual or suspected pain
*Numeric Rating Pain Scale :*  7
*Primary Pain Location :*  Eye
*Numeric Rating Pain Score :*  7
*General Symptoms :*  None
*Cardiopulmonary Symptoms :*  None
*Skin Symptoms :*  None
*Neuromuscular Symptoms :*  None

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

**EENT**
Eye EENT Grid

|  | Eye, Left | Eye, Right |
|---|---|---|
| *Eye Symptoms :* | Irritation, Reddened eye, Tearing | Irritation |
|  | Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST | Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST |

**Cardiovascular**
*Heart Rhythm :*  Regular
*Nail Bed Color :*  Normal for ethnicity
*Capillary Refill :*  Less than 2 seconds

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

**Respiratory**
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words
*Respiratory Pattern :*  Regular

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

**Musculoskeletal**
*Musculoskeletal Assessment :*  WNL

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

**Integumentary**
*Skin Integrity :*  Intact, no abnormalities
*Skin Turgor :*  Elastic

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys commands
*Glasgow Coma Score :*  15

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

_____

---

## *Progress Notes*

**Nursing Protocols v.2.copay**
*Nursing Protocol Initiated :*  N/A (Not Applicable)

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

*Nursing Interventions and Actions: :*  HSR submitted c/o eye irritation, L thumb swelling. Respirations even and unlabored, A&Ox4, Temp 36.5C, 100% O2, BP 166/84, Pulse 120 (provider notified). Complains of redness/ irritation in eyes bilat for 2 wks following "collagen surgery". R eye appears white, no drainage. L eye slightly reddened, irritated, tearing. C/o sensativity to light, says "it feels like something's stuck in it". Better with not wearing contacts and using prescribed lubricating eye drops 2-3x/ day. Advised to increase eye drop use to 4x/ day maximum. Message send to Optomistist regarding symptoms. L thumb does not appear swollen at this time, full ROM, capillary refill <3 sec. Ibuprofen and Tylenol do not help. Advised to run under cold water when inflammation does occur and educated on healing time taking up to a few months. PIOC in agreement with POC and will write to HSU with further concerns.

Krainyk, RN, Kataryna A - 12/5/2022 12:14 CST

*Apply Copay Charge? :*  No

Krainyk, RN, Kataryna A - 12/5/2022 10:00 CST

---

Document Type:                          Nurse Sick Call - Text
Service Date/Time:                      9/29/2022 13:50 CDT
Result Status:                          Auth (Verified)
Document Subject:                       Nurse Sick Call
Sign Information:                       Hiland,Jenna J (9/29/2022 14:34 CDT)

**Nurse Sick Call Entered On:  9/29/2022 14:56 CDT**
**Performed On:  9/29/2022 13:50 CDT by Hiland, Jenna J**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

Hiland, Jenna J - 9/29/2022 14:34 CDT

*Recent Travel History :*  No recent travel
*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*  No
*Place/Keep the patient on the Screening List? :*  No

Hiland, Jenna J - 9/29/2022 14:34 CDT

---

Report Request ID:  7475566                          Print Date/Time:   3/4/2024 12:28 CST

---

## Progress Notes

**Summary v1.1**

*Chief Complaint :*  Fall

*Ambulatory Intake Additional Information :*  Pt states that he was trying to get out of top bunk, but due to poor vision unable to see where to step and fell.  Pt observed in HSU maneuvering around objects and navigate unfamiliar exam room for appointment.  Pt states he needs a single cell.  Pt
(Comment: more concerned over restrictions than fall.  [Hiland, Jenna J - 9/29/2022 14:34 CDT] )

*Who Initiated Visit :*  Patient (not including HSRs)

*Systolic Blood Pressure :*  126 mmHg

*Diastolic Blood Pressure :*  79 mmHg

*Mean Arterial Pressure, Cuff :*  95 mmHg

*Peripheral Pulse Rate :*  60 bpm

*Respiratory Rate :*  17 br/min

*SpO2 :*  99 %

*Temperature Oral :*  37.0 Deg C(Converted to: 98.6 Deg F)

*Level of Consciousness :*  Alert

*Respirations :*  Unlabored, Quiet

<div align="right">Hiland, Jenna J - 9/29/2022 14:34 CDT</div>

**Subjective**

*Pain Present :*  Yes actual or suspected pain

*Primary Pain Location :*  Head

*General Symptoms :*  None

*Cardiopulmonary Symptoms :*  None

*GI Symptoms :*  None

*Genitourinary Symptoms :*  None

*Skin Symptoms :*  None

*Neuromuscular Symptoms :*  None

*Mouth and Throat Symptoms :*  None

<div align="right">Hiland, Jenna J - 9/29/2022 14:34 CDT</div>

**EENT**

Eye EENT Grid

|  | Eye, Left | Eye, Right |
|---|---|---|
| *Eye Symptoms :* | Vision impairment | Vision impairment |
| Comment | (Comment: Pt unable to wear contacts [Hiland, Jenna J - 9/29/2022 14:34 CDT] ) | (Comment: Pt unable to wear contacts [Hiland, Jenna J - 9/29/2022 14:34 CDT] ) |
|  | Hiland, Jenna J - 9/29/2022 14:34 CDT | Hiland, Jenna J - 9/29/2022 14:34 CDT |

*Mucous Membrane Color :*  Pink

*Mucous Membrane Description :*  Moist, Intact

<div align="right">Hiland, Jenna J - 9/29/2022 14:34 CDT</div>

**Neurological**

*Facial Symmetry :*  Symmetric

*Characteristics of Speech :*  Clear

*Hallucinations :*  None

*Loss of Consciousness :*  No

---

---

## *Progress Notes*

*zzzzGait :*  Appropriate for developmental age, Steady

Hiland, Jenna J - 9/29/2022 14:34 CDT

**Cardiovascular**
*Nail Bed Color :*  Normal for ethnicity

Hiland, Jenna J - 9/29/2022 14:34 CDT

**Respiratory**
*Respirations :*  Unlabored, Quiet
*Respiratory Pattern :*  Regular

Hiland, Jenna J - 9/29/2022 14:34 CDT

**Musculoskeletal**
*Musculoskeletal Assessment :*  Not assessed
*Musculoskeletal Activity :*  Independent

Hiland, Jenna J - 9/29/2022 14:34 CDT

**Integumentary**
*Skin Integrity :*  Intact, no abnormalities
*Skin Turgor :*  Elastic

Hiland, Jenna J - 9/29/2022 14:34 CDT

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys commands
*Glasgow Coma Score :*  15

Hiland, Jenna J - 9/29/2022 14:34 CDT

**Nursing Protocols v.2.copay**
*Nursing Protocol Initiated :*  EENT
*Nursing Interventions and Actions: :*  Low bunk given to reduce the risk of falls.  Message sent to Dr. South re: new glasses per provider's note. Pt upset that writer would not give single cell to pt.  Pt argumentative and did not accept RN answers.
*Apply Copay Charge? :*  Yes

Hiland, Jenna J - 9/29/2022 14:34 CDT

---

Document Type:                                  Nurse Sick Call - Text
Service Date/Time:                              8/11/2022 08:45 CDT
Result Status:                                  Auth (Verified)
Document Subject:                               Nurse Sick Call
Sign Information:                               Hohenstern,RN,Allison K (8/11/2022 13:08 CDT)

**Nurse Sick Call Entered On:  8/11/2022 13:17 CDT**
**Performed On:  8/11/2022 8:45 CDT by Hohenstern, RN, Allison K**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No

---

Case 2:22-cv-01205-JPS   Filed 10/03/25   Page 27 of 315   Document 78-1   Ex.1000-10027

---

## Progress Notes

*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

*Recent Travel History :*  No recent travel
*Place/Keep the patient on the Screening List? :*  No

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

**Summary v1.1**
*Chief Complaint :*  HSR left thumb numbness
*Ambulatory Intake Additional Information :*  States it is from the cuffs being too tight.
*Who Initiated Visit :*  HSR
*Weight Measured :*  55.1 kg(Converted to: 121 lb 8 oz, 121.475 lb)
*Body Mass Index Measured :*  21 kg/m2
*Height/Length Measured :*  161 cm(Converted to: 5 ft 3 inch, 63.39 inch)
*BSA Measured :*  1.57 m2
*Level of Consciousness :*  Alert
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

**Subjective**
*Pain Present :*  No actual or suspected pain
*Primary Pain Comments :*  Denies pain. States left thumb is numb.
*General Symptoms :*  None
*Cardiopulmonary Symptoms :*  None
*GI Symptoms :*  None
*Genitourinary Symptoms :*  None
*Skin Symptoms :*  None
*Neuromuscular Symptoms :*  Sensory Problems
(Comment: Left hand, 5th digit, numbness and tingling.  [Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT] )

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

**Neurological**
*Facial Symmetry :*  Symmetric
*Characteristics of Speech :*  Clear

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

Neurological Strengths Grid

|  | Left Upper Extremity |
|---|---|
| *Sensation :* | Numbness, Tingling (Comment: Left hand, 5th digit [Hohenstern, RN, Allison K - |

---

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 28 of 315     Document 78-1     Ex. 100 - 10028

---

## Progress Notes

| | |
|---|---|
| | 8/11/2022 13:08 CDT] ) |
| | Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT |

*Hallucinations :* None
*Loss of Consciousness :* No
*zzzzGait :* Appropriate for developmental age, Steady

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

**Cardiovascular**
*Nail Bed Color :* Normal for ethnicity
*Capillary Refill :* Less than 2 seconds

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

Pulses
*Radial Pulse, Left :* 3+ Normal
*Radial Pulse, Right :* 3+ Normal

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

**Respiratory**
*Respirations :* Unlabored, Quiet, Responds with sentences, phrases, words
*Respiratory Pattern :* Regular

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

**Musculoskeletal**
*Musculoskeletal Assessment :* WNL
*Musculoskeletal Activity :* Independent

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

Musculoskeletal Joint Assessment Grid

| | |
|---|---|
| *Location :* | Finger, left hand (Comment: 5th digit [Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT] ) |
| *Assessment :* | Symmetrical, Unremarkable |
| *Range of Motion :* | Full motion |
| | Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT |

**Integumentary**
*Skin Integrity :* Intact, with abnormalities
*Skin Turgor :* Elastic

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

Skin Abnormality Grid

| | |
|---|---|
| | Skin Abnormality #1 |

---

---

## *Progress Notes*

| | | |
|---|---|---|
| *Location :* | Arm, left (Comment: Wrist area [Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT] ) | |
| Comment | (Comment: Scab on wrist. PIOC states d/t hand cuffs. [Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT] ) | |
| | Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT | |

**Glasgow Coma**
*Eye Opening :* Spontaneously
*Best Verbal Response :* Oriented
*Best Motor Response :* Obeys commands
*Glasgow Coma Score :* 15

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

**Nursing Protocols v.2.copay**
*Nursing Protocol Initiated :* N/A (Not Applicable)
*Nursing Interventions and Actions: :* HSR numbness of left hand thumb. States it happened 8/2/22 when a cuff was applied too tightly to his wrist. ROM WNL. PIOC has equal hand/grip strength. Equal hand sensation per PIOC. Stated he just has numbness in the 5th digit on the left hand. PIOC began talking about how he believes it is nerve damage. PIOC was educated that it can take more than a few weeks for some injuries to heal. PIOC verbalized understanding. Educated to write to HSU if numbness persists and does not improve. PIOC agreeable with POC.
*Apply Copay Charge? :* Yes

Hohenstern, RN, Allison K - 8/11/2022 13:08 CDT

---

Document Type:                              Nurse Sick Call - Text
Service Date/Time:                          8/2/2022 11:04 CDT
Result Status:                              Auth (Verified)
Document Subject:                           Nurse Sick Call
Sign Information:                           Pitzlin,Whitney M (8/2/2022 11:04 CDT)

**Nurse Sick Call Entered On: 8/2/2022 11:11 CDT**
**Performed On: 8/2/2022 11:04 CDT by Pitzlin, Whitney M**

**NSC ID Risk Screen v.1.2**

---

---

## *Progress Notes*

<u>ID Risk Factors/Symptoms Grid</u>
*Abdominal (Stomach Pain) :* No
*Chills :* No
*Cough. :* No
*Diarrhea :* No
*Fatigue :* No
*Fever :* No
*Headache :* No
*Muscle Pain :* Yes
*New Loss of Smell :* No
*New Loss of Taste :* No
*Runny or Stuffy Nose :* No
*Shortness of Breath :* No
*Sore Throat :* No
*Vomiting :* No
*Weakness/Numbness :* No

Pitzlin, Whitney M - 8/2/2022 11:04 CDT

*Place/Keep the patient on the Screening List? :* No

Pitzlin, Whitney M - 8/2/2022 11:04 CDT

**Summary v1.1**
*Chief Complaint :* altercation/OC spray
*Onset of Symptoms Date :* 8/2/2022 CDT
*Who Initiated Visit :* Officer/security
*Respiratory Rate :* 16 br/min
*Level of Consciousness :* Alert
*Respirations :* Unlabored, Quiet, Responds with sentences, phrases, words

Pitzlin, Whitney M - 8/2/2022 11:04 CDT

**Subjective**
*Pain Present :* Yes actual or suspected pain
*Primary Pain Comments :* reports pain to eyes, chin, eft ankle, and shoulder
*General Symptoms :* None
*Cardiopulmonary Symptoms :* None
*GI Symptoms :* None
*Genitourinary Symptoms :* None
*Skin Symptoms :* Lesions/Open Wound
*Neuromuscular Symptoms :* Muscle Problems

Pitzlin, Whitney M - 8/2/2022 11:04 CDT

**EENT**
<u>Eye EENT Grid</u>

|  | Eye, Left | Eye, Right |
|---|---|---|
| *Eye Symptoms :* | Eye appears normal | Eye appears normal |
|  | Pitzlin, Whitney M - 8/2/2022 11:04 CDT | Pitzlin, Whitney M - 8/2/2022 11:04 CDT |

**Neurological**
*Facial Symmetry :* Symmetric
*Characteristics of Speech :* Clear
*zzzzGait :* Unable to assess

---

Report Request ID: 7475566 | Print Date/Time: 3/4/2024 12:28 CST

---

## Progress Notes

Pitzlin, Whitney M - 8/2/2022 11:04 CDT

**Respiratory**
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words
*Respiratory Pattern :*  Regular

Pitzlin, Whitney M - 8/2/2022 11:04 CDT

**Musculoskeletal**
*Musculoskeletal Assessment :*  Change from patient's baseline
*Musculoskeletal Activity :*  Independent

Pitzlin, Whitney M - 8/2/2022 11:04 CDT

**Integumentary**
*Skin Integrity :*  Not intact

Pitzlin, Whitney M - 8/2/2022 11:04 CDT

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys commands
*Glasgow Coma Score :*  15

Pitzlin, Whitney M - 8/2/2022 11:04 CDT

**Nursing Protocols v.2.copay**
*Nursing Interventions and Actions: :*  PIOC brought to tx room in restraint chair after an altercation/OC spray. Appeared in NAD and breathing even and unlabored. Skin dry. PIOC argumentative with security and only partially cooperative with assessment. Needed redirection often while writer was completing wound care. Noted two superficial lac's to chin that were able to be approximatd with glue and steri-strips after areas were cleansed and bleeding subsided with pressure. Reports that he can't open his eyes d/t burning/pain from the OC spray. Has contacts in. Writer offered to irrigate PIOC's eyes but he refused. PIOC concerned about his left ankle and states it's broken. Assessment limited in nature to ankle d/t being in the restraint chair. Unable to visualize any gross deformities or bruising/swelling during assessment. Agreeable to trying NP meds and an ice bag and to notify HSU with any further concerns or if sx's persist or worsen. Also instructed to notify HSU with any further concerns about his eyes. Writer unable to complete any further assessment including LS as PIOC refused and was becoming more restless/agitated with assessment. Refused VS. Escorted out of tx room by security.
*Apply Copay Charge? :*  No

Pitzlin, Whitney M - 8/2/2022 11:04 CDT

---

Document Type:                          Nurse Sick Call - Text
Service Date/Time:                      3/7/2022 12:55 CST
Result Status:                          Auth (Verified)
Document Subject:                       Nurse Sick Call
Sign Information:                       Winkler,Jill (3/7/2022 12:55 CST)

**Nurse Sick Call Entered On:  3/7/2022 12:58 CST**
**Performed On:  3/7/2022 12:55 CST by Winkler, Jill**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No

---

Report Request ID:  7475566                    Print Date/Time:   3/4/2024 12:28 CST

---

## Progress Notes

*Diarrhea :*  No
*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

Winkler, Jill - 3/7/2022 12:55 CST

*Recent Travel History :*  No recent travel
*Place/Keep the patient on the Screening List? :*  No

Winkler, Jill - 3/7/2022 12:55 CST

**Summary v1.1**
*Chief Complaint :*  light hurting head
*Onset of Symptoms > 1 Year Ago :*  Greater than 1 year ago
*Who Initiated Visit :*  HSR
*Systolic Blood Pressure :*  122 mmHg
*Diastolic Blood Pressure :*  68 mmHg
*Mean Arterial Pressure, Cuff :*  86 mmHg
*Peripheral Pulse Rate :*  70 bpm
*Respiratory Rate :*  16 br/min
*SpO2 :*  96 %
*Weight Measured :*  56.6 kg(Converted to: 124 lb 13 oz, 124.782 lb)
*Temperature Oral :*  38.1 Deg C(Converted to: 100.6 Deg F)  (HI)
*Level of Consciousness :*  Alert
*Respirations :*  Responds with sentences, phrases, words

Winkler, Jill - 3/7/2022 12:55 CST

**Subjective**
*Pain Present :*  No actual or suspected pain
*General Symptoms :*  None
*Cardiopulmonary Symptoms :*  None
*GI Symptoms :*  None
*Genitourinary Symptoms :*  None
*Skin Symptoms :*  None
*Neuromuscular Symptoms :*  None

Winkler, Jill - 3/7/2022 12:55 CST

**EENT**
Eye EENT Grid

|  | Eye, Left | Eye, Right |
|---|---|---|
| *Eye Symptoms :* | Eye appears normal | Eye appears normal |
|  | Winkler, Jill - 3/7/2022 12:55 CST | Winkler, Jill - 3/7/2022 12:55 CST |

**Neurological**

---

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 33 of 315     Document 78-10033

---

## Progress Notes

*Facial Symmetry :*  Symmetric
*PERRLA :*  Yes

Winkler, Jill - 3/7/2022 12:55 CST

**Cardiovascular**
*Heart Rhythm :*  Regular
*Nail Bed Color :*  Normal for ethnicity
*Capillary Refill :*  Less than 2 seconds

Winkler, Jill - 3/7/2022 12:55 CST

**Respiratory**
*Respirations :*  Unlabored, Responds with sentences, phrases, words
*Respiratory Pattern :*  Regular

Winkler, Jill - 3/7/2022 12:55 CST

**Musculoskeletal**
*Musculoskeletal Assessment :*  WNL
*Musculoskeletal Activity :*  Independent

Winkler, Jill - 3/7/2022 12:55 CST

**Gastrointestinal**
*Abdomen Palpation :*  Soft, Non-Tender

Winkler, Jill - 3/7/2022 12:55 CST

**Integumentary**
*Skin Integrity :*  Intact, no abnormalities
*Skin Turgor :*  Elastic

Winkler, Jill - 3/7/2022 12:55 CST

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys commands
*Glasgow Coma Score :*  15

Winkler, Jill - 3/7/2022 12:55 CST

**Problems**

(As Of: 3/7/2022 12:58:24 CST)

Problems(Active)

| | |
|---|---|
| Encounter for medical care (SNOMED CT :447501012 ) | *Name of Problem:*  Encounter for medical care ; *Recorder:* Fields, APNP, Jodi E; *Confirmation:*  Confirmed ; *Classification:*  Medical ; *Code:*  447501012 ; *Contributor System:* PowerChart ; *Last Updated:*  7/26/2018 9:12 CDT ; *Life Cycle Status:*  Active ; *Responsible Provider:*  Fields, APNP, Jodi E; *Vocabulary:*  SNOMED CT |

Diagnoses(Active)

| | |
|---|---|
| Dental infection | *Date:*  2/28/2019 ; *Diagnosis Type:*  Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:*  Dental infection ; *Classification:* Medical ; *Clinical Service:*  Non-Specified ; *Code:*  ICD-10-CM ; *Probability:*  0 ; *Diagnosis Code:*  K04.7 |
| Dry skin | *Date:*  8/25/2021 ; *Diagnosis Type:*  Working ; *Confirmation:* Confirmed ; *Clinical Dx:*  Dry skin ; *Classification:*  Medical ; *Clinical Service:*  Non-Specified ; *Code:*  ICD-10-CM ; *Probability:*  0 ; *Diagnosis Code:*  L85.3 |

---

---

| | |
|---|---|
| | **Progress Notes** |

| | |
|---|---|
| Encounter for medical care | *Date:* 10/18/2021 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Encounter for medical care ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* Z76.89 |
| Healthcare maintenance | *Date:* 7/26/2018 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Healthcare maintenance ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* Z00.00 |
| Pain, dental | *Date:* 7/26/2018 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Pain, dental ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* K08.89 |
| Postoperative state | *Date:* 10/24/2019 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Postoperative state ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* Z98.890 |

**Nursing Protocols v.2.copay**

*Nursing Interventions and Actions: :* PIOC here c/o continued eye problems with light. PIOC states he has floaters and the lights hurt his eyes/head. His current glasses are broken and thus he is not wearing them as he should. PIOC informed that there has been an order to optical to eval his eyes and get new glasses. PIOC given short course of ibuprofen to help with pain. PIOC verbalized understanding and was agreeable to plan of care.
*Apply Copay Charge? :* No

Winkler, Jill - 3/7/2022 12:55 CST

---

| | |
|---|---|
| Document Type: | Nurse Sick Call - Text |
| Service Date/Time: | 10/18/2021 11:15 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Nurse Sick Call |
| Sign Information: | Pitzlin,Whitney M (10/18/2021 11:15 CDT) |

**Nurse Sick Call Entered On: 10/18/2021 11:19 CDT**
**Performed On: 10/18/2021 11:15 CDT by Pitzlin, Whitney M**

**NSC ID Risk Screen v.1.2**

<u>ID Risk Factors/Symptoms Grid</u>

*Abdominal (Stomach Pain) :* No
*Chills :* No
*Cough. :* Yes
*Diarrhea :* No
*Fatigue :* No
*Fever :* No
*Headache :* No
*Muscle Pain :* No
*New Loss of Smell :* No
*New Loss of Taste :* No

---

_____

| *Progress Notes* |
|:---:|

*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

<div align="right">Pitzlin, Whitney M - 10/18/2021 11:15 CDT</div>

*Place/Keep the patient on the Screening List? :*  No

<div align="right">Pitzlin, Whitney M - 10/18/2021 11:15 CDT</div>

**Summary v1.1**
*Chief Complaint :*  c/o seasonal allergies
*Who Initiated Visit :*  HSR
*Systolic Blood Pressure :*  124 mmHg
*Diastolic Blood Pressure :*  64 mmHg
*Mean Arterial Pressure, Cuff :*  84 mmHg
*Peripheral Pulse Rate :*  77 bpm
*Respiratory Rate :*  16 br/min
*SpO2 :*  99 %
*Level of Consciousness :*  Alert
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words

<div align="right">Pitzlin, Whitney M - 10/18/2021 11:15 CDT</div>

**Subjective**
*Pain Present :*  No actual or suspected pain
*General Symptoms :*  None
*Cardiopulmonary Symptoms :*  Cough
(Comment: reports occasional dry cough [Pitzlin, Whitney M - 10/18/2021 11:15 CDT] )
*GI Symptoms :*  None
*Genitourinary Symptoms :*  None
*Skin Symptoms :*  None
*Neuromuscular Symptoms :*  None

<div align="right">Pitzlin, Whitney M - 10/18/2021 11:15 CDT</div>

**EENT**
<u>Eye EENT Grid</u>

|  | Eye, Left | Eye, Right |
|---|---|---|
| *Eye Symptoms :* | Eye appears normal | Eye appears normal |
|  | Pitzlin, Whitney M - 10/18/2021 11:15 CDT | Pitzlin, Whitney M - 10/18/2021 11:15 CDT |

**Neurological**
*Facial Symmetry :*  Symmetric
*Characteristics of Speech :*  Clear
*zzzzGait :*  Steady

<div align="right">Pitzlin, Whitney M - 10/18/2021 11:15 CDT</div>

**Cardiovascular**
*Nail Bed Color :*  Normal for ethnicity

<div align="right">Pitzlin, Whitney M - 10/18/2021 11:15 CDT</div>

**Respiratory**
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words
*Respiratory Pattern :*  Regular

_____

---

## Progress Notes

*Cough :*  Non-Productive, Occasional

Pitzlin, Whitney M - 10/18/2021 11:15 CDT

Breath Sounds
*LUL :*  Posterior, Clear
*RUL :*  Posterior, Clear
*RML :*  Posterior, Clear
*LLL :*  Posterior, Clear
*RLL :*  Posterior, Clear

Pitzlin, Whitney M - 10/18/2021 11:15 CDT

**Musculoskeletal**
*Musculoskeletal Assessment :*  WNL
*Musculoskeletal Activity :*  Independent

Pitzlin, Whitney M - 10/18/2021 11:15 CDT

**Integumentary**
*Skin Integrity :*  Intact, no abnormalities

Pitzlin, Whitney M - 10/18/2021 11:15 CDT

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys commands
*Glasgow Coma Score :*  15

Pitzlin, Whitney M - 10/18/2021 11:15 CDT

**Nursing Protocols v.2.copay**
*Nursing Protocol Initiated :*  N/A (Not Applicable)
*Nursing Interventions and Actions: :*  PIOC reports seasonal allergies. States he's been sneezing a lot and has an occasional dry cough. No other cold s/sx. Unable to state if he has any eye itching/watering r/t allergies as "I already see UW for my eyes". Nurse protocol med ordered. Instructed to notify HSU if symptoms persist or worsen. Verbalized understanding and agreeable to POC.
*Apply Copay Charge? :*  No

Pitzlin, Whitney M - 10/18/2021 11:15 CDT

---

Document Type:                          Nurse Sick Call - Text
Service Date/Time:                      8/25/2021 09:05 CDT
Result Status:                          Auth (Verified)
Document Subject:                       Nurse Sick Call
Sign Information:                       Pitzlin,Whitney M (8/25/2021 09:05 CDT)

**Nurse Sick Call Entered On:  8/25/2021 9:08 CDT**
**Performed On:  8/25/2021 9:05 CDT by Pitzlin, Whitney M**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No

---

---

## *Progress Notes*

*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

Pitzlin, Whitney M - 8/25/2021 9:05 CDT

*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*  No
*Place/Keep the patient on the Screening List? :*  No

Pitzlin, Whitney M - 8/25/2021 9:05 CDT

**Summary v1.1**
*Chief Complaint :*  HSR for dry feet
*Onset of Symptoms Date :*  8/20/2021 CDT
*Who Initiated Visit :*  HSR
*Systolic Blood Pressure :*  126 mmHg
*Diastolic Blood Pressure :*  82 mmHg
*Mean Arterial Pressure, Cuff :*  97 mmHg
*Peripheral Pulse Rate :*  87 bpm
*Respiratory Rate :*  16 br/min
*SpO2 :*  100 %
*Temperature Tympanic :*  36.9 Deg C(Converted to: 98.4 Deg F)
*Level of Consciousness :*  Alert
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words

Pitzlin, Whitney M - 8/25/2021 9:05 CDT

**Subjective**
*Pain Present :*  No actual or suspected pain
*General Symptoms :*  None
*Cardiopulmonary Symptoms :*  None
*GI Symptoms :*  None
*Genitourinary Symptoms :*  None
*Skin Symptoms :*  Other: dry peeling areas
*Neuromuscular Symptoms :*  None

Pitzlin, Whitney M - 8/25/2021 9:05 CDT

**EENT**
Eye EENT Grid

|  | Eye, Left | Eye, Right |
|---|---|---|
| *Eye Symptoms :* | Eye appears normal | Eye appears normal |
|  | Pitzlin, Whitney M - 8/25/2021 9:05 CDT | Pitzlin, Whitney M - 8/25/2021 9:05 CDT |

**Neurological**
*Facial Symmetry :*  Symmetric
*Characteristics of Speech :*  Clear

---

---

## *Progress Notes*

<div align="right">Pitzlin, Whitney M - 8/25/2021 9:05 CDT</div>

**Respiratory**
*Respirations :*  Unlabored, Quiet, Responds with sentences, phrases, words
*Respiratory Pattern :*  Regular

<div align="right">Pitzlin, Whitney M - 8/25/2021 9:05 CDT</div>

**Musculoskeletal**
*Musculoskeletal Assessment :*  WNL
*Musculoskeletal Activity :*  Independent

<div align="right">Pitzlin, Whitney M - 8/25/2021 9:05 CDT</div>

**Integumentary**
*Skin Integrity :*  Intact, with abnormalities
*Skin Turgor :*  Elastic

<div align="right">Pitzlin, Whitney M - 8/25/2021 9:05 CDT</div>

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys commands
*Glasgow Coma Score :*  15

<div align="right">Pitzlin, Whitney M - 8/25/2021 9:05 CDT</div>

**Nursing Protocols v.2.copay**
*Nursing Protocol Initiated :*  N/A (Not Applicable)
*Nursing Interventions and Actions: :*  PIOC seen for HSR c/o dry feet. Areas of dry peeling skin noted to bottom and medial portion of right foot. No dry areas noted to left foot. ACP updated about dry patches. Awaiting any orders. PIOC updated on POC. Verbalized understanding and agreeable to POC.
*Apply Copay Charge? :*  Yes

<div align="right">Pitzlin, Whitney M - 8/25/2021 9:05 CDT</div>

---

Document Type:                          Nurse Sick Call - Text
Service Date/Time:                      3/15/2021 14:24 CDT
Result Status:                          Auth (Verified)
Document Subject:                       Nurse Sick Call
Sign Information:                       Larson,RN,Donna M (3/15/2021 14:24 CDT)

<div align="center">

**Nurse Sick Call Entered On:  3/15/2021 14:51 CDT**
**Performed On:  3/15/2021 14:24 CDT by Larson, RN, Donna M**

</div>

**NSC ID Risk Screen v.1.2**
*Place/Keep the patient on the Screening List? :*  No

<div align="right">Larson, RN, Donna M - 3/15/2021 14:24 CDT</div>

**Summary v1.1**
*Chief Complaint :*  c/o "retinal detachment"
*Ambulatory Intake Additional Information :*  Had a full eye exam on 3/11/21. Dx with corneal ectasia.. Referral to UW was made and scheduling is working on it. c/o right eye is more blurry now when he stares at the TV. Not when he turns his head from side to side.
*Who Initiated Visit :*  Patient (not including HSRs)
*Systolic Blood Pressure :*  120 mmHg
*Diastolic Blood Pressure :*  68 mmHg

---

---

| *Progress Notes* |
|---|

*Mean Arterial Pressure, Cuff :*   85 mmHg
*Peripheral Pulse Rate :*   98 bpm
*SpO2 :*   97 %
*Oxygen Flow Rate :*   0 L/min
*Temperature Temporal Artery :*   37.0 Deg C(Converted to: 98.6 Deg F)
*Level of Consciousness :*   Alert
*Respirations :*   Unlabored, Quiet, Responds with sentences, phrases, words

Larson, RN, Donna M - 3/15/2021 14:24 CDT

**Subjective**
*Pain Present :*   No actual or suspected pain
*Primary Pain Comments :*   only when he get headaches.

Larson, RN, Donna M - 3/15/2021 14:24 CDT

**EENT**
Eye EENT Grid

|  | Eye, Left | Eye, Right |
|---|---|---|
| *Eye Symptoms :* | Eye appears normal | Eye appears normal |
|  | Larson, RN, Donna M - 3/15/2021 14:24 CDT | Larson, RN, Donna M - 3/15/2021 14:24 CDT |

**Neurological**
*Facial Symmetry :*   Symmetric

Larson, RN, Donna M - 3/15/2021 14:24 CDT

Pupil Assessment Grid

|  | Pupil, Left | Pupil, Right |
|---|---|---|
| *Description :* | Round | Round |
| *Reaction :* | Brisk | Brisk |
| *Size (mm) :* | 4 mm | 4 mm |
|  | Larson, RN, Donna M - 3/15/2021 14:24 CDT | Larson, RN, Donna M - 3/15/2021 14:24 CDT |

*Characteristics of Speech :*   Clear
*zzzzGait :*   Steady

Larson, RN, Donna M - 3/15/2021 14:24 CDT

**Cardiovascular**
*Nail Bed Color :*   Normal for ethnicity
*Capillary Refill :*   Less than 2 seconds

Larson, RN, Donna M - 3/15/2021 14:24 CDT

Pulses
*Radial Pulse, Left :*   3+ Normal
*Radial Pulse, Right :*   3+ Normal

Larson, RN, Donna M - 3/15/2021 14:24 CDT

**Respiratory**
*Respirations :*   Unlabored, Quiet, Responds with sentences, phrases, words
*Respiratory Pattern :*   Regular

---

---

## *Progress Notes*

Larson, RN, Donna M - 3/15/2021 14:24 CDT

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys commands
*Glasgow Coma Score :*  15

Larson, RN, Donna M - 3/15/2021 14:24 CDT

**Nursing Protocols v.2.copay**
*Nursing Protocol Initiated :*  EENT
*Nursing Interventions and Actions: :*  States he gets headaches from the sun or staring at the TV. Sees dots around the power button on his TV if he stares at it. Since the eye exam done 4 days ago, he notices that his right is now getting blurry at times. She said that it's a rare condition and she was going to schedule me at UW for my eyes. Reassured pt that she did do those orders and the schedulers are working on it. When asked what he knows about the condition, he replied just that its rare. Assured pt if the doctor felt it was emergent she would of sent you then, but she felt it could wait until it was scheduled. Informed how headaches can cause increase blurry vision. Suggest getting some sunglasses for outside and not to stare at the TV. Maybe order some APAP from Canteen to have on hand in case he needed something for a headache. handout on corneal ectasia was given to pt. He will notify HSU with furhter changes in his vision.
*Apply Copay Charge? :*  No

Larson, RN, Donna M - 3/15/2021 14:24 CDT

**Nursing Diagnosis**
*Nursing Diagnosis for Sick Call :*  Knowledge deficit r/t corneal ectasia

Larson, RN, Donna M - 3/15/2021 14:24 CDT

---

Document Type:                          Nurse Sick Call - Text
Service Date/Time:                      1/31/2020 10:29 CST
Result Status:                          Auth (Verified)
Document Subject:                       Nurse Sick Call
Sign Information:                       Fryczynski,Jodi L (1/31/2020 10:57 CST)

**Nurse Sick Call Entered On:  1/31/2020 10:31 CST**
**Performed On:  1/31/2020 10:29 CST by Fryczynski, Jodi L**

**Summary**
*Who Initiated Visit :*  HSR
*Systolic Blood Pressure :*  112 mmHg
*Diastolic Blood Pressure :*  72 mmHg
*Peripheral Pulse Rate :*  56 bpm (LOW)
*Respiratory Rate :*  16 br/min
*SpO2 :*  98 %
*Weight Measured :*  57.60 kg(Converted to: 127 lb 0 oz, 126.986 lb)
*Mean Arterial Pressure, Cuff :*  85 mmHg
*Temperature Oral :*  36.6 Deg C(Converted to: 97.9 Deg F)
*Level of Consciousness :*  Alert
*Respirations :*  Unlabored, Quiet

Fryczynski, Jodi L - 1/31/2020 10:44 CST

*Chief Complaint :*  weight loss

---

---

## *Progress Notes*

*Ambulatory Intake Additional Information :*   Patient feels that he is losing wieght and he is eating all of his trays, snacking in between meals and has a meal at night.

Fryczynski, Jodi L - 1/31/2020 10:29 CST

**Subjective**
*Pain Present :*   No actual or suspected pain
*General Symptoms :*   None
*Cardiopulmonary Symptoms :*   None
*GI Symptoms :*   None
*Genitourinary Symptoms :*   None
*Skin Symptoms :*   None
*Neuromuscular Symptoms :*   None
*Mouth and Throat Symptoms :*   None

Fryczynski, Jodi L - 1/31/2020 10:44 CST

**EENT**
*Mucous Membrane Color :*   Pink
*Mucous Membrane Description :*   Moist, Intact
*Dental Problems :*   No dental problems

Fryczynski, Jodi L - 1/31/2020 10:44 CST

**Neurological**
*Facial Symmetry :*   Symmetric
*Characteristics of Speech :*   Clear
*zzzzGait :*   Steady

Fryczynski, Jodi L - 1/31/2020 10:44 CST

**Cardiovascular**
*Heart Rhythm :*   Regular

Fryczynski, Jodi L - 1/31/2020 10:44 CST

**Respiratory**
*Respirations :*   Unlabored, Quiet
*Respiratory Pattern Description :*   Regular

Fryczynski, Jodi L - 1/31/2020 10:44 CST

**Musculoskeletal**
*Musculoskeletal Activity :*   Independent

Fryczynski, Jodi L - 1/31/2020 10:44 CST

**Integumentary**
*Skin Integrity :*   Intact, no abnormalities
*Skin Turgor :*   Elastic

Fryczynski, Jodi L - 1/31/2020 10:44 CST

**Glasgow Coma**
*Eye Opening :*   Spontaneously
*Best Verbal Response :*   Oriented
*Best Motor Response :*   Obeys commands
*Glasgow Coma Score :*   15

Fryczynski, Jodi L - 1/31/2020 10:44 CST

**Nursing Protocols**
*Nursing Protocol Initiated :*   Abdominal Complaints
(Comment: Patient states that he is eating all 3 trays, is snacking in between meals and has a meal at night but is losing weight. Patient denies any pain or discomfort to the abdoman and says he has regular bowel movements. Patient states he drinks protein shakes 3 times a week, writer encouraged him to drink more to help gain weight. Referal to provider for further follow up. [Fryczynski, Jodi L - 1/31/2020 10:57 CST] )

Fryczynski, Jodi L - 1/31/2020 10:57 CST

---

---

## *Progress Notes*

---

Document Type:                                    Nurse Triage - Text
Service Date/Time:                                7/18/2023 20:59 CDT
Result Status:                                    Auth (Verified)
Document Subject:                                 Eye drops
Sign Information:                                 York,RN,Ann M (7/18/2023 21:07 CDT)

Officer Hollfelder called from RHU and states PIOC has been allowed to keep his contact supplies and solution in cell. Asked if he can keep anti-itch eye drops in cell VS med cart. States security supervisor has given permission for this. This is okay as eye drop is normally a KOP med.

---

Document Type:                                    Nurse Triage - Text
Service Date/Time:                                6/19/2023 17:23 CDT
Result Status:                                    Auth (Verified)
Document Subject:                                 Chest Pain
Sign Information:                                 Van Stippen,RN,Jodi A (6/19/2023 17:25 CDT)

Received a call from NWCH Sgt stating that this PIOC was reporting Chest Pain. Writer informed caller that a RN would come out to assess PIOC.

---

Document Type:                                    Nurse Triage - Text
Service Date/Time:                                9/29/2022 13:25 CDT
Result Status:                                    Auth (Verified)
Document Subject:                                 fall
Sign Information:                                 Bleecker,Andrea M (9/29/2022 13:26 CDT)

Writer received a call from NWCH Sgt. Manthei.  d/t PIOC not wearing his contact lenses, he fell out of bed and injured his  shoulder.  Cell hall will send PIOC over in a w/c.

---

Document Type:                                    Nursing Narrative Note
Service Date/Time:                                1/18/2024 13:10 CST
Result Status:                                    Auth (Verified)
Document Subject:                                 Incorrect contacts
Sign Information:                                 Wenger,RN,Erin (1/18/2024 13:11 CST)

Writer delivered contacts to PIOC in NWCH.
Property receipt signed, and he checked them prior to writer leaving.

Upon further inspection, PIOC found the name on the contacts were not his, thus they were not his prescription.
He gave back the contacts, a metal case, and contact case, however, plungers were missing. Writer notified Jess L LPN

*Electronically Signed on 01/18/24 01:11 PM*

_____

*Wenger, Erin  RN*

---

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 43 of 315     Document 178-1     Ex. 1000-10043

## Progress Notes

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 1/18/2024 11:58 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | SNC decision |
| Sign Information: | Hiland,RN,Jenna J (1/18/2024 11:58 CST) |

Pt requested restriction for low bunk.  Per SNC, request is denied.  Pt has contacts that he wears that corrects his vision.

*Electronically Signed on 01/18/24 11:58 AM*

_____

*Hiland, Jenna  RN*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 1/17/2024 15:38 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | Special needs low bunk |
| Sign Information: | Wenger,RN,Erin (1/17/2024 15:38 CST) |

Special needs low bunk completed and submitted

*Electronically Signed on 01/17/24 03:38 PM*

_____

*Wenger, Erin  RN*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 12/4/2023 10:10 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | Broken Contact |
| Sign Information: | Taplin,RN,Brian J (12/4/2023 10:11 CST) |

Writer confirmed PIOC's left contact was indeed cracked and will let MPAA know that a new one will need to be ordered. Will issue when received.

*Electronically Signed on 12/04/23 10:11 AM*

_____

*Taplin, Brian  RN*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 8/1/2023 11:52 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | low bunk request |
| Sign Information: | Bleecker,RN,Andrea M (8/1/2023 11:53 CDT) |

SNC reviewed low bunk request in 3/2023 and was denied at this time.  Writer reviewed recent request with them and as there have been no recent changes in PIOC's status or vision, there is no new indication for an evaluation for low bunk.

*Electronically Signed on 08/01/23 11:53 AM*

_____

*Bleecker, Andrea  RN*

---

## Progress Notes

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 7/20/2023 10:10 CDT |
| Result Status: | Modified |
| Document Subject: | scleral lenses |
| Sign Information: | Bleecker,RN,Andrea M (7/20/2023 10:18 CDT); Bleecker,RN, Andrea M (7/20/2023 10:10 CDT) |

**Addendum by Bleecker, RN, Andrea M on July 20, 2023 10:18 CDT**
Writer asked off-site scheduler and new scleral lenses have been ordered from UW, but have not arrived at WCI at this time.

*Electronically Signed on 07/20/23 10:18 AM*

*Bleecker, Andrea  RN*

No scleral lenses noted on med cart.

*Electronically Signed on 07/20/23 10:10 AM*

*Bleecker, Andrea  RN*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 7/14/2023 10:05 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | HSR |
| Sign Information: | Bleecker,RN,Andrea M (7/14/2023 10:07 CDT) |

PIOC submitted an HSR c/o numbness in left arm, chest pain, SOB and rapid HR.  PIOC stated these s/s occurred back in June and were only for one day.  PIOC stated no longer is having these s/s.  PIOC did ask if a chest x-ray would show if a heart attack occurred.  Writer stated that it would not show this.  Writer stated an assessment could be done.  PIOC denies any s/s currently and refused assessment unless he would get a chest x-ray.  Writer stated an assessment could be done and results reviewed with provider.  PIOC declined.  Form 3220 filled out and PIOC refused to sign.  Writer educated that should s/s return, to notify security staff.

*Electronically Signed on 07/14/23 10:07 AM*

*Bleecker, Andrea  RN*

---

Case 2:22-cv-01205-JPS    Filed 10/03/25    Page 45 of 315    Document 78-10    Ex.100-10045

---

## *Progress Notes*

Document Type:                                   Nursing Narrative Note
Service Date/Time:                               7/13/2023 09:11 CDT
Result Status:                                   Auth (Verified)
Document Subject:                                SNC decision - Single Cell
Sign Information:                                Hiland,RN,Jenna J (7/14/2023 09:12 CDT)

SNC reviewed pt request for single cell. Pt chart reviewed and no medical indication found for a single cell restriction.  Pt request for single cell was denied by SNC.

*Electronically Signed on 07/14/23 09:12 AM*

_____

*Hiland, Jenna  RN*

===============================================

Document Type:                                   Nursing Narrative Note
Service Date/Time:                               7/12/2023 14:47 CDT
Result Status:                                   Auth (Verified)
Document Subject:                                Scleral Contact
Sign Information:                                Hiland,RN,Jenna J (7/12/2023 14:51 CDT)

Pt has submitted HSR's stating he did not have scleral contact lens.  When pt went to RHU, medical property reviewed by HSU and one scleral contact lens was found in pt's property.

*Electronically Signed on 07/12/23 02:51 PM*

_____

*Hiland, Jenna  RN*

===============================================

Document Type:                                   Nursing Narrative Note
Service Date/Time:                               6/23/2023 09:05 CDT
Result Status:                                   Auth (Verified)
Document Subject:                                Cancellation
Sign Information:                                Krainyk,RN,Kataryna A (6/23/2023 09:06 CDT)

RN appt for CP cancelled today d/t having been seen 6/19/23 and issues having been addressed.

*Electronically Signed on 06/23/23 09:06 AM*

_____

*Krainyk, Kataryna  RN*

===============================================

Document Type:                                   Nursing Narrative Note
Service Date/Time:                               2/27/2023 07:38 CST
Result Status:                                   Modified
Document Subject:                                Contacts
Sign Information:                                Hohenstern,RN,Allison K (2/27/2023 11:47 CST);
                                                 Hohenstern,RN,Allison K (2/27/2023 08:27 CST);
                                                 Hohenstern,RN,Allison K (2/27/2023 07:40 CST);
                                                 Hohenstern,RN,Allison K (2/27/2023 07:39 CST)

---

_____

## *Progress Notes*

**Addendum by Hohenstern, RN, Allison K on February 27, 2023 11:47 CST**
Appears new contacts were issued to RHU 2/14/23.

_____

*Electronically Signed on 02/27/23 11:47 AM*

_____

*Hohenstern, Allison  RN*

**Addendum by Hohenstern, RN, Allison K on February 27, 2023 8:27 CST**
Contact that was over in HSU per PIOC was the broken contact he returned last week.

_____

*Electronically Signed on 02/27/23 08:27 AM*

_____

*Hohenstern, Allison  RN*

**Addendum by Hohenstern, RN, Allison K on February 27, 2023 7:40 CST**
Denies current eye pain and no redness to eyes noted.

_____

*Electronically Signed on 02/27/23 07:40 AM*

_____

*Hohenstern, Allison  RN*

PIOC questioning where his most recent contacts were as the ones he currently has do not feel like they fit properly. Appt with UW approximately 1 month ago. Will check HSU for contacts and f/u with UW if not available.

*Electronically Signed on 02/27/23 07:39 AM*

_____

*Hohenstern, Allison  RN*

_____

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 2/23/2023 20:09 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | contact lens |
| Sign Information: | Bleecker,RN,Andrea M (2/23/2023 20:14 CST) |

Writer was given PIOC's contact.  It was broke in half.  PIOC reported there were "glass shards" all over his eyes.  Writer was able to place the two pieces back together and no gaps were noted. There was a small piece missing from one of the edges.  Writer provided a saline bullet to PIOC and encouraged to place head to the side and flush eye out.

*Electronically Signed on 02/23/23 08:14 PM*

_____

*Bleecker, Andrea  RN*

_____

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 11/3/2022 08:52 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | SNC |
| Sign Information: | Hohenstern,RN,Allison K (11/3/2022 08:52 CDT) |

_____

---

## *Progress Notes*

SNC paperwork completed and forwarded to SNC for review.

*Electronically Signed on 11/03/22 08:52 AM*

---

*Hohenstern, Allison  RN*

---

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 11/1/2022 08:58 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | low bunk |
| Sign Information: | Bleecker,Andrea M (11/1/2022 08:59 CDT) |

Order placed for low bunk.  PIOC is currently in a low bunk.

*Electronically Signed on 11/01/22 08:59 AM*

---

*Bleecker, Andrea*

---

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 9/29/2022 08:52 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | contacts |
| Sign Information: | Bleecker,Andrea M (9/29/2022 08:54 CDT) |

Writer received a call from NWCH Sgt Manthei.  PIOC is claiming medical emergency d/t receiving prep paperwork for upcoming procedure and prep is for PIOC to not wear contacts until seen and procedure is complete.  PIOC is stating it's a medical emergency d/t not being able to see without contacts and unable to wear glasses.  Off-site scheduler updated and will contact provider.

*Electronically Signed on 09/29/22 08:54 AM*

---

*Bleecker, Andrea*

---

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 8/18/2022 17:00 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | SNC Request |
| Sign Information: | Hosfelt,RN,Jessica A (8/18/2022 17:04 CDT) |

SNC Request for single cell and low bunk completed for review.

*Electronically Signed on 08/18/22 05:04 PM*

---

*Hosfelt, Jessica  RN*

---

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 8/8/2022 09:02 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Contacts |
| Sign Information: | Taplin,Brian J (8/8/2022 09:03 CDT) |

---

---

## *Progress Notes*

D/t pt being in RHU pt will be issued his contacts when he is released back out to GP.

*Electronically Signed on 08/08/22 09:03 AM*

_____

*Taplin, Brian*

---

Document Type:                                      Nursing Narrative Note
Service Date/Time:                                  7/13/2022 09:25 CDT
Result Status:                                      Auth (Verified)
Document Subject:                                   Call from cell hall
Sign Information:                                   Bassuener,LPN,Haley R (7/13/2022 09:26 CDT)

Call from Sgt Manthei- PIOC c/o not having supplies to remove scleral lenses.
Writer confirmed with HSU staff that all supplies were issued to PIOC for application and removal.

*Electronically Signed on 07/13/22 09:26 AM*

_____

*Bassuener, Haley  LPN*

---

Document Type:                                      Nursing Narrative Note
Service Date/Time:                                  6/22/2022 08:42 CDT
Result Status:                                      Auth (Verified)
Document Subject:
Sign Information:                                   Bleecker,Andrea M (6/22/2022 08:42 CDT)

Assisted PIOC with tightening screws on own glasses.

*Electronically Signed on 06/22/22 08:42 AM*

_____

*Bleecker, Andrea*

---

Document Type:                                      Nursing Narrative Note
Service Date/Time:                                  6/16/2022 16:15 CDT
Result Status:                                      Auth (Verified)
Document Subject:                                   Off-Site Orders Received.
Sign Information:                                   Hosfelt,RN,Jessica A (6/16/2022 16:34 CDT)

---

---

## *Progress Notes*

PIOC returned from his off-site appointment at UW Ophthalmology and returned with contact lenses (which he was wearing) and also a bag of contact lenses supplies that security brought to HSU. ACP was consulted regarding the contact lenses and orders/recommendations made. Per ACP, HSUM needs to be consulted in regards to these orders and  appropriateness for them at WCI. Message to be sent to HSUM in order for this to be addressed. PIOC was in HSU for his off-site appointment, demanding to have bag of supplies. Writer informed him of ACP response and that this will be addressed in AM. PIOC stated "Why the fuck can't I have them?" Writer told him his language was not to be tolerated and once again, told him  that this will be reviewed in AM. Per ACP recommendations, PIOC was also asked if he would like to remove his contact lenses from his eyes at this time in order to keep them safe and clean for the night until this is all addressed. PIOC stated he would not be giving HSU his contact lenses, despite being told they could be lost or damaged without proper supplies to care or store them and they would be his responsibility. PIOC still refused. At that time, off-site appointment was complete and there were no further needs to address, so PIOC was excused from Tx room.

*Electronically Signed on 06/16/22 04:34 PM*

*Hosfelt, Jessica  RN*

---

Document Type:                              Phone Msg
Service Date/Time:                          1/15/2024 10:28 CST
Result Status:                              Auth (Verified)
Document Subject:
Sign Information:

--------------------
From: Bassuener, LPN, Haley R
To: English, Sara;
Sent: 1/15/2024 10:28:36 CST
Caller Name: JENNINGS, DAMONTA D

Can we check the status of this PIOC's Class III - the clinic called today to schedule surgery but I don't have an order or approval yet.
Thank you!

---

Document Type:                              Phone Msg
Service Date/Time:                          10/30/2023 07:55 CDT
Result Status:                              Modified
Document Subject:
Sign Information:

---

_____

| *Progress Notes* |
|---|

**Addendum by English, Sara on November 01, 2023 18:07:37 CDT**

\--------------------

From: English, Sara
To: Bassuener, LPN, Haley R;
Sent: 11/1/2023 18:07:37 CDT
Subject: RE:
Caller Name: JENNINGS, DAMONTA D

Yes, please. We'll give him another shot at it.

thanks!

_____

\--------------------

From: Bassuener, LPN, Haley R
To: English, Sara;
Sent: 10/30/2023 07:55:43 CDT
Caller Name: JENNINGS, DAMONTA D

Writer notified by security that PIOC was being disruptive and argumentative to transportation staff so unable to be taken on offsite appointment today to UW Ophthalmology. Would you like this appointment rescheduled?

_____

Document Type:                              Phone Msg
Service Date/Time:                          12/5/2022 12:15 CST
Result Status:                              Auth (Verified)
Document Subject:                           Add to schedule
Sign Information:

\--------------------

From: South, OD, Bethany A
To: Hilbrans, Martina R;
Sent: 12/5/2022 12:15:27 CST
Subject: Add to schedule

Hi
Can you add him to my schedule on the 13th?  Thanks

_____

Document Type:                              Phone Msg
Service Date/Time:                          12/5/2022 10:00 CST
Result Status:                              Modified
Document Subject:                           General Message
Sign Information:

**Addendum by South, OD, Bethany A on December 05, 2022 12:16:45 CST**

\--------------------

From: South, OD, Bethany A
To: Krainyk, RN, Kataryna A;
Sent: 12/5/2022 12:16:45 CST

_____

---

## *Progress Notes*

Subject: RE: General Message

Have him stop wearing the contacts until he can be seen.  I'll see him on my next clinic day, the 13th.  If it gets significantly worse he should be sent out.  Thanks

---

--------------------
From: Krainyk, RN, Kataryna A
To: South, OD, Bethany A;
Sent: 12/5/2022 10:00:16 CST
Subject: General Message

**General Message:**
**Hi Dr. South,**
**Pt. is complaining of redness/ irritation and sensitivity to light in bilat eyes for 2 wks. Worse with contacts, "feels like something's stuck". Pt. stated he used lubricating drops 2-3x/ day, advised to increase to 4x/ day. Do you have any further orders?**

---

Document Type:                          Phone Msg
Service Date/Time:                      12/5/2022 09:56 CST
Result Status:                          Modified
Document Subject:                       General Message
Sign Information:

**Addendum by Dombeck, APNP, Charles J on December 05, 2022 11:04:51 CST**
--------------------
From: Dombeck, APNP, Charles J
To: Krainyk, RN, Kataryna A;
Sent: 12/5/2022 11:04:51 CST
Subject: RE: General Message

Ok.

---

--------------------
From: Krainyk, RN, Kataryna A
To: Dombeck, APNP, Charles J;
Sent: 12/5/2022 09:56:14 CST
Subject: General Message

**General Message:**
**FYI- Pt's Pulse at appt. today 120.**

---

---

## Progress Notes

Document Type:                              Phone Msg
Service Date/Time:                          9/29/2022 13:49 CDT
Result Status:                              Modified
Document Subject:                           Glasses
Sign Information:

**Addendum by South, OD, Bethany A on September 30, 2022 12:40:32 CDT**
---------------------
From: South, OD, Bethany A
To: Hiland, Jenna J;
Sent: 9/30/2022 12:40:32 CDT
Subject: RE: Glasses

He's scheduled for a procedure very soon which will possibly change his Rx.  He'll be able to wear CL after the procedure.
  I've told him glasses won't help at this point and we wouldn't be able to get them before his procedure.
Thanks

---------------------
From: Hiland, Jenna J
To: South, OD, Bethany A;
Sent: 9/29/2022 13:49:49 CDT
Subject: Glasses

**Pt states he needs glasses d/t not being able to wear his contacts.  I reviewed your note, and pt states he does not have his state glasses.**

**Thanks,**

**Jenna**

Document Type:                              Phone Msg
Service Date/Time:                          8/22/2022 09:12 CDT
Result Status:                              Modified
Document Subject:                           General Message
Sign Information:

**Addendum by Dombeck, APNP, Charles J on August 22, 2022 10:27:56 CDT**
---------------------
From: Dombeck, APNP, Charles J
To: Bassuener, LPN, Haley R;
Sent: 8/22/2022 10:27:56 CDT
Subject: RE: General Message

Acknowledged, thank you Haley.

---------------------

---

Report Request ID:  7475566                              Print Date/Time:   3/4/2024 12:28 CST

---

## *Progress Notes*

From: Bassuener, LPN, Haley R
To: Dombeck, APNP, Charles J;
Sent: 8/22/2022 09:12:00 CDT
Subject: General Message

**We have discussed this PIOC and his case regarding Collagen Crosslinking of bilateral corneas in the past. Back in March the procedure was recommended by UW ASAP in hopes of preventing the need for corneal transplants.**
**Initially November was the soonest that Valley Eye Associates could get him in for this but they ended up moving the date up to 8/25 after a recent pre op. Over the weekend the PIOC submitted two HSRs dated 8/19 where he makes reference to his upcoming surgical procedure being "in less than 1 week from today's date" which was accurate. I was instructed to contact the admin captain about the security breach and I was told the surgical procedure needs to be rescheduled. Please review the new surgical date as it was the soonest the clinic had available.**

---

Document Type:                              Phone Msg
Service Date/Time:                          4/6/2022 15:14 CDT
Result Status:                              Modified
Document Subject:                           Corneal Cross Linking
Sign Information:

**Addendum by Dombeck, APNP, Charles J on April 08, 2022 06:54:09 CDT**
---------------------
From: Dombeck, APNP, Charles J
To: Sukowaty, MD, Laura C;
Sent: 4/8/2022 06:54:09 CDT
Subject: RE: Corneal Cross Linking

Thank you, will order the consult.

---

**Addendum by Sukowaty, Laura C on April 07, 2022 08:20:28 CDT**
---------------------
From: Sukowaty, Laura C
To: Dombeck, APNP, Charles J;
Sent: 4/7/2022 08:20:28 CDT
Subject: RE: Corneal Cross Linking

I have discussed this with LaVoie in the past.  He can be approved for this.

---

---------------------
From: Dombeck, APNP, Charles J
To: Sukowaty, MD, Laura C;
Sent: 4/6/2022 15:14:39 CDT
Subject: Corneal Cross Linking

Suk,

---

---

## *Progress Notes*

Patient has been seeing UW Ophthalmology for progressing keratoconus.  At latest visit they are requesting patient be sent to local non-secure site for corneal cross-linking procedure ASAP which they believe may prevent the need for a corneal transplant.  UW does not have the facility to perform the procedure.  In your judgement, would we consider this as needing Class III approval?

- Charles

---

Document Type:                                      Phone Msg
Service Date/Time:                                  8/25/2021 08:32 CDT
Result Status:                                      Modified
Document Subject:                                   General Message
Sign Information:

**Addendum by Moore, APNP, Mary A on August 25, 2021 14:58:28 CDT**
--------------------
From: Moore, APNP, Mary A
To: Pitzlin, Whitney M;
Sent: 8/25/2021 14:58:28 CDT
Subject: RE: General Message

---

**Addendum by Moore, APNP, Mary A on August 25, 2021 14:58:23 CDT**
Minerin cream ordered daily PRN

---

--------------------
From: Pitzlin, Whitney M
To: Moore, APNP, Mary A;
Sent: 8/25/2021 08:32:40 CDT
Subject: General Message

**General Message:**

**His right foot has dry peeling cracked areas. Would you recommend Minerin cream or something else?**

**Thanks!**

---

Document Type:                                      Progress Note Generic
Service Date/Time:                                  1/27/2023 07:28 CST
Result Status:                                      Auth (Verified)
Document Subject:                                   OFFSITE SERVICES - OPHTHALMOLOGY 01/26/2023
Sign Information:                                   Simmons,APNP,Diana L (1/27/2023 07:34 CST)

PROVIDER REVIEWED OFFSITE SERVICE REQUEST AND REPORT COMPLETED FOR PATIENT'S OFFSITE VISIT WITH OPHTHALMOLOGY SPECIALIST ON 01/26/2023.  REFERRAL WAS PLACED TO UW HEALTH  -UNIVERSITY STATION AND SERVICES WERE COMPLETED BY DR A. WALKER.

---

---

## *Progress Notes*

FULL CONSULTATION PROGRESS REPORT / DIAGNOSTIC TESTING COMPLETED ARE NOT YET AVAILABLE FOR REVIEW BY PROVIDER - SPECIALIST TO FORWARD TO FACILITY ONCE COMPLETED

RECOMMENDATIONS FOR PLAN OF CARE:  SATISFACTORY SCLERAL FIT - ORDERING ONE MORE PAIR FOR BETTER COMFORT AND VISION - PLEASE ENSURE HE HAS THE CORRECT SUPPLIES
1.  PRESERVED OR NONPRESERVED SALINE
2.  RENU OR BIOTRUE (THIS IS ALSO SALINE - NO INDICATION FOR 2ND ORDER AS PATIENT HAS RX ORDER FOR SALINE ALREADY IN PLACE)
3.  CLEAR CARE

PATIENT ALREADY HAS ACTIVE ORDERS FOR ARTIFICAL TEARS FOR LUBRICATION, CONTACT LENSE SALINE SOLUTION, AND *ORDER WAS ENTERED FOR CONTACT LENSE CLEANING SOLUTION FOR USE
NO FOLLOW UP DETAILS LISTED

*Electronically Signed on 01/27/23 07:34 AM*

_____

*Simmons, Diana  APNP*

---

Document Type:                              Progress Note Generic
Service Date/Time:                          11/18/2022 12:28 CST
Result Status:                              Auth (Verified)
Document Subject:                           OFFSITE OPHTHALMOLOGY 11/18/22
Sign Information:                           Simmons,APNP,Diana L (11/18/2022 12:31 CST)

PROVIDER REVIEWED OFFSITE SERVICE REQUEST AND REPORT COMPLETED FOR PATIENT'S OFFSITE VISIT WITH OPHTHALMOLOGY SPECIALIST ON (11/18/22).
FULL CONSULTATION PROGRESS REPORT / DIAGNOSTIC TESTING COMPLETED ARE NOT YET AVAILABLE FOR REVIEW BY PROVIDER - SPECIALIST TO FORWARD TO FACILITY ONCE COMPLETED

DIAGNOSIS / ASSESSMENTS NOTED: STABLE EXAM - NEW REFRACTION

RECOMMENDATIONS FOR PLAN OF CARE:
1. RIGHT NEW LENSES FOR GLASSES
2.  RIGHT -7.50 + 400 X 160
3.  L BALANCE

FOLLOW UP AT WEST - DR SCANLON ONE MONTH
**REFERRAL AND SCRIPT TO BE EVALUATED BY OPTOMETRY / REFERRAL SUBMITTED

*Electronically Signed on 11/18/22 12:31 PM*

_____

*Simmons, Diana  APNP*

---

Document Type:                              Progress Note Generic
Service Date/Time:                          9/29/2022 08:56 CDT
Result Status:                              Auth (Verified)
Document Subject:                           Update from Valley Eye Assosciates
Sign Information:                           Bassuener,LPN,Haley R (9/29/2022 08:58 CDT)

---

---

## *Progress Notes*

Per Jen at Valley Eye Associates, PIOC needs to be without scleral lenses for the indicated amount of time d/t the lenses changing the shape of the eye. Per Jen, if PIOC does not comply with not wearing contacts he cannot continue with procedure. RN updated

*Electronically Signed on 09/29/22 08:58 AM*

_____

*Bassuener, Haley  LPN*

---

| | |
|---|---|
| Document Type: | Progress Note Generic |
| Service Date/Time: | 8/22/2022 08:25 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Security breach |
| Sign Information: | Bassuener,LPN,Haley R (8/22/2022 08:29 CDT) |

Writer notified by triage nurse that two separate DOC-3035 slips were received dated 8/19 in which PIOC references upcoming surgical procedure being "in less than 1 week from today's date". Writer confirmed this statement is accurate. HSM and admin captain consulted for instructions to proceed d/t security risk.

*Electronically Signed on 08/22/22 08:29 AM*

_____

*Bassuener, Haley  LPN*

---

| | |
|---|---|
| Document Type: | Progress Note Generic |
| Service Date/Time: | 7/22/2022 07:53 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | OFF SITE REPORT UW MADISON EYE SPECIALIST-PROVIDER REVIEW |
| Sign Information: | Simmons,APNP,Diana L (7/22/2022 08:01 CDT) |

PROVIDER REVIEWED OFF SITE SERVICES REPORT COMPLETED - PATIENT FOLLOWED UP BY UW HEALTH MADISON  - UNIVERSITY STATION FOR LENSE FITTING

FOLLOW UP IN ONE YEAR RECOMMENDED - BUT LENSE FITTING SUCCESSFUL, ONE EXTRA PAIR OF LENSES IS ORDERED FOR CONTINUED USE
PATIENT RECOMMENDED TO HAVE BIOTRUE OR OPTIFREE FOR CLEANING & DISINFECTING HIS LENSES - PATIENT ALREADY HAS ORDER FOR LENSE CLEANING SOLUTION SUPPLIED BY FACILITY YFOR USE

PROVIDER CHART REVIEW APPT WAS ENTERED IN SYSTEM FOR JUNE 2023 IN ORDER ASSESS AND ENTER ORDER FOR OFF SITE FOLLOW UP CONSULTATION FOR APPROVAL IF INDICATED

*Electronically Signed on 07/22/22 08:01 AM*

_____

*Simmons, Diana  APNP*

---

| | |
|---|---|
| Document Type: | Progress Note Generic |
| Service Date/Time: | 6/30/2022 08:12 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Questionaire Completed |
| Sign Information: | Bassuener,LPN,Haley R (6/30/2022 08:16 CDT) |

---

---

## *Progress Notes*

Valley Eye Associates medical history questionnaire completed by PIOC today. Faxed to clinic today for review prior to consult. Confirmation received

*Electronically Signed on 06/30/22 08:16 AM*

---

*Bassuener, Haley  LPN*

Document Type:                                    Progress Note Generic
Service Date/Time:                                6/17/2022 12:02 CDT
Result Status:                                    Auth (Verified)
Document Subject:                                 CONTACT LENSE REMOVAL PROCEDURE
Sign Information:                                 Simmons,APNP,Diana L (6/17/2022 22:06 CDT)

S:  PROVIDER NOTIFIED BY NURSING STAFF THAT PATIENT WAS REPORTING HAVING DIFFICULTY WITH REMOVING HIS NEW CONTACT LENSES AND THAT RIGHT CONTACT LENSE WAS LOST IN UPPER PART OF EYE BUT STILL VISABLE PER STAFF TO BE IN EYE.

O:  PATIENT SEEN IN HSU BY PROVIDER - NO VITALS COLLECTED FOR VISIT, PATIENT BROUGHT TO CLINIC TO HELP WITH CONTACT REMOVAL.
GENERAL:  25YR OLD MALE, APPEARS TO BE STATED AGE, ARTICULATES CLEARLY, AMBULATES WITHOUT DIFFICULTY, WELL APPEARING- NO DISTRESS, INTERACTIVE WITH PROVIDER
HEENT:  NORMOCEPHALIC; EYES – PUPILS EQUAL ROUND, CONJUNCTIVA- ERYTHEMA, SCLERAE ERYTHEMA, EOMI – EXTRAOCULAR MOVEMENTS INTACT, CONJUGATE GAZE GOOD - BILATERAL CONTACTS ARE IN PLACE

A/P:
EYE DISORDER / CONTACT LENSE INTOLERANCE-  DIAGNOSIS, VERIFICATION THAT BOTH CONTACTS IN PLACE ON VISUAL INSPECTION, PROVIDER ATTEMPTED TO REMOVE MANUALLY BUT ENDED UP USING CONTACT SUCTION CUP DEVICE. PATIENT REPORTS THAT HE HAS NOT RECEIVED HIS CONTACT CARE SUPPLIES (LENSE HOLDER, SUCTION CUP FOR REMOVAL, AND CLEANING SOULTION) THAT WERE SUPPLIED TO HIM BY THE EYE SPECIALIST AT UW HOSPITAL SYSTEM YESTERDAY.  PATIENT / PROVIDER ABLE TO SUCCESSFULLY REMOVE BOTH RIGHT AND LEFT LENSES WITH ASSISTIVE DEVICE.  LENSES WERE STORED IN CONTACT LENSE CASE HOLDER WITH STERILE SALINE.  ORDER FOR SALINE MULTI-PURPOSE WAS ORDERED FOR PATIENT - PATIENT LEFT CLINIC WITH CONTACT LENSE CASE AND SUCTION DEVICE FR APPLICATION.  ADVISED PATIENT THE DUE TO IRRITATION AND NOT REMOVING LENSES OVERNIGHT, PROVIDER RECOMMENDED FOR PATIENT TO LEFT CONTACTS OUT FOR ANOTHER 1-2 DAYS SO IRRITATION CAN SETTLE BEFORE RE-APPLICATION OF LENSES.

*Electronically Signed on 06/17/22 10:06 PM*

---

*Simmons, Diana  APNP*

Document Type:                                    Progress Note Generic
Service Date/Time:                                5/23/2022 15:15 CDT
Result Status:                                    Auth (Verified)
Document Subject:                                 glasses
Sign Information:                                 Hilbrans,Martina R (5/23/2022 15:15 CDT)

issued glasses and case

*Electronically Signed on 05/23/22 03:15 PM*

---

*Hilbrans, Martina*

---

---

## *Progress Notes*

Document Type:                          Progress Note Generic
Service Date/Time:                      6/17/2021 06:37 CDT
Result Status:                          Auth (Verified)
Document Subject:                       UW Ophthalmology
Sign Information:                       Bloch,LPN,Shelley M (6/17/2021 06:39 CDT)

Per UW, wants patient appt for repeat Pentacam moved to earlier date, appt. r/s. WCI Provider notified.

*Electronically Signed on 06/17/21 06:39 AM*

_____

*Bloch, Shelley  LPN*

======================================================

Document Type:                          Progress Note Generic
Service Date/Time:                      6/30/2020 08:48 CDT
Result Status:                          Auth (Verified)
Document Subject:                       c/o weight loss
Sign Information:                       Moore,APNP,Mary A (6/30/2020 08:53 CDT)

**Subjective**
seen today for c/o weight loss; states has been eating all meals plus canteen. He would like his weight to be 130-135#. He is 5'3".
States he is feeling well otherwise.

**Objective**

Vitals & Measurements
Peripheral Pulse Rate: 81 bpm (06/30/20 08:33:00 CDT)
Systolic Blood Pressure: 118 mmHg (06/30/20 08:33:00 CDT)
Diastolic Blood Pressure: 70 mmHg (06/30/20 08:33:00 CDT)
Mean Arterial Pressure, Cuff: 86 mmHg (06/30/20 08:33:00 CDT)
BP Site: Left arm (06/30/20 08:33:00 CDT)

Physical Exam
A&O x3 in NAD
Wt today is 130 (up from 126# 5  months ago)
BMI 23

**Assessment/Plan**
Healthcare maintenance
  Healthy weight, BMI- will do complete lab workup as part of annual physical
Orders:
CBC With Automated Differential - ACL
Comprehensive Metabolic Panel - ACL
TSH With Reflex - ACL
Vitamin D,25-Hydroxy - ACL

*Electronically Signed on 06/30/20 08:53 AM*

_____

*Moore, Mary  APNP*

---

_____

| Current Medications list |
|---|

| Inpatient |
|---|

**Order: multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)**

Ordering Physician: English,DO,Sara M.

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, PRN other (see comment), First Dose: 2/22/24 7:30:00 AM CST, Stop Date: 2/6/25 7:29:00 AM CST, 21, Next Dispense Date: 15-FEB-2027 09:00:00.00

Order Comment:

**Order: ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)**

Ordering Physician: English,DO,Sara M.

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, First Dose: 1/17/24 7:30:00 AM CST, Stop Date: 1/1/25 7:29:00 AM CST, Next Dispense Date: 19-FEB-2027 09:00:00.00

Order Comment: For use with scleral lenses

**Order: COVID-19 Vaccine Evaluation (COVID-19 Vaccine 2023-2024 First Monovalent Dose Eval)**

Ordering Physician: LaVoie,MD,Daniel L

Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 12/1/23 1:36:47 PM CST, Stop Date: 5/29/24 2:36:47 PM CDT, Next Dispense Date: 01-DEC-2023 14:36:48.00

Order Comment:

**Order: ocular lubricant (Artificial Tears ophthalmic solution Range Dose)**

Ordering Physician: Kuffenkam,MD,Kerry L

Order Details: 1 to 2 Drops, Eye-Both, QID - KOP for 180 days, PRN dry eyes, First Dose: 10/21/23 7:30:00 AM CDT, Stop Date: 4/18/24 7:29:00 AM CDT, Form: Soln-Ophth, Next Dispense Date: 16-OCT-2023 07:30:00.00

Order Comment:

**Order: ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)**

Ordering Physician: Kuffenkam,MD,Kerry L

Order Details: 1 drops, Eye-Both, Form: Soln-Ophth, BID (AM/HS) - KOP for 350 days, PRN itchy eyes, First Dose: 7/17/23 8:00:00 PM CDT, Stop Date: 7/1/24 7:29:00 AM CDT, Next Dispense Date: 16-AUG-2023 12:25:10.00

Order Comment:

_____

---

| | |
|---|---|
| *Orders* | |

| | |
|---|---|
| *Consults* | |

**Order: Referral to Nursing**

Order Date/Time: 1/17/2024 09:29 CST

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 1/18/2024 10:03 CST | End-state Reason: |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: |

Entered By: Laning,LPN,Jesse K on 1/17/2024 09:29 CST

Order Details: 1/18/24 8:20:00 AM CST, Routine, issue contacts, WCI NW_I, WCI

| Action Type: Complete | Action Date/Time: 1/18/2024 10:03 CST | Electronically Signed By: Wenger,RN, Erin |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 1/18/2024 10:03 CST | Electronically Signed By: Wenger,RN, Erin |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 1/18/2024 10:03 CST | Electronically Signed By: Wenger,RN, Erin |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 1/17/2024 12:12 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 1/17/2024 09:29 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: Nursing Protocol | | |

---

_____

| Orders |
|---|

| Consults |
|---|

**Order: Referral to Nursing**

Order Date/Time: 1/15/2024 23:34 CST

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 1/17/2024 15:39 CST | End-state Reason: |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: |

Entered By: York,RN,Ann M on 1/15/2024 23:34 CST

Order Details: 1/17/24 10:30:00 AM CST, Routine, Spec Needs Eval for low bunk due to visual deficit, WCI NW_I, WCI

| Action Type: Complete | Action Date/Time: 1/17/2024 15:39 CST | Electronically Signed By: Wenger,RN, Erin |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 1/17/2024 15:39 CST | Electronically Signed By: Wenger,RN, Erin |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 1/17/2024 15:39 CST | Electronically Signed By: Wenger,RN, Erin |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 1/16/2024 07:18 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 1/15/2024 23:35 CST | Electronically Signed By: York,RN,Ann M |
| Communication Type: Nursing Protocol | | |

_____

Case 2:22-cv-01205-JPS      Filed 10/03/25      Page 62 of 315      Document 78-1    Ex. 1000 - 0062

---

| Orders |
|---|

| Consults |
|---|

| **Order: Referral to Nursing** | |
|---|---|
| Order Date/Time: 12/18/2023 16:32 CST | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 12/21/2023 07:38 CST | End-state Reason: |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: |
| Entered By: Laning,LPN,Jesse K on 12/18/2023 16:32 CST | |
| Order Details: 12/21/23 10:15:00 AM CST, Routine, issue contact with case, WCI NW_I, WCI | |

| Action Type: Complete | Action Date/Time: 12/21/2023 07:38 CST | Electronically Signed By: Taplin,RN, Brian J |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/21/2023 07:38 CST | Electronically Signed By: Taplin,RN, Brian J |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/21/2023 07:37 CST | Electronically Signed By: Taplin,RN, Brian J |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/20/2023 20:51 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/19/2023 12:54 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/19/2023 12:53 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 12/18/2023 16:42 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 12/18/2023 16:32 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: Nursing Protocol | | |

---

| *Orders* |
|---|

| *Consults* |
|---|

**Order: Referral to Nursing**

Order Date/Time: 12/1/2023 03:24 CST

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 12/4/2023 10:11 CST | End-state Reason: |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: |

Entered By: York,RN,Ann M on 12/1/2023 03:24 CST

Order Details: 12/4/23 8:00:00 AM CST, Routine, HSR Broken blood vessels L. eye, broken contact, needs new one, WCI NW_I, WCI

| Action Type: Complete | Action Date/Time: 12/4/2023 10:11 CST | Electronically Signed By: Taplin,RN, Brian J |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/4/2023 10:11 CST | Electronically Signed By: Taplin,RN, Brian J |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/4/2023 10:00 CST | Electronically Signed By: Taplin,RN, Brian J |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 12/1/2023 08:30 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 12/1/2023 03:24 CST | Electronically Signed By: York,RN,Ann M |
| Communication Type: Nursing Protocol | | |

---

Case 2:22-cv-01205-JPS    Filed 10/03/25    Page 64 of 315    Document 78-1    Ex. 100-10064

---

| *Orders* |
|:---:|

| *Consults* |
|:---:|

**Order: Referral to Nursing**

Order Date/Time: 11/24/2023 08:55 CST

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 11/24/2023 11:11 CST | End-state Reason: |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: |

Entered By: Hosfelt,RN,Jessica A on 11/24/2023 08:55 CST

Order Details: 11/24/23 11:50:00 AM CST, Routine, Cough, Sore Throat, WCI NW_I, WCI

| | | |
|---|---|---|
| Action Type: Complete | Action Date/Time: 11/24/2023 11:11 CST | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 11/24/2023 11:11 CST | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 11/24/2023 11:11 CST | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 11/24/2023 08:56 CST | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 11/24/2023 08:55 CST | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: Nursing Protocol | | |

---

_____

| Orders |
| --- |

| Consults |
| --- |

**Order: Referral to Psychiatry**

Order Date/Time: 8/23/2023 15:58 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 12/12/2023 09:53 CST | End-state Reason: |
| Ordering Physician: | Consulting Physician: Baggio,Ph.D,Mary C |

Entered By: Baggio,Ph.D,Mary C on 8/23/2023 15:58 CDT

Order Details: 12/12/23 12:30:00 PM CST, Requesting meds for nightmares., Baggio, Ph.D, Mary C, WCI NW_I, WCI

| Action Type: Complete | Action Date/Time: 12/12/2023 09:53 CST | Electronically Signed By: Nwaeze, APNP,Ijeoma |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 12/12/2023 09:01 CST | Electronically Signed By: Nwaeze, APNP,Ijeoma |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/4/2023 09:03 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 11/17/2023 17:43 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/23/2023 15:59 CDT | Electronically Signed By: Baggio,Ph.D, Mary C |
| Communication Type: | | |

_____

_____

| *Orders* |
|---|

| *Consults* |
|---|

| Order: **Referral to Nursing** |
|---|

Order Date/Time: 7/28/2023 02:12 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 8/1/2023 13:00 CDT | End-state Reason: |
| Ordering Physician: Kuffenkam,MD,Kerry L | Consulting Physician: |

Entered By: York,RN,Ann M on 7/28/2023 02:12 CDT

Order Details: 8/1/23 8:00:00 AM CDT, Routine, Spec Needs Eval for Low Bunk Request, WCI SUB2, WCI

| Action Type: Complete | Action Date/Time: 8/1/2023 13:00 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/1/2023 13:00 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/1/2023 12:59 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 7/28/2023 11:09 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 7/28/2023 02:13 CDT | Electronically Signed By: York,RN,Ann M |
| Communication Type: Nursing Protocol | | |

_____

Case 2:22-cv-01205-JPS    Filed 10/03/25    Page 67 of 315    Document 73-10    Ex. 100-10067

---

| Orders |
| --- |

| Consults |
| --- |

**Order: Referral to Nursing**

Order Date/Time: 7/17/2023 23:31 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 7/20/2023 10:10 CDT | End-state Reason: |
| Ordering Physician: Kuffenkam,MD,Kerry L | Consulting Physician: |
| Entered By: York,RN,Ann M on 7/17/2023 23:31 CDT | |

Order Details: 7/20/23 8:40:00 AM CDT, Stat, Find out if he has scleral lenses on med cart or any to be issued from HSU. Claims only has one in proprty., WCI SUB2, WCI

| Action Type: Complete | Action Date/Time: 7/20/2023 10:10 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 7/20/2023 10:10 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 7/20/2023 10:10 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 7/18/2023 08:02 CDT | Electronically Signed By: Hilbrans,OOA, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 7/17/2023 23:33 CDT | Electronically Signed By: York,RN,Ann M |
| Communication Type: Nursing Protocol | | |

---

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 68 of 315     Document 78-1     Ex. 1000-10068

_____

| *Orders* |
|---|

| *Consults* |
|---|

**Order: Referral to Nursing**

Order Date/Time: 6/27/2023 12:01 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 6/27/2023 14:35 CDT | End-state Reason: |
| Ordering Physician: Kuffenkam,MD,Kerry L | Consulting Physician: |

Entered By: Laning,LPN,Jesse K on 6/27/2023 12:01 CDT

Order Details: 6/27/23 1:40:00 PM CDT, Routine, Reissue contact supplies and glasses, WCI SUB2, WCI

| Action Type: Complete | Action Date/Time: 6/27/2023 14:35 CDT | Electronically Signed By: Hosfelt,RN, Jessica A |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 6/27/2023 14:35 CDT | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 6/27/2023 14:34 CDT | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 6/27/2023 12:02 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 6/27/2023 12:01 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: Nursing Protocol | | |

_____

_____

| *Orders* |
| --- |

| *Consults* |
| --- |

**Order: Referral to Nursing**

Order Date/Time: 6/21/2023 13:04 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 7/14/2023 10:07 CDT | End-state Reason: |
| Ordering Physician: Kuffenkam,MD,Kerry L | Consulting Physician: |

Entered By: Van Stippen,RN,Jodi A on 6/21/2023 13:04 CDT

Order Details: 7/14/23 9:20:00 AM CDT, Routine, Numbness in left arm, CP, SOB rapid HR, WCI NW_J, WCI

| Action Type: Complete | Action Date/Time: 7/14/2023 10:07 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 7/14/2023 10:07 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 7/14/2023 10:07 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 7/12/2023 06:29 CDT | Electronically Signed By: Hilbrans,OOA, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 6/21/2023 13:05 CDT | Electronically Signed By: Van Stippen, RN,Jodi A |
| Communication Type: Nursing Protocol | | |

_____

Case 2:22-cv-01205-JPS    Filed 10/03/25    Page 70 of 315    Document 78-10    Ex. 10-0070

_____

| Orders |
|---|

| Consults |
|---|

**Order: Referral to Nursing**

Order Date/Time: 3/30/2023 13:49 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 5/26/2023 14:49 CDT | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |

Entered By: Hosfelt,RN,Jessica A on 3/30/2023 13:49 CDT

Order Details: 5/26/23 11:20:00 AM CDT, Routine, SNC Evaluation- Request for low bunk, WCI NW_J, WCI

| Action Type: Complete | Action Date/Time: 5/26/2023 14:49 CDT | Electronically Signed By: Lewis,RN, Donielle |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 5/26/2023 14:49 CDT | Electronically Signed By: Lewis,RN, Donielle |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 5/26/2023 14:49 CDT | Electronically Signed By: Lewis,RN, Donielle |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 5/23/2023 08:18 CDT | Electronically Signed By: Hilbrans,OOA, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 3/30/2023 13:49 CDT | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: Nursing Protocol | | |

**Order: Non-Formulary Drug Request -Approved**

Order Date/Time: 3/6/2023 09:34 CST

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 3/6/2023 09:35 CST | End-state Reason: |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 3/6/2023 09:34 CST

Order Details: 3/6/23 9:34:18 AM CST

| Action Type: Complete | Action Date/Time: 3/6/2023 09:35 CST | Electronically Signed By: Tuten,RPh, John J |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 3/6/2023 09:34 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

_____

_____

| Orders |
|---|

| Consults |
|---|

**Order: Primary Care Non-Formulary Drug Request**

| | |
|---|---|
| Order Date/Time: 3/6/2023 09:14 CST | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 3/6/2023 09:35 CST | End-state Reason: |
| Ordering Physician: | Consulting Physician: |
| Entered By: SYSTEM,SYSTEM Cerner on 3/6/2023 09:14 CST | |
| Order Details: 3/6/23 9:14:22 AM CST | |

| Action Type: Complete | Action Date/Time: 3/6/2023 09:35 CST | Electronically Signed By: Tuten,RPh, John J |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 3/6/2023 09:14 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: Referral to Nursing**

| | |
|---|---|
| Order Date/Time: 2/20/2023 23:29 CST | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 2/27/2023 07:39 CST | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |
| Entered By: York,RN,Ann M on 2/20/2023 23:29 CST | |
| Order Details: 2/27/23 8:00:00 AM CST, Routine, HSR Eye Pain and Redness, contacts not fitting, WCI SUA2, WCI | |

| Action Type: Complete | Action Date/Time: 2/27/2023 07:39 CST | Electronically Signed By: Hohenstern, RN,Allison K |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 2/27/2023 07:39 CST | Electronically Signed By: Hohenstern, RN,Allison K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 2/27/2023 07:39 CST | Electronically Signed By: Hohenstern, RN,Allison K |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 2/23/2023 09:05 CST | Electronically Signed By: Hilbrans,OOA, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 2/20/2023 23:30 CST | Electronically Signed By: York,RN,Ann M |
| Communication Type: Nursing Protocol | | |

_____

_____

| Orders |
| --- |

| Consults |
| --- |

**Order: Referral to Optometry**

Order Date/Time: 2/1/2023 21:17 CST

| | |
| --- | --- |
| Order Status: Future | Department Status: On Hold |
| End-state Date/Time: 8/1/2023 21:17 CDT | End-state Reason: |
| Ordering Physician: Kuffenkam,MD,Kerry L | Consulting Physician: |

Entered By: York,RN,Ann M on 2/1/2023 21:17 CST

Order Details: 8/1/23, Routine, Light sensitivity , requests tinted lenses when indoors as well as outside, has dry itcy eyes, Order for future visit, WCI NW_I, WCI

| Action Type: Modify | Action Date/Time: 7/14/2023 18:07 CDT | Electronically Signed By: Kuffenkam, MD,Kerry L |
| --- | --- | --- |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 2/1/2023 21:18 CST | Electronically Signed By: York,RN,Ann M |
| Communication Type: Nursing Protocol | | |

**Order: Non-Formulary Drug Request -Additional Information**

Order Date/Time: 2/1/2023 08:55 CST

| | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 2/1/2023 09:28 CST | End-state Reason: |
| Ordering Physician: | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 2/1/2023 08:55 CST

Order Details: 2/1/23 8:55:12 AM CST

| Action Type: Complete | Action Date/Time: 2/1/2023 09:28 CST | Electronically Signed By: Tuten,RPh, John J |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 2/1/2023 08:55 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: Primary Care Non-Formulary Drug Request**

Order Date/Time: 2/1/2023 07:22 CST

| | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 2/1/2023 09:28 CST | End-state Reason: |
| Ordering Physician: | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 2/1/2023 07:22 CST

Order Details: 2/1/23 7:22:23 AM CST

| Action Type: Complete | Action Date/Time: 2/1/2023 09:28 CST | Electronically Signed By: Tuten,RPh, John J |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 2/1/2023 07:22 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

_____

---

| Orders |
|---|

| Consults |
|---|

| Order: **Referral to Nursing** | |
|---|---|
| Order Date/Time: 1/11/2023 18:55 CST | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 1/13/2023 08:29 CST | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |
| Entered By: Krainyk,RN,Kataryna A on 1/11/2023 18:55 CST | |
| Order Details: 1/13/23 8:00:00 AM CST, Routine, Vaccine questions, back pain, WCI NW_I, WCI | |

| Action Type: Complete | Action Date/Time: 1/13/2023 08:29 CST | Electronically Signed By: Hiland,Jenna J |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 1/13/2023 08:29 CST | Electronically Signed By: Hiland,Jenna J |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 1/13/2023 08:07 CST | Electronically Signed By: Hiland,Jenna J |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 1/12/2023 07:12 CST | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 1/11/2023 18:57 CST | Electronically Signed By: Krainyk,RN, Kataryna A |
| Communication Type: Nursing Protocol | | |

---

_____

| *Orders* |
| --- |

| *Consults* |
| --- |

**Order: Referral to Nursing**

| Order Date/Time: 11/29/2022 22:59 CST | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 12/5/2022 09:46 CST | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |
| Entered By: York,Ann M on 11/29/2022 22:59 CST | |
| Order Details: 12/5/22 9:40:00 AM CST, Routine, HSR Pain and swelling L. thumb, irritated eyes, WCI NW_I, WCI | |

| Action Type: Complete | Action Date/Time: 12/5/2022 09:46 CST | Electronically Signed By: Krainyk,RN, Kataryna A |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/5/2022 09:46 CST | Electronically Signed By: Krainyk,RN, Kataryna A |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/5/2022 09:45 CST | Electronically Signed By: Krainyk,RN, Kataryna A |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 12/2/2022 08:23 CST | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 11/29/2022 23:00 CST | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

**Order: Referral to Optometry**

| Order Date/Time: 11/18/2022 12:31 CST | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 11/21/2022 12:06 CST | End-state Reason: |
| Ordering Physician: Simmons,APNP,Diana L | Consulting Physician: |
| Entered By: Simmons,APNP,Diana L on 11/18/2022 12:31 CST | |
| Order Details: 11/21/22 12:06:00 PM CST, Routine, OFF SITE OPHTHALMOLOGY VISIT (NEW SCRIPT FOR EYE PRESCRIPTION SENT BACK) 11/18/22, WCI NW_I, WCI | |

| Action Type: Complete | Action Date/Time: 11/21/2022 12:06 CST | Electronically Signed By: South,OD, Bethany A |
| --- | --- | --- |
| Communication Type: Written | | |
| Action Type: Activate | Action Date/Time: 11/21/2022 12:06 CST | Electronically Signed By: South,OD, Bethany A |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 11/18/2022 12:32 CST | Electronically Signed By: Simmons, APNP,Diana L |
| Communication Type: Written | | |

_____

---

| *Orders* |
| --- |

| *Consults* |
| --- |

**Order: Referral to Nursing**

Order Date/Time: 10/29/2022 22:53 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 11/3/2022 09:00 CDT | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |

Entered By: York,Ann M on 10/29/2022 22:53 CDT

Order Details: 11/3/22 8:40:00 AM CDT, Routine, Spec Needs Eval for request to resume low bunk, HSR Headaches and eye pain, WCI NW_I, WCI

| Action Type: Complete | Action Date/Time: 11/3/2022 09:00 CDT | Electronically Signed By: Hohenstern, RN,Allison K |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 11/3/2022 09:00 CDT | Electronically Signed By: Hohenstern, RN,Allison K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 11/3/2022 09:00 CDT | Electronically Signed By: Hohenstern, RN,Allison K |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 11/2/2022 08:11 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 10/29/2022 22:56 CDT | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |
| Action Type: Order | Action Date/Time: 10/29/2022 22:54 CDT | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

---

_____

| *Orders* |
|---|

| *Consults* |
|---|

| Order: **Referral to Nursing** | | |
|---|---|---|
| Order Date/Time: 9/29/2022 13:26 CDT | | |
| Order Status: Completed | | Department Status: Completed |
| End-state Date/Time: 9/29/2022 14:56 CDT | | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | | Consulting Physician: |
| Entered By: Bleecker,Andrea M on 9/29/2022 13:26 CDT | | |
| Order Details: 9/29/22 1:40:00 PM CDT, Routine, fell out of bed, WCI _S_F, WCI | | |
| Action Type: Complete | Action Date/Time: 9/29/2022 14:56 CDT | Electronically Signed By: Hiland,Jenna J |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 9/29/2022 14:56 CDT | Electronically Signed By: Hiland,Jenna J |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 9/29/2022 13:50 CDT | Electronically Signed By: Hiland,Jenna J |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 9/29/2022 13:27 CDT | Electronically Signed By: Bleecker, Andrea M |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 9/29/2022 13:26 CDT | Electronically Signed By: Bleecker, Andrea M |
| Communication Type: Nursing Protocol | | |

_____

---

| Orders |
| --- |

| Consults |
| --- |

### Order: **Referral to Nursing**

| | |
| --- | --- |
| Order Date/Time: 8/27/2022 18:08 CDT | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 8/27/2022 20:58 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |
| Entered By: Laning,LPN,Jesse K on 8/27/2022 18:08 CDT | |
| Order Details: 8/27/22 5:00:00 PM CDT, Routine, issue contacts, WCI _N_B, WCI | |

| Action Type: Complete | Action Date/Time: 8/27/2022 20:58 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/27/2022 20:58 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/27/2022 20:58 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 8/27/2022 18:15 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/27/2022 18:08 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: Nursing Protocol | | |

### Order: **Referral to Nursing**

| | |
| --- | --- |
| Order Date/Time: 8/17/2022 05:08 CDT | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 8/18/2022 17:03 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |
| Entered By: York,Ann M on 8/17/2022 05:08 CDT | |
| Order Details: 8/19/22 9:20:00 AM CDT, Routine, Spec Needs Eval for Low bunk and Single Cell, WCI SUB1, WCI | |

| Action Type: Complete | Action Date/Time: 8/18/2022 17:03 CDT | Electronically Signed By: Hosfelt,RN, Jessica A |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/18/2022 17:03 CDT | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/18/2022 17:03 CDT | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 8/17/2022 07:59 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/17/2022 05:09 CDT | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

---

Report Request ID:  7475566                                    Print Date/Time:   3/4/2024 12:28 CST

_____

| Orders |
|---|

| Consults |
|---|

**Order: Referral to Nursing**

Order Date/Time: 8/5/2022 03:58 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 8/11/2022 08:51 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |

Entered By: York,Ann M on 8/5/2022 03:58 CDT

Order Details: 8/11/22 10:20:00 AM CDT, Routine, HSR Numbness to L. thumb ( recent altercation), WCI SUA1, WCI

| Action Type: Complete | Action Date/Time: 8/11/2022 08:51 CDT | Electronically Signed By: Hohenstern, RN,Allison K |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/11/2022 08:51 CDT | Electronically Signed By: Hohenstern, RN,Allison K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/11/2022 08:50 CDT | Electronically Signed By: Hohenstern, RN,Allison K |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 8/10/2022 08:44 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/5/2022 03:59 CDT | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

_____

---

## Orders

### Consults

**Order: Referral to Nursing**

| | |
|---|---|
| Order Date/Time: 6/24/2022 14:01 CDT | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 6/30/2022 08:11 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |
| Entered By: Bassuener,LPN,Haley R on 6/24/2022 14:01 CDT | |
| Order Details: 6/30/22 8:10:00 AM CDT, Routine, Valley eye associates medical history questionnaire, WCI NW_I, WCI | |

| Action Type: Complete | Action Date/Time: 6/30/2022 08:11 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 6/30/2022 08:11 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 6/30/2022 08:11 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 6/29/2022 09:50 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 6/28/2022 09:07 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 6/24/2022 14:02 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: Downtime Paper | | |

---

| Orders |
|---|

| Consults |
|---|

**Order: Referral to Nursing**

Order Date/Time: 6/9/2022 22:56 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 6/22/2022 08:43 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |

Entered By: York,Ann M on 6/9/2022 22:56 CDT

Order Details: 6/22/22 8:30:00 AM CDT, Routine, HSR Wants to tighten screws on glasses, WCI NW_I, WCI

| Action Type: Complete | Action Date/Time: 6/22/2022 08:43 CDT | Electronically Signed By: Bleecker, Andrea M |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 6/22/2022 08:43 CDT | Electronically Signed By: Bleecker, Andrea M |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 6/22/2022 08:43 CDT | Electronically Signed By: Bleecker, Andrea M |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 6/20/2022 13:31 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 6/14/2022 07:23 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 6/9/2022 22:56 CDT | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 81 of 315     Document 78-10     Ex. 100-10081

---

## Orders

## Consults

**Order: Referral to Optometry**

Order Date/Time: 3/2/2022 23:50 CST

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 5/10/2022 09:39 CDT | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: York,Ann M on 3/2/2022 23:50 CST

Order Details: 5/10/22 9:45:00 AM CDT, Stat, Glasses are broken, needs new pair, WCI NW_I, WCI

| Action Type: Complete | Action Date/Time: 5/10/2022 09:39 CDT | Electronically Signed By: South,OD, Bethany A |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 5/10/2022 09:39 CDT | Electronically Signed By: South,OD, Bethany A |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 5/10/2022 09:34 CDT | Electronically Signed By: South,OD, Bethany A |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 5/5/2022 14:08 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 3/2/2022 23:50 CST | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

**Order: Referral to Nursing**

Order Date/Time: 3/2/2022 23:48 CST

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 3/7/2022 13:15 CST | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: York,Ann M on 3/2/2022 23:48 CST

Order Details: 3/7/22 12:30:00 PM CST, Routine, HSR Headaches from bright lights, WCI NW_I, WCI

| Action Type: Complete | Action Date/Time: 3/7/2022 13:15 CST | Electronically Signed By: Winkler,Jill |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 3/7/2022 13:15 CST | Electronically Signed By: Winkler,Jill |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 3/7/2022 12:46 CST | Electronically Signed By: Winkler,Jill |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 3/4/2022 11:35 CST | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 3/2/2022 23:48 CST | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

---

## Orders

### Consults

**Order: Referral to Optometry**

Order Date/Time: 12/10/2021 02:25 CST

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 12/20/2021 14:49 CST | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: York,Ann M on 12/10/2021 02:25 CST

Order Details: 12/20/21 2:49:00 PM CST, Routine, Wants script for reading glasses, WCI NW_I, WCI

| Action Type: Complete | Action Date/Time: 12/20/2021 14:49 CST | Electronically Signed By: South,OD, Bethany A |
|---|---|---|
| Communication Type: Written | | |
| Action Type: Activate | Action Date/Time: 12/20/2021 14:49 CST | Electronically Signed By: South,OD, Bethany A |
| Communication Type: Nursing Protocol | | |
| Action Type: Order | Action Date/Time: 12/10/2021 02:25 CST | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

**Order: Referral to Nursing**

Order Date/Time: 10/6/2021 02:37 CDT

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 10/18/2021 11:20 CDT | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: York,Ann M on 10/6/2021 02:37 CDT

Order Details: 10/18/21 10:30:00 AM CDT, Routine, HSR Seasonal allergies, WCI NW_I, WCI

| Action Type: Complete | Action Date/Time: 10/18/2021 11:20 CDT | Electronically Signed By: Pitzlin,Whitney M |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 10/18/2021 11:20 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 10/18/2021 11:20 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 10/15/2021 08:07 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 10/6/2021 02:38 CDT | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

---

Report Request ID: 7475566                                    Print Date/Time: 3/4/2024 12:28 CST

---

|  | Orders |
|---|---|

|  | Consults |
|---|---|

**Order: Referral to Nursing**

Order Date/Time: 8/20/2021 22:54 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 8/25/2021 09:23 CDT | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: York,Ann M on 8/20/2021 22:54 CDT

Order Details: 8/25/21 9:30:00 AM CDT, Routine, HSR Dry skin on feet causing sores, WCI SUB2, WCI

| Action Type: Complete | Action Date/Time: 8/25/2021 09:23 CDT | Electronically Signed By: Pitzlin,Whitney M |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/25/2021 09:23 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/25/2021 09:23 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 8/23/2021 14:29 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/20/2021 22:54 CDT | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

**Order: Referral to Optometry**

Order Date/Time: 4/22/2021 23:09 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 8/3/2021 14:03 CDT | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: York,Ann M on 4/22/2021 23:09 CDT

Order Details: 8/3/21 11:15:00 AM CDT, Routine, Wants tinted lenses, WCI NW_L, WCI

| Action Type: Complete | Action Date/Time: 8/3/2021 14:03 CDT | Electronically Signed By: Van Dalen, COA,Amy L |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/3/2021 14:03 CDT | Electronically Signed By: Van Dalen, COA,Amy L |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/3/2021 13:58 CDT | Electronically Signed By: Van Dalen, COA,Amy L |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 7/30/2021 09:45 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 4/22/2021 23:10 CDT | Electronically Signed By: York,Ann M |
| Communication Type: Nursing Protocol | | |

---

---

### Orders

### Consults

**Order: Referral to Provider**

Order Date/Time: 1/31/2020 11:01 CST

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 6/30/2020 08:41 CDT | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: Fryczynski,Jodi L on 1/31/2020 11:01 CST

Order Details: 6/30/20 8:30:00 AM CDT, Routine, weight loss, WCI NW_I

| Action Type: Complete | Action Date/Time: 6/30/2020 08:41 CDT | Electronically Signed By: Moore,APNP, Mary A |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 6/30/2020 08:41 CDT | Electronically Signed By: Moore,APNP, Mary A |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 6/30/2020 08:31 CDT | Electronically Signed By: Moore,APNP, Mary A |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 6/25/2020 10:52 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 5/4/2020 11:00 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 3/30/2020 09:27 CDT | Electronically Signed By: Laning,Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 3/19/2020 08:02 CDT | Electronically Signed By: Laning,Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 3/18/2020 09:09 CDT | Electronically Signed By: Laning,Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 1/31/2020 11:01 CST | Electronically Signed By: Fryczynski, Jodi L |
| Communication Type: Nursing Protocol | | |

---

Case 2:22-cv-01205-JPS    Filed 10/03/25    Page 85 of 315    Document 78-1    Ex. 1000-10085

_____

| | |
|---|---|
| | *Orders* |

| | |
|---|---|
| | *Consults* |

**Order: Referral to Nursing**

Order Date/Time: 1/30/2020 01:45 CST

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 1/31/2020 09:37 CST | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: Dunham,RN,Cynthia L on 1/30/2020 01:45 CST

Order Details: 1/31/20 9:40:00 AM CST, Routine, HSR-feels he is constantly losing weight, even though he eats everything provided, WCI NW_I

| | | |
|---|---|---|
| Action Type: Complete | Action Date/Time: 1/31/2020 09:37 CST | Electronically Signed By: Fryczynski, Jodi L |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 1/31/2020 09:37 CST | Electronically Signed By: Fryczynski, Jodi L |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 1/31/2020 09:37 CST | Electronically Signed By: Fryczynski, Jodi L |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 1/30/2020 07:53 CST | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 1/30/2020 01:46 CST | Electronically Signed By: Dunham,RN, Cynthia L |
| Communication Type: Nursing Protocol | | |

| | |
|---|---|
| | *Discern Rule Order* |

**Order: RHU Release**

Order Date/Time: 8/16/2023 10:01 CDT

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 8/16/2023 11:25 CDT | End-state Reason: |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 8/16/2023 10:01 CDT

Order Details: 8/16/23 10:01:29 AM CDT

| | | |
|---|---|---|
| Action Type: Complete | Action Date/Time: 8/16/2023 11:25 CDT | Electronically Signed By: Bleecker,RN, Andrea M |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/16/2023 10:01 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

_____

_____

| Orders |
|---|

| Discern Rule Order |
|---|

**Order: RHU Clearance**

Order Date/Time: 6/27/2023 11:14 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 6/27/2023 11:23 CDT | End-state Reason: |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 6/27/2023 11:14 CDT

Order Details: 6/27/23 11:14:29 AM CDT

| Action Type: Complete | Action Date/Time: 6/27/2023 11:23 CDT | Electronically Signed By: Hiland,RN, Jenna J |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 6/27/2023 11:14 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: RHU Release**

Order Date/Time: 3/15/2023 17:50 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 3/15/2023 20:04 CDT | End-state Reason: |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 3/15/2023 17:50 CDT

Order Details: 3/15/23 5:50:11 PM CDT

| Action Type: Complete | Action Date/Time: 3/15/2023 20:04 CDT | Electronically Signed By: Hosfelt,RN, Jessica A |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 3/15/2023 17:50 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: RHU Clearance**

Order Date/Time: 2/14/2023 20:17 CST

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 2/15/2023 09:41 CST | End-state Reason: |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 2/14/2023 20:17 CST

Order Details: 2/14/23 8:17:06 PM CST

| Action Type: Complete | Action Date/Time: 2/15/2023 09:41 CST | Electronically Signed By: Bleecker,RN, Andrea M |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 2/14/2023 20:17 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

_____

_____

| Orders |
| --- |

| Discern Rule Order |
| --- |

**Order: RHU Release**

Order Date/Time: 9/21/2022 11:29 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 9/21/2022 11:56 CDT | End-state Reason: |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 9/21/2022 11:29 CDT

Order Details: 9/21/22 11:29:52 AM CDT

| Action Type: Complete | Action Date/Time: 9/21/2022 11:56 CDT | Electronically Signed By: Bleecker, Andrea M |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 9/21/2022 11:29 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: RHU Clearance**

Order Date/Time: 8/2/2022 10:59 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 8/2/2022 14:22 CDT | End-state Reason: |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 8/2/2022 10:59 CDT

Order Details: 8/2/22 10:59:16 AM CDT

| Action Type: Complete | Action Date/Time: 8/2/2022 14:22 CDT | Electronically Signed By: Taplin,Brian J |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/2/2022 10:59 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: RHU Release**

Order Date/Time: 8/25/2021 11:05 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 8/25/2021 14:20 CDT | End-state Reason: |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 8/25/2021 11:05 CDT

Order Details: 8/25/21 11:05:46 AM CDT

| Action Type: Complete | Action Date/Time: 8/25/2021 14:20 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/25/2021 11:05 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

_____

_____

| *Orders* |
|---|

| *Discern Rule Order* |
|---|

**Order: RHU Clearance**

Order Date/Time: 8/9/2021 09:31 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 8/9/2021 11:23 CDT | End-state Reason: |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 8/9/2021 09:31 CDT

Order Details: 8/9/21 9:31:46 AM CDT

| Action Type: Complete | Action Date/Time: 8/9/2021 11:23 CDT | Electronically Signed By: Laning,LPN, Jesse K |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/9/2021 09:31 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

| *Laboratory* |
|---|

**Order: SARS-COV-2/FLU/RSV Panel-ACL**

Order Date/Time: 11/24/2023 14:24 CST

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 11/24/2023 22:21 CST | End-state Reason: |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: |

Entered By: Bassuener,LPN,Haley R on 11/24/2023 14:24 CST

Order Details: Swab, Routine Collect, 11/24/23 2:25:00 PM CST, Once - SC, Nurse collect, Encounter for medical care

| Action Type: Complete | Action Date/Time: 11/24/2023 22:21 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 11/24/2023 14:27 CST | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 11/24/2023 14:25 CST | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 11/24/2023 14:25 CST | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: Verbal with Read Back | | |
| Action Type: Order | Action Date/Time: 11/24/2023 14:25 CST | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: Verbal with Read Back | | |

_____

---

## Orders

### Laboratory

**Order: COVID19-WING-Exact Sciences**

Order Date/Time: 1/5/2022 09:42 CST

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 1/10/2022 14:33 CST | End-state Reason: |
| Ordering Physician: Westergaard,Ryan P | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 1/5/2022 09:42 CST

Order Details: Swab, Stat Collect, Collected, 1/5/22 9:42:00 AM CST, Once - SC by Testing, WING, View Only, Nurse collect, Encounter for laboratory testing for COVID-19 virus, Moore, APNP, Mary A

| Action Type: Complete | Action Date/Time: 1/10/2022 14:33 CST | Electronically Signed By: Weinman,RN, Robert W |
|---|---|---|
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 1/10/2022 14:30 CST | Electronically Signed By: Weinman,RN, Robert W |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 1/5/2022 09:42 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: COVID19-ExactScience**

Order Date/Time: 6/23/2021 16:44 CDT

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 6/26/2021 21:02 CDT | End-state Reason: |
| Ordering Physician: Westergaard,Ryan P | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 6/23/2021 16:44 CDT

Order Details: Swab, Stat Collect, Collected, 6/23/21 4:44:00 PM CDT, Once - SC by Testing, WING, View Only, Nurse collect, Encounter for laboratory testing for COVID-19 virus, Moore, APNP, Mary A

| Action Type: Complete | Action Date/Time: 6/26/2021 21:02 CDT | Electronically Signed By: Laning,LPN, Jesse K |
|---|---|---|
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 6/26/2021 15:04 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 6/23/2021 16:44 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

---

| Orders |
| --- |

| Laboratory |
| --- |

**Order: COVID19-ExactScience**

Order Date/Time: 11/24/2020 23:36 CST

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 11/24/2020 23:38 CST | End-state Reason: |
| Ordering Physician: Westergaard,Ryan P | Consulting Physician: |
| Entered By: SYSTEM,SYSTEM Cerner on 11/24/2020 23:36 CST | |

Order Details: Swab, Stat Collect, Collected, 10/20/20 11:36:00 PM CDT, Once - SC, Nurse collect, COVID-19 virus infection

| Action Type: Complete | Action Date/Time: 11/24/2020 23:38 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 11/24/2020 23:36 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 11/24/2020 23:36 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: COVID19-ExactScience**

Order Date/Time: 11/24/2020 23:24 CST

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 11/24/2020 23:26 CST | End-state Reason: |
| Ordering Physician: Westergaard,Ryan P | Consulting Physician: |
| Entered By: SYSTEM,SYSTEM Cerner on 11/24/2020 23:24 CST | |

Order Details: Swab, Stat Collect, Collected, 11/10/20 11:24:00 PM CST, Once - SC, Nurse collect, COVID-19 virus infection

| Action Type: Complete | Action Date/Time: 11/24/2020 23:26 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 11/24/2020 23:24 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 11/24/2020 23:24 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

_____

| Orders |
| --- |

| Laboratory |
| --- |

**Order: COVID19-ExactScience**

| Order Date/Time: 8/10/2020 12:46 CDT | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 8/10/2020 12:49 CDT | End-state Reason: |
| Ordering Physician: Westergaard,Ryan P | Consulting Physician: |
| Entered By: SYSTEM,SYSTEM Cerner on 8/10/2020 12:46 CDT | |
| Order Details: Swab, Stat Collect, Collected, 5/26/20 12:46:00 PM CDT, Once - SC, Nurse collect, COVID-19 virus infection | |

| Action Type: Complete | Action Date/Time: 8/10/2020 12:49 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 8/10/2020 12:46 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/10/2020 12:46 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: TSH With Reflex -ACL**

| Order Date/Time: 6/30/2020 08:39 CDT | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 7/2/2020 22:26 CDT | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |
| Entered By: Moore,APNP,Mary A on 6/30/2020 08:39 CDT | |
| Order Details: Blood, Routine, 7/2/20 8:06:00 AM CDT, Once - SC, Nurse collect | |

| Action Type: Complete | Action Date/Time: 7/2/2020 22:26 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 7/2/2020 13:50 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 7/2/2020 08:06 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 7/2/2020 08:03 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 6/30/2020 08:40 CDT | Electronically Signed By: Moore,APNP, Mary A |
| Communication Type: Written | | |

_____

_____

| Orders |
| --- |

| Laboratory |
| --- |

**Order: CBC With Automated Differential -ACL**

Order Date/Time: 6/30/2020 08:39 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 7/2/2020 23:27 CDT | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: Moore,APNP,Mary A on 6/30/2020 08:39 CDT

Order Details: Blood, Routine, 7/2/20 8:06:00 AM CDT, Once - SC, Nurse collect

| Action Type: Complete | Action Date/Time: 7/2/2020 23:27 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 7/2/2020 13:50 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 7/2/2020 08:06 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 7/2/2020 08:03 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 6/30/2020 08:40 CDT | Electronically Signed By: Moore,APNP, Mary A |
| Communication Type: Written | | |

_____

_____

| Orders |
| --- |

| Laboratory |
| --- |

**Order: Comprehensive Metabolic Panel -ACL**

Order Date/Time: 6/30/2020 08:39 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 7/2/2020 22:26 CDT | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: Moore,APNP,Mary A on 6/30/2020 08:39 CDT

Order Details: Blood, Routine, 7/2/20 8:06:00 AM CDT, Once - SC, Nurse collect, 12

| Action Type: Complete | Action Date/Time: 7/2/2020 22:26 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 7/2/2020 13:50 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 7/2/2020 08:06 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 7/2/2020 08:03 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 6/30/2020 08:40 CDT | Electronically Signed By: Moore,APNP, Mary A |
| Communication Type: Written | | |

_____

_____

| Orders |
| --- |

| Laboratory |
| --- |

**Order: Vitamin D,25-Hydroxy -ACL**

Order Date/Time: 6/30/2020 08:39 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 7/2/2020 22:26 CDT | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: Moore,APNP,Mary A on 6/30/2020 08:39 CDT

Order Details: Blood, Routine, 7/2/20 8:06:00 AM CDT, Once - SC, Nurse collect

| Action Type: Complete | Action Date/Time: 7/2/2020 22:26 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 7/2/2020 13:50 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: | | |
| Action Type: Status Change | Action Date/Time: 7/2/2020 08:06 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 7/2/2020 08:03 CDT | Electronically Signed By: Schwoch, Kayla M |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 6/30/2020 08:40 CDT | Electronically Signed By: Moore,APNP, Mary A |
| Communication Type: Written | | |

| Patient Care |
| --- |

**Order: MH Code**

Order Date/Time: 2/17/2023 15:44 CST

| Order Status: Ordered | Department Status: Ordered |
| --- | --- |
| Ordering Physician: | Consulting Physician: |

Entered By: Baggio,Ph.D,Mary C on 2/17/2023 15:44 CST

Order Details: 2/17/23 3:44:00 PM CST, Constant Indicator, MH-1

| Action Type: Order | Action Date/Time: 2/17/2023 15:44 CST | Electronically Signed By: Baggio,Ph.D, Mary C |
| --- | --- | --- |
| Communication Type: | | |

_____

_____

| Orders |
| --- |

| Patient Care |
| --- |

### Order: **Optometry Follow Up**

| Order Date/Time: 12/5/2022 12:14 CST | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 12/13/2022 10:06 CST | End-state Reason: |
| Ordering Physician: South,OD,Bethany A | Consulting Physician: |
| Entered By: South,OD,Bethany A on 12/5/2022 12:14 CST | |
| Order Details: 12/13/22 9:45:00 AM CST, Eyes are red. Nurse referral, WCI | |

| Action Type: Complete | Action Date/Time: 12/13/2022 10:06 CST | Electronically Signed By: South,OD, Bethany A |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/13/2022 10:06 CST | Electronically Signed By: South,OD, Bethany A |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/13/2022 10:06 CST | Electronically Signed By: South,OD, Bethany A |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 12/8/2022 08:52 CST | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 12/6/2022 10:18 CST | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 12/5/2022 12:14 CST | Electronically Signed By: South,OD, Bethany A |
| Communication Type: Written | | |

### Order: **Low Bunk**

| Order Date/Time: 11/1/2022 07:24 CDT | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 12/31/2022 06:23 CST | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |
| Entered By: Dombeck,APNP,Charles J on 11/1/2022 07:24 CDT | |
| Order Details: 11/1/22 7:24:00 AM CDT, 60 days, Recent eye procedure done, Constant Indicator, WCI | |

| Action Type: Status Change | Action Date/Time: 12/31/2022 06:32 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 11/1/2022 07:25 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

_____

---

## Orders

### Patient Care

**Order: Low Bunk**

| | |
|---|---|
| Order Date/Time: 9/29/2022 13:55 CDT | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 10/29/2022 13:54 CDT | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |
| Entered By: Hiland,Jenna J on 9/29/2022 13:55 CDT | |
| Order Details: 9/29/22 1:55:00 PM CDT, 30 days, Until corneal crosslink performed, Constant Indicator, WCI | |

| Action Type: Status Change | Action Date/Time: 10/29/2022 14:01 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 9/29/2022 13:56 CDT | Electronically Signed By: Hiland,Jenna J |
| Communication Type: Nursing Protocol | | |

**Order: Other miscellaneous DME**

| | |
|---|---|
| Order Date/Time: 9/6/2022 07:07 CDT | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 3/5/2023 06:06 CST | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |
| Entered By: Dombeck,APNP,Charles J on 9/6/2022 07:07 CDT | |
| Order Details: 9/6/22 7:07:00 AM CDT, 180 days, Contact lens plunger - issue one per q3months, one size, WCI | |

| Action Type: Status Change | Action Date/Time: 3/5/2023 06:16 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 9/6/2022 07:08 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

**Order: Offsite prep -Surgery prep**

| | |
|---|---|
| Order Date/Time: 8/22/2022 09:15 CDT | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 9/28/2022 21:14 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |
| Entered By: Bassuener,LPN,Haley R on 8/22/2022 09:15 CDT | |
| Order Details: 9/28/22 9:15:00 AM CDT, Do not wear scleral lenses, WCI | |

| Action Type: Complete | Action Date/Time: 9/28/2022 21:14 CDT | Electronically Signed By: Hass,LPN, Alyssa |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/22/2022 09:15 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: Downtime Paper | | |

---

---

## *Orders*

### *Patient Care*

| Order: **Ice Bag** | |
|---|---|
| Order Date/Time: 8/2/2022 11:11 CDT | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 8/5/2022 11:10 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |
| Entered By: Pitzlin,Whitney M on 8/2/2022 11:11 CDT | |
| Order Details: 8/2/22 11:11:00 AM CDT, 3 days, WCI | |

| Action Type: Status Change | Action Date/Time: 8/5/2022 11:16 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/2/2022 11:11 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: Nursing Protocol | | |

| Order: **Offsite prep -Surgery prep** | |
|---|---|
| Order Date/Time: 7/20/2022 11:39 CDT | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 7/22/2022 05:49 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |
| Entered By: Bassuener,LPN,Haley R on 7/20/2022 11:39 CDT | |
| Order Details: 7/20/22 11:39:00 AM CDT, Wear scleral lenses, WCI | |

| Action Type: Complete | Action Date/Time: 7/22/2022 05:49 CDT | Electronically Signed By: Bleecker, Andrea M |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 7/20/2022 11:39 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: Downtime Paper | | |

---

Case 2:22-cv-01205-JPS    Filed 10/03/25    Page 98 of 315    Document 78-10    Ex. 1006-10098

---

| Orders |
|---|

| Patient Care |
|---|

**Order: Offsite prep -Surgery prep**

Order Date/Time: 7/9/2022 16:49 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 10/13/2022 12:52 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |

Entered By: Laning,LPN,Jesse K on 7/9/2022 16:49 CDT

Order Details: 10/13/22 4:49:00 PM CDT, NPO starting at 1230 today, WCI

| Action Type: Complete | Action Date/Time: 10/13/2022 12:52 CDT | Electronically Signed By: Hosfelt,RN, Jessica A |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/22/2022 09:13 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: Downtime Paper | | |
| Action Type: Modify | Action Date/Time: 8/22/2022 09:12 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: Downtime Paper | | |
| Action Type: Order | Action Date/Time: 7/9/2022 16:50 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: Verbal with Read Back | | |

**Order: Offsite prep -Surgery prep**

Order Date/Time: 4/28/2022 10:21 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 6/21/2022 21:06 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |

Entered By: Bassuener,LPN,Haley R on 4/28/2022 10:21 CDT

Order Details: 6/21/22 10:21:00 AM CDT, No scleral lenses to be worn until after appointment, WCI

| Action Type: Complete | Action Date/Time: 6/21/2022 21:06 CDT | Electronically Signed By: Hass,LPN, Alyssa |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 4/28/2022 10:23 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: Downtime Paper | | |

_____

| Orders |
| --- |

| Patient Care |
| --- |

**Order: Copay Charge**

Order Date/Time: 1/31/2020 11:01 CST

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 4/29/2022 10:58 CDT | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: Fryczynski,Jodi L on 1/31/2020 11:01 CST

Order Details: 1/31/20 11:01:00 AM CST

| Action Type: Complete | Action Date/Time: 4/29/2022 10:58 CDT | Electronically Signed By: Bleecker, Andrea M |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 1/31/2020 11:01 CST | Electronically Signed By: Fryczynski, Jodi L |
| Communication Type: Nursing Protocol | | |

_____

_____

| Orders |
|---|

| Patient Care |
|---|

| Order: **Schedule Immunization Appointment** |
|---|

Order Date/Time: 10/22/2019 20:07 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 3/26/2021 08:35 CDT | End-state Reason: |
| Ordering Physician: | Consulting Physician: |

Entered By: Laning,Jesse K on 10/22/2019 20:07 CDT

Order Details: 3/26/21 8:30:00 AM CDT, WCI

| Action Type: Complete | Action Date/Time: 3/26/2021 08:35 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
|---|---|---|
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 3/26/2021 08:35 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 3/21/2021 18:53 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 7/13/2020 11:28 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 7/4/2020 19:52 CDT | Electronically Signed By: Laning,Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 7/4/2020 18:49 CDT | Electronically Signed By: Laning,Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 4/27/2020 08:10 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 10/22/2019 20:07 CDT | Electronically Signed By: Laning,Jesse K |
| Communication Type: | | |

_____

_____

| *Orders* |
| --- |

| *Patient Care* |
| --- |

**Order: Schedule Immunization Appointment**

Order Date/Time: 10/22/2019 20:07 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 3/26/2021 08:35 CDT | End-state Reason: |
| Ordering Physician: | Consulting Physician: |

Entered By: Laning,Jesse K on 10/22/2019 20:07 CDT

Order Details: 3/26/21 8:30:00 AM CDT, WCI

| Action Type: Complete | Action Date/Time: 3/26/2021 08:35 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Activate | Action Date/Time: 3/26/2021 08:35 CDT | Electronically Signed By: Bassuener, LPN,Haley R |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 3/21/2021 18:53 CDT | Electronically Signed By: Laning,LPN, Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 7/13/2020 11:28 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 7/4/2020 19:52 CDT | Electronically Signed By: Laning,Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 7/4/2020 18:49 CDT | Electronically Signed By: Laning,Jesse K |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 4/27/2020 08:10 CDT | Electronically Signed By: Hilbrans, Martina R |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 10/22/2019 20:07 CDT | Electronically Signed By: Laning,Jesse K |
| Communication Type: | | |

_____

---

## Orders

### Pharmacy

**Order: multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)**

Order Date/Time: 2/8/2024 15:00 CST

| | |
|---|---|
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 2/6/2025 07:29 CST | End-state Reason: |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: |

Entered By: English,DO,Sara M.on 2/8/2024 15:00 CST

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, PRN other (see comment), First Dose: 2/22/24 7:30:00 AM CST, Stop Date: 2/6/25 7:29:00 AM CST, 21, Next Dispense Date: 15-FEB-2027 09:00:00.00

| Action Type: Modify | Action Date/Time: 2/8/2024 17:00 CST | Electronically Signed By: Tuten,RPh, John J |
|---|---|---|
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 2/8/2024 15:00 CST | Electronically Signed By: English,DO, Sara M. |
| Communication Type: Written | | |

**Order: ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)**

Order Date/Time: 1/3/2024 14:09 CST

| | |
|---|---|
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 1/1/2025 07:29 CST | End-state Reason: |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: |

Entered By: English,DO,Sara M.on 1/3/2024 14:09 CST

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, First Dose: 1/17/24 7:30:00 AM CST, Stop Date: 1/1/25 7:29:00 AM CST, Next Dispense Date: 19-FEB-2027 09:00:00.00

| Action Type: Modify | Action Date/Time: 1/3/2024 14:31 CST | Electronically Signed By: Tuten,RPh, John J |
|---|---|---|
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 1/3/2024 14:10 CST | Electronically Signed By: English,DO, Sara M. |
| Communication Type: Written | | |

**Order: COVID-19 Vaccine Evaluation (COVID-19 Vaccine 2023-2024 First Monovalent Dose Eval)**

Order Date/Time: 12/1/2023 13:36 CST

| | |
|---|---|
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 5/29/2024 14:36 CDT | End-state Reason: |
| Ordering Physician: LaVoie,MD,Daniel L | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 12/1/2023 13:36 CST

Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 12/1/23 1:36:47 PM CST, Stop Date: 5/29/24 2:36:47 PM CDT, Next Dispense Date: 01-DEC-2023 14:36:48.00

| Action Type: Order | Action Date/Time: 12/1/2023 13:36 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |

---

_____

| Orders |
| --- |

| Pharmacy |
| --- |

### Order: **guaiFENesin (guaiFENesin 600 mg oral tablet,extended release)**

| Order Date/Time: 11/24/2023 11:06 CST | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 11/29/2023 11:05 CST | End-state Reason: |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: |
| Entered By: Hosfelt,RN,Jessica A on 11/24/2023 11:06 CST | |
| Order Details: 1,200 mg = 2 tab, Oral, Tab-ER, BID (AM/HS) - KOP for 5 days, PRN cough and congestion, First Dose: 11/24/23 11:06:00 AM CST, Stop Date: 11/29/23 11:05:00 AM CST, Next Dispense Date: 24-NOV-2023 12:10:40.00 | |

| Action Type: Status Change | Action Date/Time: 11/29/2023 11:16 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 11/24/2023 11:06 CST | Electronically Signed By: Hosfelt,RN, Jessica A |
| Communication Type: Nursing Protocol | | |

### Order: **COVID-19 Vaccine Evaluation (COVID-19 Vaccine 2023-2024 Initial Consult Eval)**

| Order Date/Time: 11/19/2023 17:26 CST | |
| --- | --- |
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 12/1/2023 13:36 CST | End-state Reason: System Cancel |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
| Entered By: SYSTEM,SYSTEM Cerner on 11/19/2023 17:26 CST | |
| Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 11/19/23 12:00:00 AM CST, Stop Date: 12/1/23 1:36:48 PM CST, Next Dispense Date: 20-NOV-2023 18:26:12.00 | |

| Action Type: Discontinue | Action Date/Time: 12/1/2023 13:36 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 11/19/2023 17:26 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

### Order: **tetanus-diphth toxoids (Td) adult/adol (Tenivac (Td))**

| Order Date/Time: 10/28/2023 15:23 CDT | |
| --- | --- |
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 11/16/2023 08:31 CST | End-state Reason: System DC - Order Past Stop Date |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
| Entered By: Kuffenkam,MD,Kerry L on 10/28/2023 15:23 CDT | |
| Order Details: 0.5 mL, Intramuscular, Form: Susp-Inj, Vaccine, First Dose: 11/9/23 8:00:00 AM CST, Stop Date: 11/16/23 8:31:00 AM CST, Next Dispense Date: 04-NOV-2023 08:00:00.00 | |

| Action Type: Discontinue | Action Date/Time: 11/16/2023 08:31 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 10/28/2023 15:23 CDT | Electronically Signed By: Kuffenkam, MD,Kerry L |
| Communication Type: Written | | |

_____

---

## Orders

### Pharmacy

| Order: **ocular lubricant (Artificial Tears ophthalmic solution Range Dose)** | |
|---|---|
| Order Date/Time: 10/8/2023 14:41 CDT | |
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 4/18/2024 07:29 CDT | End-state Reason: |
| Ordering Physician: Kuffenkam,MD,Kerry L | Consulting Physician: |
| Entered By: Kuffenkam,MD,Kerry L on 10/8/2023 14:41 CDT | |

Order Details: 1 to 2 Drops, Eye-Both, QID - KOP for 180 days, PRN dry eyes, First Dose: 10/21/23 7:30:00 AM CDT, Stop Date: 4/18/24 7:29:00 AM CDT, Form: Soln-Ophth, Next Dispense Date: 16-OCT-2023 07:30:00.00

| Action Type: Order | Action Date/Time: 10/8/2023 14:41 CDT | Electronically Signed By: Kuffenkam, MD,Kerry L |
|---|---|---|
| Communication Type: Written | | |

| Order: **Influenza Vaccine Evaluation** | |
|---|---|
| Order Date/Time: 9/25/2023 10:24 CDT | |
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 12/14/2023 07:23 CST | End-state Reason: Patient Refused |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
| Entered By: SYSTEM,SYSTEM Cerner on 9/25/2023 10:24 CDT | |

Order Details: 1 EA, Oral, Form: Misc, Daily - KOP for 120 days, First Dose: 9/25/23 10:24:37 AM CDT, Stop Date: 12/14/23 7:23:31 AM CST, Next Dispense Date: 25-SEP-2023 11:24:37.00

| Action Type: Discontinue | Action Date/Time: 12/14/2023 07:23 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 9/25/2023 10:24 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

---

Report Request ID: 7475566          Print Date/Time: 3/4/2024 12:28 CST

---

## Orders

### Pharmacy

**Order: ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)**

Order Date/Time: 7/14/2023 18:07 CDT

| | |
|---|---|
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 7/1/2024 07:29 CDT | End-state Reason: |
| Ordering Physician: Kuffenkam,MD,Kerry L | Consulting Physician: |

Entered By: Kuffenkam,MD,Kerry L on 7/14/2023 18:07 CDT

Order Details: 1 drops, Eye-Both, Form: Soln-Ophth, BID (AM/HS) - KOP for 350 days, PRN itchy eyes, First Dose: 7/17/23 8:00:00 PM CDT, Stop Date: 7/1/24 7:29:00 AM CDT, Next Dispense Date: 16-AUG-2023 12:25:10.00

| Action Type: Modify | Action Date/Time: 8/16/2023 11:25 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: KOP/SC Change | | |
| Action Type: Modify | Action Date/Time: 7/17/2023 12:18 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: KOP/SC Change | | |
| Action Type: Modify | Action Date/Time: 7/17/2023 08:04 CDT | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 7/14/2023 18:08 CDT | Electronically Signed By: Kuffenkam, MD,Kerry L |
| Communication Type: Written | | |

**Order: ocular lubricant (Artificial Tears ophthalmic solution Range Dose)**

Order Date/Time: 4/24/2023 07:09 CDT

| | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 10/21/2023 07:30 CDT | End-state Reason: System DC - Order Past Stop Date |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: Dombeck,APNP,Charles J on 4/24/2023 07:09 CDT

Order Details: 1 to 2 Drops, Eye-Both, QID - KOP for 180 days, PRN dry eyes, First Dose: 4/24/23 7:09:00 AM CDT, Stop Date: 10/21/23 7:30:11 AM CDT, Form: Soln-Ophth, Next Dispense Date: 16-AUG-2023 12:25:11.00

| Action Type: Discontinue | Action Date/Time: 10/21/2023 07:30 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Modify | Action Date/Time: 8/16/2023 11:25 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: KOP/SC Change | | |
| Action Type: Modify | Action Date/Time: 6/27/2023 11:23 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: KOP/SC Change | | |
| Action Type: Modify | Action Date/Time: 4/24/2023 07:56 CDT | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 4/24/2023 07:10 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

---

---

## Orders

### Pharmacy

**Order: multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)**

Order Date/Time: 3/6/2023 15:04 CST

| Order Status: Discontinued | Department Status: Discontinued |
|---|---|
| End-state Date/Time: 2/22/2024 07:31 CST | End-state Reason: System DC - Order Past Stop Date |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: South,OD,Bethany A on 3/6/2023 15:04 CST

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, PRN other (see comment), First Dose: 3/9/23 7:30:00 AM CST, Stop Date: 2/22/24 7:31:10 AM CST, 21, Next Dispense Date: 02/23/24

| Action Type: Discontinue | Action Date/Time: 2/22/2024 07:31 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Modify | Action Date/Time: 2/19/2024 14:08 CST | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Drug Utilization Review | | |
| Action Type: Modify | Action Date/Time: 8/16/2023 11:25 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: KOP/SC Change | | |
| Action Type: Modify | Action Date/Time: 7/28/2023 09:27 CDT | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Refill | | |
| Action Type: Modify | Action Date/Time: 6/27/2023 11:23 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: KOP/SC Change | | |
| Action Type: Order | Action Date/Time: 3/6/2023 15:05 CST | Electronically Signed By: South,OD, Bethany A |
| Communication Type: Written | | |

---

| Orders |
| --- |

| Pharmacy |
| --- |

### Order: **ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)**

| Order Date/Time: 2/1/2023 08:55 CST | |
| --- | --- |
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 1/17/2024 07:31 CST | End-state Reason: System DC - Order Past Stop Date |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
| Entered By: Dombeck,APNP,Charles J on 2/1/2023 08:55 CST | |
| Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, First Dose: 2/1/23 8:55:00 AM CST, Stop Date: 1/17/24 7:31:28 AM CST, Next Dispense Date: 08-JAN-2027 09:00:00.00 | |

| Action Type: Discontinue | Action Date/Time: 1/17/2024 07:31 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: Discern Expert | | |
| Action Type: Modify | Action Date/Time: 8/16/2023 11:25 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: KOP/SC Change | | |
| Action Type: Modify | Action Date/Time: 2/15/2023 09:41 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: KOP/SC Change | | |
| Action Type: Modify | Action Date/Time: 2/1/2023 09:30 CST | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 2/1/2023 08:55 CST | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

### Order: **ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)**

| Order Date/Time: 2/1/2023 08:54 CST | |
| --- | --- |
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 2/1/2023 08:55 CST | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |
| Entered By: Dombeck,APNP,Charles J on 2/1/2023 08:54 CST | |
| Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, First Dose: 2/4/23 7:30:00 AM CST, Stop Date: 2/1/23 8:55:52 AM CST, Next Dispense Date: 01-FEB-2023 09:55:20.00 | |

| Action Type: Discontinue | Action Date/Time: 2/1/2023 08:55 CST | Electronically Signed By: Dombeck, APNP,Charles J |
| --- | --- | --- |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 2/1/2023 08:55 CST | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

---

---

## Orders

### Pharmacy

**Order: ocular lubricant (Contact Lens Cleaner for Rigid Gas Permeable Lenses)**

Order Date/Time: 1/27/2023 07:25 CST

| | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 2/1/2023 09:30 CST | End-state Reason: |
| Ordering Physician: Simmons,APNP,Diana L | Consulting Physician: |

Entered By: Simmons,APNP,Diana L on 1/27/2023 07:25 CST

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, First Dose: 1/27/23 7:25:00 AM CST, Stop Date: 2/1/23 9:30:43 AM CST, Next Dispense Date: 27-JAN-2023 08:33:31.00

| Action Type: Discontinue | Action Date/Time: 2/1/2023 09:30 CST | Electronically Signed By: Tuten,RPh, John J |
|---|---|---|
| Communication Type: Written | | |
| Action Type: Modify | Action Date/Time: 1/27/2023 07:33 CST | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 1/27/2023 07:28 CST | Electronically Signed By: Simmons, APNP,Diana L |
| Communication Type: Written | | |

**Order: COVID-19 Vaccine Evaluation (COVID-19 Bivalent Booster Dose Eval)**

Order Date/Time: 1/18/2023 14:45 CST

| | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 1/26/2023 13:35 CST | End-state Reason: Patient Refused |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 1/18/2023 14:45 CST

Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 1/18/23 12:00:00 AM CST, Stop Date: 1/26/23 1:35:02 PM CST, Next Dispense Date: 18-JAN-2023 15:45:09.00

| Action Type: Discontinue | Action Date/Time: 1/26/2023 13:35 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 1/18/2023 14:45 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

---

_____

| _Orders_ |
|---|

| _Pharmacy_ |
|---|

### Order: **acetaminophen (acetaminophen 325 mg oral tablet #24 Box)**

| Order Date/Time: 1/13/2023 08:19 CST | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 1/16/2023 08:30 CST | End-state Reason: System DC - Order Past Stop Date |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |
| Entered By: Hiland,Jenna J on 1/13/2023 08:19 CST | |

Order Details: 650 mg = 2 tab, Oral, Tab, QID - KOP for 3 days, PRN pain, First Dose: 1/13/23 8:19:00 AM CST, Stop Date: 1/16/23 8:30:53 AM CST, Next Dispense Date: 13-JAN-2023 09:22:42.00

| Action Type: Discontinue | Action Date/Time: 1/16/2023 08:30 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 1/13/2023 08:19 CST | Electronically Signed By: Hiland,Jenna J |
| Communication Type: Nursing Protocol | | |

### Order: **tetanus-diphth toxoids (Td) adult/adol (Tenivac (Td))**

| Order Date/Time: 1/13/2023 08:12 CST | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 11/9/2023 08:30 CST | End-state Reason: System DC - Order Past Stop Date |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
| Entered By: Hiland,Jenna J on 1/13/2023 08:12 CST | |

Order Details: 0.5 mL, Intramuscular, Form: Susp-Inj, Vaccine, First Dose: 1/13/23 9:00:00 AM CST, Stop Date: 11/9/23 8:30:24 AM CST, Next Dispense Date: 13-JAN-2023 09:13:12.00

| Action Type: Discontinue | Action Date/Time: 11/9/2023 08:30 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 1/13/2023 08:13 CST | Electronically Signed By: Hiland,Jenna J |
| Communication Type: Nursing Protocol | | |

_____

---

## Orders

### Pharmacy

**Order: ocular lubricant (Artificial Tears ophthalmic solution Range Dose)**

Order Date/Time: 11/4/2022 08:49 CDT

| Order Status: Discontinued | Department Status: Discontinued |
|---|---|
| End-state Date/Time: 4/24/2023 07:56 CDT | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |

Entered By: Dombeck,APNP,Charles J on 11/4/2022 08:49 CDT

Order Details: 1 to 2 Drops, Eye-Both, QID - SC for 180 days, PRN dry eyes, First Dose: 11/9/22 7:30:00 AM CST, Stop Date: 4/24/23 7:56:04 AM CDT, Form: Soln-Ophth, Next Dispense Date: 24-APR-2023 08:10:17.00

| Action Type: Discontinue | Action Date/Time: 4/24/2023 07:56 CDT | Electronically Signed By: Tuten,RPh, John J |
|---|---|---|
| Communication Type: Written | | |
| Action Type: Future Discontinue | Action Date/Time: 4/24/2023 07:10 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |
| Action Type: Modify | Action Date/Time: 2/15/2023 09:41 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: KOP/SC Change | | |
| Action Type: Order | Action Date/Time: 11/4/2022 08:49 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

**Order: ocular lubricant (Artificial Tears ophthalmic solution Range Dose)**

Order Date/Time: 10/18/2022 17:42 CDT

| Order Status: Discontinued | Department Status: Discontinued |
|---|---|
| End-state Date/Time: 11/8/2022 23:45 CST | End-state Reason: |
| Ordering Physician: Ledesma,Mark C | Consulting Physician: |

Entered By: Ledesma,Mark C on 10/18/2022 17:42 CDT

Order Details: 1 to 2 Drops, Eye-Both, QID - KOP for 30 days, PRN dry eyes, First Dose: 10/18/22 5:42:00 PM CDT, Stop Date: 11/8/22 11:45:00 PM CST, Form: Soln-Ophth, Next Dispense Date: 04-NOV-2022 09:49:42.00

| Action Type: Status Change | Action Date/Time: 11/8/2022 23:46 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: | | |
| Action Type: Future Discontinue | Action Date/Time: 11/4/2022 08:49 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |
| Action Type: Modify | Action Date/Time: 10/19/2022 07:22 CDT | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 10/18/2022 17:42 CDT | Electronically Signed By: Ledesma, Mark C |
| Communication Type: Written | | |

---

---

| Orders |
|---|

| Pharmacy |
|---|

### Order: **ocular lubricant (Lubricating Plus Preservative Free Unit Dose)**

| Order Date/Time: 10/13/2022 18:12 CDT | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 10/18/2022 17:42 CDT | End-state Reason: System DC - Discontinue Now Selected |
| Ordering Physician: PROGRAM,DC NOW | Consulting Physician: |
| Entered By: Pitzlin,Whitney M on 10/13/2022 18:12 CDT | |

Order Details: 2 drops, Eye-Both, Form: Soln-Ophth, QID - KOP for 30 days, PRN dry eyes, First Dose: 10/13/22 6:12:00 PM CDT, Stop Date: 10/18/22 5:42:35 PM CDT, 30, Next Dispense Date: 19-OCT-2022 18:42:35.00

| Action Type: Discontinue | Action Date/Time: 10/18/2022 17:42 CDT | Electronically Signed By: PROGRAM, DC NOW |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Future Discontinue | Action Date/Time: 10/18/2022 17:42 CDT | Electronically Signed By: Ledesma, Mark C |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 10/13/2022 18:14 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: Phone with Read Back | | |

### Order: **ocular lubricant (Artificial Tears ophthalmic solution)**

| Order Date/Time: 10/13/2022 17:38 CDT | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 10/13/2022 17:50 CDT | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |
| Entered By: Pitzlin,Whitney M on 10/13/2022 17:38 CDT | |

Order Details: 2 drops, Eye-Both, Form: Soln-Ophth, QID - KOP for 3 days, PRN dry eyes, First Dose: 10/13/22 5:38:00 PM CDT, Stop Date: 10/13/22 5:50:00 PM CDT, Next Dispense Date: 14-OCT-2022 18:38:38.00

| Action Type: Discontinue | Action Date/Time: 10/13/2022 17:50 CDT | Electronically Signed By: Pitzlin,Whitney M |
|---|---|---|
| Communication Type: Nursing Protocol | | |
| Action Type: Order | Action Date/Time: 10/13/2022 17:38 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: Nursing Protocol | | |

---

| Orders |
| --- |

| Pharmacy |
| --- |

### Order: **ibuprofen (ibuprofen 200 mg oral tablet #24 Box)**

Order Date/Time: 10/13/2022 17:35 CDT

| Order Status: Completed | Department Status: Completed |
| --- | --- |
| End-state Date/Time: 10/16/2022 17:34 CDT | End-state Reason: |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |

Entered By: Pitzlin,Whitney M on 10/13/2022 17:35 CDT

Order Details: 400 mg = 2 tab, Oral, Tab, QID - KOP for 3 days, PRN pain, First Dose: 10/13/22 5:35:00 PM CDT, Stop Date: 10/16/22 5:34:00 PM CDT, Next Dispense Date: 10/14/24

| Action Type: Status Change | Action Date/Time: 10/16/2022 17:46 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 10/14/2022 07:51 CDT | Electronically Signed By: Egerbrecht, RPh,Brian M |
| Communication Type: Nursing Protocol | | |
| Action Type: Order | Action Date/Time: 10/13/2022 17:36 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: Nursing Protocol | | |

### Order: **multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)**

Order Date/Time: 10/3/2022 13:01 CDT

| Order Status: Discontinued | Department Status: Discontinued |
| --- | --- |
| End-state Date/Time: 3/6/2023 15:04 CST | End-state Reason: System DC - Discontinue Now Selected |
| Ordering Physician: PROGRAM,DC NOW | Consulting Physician: |

Entered By: Dombeck,APNP,Charles J on 10/3/2022 13:01 CDT

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - SC for 180 days, PRN other (see comment), First Dose: 10/8/22 7:30:00 AM CDT, Stop Date: 3/6/23 3:04:44 PM CST, Next Dispense Date: 06-MAR-2023 16:04:44.00

| Action Type: Discontinue | Action Date/Time: 3/6/2023 15:04 CST | Electronically Signed By: PROGRAM, DC NOW |
| --- | --- | --- |
| Communication Type: Discern Expert | | |
| Action Type: Future Discontinue | Action Date/Time: 3/6/2023 15:04 CST | Electronically Signed By: South,OD, Bethany A |
| Communication Type: Written | | |
| Action Type: Modify | Action Date/Time: 2/15/2023 09:41 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: KOP/SC Change | | |
| Action Type: Order | Action Date/Time: 10/3/2022 13:01 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

---

| Orders |

| Pharmacy |

**Order: Influenza Vaccine Evaluation**

| | |
|---|---|
| Order Date/Time: 9/21/2022 11:59 CDT | |

| | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 11/16/2022 13:13 CST | End-state Reason: Patient Refused |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 9/21/2022 11:59 CDT

Order Details: 1 EA, Oral, Form: Misc, Daily - KOP for 120 days, First Dose: 9/21/22 11:59:01 AM CDT, Stop Date: 11/16/22 1:13:23 PM CST, Next Dispense Date: 21-SEP-2022 12:59:01.00

| Action Type: Discontinue | Action Date/Time: 11/16/2022 13:13 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 9/21/2022 11:59 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)**

| | |
|---|---|
| Order Date/Time: 8/24/2022 07:25 CDT | |

| | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 10/24/2022 12:38 CDT | End-state Reason: System DC - Discontinue Now Selected |
| Ordering Physician: PROGRAM,DC NOW | Consulting Physician: |

Entered By: Dombeck,APNP,Charles J on 8/24/2022 07:25 CDT

Order Details: 1 drops, Eye-Both, Form: Soln-Ophth, QID - SC for 30 days, First Dose: 10/13/22 7:30:00 AM CDT, Stop Date: 10/28/22 23:45 CDT, Next Dispense Date: 29-OCT-2022 09:00:00.00

| Action Type: Discontinue | Action Date/Time: 10/24/2022 12:38 CDT | Electronically Signed By: PROGRAM, DC NOW |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Future Discontinue | Action Date/Time: 10/24/2022 12:38 CDT | Electronically Signed By: Fields,APNP, Jodi E |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 8/24/2022 07:27 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

---

---

| *Orders* |
|---|

| *Pharmacy* |
|---|

**Order: prednisoLONE ophthalmic (prednisoLONE acetate 1% ophthalmic suspension)**

Order Date/Time: 8/24/2022 07:25 CDT

| Order Status: Discontinued | Department Status: Discontinued |
|---|---|
| End-state Date/Time: 11/4/2022 23:45 CDT | End-state Reason: Allowed to expire |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: |

Entered By: Dombeck,APNP,Charles J on 8/24/2022 07:25 CDT

Order Details: 1 drops, Eye-Both, Form: Susp-Ophth, QID - KOP for 30 days, First Dose: 10/13/22 7:30:00 AM CDT, Stop Date: 11/04/22 23:45 CDT, Next Dispense Date: 31-OCT-2022 08:04:30.00

| Action Type: Status Change | Action Date/Time: 11/4/2022 23:46 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: | | |
| Action Type: Future Discontinue | Action Date/Time: 10/31/2022 07:04 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 8/24/2022 07:27 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

**Order: ofloxacin ophthalmic (ofloxacin 0.3% ophthalmic solution)**

Order Date/Time: 8/24/2022 07:25 CDT

| Order Status: Discontinued | Department Status: Discontinued |
|---|---|
| End-state Date/Time: 10/24/2022 12:38 CDT | End-state Reason: System DC - Discontinue Now Selected |
| Ordering Physician: PROGRAM,DC NOW | Consulting Physician: |

Entered By: Dombeck,APNP,Charles J on 8/24/2022 07:25 CDT

Order Details: 1 drops, Eye-Both, Form: Soln-Ophth, QID - KOP for 30 days, First Dose: 10/13/22 7:30:00 AM CDT, Stop Date: 10/28/22 23:45 CDT, Next Dispense Date: 24-OCT-2022 13:38:59.00

| Action Type: Discontinue | Action Date/Time: 10/24/2022 12:38 CDT | Electronically Signed By: PROGRAM, DC NOW |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Future Discontinue | Action Date/Time: 10/24/2022 12:38 CDT | Electronically Signed By: Fields,APNP, Jodi E |
| Communication Type: Written | | |
| Action Type: Modify | Action Date/Time: 8/24/2022 08:34 CDT | Electronically Signed By: Rucks, Cassandra S |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 8/24/2022 07:27 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

---

---

| Orders |
| --- |

| Pharmacy |
| --- |

### Order: **ibuprofen (ibuprofen 600 mg oral tablet)**

| Order Date/Time: 8/24/2022 07:22 CDT | |
| --- | --- |
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 10/13/2022 07:30 CDT | End-state Reason: System DC - Order Past Stop Date |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
| Entered By: Dombeck,APNP,Charles J on 8/24/2022 07:22 CDT | |

Order Details: 600 mg = 1 tab, Oral, Form: Tab, BID (AM/PM) - KOP for 2 days, First Dose: 10/11/22 7:30:00 AM CDT, Stop Date: 10/13/22 7:30:23 AM CDT, 2, Next Dispense Date: 06-OCT-2025 09:00:00.00

| Action Type: Discontinue | Action Date/Time: 10/13/2022 07:30 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: Discern Expert | | |
| Action Type: Modify | Action Date/Time: 8/24/2022 08:34 CDT | Electronically Signed By: Rucks, Cassandra S |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 8/24/2022 07:24 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |

### Order: **acetaminophen (acetaminophen 325 mg oral tablet for RHU/CLS/LHS)**

| Order Date/Time: 8/2/2022 10:59 CDT | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 8/5/2022 10:59 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |
| Entered By: Pitzlin,Whitney M on 8/2/2022 10:59 CDT | |

Order Details: 650 mg = 2 tab, Oral, Tab, QID - SC for 3 days, PRN pain, First Dose: 8/2/22 11:00:00 AM CDT, Stop Date: 8/5/22 10:59:00 AM CDT, Next Dispense Date: 02-AUG-2022 13:08:45.00

| Action Type: Status Change | Action Date/Time: 8/5/2022 11:01 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/2/2022 12:08 CDT | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Nursing Protocol | | |
| Action Type: Order | Action Date/Time: 8/2/2022 11:00 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: KOP/SC Change | | |

---

_____

| Orders |
|---|

| Pharmacy |
|---|

**Order: ibuprofen (Ibuprofen 200 mg oral tablet for RHU/CLS/LHS)**

| Order Date/Time: 8/2/2022 10:59 CDT | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 8/5/2022 10:59 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |
| Entered By: Pitzlin,Whitney M on 8/2/2022 10:59 CDT | |

Order Details: 400 mg = 2 tab, Oral, Tab, QID - SC for 3 days, PRN pain, First Dose: 8/2/22 11:00:00 AM CDT, Stop Date: 8/5/22 10:59:00 AM CDT, Next Dispense Date: 02-AUG-2022 13:08:46.00

| Action Type: Status Change | Action Date/Time: 8/5/2022 11:01 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: | | |
| Action Type: Modify | Action Date/Time: 8/2/2022 12:08 CDT | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Nursing Protocol | | |
| Action Type: Order | Action Date/Time: 8/2/2022 11:00 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: KOP/SC Change | | |

**Order: lidocaine topical (lidocaine 4% topical cream)**

| Order Date/Time: 8/2/2022 10:59 CDT | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 8/9/2022 10:59 CDT | End-state Reason: |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: |
| Entered By: Pitzlin,Whitney M on 8/2/2022 10:59 CDT | |

Order Details: 1 app, Topical, Form: Cream, TID (AM/NOON/HS) - SC for 7 days, PRN pain, First Dose: 8/2/22 11:00:00 AM CDT, Stop Date: 8/9/22 10:59:00 AM CDT, Next Dispense Date: 02-AUG-2022 13:08:46.00

| Action Type: Status Change | Action Date/Time: 8/9/2022 11:01 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 8/2/2022 11:00 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: KOP/SC Change | | |

_____

---

| Orders |
|---|

| Pharmacy |
|---|

**Order: emollients,topical (Minerin Topical Cream 454 GM Jar)**

Order Date/Time: 7/27/2022 07:44 CDT

| Order Status: Discontinued | Department Status: Discontinued |
|---|---|
| End-state Date/Time: 9/9/2022 08:08 CDT | End-state Reason: System DC - Discontinue Now Selected |
| Ordering Physician: PROGRAM,DC NOW | Consulting Physician: |

Entered By: Jeanpierre,DO,Cheryl A on 7/27/2022 07:44 CDT

Order Details: 1 app, Topical, Form: Cream, Daily - SC for 350 days, PRN dry skin, First Dose: 8/10/22 7:30:00 AM CDT, Stop Date: 09/13/22 23:45 CDT, Next Dispense Date: 09-SEP-2022 09:08:54.00

| Action Type: Discontinue | Action Date/Time: 9/9/2022 08:08 CDT | Electronically Signed By: PROGRAM, DC NOW |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Future Discontinue | Action Date/Time: 9/9/2022 08:08 CDT | Electronically Signed By: Bleecker, Andrea M |
| Communication Type: Verbal with Read Back | | |
| Action Type: Modify | Action Date/Time: 8/2/2022 14:21 CDT | Electronically Signed By: Taplin,Brian J |
| Communication Type: Nursing Protocol | | |
| Action Type: Order | Action Date/Time: 7/27/2022 07:45 CDT | Electronically Signed By: Jeanpierre, DO,Cheryl A |
| Communication Type: Written | | |

---

| Orders |
|:---:|

| Pharmacy |
|:---:|

### Order: **multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)**

Order Date/Time: 6/17/2022 21:57 CDT

| | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 10/7/2022 23:45 CDT | End-state Reason: |
| Ordering Physician: Simmons,APNP,Diana L | Consulting Physician: |

Entered By: Simmons,APNP,Diana L on 6/17/2022 21:57 CDT

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 120 days, PRN other (see comment), First Dose: 6/17/22 9:57:00 PM CDT, Stop Date: 10/7/22 11:45:00 PM CDT, Next Dispense Date: 03-OCT-2022 14:01:28.00

| | | |
|---|---|---|
| Action Type: Status Change | Action Date/Time: 10/7/2022 23:47 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: | | |
| Action Type: Future Discontinue | Action Date/Time: 10/3/2022 13:01 CDT | Electronically Signed By: Dombeck, APNP,Charles J |
| Communication Type: Written | | |
| Action Type: Modify | Action Date/Time: 9/21/2022 11:56 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: KOP/SC Change | | |
| Action Type: Modify | Action Date/Time: 8/2/2022 14:22 CDT | Electronically Signed By: Taplin,Brian J |
| Communication Type: KOP/SC Change | | |
| Action Type: Modify | Action Date/Time: 6/20/2022 07:54 CDT | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 6/17/2022 22:01 CDT | Electronically Signed By: Simmons, APNP,Diana L |
| Communication Type: Written | | |

### Order: **ibuprofen (ibuprofen 200 mg oral tablet #24 Box)**

Order Date/Time: 3/7/2022 12:58 CST

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 3/10/2022 12:57 CST | End-state Reason: |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: |

Entered By: Winkler,Jill on 3/7/2022 12:58 CST

Order Details: 400 mg = 2 tab, Oral, Tab, QID - KOP for 3 days, PRN pain, First Dose: 3/7/22 12:58:00 PM CST, Stop Date: 3/10/22 12:57:00 PM CST, Next Dispense Date: 07-MAR-2022 14:14:16.00

| | | |
|---|---|---|
| Action Type: Status Change | Action Date/Time: 3/10/2022 13:01 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 3/7/2022 12:59 CST | Electronically Signed By: Winkler,Jill |
| Communication Type: Nursing Protocol | | |

---

---

## Orders

### Pharmacy

**Order: COVID-19 Vaccine Evaluation (COVID-19 Booster Dose Vaccine Evaluation (Moderna))**

Order Date/Time: 12/4/2021 22:47 CST

| | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 1/27/2022 10:08 CST | End-state Reason: Patient Refused |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 12/4/2021 22:47 CST

Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 12/4/21 12:00:00 AM CST, Stop Date: 1/27/22 10:08:04 AM CST, Next Dispense Date: 06-DEC-2021 23:47:16.00

| Action Type: Discontinue | Action Date/Time: 1/27/2022 10:08 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 12/4/2021 22:47 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

**Order: cetirizine**

Order Date/Time: 10/18/2021 10:52 CDT

| | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 10/28/2021 11:30 CDT | End-state Reason: System DC - Order Past Stop Date |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: Pitzlin,Whitney M on 10/18/2021 10:52 CDT

Order Details: 10 mg = 1 tab, Oral, Tab, Daily - KOP for 10 days, First Dose: 10/18/21 11:00:00 AM CDT, Stop Date: 10/28/21 11:30:59 AM CDT, Next Dispense Date: 18-OCT-2021 11:57:48.00

| Action Type: Discontinue | Action Date/Time: 10/28/2021 11:30 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 10/18/2021 10:54 CDT | Electronically Signed By: Pitzlin,Whitney M |
| Communication Type: Nursing Protocol | | |

**Order: Influenza Vaccine Evaluation**

Order Date/Time: 10/5/2021 22:01 CDT

| | |
|---|---|
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 10/20/2021 11:24 CDT | End-state Reason: Patient Refused |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 10/5/2021 22:01 CDT

Order Details: 1 EA, Oral, Form: Misc, Daily - KOP for 120 days, First Dose: 10/5/21 10:01:34 PM CDT, Stop Date: 10/20/21 11:24:05 AM CDT, Next Dispense Date: 06-OCT-2021 23:01:34.00

| Action Type: Discontinue | Action Date/Time: 10/20/2021 11:24 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 10/5/2021 22:01 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

---

_____

| Orders |
|---|

| Pharmacy |
|---|

**Order: emollients,topical (Minerin Topical Cream 454 GM Jar)**

Order Date/Time: 8/25/2021 14:57 CDT

| Order Status: Discontinued | Department Status: Discontinued |
|---|---|
| End-state Date/Time: 8/10/2022 07:30 CDT | End-state Reason: System DC - Order Past Stop Date |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: Moore,APNP,Mary A on 8/25/2021 14:57 CDT

Order Details: 1 app, Topical, Form: Cream, Daily - SC for 350 days, PRN dry skin, First Dose: 8/25/21 2:57:00 PM CDT, Stop Date: 8/10/22 7:30:48 AM CDT, Next Dispense Date: 25-AUG-2021 16:00:09.00

| Action Type: Discontinue | Action Date/Time: 8/10/2022 07:30 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Modify | Action Date/Time: 8/2/2022 14:21 CDT | Electronically Signed By: Taplin,Brian J |
| Communication Type: KOP/SC Change | | |
| Action Type: Modify | Action Date/Time: 8/25/2021 15:00 CDT | Electronically Signed By: Tuten,RPh, John J |
| Communication Type: Written | | |
| Action Type: Order | Action Date/Time: 8/25/2021 14:58 CDT | Electronically Signed By: Moore,APNP, Mary A |
| Communication Type: Written | | |

**Order: SARS-CoV-2 (COVID-19) mRNA-1273 vaccine (COVID-19 Vaccine (Moderna) (2nd Dose))**

Order Date/Time: 5/27/2021 08:15 CDT

| Order Status: Completed | Department Status: Completed |
|---|---|
| End-state Date/Time: 5/27/2021 08:17 CDT | End-state Reason: |
| Ordering Physician: LaVoie,MD,Daniel L | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 5/27/2021 08:15 CDT

Order Details: 0.5 mL, Intramuscular, Form: Susp-Inj, Vaccine for 180 days, First Dose: 5/27/21 12:00:00 AM CDT, Stop Date: 5/27/21 8:17:57 AM CDT, Next Dispense Date: 27-MAY-2021 09:15:52.00

| Action Type: Complete | Action Date/Time: 5/27/2021 08:17 CDT | Electronically Signed By: Haseleu, Ashley M |
|---|---|---|
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 5/27/2021 08:15 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

_____

---

| *Orders* |
| :---: |

| *Pharmacy* |
| :---: |

### Order: **COVID-19 Vaccine Evaluation (COVID-19 2nd Dose Vaccine Evaluation (Moderna))**

Order Date/Time: 4/28/2021 11:07 CDT

| | |
| --- | --- |
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 5/27/2021 08:15 CDT | End-state Reason: System Cancel |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 4/28/2021 11:07 CDT

Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 5/26/21 12:00:00 AM CDT, Stop Date: 5/27/21 8:15:51 AM CDT, Next Dispense Date: 21-MAY-2021 00:00:00.00

| Action Type: Discontinue | Action Date/Time: 5/27/2021 08:15 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 4/28/2021 11:07 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

### Order: **SARS-CoV-2 (COVID-19) mRNA-1273 vaccine (COVID-19 Vaccine (Moderna) (1st Dose))**

Order Date/Time: 4/28/2021 11:07 CDT

| | |
| --- | --- |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 4/28/2021 11:07 CDT | End-state Reason: |
| Ordering Physician: LaVoie,MD,Daniel L | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 4/28/2021 11:07 CDT

Order Details: 0.5 mL, Intramuscular, Form: Susp-Inj, Vaccine for 180 days, First Dose: 4/28/21 11:07:06 AM CDT, Stop Date: 4/28/21 11:07:41 AM CDT, Next Dispense Date: 28-APR-2021 12:07:07.00

| Action Type: Complete | Action Date/Time: 4/28/2021 11:07 CDT | Electronically Signed By: Haseleu, Ashley M |
| --- | --- | --- |
| Communication Type: | | |
| Action Type: Order | Action Date/Time: 4/28/2021 11:07 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

### Order: **COVID-19 Vaccine Evaluation**

Order Date/Time: 2/16/2021 16:53 CST

| | |
| --- | --- |
| Order Status: Discontinued | Department Status: Discontinued |
| End-state Date/Time: 4/28/2021 11:07 CDT | End-state Reason: System Cancel |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 2/16/2021 16:53 CST

Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 2/16/21 4:53:32 PM CST, Stop Date: 4/28/21 11:07:06 AM CDT, Next Dispense Date: 16-FEB-2021 17:53:32.00

| Action Type: Discontinue | Action Date/Time: 4/28/2021 11:07 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| --- | --- | --- |
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 2/16/2021 16:53 CST | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

---

---

## Orders

### Pharmacy

**Order: Influenza Vaccine Evaluation**

Order Date/Time: 9/22/2020 11:56 CDT

| Order Status: Discontinued | Department Status: Discontinued |
|---|---|
| End-state Date/Time: 9/23/2020 09:45 CDT | End-state Reason: System Cancel |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |

Entered By: SYSTEM,SYSTEM Cerner on 9/22/2020 11:56 CDT

Order Details: 1 EA, Oral, Form: Misc, Daily - KOP for 90 days, First Dose: 9/22/20 11:56:45 AM CDT, Stop Date: 9/23/20 9:45:44 AM CDT, Next Dispense Date: 22-SEP-2020 12:56:45.00

| Action Type: Discontinue | Action Date/Time: 9/23/2020 09:45 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
|---|---|---|
| Communication Type: Discern Expert | | |
| Action Type: Order | Action Date/Time: 9/22/2020 11:56 CDT | Electronically Signed By: SYSTEM, SYSTEM Cerner |
| Communication Type: Discern Expert | | |

### Orders - Medications

#### Inpatient

**Order: multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)**

Order Date/Time: 2/8/2024 15:00 CST

| Order Status: Ordered | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|
| End-state Date/Time: 2/6/2025 07:29 CST | End-state Reason: | |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: | |

Entered By: English,DO,Sara M.on 2/8/2024 15:00 CST

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, PRN other (see comment), First Dose: 2/22/24 7:30:00 AM CST, Stop Date: 2/6/25 7:29:00 AM CST, 21, Next Dispense Date: 15-FEB-2027 09:00:00.00

Order Comment:

**Order: ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)**

Order Date/Time: 1/3/2024 14:09 CST

| Order Status: Ordered | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|
| End-state Date/Time: 1/1/2025 07:29 CST | End-state Reason: | |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: | |

Entered By: English,DO,Sara M.on 1/3/2024 14:09 CST

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, First Dose: 1/17/24 7:30:00 AM CST, Stop Date: 1/1/25 7:29:00 AM CST, Next Dispense Date: 19-FEB-2027 09:00:00.00

Order Comment: For use with scleral lenses

_____

| Orders - Medications |
| --- |

| Inpatient |
| --- |

**Order: COVID-19 Vaccine Evaluation (COVID-19 Vaccine 2023-2024 First Monovalent Dose Eval)**

| Order Date/Time: 12/1/2023 13:36 CST | | |
| --- | --- | --- |
| Order Status: Ordered | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 5/29/2024 14:36 CDT | End-state Reason: | |
| Ordering Physician: LaVoie,MD,Daniel L | Consulting Physician: | |
| Entered By: SYSTEM,SYSTEM Cerner on 12/1/2023 13:36 CST | | |
| Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 12/1/23 1:36:47 PM CST, Stop Date: 5/29/24 2:36:47 PM CDT, Next Dispense Date: 01-DEC-2023 14:36:48.00 | | |
| Order Comment: | | |

**Order: guaiFENesin (guaiFENesin 600 mg oral tablet,extended release)**

| Order Date/Time: 11/24/2023 11:06 CST | | |
| --- | --- | --- |
| Order Status: Completed | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 11/29/2023 11:05 CST | End-state Reason: | |
| Ordering Physician: English,DO,Sara M. | Consulting Physician: | |
| Entered By: Hosfelt,RN,Jessica A on 11/24/2023 11:06 CST | | |
| Order Details: 1,200 mg = 2 tab, Oral, Tab-ER, BID (AM/HS) - KOP for 5 days, PRN cough and congestion, First Dose: 11/24/23 11:06:00 AM CST, Stop Date: 11/29/23 11:05:00 AM CST, Next Dispense Date: 24-NOV-2023 12:10:40.00 | | |
| Order Comment: | | |

**Order: COVID-19 Vaccine Evaluation (COVID-19 Vaccine 2023-2024 Initial Consult Eval)**

| Order Date/Time: 11/19/2023 17:26 CST | | |
| --- | --- | --- |
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 12/1/2023 13:36 CST | End-state Reason: System Cancel | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: SYSTEM,SYSTEM Cerner on 11/19/2023 17:26 CST | | |
| Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 11/19/23 12:00:00 AM CST, Stop Date: 12/1/23 1:36:48 PM CST, Next Dispense Date: 20-NOV-2023 18:26:12.00 | | |
| Order Comment: Immunocompetent; one or more previous doses; 60 days past; no 2023-2024 monovalent dose | | |

**Order: tetanus-diphth toxoids (Td) adult/adol (Tenivac (Td))**

| Order Date/Time: 10/28/2023 15:23 CDT | | |
| --- | --- | --- |
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 11/16/2023 08:31 CST | End-state Reason: System DC - Order Past Stop Date | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: Kuffenkam,MD,Kerry L on 10/28/2023 15:23 CDT | | |
| Order Details: 0.5 mL, Intramuscular, Form: Susp-Inj, Vaccine, First Dose: 11/9/23 8:00:00 AM CST, Stop Date: 11/16/23 8:31:00 AM CST, Next Dispense Date: 04-NOV-2023 08:00:00.00 | | |
| Order Comment: | | |

_____

_____

| Orders - Medications |
|---|

| Inpatient |
|---|

**Order: ocular lubricant (Artificial Tears ophthalmic solution Range Dose)**

Order Date/Time: 10/8/2023 14:41 CDT

| Order Status: Ordered | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|

| End-state Date/Time: 4/18/2024 07:29 CDT | End-state Reason: |
|---|---|

| Ordering Physician: Kuffenkam,MD,Kerry L | Consulting Physician: |
|---|---|

Entered By: Kuffenkam,MD,Kerry L on 10/8/2023 14:41 CDT

Order Details: 1 to 2 Drops, Eye-Both, QID - KOP for 180 days, PRN dry eyes, First Dose: 10/21/23 7:30:00 AM CDT, Stop Date: 4/18/24 7:29:00 AM CDT, Form: Soln-Ophth, Next Dispense Date: 16-OCT-2023 07:30:00.00

Order Comment:

**Order: Influenza Vaccine Evaluation**

Order Date/Time: 9/25/2023 10:24 CDT

| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|

| End-state Date/Time: 12/14/2023 07:23 CST | End-state Reason: Patient Refused |
|---|---|

| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
|---|---|

Entered By: SYSTEM,SYSTEM Cerner on 9/25/2023 10:24 CDT

Order Details: 1 EA, Oral, Form: Misc, Daily - KOP for 120 days, First Dose: 9/25/23 10:24:37 AM CDT, Stop Date: 12/14/23 7:23:31 AM CST, Next Dispense Date: 25-SEP-2023 11:24:37.00

Order Comment: This order was created for the Influenza Vaccine Evaluation. Patient or legal guardian refused vaccination.

**Order: ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)**

Order Date/Time: 7/14/2023 18:07 CDT

| Order Status: Ordered | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|

| End-state Date/Time: 7/1/2024 07:29 CDT | End-state Reason: |
|---|---|

| Ordering Physician: Kuffenkam,MD,Kerry L | Consulting Physician: |
|---|---|

Entered By: Kuffenkam,MD,Kerry L on 7/14/2023 18:07 CDT

Order Details: 1 drops, Eye-Both, Form: Soln-Ophth, BID (AM/HS) - KOP for 350 days, PRN itchy eyes, First Dose: 7/17/23 8:00:00 PM CDT, Stop Date: 7/1/24 7:29:00 AM CDT, Next Dispense Date: 16-AUG-2023 12:25:10.00

Order Comment:

**Order: ocular lubricant (Artificial Tears ophthalmic solution Range Dose)**

Order Date/Time: 4/24/2023 07:09 CDT

| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|

| End-state Date/Time: 10/21/2023 07:30 CDT | End-state Reason: System DC - Order Past Stop Date |
|---|---|

| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
|---|---|

Entered By: Dombeck,APNP,Charles J on 4/24/2023 07:09 CDT

Order Details: 1 to 2 Drops, Eye-Both, QID - KOP for 180 days, PRN dry eyes, First Dose: 4/24/23 7:09:00 AM CDT, Stop Date: 10/21/23 7:30:11 AM CDT, Form: Soln-Ophth, Next Dispense Date: 16-AUG-2023 12:25:11.00

Order Comment:

_____

_____

| Orders - Medications |
|---|

| Inpatient |
|---|

**Order: multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)**

| Order Date/Time: 3/6/2023 15:04 CST | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 2/22/2024 07:31 CST | End-state Reason: System DC - Order Past Stop Date | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: South,OD,Bethany A on 3/6/2023 15:04 CST | | |
| Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, PRN other (see comment), First Dose: 3/9/23 7:30:00 AM CST, Stop Date: 2/22/24 7:31:10 AM CST, 21, Next Dispense Date: 02/23/24 | | |
| Order Comment: | | |

**Order: ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)**

| Order Date/Time: 2/1/2023 08:55 CST | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 1/17/2024 07:31 CST | End-state Reason: System DC - Order Past Stop Date | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: Dombeck,APNP,Charles J on 2/1/2023 08:55 CST | | |
| Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, First Dose: 2/1/23 8:55:00 AM CST, Stop Date: 1/17/24 7:31:28 AM CST, Next Dispense Date: 08-JAN-2027 09:00:00.00 | | |
| Order Comment: For use with scleral lenses | | |

**Order: ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)**

| Order Date/Time: 2/1/2023 08:54 CST | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 2/1/2023 08:55 CST | End-state Reason: | |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: | |
| Entered By: Dombeck,APNP,Charles J on 2/1/2023 08:54 CST | | |
| Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, First Dose: 2/4/23 7:30:00 AM CST, Stop Date: 2/1/23 8:55:52 AM CST, Next Dispense Date: 01-FEB-2023 09:55:20.00 | | |
| Order Comment: For use with scleral lenses | | |

**Order: ocular lubricant (Contact Lens Cleaner for Rigid Gas Permeable Lenses)**

| Order Date/Time: 1/27/2023 07:25 CST | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 2/1/2023 09:30 CST | End-state Reason: | |
| Ordering Physician: Simmons,APNP,Diana L | Consulting Physician: | |
| Entered By: Simmons,APNP,Diana L on 1/27/2023 07:25 CST | | |
| Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 350 days, First Dose: 1/27/23 7:25:00 AM CST, Stop Date: 2/1/23 9:30:43 AM CST, Next Dispense Date: 27-JAN-2023 08:33:31.00 | | |
| Order Comment: DISPENSE ONE BOTTLE PER MONTH CONTACT CLEANSING SOLUTION - RINSE OFF THROUGHLY WITH CONTACT SALINE SOLUTION BEFORE RE-INSERTING LENSES AFTER USE | | |

_____

_____

| Orders - Medications |
|:--:|

| Inpatient |
|:--:|

**Order: COVID-19 Vaccine Evaluation (COVID-19 Bivalent Booster Dose Eval)**

| Order Date/Time: 1/18/2023 14:45 CST | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 1/26/2023 13:35 CST | End-state Reason: Patient Refused | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: SYSTEM,SYSTEM Cerner on 1/18/2023 14:45 CST | | |
| Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 1/18/23 12:00:00 AM CST, Stop Date: 1/26/23 1:35:02 PM CST, Next Dispense Date: 18-JAN-2023 15:45:09.00 | | |
| Order Comment: Patient Refused Either Patient or Legal Guardian of the Patient Refused Vaccination | | |

**Order: acetaminophen (acetaminophen 325 mg oral tablet #24 Box)**

| Order Date/Time: 1/13/2023 08:19 CST | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 1/16/2023 08:30 CST | End-state Reason: System DC - Order Past Stop Date | |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: | |
| Entered By: Hiland,Jenna J on 1/13/2023 08:19 CST | | |
| Order Details: 650 mg = 2 tab, Oral, Tab, QID - KOP for 3 days, PRN pain, First Dose: 1/13/23 8:19:00 AM CST, Stop Date: 1/16/23 8:30:53 AM CST, Next Dispense Date: 13-JAN-2023 09:22:42.00 | | |
| Order Comment: | | |

**Order: tetanus-diphth toxoids (Td) adult/adol (Tenivac (Td))**

| Order Date/Time: 1/13/2023 08:12 CST | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 11/9/2023 08:30 CST | End-state Reason: System DC - Order Past Stop Date | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: Hiland,Jenna J on 1/13/2023 08:12 CST | | |
| Order Details: 0.5 mL, Intramuscular, Form: Susp-Inj, Vaccine, First Dose: 1/13/23 9:00:00 AM CST, Stop Date: 11/9/23 8:30:24 AM CST, Next Dispense Date: 13-JAN-2023 09:13:12.00 | | |
| Order Comment: | | |

**Order: ocular lubricant (Artificial Tears ophthalmic solution Range Dose)**

| Order Date/Time: 11/4/2022 08:49 CDT | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 4/24/2023 07:56 CDT | End-state Reason: | |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: | |
| Entered By: Dombeck,APNP,Charles J on 11/4/2022 08:49 CDT | | |
| Order Details: 1 to 2 Drops, Eye-Both, QID - SC for 180 days, PRN dry eyes, First Dose: 11/9/22 7:30:00 AM CST, Stop Date: 4/24/23 7:56:04 AM CDT, Form: Soln-Ophth, Next Dispense Date: 24-APR-2023 08:10:17.00 | | |
| Order Comment: | | |

_____

_____

| *Orders - Medications* |
| :---: |

| *Inpatient* |
| :---: |

| Order: **ocular lubricant (Artificial Tears ophthalmic solution Range Dose)** |
| :--- |

| Order Date/Time: 10/18/2022 17:42 CDT | | |
| :--- | :--- | :--- |
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 11/8/2022 23:45 CST | End-state Reason: | |
| Ordering Physician: Ledesma,Mark C | Consulting Physician: | |
| Entered By: Ledesma,Mark C on 10/18/2022 17:42 CDT | | |
| Order Details: 1 to 2 Drops, Eye-Both, QID - KOP for 30 days, PRN dry eyes, First Dose: 10/18/22 5:42:00 PM CDT, Stop Date: 11/8/22 11:45:00 PM CST, Form: Soln-Ophth, Next Dispense Date: 04-NOV-2022 09:49:42.00 | | |
| Order Comment: | | |

| Order: **ocular lubricant (Lubricating Plus Preservative Free Unit Dose)** |
| :--- |

| Order Date/Time: 10/13/2022 18:12 CDT | | |
| :--- | :--- | :--- |
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 10/18/2022 17:42 CDT | End-state Reason: System DC - Discontinue Now Selected | |
| Ordering Physician: PROGRAM,DC NOW | Consulting Physician: | |
| Entered By: Pitzlin,Whitney M on 10/13/2022 18:12 CDT | | |
| Order Details: 2 drops, Eye-Both, Form: Soln-Ophth, QID - KOP for 30 days, PRN dry eyes, First Dose: 10/13/22 6:12:00 PM CDT, Stop Date: 10/18/22 5:42:35 PM CDT, 30, Next Dispense Date: 19-OCT-2022 18:42:35.00 | | |
| Order Comment: | | |

| Order: **ocular lubricant (Artificial Tears ophthalmic solution)** |
| :--- |

| Order Date/Time: 10/13/2022 17:38 CDT | | |
| :--- | :--- | :--- |
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 10/13/2022 17:50 CDT | End-state Reason: | |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: | |
| Entered By: Pitzlin,Whitney M on 10/13/2022 17:38 CDT | | |
| Order Details: 2 drops, Eye-Both, Form: Soln-Ophth, QID - KOP for 3 days, PRN dry eyes, First Dose: 10/13/22 5:38:00 PM CDT, Stop Date: 10/13/22 5:50:00 PM CDT, Next Dispense Date: 14-OCT-2022 18:38:38.00 | | |
| Order Comment: | | |

| Order: **ibuprofen (ibuprofen 200 mg oral tablet #24 Box)** |
| :--- |

| Order Date/Time: 10/13/2022 17:35 CDT | | |
| :--- | :--- | :--- |
| Order Status: Completed | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 10/16/2022 17:34 CDT | End-state Reason: | |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: | |
| Entered By: Pitzlin,Whitney M on 10/13/2022 17:35 CDT | | |
| Order Details: 400 mg = 2 tab, Oral, Tab, QID - KOP for 3 days, PRN pain, First Dose: 10/13/22 5:35:00 PM CDT, Stop Date: 10/16/22 5:34:00 PM CDT, Next Dispense Date: 10/14/24 | | |
| Order Comment: | | |

_____

_____

| *Orders - Medications* |
|---|

| *Inpatient* |
|---|

| Order: **multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)** |
|---|

Order Date/Time: 10/3/2022 13:01 CDT

| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|
| End-state Date/Time: 3/6/2023 15:04 CST | End-state Reason: System DC - Discontinue Now Selected | |
| Ordering Physician: PROGRAM,DC NOW | Consulting Physician: | |
| Entered By: Dombeck,APNP,Charles J on 10/3/2022 13:01 CDT | | |

Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - SC for 180 days, PRN other (see comment), First Dose: 10/8/22 7:30:00 AM CDT, Stop Date: 3/6/23 3:04:44 PM CST, Next Dispense Date: 06-MAR-2023 16:04:44.00

Order Comment: SUPPLY PATIENT WITH CONTACT LENSE SOLUTION FOR CLEANSING AND STORAGE PATIENT ALREADY GIVEN COTACT LENSE CASE HOLDER AND APPLICATION / REMOVAL SUCTION CUP WHILE IN CLINIC

| Order: **Influenza Vaccine Evaluation** |
|---|

Order Date/Time: 9/21/2022 11:59 CDT

| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|
| End-state Date/Time: 11/16/2022 13:13 CST | End-state Reason: Patient Refused | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: SYSTEM,SYSTEM Cerner on 9/21/2022 11:59 CDT | | |

Order Details: 1 EA, Oral, Form: Misc, Daily - KOP for 120 days, First Dose: 9/21/22 11:59:01 AM CDT, Stop Date: 11/16/22 1:13:23 PM CST, Next Dispense Date: 21-SEP-2022 12:59:01.00

Order Comment: This order was created for the Influenza Vaccine Evaluation. Patient or legal guardian refused vaccination.

| Order: **ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)** |
|---|

Order Date/Time: 8/24/2022 07:25 CDT

| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|
| End-state Date/Time: 10/24/2022 12:38 CDT | End-state Reason: System DC - Discontinue Now Selected | |
| Ordering Physician: PROGRAM,DC NOW | Consulting Physician: | |
| Entered By: Dombeck,APNP,Charles J on 8/24/2022 07:25 CDT | | |

Order Details: 1 drops, Eye-Both, Form: Soln-Ophth, QID - SC for 30 days, First Dose: 10/13/22 7:30:00 AM CDT, Stop Date: 10/28/22 23:45 CDT, Next Dispense Date: 29-OCT-2022 09:00:00.00

Order Comment:

| Order: **prednisoLONE ophthalmic (prednisoLONE acetate 1% ophthalmic suspension)** |
|---|

Order Date/Time: 8/24/2022 07:25 CDT

| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|
| End-state Date/Time: 11/4/2022 23:45 CDT | End-state Reason: Allowed to expire | |
| Ordering Physician: Dombeck,APNP,Charles J | Consulting Physician: | |
| Entered By: Dombeck,APNP,Charles J on 8/24/2022 07:25 CDT | | |

Order Details: 1 drops, Eye-Both, Form: Susp-Ophth, QID - KOP for 30 days, First Dose: 10/13/22 7:30:00 AM CDT, Stop Date: 11/04/22 23:45 CDT, Next Dispense Date: 31-OCT-2022 08:04:30.00

Order Comment:

_____

---

### Orders - Medications

---

#### Inpatient

---

**Order: ofloxacin ophthalmic (ofloxacin 0.3% ophthalmic solution)**

| | | |
|---|---|---|
| Order Date/Time: 8/24/2022 07:25 CDT | | |
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 10/24/2022 12:38 CDT | End-state Reason: System DC - Discontinue Now Selected | |
| Ordering Physician: PROGRAM,DC NOW | Consulting Physician: | |
| Entered By: Dombeck,APNP,Charles J on 8/24/2022 07:25 CDT | | |
| Order Details: 1 drops, Eye-Both, Form: Soln-Ophth, QID - KOP for 30 days, First Dose: 10/13/22 7:30:00 AM CDT, Stop Date: 10/28/22 23:45 CDT, Next Dispense Date: 24-OCT-2022 13:38:59.00 | | |
| Order Comment: | | |

**Order: ibuprofen (ibuprofen 600 mg oral tablet)**

| | | |
|---|---|---|
| Order Date/Time: 8/24/2022 07:22 CDT | | |
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 10/13/2022 07:30 CDT | End-state Reason: System DC - Order Past Stop Date | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: Dombeck,APNP,Charles J on 8/24/2022 07:22 CDT | | |
| Order Details: 600 mg = 1 tab, Oral, Form: Tab, BID (AM/PM) - KOP for 2 days, First Dose: 10/11/22 7:30:00 AM CDT, Stop Date: 10/13/22 7:30:23 AM CDT, 2, Next Dispense Date: 06-OCT-2025 09:00:00.00 | | |
| Order Comment: Take SCHEDULED twice daily 10/11/2022 and 10/12/2022 per ophthalmology | | |

**Order: acetaminophen (acetaminophen 325 mg oral tablet for RHU/CLS/LHS)**

| | | |
|---|---|---|
| Order Date/Time: 8/2/2022 10:59 CDT | | |
| Order Status: Completed | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 8/5/2022 10:59 CDT | End-state Reason: | |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: | |
| Entered By: Pitzlin,Whitney M on 8/2/2022 10:59 CDT | | |
| Order Details: 650 mg = 2 tab, Oral, Tab, QID - SC for 3 days, PRN pain, First Dose: 8/2/22 11:00:00 AM CDT, Stop Date: 8/5/22 10:59:00 AM CDT, Next Dispense Date: 02-AUG-2022 13:08:45.00 | | |
| Order Comment: | | |

**Order: ibuprofen (Ibuprofen 200 mg oral tablet for RHU/CLS/LHS)**

| | | |
|---|---|---|
| Order Date/Time: 8/2/2022 10:59 CDT | | |
| Order Status: Completed | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 8/5/2022 10:59 CDT | End-state Reason: | |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: | |
| Entered By: Pitzlin,Whitney M on 8/2/2022 10:59 CDT | | |
| Order Details: 400 mg = 2 tab, Oral, Tab, QID - SC for 3 days, PRN pain, First Dose: 8/2/22 11:00:00 AM CDT, Stop Date: 8/5/22 10:59:00 AM CDT, Next Dispense Date: 02-AUG-2022 13:08:46.00 | | |
| Order Comment: | | |

---

_____

| Orders - Medications |
|---|

| Inpatient |
|---|

| Order: **lidocaine topical (lidocaine 4% topical cream)** |
|---|

| Order Date/Time: 8/2/2022 10:59 CDT | | |
|---|---|---|
| Order Status: Completed | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 8/9/2022 10:59 CDT | End-state Reason: | |
| Ordering Physician: Jeanpierre,DO,Cheryl A | Consulting Physician: | |
| Entered By: Pitzlin,Whitney M on 8/2/2022 10:59 CDT | | |
| Order Details: 1 app, Topical, Form: Cream, TID (AM/NOON/HS) - SC for 7 days, PRN pain, First Dose: 8/2/22 11:00:00 AM CDT, Stop Date: 8/9/22 10:59:00 AM CDT, Next Dispense Date: 02-AUG-2022 13:08:46.00 | | |
| Order Comment: | | |

| Order: **emollients,topical (Minerin Topical Cream 454 GM Jar)** |
|---|

| Order Date/Time: 7/27/2022 07:44 CDT | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 9/9/2022 08:08 CDT | End-state Reason: System DC - Discontinue Now Selected | |
| Ordering Physician: PROGRAM,DC NOW | Consulting Physician: | |
| Entered By: Jeanpierre,DO,Cheryl A on 7/27/2022 07:44 CDT | | |
| Order Details: 1 app, Topical, Form: Cream, Daily - SC for 350 days, PRN dry skin, First Dose: 8/10/22 7:30:00 AM CDT, Stop Date: 09/13/22 23:45 CDT, Next Dispense Date: 09-SEP-2022 09:08:54.00 | | |
| Order Comment: | | |

| Order: **multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)** |
|---|

| Order Date/Time: 6/17/2022 21:57 CDT | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 10/7/2022 23:45 CDT | End-state Reason: | |
| Ordering Physician: Simmons,APNP,Diana L | Consulting Physician: | |
| Entered By: Simmons,APNP,Diana L on 6/17/2022 21:57 CDT | | |
| Order Details: 1 bottles, Eye-Both, Form: Soln-Ophth, Daily - KOP for 120 days, PRN other (see comment), First Dose: 6/17/22 9:57:00 PM CDT, Stop Date: 10/7/22 11:45:00 PM CDT, Next Dispense Date: 03-OCT-2022 14:01:28.00 | | |
| Order Comment: SUPPLY PATIENT WITH CONTACT LENSE SOLUTION FOR CLEANSING AND STORAGE PATIENT ALREADY GIVEN COTACT LENSE CASE HOLDER AND APPLICATION / REMOVAL SUCTION CUP WHILE IN CLINIC | | |

| Order: **ibuprofen (ibuprofen 200 mg oral tablet #24 Box)** |
|---|

| Order Date/Time: 3/7/2022 12:58 CST | | |
|---|---|---|
| Order Status: Completed | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 3/10/2022 12:57 CST | End-state Reason: | |
| Ordering Physician: Moore,APNP,Mary A | Consulting Physician: | |
| Entered By: Winkler,Jill on 3/7/2022 12:58 CST | | |
| Order Details: 400 mg = 2 tab, Oral, Tab, QID - KOP for 3 days, PRN pain, First Dose: 3/7/22 12:58:00 PM CST, Stop Date: 3/10/22 12:57:00 PM CST, Next Dispense Date: 07-MAR-2022 14:14:16.00 | | |
| Order Comment: | | |

_____

---

| *Orders - Medications* |
|---|

| *Inpatient* |
|---|

**Order: COVID-19 Vaccine Evaluation (COVID-19 Booster Dose Vaccine Evaluation (Moderna))**

| Order Date/Time: 12/4/2021 22:47 CST | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 1/27/2022 10:08 CST | End-state Reason: Patient Refused | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: SYSTEM,SYSTEM Cerner on 12/4/2021 22:47 CST | | |
| Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 12/4/21 12:00:00 AM CST, Stop Date: 1/27/22 10:08:04 AM CST, Next Dispense Date: 06-DEC-2021 23:47:16.00 | | |
| Order Comment: Patient Refused Either Patient or Legal Guardian of the Patient Refused Vaccination | | |

**Order: cetirizine**

| Order Date/Time: 10/18/2021 10:52 CDT | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 10/28/2021 11:30 CDT | End-state Reason: System DC - Order Past Stop Date | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: Pitzlin,Whitney M on 10/18/2021 10:52 CDT | | |
| Order Details: 10 mg = 1 tab, Oral, Tab, Daily - KOP for 10 days, First Dose: 10/18/21 11:00:00 AM CDT, Stop Date: 10/28/21 11:30:59 AM CDT, Next Dispense Date: 18-OCT-2021 11:57:48.00 | | |
| Order Comment: | | |

**Order: Influenza Vaccine Evaluation**

| Order Date/Time: 10/5/2021 22:01 CDT | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 10/20/2021 11:24 CDT | End-state Reason: Patient Refused | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: SYSTEM,SYSTEM Cerner on 10/5/2021 22:01 CDT | | |
| Order Details: 1 EA, Oral, Form: Misc, Daily - KOP for 120 days, First Dose: 10/5/21 10:01:34 PM CDT, Stop Date: 10/20/21 11:24:05 AM CDT, Next Dispense Date: 06-OCT-2021 23:01:34.00 | | |
| Order Comment: This order was created for the Influenza Vaccine Evaluation. Patient or legal guardian refused vaccination. | | |

**Order: emollients,topical (Minerin Topical Cream 454 GM Jar)**

| Order Date/Time: 8/25/2021 14:57 CDT | | |
|---|---|---|
| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
| End-state Date/Time: 8/10/2022 07:30 CDT | End-state Reason: System DC - Order Past Stop Date | |
| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: | |
| Entered By: Moore,APNP,Mary A on 8/25/2021 14:57 CDT | | |
| Order Details: 1 app, Topical, Form: Cream, Daily - SC for 350 days, PRN dry skin, First Dose: 8/25/21 2:57:00 PM CDT, Stop Date: 8/10/22 7:30:48 AM CDT, Next Dispense Date: 25-AUG-2021 16:00:09.00 | | |
| Order Comment: | | |

---

---

| Orders - Medications |
|:---:|

| Inpatient |
|:---:|

**Order: SARS-CoV-2 (COVID-19) mRNA-1273 vaccine (COVID-19 Vaccine (Moderna) (2nd Dose))**

Order Date/Time: 5/27/2021 08:15 CDT

| Order Status: Completed | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|

| End-state Date/Time: 5/27/2021 08:17 CDT | End-state Reason: |
|---|---|

| Ordering Physician: LaVoie,MD,Daniel L | Consulting Physician: |
|---|---|

Entered By: SYSTEM,SYSTEM Cerner on 5/27/2021 08:15 CDT

Order Details: 0.5 mL, Intramuscular, Form: Susp-Inj, Vaccine for 180 days, First Dose: 5/27/21 12:00:00 AM CDT, Stop Date: 5/27/21 8:17:57 AM CDT, Next Dispense Date: 27-MAY-2021 09:15:52.00

Order Comment: Dose 2 of 2

**Order: COVID-19 Vaccine Evaluation (COVID-19 2nd Dose Vaccine Evaluation (Moderna))**

Order Date/Time: 4/28/2021 11:07 CDT

| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|

| End-state Date/Time: 5/27/2021 08:15 CDT | End-state Reason: System Cancel |
|---|---|

| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
|---|---|

Entered By: SYSTEM,SYSTEM Cerner on 4/28/2021 11:07 CDT

Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 5/26/21 12:00:00 AM CDT, Stop Date: 5/27/21 8:15:51 AM CDT, Next Dispense Date: 21-MAY-2021 00:00:00.00

Order Comment: Order Placed for Second dose of Moderna Vaccine.

**Order: SARS-CoV-2 (COVID-19) mRNA-1273 vaccine (COVID-19 Vaccine (Moderna) (1st Dose))**

Order Date/Time: 4/28/2021 11:07 CDT

| Order Status: Completed | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|

| End-state Date/Time: 4/28/2021 11:07 CDT | End-state Reason: |
|---|---|

| Ordering Physician: LaVoie,MD,Daniel L | Consulting Physician: |
|---|---|

Entered By: SYSTEM,SYSTEM Cerner on 4/28/2021 11:07 CDT

Order Details: 0.5 mL, Intramuscular, Form: Susp-Inj, Vaccine for 180 days, First Dose: 4/28/21 11:07:06 AM CDT, Stop Date: 4/28/21 11:07:41 AM CDT, Next Dispense Date: 28-APR-2021 12:07:07.00

Order Comment: Dose 1 of 2

**Order: COVID-19 Vaccine Evaluation**

Order Date/Time: 2/16/2021 16:53 CST

| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|

| End-state Date/Time: 4/28/2021 11:07 CDT | End-state Reason: System Cancel |
|---|---|

| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
|---|---|

Entered By: SYSTEM,SYSTEM Cerner on 2/16/2021 16:53 CST

Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 2/16/21 4:53:32 PM CST, Stop Date: 4/28/21 11:07:06 AM CDT, Next Dispense Date: 16-FEB-2021 17:53:32.00

Order Comment: Order Placed for First dose of Moderna Vaccine

---

_____

| Orders - Medications |
|---|

| Inpatient |
|---|

**Order: Influenza Vaccine Evaluation**

Order Date/Time: 9/22/2020 11:56 CDT

| Order Status: Discontinued | Clinical Category: Medications | Medication Type: Inpatient |
|---|---|---|

| End-state Date/Time: 9/23/2020 09:45 CDT | End-state Reason: System Cancel |
|---|---|

| Ordering Physician: SYSTEM,SYSTEM Cerner | Consulting Physician: |
|---|---|

Entered By: SYSTEM,SYSTEM Cerner on 9/22/2020 11:56 CDT

Order Details: 1 EA, Oral, Form: Misc, Daily - KOP for 90 days, First Dose: 9/22/20 11:56:45 AM CDT, Stop Date: 9/23/20 9:45:44 AM CDT, Next Dispense Date: 22-SEP-2020 12:56:45.00

Order Comment: This order was created for the Influenza Vaccine Evaluation.

_____

_____

| *Consultations* |
|---|

Document Type:                          Referral Information
Service Date/Time:                      2/12/2024 10:22 CST
Result Status:                          Auth (Verified)
Document Subject:                       Referral Information
Sign Information:                       Bassuener,LPN,Haley R (2/12/2024 10:22 CST)

**Referral Information Entered On:  2/12/2024 10:24 CST**
**Performed On:  2/12/2024 10:22 CST by Bassuener, LPN, Haley R**

**Offsite Referral Information**
*Referral Specialty: :*  UW Ophthalmology
*Additional Referral Information: :*   Message left with clinic for Mandy surgery scheudler to call back and coordinate surgery date.

Bassuener, LPN, Haley R - 2/12/2024 10:22 CST

_____

Document Type:                          Referral Information
Service Date/Time:                      2/7/2024 08:06 CST
Result Status:                          Auth (Verified)
Document Subject:                       Referral Information
Sign Information:                       Bassuener,LPN,Haley R (2/7/2024 08:06 CST)

**Referral Information Entered On:  2/7/2024 8:07 CST**
**Performed On:  2/7/2024 8:06 CST by Bassuener, LPN, Haley R**

**Offsite Referral Information**
*Referral Specialty: :*  UW Ophthalmology
*Additional Referral Information: :*   Message left for Mandy with UW scheduling that approval has been recieved to schedule cornea transplant. Clinic to call back for scheduling.

Bassuener, LPN, Haley R - 2/7/2024 8:06 CST

_____

Document Type:                          Referral Information
Service Date/Time:                      1/22/2024 13:31 CST
Result Status:                          Auth (Verified)
Document Subject:                       Referral Information
Sign Information:                       Bassuener,LPN,Haley R (1/22/2024 13:31 CST)

**Referral Information Entered On:  1/22/2024 13:32 CST**
**Performed On:  1/22/2024 13:31 CST by Bassuener, LPN, Haley R**

**Offsite Referral Information**

_____

---

## *Consultations*

*Referral Specialty: :*  UW Ophthalmology
*Additional Referral Information: :*  Message left for surgery scheduler, Mandy to update that approval has not yet been received to schedule cornea transplant. Writer to call back for scheduling when able.

<div align="right">Bassuener, LPN, Haley R - 1/22/2024 13:31 CST</div>

Document Type:                                     Prior Authorization
Service Date/Time:                                 12/13/2023 15:04 CST
Result Status:                                     Modified
Document Subject:                                  Prior Authorization
Sign Information:                                  Sukowaty,MD,Laura C (2/7/2024 07:38 CST); Sukowaty,MD, Laura C (12/26/2023 13:28 CST); English,DO,Sara M. (12/13/2023 15:04 CST)

<div align="center">**Prior Authorization Entered On:  12/13/2023 15:06 CST**
**Performed On:  12/13/2023 15:04 CST by English, DO, Sara M.**</div>

**Prior Authorization**
*Prior Auth Director Approval Status :*  Approved
<div align="right">{ [Not approved]  - previously charted by Sukowaty, MD, Laura C at 12/26/2023 13:28 CST};</div>

*Prior Auth Director Notes :*  Approved per Dr. LaVoie
<div align="right">Sukowaty, MD, Laura C - 2/7/2024 7:38 CST
{ [needs to go thru medical director for all transplants
] - previously charted by Sukowaty, MD, Laura C at 12/26/2023 13:28 CST};</div>

*Prior Auth Signed by Director :*  Sukowaty, Laura C
<div align="right">Sukowaty, MD, Laura C - 12/26/2023 13:28 CST</div>

*Prior Auth Request Prescriber :*  English, Sara
*Prior Auth Request Date :*  12/13/2023 CST
*Prior Auth Request Rationale :*  Pt has advanced keratoconus of the left eye. UW ophthalmology recommends PKP surgery with a corneal transplant.
*Prior Auth Diagnoses :*  advanced keratoconus
*Prior Auth Prior Treatment :*  Sclearal lenses
*Prior Auth Outside Consult :*  Yes
*Prior Auth Approval Director :*  Sukowaty, Laura C
*Prior Auth Outside Prescriber :*  Dr Sarah Nehls
*Prior Auth Outside Location :*  UW Hospital
<div align="right">English, DO, Sara M. - 12/13/2023 15:04 CST</div>

Document Type:                                     Referral Information
Service Date/Time:                                 12/4/2023 10:35 CST
Result Status:                                     Auth (Verified)
Document Subject:                                  Referral Information
Sign Information:                                  Bassuener,LPN,Haley R (12/4/2023 10:35 CST)

<div align="center">**Referral Information Entered On:  12/4/2023 10:36 CST**
**Performed On:  12/4/2023 10:35 CST by Bassuener, LPN, Haley R**</div>

---

Report Request ID:   7475566                                         Print Date/Time:   3/4/2024 12:28 CST

---

| *Consultations* |
|---|

**Offsite Referral Information**

*Referral Specialty: :*  UW Ophthalmology

*Additional Referral Information: :*  Call placed to clinic (Justin) and replacement of L contact ordered. Previous cracked

Bassuener, LPN, Haley R - 12/4/2023 10:35 CST

---

Document Type:                 Referral Information
Service Date/Time:             10/30/2023 08:15 CDT
Result Status:                 Auth (Verified)
Document Subject:              Referral Information
Sign Information:              Bassuener,LPN,Haley R (10/30/2023 08:15 CDT)

**Referral Information Entered On:  10/30/2023 8:17 CDT**
**Performed On:  10/30/2023 8:15 CDT by Bassuener, LPN, Haley R**

**Offsite Referral Information**

*Referral Specialty: :*  UW Ophthalmolgoy

*Additional Referral Information: :*  PIOC scheduled for consult with cornea transplant specialist today but canceled by security d/t PIOC being disruptive. Message sent to ACP for instructions on how to move forward.

Bassuener, LPN, Haley R - 10/30/2023 8:15 CDT

---

Document Type:                 Referral Information
Service Date/Time:             9/8/2023 12:50 CDT
Result Status:                 Auth (Verified)
Document Subject:              Referral Information
Sign Information:              Bassuener,LPN,Haley R (9/8/2023 12:50 CDT)

**Referral Information Entered On:  9/8/2023 12:50 CDT**
**Performed On:  9/8/2023 12:50 CDT by Bassuener, LPN, Haley R**

**Offsite Referral Information**

*Referral Specialty: :*  UW Ophthalmology

*Type of Referral Documents Sent: :*  Referral for cornea specialist faxed - confirmation received

Bassuener, LPN, Haley R - 9/8/2023 12:50 CDT

---

Document Type:                 Referral Information
Service Date/Time:             1/9/2023 09:37 CST
Result Status:                 Auth (Verified)
Document Subject:              Referral Information
Sign Information:              Bassuener,LPN,Haley R (1/9/2023 09:37 CST)

---

---

<div style="border:1px solid">

*Consultations*

</div>

**Referral Information Entered On:  1/9/2023 9:38 CST**
**Performed On:  1/9/2023 9:37 CST by Bassuener, LPN, Haley R**

**Offsite Referral Information**

*Referral Specialty: :*  UW Ophthalmology
*Referral Provider: :*  Walker
*Additional Referral Information: :*  Message left with clinic to have scleral lens fitting with Dr. Walker r/s ASAP. UW to triage request and call writer back for scheduling

Bassuener, LPN, Haley R - 1/9/2023 9:37 CST

Document Type:                                    Referral Information
Service Date/Time:                              1/5/2023 06:59 CST
Result Status:                                      Auth (Verified)
Document Subject:                              Referral Information
Sign Information:                                Bassuener,LPN,Haley R (1/5/2023 06:59 CST)

**Referral Information Entered On:  1/5/2023 7:05 CST**
**Performed On:  1/5/2023 6:59 CST by Bassuener, LPN, Haley R**

**Offsite Referral Information**

*Referral Specialty: :*  UW Ophthalmology
*Referral Provider: :*  Walker
*Additional Referral Information: :*  Call from UW scheduling, Dr. Walker will not be in today so appointment was canceled. Clinic states they will call back to reschedule when able. Transportation updated to catch staff before leaving institution. ACP updated

Bassuener, LPN, Haley R - 1/5/2023 6:59 CST

Document Type:                                    Referral Information
Service Date/Time:                              12/13/2022 14:16 CST
Result Status:                                      Auth (Verified)
Document Subject:                              Referral Information
Sign Information:                                Bassuener,LPN,Haley R (12/13/2022 14:16 CST)

**Referral Information Entered On:  12/13/2022 14:17 CST**
**Performed On:  12/13/2022 14:16 CST by Bassuener, LPN, Haley R**

**Offsite Referral Information**

*Referral Specialty: :*  UW Ophthalmology
*Referral Provider: :*  Walker
*Type of Referral Documents Sent: :*  Referral for refitting of scleral lens faxed - confirmation received

---

Report Request ID:  7475566                                    Print Date/Time:   3/4/2024 12:28 CST

---

## *Consultations*

Bassuener, LPN, Haley R - 12/13/2022 14:16 CST

| | |
|---|---|
| Document Type: | Referral Information |
| Service Date/Time: | 8/22/2022 09:32 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Referral Information |
| Sign Information: | Bassuener,LPN,Haley R (8/22/2022 09:32 CDT) |

**Referral Information Entered On:  8/22/2022 9:33 CDT**
**Performed On:  8/22/2022 9:32 CDT by Bassuener, LPN, Haley R**

**Offsite Referral Information**
*Referral Specialty: :*  Valley Eye Associates
*Additional Referral Information: :*  Writer informed by admin captain that upcoming procedure needs to be rescheduled d/t security breach of appointment date based off of DOC-3035s submitted by PIOC. ACP and HSM updated. Next available appointment date set. Preps re-entered.

Bassuener, LPN, Haley R - 8/22/2022 9:32 CDT

| | |
|---|---|
| Document Type: | Referral Information |
| Service Date/Time: | 8/19/2022 09:46 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Referral Information |
| Sign Information: | Bassuener,LPN,Haley R (8/19/2022 09:46 CDT) |

**Referral Information Entered On:  8/19/2022 9:47 CDT**
**Performed On:  8/19/2022 9:46 CDT by Bassuener, LPN, Haley R**

**Offsite Referral Information**
*Referral Specialty: :*  Valley Eye Assosciates
*Additional Referral Information: :*  Consent form and pre/post procedure instructions received. PIOC signed consent form with writer as witness. Procedure instructions forwarded to ACP for orders. Consent faxed to clinic - confirmation received. Forwarded to be scanned into EMR

Bassuener, LPN, Haley R - 8/19/2022 9:46 CDT

| | |
|---|---|
| Document Type: | Referral Information |
| Service Date/Time: | 7/7/2022 14:48 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Referral Information |
| Sign Information: | Laning,LPN,Jesse K (7/9/2022 14:48 CDT) |

**Referral Information Entered On:  7/9/2022 14:49 CDT**
**Performed On:  7/7/2022 14:48 CDT by Laning, LPN, Jesse K**

---

---

> *Consultations*

**Offsite Referral Information**

*Additional Referral Information: :*   Appointment for collagen crosslinking was  rescheduled to have both eyes done at the same time. Follow-ups were also scheduled. Valley Eye will fax consent forms. Skygen info given to have prior authorization done for billing.

Laning, LPN, Jesse K - 7/9/2022 14:48 CDT

Document Type:                              Referral Information
Service Date/Time:                          6/20/2022 09:31 CDT
Result Status:                              Auth (Verified)
Document Subject:                           Referral Information
Sign Information:                           Bassuener,LPN,Haley R (6/20/2022 09:31 CDT)

**Referral Information Entered On:  6/20/2022 9:33 CDT**
**Performed On:  6/20/2022 9:31 CDT by Bassuener, LPN, Haley R**

**Offsite Referral Information**

*Referral Specialty: :*   UW Opthalmology
*Referral Provider: :*   Walker
*Additional Referral Information: :*   Message left with UW scheduler Beth to coordinate 1-2 month f/u with Dr. Walker. Clinic to call back when schedule becomes available. ACP updated

Bassuener, LPN, Haley R - 6/20/2022 9:31 CDT

---

---

## *Consultations*

Document Type:                                  Referral Information
Service Date/Time:                              5/23/2022 08:35 CDT
Result Status:                                  Auth (Verified)
Document Subject:                               Referral Information
Sign Information:                               Bassuener,LPN,Haley R (5/23/2022 08:35 CDT)

**Referral Information Entered On:  5/23/2022 8:36 CDT**
**Performed On:  5/23/2022 8:35 CDT by Bassuener, LPN, Haley R**

**Referral Information**
*Referral Specialty :*  Opthalmology
*Referral Provider :*  UW
*Additional Referral Information :*  Message received Friday from Jordan at UW regarding PIOC needing to go back to UW to receive scleral lens. Writer called clinic back today to schedule, Lynn stated message to be sent to DOC schedulers at UW and they would call back.

Bassuener, LPN, Haley R - 5/23/2022 8:35 CDT

---

Document Type:                                  Referral Information
Service Date/Time:                              5/10/2022 09:44 CDT
Result Status:                                  Auth (Verified)
Document Subject:                               Referral Information
Sign Information:                               Bassuener,LPN,Haley R (5/10/2022 09:44 CDT)

**Referral Information Entered On:  5/10/2022 9:44 CDT**
**Performed On:  5/10/2022 9:44 CDT by Bassuener, LPN, Haley R**

**Referral Information**
*Referral Specialty :*  Opthalmology
*Referral Provider :*  UW
*Additional Referral Information :*  Call received from Jordan at UW Ophthalmology to r/s PIOC appointment for scleral lens fitting d/t provider conflict. New appointment set. Security and ACP updated

Bassuener, LPN, Haley R - 5/10/2022 9:44 CDT

---

Document Type:                                  Referral Information
Service Date/Time:                              4/28/2022 10:28 CDT
Result Status:                                  Modified
Document Subject:                               Referral Information
Sign Information:                               Bassuener,LPN,Haley R (4/29/2022 11:31 CDT); Bassuener,
                                                LPN,Haley R (4/28/2022 10:28 CDT)

**Referral Information Entered On:  4/28/2022 10:30 CDT**
**Performed On:  4/28/2022 10:28 CDT by Bassuener, LPN, Haley R**

---

Case 2:22-cv-01205-JPS   Filed 10/03/25   Page 141 of 315   Document 76-10141
Ex. 1006 - 10141

---

| *Consultations* |
|---|

**Referral Information**
*Referral Specialty :*  Ophthalmology
*Referral Provider :*   Valley Eye Associates

Bassuener, LPN, Haley R - 4/28/2022 10:28 CDT

*Additional Referral Information :*   Contact made with UW who referred writer to schedule PIOC procedure at Valley Eye. Writer coordinated consult and procedure with Chelsea for first available at the clinic. Writer requested we be notified if anything sooner opens up. ACP updated on dates

Bassuener, LPN, Haley R - 4/29/2022 11:31 CDT

{ [Contact made with UW who referred writer to schedule PIOC procedure at Valley Eye. Writer coordinated consult and procedure with Chelsea for first available at the clinic. Writer requested we be notified if anything sooner opens up.] - previously charted by Bassuener, LPN, Haley R at 4/28/2022 10:28 CDT};

---

Document Type:                    Referral Information
Service Date/Time:                4/20/2022 08:31 CDT
Result Status:                    Auth (Verified)
Document Subject:                 Referral Information
Sign Information:                 Bassuener,LPN,Haley R (4/20/2022 08:31 CDT)

**Referral Information Entered On:  4/20/2022 8:32 CDT**
**Performed On:  4/20/2022 8:31 CDT by Bassuener, LPN, Haley R**

**Referral Information**
*Referral Specialty :*  Ophthalmology
*Referral Provider :*   UW
*Additional Referral Information :*   Call placed by writer to get an update on PIOC getting scheduled for corneal crosslinking procedure. UW nursing to call writer back after coordinating d/t this being completed at a non DOC secure facility.

Bassuener, LPN, Haley R - 4/20/2022 8:31 CDT

---

Document Type:                    Referral Information
Service Date/Time:                4/8/2022 08:21 CDT
Result Status:                    Auth (Verified)
Document Subject:                 Referral Information
Sign Information:                 Bassuener,LPN,Haley R (4/8/2022 08:21 CDT)

**Referral Information Entered On:  4/8/2022 8:22 CDT**
**Performed On:  4/8/2022 8:21 CDT by Bassuener, LPN, Haley R**

**Referral Information**
*Referral Specialty :*  Ophthalmology

---

_____

| Consultations |
| --- |

*Referral Provider :*   UW
*Additional Referral Information :*   Message left with Chris at UW to have triage nurses call writer to discuss return to U-station for scleral lens fitting and corneal crosslinking procedure.

Bassuener, LPN, Haley R - 4/8/2022 8:21 CDT

_____

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 7/2023)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.) Jennings, Damonta | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|

Guardian ☐ Yes ☒ No    Guardian Name and Contact Information: _____

POA Healthcare ☐ Yes ☒ No    Activated ☐ Yes ☐ No    Name and Contact Information: _____

| REFERRED TO Ophthalmology | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY UW | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule consult with cornea surgeon. Transplant?

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION
Eval and treat

**NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE**

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

☐ PE/Progress Note Extracts          ☐ Medical Imaging          ☐ Other

☐ Lab Results          ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 12-11-23  TIME: 0945  ☒ AM ☐ PM    ☒ CLINIC ☐ TELEMEDICINE

ADMISSION DATE (mm/dd/yyyy):
?1/2018

| ACP REFERRED BY: Kuffenkam, Kerry MD | FACILITY WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 9/7/2023 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Advanced Keratoconus left eye

RECOMMENDATIONS

PKP Surgery LE NA

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE ____ week(s) ____ month(s) ____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I  ☐ Class II  ☐ Class III-A  ☐ Class III-B  ☐ Class IV  ☐ Non-Surgical

| PROVIDER NAME (Please Print) Sarah Nehls | PROVIDER SIGNATURE | DATE SIGNED 12/11/23 |
|---|---|---|

DISTRIBUTION: Original - HSU: scan to appropriate Outside Records (OR) subfolder upon completion
or Dental: scan to Dentrix; Copy – Off-Site Provider's Medical Record



WCI

**\* Auth (Verified) \***

| HOSPITAL/ CLINIC NAME | TELEPHONE NUMBER |
|---|---|

## CLASSIFICATION OF MEDICAL AND SURGICAL CONDITIONS

**Class I:** **EMERGENCY CARE - MEDICALLY MANDATORY:**
An emergency is a potentially life-threatening condition requiring immediate care. A delay in treatment may result in death or permanent serious impairment of the patient's health

**Class II:** **URGENT CARE - PRESENTLY MEDICALLY NECESSARY:**
An urgent care problem, while not an emergency, is one which delay of treatment would present a medically unacceptable risk for serious bodily harm, disability, or further deterioration in the patient's condition.

**No prior authorization to proceed with care is required for Class I or II.**

**Class III:** **NON-URGENT - MEDICALLY ACCEPTABLE:**
A non-urgent condition is one which at present does not represent a significant threat to the patient's general medical health and which is not likely to pose such a threat in the foreseeable future. Surgical procedures can be performed at the convenience of the physicians, persons and institutions involved. Non-urgent cases are of two types:

**Class III-A:** Those involving persistent pain and experiencing serious discomfort or rapidly progressive disease or impairment, or where severity of pain has been progressive. The condition must be subject to surgical or medical correction or arrest. While no ill effects will result from a delay of several weeks or months, adequate care dictates the performance of medical or surgical procedures as soon as scheduling will reasonably permit. *Examples* include symptomatic ulcerated varicosities, non-incarcerated symptomatic hernias, large hemorrhoids, and painful bunions.

**Class III-B:** Those *not* involving persistent pain, rapidly progressive disease or impairment and not solely for the convenience of the patient. No medical effects will result from surgical delay of months or years. This is the sort of procedure which a non-institutionalized or uninsured person might choose to delay until he / she becomes medically insured. *Examples* include asymptomatic hernias for sedentary patients, benign non-inflammatory cysts, orthopedic problems where there is no persistent pain or inflammation, minor nasal reconstruction, non-cancerous skin lesions, and cases manageable with non-narcotics.

**In both instances, prior authorization is required.**

**Class IV:** **ELECTIVE NON-COVERED CARE SERVICES - CONVENIENCE OF PATIENT**
These services are not reasonably or medically necessary or required in accordance with accepted medical standards for medical or surgical practice. *Examples* include, fertility and contraceptive surgery, elective circumcisions, weight reduction surgery, experimental treatment or surgery, professional services by a chiropractor, plastic or cosmetic surgery unless necessary to achieve normal bodily function after accidental bodily injury occurring while in state custody. These are **not authorized** under the Bureau's health care plan.

**DISTRIBUTION:** Original – HSU: scan to appropriate Outside Records (OR) subfolder upon completion or Dental: scan to Dentrix;
Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

Printed from UW Health Care Link.

Please visit uwhealth.org/medrecords for information on obtaining official copies of the medical records.

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 Encounter Date: 12/11/2023

# Jennings, Damonta D

MRN: 3555069

 **Sarah Nehls, MD**
Physician
Ophthalmology

Progress Notes
Addendum

Encounter Date: 12/11/2023

**Addendum**

This document serves as a record of the services and decisions personally performed and made by Sarah Nehls, MD. It was created on her behalf by me, Justine Fox, a trained medical scribe. The creation of this document is based on the provider's statements to the medical scribe.

The information in this document, created by the medical scribe for me, accurately reflects the services I personally performed and the decisions made by me. I have reviewed and approved this document for accuracy. I reviewed today's documented history with the patient and agree. I have personally examined the patient in all areas completed in the main exam, making changes as appropriate. I agree with the resident/fellow's findings and plan as written. In addition, I have personally examined the following areas in the base exam: Confrontational visual fields, pupils, extraocular movement, neuro/psych and manifest refraction.

Sarah Nehls, MD, 12/11/23, 3:32 PM.

HPI: Damonta D Jennings is a 27 year old male presenting for keratoconus evaluation.

Wearing scleral contact lenses. Denies problems with the right eye. States the left eye can only tolerate lens for 2-3 hours before becoming irritated and watery.

Topography: Kmax OD 76.1, OS 94.9

A/P:
**Keratoconus, both eyes.**
- Topography done 3/29/2022, repeat today, see above.
- R/B/I/A PKP discussed with the patient, including infection, graft rejection, graft failure, inflammation, glaucoma, retinal detachment, bleeding, cataract need for additional surgery or laser, need for glasses or rigid gas permeable contact lens, loss of vision or eye.

Surgery: PKP
Eye(s): Left
Location: UW
Anesthesia: General
Time ("NA" for cataracts): 1 hour
Special Equipment/Notes: DOC patient. Need PKP tissue ordered
Postop: 1 day, 1 week, 1 month, 3 month, 6 month
Tier: 4

**Myopia with irregular astigmatism, both eyes.**

**\* Auth (Verified) \***

12/13/23, 12:42 PM          Jennings, Damonta D DOB: 7/31/1996 (MR#54753945) Printed by ENGLISH-CARELINK, SARA [SXE813]

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 Encounter Date: 12/11/2023

- Wearing scleral lenses OU, having difficulty with OS, only able to wear for 2-3 hours- follows Dr. Walker
- New Rx after surgery

Return for surgery

Office Visit on 12/11/2023          *Note shared with patient*

## Additional Documentation

Flowsheets:      COVID-19 Screening, Facility Charge Capture, Encounter Data
Encounter Info:  Billing Info, History, Allergies, Detailed Report

### Orders Placed

⚗ CORNEAL TOPOGRAPHY, BILATERAL No remaining occurrences
CASE REQUEST OPERATING ROOM

### Medication Changes

None

### Visit Diagnoses

◈ Keratoconus of both eyes

Irregular astigmatism of both eyes

Jennings, Damonta D (MRN 3555069) Printed by Sara English-Carelink [SXE813] at 12/13/2023 12:42 PM

WCI

**\* Auth (Verified) \***

669475

Printed from UW Health Care Link.
Please visit uwhealth.org/medrecords for information on obtaining official copies of the medical records.

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 Encounter Date: 09/07/2023

# Jennings, Damonta D

MRN: 3555069

**Allied Health/Nurse Visit**
9/7/2023
UW Health University Station
Clinic Ophthalmology 2nd Floor

Provider: Amy L Walker, OD (Optometry)
Primary diagnosis: Keratoconus of both eyes
Reason for Visit: Follow-up 🖹; Referred by Amy L Walker, OD

## Progress Notes

Amy L Walker, OD (Optometrist) • Ophthalmology

**HPI/CC:** Scleral chk - great comfort but vision is off in the left eye

**Assessment:**
Kconus w/ Irregular astigmatism OU
Excellent scleral fit - needs minor fit and power adjustments

Ant Seg OCT over Sclerals
- RE cc close so increase 50mc  M ok  L slightly close increase 5o
- KE cc slightly close increase 50mc

**Plan:**

Order next pair
Mail to his facility

Refer to Dr Nehls for PKP eval Left Eye

RTC for annual contact lens eval with Dr Kornhaus Sept 2024

I reviewed today's documented chief complaint with the patient and agree. I have personally examined
the patient in all areas completed in the Main Exam, making changes as appropriate.  In addition, I
have personally examined the following areas in the Base Exam: Neuro/Psych,

## Progress Notes

Randi McKenzie, COMT (Ophthalmology Technician) • Ophthalmology

Damonta D Jennings presents today for
**Chief Complaint**
Patient presents with
• Follow-up
  *Scleral follow up*

  Pt states comfort is good with contacts. Vision OS is blurry. Pt unsure if CL Rx is too strong or if his
OS is progressing?
  He had crosslinking OU done about 1 year ago at Valley Eye and would like to know if it stable?
  Pt states his eyes are dry since having crosslinking procedure and the JerryCare Ats he uses seems
to not lubricate his eyes as well.

| Eye Medications/Eye Vitamins | RE x/Day | LE x/Day | Last Use |
|---|---|---|---|
| JerryCare ATs | prn | prn | |
| | | | |
| | | | |

Printed by JESSE LANING - CareLink at 10/13/2023 8:54 AM

WCI

**\* Auth (Verified) \***

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 Encounter Date: 09/07/2023

| | | | |
|---|---|---|---|
| Refill needed:No | | | |
| Medication Pended:  No | | | |
| Pharmacy Selected: Yes | | | |
| Med Rec Done: Yes | | | |

### Review of Systems:

General: Negative
Other: Negative

## Other Notes

All notes

## Instructions

📅 Return in about 1 year (around 9/7/2024) for SOV Scleral check with Dr Kornhaus + Kconus Surgical Eval with Dr Nehls within 6mo.

Optical will be mailing one more pair of scleral contacts

## Additional Documentation

Flowsheets:       COVID-19 Screening, Facility Charge Capture, Encounter Data
SmartForms:      UWOP LEARNING ASSESSMENT
Encounter Info: Billing Info, History, Allergies, Detailed Report, Printable Report

## Communications

View All Conversations on this Encounter
📲 Chart Routed to Uwh Optician      📲 Chart Routed to Keegan L Still
     Sent 9/11/2023                                  Sent 9/11/2023

## Media

From this encounter

DEPT OF CORRECTIONS/JAIL - Scan on 9/11/2023 1011 by Batch Process Onbase

### Orders Placed

⚗ ANTERIOR SEGMENT OCT, BILATERAL No remaining occurrences

### Medication Changes

None

### Visit Diagnoses

◈ Keratoconus of both eyes

  Irregular astigmatism of both eyes

  Cornea scar

Printed by JESSE LANING - CareLink at 10/13/2023 8:54 AM

WCI

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 Encounter Date: 09/07/2023

Printed by JESSE LANING - CareLink at 10/13/2023 8:54 AM

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 7/2023)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

## EQUEST

| ATIENT NAME (Last, First, M.I.) Jennings, Damonta | | | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|---|---|

Guardian ☐ Yes ☒ No    Guardian Name and Contact Information: _____

POA Healthcare ☐ Yes ☒ No    Activated ☐ Yes ☐ No    Name and Contact Information: _____

| REFERRED TO Ophthalmology | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY UW | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule return to UW Dr. Walker for scleral lens check per clinic request

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

**NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE**

## ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 9/7/2023    TIME: 1100    ☒ AM ☐ PM    ☒ CLINIC ☐ TELEMEDICINE

^DMISSION DATE (mm/dd/yyyy):
21/2018

| ACP REFERRED BY: Kuffenkam, Kerry MD | FACILITY WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 8/25/2023 |
|---|---|---|---|---|

## RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

*Excellent scleral fit But needs slightly Different power, Lenses are under warrantee — one more pair will be mailed to patient*

RECOMMENDATIONS

*Return for Contact check in 1 yr — Also schedule Appt w/ Cornea Surgeon (MCHIS) w/in 0-6 mo*

— I ordered both appts KW 9/4/23

**DO:**
• Dictate from Recommendations

**DO NOT:**
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

*Cornea Consult*

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE ___ week(s) ☒ month(s) ___ year

## INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

☐ Class I    ☐ Class II    ☐ Class III-A    ☐ Class III-B    ☐ Class IV    ☐ Non-Surgical

| PROVIDER NAME (Please Print) Amy WALKER | PROVIDER SIGNATURE | DATE SIGNED 9/7/23 |
|---|---|---|

**DISTRIBUTION:** Original - HSU: scan to appropriate Outside Records (OR) subfolder upon completion or Dental: scan to Dentrix; Copy – Off-Site Provider's Medical Record

WCI

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

## REQUEST

| PATIENT NAME (Last, First, M.I.) | | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|---|
| Jennings, Damonta | | | |

| REFERRED TO Ophthalmology | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY UW | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule re-fit of scleral lens s/p corneal crosslinking procedure. Current lens is causing pain
-Dr. Walker

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION
Eval and treat

**NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE**

## ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 12/6/23 ☒ CLINIC    ☐ TELEMEDICINE

TIME: 1030 ☐ AM ☐ PM    **OR**    ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: South, Bethany OD | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 12/13/2022 |
|---|---|---|---|---|

## RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Satisfactory Scleral fit — will order one more pair for better comfort + vision. Please ensure he has the correct supplies

RECOMMENDATIONS
① Preserved or non-preserved saline *
② Renu or Biotrue *
③ Clear Care

Both are Saline Solution

DO:
Dictate from Recommendations

DO NOT:
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

1/27/23

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE _____ week(s) _____ month(s) _____ year

## INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

☐ Class I ☐ Class II ☐ Class III-A ☐ Class III-B ☐ Class IV ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) Amy WALKER | PHYSICIAN SIGNATURE | DATE SIGNED 1/26/2023 |
|---|---|---|
| HOSPITAL/CLINIC NAME UW Health University Station | | TELEPHONE NUMBER 608 263 7171 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS                                **WISCONSIN**
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

# OFF-SITE SERVICE REQUEST AND REPORT

**QUEST**

| IENT NAME (Last, First, M.I.) | | | DOC # | DOB (mm/dd/yyyy) |
|---|---|---|---|---|
| Jennings, Damonta | | | 669475 | 07/31/1996 |

| REFERRED TO | CLINIC MEDICAL RECORD # | CLINIC / FACILITY | APPROPRIATE FOR TELEMEDICINE |
|---|---|---|---|
| Valley Eye Assosciates | | Oshkosh | ☐ Yes  ☒ No |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule 1 month f/u with Dr. Scanlon recommended during 11/18/22 visit

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION
Eval and treat

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 1/4/2023     ☒ CLINIC     ☐ TELEMEDICINE

TIME: 0845 ☒ AM ☐ PM     **OR**     ADMISSION DATE (mm/dd/yyyy):

| ERRED BY: | HSU | PHONE NUMBER | FAX NUMBER | DATE (mm/dd/yyyy): |
|---|---|---|---|---|
| Simmons, Diana APNP | WCI | 920-324-7259 | 920-324-7254 | 11/21/2022 |

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC
WORK PERFORMED:
Postop for CXL - Stable corneas

RECOMMENDATIONS
Needs new CL fit w/ UW - keep current appt as
scheduled
Okay to continue wearing current CLs until then
Use artificial tears as needed for comfort

DO:
• Dictate from Recommendations
DO NOT:
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC  ☐ TELEMEDICINE ____ week(s) ____ month(s) ____ year  As scheduled w/ UW

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) | PHYSICIAN SIGNATURE | DATE SIGNED |
|---|---|---|
| Brianne Scanlon, OD | Brianne Scanlon, OD | 1/4/23 |
| SPITAL/ CLINIC NAME | | TELEPHONE NUMBER |
| Valley Eye Associates | | 920-800-314-4443 |

APNP 1/4/23

**DISTRIBUTION:** Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.) Jennings, Damonta D. | | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|---|

| REFERRED TO Ophthalmology | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY UW | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule corneal crosslinking procedure, UW does not perform

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 11/18/22 ☒ CLINIC    ☐ TELEMEDICINE

TIME 0915 ☐ AM ☒ PM    OR    ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: Dombeck, Charles APNP | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 4/8/2022 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Stable exam, new refraction

11/18/22 APNP

Simmons, APNP

RECOMMENDATIONS New R lens for glasses
R -7.50 + 4.00 × 160
L balance

DO:
• Dictate from Recommendations

DO NOT:
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☒ CLINIC    ☐ TELEMEDICINE    ____ week(s)    1 month(s)    ____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I    ☐ Class II    ☐ Class III-A    ☐ Class III-B    ☐ Class IV    ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) Unger | PHYSICIAN SIGNATURE | DATE SIGNED 11-18-2022 |
|---|---|---|
| HOSPITAL/ CLINIC NAME | | TELEPHONE NUMBER |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

**DEPARTMENT OF CORRECTIONS**                          **WISCONSIN**
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.) | | | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|---|---|

Jennings, Damonta D.

| REFERRED TO | CLINIC MEDICAL RECORD # | CLINIC / FACILITY | APPROPRIATE FOR TELEMEDICINE |
|---|---|---|---|
| Ophthalmology | 3555069 | UW | ☐ Yes  ☒ No |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule corneal crosslinking procedure, UW does not perform

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 10/21/22 ☒ CLINIC    ☐ TELEMEDICINE

TIME 0845 ☒ AM ☐ PM    **OR**    ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: Dombeck, Charles APNP | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 4/8/2022 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

s/p Crosslinking (B) eyes, doing well

RECOMMENDATIONS

eyedrops as scheduled
No contacts for now
as scheduled

**DO:**
• Dictate from Recommendations

**DO NOT:**
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☒ CLINIC   ☐ TELEMEDICINE   4 week(s) ____ month(s) ____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) Anger | PHYSICIAN SIGNATURE | DATE SIGNED 10-21-2022 |
|---|---|---|
| HOSPITAL/ CLINIC NAME | | TELEPHONE NUMBER |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

## CLASSIFICATION OF MEDICAL AND SURGICAL CONDITIONS

**Class I:**    **EMERGENCY CARE - MEDICALLY MANDATORY:**
An emergency is a potentially life-threatening condition requiring immediate care. A delay in treatment may result in death or permanent serious impairment of the patient's health

**Class II:**    **URGENT CARE - PRESENTLY MEDICALLY NECESSARY:**
An urgent care problem, while not an emergency, is one which delay of treatment would present a medically unacceptable risk for serious bodily harm, disability, or further deterioration in the patient's condition.

**No prior authorization to proceed with care is required for Class I or II.**

**Class III:**    **NON-URGENT - MEDICALLY ACCEPTABLE:**
A non-urgent condition is one which at present does not represent a significant threat to the patient's general medical health and which is not likely to pose such a threat in the foreseeable future. Surgical procedures can be performed at the convenience of the physicians, persons and institutions involved. Non-urgent cases are of two types:

**Class III-A:**  Those involving persistent pain and experiencing serious discomfort or rapidly progressive disease or impairment, or where severity of pain has been progressive. The condition must be subject to surgical or medical correction or arrest. While no ill effects will result from a delay of several weeks or months, adequate care dictates the performance of medical or surgical procedures as soon as scheduling will reasonably permit. *Examples*  include symptomatic ulcerated varicosities, non-incarcerated symptomatic hernias, large hemorrhoids, and painful bunions.

**Class III-B:**  Those *not* involving persistent pain, rapidly progressive disease or impairment and not solely for the convenience of the patient. No medical effects will result from surgical delay of months or years. This is the sort of procedure which a non-institutionalized or uninsured person might choose to delay until he / she becomes medically insured. *Examples*  include asymptomatic hernias for sedentary patients, benign non-inflammatory cysts, orthopedic problems where there is no persistent pain or inflammation, minor nasal reconstruction, non-cancerous skin lesions, and cases manageable with non-narcotics.

**In both instances, prior authorization is required.**

**Class IV:**    **ELECTIVE NON-COVERED CARE SERVICES - CONVENIENCE OF PATIENT**
These services are not reasonably or medically necessary or required in accordance with accepted medical standards for medical or surgical practice. *Examples*  include, fertility and contraceptive surgery, elective circumcisions, weight reduction surgery, experimental treatment or surgery, professional services by a chiropractor, plastic or cosmetic surgery unless necessary to achieve normal bodily function after accidental bodily injury occurring while in state custody. These are **not authorized** under the Bureau's health care plan.

DISTRIBUTION: Original – Medical Chart, Consultations Section or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

* Auth (Verified) *

## Collagen Cross-Linking Post Op Instructions

Use the following eye drops:

|  | Breakfast | Lunch | Dinner | Bedtime |
|---|---|---|---|---|
| Ofloxacin | X | X | X | X |
| Prednisolone | X | X | X | X |
| Prolensa | X |  |  |  |

Leave the bandage contact lens in place until your follow-up appointment. Do not try to put the contact lens back in if it falls out.

Make sure to leave 3 to 5 minutes between the eye drops.

Avoid rubbing the eye.

Use artificial tears as often as needed up to every 2 hours to keep the bandage contact lens wet and for your comfort.

For pain: take Percocet 1-2 tablets every 4-6 hours as needed after the procedure. Make sure to eat before taking Percocet because it can make you sick to your stomach if you don't. Do not drive or perform activities that require alertness. The first day will be the most uncomfortable, try to sleep as much as possible.

Expect tearing, sensitivity to light, foreign body sensation, and blurred vision. These symptoms will improve day-by-day.

WCI

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS                                    WISCONSIN
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)
# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.) | | DOC # | DOB (mm/dd/yyyy) |
|---|---|---|---|
| Jennings, Damonta D. | | 669475 | 07/31/1996 |

| REFERRED TO | CLINIC MEDICAL RECORD # | CLINIC / FACILITY | APPROPRIATE FOR TELEMEDICINE |
|---|---|---|---|
| Ophthalmology | 3555069 | UW | ☐ Yes   ☒ No |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule corneal crosslinking procedure, UW does not perform

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

☐ PE/Progress Note Extracts    ☐ Medical Imaging    ☐ Other

☐ Lab Results    ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy), 10/14/22 ☒ CLINIC    ☐ TELEMEDICINE

TIME: 1430  AM ☐ PM    OR    ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: | HSU | PHONE NUMBER | FAX NUMBER | DATE (mm/dd/yyyy): |
|---|---|---|---|---|
| Dombeck, Charles APNP | WCI | 920-324-7259 | 920-324-7254 | 4/8/2022 |

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

S/p Corneal crosslinking, eye surgery

RECOMMENDATIONS  start drops today
Prednisolone 1% eyedrops 4x daily × 28d
Ofloxacin eyedrops: i gtt 4x daily × 7d then stop
Ketorolac drops i gtt 4x daily × 7d

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☑ CLINIC  ☐ TELEMEDICINE  ___ week(s)  ___ month(s)  ___ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) | PHYSICIAN SIGNATURE | DATE SIGNED |
|---|---|---|
| J. Unger | | 10-14-2022 |

| HOSPITAL / CLINIC NAME | | TELEPHONE NUMBER |
|---|---|---|

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

08-19-22;08:57AM;                                    ;9203809323        # 2/ 7

## VALLEY EYE
### A S S O C I A T E S

### REFRACTIVE SURGERY PAYMENT INFORMATION

Patient Name: Damonta Jennings          Surgery Date: _____

**Full payment is required 5 business days before any refractive surgery** unless financial arrangements have been made. If payment is not received as required in advance, the surgery will be postponed. Payment can be made in cash, by personal or cashier's check, or by MasterCard, VISA or Discover Card.

If you have any questions regarding the fees or need to make financial arrangements, please contact our Business Office at (920) 730-4132.

Refractive Procedure: Collagen Crosslinking   Eye(s):   Right / Left / (Both)

Surgeon:    Michael Vrabec, M.D.          Evaluation Fee   $ _____ *
            Douglas Salm, M.D.            * Evaluation Fee is separate from the surgical
            Jennifer Unger, M.D.            fee. This fee is payable at the time of service.

| | |
|---|---|
| Surgeon's Fee | $ 2,499.00 per eye |
| Facility Fee | $ _____ |
| Laser Fee | $ _____ |
| Co-Management Fee (for Dr. _____ ) | $ _____ |
| Lens Fee, if applicable | $ _____ |
| Other: _____ | $ _____ |
| Other: _____ | $ _____ |
| **Total Fee for Refractive Procedure** | $ 2,499.00 per eye |

FSA Statement Needed   Yes / No
Applied for Care Credit   Yes / No

Valley Eye Associates offers a 5% cash discount. If you pay by cash or cashier's check, your cash discount is $ _____. Cash Discounts cannot be used in conjunction with any other discounts. Credit card or personal check payments do not apply.

Amount to be paid directly to Valley Eye Associates 5 business days prior to surgery $ 2,499.00 per eye
(includes co-management fee for Dr. _____ )

Amount to be paid directly to facility _____ 5 business days prior to surgery $ _____

Patient Signature: Damonta J_____          Date: 8-19-2022

Counselor Signature: _____          Date: _____

21 Park Place • Appleton, WI 54914 • Phone 920-739-4361 • Fax 920-739-6368 • valleyeye.com
4648 W. Spencer Street • Appleton, WI 54914 • Phone 920-739-4361 • Fax 920-739-6368
2100 S. Kensington Drive, Suite 5 • Appleton, WI 54915 • Phone 920-731-3876 • Fax 920-731-8836
2500 E. Capitol Drive, Suite 3500 • Appleton, WI 54911 • Phone 920-358-1820 • Fax 920-358-1829
719 Doctors Court • Oshkosh, WI 54901 • Phone 920-235-0066 • Fax 920-235-5596
1543 Park Place, Suite 400 • Green Bay, WI 54304 • 920-497-0100 • Fax 920-544-5182

Rev 09-2019

WCI

08-19-22;08:57AM;        ;9203809323     # 3/ 7

## Treatment of Corneal Disease using Collagen Cross-Linking Information and Consent Form


VALLEY EYE
ASSOCIATES. LP

This consent form contains important information to help you decide whether to undergo treatment.

> Our staff will explain this treatment to you. Ask questions about anything that is not clear at any time. You may take home an unsigned copy of this consent form to think about and discuss with family or friends.

➢ Being treated is voluntary – <u>your choice</u>.
➢ Currently, this treatment is not FDA approved (it is, however, in Canada and Europe) and as such is considered an investigational treatment.
➢ <u>No</u> one can <u>promise</u> that treatment will help you with guaranteed certainty.
➢ Do not have this treatment unless all of your <u>questions</u> are <u>answered</u>.
➢ The treatment is <u>not covered</u> by any insurance; it is the patient's responsibility to pay for the treatment.

## After reading and discussing the information in this consent form you should know:

* Why this treatment is being done;
* What will happen during the treatment;
* Any possible benefits to you;
* The possible risks to you;
* Other options you could choose instead of having this treatment;
* What to do if you have problems or questions about this treatment.

## <u>Please read this consent form carefully.</u>

The purpose of this document is to provide you with information to consider in deciding whether to undergo this treatment. Your consent should be made based on your understanding of the nature and risks of the drug and procedure. Please ask questions if there is anything you do not understand. Your treatment is voluntary and will have no effect on the quality of your medical care if you choose not to undergo treatment.

## 1. PURPOSE OF THE TREATMENT

The purpose of this collagen cross-linking treatment on the cornea is halting or partially reversing the effects of keratoconus, or similar ectatic (weakening) diseases of the cornea. It can also be used to treat patients who have had previous RK (Radial Keratotomy) and now have an instability of their cornea which results in changes in the shape of the cornea throughout the day (diurnal variations). Two other additional indications are for corneal infections and weakening of the cornea as a result of previous LASIK or PRK (ectasia).

Initials DJ

Page 1 of 4

08-19-22;08:57AM;                                        ;9203809323                # 4/ 7

Keratoconus is a condition that leads to thinning and protrusion of the front of the cornea. This leads to possible tears in the cornea, scarring, decreased vision, high amounts of astigmatism, and vision loss. Other treatment options include: surgical placement of intra-corneal rings (INTACS), PRK, or corneal transplantation.

Riboflavin (Vitamin B) has the known property that when activated by UV light induces collagen fiber cross linking thereby strengthening the cornea. This treatment will use a Riboflavin solution and UV light reaction to strengthen the cornea via cross linking collagen fibers to halt or slow down the progression of keratoconus.

UV light can potentially cause damage to the eye including photokeratitis (inflammation from the UV light), cataract formation, retinal damage and corneal endothelial damage. However, the radiant exposure of the UV-Emitter (device used to emit UV light) is absorbed entirely in the cornea. None of it reaches into the anterior chamber, lens, or retina. There is an indicator on the emitter that shows how much UV light is actually being administered. The UV-Emitter device is investigational, and not FDA approved, but has been shown in our own study, as well as in Europe, to be safe and effective. It does have CE approval in Europe (CE is the European equivalent of the FDA).

## 2. PROCEDURES

If you decide to take part in this treatment, you will undergo the following procedures:

You will arrive at Valley Eye Associates. The informed consent that has been given ahead of time will be signed if it hasn't been signed previously at your examination and any final questions answered. You will be given 6 mg of Valium, 400 mg Ibuprofen orally, and a 1% Pilocarpine eye drop, taken to the treatment room and be asked to lie on your back under the operating microscope. Topical numbing eye drops will be applied to the eye with an antibiotic ophthalmic solution. A lid speculum will be placed in the eye. The procedure may involve removal of approximately 80% of the surface cells of the cornea of the eye (epithelium) with the Amoils brush if an epi-off crosslinking procedure is needed, traditionally we use an epi-on crosslinking procedure. Then the eye will be treated with Riboflavin/Dextran eye drops. The cornea will then be exposed to ultraviolet light from the UV-Emitter. The cornea will be rinsed with a topical anesthetic and supplemented with additional Riboflavin/Dextran drops during the ultraviolet exposure time. The speculum will then be removed. After treatment, the cornea will be rinsed with saline and 2-4 drops of antibiotic eye drops placed in the eye. A bandage contact lens will be placed on the eye. Antibiotic and steroid eye drops will be given post-operatively four times a day for one week. The procedure can take up to 1 hour.

You will be seen once prior to the procedure and on day one following the procedure, and at one week, one month, three months, six months, and one year later. At the initial visit, you will undergo a complete eye examination, computerized mapping of the cornea, and an ultrasonic measurement of the cornea.

## 3. RISKS

In studies done in Europe since the 1990's, there have been no long-term complications of this treatment. There was a concern of cataract formation and macular degeneration with the UV light exposure. This has not occurred. Corneal scarring or ulcers can occur during the first few weeks after treatment. This has been rare.

Initials D J

Page 2 of 4

WCI

The risks associated with this procedure include mild to moderate eye discomfort, tearing, sensitivity to light and blurred vision. These symptoms may last for up to one week until the cornea has healed. During this healing phase you will be at increased risk for developing a corneal infection. To prevent and control discomfort and infection, we will be placing a bandage contact lens on your eye and prescribing oral pain medications, topical antibiotics, topical steroids, and topical lubricating drops for the first week after the treatment.

Participation in Cross-Linking will still allow you to be eligible for other treatments of keratoconus, including rigid contact lenses, intra-corneal rings (INTACS), PRK, or a corneal transplant.

4. **BENEFITS**

The probable benefit of this treatment is strengthening your cornea, halting the progression of your corneal disease. It could also partially reverse some of the adverse physical effects (corneal steepness and weakening) of the cornea. However, this cannot be guaranteed.

5. **ALTERNATIVES TO PARTICIPATION IN THE TREATMENT**

Other treatments of keratoconus include correction of vision with contact lenses, Intacs, PRK, or a corneal transplant. Some patients may develop scarring of the cornea during the course of their disease, become intolerant to contact lens wear, or cannot be fitted with contact lenses. These patients may need to undergo a surgical procedure such as a corneal transplant, or placement of intra-corneal rings (INTACS) in order to improve their vision.

6. **COST ASSOCIATED WITH THE TREATMENT**

You will be charged for costs for the collagen crosslinking treatment and your first 30 days of follow-up care at Valley Eye Associates that is included in your cost. However, if your follow-up care is done outside of Valley Eye Associates, that will be billed to your medical insurance. Your medical insurance does not pay for this procedure as collagen crosslinking is a non-covered procedure until the FDA approves the procedure.

7. **REIMBURSEMENT FOR MEDICAL TREATMENT**

Valley Eye Associates does not compensate or provide free medical care for patients in the event that any injury results from treatment. If you become ill or injured as a direct result of treatment, you will receive medical care, but it will not be free of charge even if the injury is a direct result of treatment.

You and/or your health insurance will need to pay for any medical treatment needed as a result or complication of this treatment. Your health insurance company may not, but would be expected to pay for treatment of injuries as a result of your treatment and Valley Eye Associates will bill your insurance if such an event were to occur.

8. You may contact your surgeon, Michael Vrabec, M.D. with questions or concerns at any time at (920) 739-4361.

Initials D J

Page 3 of 4

WCI

* Auth (Verified) *

## VOLUNTARY CONSENT
### (Signature Page)

I have read the information in this consent form (or it has been read to me). All of the above has been explained to me and all of my current questions have been answered. I am encouraged to ask questions about any aspects of this treatment. If I have questions in the future, I should contact:

Name: <u>Dr. Michael Vrabec</u>          Phone Number: <u>920-739-4361</u>

By signing this form, I agree to have Collagen Cross-Linking Treatment to my

☒ Right Eye

☒ Left Eye

Damonta Jennings _____ 8-19-2022
(Print) Name of Participant      Signature of Participant      Date

I certify that the nature and purpose, the potential benefits and possible risks associated with this treatment have been explained to the above individual and that any questions about this information have been answered. A signed copy of this consent will be given to the patient.

_____     _____     _____
(Print) Name of Person Performing   Signature of Person Performing   Date
the Treatment               the Treatment

I certify that the individuals named above as "patient" and "person obtaining consent".

Hally Bessieuen _____ 8/19/22
(Print) Name of Witness      Signature of Witness      Date

Rev. 10-2020

Page 4 of 4

08-19-22;08:57AM;                                                  ;9203809323          #  7/  7

## COLLAGEN CROSS-LINKING PATIENT / COUNSELOR DISCUSSION SHEET          DR. VRABEC

Name Damonta Jennings OD_____ Today's Date _____ Surgery Date _____

1. Procedure: Collagen Cross-Liking      RE / LE / (BOTH EYES)

2. Side Effects/Risks/Alternatives: Discussed/Clarified. Glasses or contact lenses may be necessary for best vision. Bandage contact lens to be worn for several days. Possible need for INTACS or Corneal Transplant in the future.

3. Contact Lenses: Discontinue in the operative eye(s) three (3) days prior to treatment.

4. Re-check: See Dr. _____ , _____ days prior to treatment for _____

5. Patient Notification Fax Report Sent: _____

LOCATION: VALLEY EYE ASSOCIATES, LP, 21 PARK PLACE, APPLETON, WI.  YOU CAN EXPECT TO BE THERE A TOTAL OF 90 MINUTES.  ARRIVE AT_____ ON _____ .

6. Women: Cannot be pregnant.

7. Diet: Please do not eat or drink anything 3 hours prior to your treatment.

8. Driver: You will need a driver to and from Valley Eye Associates on the day of treatment and also a driver to bring you to your follow-up appointment ti

9. Activity Limitations:
   a. Relax the day and evening of your treatment.  Your vision will be blurred; and you will have light sensitivity, discomfort, and tearing.
   b. Plan to be off of work the day of the treatment as well as the following 2 days if you work in a dusty or dirty environment.
   c. No swimming in a chlorinated pool for one week.

10. Before Treatment Use:

   _____ Ibuprofen 600 mg twice a day for 2 days prior to treatment

   _____ Bring iPod to listen to your favorite music.

11. After Treatment Use: **MUST WAIT 2-3 MINUTES BETWEEN ANY EYE DROPS**

   _____ Ofloxacin one drop 4 times a day

   _____ Prednisolone acetate one drop 4 times a day

   _____ Prolensa one drop once a day
   Ketorolac. 4 times

12. Your first follow-up appointment is scheduled for _____ , _____ at _____ a.m. / p.m.

   with Dr. _____ at _____ .

13. Your one week follow-up appointment is scheduled for _____ , _____ at _____ a.m. / p.m.

   with Dr. _____ at _____ .

_Damont_ 2    8-19-2022    _____    _____
Patient Signature    Date          Counselor Signature    Date

Rev 10-2020

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

## REQUEST

| PATIENT NAME (Last, First, M.I.) Jennings, Damonta | | DOC # 669475 | DOB (mm/dd/yyyy) 7/31/96 |
|---|---|---|---|
| REFERRED TO UW | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☒ No |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
University Station Eye clinic for lens fitting

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

**NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE**

## ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 07/21/2022     ☒ CLINIC     ☐ TELEMEDICINE

TIME: 1100 ☒ AM ☐ PM     **OR**     ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: Dr. Jeanpierre | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 7/7/2022 |
|---|---|---|---|---|

## RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Damonta has an excellent fit - Expect one more pair mailed to you. First pair keep as backup.

RECOMMENDATIONS

Begin using new pair. Needs Biotrue or Optifree for cleaning & Disinfecting

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE ____ week(s) ____ month(s) ____ year

## INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

| ☐ Class I | ☐ Class II | ☐ Class III-A | ☐ Class III-B | ☐ Class IV | ☐ Non-Surgical |
|---|---|---|---|---|---|

| PHYSICIAN NAME (Please Print) Amy Walker | PHYSICIAN SIGNATURE | DATE SIGNED 7/21/2022 |
|---|---|---|
| HOSPITAL/CLINIC NAME Univ Station UW Health Madison | | TELEPHONE NUMBER 608 263 7171 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.) Jennings, Damonta D. | | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|---|

| REFERRED TO Valley Eye Associates | CLINIC MEDICAL RECORD # | CLINIC / FACILITY Appleton | APPROPRIATE FOR TELEMEDICINE ☐ Yes  ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule consult prior to corneal crosslinking procedure

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION
Eval and treat

**NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE**

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 7/6/2022   ☒ CLINIC   ☐ TELEMEDICINE

TIME: 0730 ☒ AM ☐ PM   OR   ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: Jeanpierre, Cheryl DO | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 4/28/2022 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Keratoconus both eyes

RECOMMENDATIONS

Collagen Crosslinking both eyes

7/6/22

**DO:**
• Dictate from Recommendations

**DO NOT:**
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☒ CLINIC ☐ TELEMEDICINE _____ week(s) _____ month(s) _____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) Michael Vrabec | PHYSICIAN SIGNATURE | DATE SIGNED 7/6/22 |
|---|---|---|
| HOSPITAL/ CLINIC NAME Valley Eye Associates | | TELEPHONE NUMBER 920-730-4168 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

7480

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.)<br>Jennings, Damonta D. | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |
|---|---|---|---|

| REFERRED TO<br>Opthalmology | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>UW | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes   ☐ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule return to UW to be issued scleral lens

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 6|10|22   ☒ CLINIC   ☐ TELEMEDICINE

TIME: 1230 ☒ AM ☐ PM   **OR**   ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY:<br>Jeanpierre, Cheryl DO | HSU<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>5/23/2022 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Successful AT INSERTION TRAINING for Contacts. He will need a mirror + SALINE + Boston BIOTRUE CLEANER + Clear Care H202 Disinfectant

RECOMMENDATIONS

Call US if He Has Problems. RTC One more time 1-2 August

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☒ CLINIC ☐ TELEMEDICINE _____ week(s) _____ month(s) _____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print)<br>Amy WALKER | PHYSICIAN SIGNATURE | DATE SIGNED<br>6/16/22 |
|---|---|---|
| HOSPITAL/ CLINIC NAME<br>UW Health UNIV STATION | | TELEPHONE NUMBER<br>608 263 7171 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.) | | DOC # | DOB (mm/dd/yyyy) |
|---|---|---|---|
| Jennings, Damonta D. | | 669475 | 07/31/1996 |

| REFERRED TO | CLINIC MEDICAL RECORD # | CLINIC / FACILITY | APPROPRIATE FOR TELEMEDICINE |
|---|---|---|---|
| Ophthalmology | 3555069 | UW | ☐ Yes  ☒ No |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule return to U-station for scleral lens fitting

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 5/12/2022    ☒ CLINIC    ☐ TELEMEDICINE

TIME: 1100 ☒ AM ☐ PM    OR    ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: | HSU | PHONE NUMBER | FAX NUMBER | DATE (mm/dd/yyyy): |
|---|---|---|---|---|
| Jeanpierre, Cheryl DO | WCI | 920-324-7259 | 920-324-7254 | 4/8/2022 |

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Excellent Scleral Contact Lens Fit Today for Keratoconus — Achieves 20/20 Vision

RECOMMENDATIONS

Order first pair
Return for Training

DO:
• Dictate from Recommendations

DO NOT:
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE _____ week(s) __1__ month(s) _____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I  ☐ Class II  ☐ Class III-A  ☐ Class III-B  ☐ Class IV  ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) | PHYSICIAN SIGNATURE | DATE SIGNED |
|---|---|---|
| AMY WALKER | | 5/12/22 |

| HOSPITAL/ CLINIC NAME | | TELEPHONE NUMBER |
|---|---|---|
| UW Health  UNIV STATION | | 608 263 7171 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

*COPIES*          **WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

## REQUEST

| PATIENT NAME (Last, First, M.I.) | | DOC # | DOB (mm/dd/yyyy) |
|---|---|---|---|
| JENNINGS, DAMONTA D | | 669475 | 07/31/1996 |

| REFERRED TO | CLINIC MEDICAL RECORD # | CLINIC / FACILITY | APPROPRIATE FOR TELEMEDICINE |
|---|---|---|---|
| UW | 3555069 | Optometry | ☐ Yes  ☐ No |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule CTL Visit

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

## NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

## ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

☐ PE/Progress Note Extracts     ☐ Medical Imaging     ☐ Other

☐ Lab Results     ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 3/28/2022     ☒ CLINIC     ☐ TELEMEDICINE

TIME: 0820  ☒ AM  ☐ PM     **OR**     ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: | HSU | | PHONE NUMBER | FAX NUMBER | DATE (mm/dd/yyyy): |
|---|---|---|---|---|---|
| Mary Moore, APNP | WCI | | 920-324-7259 | 920-324-7254 | 10/28/2021 |

## RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

1.) Keratoconus OS > OD

*NOT SURE WHAT THIS IS*

RECOMMENDATIONS
1.) Corneal X-linking would be very beneficial to patient. Keratoconus is progressing. Will need to return to office for scleral/RGP lens fitting. Corneal Cross-linking may be able to prevent need for corneal change. Please approve ASAP.

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointment
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP:  ☐ CLINIC  ☐ TELEMEDICINE  |  ___ week(s)  ___ month(s)  ___ year

## INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

☐ Class I  ☐ Class II  ☐ Class III-A  ☐ Class III-B  ☐ Class IV  ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) | PHYSICIAN SIGNATURE | DATE SIGNED |
|---|---|---|
| Kevin Kurr | | 3/28/23 |

HOSPITAL/ CLINIC NAME
University Station

TELEPHONE NUMBER
(608) 213-3186

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

# UWHealth

UNIVERSITY STATION OPHTHALMOLOGY 1ST FLOOR
2880 UNIVERSITY AVE
MADISON, WI 53705
Phone: 608-263-7171

# Optical Prescription

Name: **Damonta D Jennings**

## Patient Demographics

| Patient Name | DOB | Phone (Permanent) |
|---|---|---|
| Jennings, Damonta D | 7/31/1996 | 920-324-7259 (Home) *Preferred* |

## Glasses Prescription (3/28/2022)

| | Sphere | Cylinder | Axis |
|---|---|---|---|
| Right. | -2.00 | +5.00 | 003 |
| Left | -2.50 | +6.00 | 015 |

Type: SVD
Expiration Date: 03/28/23

Prescribed by Kevin Kurt O.D.

This prescription expires 1 year from the visit date unless stated otherwise above.

Jennings, Damonta D Printed at 3/28/22 9:22 AM                    Page 1 of 1

WCI

**\* Modified \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

## REQUEST

| PATIENT NAME (Last, First, M.I.)<br>JENNINGS, DAMONTA D | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |
|---|---|---|---|
| REFERRED TO<br>UW | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>Optometry | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes ☐ No |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule CTL Visit

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

### NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

### ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

☐ PE/Progress Note Extracts  ☐ Medical Imaging  ☐ Other

☐ Lab Results  ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy): <u>3/28/2022</u>  ☒ CLINIC  ☐ TELEMEDICINE

TIME: 0820 ☒ AM ☐ PM  **OR**  ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY:<br>Mary Moore, APNP | HSU<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>10/28/2021 |
|---|---|---|---|---|

## RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

1.) Keratoconus OS > OD

RECOMMENDATIONS

1.) Corneal X-linking would be very beneficial to patient. Keratoconus is progressing. Will need to return to office for scleral/RGP lens fitting. Corneal Cross-linking may be able to prevent need for corneal transplant. Please approve ASAP.

DO:
- Dictate from Recommendations

DO NOT:
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE _____ week(s) _____ month(s) _____ year

### INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

☐ Class I ☐ Class II ☐ Class III-A ☐ Class III-B ☐ Class IV ☐ Non-Surgical

| PHYSICIAN NAME (Please Print)<br>Kevin Kurr | PHYSICIAN SIGNATURE | DATE SIGNED<br>3/28/22 |
|---|---|---|
| HOSPITAL/ CLINIC NAME<br>University Station | | TELEPHONE NUMBER<br>(608) 213-3186 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record 1/28/22

WCI

**\* Modified \***

# UWHealth

UNIVERSITY STATION OPHTHALMOLOGY 1ST FLOOR
2880 UNIVERSITY AVE
MADISON, WI 53705
Phone: 608-263-7171

# Optical Prescription

Name: **Damonta D Jennings**

## Patient Demographics

| Patient Name | DOB | Phone (Permanent) |
|---|---|---|
| Jennings, Damonta D | 7/31/1996 | 920-324-7259 (Home) *Preferred* |

## Glasses Prescription (3/28/2022)

|  | Sphere | Cylinder | Axis |
|---|---|---|---|
| Right | -2.00 | +5.00 | 003 |
| Left | -2.50 | +6.00 | 015 |

Type: SVD
Expiration Date: 03/28/23

Prescribed by Kevin Kurt O.D.

This prescription expires 1 year from the visit date unless stated otherwise above.

WCI

**\* Modified \***

Jennings, Damonta D DOB: 7/31/1996 (MR#54753945) Printed by LANING - CARELI...    Page 1 of 4

$669475$

Printed from UW Health Care Link.

Please visit uwhealth.org/medrecords for information on obtaining official copies of the medical records.

| Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 | Encounter Date: 03/28/2022 |
|---|---|

# Jennings, Damonta D

MRN: 3555069

**Office Visit** 3/28/2022
UNIVERSITY STATION
OPHTHALMOLOGY 1ST
FLOOR

Provider: Kevin D Kurt, OD (Optometry)
Primary diagnosis: Keratoconus of both eyes
Reason for Visit: Eye Exam 📄; Referred by No Pcp Uwnopcp

## Progress Notes
Kevin D Kurt, OD (Optometrist) • Ophthalmology

Damonta D Jennings is a 25 year old patient who presents for CLC today.

Chief complaint: patient reports worsening vision since last visit. Does not currently have glasses that work well for him.

Past Ocular History: Keratoconus OU

Ocular Medications: none

PMH: There is no problem list on file for this patient.

Allergy: No Known Allergies

Reviewed gross VFs and basic sensorimotor exam and agree

ROS and PFSH, medications, allergies and tech notes have been reviewed with patient. Patient is oriented to time, place and person with appropriate mood and affect.

Assessment:

1. Keratoconus OU
   -Topography and refraction done

2. Myopia OU Astigmatism OU

Plan:

1. Letter to DOC. Requesting approval for corneal cross-linking. Pt will need to return to university station for RGP/ scleral fitting. Letter to Conlin.

2. Gave new glasses RX. Discussed limitations of glasses 2/2 KC

https://uwhealthcarelink.org/carelink/epiccare/PatSummaryReport.asp?context=1521&Repo...    5/1/2022

WCI

**\* Modified \***

I reviewed today's documented chief complaint, review of systems, past medical, family and social history with the patient and agree. I have personally examined the patient in all areas completed in the Main Exam, making changes as appropriate. In addition, I have personally examined all areas in the Base Exam. I have also reviewed my assessment and plan with the patient and their family.

The information in this document, created by the medical scribe for me, accurately reflects the services I personally performed and the decisions made by me. I have reviewed and approved this document for accuracy.

Kevin D Kurt, OD, 03/29/22, 9:02 AM.

## Corneal Topography, Bilateral (92025) – Today

**Technician's Notes**
Submitted by: Julie S Lewis, Ophth Tech - 3/28/2022 - 8:35 AM .
**Notes**
OD: keratoconus
OS: keratoconus

**Linked Images**
CORNEAL TOPOGRAPHY, BILATERAL

## HPI

**Eye Exam**
Additional comments: CLC

Last edited by Jordan P Guevara, COA on 3/28/2022  8:26 AM. (History)

## Base Eye Exam

### Visual Acuity (Snellen - Linear)

|  | Right | Left |
|---|---|---|
| Dist sc | 20/150 | HM |
| Dist ph sc | 20/50 +2 |  |

### Pupils

|  | Pupils | APD |
|---|---|---|
| Right | PERRL | None |
| Left | PERRL | None |

### Visual Fields

| Left | Right |
|---|---|
| Full | Full |

### Extraocular Movement

| Right | Left |
|---|---|
| Full | Full |

### Neuro/Psych
Oriented x3: Yes
Mood/Affect: Normal

Edited by: Jordan P Guevara, COA; Kevin D Kurt, OD

## Slit Lamp and Fundus Exam

**External Exam**

WCI

**\* Modified \***

|  | Right | Left |
|---|---|---|
| External | Normal | Normal |

## Slit Lamp Exam

|  | Right | Left |
|---|---|---|
| Lids/Lashes | Normal | Normal |
| Conjunctiva/Sclera | White and quiet | White and quiet |
| Cornea | inf-central outpouching. Mild Rizutti | inf-central outpouching/thinning, subepi fibrosis. Mild Rizzuti |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive | Round and reactive |
| Lens | Clear, | Clear |
| Vitreous | Normal | Normal |

Edited by: Kevin D Kurt, OD

## Refraction

### Manifest Refraction (Auto)

|  | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right | -8.25 | +4.75 | 128 |  |
| Left |  |  |  |  |

### Final Rx

|  | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right | -2.00 | +5.00 | 003 | 20/40+2 |
| Left | -2.50 | +6.00 | 015 | 20/150 |

Type: SVD
Expiration Date: 03/28/23

### Manifest Refraction #2

|  | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right | -2.00 | +5.00 | 003 | 20/40+2 |
| Left | -2.50 | +6.00 | 015 | 20/150 |

### Manifest Refraction Comments

OS unable

Edited by: Jordan P Guevara, COA; Viviana Robinson; Kevin D Kurt, OD

## Additional Documentation

| Vitals: | Pain Sc 0 - No Pain |
|---|---|
| Flowsheets: | COVID-19 Screening, Facility Charge Capture, Encounter Data |
| SmartForms: | UWOP LEARNING ASSESSMENT |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report, Printable Report |

## Communications

✉ Letter sent to Karina A Conlin, OD
Sent 3/29/2022

## Ambulatory Encounter Audit

Audit Encounter

## Destination Communication History

Coordination has not been started for this encounter.

## Durable Medical Equipment Communication History

Coordination has not been started for this encounter.

WCI

**\* Modified \***

Jennings, Damonta D DOB: 7/31/1996 (MR#54753945) Printed by LANING - CARELI...    Page 4 of 4

## Dialysis/Infusion Communication History
Coordination has not been started for this encounter.

## Home Medical Care Communication History
Coordination has not been started for this encounter.

## Community Resources Communication History
Coordination has not been started for this encounter.

---

### Orders Placed
⚗CORNEAL TOPOGRAPHY, BILATERAL No remaining occurrences
REFRACTION

---

### Spectacle Rx
1. SVD ↩

---

### Medication Changes
None

---

### Visit Diagnoses
◆Keratoconus of both eyes
 Myopia of both eyes
 Regular astigmatism of both eyes

---

### Linked Research Studies
No research study is linked to this encounter.

Printed by JESSE LANING - CareLink at 5/1/2022 9:12 PM

https://uwhealthcarelink.org/carelink/epiccare/PatSummaryReport.asp?context=1521&Repo...    5/1/2022

WCI

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

## REQUEST

| PATIENT NAME (Last, First, M.I.)<br>JENNINGS, DAMONTA D | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |
|---|---|---|---|

| REFERRED TO<br>UW | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>Ophthalomogy | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule repeat Pentacam 2-3 months..

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

## ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract<br>2/22/21 | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): ~~11/17/2021~~  ☒ CLINIC   ☐ TELEMEDICINE

TIME: 0820 ☒ AM ☐ PM   **OR**   ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY:<br>Mary Moore, APNP | HSU<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>6/10/2021 |
|---|---|---|---|---|

## RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

See

RECOMMENDATIONS

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE _____ week(s) _____ month(s) _____ year

## INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) | PHYSICIAN SIGNATURE | DATE SIGNED<br>9/22/21 |
|---|---|---|
| HOSPITAL/ CLINIC NAME | | TELEPHONE NUMBER |

9/22/21

**DISTRIBUTION:** Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

* Auth (Verified) *

# AFTER VISIT SUMMARY

**UWHealth**

**Damonta D. Jennings** DoB: 7/31/1996 · 📅 9/22/2021 8:20 AM · ◉ UWH OPHTHALMOLOGY 608-263-6070

## Instructions from Physician Shilpa G Reddy, MD

**Keratoconus both eyes**
- Discussed etiology and management of this issues; due to severity, will send to Cornea
    - Of note, there is not corneal cross-linking available in a secure facility at UW, and it is likely that this procedure would help the patient. It would be preferable for the patient to see a non-UW Cornea physician with cross-linking facilities available. I will set him up with our Cornea specialist, but if he can be sent to a non-UW provider with cross-linking instead, this would be optimal recommend this plan of action.

- Will need hard CTL visit

**RTC Cornea (although better if can be seen by Cornea outside UW for potential cross-linking, which is not available) NA**

**RTC Optometry here at UW for CTL visit**

## Today's Visit



You saw Physician Shilpa G Reddy, MD on Wednesday September 22, 2021. The following issue was addressed: Keratoconus of both eyes.

## What's Next

You currently have no upcoming appointments scheduled.

Primary Care Provider
No Pcp Uwnopcp

If the listed Primary Care information is incorrect or there is no Primary Care Provider listed, please call UW Health Patient Resources at 608-821-4819 (toll free: 1-800-552-4255) or visit our website at www.uwhealth.org. If there are questions about today's visit, please call 608-263-6070.

## Influenza Season

Schedule your Flu Vaccine
Getting the COVID-19 vaccine and the influenza vaccine is the best way to protect you and your loved ones against both viruses, and potentially serious illness and complications from these infections.

WCI

**\* Auth (Verified) \***

## Influenza Season (continued)

Everyone six months of age and older should get a flu vaccine every year. Schedule your appointment online with MyChart or call your primary care clinic. For more information about the flu and scheduling go to uwhealth.org/conditions/flu.

Everyone 12 years of age and older are eligible to receive the COVID-19 vaccine. To schedule an appointment for a first dose of the COVID-19 vaccine go to uwhealth.org/covid-19-vaccine.

If you have already received your both vaccines – Thank you

If you or a family member is feeling ill they should call their primary care clinic first for assistance to determine the best care options.

Programe su cita para la vacuna de la gripe

Recibir la vacuna contra el COVID-19 y la vacuna contra la gripe es la mejor forma de protegerse a usted mismo y a sus seres queridos contra ambos virus, y las enfermedades y complicaciones graves que potencialmente pueden ocurrir a causa de estas infecciones.

Todas las personas de seis meses de edad o más deben recibir la vacuna contra la gripe cada año. Programe su cita en línea a través de MyChart o llame a su clínica de cuidados primarios. Para obtener más información acerca de la gripe y de cómo programar su vacuna, diríjase a uwhealth.org/conditions/flu.

Todas las personas de 12 años o más son elegibles para recibir la vacuna contra el COVID-19. Para programar una cita para la primera dosis de la vacuna contra el COVID-19, diríjase a uwhealth.org/covid-19-vaccine.

Si usted ya ha recibido ambas vacunas, Gracias.

Si usted o un miembro de su familia se está sintiendo enfermo, deben llamar primero a su Clinica de cuidados primarios para recibir asistencia acerca de cómo determinar las mejores opciones de atención.

Research Opportunity

UW Health and the UW School of Medicine and Public Health are key partners in the All of Us Research Program, a massive NIH research program that will contribute to the future of health care in Wisconsin and beyond, and you have the opportunity to be a part of this historic effort by volunteering as a participant.

Want to find out more? Please visit https://allofus.wisc.edu/uwh/. You can also reach the All of Us Research Program at UW by calling 888-294-2661 or email us at allofus@hslc.wisc.edu.

## Allergies as of 9/22/2021

*No Known Allergies*

## Immunization Information

If vaccines were administered today, you can find the Vaccine Information Sheets (VIS) at https://www.cdc.gov/vaccines/hcp/vis/current-vis.html.

## Health Maintenance

| Topic | Status | Last Satisfying Date | Due Date |
|-------|--------|----------------------|----------|
| MMR Vaccine | Overdue | | 07/31/1997 |

Damonta D. Jennings (MRN: 3555069) · Printed at 9/22/21  9:39 AM

WCI

**\* Auth (Verified) \***

| Topic | | Status | Last Satisfying Date | Due Date |
|---|---|---|---|---|
| HPV Vaccine | | Overdue | | 07/31/2007 |
| COVID-19 Vaccination (1) | | Overdue | | 07/31/2008 |
| Cholesterol Screening | | Overdue | | 07/31/2013 |
| DTaP/Tdap/Td Vaccine | | Overdue | | 07/31/2015 |
| Flu Vaccine | | Overdue | | 08/01/2021 |
| Hib Vaccine | | | | Aged Out |
| Hepatitis B Vaccine | | | | Aged Out |
| Polio Vaccine | | | | Aged Out |
| Hepatitis A Vaccine | | | | Aged Out |
| Meningococcal (MCV4) Vaccine | | | | Aged Out |
| Pneumococcal Vaccine | | | | Aged Out |

If you have questions or believe the information to be incomplete, please contact your primary care clinic.

For more information about the benefits of Health Maintenance screening, please visit our website:

## Results From Your Visit

As part of your visit, your provider may have ordered labs or other diagnostic tests. Final results (with rare exception) will be available to you immediately in MyChart. At UW Health, we believe that sharing information builds trust and better relationships. We believe that you should be able to see your results as soon as they are available. However, this means that you may see results even before your health care provider has seen them. Some test results may be hard to understand. Other results may show a serious disease, like cancer. Please be assured we review every result and will contact you with any result that is concerning. You may always follow back up with your provider with questions or concerns.

## MyChart

UW Health MyChart is an Internet based service that allows patients or their proxies to access personal medical information and clinic services on-line.

## Your Medication List as of September 22, 2021 9:39 AM

You have not been prescribed any medications.

WCI

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS                                              **WISCONSIN**
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

# OFF-SITE SERVICE REQUEST AND REPORT

**EQUEST**

| ATIENT NAME (Last, First, M.I.) JENNINGS, DAMONTA D | | | DOC # 669475 | DOB (mm/dd/yyyy) 7/31/1996 |
|---|---|---|---|---|

| REFERRED TO UW | CLINIC MEDICAL RECORD # | CLINIC / FACILITY Opthalmology | APPROPRIATE FOR TELEMEDICINE ☐ Yes  ☐ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule with UW for repeat Pentacam in 4-5 months

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 8/11/21   ☐ CLINIC   ☐ TELEMEDICINE

TIME: 1240  ☐ AM  ☒ PM        **OR**        ADMISSION DATE (mm/dd/yyyy):

| EFERRED BY: Mary Moore APNP | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 6/2/2021 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

RECOMMENDATIONS

**DO:**
• Dictate from Recommendations

**DO NOT:**
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC   ☐ TELEMEDICINE ____ week(s) ____ month(s) ____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) | PHYSICIAN SIGNATURE | DATE SIGNED |
|---|---|---|
| OSPITAL/ CLINIC NAME | | TELEPHONE NUMBER |

**DISTRIBUTION:** Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

## REQUEST

| PATIENT NAME (Last, First, M.I.) JENNINGS, DAMONTA D | | DOC # 669475 | DOB (mm/dd/yyyy) 7/31/1996 |
|---|---|---|---|

| REFERRED TO UW | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY Opthalmology | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☐ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Consult for suspected corneal ectasia. Needs topography

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

**NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE**

## ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 6/2/21   ☒ CLINIC   ☐ TELEMEDICINE

TIME: 0900 ☐ AM ☐ PM    **OR**    ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: Mary Moore APNP | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 3/11/2021 |
|---|---|---|---|---|

## RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:  See AVS

| RECOMMENDATIONS  See AVS | **DO:** • Dictate from Recommendations **DO NOT:** • Inform Patient of Upcoming Appointments • Prescribe Comfort Measures Unrelated to your Specialty |
|---|---|

FOLLOW-UP:  ☐ CLINIC   ☐ TELEMEDICINE   _____ week(s)   _____ month(s)   _____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) Jacob Evans | PHYSICIAN SIGNATURE | DATE SIGNED 6-2-21 |
|---|---|---|
| HOSPITAL/ CLINIC NAME | | TELEPHONE NUMBER |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

* Auth (Verified) *

## CLASSIFICATION OF MEDICAL AND SURGICAL CONDITIONS

**Class I:**   **EMERGENCY CARE - MEDICALLY MANDATORY:**
An emergency is a potentially life-threatening condition requiring immediate care. A delay in treatment may result in death or permanent serious impairment of the patient's health

**Class II:**   **URGENT CARE - PRESENTLY MEDICALLY NECESSARY:**
An urgent care problem, while not an emergency, is one which delay of treatment would present a medically unacceptable risk for serious bodily harm, disability, or further deterioration in the patient's condition.

**No prior authorization to proceed with care is required for Class I or II.**

**Class III:**   **NON-URGENT - MEDICALLY ACCEPTABLE:**
A non-urgent condition is one which at present does not represent a significant threat to the patient's general medical health and which is not likely to pose such a threat in the foreseeable future. Surgical procedures can be performed at the convenience of the physicians, persons and institutions involved. Non-urgent cases are of two types:

**Class III-A:** Those involving persistent pain and experiencing serious discomfort or rapidly progressive disease or impairment, or where severity of pain has been progressive. The condition must be subject to surgical or medical correction or arrest. While no ill effects will result from a delay of several weeks or months, adequate care dictates the performance of medical or surgical procedures as soon as scheduling will reasonably permit. *Examples*  include symptomatic ulcerated varicosities, non-incarcerated symptomatic hernias, large hemorrhoids, and painful bunions.

**Class III-B:** Those *not* involving persistent pain, rapidly progressive disease or impairment and not solely for the convenience of the patient. No medical effects will result from surgical delay of months or years. This is the sort of procedure which a non-institutionalized or uninsured person might choose to delay until he / she becomes medically insured. *Examples*  include asymptomatic hernias for sedentary patients, benign non-inflammatory cysts, orthopedic problems where there is no persistent pain or inflammation, minor nasal reconstruction, non-cancerous skin lesions, and cases manageable with non-narcotics.

**In both instances, prior authorization is required.**

**Class IV:**   **ELECTIVE NON-COVERED CARE SERVICES - CONVENIENCE OF PATIENT**
These services are not reasonably or medically necessary or required in accordance with accepted medical standards for medical or surgical practice. *Examples*  include, fertility and contraceptive surgery, elective circumcisions, weight reduction surgery, experimental treatment or surgery, professional services by a chiropractor, plastic or cosmetic surgery unless necessary to achieve normal bodily function after accidental bodily injury occurring while in state custody. These are **not authorized** under the Bureau's health care plan.

DISTRIBUTION: Original – Medical Chart, Consultations Section or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

**\* Auth (Verified) \***

## AFTER VISIT SUMMARY

**UWHealth**

**Damonta D. Jennings** DoB: 7/31/1996 · 📅 6/2/2021 9:00 AM · ♀ UWH OPHTHALMOLOGY 608-263-6070

### Instructions from Shilpa G Reddy, MD

**Corneal ectasia - Suspect keratoconus** based on exam
-MRx today (has no glasses currently, has never worn glasses, had good vision in the past.) **Recommend glasses wear**
-Followup with pentacam 1-2 months, repeat pentacam 4-5 months, then 6 mo security clinic with DFE to discuss management options

 **Orders placed today**
CORNEAL TOPOGRAPHY, BILATERAL
Complete as directed

 **Return for pentacam 1-2 months, repeat pentacam 4-5 months, then 6 mo security clinic.**

### Today's Visit

 You saw Shilpa G Reddy, MD on Wednesday June 2, 2021. The following issue was addressed: Corneal ectasia of both eyes.

### What's Next

You currently have no upcoming appointments scheduled.

Primary Care Provider

No Pcp Uwnopcp

If the listed Primary Care information is incorrect or there is no Primary Care Provider listed, please call UW Health Patient Resources at 608-821-4819 (toll free: 1-800-552-4255) or visit our website at www.uwhealth.org. If there are questions about today's visit, please call 608-263-6070.

Research Opportunity

UW Health and the UW School of Medicine and Public Health are key partners in the All of Us Research Program, a massive NIH research program that will contribute to the future of health care in Wisconsin and beyond, and you have the opportunity to be a part of this historic effort by volunteering as a participant.

Want to find out more? Please visit https://allofus.wisc.edu/uwh/. You can also reach the All of Us Research Program at UW by calling 888-294-2661 or email us at allofus@hslc.wisc.edu.

 
Case 2:22-cv-01205-JPS Filed 10/03/25 Page 184 of 315 Document 76-10184

**\* Auth (Verified) \***

## Allergies as of 6/2/2021
No Known Allergies

## Immunization Information
If vaccines were administered today, you can find the Vaccine Information Sheets (VIS) at https://www.cdc.gov/vaccines/hcp/vis/current-vis.html.

## Health Maintenance

| Topic | Status | Last Satisfying Date | Due Date |
|---|---|---|---|
| HPV Vaccine | Overdue | | 07/31/2007 |
| COVID-19 Vaccination (1) | Overdue | | 07/31/2008 |
| Cholesterol Screening | Overdue | | 07/31/2013 |
| DTaP/Tdap/Td Vaccine | Overdue | | 07/31/2015 |
| Flu Vaccine | | | 09/01/2021 |
| Hib Vaccine | | | Aged Out |
| Hepatitis B Vaccine | | | Aged Out |
| Polio Vaccine | | | Aged Out |
| Hepatitis A Vaccine | | | Aged Out |
| Pneumococcal Vaccine | | | Aged Out |

If you have questions or believe the information to be incomplete, please contact your primary care clinic.

For more information about the benefits of Health Maintenance screening, please visit our website:

## Results From Your Visit
As part of your visit, your provider may have ordered labs or other diagnostic tests. Final results (with rare exception) will be available to you immediately in MyChart. At UW Health, we believe that sharing information builds trust and better relationships. We believe that you should be able to see your results as soon as they are available. However, this means that you may see results even before your health care provider has seen them. Some test results may be hard to understand. Other results may show a serious disease, like cancer. Please be assured we review every result and will contact you with any result that is concerning. You may always follow back up with your provider with questions or concerns.

## MyChart
UW Health MyChart is an Internet based service that allows patients or their proxies to access personal medical information and clinic services on-line.

## Your Medication List as of June 2, 2021  9:57 AM
You have not been prescribed any medications.

Damonta D. Je ⁓ gs (MRN: 3555069) Printed at 6/2/21  9⁓ ⁓ AM          P⁓ e 2 of 2  *Epic*

WCI

**\* Auth (Verified) \***



# UWHealth

UWH OPHTHALMOLOGY
600 Highland Ave
Madison, WI 53792
Phone 608-263-6070
www.uwhealth.org

## Optical Prescription

Name: **Damonta D Jennings**         Visit Date: **6/2/2021**

### Patient Demographics

| Patient Name | HAR | DOB | Phone (Permanent) |
|---|---|---|---|
| Jennings, Damonta D | 24719218 | 7/31/1996 | 920-324-7259 (Home) |

### Glasses Prescription

| | Sphere | Cylinder | Axis |
|---|---|---|---|
| Right | -3.00 | +5.25 | 162 |
| Left | -2.50 | +5.25 | 019 |

This prescription expires 1 year from the visit date unless stated otherwise above.

WCI

---

## *Psychiatric*

DOCUMENT NAME:                                          Psychiatric Progress Note
SERVICE DATE/TIME:                                      2/6/2024 15:44 CST
RESULT STATUS:                                          Auth (Verified)
PERFORM INFORMATION:                                    Nwaeze,APNP,Ijeoma (2/6/2024 15:46 CST)
SIGN INFORMATION:                                       Nwaeze,APNP,Ijeoma (2/6/2024 15:46 CST)

Per HSU scheduler, patient refused scheduled psychiatry follow up appointment.  He is not on psychotropic medications.  To buy melatonin for sleep.  He will be rescheduled.

*Electronically Signed on 02/06/24 03:46 PM*

_____

*Nwaeze, Ijeoma  APNP*

════════════════════════════════════════════════════════

DOCUMENT NAME:                                          Psychiatric Progress Note
SERVICE DATE/TIME:                                      12/12/2023 09:02 CST
RESULT STATUS:                                          Auth (Verified)
PERFORM INFORMATION:                                    Nwaeze,APNP,Ijeoma (12/12/2023 09:48 CST)
SIGN INFORMATION:                                       Nwaeze,APNP,Ijeoma (12/12/2023 09:48 CST)

### Subjective/HPI
Chief Complaint: Initial Psychiatry
Location: /WCI

Damonta Jennings is a 27 year-old black male with no prior mental health treatment is referred to psychiatry for "meds for nightmare"  He is seen today for scheduled initial psychiatry evaluation and medication management.  Information for this visit is gathered from direct patient interview, review of past psychiatry and medical progress notes, PSU notes, nursing notes, laboratory values and direct communication with unit staff.   He has been in DOC since 6/21/2018 and had no prior contact with psychiatry. Per PSU note of 10/30/23, was in "emotional distress' after eye appointment cancelled.  MH -1.  Reviewed Nursing notes of 10/30/23, 12/4/23 and HsR of 12/2/23. Consents to telepsychiatry interview and evaluation. PIOC identifies self by name, DOB and DOC #.  Reports "problems with depression, sleep, nightmares, stressed out." He reports being overly frustrated with treatment for his eyes.  He finally had Ophthalmology consult yesterday, 12/11/23, and was told will have eye surgery in about "5-6 months."  States that he feels better emotionally about his health.  Reports other frustration is with movement restriction.  Discuss and admits slight improvement.  He reports main concerns is difficulty with sleep.  Reports falling asleep around 10 or 10:30am, and wakes up around 2 or 2:30am.  He reports waking up due to 'drams, visions and nightmares" and unable to go back to sleep.  He reports happening even out in the community, worse now occurring 3x/week. He reports days doing legal work, watching TV, exercising playing games, interacting with cellmate, 'you know things of that nature."   Appetite is good, eats 3 full meals a day, and snacks.  Motivation and energy are good.  Denies anxiety or depressive symptoms. Denies anhedonia.  He denie isolating. he enjoys playing games and talking to his cellmate. he enjoys talking to his friends and family.  Denies thoughts of does not feel hopeless.  Says he has faith, "very strong willed."  Denies  mania/hypomanic symptoms. Patient denies A/V hallucinations, paranoia or delusional thought process. No SI/HI or safety/self-harm concerns. Patient denies thoughts of harm to others.  He has strong support system. He remains connected with the outside; daily phone calls to family and friends.  Says he gets visits and send emails.
Reviews and identified sad feeling and frustration associated with fear of loosing his sight.  He prefers to have sleep aid.  Reviews options, had not used sleep aid in the

### Past Psychiatric History
No qualifying data available.
Denies history of psychiatric hospitalization.
Denies history of prior mental health treatment
Denies history of suicide attempt or self harm behaviors.

### Problem List/Past Medical History
Ongoing
    Encounter for medical care
Historical
    No qualifying data

### Substance Abuse History
Cannabis; tried 12, says tried in institution once and had a conduct report.
Alcohol: no history of use
Percocet; started at age 16, till incarceration in 2017 at 21.

### Legal History
On 1st incarceration.

### Family Psychiatric History
Denies family history

### Social History
Alcohol
    None
Exercise
    Minutes per day: 0.
Substance Use
    Prescription medications, Daily, Previous treatment: None. IV drug use: No.
Tobacco

---

---

## *Psychiatric*

past and agrees to try melatonin first. He will purchase from catalog and follow up in 8 weeks.

### Mental Status Exam

Damonta Jennings is a 27 year-old black male. He is wearing prison issued clothing and his hygiene appears adequate. He appears oriented to person, place, time and situation; x 4. He remains alert, calm & cooperative throughout the clinical contact. He maintains appropriate eye contact. He presents with euthymic affect of full range. His speech is standard in volume, tone & rhythm. No unusual mannerism, tics, gestures or psychomotor agitation or retardation observed. His thought content is non-delusional & free from obvious paranoia & his thought process appear both linear & organized. He does not appear to be responding to internal stimuli & his insight & judgement seemed to be intact. There were no gross memory deficits.

### Impression

Patient with disturbed sleep and frustration secondary to medical issues. he agrees to try melatonin first and follow up in 8 weeks.He denies depressive feeling. Patient appears to have appropriate mental capacity and volition to make decisions and to act on those decisions for himself. No acute safety concerns identified at this appointment. He appears credible in denial of suicidal and homicidal ideations at this interview and does not appear to pose an imminent risk of harm to self or others. Agrees to let staff know of thoughts of suicide or worsening symptoms or medication side effects.

### Diagnoses

Unspecified depressive disorder per *Psychology*
Unspecified trauma- and stressor-related disorder per P*sychology*

### Assessment and Treatment Plan

1. Patient agrees to try melatonin for sleep
2. Avoid caffeine, stay hydrated, encourage healthy life style choices, practice good sleep hygiene and exercise to improve mood and sleep.
3. Follow up with PSU per PSU protocol.
4. Encourage to report to Security staff and PSU thoughts of suicide, self-harm or harm to others.
5. Submit a slip to psychiatry for mental health concerns related to symptoms or medications.
6. The patient had no further questions at the end of session

### Follow Up Interval

8 weeks or sooner

*Electronically Signed on 12/12/23 09:48 AM*

_____

*Nwaeze, Ijeoma  APNP*

Smoking tobacco use: None.
Born and resided in Milwaukee. Raised by parents with 2 sisters and 4 brothers.
10th grade eduction. Earned HSED in 2020 at WCI
Single and no children.

### Current Medications

Current
   Artificial Tears ophthalmic solution
      Range Dose, 1 to 2 Drops, Eye-Both,
      QID - KOP, PRN
   Biotrue Multipurpose Contact Lense
      Solution, 1 bottles, Eye-Both, Daily -
      KOP, PRN
   Contact Lens Saline Solution for
      Sensitive Eyes and Soft Lenses, 1
      bottles, Eye-Both, Daily - KOP
   COVID-19 Vaccine 2023-2024 First
      Monovalent Dose Eval, 1 EA,
      Miscellaneous, Daily - KOP
   Influenza Vaccine Evaluation, 1 EA,
      Oral, Daily - KOP
   ketotifen 0.025% ophthalmic solution, 1
      drops, Eye-Both, BID (AM/HS) - KOP,
      PRN

_____

| Laboratory |
| --- |

**\*\*\* Clinical Documentation Content on Following Page \*\*\***

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 189 of 315     Document 76-1     Ex. 1006 - 0189

**\* Auth (Verified) \***

# EXACT
# SCIENCES
# LABORATORIES

PATIENT:Jennings, Damonta D.
MRN: 8780312, DOB: 7/31/1996, Sex: M

6669475      NWJ05

## Provider Information

| | Name |
|---|---|
| Authorizing Provider | Ryan P Westergaard, MD |

## Order Information

| Priority | Order Date | Diagnosis |
|---|---|---|
| Routine | May 13, 2020 | Encounter for screening for other viral diseases |

## Specimen Information

| Type | Source | Specimen ID | Collected | Received | Result Date |
|---|---|---|---|---|---|
| Swab | Nasal | 20V134-016032 | 5/26/20 | 5/27/20 | 5/28/20 |

## COVID-19

Status: **Final result**   Visible to patient: **No (not released)** Dx: **Encounter for
screening for other vir...**                                              Order: 9059771

| | Ref Range & Units | 5/26/20 10:33 AM | |
|---|---|---|---|
| **SARS-CoV-2 (COVID-19)** | Negative | Negative | |
| **Result Interpretation** | | | |

### Narrative

SARS-CoV-2 (COVID-19) RNA NOT detected. Negative results do not preclude SARS-CoV-2 (COVID-19) infection and should not be used as the sole basis for treatment or other patient management decisions.


TEST DESCRIPTION: This test is a laboratory developed real-time reverse transcription polymerase chain reaction assay intended for the qualitative detection of nucleic acids specific for two regions of the SARS-CoV-2 (COVID-19) viral nucleocapsid N gene and the human RNase P (RP) gene using nasopharyngeal or oropharyngeal swab samples from patients with signs and symptoms of SARS-CoV-2 (COVID-19) respiratory illness.

DISCLAIMER:This test was developed and its performance characteristics determined by Exact Sciences Laboratories. This test has been validated and an FDA independent review of the validation is pending per the Emergency Use Authorization mechanism for laboratories performing high complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research and is part of the COVID-19 national emergency response. This laboratory is certified under the Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high complexity clinical laboratory testing.

| Specimen Collected: 05/26/20 10:33 AM | Last Resulted: 05/28/20  3:50 PM | | | Order Details |
|---|---|---|---|---|

## *Client Order ID and MRN*

Client Order ID:
Client MRN:


## Resulting Lab

------

EXACT SCIENCES LABORATORIES
650 Forward Dr.
MADISON WI 53711
Lab Director: Jennifer Laffin, Ph.D., FACMG


Jennings, Damonta D. (MR # 8780312) DOB: 07/31/1996                    Printed 6/15/20 1:48 PM

WCI

---

| *Laboratory* |
|:---:|

Document Type:                                              COVID19 Antigen POC Test - Text
Service Date/Time:                                       8/10/2022 12:56 CDT
Result Status:                                               Auth (Verified)
Document Subject:                                      POC COVID19 Antigen Test
Sign Information:                                         White,Kim S (8/10/2022 12:56 CDT)

**POC COVID19 Antigen Test Entered On:  8/10/2022 12:56 CDT**
**Performed On:  8/10/2022 12:56 CDT by White, Kim S**

**POC COVID19 Antigen Test**
*COVID Antigen Result :*   Negative
*Symptomatic :*   No
*Collected: :*   8/10/2022 9:31 CDT
*Performed: :*   8/10/2022 9:32 CDT
*Completed: :*   8/10/2022 9:42 CDT
*Previous PCR? :*   Yes
*Close Contact? :*   No
*Testing Facility: :*   WCI
*COVID Test Used? :*   iHealth

<div align="right">White, Kim S - 8/10/2022 12:56 CDT</div>

**NSC ID Risk Screen v.1.2**
<u>ID Risk Factors/Symptoms Grid</u>
*Abdominal (Stomach Pain) :*   No
*Chills :*   No
*Cough. :*   No
*Diarrhea :*   No
*Fatigue :*   No
*Fever :*   No
*Headache :*   No
*Muscle Pain :*   No
*New Loss of Smell :*   No
*New Loss of Taste :*   No
*Runny or Stuffy Nose :*   No
*Shortness of Breath :*   No
*Sore Throat :*   No
*Vomiting :*   No
*Weakness/Numbness :*   No

<div align="right">White, Kim S - 8/10/2022 12:56 CDT</div>

*Recent Travel History :*   No recent travel
*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*   No
*Place/Keep the patient on the Screening List? :*   No

<div align="right">White, Kim S - 8/10/2022 12:56 CDT</div>

---

Report Request ID:   7475566                                          Print Date/Time:   3/4/2024 12:28 CST

_____

---

### *Laboratory*

Document Type:                                    COVID19 Antigen POC Test - Text
Service Date/Time:                                3/22/2022 16:21 CDT
Result Status:                                    Auth (Verified)
Document Subject:                                 POC COVID19 Antigen Test
Sign Information:                                 Taplin,Brian J (4/19/2022 16:21 CDT)

**POC COVID19 Antigen Test Entered On:  4/19/2022 16:22 CDT**
**Performed On:  3/22/2022 16:21 CDT by Taplin, Brian J**

**POC COVID19 Antigen Test**
*COVID Antigen Result :*  Negative
*Symptomatic :*  No
*Collected: :*  3/22/2022 16:21 CDT
*Performed: :*  3/22/2022 16:21 CDT
*Completed: :*  3/22/2022 16:21 CDT
*Previous PCR? :*  Unknown
*Close Contact? :*  No
*Testing Facility: :*  WCI
*COVID Test Used? :*  QuickVue

Taplin, Brian J - 4/19/2022 16:21 CDT

---

### *Laboratory*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, i=Interp Data, *=Performing Lab

| Orderable Name | Procedure | Collected Date | Result | Reference Range | Units |
|---|---|---|---|---|---|
| SARS-COV-2/FLU/RSV Panel-ACL | Influenza A by PCR-ACL | 11/24/2023 | Not Detected [*1] | [Not Detected] | |
| SARS-COV-2/FLU/RSV Panel-ACL | Influenza B by PCR-ACL | 11/24/2023 | Not Detected [*1] | [Not Detected] | |
| SARS-COV-2/FLU/RSV Panel-ACL | Rapid SARS-COV-2 BY PCR-ACL | 11/24/2023 | Not Detected [R *1] | [See Comment] | |
| R: | Reference Range: Not Detected / Detected / Presumptive Positive / Inhibitors present | | | | |
| SARS-COV-2/FLU/RSV Panel-ACL | RSV BY PCR-ACL | 11/24/2023 | Not Detected [*1] | [Not Detected] | |
| SARS-COV-2/FLU/RSV Panel-ACL | Isolation Guidelines-MO-ACL | 11/24/2023 | See Comment [R *1] | | |
| R: | Do not use this test result as the sole decision-maker for discontinuation of isolation. Clinical evaluation should be considered for other respiratory illness requiring transmission-based isolation. | | | | |

_____

_____

> ### *Laboratory*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, i=Interp Data, *=Performing Lab

| Orderable Name | Procedure | Collected Date | Result | Reference Range | Units |
|---|---|---|---|---|---|
| | - No fever (<99.0 F/37.2 C) for at least 24 hours without the use of fever-reducing medications AND <br> - Respiratory symptoms have improved or resolved (e.g. cough, shortness of breath) AND <br> - COVID-19 negative test <br> See COVID-19 Deisolation Resource Guide | | | | |
| SARS-COV-2/FLU/RSV Panel-ACL | Procedural Comment-ACL | 11/24/2023 | See Comment [R] [*1] | | |
| R: | SARS-COV-2 nucleic acid has not been detected indicating the absence of COVID-19. <br> This test was performed using the Cepheid Xpert Xpress SARS-CoV-2/Flu/RSV RT-PCR test that has been given Emergency Use Authorization (EUA) by the United States Food and Drug Administration (FDA). These tests are considered definitive and do not need to be confirmed by another method. <br> Test(s) performed by: <br> AURORA WEST ALLIS MEDICAL CENTER <br> 8901 West Lincoln Avenue <br> WEST ALLIS, Wisconsin 53227 | | | | |
| | COVID19 Antigen Status | 8/10/2022 | Negative | | |
| | COVID19 Antigen Symptomatic | 8/10/2022 | No | | |
| | COVID19 Previous PCR? | 8/10/2022 | Yes | | |
| | COVID19 Testing Location | 8/10/2022 | WCI | | |
| | COVID19 Close Contact? | 8/10/2022 | No | | |
| | COVID19 Collection Time | 8/10/2022 | 8/10/2022 09:31 CDT | | |
| | COVID19 Performed Time | 8/10/2022 | 8/10/2022 09:32 CDT | | |
| | COVID19 Completion Time | 8/10/2022 | 8/10/2022 09:42 CDT | | |
| | COVID19 Antigen Status | 3/22/2022 | Negative | | |
| | COVID19 Antigen Symptomatic | 3/22/2022 | No | | |
| | COVID19 Previous PCR? | 3/22/2022 | Unknown | | |
| | COVID19 Testing Location | 3/22/2022 | WCI | | |
| | COVID19 Close Contact? | 3/22/2022 | No | | |

_____

---

| Laboratory |
|---|

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, i=Interp Data, *=Performing Lab

| Orderable Name | Procedure | Collected Date | Result | Reference Range | Units |
|---|---|---|---|---|---|
| | COVID19 Collection Time | 3/22/2022 | 3/22/2022 16:21 CDT | | |
| | COVID19 Performed Time | 3/22/2022 | 3/22/2022 16:21 CDT | | |
| | COVID19 Completion Time | 3/22/2022 | 3/22/2022 16:21 CDT | | |
| COVID19-WING-Exact Sciences | COVID19-ExactScience | 1/5/2022 | negative [O4] [*1] | | |
| COVID19-ExactScience | COVID19-ExactScience | 6/23/2021 | negative [O5] [*1] | | |
| COVID19-ExactScience | COVID19-ExactScience | 11/10/2020 | Not Detected [O6] [*1] | | |
| COVID19-ExactScience | COVID19-ExactScience | 10/20/2020 | Not Detected [O7] [*1] | | |
| TSH With Reflex - ACL | TSHR-ACL | 7/2/2020 | 1.216 [R] [*1] | [0.350-5.000] | mcUnits/mL |

R: Findings most consistent with euthyroid state, no additional testing suggested. TSH may be normal in patients with thyroid dysfunction and pituitary disease. Clinical correlation recommended.
(Reflex TSH algorithm is not recommended in hospitalized patients. A variety of drugs, as well as serious acute and chronic illnesses may alter thyroid function tests. Commonly implicated drugs include glucocorticoids, dopamine, carbamazepine, iodine, amiodarone, lithium and heparin.)
Test(s) performed by:
AURORA WEST ALLIS MEDICAL CENTER
8901 West Lincoln Avenue
WEST ALLIS, Wisconsin 53227

| Orderable Name | Procedure | Collected Date | Result | Reference Range | Units |
|---|---|---|---|---|---|
| CBC With Automated Differential - ACL | WBC-ACL | 7/2/2020 | 3.8 [L] [*1] | [4.2-11.0] | K/mcL |
| CBC With Automated Differential - ACL | RBC-ACL | 7/2/2020 | 5.58 [*1] | [4.50-5.90] | mil/mcL |
| CBC With Automated Differential - ACL | HGB-ACL | 7/2/2020 | 14.5 [*1] | [13.0-17.0] | g/dL |
| CBC With Automated Differential - ACL | HCT-ACL | 7/2/2020 | 45.0 [*1] | [39.0-51.0] | % |
| CBC With Automated Differential - ACL | MCV-ACL | 7/2/2020 | 80.6 [*1] | [78.0-100.0] | fl |
| CBC With Automated Differential - ACL | MCH-ACL | 7/2/2020 | 26.0 [*1] | [26.0-34.0] | pg |

---

___

## *Laboratory*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, i=Interp Data, *=Performing Lab

| Orderable Name | Procedure | Collected Date | Result | Reference Range | Units |
|---|---|---|---|---|---|
| CBC With Automated Differential - ACL | MCHC-ACL | 7/2/2020 | 32.2 *1 | [32.0-36.5] | g/dL |
| CBC With Automated Differential - ACL | RDWCV-ACL | 7/2/2020 | 12.5 *1 | [11.0-15.0] | % |
| CBC With Automated Differential - ACL | PLTC-ACL | 7/2/2020 | 203 *1 | [140-450] | K/mcL |
| CBC With Automated Differential - ACL | PNEUT-ACL | 7/2/2020 | 33 *1 | | % |
| CBC With Automated Differential - ACL | PLYMS-ACL | 7/2/2020 | 47 *1 | | % |
| CBC With Automated Differential - ACL | PMON-ACL | 7/2/2020 | 15 *1 | | % |
| CBC With Automated Differential - ACL | PEOS-ACL | 7/2/2020 | 3 *1 | | % |
| CBC With Automated Differential - ACL | PBASO-ACL | 7/2/2020 | 1 *1 | | % |
| CBC With Automated Differential - ACL | ANEUT-ACL | 7/2/2020 | 1.3 L *1 | [1.8-7.7] | K/mcL |
| CBC With Automated Differential - ACL | ALYMS-ACL | 7/2/2020 | 1.8 *1 | [1.0-4.8] | K/mcL |
| CBC With Automated Differential - ACL | AMON-ACL | 7/2/2020 | 0.6 *1 | [0.3-0.9] | K/mcL |
| CBC With Automated Differential - ACL | AEOS-ACL | 7/2/2020 | 0.1 *1 | [0.1-0.5] | K/mcL |
| CBC With Automated Differential - ACL | ABASO-ACL | 7/2/2020 | 0.1 *1 | [0.0-0.3] | K/mcL |
| CBC With Automated Differential - ACL | NRBCRE-ACL | 7/2/2020 | 0 *1 | [<=0] | /100 WBC |
| CBC With Automated Differential - ACL | RDW-SD-ACL | 7/2/2020 | 36.2 L R *1 | [39.0-50.0] | fL |

___

## *Laboratory*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, i=Interp Data, *=Performing Lab

| Orderable Name | Procedure | Collected Date | Result | Reference Range | Units |
|---|---|---|---|---|---|
| R: | This is an appended report. These results have been appended to a previously verified report. Test(s) performed by: AURORA WEST ALLIS MEDICAL CENTER 8901 West Lincoln Avenue WEST ALLIS, Wisconsin 53227 | | | | |
| CBC With Automated Differential - ACL | IGRE-ACL | 7/2/2020 | 1 [*1] | | % |
| CBC With Automated Differential - ACL | Absolute Immature Granulocytes WAM-ACL | 7/2/2020 | 0.0 [*1] | [0.0-0.2] | K/mcL |
| Comprehensive Metabolic Panel - ACL | GOT-ACL | 7/2/2020 | 15 [*1] | [<=37] | Units/L |
| Comprehensive Metabolic Panel - ACL | GPT-ACL | 7/2/2020 | 18 [*1] | [<64] | Units/L |
| Comprehensive Metabolic Panel - ACL | BUN-ACL | 7/2/2020 | 12 [*1] | [6-20] | mg/dL |
| Comprehensive Metabolic Panel - ACL | CREA-ACL | 7/2/2020 | 1.08 [*1] | [0.67-1.17] | mg/dL |
| Comprehensive Metabolic Panel - ACL | Glomerular Filtration Rate-ACL | 7/2/2020 | >90 [R *1] | [>90] | mL/min/1.73 m2 |
| R: | eGFR results = or >90 mL/min/1.73m2 = Normal kidney function. | | | | |
| Comprehensive Metabolic Panel - ACL | CA-ACL | 7/2/2020 | 9.6 [R *1] | [8.4-10.2] | mg/dL |
| R: | Test(s) performed by: AURORA WEST ALLIS MEDICAL CENTER 8901 West Lincoln Avenue WEST ALLIS, Wisconsin 53227 | | | | |
| Comprehensive Metabolic Panel - ACL | TP-ACL | 7/2/2020 | 7.5 [*1] | [6.4-8.2] | g/dL |
| Comprehensive Metabolic Panel - ACL | ALB-ACL | 7/2/2020 | 4.3 [*1] | [3.6-5.1] | g/dL |
| Comprehensive Metabolic Panel - ACL | AGR-ACL | 7/2/2020 | 1.3 [*1] | [1.0-2.4] | |
| Comprehensive Metabolic Panel - ACL | NA-ACL | 7/2/2020 | 140 [*1] | [135-145] | mmol/L |

---

### Laboratory

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, i=Interp Data, *=Performing Lab

| Orderable Name | Procedure | Collected Date | Result | Reference Range | Units |
|---|---|---|---|---|---|
| Comprehensive Metabolic Panel - ACL | K-ACL | 7/2/2020 | 3.8 [*1] | [3.4-5.1] | mmol/L |
| Comprehensive Metabolic Panel - ACL | CL-ACL | 7/2/2020 | 105 [*1] | [98-107] | mmol/L |
| Comprehensive Metabolic Panel - ACL | CO2-ACL | 7/2/2020 | 26 [*1] | [21-32] | mmol/L |
| Comprehensive Metabolic Panel - ACL | ALKP-ACL | 7/2/2020 | 79 [*1] | [45-117] | Units/L |
| Comprehensive Metabolic Panel - ACL | GLU-ACL | 7/2/2020 | 88 [*1] | [65-99] | mg/dL |
| Comprehensive Metabolic Panel - ACL | BCRAT-ACL | 7/2/2020 | 11 [*1] | [7-25] | |
| Comprehensive Metabolic Panel - ACL | TBIL-ACL | 7/2/2020 | 1.4 [H *1] | [0.2-1.0] | mg/dL |
| Comprehensive Metabolic Panel - ACL | AGAP-ACL | 7/2/2020 | 13 [*1] | [10-20] | mmol/L |
| Comprehensive Metabolic Panel - ACL | GLOB-ACL | 7/2/2020 | 3.2 [*1] | [2.0-4.0] | g/dL |
| Vitamin D,25-Hydroxy - ACL | 25VD -ACL | 7/2/2020 | 12.2 [L R *1] | [30.0-100.0] | ng/mL |
| R: | <20 ng/mL = Vitamin D deficiency<br>20-29 ng/mL = Vitamin D insufficiency<br>30-100 ng/mL = Optimal Vitamin D<br>>150 ng/mL = Possible toxicity<br>Test(s) performed by:<br>AURORA WEST ALLIS MEDICAL CENTER<br>8901 West Lincoln Avenue<br>WEST ALLIS, Wisconsin 53227 | | | | |
| COVID19-ExactScience | COVID19-ExactScience | 5/26/2020 | Not Detected [O8 *1] | | |

Order Comments

O4:    COVID19-WING-Exact Sciences
       This electronic record was created for EMR documentation of the COVID 19 testing effort of the National Guard.
       Due to the nature of the testing, the actual collected date may not be accurate.

       The written order was placed under the authority of Dr. Ryan Westergaard, and housed with exact sciences. This
       electronic record is not the written order, and is for administrative purposes only to electronically enter results into

---

---

## *Laboratory*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, i=Interp Data, *=Performing Lab

Order Comments
O4:     COVID19-WING-Exact Sciences
        the patient chart in lieu of an interface with exact sciences.

        A notification message will be sent to the PCP of record at the time of the result returning from the National
        Guard.
O5:     COVID19-ExactScience
        This electronic record was created for EMR documentation of the COVID 19 testing effort of the National Guard.
        Due to the nature of the testing, the actual collected date may not be accurate.

        The written order was placed under the authority of Dr. Ryan Westergaard, and housed with exact sciences. This
        electronic record is not the written order, and is for administrative purposes only to electronically enter results into
        the patient chart in lieu of an interface with exact sciences.

        A notification message will be sent to the PCP of record at the time of the result returning from the National
        Guard.
O6:     COVID19-ExactScience
        This electronic record was created for EMR documentation of the COVID 19 testing effort of the National Guard.
        Due to the nature of the testing, the actual collected date may not be accurate.  The testing at this site took place
        on November 10th, 2020.

        BRCC specimen collection must be subbed for DCI and TCI to prevent order status errors.

        The written order was placed under the authority of Dr. Ryan Westergaard, and housed with exact sciences. This
        electronic record is not the written order, and is for administrative purposes only to electronically enter results into
        the patient chart in lieu of an interface with exact sciences.

        A notification message will be sent to the PCP of record at the time of the result returning from the National
        Guard.
O7:     COVID19-ExactScience
        This electronic record was created for EMR documentation of the COVID 19 testing effort of the National Guard.
        Due to the nature of the testing, the actual collected date may not be accurate.  The testing at this site took place
        on October 20th and 21st, 2020.

        BRCC specimen collection must be subbed for DCI and TCI to prevent order status errors.

        The written order was placed under the authority of Dr. Ryan Westergaard, and housed with exact sciences. This
        electronic record is not the written order, and is for administrative purposes only to electronically enter results into
        the patient chart in lieu of an interface with exact sciences.

        A notification message will be sent to the PCP of record at the time of the result returning from the National
        Guard.
O8:     COVID19-ExactScience
        This electronic record was created for EMR documentation of the COVID 19 testing effort of the National Guard.
        Due to the nature of the testing, the actual collected date may not be accurate.  The testing at this site took place
        on May 26th, 2020.

        The written order was placed under the authority of Dr. Ryan Westergaard, and housed with exact sciences. This
        electronic record is not the written order, and is for administrative purposes only to electronically enter results into

---

---

## *Laboratory*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, i=Interp Data, *=Performing Lab

Order Comments
O8:     COVID19-ExactScience
        the patient chart in lieu of an interface with exact sciences.

        A notification message will be sent to the PCP of record at the time of the result returning from the National
        Guard.

Patient: JENNINGS, DAMONTA D                    MRN/DOC: 000669475                    DOB: 7/31/1996

---

| *Medication Administration Record* |
| :---: |

| *Medications* |
| :---: |

**Medication Name:** ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)
| Admin Date/Time: **2/25/2024 12:21 CST** | Charted Date/Time: **2/25/2024 12:24 CST** |
**Admin Details: (Not Done)** Refused
ketotifen ophthalmic
**Action Details:** Perform: Williams,Christopher A 2/25/2024 12:21 CST

**Medication Name:** multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)
| Admin Date/Time: **2/25/2024 12:21 CST** | Charted Date/Time: **2/25/2024 12:24 CST** |
**Admin Details: (Not Done)** Refused
multipurpose contact solution
**Action Details:** Perform: Williams,Christopher A 2/25/2024 12:21 CST

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)
| Admin Date/Time: **2/25/2024 12:21 CST** | Charted Date/Time: **2/25/2024 12:24 CST** |
**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Williams,Christopher A 2/25/2024 12:21 CST

**Medication Name:** ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)
| Admin Date/Time: **2/24/2024 10:57 CST** | Charted Date/Time: **2/24/2024 11:00 CST** |
**Admin Details: (Not Done)** Refused
ketotifen ophthalmic
**Action Details:** Perform: Williams,Christopher A 2/24/2024 10:57 CST

**Medication Name:** multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)
| Admin Date/Time: **2/24/2024 10:57 CST** | Charted Date/Time: **2/24/2024 11:00 CST** |
**Admin Details: (Not Done)** Refused
multipurpose contact solution
**Action Details:** Perform: Williams,Christopher A 2/24/2024 10:57 CST

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)
| Admin Date/Time: **2/24/2024 10:57 CST** | Charted Date/Time: **2/24/2024 11:00 CST** |
**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Williams,Christopher A 2/24/2024 10:57 CST

**Medication Name:** ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)
| Admin Date/Time: **2/24/2024 08:00 CST** | Charted Date/Time: **2/24/2024 08:09 CST** |
**Admin Details: (Not Done)** Refused
ketotifen ophthalmic
**Action Details:** Perform: Williams,Christopher A 2/24/2024 08:00 CST

**Medication Name:** multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)
| Admin Date/Time: **2/24/2024 08:00 CST** | Charted Date/Time: **2/24/2024 08:09 CST** |
**Admin Details: (Not Done)** Refused
multipurpose contact solution
**Action Details:** Perform: Williams,Christopher A 2/24/2024 08:00 CST

---

Report Request ID: 7475566                                        Print Date/Time: 3/4/2024 12:28 CST

Patient: JENNINGS, DAMONTA D  MRN/DOC: 000669475  DOB: 7/31/1996

---

### Medication Administration Record

#### Medications

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)
| Admin Date/Time: **2/24/2024 08:00 CST** | Charted Date/Time: **2/24/2024 08:09 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Williams,Christopher A 2/24/2024 08:00 CST

**Medication Name:** ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)
| Admin Date/Time: **2/16/2024 10:36 CST** | Charted Date/Time: **2/16/2024 10:36 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
ketotifen ophthalmic
**Action Details:** Perform: Williams,Christopher A 2/16/2024 10:36 CST

**Medication Name:** ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)
| Admin Date/Time: **2/10/2024 08:44 CST** | Charted Date/Time: **2/10/2024 08:44 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
ketotifen ophthalmic
**Action Details:** Perform: Williams,Christopher A 2/10/2024 08:44 CST

**Medication Name:** ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)
| Admin Date/Time: **2/9/2024 07:59 CST** | Charted Date/Time: **2/9/2024 07:59 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
ketotifen ophthalmic
**Action Details:** Perform: Williams,Christopher A 2/9/2024 07:59 CST

**Medication Name:** multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)
| Admin Date/Time: **2/9/2024 07:59 CST** | Charted Date/Time: **2/9/2024 08:00 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
multipurpose contact solution
**Action Details:** Perform: Williams,Christopher A 2/9/2024 07:59 CST

**Medication Name:** ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)
| Admin Date/Time: **1/27/2024 10:28 CST** | Charted Date/Time: **1/27/2024 10:31 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
ketotifen ophthalmic
**Action Details:** Perform: Williams,Christopher A 1/27/2024 10:28 CST

**Medication Name:** multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)
| Admin Date/Time: **1/27/2024 10:28 CST** | Charted Date/Time: **1/27/2024 10:31 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
multipurpose contact solution
**Action Details:** Perform: Williams,Christopher A 1/27/2024 10:28 CST

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)
| Admin Date/Time: **1/27/2024 10:28 CST** | Charted Date/Time: **1/27/2024 10:31 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Williams,Christopher A 1/27/2024 10:28 CST

---

Report Request ID: 7475566  Print Date/Time: 3/4/2024 12:28 CST

_____

---

### *Medication Administration Record*

---

### *Medications*

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **1/27/2024 10:28 CST** | Charted Date/Time: **1/27/2024 10:31 CST** |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Williams,Christopher A 1/27/2024 10:28 CST

---

**Medication Name:** ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)

| | |
|---|---|
| Admin Date/Time: **1/27/2024 10:22 CST** | Charted Date/Time: **1/27/2024 10:23 CST** |

**Admin Details: (Not Done)** Refused
ketotifen ophthalmic

**Action Details:** Perform: Williams,Christopher A 1/27/2024 10:22 CST

---

**Medication Name:** multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)

| | |
|---|---|
| Admin Date/Time: **1/27/2024 10:22 CST** | Charted Date/Time: **1/27/2024 10:23 CST** |

**Admin Details: (Not Done)** Refused
multipurpose contact solution

**Action Details:** Perform: Williams,Christopher A 1/27/2024 10:22 CST

---

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)

| | |
|---|---|
| Admin Date/Time: **1/27/2024 10:22 CST** | Charted Date/Time: **1/27/2024 10:23 CST** |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Williams,Christopher A 1/27/2024 10:22 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **1/27/2024 10:22 CST** | Charted Date/Time: **1/27/2024 10:23 CST** |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Williams,Christopher A 1/27/2024 10:22 CST

---

**Medication Name:** ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)

| | |
|---|---|
| Admin Date/Time: **1/25/2024 21:17 CST** | Charted Date/Time: **1/25/2024 21:18 CST** |

**Admin Details: (Not Done)** Refused
ketotifen ophthalmic

**Action Details:** Perform: Williams,Christopher A 1/25/2024 21:17 CST

---

**Medication Name:** multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)

| | |
|---|---|
| Admin Date/Time: **1/25/2024 21:17 CST** | Charted Date/Time: **1/25/2024 21:18 CST** |

**Admin Details: (Not Done)** Refused
multipurpose contact solution

**Action Details:** Perform: Williams,Christopher A 1/25/2024 21:17 CST

---

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)

| | |
|---|---|
| Admin Date/Time: **1/25/2024 21:17 CST** | Charted Date/Time: **1/25/2024 21:18 CST** |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Williams,Christopher A 1/25/2024 21:17 CST

---

---

| Medication Administration Record |
| :---: |

| Medications |
| :---: |

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **1/25/2024 21:17 CST** | Charted Date/Time: **1/25/2024 21:18 CST** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Williams,Christopher A 1/25/2024 21:17 CST

---

**Medication Name:** Influenza Vaccine Evaluation

| Admin Date/Time: **10/25/2023 17:22 CDT** | Charted Date/Time: **10/29/2023 17:22 CDT** |

**Admin Details: (Not Done)** Refused
Influenza Vaccine Evaluation Med
**Action Details:** Perform: Hosfelt,RN,Jessica A 10/25/2023 17:22 CDT

---

**Medication Name:** Influenza Vaccine Evaluation

| Admin Date/Time: **10/25/2023 11:42 CDT** | Charted Date/Time: **10/25/2023 11:42 CDT** |

**Admin Details: (Not Done)** Refused
Influenza Vaccine Evaluation Med
**Action Details:** Perform: Hosfelt,RN,Jessica A 10/25/2023 11:42 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/17/2023 06:58 CDT** | Charted Date/Time: **8/17/2023 06:58 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Manthei,Christopher J 8/17/2023 06:58 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/15/2023 16:05 CDT** | Charted Date/Time: **8/15/2023 16:05 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/15/2023 16:05 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/14/2023 11:51 CDT** | Charted Date/Time: **8/14/2023 11:52 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/14/2023 11:51 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/13/2023 10:21 CDT** | Charted Date/Time: **8/13/2023 10:21 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/13/2023 10:21 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/12/2023 11:35 CDT** | Charted Date/Time: **8/12/2023 11:35 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/12/2023 11:35 CDT

---

---

| *Medication Administration Record* |
|---|

| *Medications* |
|---|

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| **Admin Date/Time: 8/11/2023 12:07 CDT** | **Charted Date/Time: 8/11/2023 12:07 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/11/2023 12:07 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| **Admin Date/Time: 8/10/2023 11:20 CDT** | **Charted Date/Time: 8/10/2023 11:20 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/10/2023 11:20 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| **Admin Date/Time: 8/10/2023 06:20 CDT** | **Charted Date/Time: 8/10/2023 06:20 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/10/2023 06:20 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| **Admin Date/Time: 8/10/2023 06:20 CDT** | **Charted Date/Time: 8/10/2023 06:20 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/10/2023 06:20 CDT

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)

| **Admin Date/Time: 8/9/2023 16:41 CDT** | **Charted Date/Time: 8/9/2023 16:41 CDT** |
|---|---|

**Admin Details: (Not Given)** Refused
**Action Details:** Order: Dombeck,APNP,Charles J 4/24/2023 07:09 CDT; Perform: Goehl,Logan T 8/9/2023 16:41 CDT; VERIFY: Goehl,Logan T 8/9/2023 16:41 CDT

**Medication Name:** ketotifen ophthalmic (ketotifen 0.025% ophthalmic solution)

| **Admin Date/Time: 8/7/2023 15:14 CDT** | **Charted Date/Time: 8/7/2023 15:16 CDT** |
|---|---|

**Admin Details: (Not Done)** Schedule Conflict
ketotifen ophthalmic
**Action Details:** Perform: Reynolds,CO,Rodney A 8/7/2023 15:14 CDT

**Medication Name:** multipurpose contact solution (Biotrue Multipurpose Contact Lense Solution)

| **Admin Date/Time: 8/7/2023 15:14 CDT** | **Charted Date/Time: 8/7/2023 15:16 CDT** |
|---|---|

**Admin Details: (Not Done)** Schedule Conflict
multipurpose contact solution
**Action Details:** Perform: Reynolds,CO,Rodney A 8/7/2023 15:14 CDT

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)

| **Admin Date/Time: 8/7/2023 15:14 CDT** | **Charted Date/Time: 8/7/2023 15:16 CDT** |
|---|---|

**Admin Details: (Not Done)** Schedule Conflict
ocular lubricant
**Action Details:** Perform: Reynolds,CO,Rodney A 8/7/2023 15:14 CDT

---

---

| *Medication Administration Record* |
|---|

| *Medications* |
|---|

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/7/2023 15:14 CDT** | Charted Date/Time: **8/7/2023 15:15 CDT** |
|---|---|

**Admin Details: (Not Done)** Schedule Conflict
ocular lubricant
**Action Details:** Perform: Reynolds,CO,Rodney A 8/7/2023 15:14 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/7/2023 06:10 CDT** | Charted Date/Time: **8/7/2023 06:10 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/7/2023 06:10 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/7/2023 06:10 CDT** | Charted Date/Time: **8/7/2023 06:11 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/7/2023 06:10 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/4/2023 11:09 CDT** | Charted Date/Time: **8/4/2023 11:09 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/4/2023 11:09 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/3/2023 12:02 CDT** | Charted Date/Time: **8/3/2023 12:02 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/3/2023 12:02 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/2/2023 11:48 CDT** | Charted Date/Time: **8/2/2023 11:48 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/2/2023 11:48 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **8/1/2023 10:29 CDT** | Charted Date/Time: **8/1/2023 10:29 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Langridge CO,Joshua T 8/1/2023 10:29 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/31/2023 13:54 CDT** | Charted Date/Time: **7/31/2023 13:54 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Grover,Julius T 7/31/2023 13:54 CDT

---

---

## Medication Administration Record

### Medications

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/31/2023 06:50 CDT** | Charted Date/Time: **7/31/2023 06:51 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Russell,CO,Jamall R 7/31/2023 06:50 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/29/2023 07:00 CDT** | Charted Date/Time: **7/29/2023 07:00 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Russell,CO,Jamall R 7/29/2023 07:00 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/28/2023 06:40 CDT** | Charted Date/Time: **7/28/2023 06:41 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Russell,CO,Jamall R 7/28/2023 06:40 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/27/2023 06:49 CDT** | Charted Date/Time: **7/27/2023 06:49 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Russell,CO,Jamall R 7/27/2023 06:49 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/26/2023 07:30 CDT** | Charted Date/Time: **7/26/2023 06:36 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Pach,Nathan R 7/26/2023 07:30 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/26/2023 06:26 CDT** | Charted Date/Time: **7/26/2023 06:26 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Geschke,Chad J 7/26/2023 06:26 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/24/2023 11:16 CDT** | Charted Date/Time: **7/24/2023 11:18 CDT** |

**Admin Details: (Not Given)** Refused
**Action Details:** Order: Dombeck,APNP,Charles J 7/10/2023 21:09 CDT; Perform: Feuerhammer,Jessie D 7/24/2023 11:18 CDT; VERIFY: Feuerhammer,Jessie D 7/24/2023 11:18 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/23/2023 07:22 CDT** | Charted Date/Time: **7/23/2023 07:22 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 7/23/2023 07:22 CDT

---

_____

---

| *Medication Administration Record* |
| --- |

| *Medications* |
| --- |

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/23/2023 07:22 CDT** | Charted Date/Time: **7/23/2023 07:23 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nelson,Anthony R 7/23/2023 07:22 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/23/2023 07:07 CDT** | Charted Date/Time: **7/23/2023 07:07 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Nelson,Anthony R 7/23/2023 07:07 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/20/2023 06:54 CDT** | Charted Date/Time: **7/20/2023 06:54 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Wierenga,CO,Jordan M 7/20/2023 06:54 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/19/2023 06:37 CDT** | Charted Date/Time: **7/19/2023 06:37 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Russell,CO,Jamall R 7/19/2023 06:37 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/17/2023 07:26 CDT** | Charted Date/Time: **7/17/2023 07:27 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Russell,CO,Jamall R 7/17/2023 07:26 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/16/2023 06:44 CDT** | Charted Date/Time: **7/16/2023 06:45 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Russell,CO,Jamall R 7/16/2023 06:44 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/15/2023 06:43 CDT** | Charted Date/Time: **7/15/2023 06:44 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Russell,CO,Jamall R 7/15/2023 06:43 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/14/2023 10:31 CDT** | Charted Date/Time: **7/14/2023 10:31 CDT** |
| --- | --- |

**Admin Details: (Not Given)** Refused

**Action Details:** Order: Dombeck,APNP,Charles J 7/10/2023 21:09 CDT; Perform: Andrade,Isaiah X 7/14/2023 10:31 CDT; VERIFY: Andrade,Isaiah X 7/14/2023 10:31 CDT

_____

---

| Medication Administration Record |
| :---: |

| Medications |
| :---: |

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/13/2023 14:59 CDT** | Charted Date/Time: **7/13/2023 15:00 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Martin,Carlee K 7/13/2023 14:59 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/13/2023 06:41 CDT** | Charted Date/Time: **7/13/2023 06:41 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Lewis,CO,Lajuan L 7/13/2023 06:41 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/11/2023 14:18 CDT** | Charted Date/Time: **7/11/2023 14:22 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Martin,Carlee K 7/11/2023 14:18 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/11/2023 14:18 CDT** | Charted Date/Time: **7/11/2023 14:24 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Martin,Carlee K 7/11/2023 14:18 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/9/2023 06:49 CDT** | Charted Date/Time: **7/9/2023 06:50 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Russell,CO,Jamall R 7/9/2023 06:49 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/8/2023 06:43 CDT** | Charted Date/Time: **7/8/2023 06:44 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Russell,CO,Jamall R 7/8/2023 06:43 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/7/2023 07:07 CDT** | Charted Date/Time: **7/7/2023 07:07 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Russell,CO,Jamall R 7/7/2023 07:07 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **7/6/2023 06:41 CDT** | Charted Date/Time: **7/6/2023 06:42 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Russell,CO,Jamall R 7/6/2023 06:41 CDT

---

---

## Medication Administration Record

### Medications

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/5/2023 10:41 CDT** | Charted Date/Time: **7/5/2023 10:41 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Martin,Carlee K 7/5/2023 10:41 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/4/2023 10:14 CDT** | Charted Date/Time: **7/4/2023 10:15 CDT** |

**Admin Details: (Not Given)** Refused
**Action Details:** Order: Dombeck,APNP,Charles J 6/12/2023 10:41 CDT; Perform: Martin,Carlee K 7/4/2023 10:15 CDT; VERIFY: Martin,Carlee K 7/4/2023 10:15 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/4/2023 06:04 CDT** | Charted Date/Time: **7/4/2023 06:05 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Martin,Carlee K 7/4/2023 06:04 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/4/2023 06:04 CDT** | Charted Date/Time: **7/4/2023 06:09 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Martin,Carlee K 7/4/2023 06:04 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **7/4/2023 06:04 CDT** | Charted Date/Time: **7/4/2023 06:11 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Martin,Carlee K 7/4/2023 06:04 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **6/25/2023 09:55 CDT** | Charted Date/Time: **6/25/2023 09:56 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Prosper,Bridgett A 6/25/2023 09:55 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **6/25/2023 09:53 CDT** | Charted Date/Time: **6/25/2023 09:54 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Prosper,Bridgett A 6/25/2023 09:53 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **6/24/2023 17:59 CDT** | Charted Date/Time: **6/24/2023 17:59 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Prosper,Bridgett A 6/24/2023 17:59 CDT

---

---

| Medication Administration Record |
| --- |

| Medications |
| --- |

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/20/2023 16:56 CDT** | Charted Date/Time: **6/20/2023 16:57 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Gomez Sena,Maria G 6/20/2023 16:56 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/17/2023 08:54 CDT** | Charted Date/Time: **6/17/2023 08:54 CDT** |
| --- | --- |

**Ingredients:** SensitiveEyesPlus 1 bottles

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 6/12/2023 10:41 CDT; Perform: Feuerhammer,Jessie D 6/17/2023 08:54 CDT; VERIFY: Feuerhammer,Jessie D 6/17/2023 08:54 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/17/2023 06:33 CDT** | Charted Date/Time: **6/17/2023 06:33 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Demers,Kyle 6/17/2023 06:33 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/17/2023 06:33 CDT** | Charted Date/Time: **6/17/2023 06:34 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Demers,Kyle 6/17/2023 06:33 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/17/2023 06:33 CDT** | Charted Date/Time: **6/17/2023 06:38 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Demers,Kyle 6/17/2023 06:33 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/9/2023 18:33 CDT** | Charted Date/Time: **6/9/2023 18:34 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nehls,Hunter R 6/9/2023 18:33 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/9/2023 18:33 CDT** | Charted Date/Time: **6/9/2023 18:35 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nehls,Hunter R 6/9/2023 18:33 CDT

---

_____

---
*Medication Administration Record*
---

---
*Medications*
---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/9/2023 18:33 CDT** | Charted Date/Time: **6/9/2023 18:36 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nehls,Hunter R 6/9/2023 18:33 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/5/2023 05:58 CDT** | Charted Date/Time: **6/5/2023 05:58 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Ransbottom,CO,Sarah A 6/5/2023 05:58 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/5/2023 05:58 CDT** | Charted Date/Time: **6/5/2023 06:02 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Ransbottom,CO,Sarah A 6/5/2023 05:58 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **6/5/2023 05:58 CDT** | Charted Date/Time: **6/5/2023 06:17 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Ransbottom,CO,Sarah A 6/5/2023 05:58 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/27/2023 07:25 CDT** | Charted Date/Time: **5/27/2023 07:25 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Demers,Kyle 5/27/2023 07:25 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/27/2023 07:25 CDT** | Charted Date/Time: **5/27/2023 07:28 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Demers,Kyle 5/27/2023 07:25 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/27/2023 06:47 CDT** | Charted Date/Time: **5/27/2023 06:47 CDT** |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Bauer,Michael H 5/27/2023 06:47 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/25/2023 07:45 CDT** | Charted Date/Time: **5/25/2023 07:48 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nelson,Anthony R 5/25/2023 07:45 CDT

---

---

| Medication Administration Record |

| Medications |

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/25/2023 07:45 CDT**                Charted Date/Time: **5/25/2023 07:52 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/25/2023 07:45 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/22/2023 14:28 CDT**                Charted Date/Time: **5/22/2023 14:29 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/22/2023 14:28 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/22/2023 14:28 CDT**                Charted Date/Time: **5/22/2023 14:29 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/22/2023 14:28 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/20/2023 12:20 CDT**                Charted Date/Time: **5/20/2023 12:21 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/20/2023 12:20 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/20/2023 08:30 CDT**                Charted Date/Time: **5/20/2023 08:31 CDT**
**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Wasyliw,CO,Peter 5/20/2023 08:30 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/18/2023 20:04 CDT**                Charted Date/Time: **5/18/2023 20:05 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/18/2023 20:04 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/18/2023 20:04 CDT**                Charted Date/Time: **5/18/2023 20:07 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/18/2023 20:04 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/16/2023 18:57 CDT**                Charted Date/Time: **5/16/2023 18:58 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/16/2023 18:57 CDT

---

_____

| *Medication Administration Record* |
|---|

| *Medications* |
|---|

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/16/2023 18:57 CDT** | Charted Date/Time: **5/16/2023 19:00 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nelson,Anthony R 5/16/2023 18:57 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/14/2023 10:16 CDT** | Charted Date/Time: **5/14/2023 10:16 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Grover,Julius T 5/14/2023 10:16 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/13/2023 08:16 CDT** | Charted Date/Time: **5/13/2023 08:16 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Grover,Julius T 5/13/2023 08:16 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/13/2023 05:28 CDT** | Charted Date/Time: **5/13/2023 05:29 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Grover,Julius T 5/13/2023 05:28 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/13/2023 05:26 CDT** | Charted Date/Time: **5/13/2023 05:27 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Grover,Julius T 5/13/2023 05:26 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/13/2023 05:22 CDT** | Charted Date/Time: **5/13/2023 05:22 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Grover,Julius T 5/13/2023 05:22 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/7/2023 15:01 CDT** | Charted Date/Time: **5/7/2023 15:02 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nelson,Anthony R 5/7/2023 15:01 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **5/7/2023 15:01 CDT** | Charted Date/Time: **5/7/2023 15:03 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nelson,Anthony R 5/7/2023 15:01 CDT

_____

---

| Medication Administration Record |
| --- |

| Medications |
| --- |

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/6/2023 09:47 CDT**          Charted Date/Time: **5/6/2023 09:48 CDT**
**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/6/2023 09:47 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/4/2023 16:14 CDT**          Charted Date/Time: **5/4/2023 16:15 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/4/2023 16:14 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/4/2023 16:14 CDT**          Charted Date/Time: **5/4/2023 16:16 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/4/2023 16:14 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **5/4/2023 16:14 CDT**          Charted Date/Time: **5/4/2023 16:17 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 5/4/2023 16:14 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **4/30/2023 07:30 CDT**          Charted Date/Time: **4/29/2023 09:20 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Feuerhammer,Jessie D 4/30/2023 07:30 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **4/29/2023 09:17 CDT**          Charted Date/Time: **4/29/2023 09:18 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Feuerhammer,Jessie D 4/29/2023 09:17 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **4/28/2023 20:22 CDT**          Charted Date/Time: **4/28/2023 20:22 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Nelson,Anthony R 4/28/2023 20:22 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)
Admin Date/Time: **4/28/2023 03:24 CDT**          Charted Date/Time: **4/28/2023 03:25 CDT**
**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Hansen,Elizabeth A 4/28/2023 03:24 CDT

---

---

| Medication Administration Record |
| :---: |

| Medications |
| :---: |

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/28/2023 03:13 CDT** | Charted Date/Time: **4/28/2023 03:14 CDT** |
| :--- | :--- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Hansen,Elizabeth A 4/28/2023 03:13 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/28/2023 03:08 CDT** | Charted Date/Time: **4/28/2023 03:09 CDT** |
| :--- | :--- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Hansen,Elizabeth A 4/28/2023 03:08 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/23/2023 07:58 CDT** | Charted Date/Time: **4/23/2023 07:58 CDT** |
| :--- | :--- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Grover,Julius T 4/23/2023 07:58 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/22/2023 09:39 CDT** | Charted Date/Time: **4/22/2023 09:41 CDT** |
| :--- | :--- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Smith,CO,Richard W 4/22/2023 09:39 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/22/2023 09:17 CDT** | Charted Date/Time: **4/22/2023 09:17 CDT** |
| :--- | :--- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Smith,CO,Richard W 4/22/2023 09:17 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/22/2023 09:12 CDT** | Charted Date/Time: **4/22/2023 09:13 CDT** |
| :--- | :--- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Smith,CO,Richard W 4/22/2023 09:12 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/19/2023 14:48 CDT** | Charted Date/Time: **4/19/2023 14:48 CDT** |
| :--- | :--- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Perry,Jeffrey J 4/19/2023 14:48 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/19/2023 14:48 CDT** | Charted Date/Time: **4/19/2023 14:48 CDT** |
| :--- | :--- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Perry,Jeffrey J 4/19/2023 14:48 CDT

---

_____

---

### Medication Administration Record

---

### Medications

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **4/19/2023 14:48 CDT** | Charted Date/Time: **4/19/2023 14:48 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Perry,Jeffrey J 4/19/2023 14:48 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **4/15/2023 09:07 CDT** | Charted Date/Time: **4/15/2023 09:08 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Hansen,Elizabeth A 4/15/2023 09:07 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **4/15/2023 09:07 CDT** | Charted Date/Time: **4/15/2023 09:11 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Hansen,Elizabeth A 4/15/2023 09:07 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **4/15/2023 09:01 CDT** | Charted Date/Time: **4/15/2023 09:03 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Hansen,Elizabeth A 4/15/2023 09:01 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **4/12/2023 19:42 CDT** | Charted Date/Time: **4/12/2023 19:43 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nehls,Hunter R 4/12/2023 19:42 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **4/12/2023 19:42 CDT** | Charted Date/Time: **4/12/2023 19:45 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nehls,Hunter R 4/12/2023 19:42 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **4/12/2023 19:42 CDT** | Charted Date/Time: **4/12/2023 19:46 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nehls,Hunter R 4/12/2023 19:42 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **4/7/2023 14:34 CDT** | Charted Date/Time: **4/7/2023 14:35 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Nelson,Anthony R 4/7/2023 14:34 CDT

---

_____

| *Medication Administration Record* |
| --- |

| *Medications* |
| --- |

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/6/2023 06:34 CDT** | Charted Date/Time: **4/6/2023 06:34 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Mueller,Brandon D 4/6/2023 06:34 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/5/2023 08:13 CDT** | Charted Date/Time: **4/5/2023 08:15 CDT** |
| --- | --- |

**Admin Details: (Not Given)** Refused
**Action Details:** Order: Dombeck,APNP,Charles J 3/20/2023 14:42 CDT; Perform: Wierenga,CO,Jordan M 4/5/2023 08:15 CDT; VERIFY: Wierenga,CO,Jordan M 4/5/2023 08:15 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/4/2023 15:21 CDT** | Charted Date/Time: **4/4/2023 15:23 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Perry,Jeffrey J 4/4/2023 15:21 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/4/2023 15:21 CDT** | Charted Date/Time: **4/4/2023 15:23 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Perry,Jeffrey J 4/4/2023 15:21 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/4/2023 15:21 CDT** | Charted Date/Time: **4/4/2023 15:23 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Perry,Jeffrey J 4/4/2023 15:21 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/1/2023 07:35 CDT** | Charted Date/Time: **4/1/2023 07:35 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Bauer,Michael H 4/1/2023 07:35 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **4/1/2023 07:22 CDT** | Charted Date/Time: **4/1/2023 07:22 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Bauer,Michael H 4/1/2023 07:22 CDT

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/30/2023 20:41 CDT** | Charted Date/Time: **3/30/2023 20:41 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Drehmel,Robert J 3/30/2023 20:41 CDT

_____

---

## Medication Administration Record

### Medications

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/29/2023 14:47 CDT** | Charted Date/Time: **3/29/2023 14:48 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Perry,Jeffrey J 3/29/2023 14:47 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/28/2023 15:18 CDT** | Charted Date/Time: **3/28/2023 15:21 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Bailey,CO,Jerome G 3/28/2023 15:18 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/27/2023 13:51 CDT** | Charted Date/Time: **3/27/2023 13:52 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Reynolds,CO,Rodney A 3/27/2023 13:51 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/26/2023 09:53 CDT** | Charted Date/Time: **3/26/2023 09:53 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Reynolds,CO,Rodney A 3/26/2023 09:53 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/25/2023 12:35 CDT** | Charted Date/Time: **3/25/2023 12:36 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Smith,CO,Richard W 3/25/2023 12:35 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/24/2023 06:49 CDT** | Charted Date/Time: **3/24/2023 06:49 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant
**Action Details:** Perform: Bauer,Michael H 3/24/2023 06:49 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/23/2023 20:10 CDT** | Charted Date/Time: **3/23/2023 20:10 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Krueger,Heather R 3/23/2023 20:10 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/23/2023 20:10 CDT** | Charted Date/Time: **3/23/2023 20:10 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant
**Action Details:** Perform: Krueger,Heather R 3/23/2023 20:10 CDT

---

_____

| Medication Administration Record |
|---|

| Medications |
|---|

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/23/2023 20:10 CDT** | Charted Date/Time: **3/23/2023 20:10 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Krueger,Heather R 3/23/2023 20:10 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/19/2023 07:08 CDT** | Charted Date/Time: **3/19/2023 07:08 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Brockman,CO,Jeremy J 3/19/2023 07:08 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/18/2023 19:55 CDT** | Charted Date/Time: **3/18/2023 19:56 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Vaillancourt,CO,Jenny 3/18/2023 19:55 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/17/2023 20:26 CDT** | Charted Date/Time: **3/17/2023 20:27 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Wilson,CO,Aimee J 3/17/2023 20:26 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/17/2023 20:26 CDT** | Charted Date/Time: **3/17/2023 20:28 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Wilson,CO,Aimee J 3/17/2023 20:26 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/15/2023 16:45 CDT** | Charted Date/Time: **3/15/2023 16:45 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Geschke,Chad J 3/15/2023 16:45 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/15/2023 16:45 CDT** | Charted Date/Time: **3/15/2023 16:45 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Geschke,Chad J 3/15/2023 16:45 CDT

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/14/2023 20:23 CDT** | Charted Date/Time: **3/14/2023 20:24 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Gomez Sena,Maria G 3/14/2023 20:23 CDT

_____

---

## Medication Administration Record

### Medications

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **3/10/2023 06:54 CST** | Charted Date/Time: **3/10/2023 06:54 CST** |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Bauer,Michael H 3/10/2023 06:54 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **3/9/2023 15:04 CST** | Charted Date/Time: **3/9/2023 15:06 CST** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Bailey,CO,Jerome G 3/9/2023 15:04 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **3/9/2023 15:04 CST** | Charted Date/Time: **3/9/2023 15:08 CST** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Bailey,CO,Jerome G 3/9/2023 15:04 CST

---

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)

| | |
|---|---|
| Admin Date/Time: **3/8/2023 20:17 CST** | Charted Date/Time: **3/8/2023 20:17 CST** |

**Ingredients:** ocularlubricantpreservedSoln15Geri-care 1 %

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 11/4/2022 08:49 CDT; Perform: Simpson,CO,Cam'Airee L 3/8/2023 20:17 CST; VERIFY: Simpson,CO,Cam'Airee L 3/8/2023 20:17 CST

**Reason for Medication:** Simpson,CO,Cam'Airee L 3/8/2023 20:17 CST
dry eyes

---

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)

| | |
|---|---|
| Admin Date/Time: **3/8/2023 16:21 CST** | Charted Date/Time: **3/8/2023 16:21 CST** |

**Ingredients:** ocularlubricantpreservedSoln15Geri-care 1 %

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 11/4/2022 08:49 CDT; Perform: Simpson,CO,Cam'Airee L 3/8/2023 16:21 CST; VERIFY: Simpson,CO,Cam'Airee L 3/8/2023 16:21 CST

**Reason for Medication:** Simpson,CO,Cam'Airee L 3/8/2023 16:21 CST
dry eyes

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **3/7/2023 14:30 CST** | Charted Date/Time: **3/7/2023 14:31 CST** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Bailey,CO,Jerome G 3/7/2023 14:30 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **3/7/2023 14:30 CST** | Charted Date/Time: **3/7/2023 14:31 CST** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Bailey,CO,Jerome G 3/7/2023 14:30 CST

---

_____

| *Medication Administration Record* |
|:---:|

| *Medications* |
|:---:|

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/7/2023 06:55 CST** | Charted Date/Time: **3/7/2023 06:55 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Marx,Houston M 3/7/2023 06:55 CST

---

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)

| Admin Date/Time: **3/5/2023 11:43 CST** | Charted Date/Time: **3/5/2023 11:43 CST** |
|---|---|

**Ingredients:** ocularlubricantpreservedSoln15Geri-care 1 %

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 11/4/2022 08:49 CDT; Perform: Simpson,CO,Cam'Airee L 3/5/2023 11:43 CST; VERIFY: Simpson,CO,Cam'Airee L 3/5/2023 11:43 CST

**Reason for Medication:** Simpson,CO,Cam'Airee L 3/5/2023 11:43 CST
dry eyes

---

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)

| Admin Date/Time: **3/4/2023 19:57 CST** | Charted Date/Time: **3/4/2023 19:57 CST** |
|---|---|

**Ingredients:** ocularlubricantpreservedSoln15Geri-care 2 drops

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 11/4/2022 08:49 CDT; Perform: Gomez Sena,Maria G 3/4/2023 19:57 CST; VERIFY: Gomez Sena,Maria G 3/4/2023 19:57 CST

**Reason for Medication:** Gomez Sena,Maria G 3/4/2023 19:57 CST
dry eyes

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/4/2023 07:30 CST** | Charted Date/Time: **3/4/2023 06:47 CST** |
|---|---|

**Admin Details: (Not Done)** Med not available;Notify HSU
ocular lubricant

**Action Details:** Perform: Stephenson,CO,Marco P 3/4/2023 07:30 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/2/2023 06:49 CST** | Charted Date/Time: **3/2/2023 06:49 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Gripentrog,Jacob A 3/2/2023 06:49 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/2/2023 06:11 CST** | Charted Date/Time: **3/2/2023 06:12 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Gripentrog,Jacob A 3/2/2023 06:11 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/2/2023 06:11 CST** | Charted Date/Time: **3/2/2023 06:13 CST** |
|---|---|

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Gripentrog,Jacob A 3/2/2023 06:11 CST

_____

---

| Medication Administration Record |
| --- |

| Medications |
| --- |

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **3/2/2023 06:11 CST** | Charted Date/Time: **3/2/2023 06:14 CST** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Gripentrog,Jacob A 3/2/2023 06:11 CST

---

**Medication Name:** ocular lubricant (Artificial Tears ophthalmic solution Range Dose)

| Admin Date/Time: **3/1/2023 19:50 CST** | Charted Date/Time: **3/1/2023 19:50 CST** |
| --- | --- |

**Ingredients:** ocularlubricantpreservedSoln15Geri-care 2 dL

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 11/4/2022 08:49 CDT; Perform: Collins,CO,Cole R 3/1/2023 19:50 CST; VERIFY: Collins,CO,Cole R 3/1/2023 19:50 CST

**Reason for Medication:** Collins,CO,Cole R 3/1/2023 19:50 CST
dry eyes

---

**Medication Name:** multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)

| Admin Date/Time: **2/28/2023 10:55 CST** | Charted Date/Time: **2/28/2023 10:55 CST** |
| --- | --- |

**Ingredients:** multipureyesoln 1 bottles

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 10/3/2022 13:01 CDT; Perform: Russell,CO,Jamall R 2/28/2023 10:55 CST; VERIFY: Russell,CO,Jamall R 2/28/2023 10:55 CST

**Early/Late Reason:** Russell,CO,Jamall R 2/28/2023 10:55 CST
Early Interval Reason:
  Other :  Missed in the morning.

**Reason for Medication:** Russell,CO,Jamall R 2/28/2023 10:55 CST
other (see comment)

---

**Medication Name:** multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)

| Admin Date/Time: **2/27/2023 20:42 CST** | Charted Date/Time: **2/27/2023 20:42 CST** |
| --- | --- |

**Ingredients:** multipureyesoln 1 bottles

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 10/3/2022 13:01 CDT; Perform: Feuerhammer,Jessie D 2/27/2023 20:42 CST; VERIFY: Feuerhammer,Jessie D 2/27/2023 20:42 CST

**Reason for Medication:** Feuerhammer,Jessie D 2/27/2023 20:42 CST
other (see comment)

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **2/27/2023 17:49 CST** | Charted Date/Time: **2/27/2023 17:50 CST** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Feuerhammer,Jessie D 2/27/2023 17:49 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **2/25/2023 19:48 CST** | Charted Date/Time: **2/25/2023 19:49 CST** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Langridge,Joshua T 2/25/2023 19:48 CST

---

_____

| *Medication Administration Record* |
| --- |

| *Medications* |
| --- |

**Medication Name:** multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)

| Admin Date/Time: **2/25/2023 10:49 CST** | Charted Date/Time: **2/25/2023 10:49 CST** |
| --- | --- |

**Ingredients:** multipureyesoln 1 bottles

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 10/3/2022 13:01 CDT; Perform: Contreras,CO,Daniel 2/25/2023 10:49 CST; VERIFY: Contreras,CO,Daniel 2/25/2023 10:49 CST

**Reason for Medication:** Contreras,CO,Daniel 2/25/2023 10:49 CST
other (see comment)

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **2/24/2023 06:43 CST** | Charted Date/Time: **2/24/2023 06:43 CST** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Geschke,Chad J 2/24/2023 06:43 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **2/24/2023 06:43 CST** | Charted Date/Time: **2/24/2023 06:43 CST** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Geschke,Chad J 2/24/2023 06:43 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **2/24/2023 06:43 CST** | Charted Date/Time: **2/24/2023 06:43 CST** |
| --- | --- |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Geschke,Chad J 2/24/2023 06:43 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| Admin Date/Time: **2/24/2023 06:43 CST** | Charted Date/Time: **2/24/2023 06:43 CST** |
| --- | --- |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Geschke,Chad J 2/24/2023 06:43 CST

---

**Medication Name:** multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)

| Admin Date/Time: **2/23/2023 11:21 CST** | Charted Date/Time: **2/23/2023 11:21 CST** |
| --- | --- |

**Ingredients:** multipureyesoln 1 bottles

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 10/3/2022 13:01 CDT; Perform: Mitchell,Kelly M 2/23/2023 11:21 CST; VERIFY: Mitchell,Kelly M 2/23/2023 11:21 CST

**Reason for Medication:** Mitchell,Kelly M 2/23/2023 11:21 CST
other (see comment)

_____

_____

*Medication Administration Record*

*Medications*

**Medication Name:** multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)

| | |
|---|---|
| Admin Date/Time: **2/22/2023 06:55 CST** | Charted Date/Time: **2/22/2023 06:55 CST** |

**Ingredients:** multipureyesoln 1 bottles

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 10/3/2022 13:01 CDT; Perform: Russell,CO,Jamall R 2/22/2023 06:55 CST; VERIFY: Russell,CO,Jamall R 2/22/2023 06:55 CST

**Reason for Medication:** Russell,CO,Jamall R 2/22/2023 06:55 CST
other (see comment)

---

**Medication Name:** multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)

| | |
|---|---|
| Admin Date/Time: **2/21/2023 06:49 CST** | Charted Date/Time: **2/21/2023 06:49 CST** |

**Ingredients:** multipureyesoln 1 bottles

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 10/3/2022 13:01 CDT; Perform: Russell,CO,Jamall R 2/21/2023 06:49 CST; VERIFY: Russell,CO,Jamall R 2/21/2023 06:49 CST

**Reason for Medication:** Russell,CO,Jamall R 2/21/2023 06:49 CST
other (see comment)

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **2/20/2023 11:57 CST** | Charted Date/Time: **2/20/2023 11:58 CST** |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Silva,CO,Nathaniel L 2/20/2023 11:57 CST

---

**Medication Name:** multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)

| | |
|---|---|
| Admin Date/Time: **2/20/2023 06:47 CST** | Charted Date/Time: **2/20/2023 06:47 CST** |

**Ingredients:** multipureyesoln 1 bottles

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 10/3/2022 13:01 CDT; Perform: Russell,CO,Jamall R 2/20/2023 06:47 CST; VERIFY: Russell,CO,Jamall R 2/20/2023 06:47 CST

**Reason for Medication:** Russell,CO,Jamall R 2/20/2023 06:47 CST
other (see comment)

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **2/19/2023 10:46 CST** | Charted Date/Time: **2/19/2023 10:46 CST** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ocular lubricant

**Action Details:** Perform: Chalker,CO,Jeramie H 2/19/2023 10:46 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **2/18/2023 16:39 CST** | Charted Date/Time: **2/18/2023 16:41 CST** |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Martin,Carlee K 2/18/2023 16:39 CST

_____

_____

---

### *Medication Administration Record*

---

### *Medications*

---

**Medication Name:** multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)

| | |
|---|---|
| Admin Date/Time: **2/18/2023 11:05 CST** | Charted Date/Time: **2/18/2023 11:05 CST** |

**Ingredients:** multipureyesoln 1 bottles

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 10/3/2022 13:01 CDT; Perform: Russell,CO,Jamall R 2/18/2023 11:05 CST; VERIFY: Russell,CO,Jamall R 2/18/2023 11:05 CST

**Reason for Medication:** Russell,CO,Jamall R 2/18/2023 11:05 CST
other (see comment)

---

**Medication Name:** multipurpose contact solution (Contact Lens Multi-Purpose Solution for Soft Contact Lenses)

| | |
|---|---|
| Admin Date/Time: **2/17/2023 11:02 CST** | Charted Date/Time: **2/17/2023 11:02 CST** |

**Ingredients:** multipureyesoln 1 bottles

**Admin Details: (Auth)** Eye-Both

**Action Details:** Order: Dombeck,APNP,Charles J 10/3/2022 13:01 CDT; Perform: Drehmel,Robert J 2/17/2023 11:02 CST; VERIFY: Drehmel,Robert J 2/17/2023 11:02 CST

**Reason for Medication:** Drehmel,Robert J 2/17/2023 11:02 CST
other (see comment)

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **2/17/2023 09:48 CST** | Charted Date/Time: **2/17/2023 09:49 CST** |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Drehmel,Robert J 2/17/2023 09:48 CST

---

**Medication Name:** ocular lubricant (Contact Lens Saline Solution for Sensitive Eyes and Soft Lenses)

| | |
|---|---|
| Admin Date/Time: **2/16/2023 06:49 CST** | Charted Date/Time: **2/16/2023 06:49 CST** |

**Admin Details: (Not Done)** Refused
ocular lubricant

**Action Details:** Perform: Mueller,Brandon D 2/16/2023 06:49 CST

---

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| | |
|---|---|
| Admin Date/Time: **10/24/2022 11:14 CDT** | Charted Date/Time: **10/24/2022 11:14 CDT** |

**Admin Details: (Not Done)** Refused
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 11:14 CDT

---

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| | |
|---|---|
| Admin Date/Time: **10/24/2022 07:25 CDT** | Charted Date/Time: **10/24/2022 07:25 CDT** |

**Admin Details: (Not Done)** Refused
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:25 CDT

---

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| | |
|---|---|
| Admin Date/Time: **10/24/2022 07:21 CDT** | Charted Date/Time: **10/24/2022 07:21 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:21 CDT

_____

---

| *Medication Administration Record* |
|---|

| *Medications* |
|---|

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:21 CDT** | Charted Date/Time: **10/24/2022 07:21 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:21 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:21 CDT** | Charted Date/Time: **10/24/2022 07:21 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:21 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:21 CDT** | Charted Date/Time: **10/24/2022 07:21 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:21 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:21 CDT** | Charted Date/Time: **10/24/2022 07:21 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:21 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:21 CDT** | Charted Date/Time: **10/24/2022 07:21 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:21 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:01 CDT** | Charted Date/Time: **10/24/2022 07:01 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:01 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:01 CDT** | Charted Date/Time: **10/24/2022 07:01 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:01 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:01 CDT** | Charted Date/Time: **10/24/2022 07:02 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:01 CDT

---

_____

| Medication Administration Record |
|---|

| Medications |
|---|

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:01 CDT** | Charted Date/Time: **10/24/2022 07:02 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:01 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:01 CDT** | Charted Date/Time: **10/24/2022 07:27 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:01 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:01 CDT** | Charted Date/Time: **10/24/2022 07:27 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:01 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:01 CDT** | Charted Date/Time: **10/24/2022 07:28 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:01 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 07:01 CDT** | Charted Date/Time: **10/24/2022 07:28 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 07:01 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 06:58 CDT** | Charted Date/Time: **10/24/2022 06:58 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 06:58 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/24/2022 06:58 CDT** | Charted Date/Time: **10/24/2022 06:58 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Geschke,Chad J 10/24/2022 06:58 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/20/2022 20:43 CDT** | Charted Date/Time: **10/20/2022 20:43 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ketorolac ophthalmic

**Action Details:** Perform: Marx,Houston M 10/20/2022 20:43 CDT

_____

_____

| Medication Administration Record |
|---|

| Medications |
|---|

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/20/2022 13:41 CDT** | Charted Date/Time: **10/20/2022 13:41 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Eikland,Tricia R 10/20/2022 13:41 CDT

---

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/20/2022 13:39 CDT** | Charted Date/Time: **10/20/2022 13:39 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Eikland,Tricia R 10/20/2022 13:39 CDT

---

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/19/2022 20:36 CDT** | Charted Date/Time: **10/19/2022 20:37 CDT** |
|---|---|

**Admin Details: (Not Done)** Refused
ketorolac ophthalmic

**Action Details:** Perform: Kollmann,CO,Jill M 10/19/2022 20:36 CDT

---

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/19/2022 16:30 CDT** | Charted Date/Time: **10/19/2022 16:31 CDT** |
|---|---|

**Admin Details: (Not Done)** unable to scan -medication given and taken
ketorolac ophthalmic

**Action Details:** Perform: Kollmann,CO,Jill M 10/19/2022 16:30 CDT

---

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/19/2022 12:39 CDT** | Charted Date/Time: **10/19/2022 12:39 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Eikland,Tricia R 10/19/2022 12:39 CDT

---

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/19/2022 12:38 CDT** | Charted Date/Time: **10/19/2022 12:38 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Eikland,Tricia R 10/19/2022 12:38 CDT

---

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/19/2022 06:15 CDT** | Charted Date/Time: **10/19/2022 06:15 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Manthei,Christopher J 10/19/2022 06:15 CDT

---

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/19/2022 06:15 CDT** | Charted Date/Time: **10/19/2022 06:16 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic

**Action Details:** Perform: Manthei,Christopher J 10/19/2022 06:15 CDT

_____

---

| Medication Administration Record |
| :---: |

| Medications |
| :---: |

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/19/2022 06:14 CDT** | Charted Date/Time: **10/19/2022 06:14 CDT** |

**Admin Details: (Not Done)** Refused
ketorolac ophthalmic
**Action Details:** Perform: Manthei,Christopher J 10/19/2022 06:14 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/19/2022 06:14 CDT** | Charted Date/Time: **10/19/2022 06:14 CDT** |

**Admin Details: (Not Done)** Refused
ketorolac ophthalmic
**Action Details:** Perform: Manthei,Christopher J 10/19/2022 06:14 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/18/2022 06:10 CDT** | Charted Date/Time: **10/18/2022 06:10 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Manthei,Christopher J 10/18/2022 06:10 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/18/2022 06:10 CDT** | Charted Date/Time: **10/18/2022 06:10 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Manthei,Christopher J 10/18/2022 06:10 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/17/2022 13:13 CDT** | Charted Date/Time: **10/17/2022 13:13 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Eikland,Tricia R 10/17/2022 13:13 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/17/2022 13:13 CDT** | Charted Date/Time: **10/17/2022 13:13 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Eikland,Tricia R 10/17/2022 13:13 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/17/2022 06:28 CDT** | Charted Date/Time: **10/17/2022 06:29 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Eikland,Tricia R 10/17/2022 06:28 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/17/2022 06:28 CDT** | Charted Date/Time: **10/17/2022 06:29 CDT** |

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Eikland,Tricia R 10/17/2022 06:28 CDT

---

---

### Medication Administration Record

### Medications

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/17/2022 06:28 CDT** | Charted Date/Time: **10/17/2022 06:29 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Eikland,Tricia R 10/17/2022 06:28 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/16/2022 07:10 CDT** | Charted Date/Time: **10/16/2022 07:10 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Stone,CO,Kelsey A 10/16/2022 07:10 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/16/2022 07:10 CDT** | Charted Date/Time: **10/16/2022 07:10 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Stone,CO,Kelsey A 10/16/2022 07:10 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/16/2022 07:10 CDT** | Charted Date/Time: **10/16/2022 07:11 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Stone,CO,Kelsey A 10/16/2022 07:10 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/16/2022 07:10 CDT** | Charted Date/Time: **10/16/2022 07:11 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Stone,CO,Kelsey A 10/16/2022 07:10 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/16/2022 07:10 CDT** | Charted Date/Time: **10/16/2022 07:12 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Stone,CO,Kelsey A 10/16/2022 07:10 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/16/2022 07:10 CDT** | Charted Date/Time: **10/16/2022 07:13 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Stone,CO,Kelsey A 10/16/2022 07:10 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/16/2022 07:10 CDT** | Charted Date/Time: **10/16/2022 07:13 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Stone,CO,Kelsey A 10/16/2022 07:10 CDT

---

_____

| Medication Administration Record |
|---|

| Medications |
|---|

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/16/2022 07:10 CDT** | Charted Date/Time: **10/16/2022 07:13 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Stone,CO,Kelsey A 10/16/2022 07:10 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/16/2022 07:07 CDT** | Charted Date/Time: **10/16/2022 07:07 CDT** |
|---|---|

**Ingredients:** ketor5Soln5 1 drops
**Admin Details: (Auth)** Eye-Both
**Action Details:** Order: Dombeck,APNP,Charles J 8/24/2022 08:34 CDT; Perform: Stone,CO,Kelsey A 10/16/2022 07:07 CDT; VERIFY: Stone,CO,Kelsey A 10/16/2022 07:07 CDT

**Medication Name:** ocular lubricant (Lubricating Plus Preservative Free Unit Dose)

| Admin Date/Time: **10/14/2022 07:52 CDT** | Charted Date/Time: **10/14/2022 07:55 CDT** |
|---|---|

**Admin Details: Auth (Verified)**
Associated Order(s) Pharmacy: Refresh Plus Preservative Free lubricating drops; Intervention Type Pharmacy: Formulary conversion; Pharmacy Order Initiated By: Pharmacist; Clinical Importance Pharmacy: Potentially minor; Prescriber Response Required: Yes; Pharmacy Prescribing Physician: Ledesma, Mark C
**Action Details:** Order: Ledesma,Mark C 10/13/2022 18:12 CDT; Perform: Egerbrecht,RPh,Brian M 10/14/2022 07:52 CDT; VERIFY: Egerbrecht,RPh,Brian M 10/14/2022 07:52 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/14/2022 06:11 CDT** | Charted Date/Time: **10/14/2022 06:11 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Manthei,Christopher J 10/14/2022 06:11 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/14/2022 06:11 CDT** | Charted Date/Time: **10/14/2022 06:12 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Manthei,Christopher J 10/14/2022 06:11 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/14/2022 06:11 CDT** | Charted Date/Time: **10/14/2022 06:12 CDT** |
|---|---|

**Admin Details: (Not Done)** Not Appropriate at this Time
ketorolac ophthalmic
**Action Details:** Perform: Manthei,Christopher J 10/14/2022 06:11 CDT

**Medication Name:** ketorolac ophthalmic (ketorolac 0.5% ophthalmic solution)

| Admin Date/Time: **10/13/2022 06:42 CDT** | Charted Date/Time: **10/13/2022 06:43 CDT** |
|---|---|

**Admin Details: (Not Given)** Med not available;Notify HSU
**Action Details:** Order: Dombeck,APNP,Charles J 8/24/2022 08:34 CDT; Perform: Eikland,Tricia R 10/13/2022 06:43 CDT; VERIFY: Eikland,Tricia R 10/13/2022 06:43 CDT

_____

---

### Medication Administration Record

| Medications |
| --- |

**Medication Name:** ibuprofen (Ibuprofen 200 mg oral tablet for RHU/CLS/LHS)

| Admin Date/Time: **8/3/2022 19:43 CDT** | Charted Date/Time: **8/3/2022 19:43 CDT** |
| --- | --- |

**Ingredients:** ibup200Tab 400 mg 2 tab

**Admin Details: (Auth)** Oral

**Action Details:** Order: Jeanpierre,DO,Cheryl A 8/2/2022 10:59 CDT; Perform: Gripentrog,Jacob A 8/3/2022 19:43 CDT; VERIFY: Gripentrog,Jacob A 8/3/2022 19:43 CDT

**Reason for Medication:** Gripentrog,Jacob A 8/3/2022 19:43 CDT
pain

---

**Medication Name:** ibuprofen (Ibuprofen 200 mg oral tablet for RHU/CLS/LHS)

| Admin Date/Time: **8/3/2022 15:33 CDT** | Charted Date/Time: **8/3/2022 15:33 CDT** |
| --- | --- |

**Ingredients:** ibup200Tab 400 mg 2 tab

**Admin Details: (Auth)** Oral

**Action Details:** Order: Jeanpierre,DO,Cheryl A 8/2/2022 10:59 CDT; Perform: Gripentrog,Jacob A 8/3/2022 15:33 CDT; VERIFY: Gripentrog,Jacob A 8/3/2022 15:33 CDT

**Reason for Medication:** Gripentrog,Jacob A 8/3/2022 15:33 CDT
pain

---

**Medication Name:** emollients, topical (Minerin Topical Cream 454 GM Jar)

| Admin Date/Time: **4/24/2022 10:28 CDT** | Charted Date/Time: **4/24/2022 10:30 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Med not available;Notify HSU
emollients, topical

**Action Details:** Perform: Johnstone,Amanda L 4/24/2022 10:28 CDT

---

**Medication Name:** emollients, topical (Minerin Topical Cream 454 GM Jar)

| Admin Date/Time: **4/24/2022 07:49 CDT** | Charted Date/Time: **4/24/2022 07:50 CDT** |
| --- | --- |

**Admin Details: (Not Done)** Med not available;Notify HSU
emollients, topical

**Action Details:** Perform: Johnstone,Amanda L 4/24/2022 07:49 CDT

---

**Medication Name:** SARS-CoV-2 (COVID-19) mRNA-1273 vaccine (COVID-19 Vaccine (Moderna) (2nd Dose))

| Admin Date/Time: **5/27/2021 08:15 CDT** | Charted Date/Time: **5/27/2021 08:17 CDT** |
| --- | --- |

**Ingredients:** COVID-19 Vaccine (Moderna) (2nd Dose) 0.5 mL

**Admin Details: (Auth)** Intramuscular, Deltoid Left

**Action Details:** Order: LaVoie,MD,Daniel L 5/27/2021 08:15 CDT; Perform: Haseleu,Ashley M as proxy for Moore,APNP, Mary A 5/27/2021 08:17 CDT; VERIFY: Haseleu,Ashley M 5/27/2021 08:17 CDT

---

**Medication Name:** SARS-CoV-2 (COVID-19) mRNA-1273 vaccine (COVID-19 Vaccine (Moderna) (1st Dose))

| Admin Date/Time: **4/28/2021 11:07 CDT** | Charted Date/Time: **4/28/2021 11:07 CDT** |
| --- | --- |

**Ingredients:** COVID-19 Vaccine (Moderna) (1st Dose) 0.5 mL

**Admin Details: (Auth)** Intramuscular, Deltoid Left

**Action Details:** Order: LaVoie,MD,Daniel L 4/28/2021 11:07 CDT; Perform: Haseleu,Ashley M as proxy for Jeanpierre, DO,Cheryl A 4/28/2021 11:07 CDT; VERIFY: Haseleu,Ashley M 4/28/2021 11:07 CDT

---

---

| *Medications* |
|---|

Document Type:                          Non-Formulary Drug Request
Service Date/Time:                      3/6/2023 09:13 CST
Result Status:                          Modified
Document Subject:                       Primary Care Non-Formulary Drug Request
Sign Information:                       Tuten,RPh,John J (3/6/2023 09:19 CST); South,OD,Bethany A (3/6/2023 09:13 CST)

### Primary Care Non-Formulary Drug Request Entered On:  3/6/2023 9:14 CST
### Performed On:  3/6/2023 9:13 CST by South, OD, Bethany A

**Primary Care Non-Formulary Drug Request**
*NF Cost of Drug Per :*   Other: $5.00 per Bottle
*NF Rx Approval Status :*   Approved
*NF Pharmacist :*   J Tuten
*Date of Pharmacist Reponse :*   3/6/2023 CST

Tuten, RPh, John J - 3/6/2023 9:19 CST

*NF Medication Name :*   Biotrue
*NF Request Prescriber :*   South, OD, Bethany A
*NF Request Date :*   3/6/2023 CST
*NF Request Rationale :*   Scleral lens cleaner recommended by offsite ophthalmology.  Clear care also recommended.
*NF Diagnoses :*   Wears a scleral contact lens
*NF Prior Medication Treatment :*   unknown
*NF Outside Consult :*   Yes
*NF Therapy :*   New Therapy
*NF Outside Prescriber :*   UW Eye Station
*NF Outside Location :*   Other Location

South, OD, Bethany A - 3/6/2023 9:13 CST

---

Document Type:                          Non-Formulary Drug Request
Service Date/Time:                      2/1/2023 07:18 CST
Result Status:                          Modified
Document Subject:                       Primary Care Non-Formulary Drug Request
Sign Information:                       Tuten,RPh,John J (2/1/2023 08:53 CST); Dombeck,APNP, Charles J (2/1/2023 07:18 CST)

### Primary Care Non-Formulary Drug Request Entered On:  2/1/2023 7:22 CST
### Performed On:  2/1/2023 7:18 CST by Dombeck, APNP, Charles J

**Primary Care Non-Formulary Drug Request**
*NF Rx Approval Status :*   Return for more information
*NF Pharmacist :*   J Tuten
*Date of Pharmacist Reponse :*   2/1/2023 CST

Tuten, RPh, John J - 2/1/2023 8:53 CST

---

---

## *Medications*

*NF Medication Name :*   Preservative free saline solution for filling of scleral lenses (Any Brand Single Dose or Multidose Bottles)
*NF Request Prescriber :*   Dombeck, APNP, Charles J
*NF Request Date :*   2/1/2023 CST

Dombeck, APNP, Charles J - 2/1/2023 7:18 CST

*NF Request Rationale :*   Patient is fitted for scleral lenses due to keratoconus.  It is recommended that these be used with
 single use preservative free solution or specialty multi-dose bottles, as the solution is in longer contact with the cornea
and preservatives in standard multi-purpose solution will cause corneal irritation.  Multi-purpose solution is only used for
rinsing debris from lenses prior to storage.

Per Pharmacy:
Effective 9/1/21, contact lens saline solution 'Sensitive Eyes Plus Soft Lens Saline solution' shall be made formulary. Dr.
Richter justified this request by his statement that this product was being recommended by UW ophthalmology for use
with scleral contact lenses in patients with keratoconus. It is an inexpensive product and can be an alternative to
unpreserved saline solution.

Tuten, RPh, John J - 2/1/2023 8:53 CST

{ [Patient is fitted for scleral lenses due to keratoconus.  It is recommended that these be used with single use preservative
free solution or specialty multi-dose bottles, as the solution is in longer contact with the cornea and preservatives in
standard multi-purpose solution will cause corneal irritation.  Multi-purpose solution is only used for rinsing debris from
lenses prior to storage.
] - previously charted by Dombeck, APNP, Charles J at 2/1/2023 7:18 CST};

*NF Diagnoses :*   keratoconus
*NF Prior Medication Treatment :*   N/A
*NF Outside Consult :*   Yes
*NF Therapy :*   New Therapy
*NF Outside Prescriber :*   Dr. Amy Walker
*NF Outside Location :*   UW Hospital

Dombeck, APNP, Charles J - 2/1/2023 7:18 CST

---

Document Type:                              Medications and Injections
Service Date/Time:                          6/27/2023 11:59 CDT
Result Status:                              Auth (Verified)
Document Subject:                           meds to RHU
Sign Information:                           Laning,LPN,Jesse K (6/27/2023 12:01 CDT)

art tears eye drops
sensitive eye drops
multipurpose drops
glasses, contact plungers and contacts (cases noted in bag) to be reissued to PIOC by RHU nurse

*Electronically Signed on 06/27/23 12:01 PM*

_____
*Laning, Jesse  LPN*

---

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 234 of 315     Document 76-10    Ex. 1006 - 0234

---

## *Medications*

Document Type:                                Medications and Injections
Service Date/Time:                            2/14/2023 21:15 CST
Result Status:                                Modified
Document Subject:                             meds to RHU
Sign Information:                             Laning,LPN,Jesse K (2/14/2023 21:22 CST); Laning,LPN,
                                              Jesse K (2/14/2023 21:16 CST)

**Addendum by Laning, LPN, Jesse K on February 14, 2023 21:22 CST**
Contacts and contact cases
contact plungers x 2
glasses
(hard case to property)

*Electronically Signed on 02/14/23 09:22 PM*

*Laning, Jesse  LPN*

art tears
sensitive eyes saline soln
multipurpose contact soln

*Electronically Signed on 02/14/23 09:16 PM*

*Laning, Jesse  LPN*

Document Type:                                Medications and Injections
Service Date/Time:                            10/13/2022 18:20 CDT
Result Status:                                Auth (Verified)
Document Subject:                             Meds to GP
Sign Information:                             Pitzlin,Whitney M (10/13/2022 18:20 CDT)

1 bottle of Renu eye drops
1 bottle of Ibuprofen

*Electronically Signed on 10/13/22 06:20 PM*

*Pitzlin, Whitney*

Document Type:                                Medications and Injections
Service Date/Time:                            8/2/2022 13:41 CDT
Result Status:                                Auth (Verified)
Document Subject:                             Meds to RHU
Sign Information:                             Pitzlin,Whitney M (8/2/2022 13:41 CDT)

1 box of Tylenol issued

*Electronically Signed on 08/02/22 01:41 PM*

*Pitzlin, Whitney*

---

---

| *Medications* |
|:-:|

Document Type:                          NF Diagnoses
Service Date/Time:                      3/6/2023 09:13 CST
Result Status:                          Auth (Verified)
Document Subject:                       NF Diagnoses
Sign Information:

**NF Diagnoses**
Wears a scleral contact lens

---

Document Type:                          NF Diagnoses
Service Date/Time:                      2/1/2023 07:18 CST
Result Status:                          Auth (Verified)
Document Subject:                       NF Diagnoses
Sign Information:

**NF Diagnoses**
keratoconus

---

Document Type:                          NF Prior Medication Treatment
Service Date/Time:                      3/6/2023 09:13 CST
Result Status:                          Auth (Verified)
Document Subject:                       NF Prior Medication Treatment
Sign Information:

**NF Prior Medication Treatment**
unknown

---

Document Type:                          NF Prior Medication Treatment
Service Date/Time:                      2/1/2023 07:18 CST
Result Status:                          Auth (Verified)
Document Subject:                       NF Prior Medication Treatment
Sign Information:

**NF Prior Medication Treatment**
N/A

---

Document Type:                          NF Request Rationale
Service Date/Time:                      3/6/2023 09:13 CST
Result Status:                          Auth (Verified)
Document Subject:                       NF Request Rationale
Sign Information:

**NF Request Rationale**
Scleral lens cleaner recommended by offsite ophthalmology.  Clear care also recommended.

---

_____

| *Medications* |
| --- |

Document Type:                                    NF Request Rationale
Service Date/Time:                                2/1/2023 07:18 CST
Result Status:                                    Modified
Document Subject:                                 NF Request Rationale
Sign Information:

**NF Request Rationale**
Patient is fitted for scleral lenses due to keratoconus.  It is recommended that these be used with single use preservative free solution or specialty multi-dose bottles, as the solution is in longer contact with the cornea and preservatives in standard multi-purpose solution will cause corneal irritation.  Multi-purpose solution is only used for rinsing debris from lenses prior to storage.

**Per Pharmacy:**
Effective 9/1/21, contact lens saline solution '**Sensitive Eyes Plus Soft Lens Saline solution**' shall be made formulary. Dr. Richter justified this request by his statement that this product was being recommended by UW ophthalmology for use with scleral contact lenses in patients with keratoconus. It is an inexpensive product and can be an alternative to unpreserved saline solution.

_____

_____

| Medication Reconcilation |
|---|

No Reconciliation History

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 238 of 315     Document 76-1
Ex. 1006 - 0238

---

## Dialysis Information

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

## Dialysis Information

| Recorded Date<br>Recorded Time<br>Recorded By | 12/5/2022<br>10:00 CST<br>Krainyk,RN,Kataryna A | 3/28/2022<br>13:07 CDT<br>Hohenstern,RN,Allison K | 3/15/2021<br>14:24 CDT<br>Larson,RN,Donna M | |
|---|---|---|---|---|
| Procedure | | | | Units |
| Oxygen Flow Rate | 0 | 0 | 0 | L/min |

## Flowsheets

| | |
|---|---|
| Document Type: | RHU Clearance |
| Service Date/Time: | 6/27/2023 11:23 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | RHU Clearance |
| Sign Information: | Hiland,RN,Jenna J (6/27/2023 11:23 CDT) |

**RHU Clearance Entered On:  6/27/2023 11:23 CDT**
**Performed On:  6/27/2023 11:23 CDT by Hiland, RN, Jenna J**

**RHU Clearance**
*RHU Contraindication :*  No

Hiland, RN, Jenna J - 6/27/2023 11:23 CDT

| | |
|---|---|
| Document Type: | RHU Clearance |
| Service Date/Time: | 2/15/2023 09:41 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | RHU Clearance |
| Sign Information: | Bleecker,RN,Andrea M (2/15/2023 09:41 CST) |

**RHU Clearance Entered On:  2/15/2023 9:41 CST**
**Performed On:  2/15/2023 9:41 CST by Bleecker, RN, Andrea M**

**RHU Clearance**
*RHU Contraindication :*  No

Bleecker, RN, Andrea M - 2/15/2023 9:41 CST

---

---

| *Flowsheets* |
| --- |

Document Type:                              RHU Clearance
Service Date/Time:                          8/2/2022 14:22 CDT
Result Status:                              Auth (Verified)
Document Subject:                           RHU Clearance
Sign Information:                           Taplin,Brian J (8/2/2022 14:22 CDT)

**RHU Clearance Entered On:  8/2/2022 14:22 CDT**
**Performed On:  8/2/2022 14:22 CDT by Taplin, Brian J**

**RHU Clearance**
*RHU Contraindication :*  No

Taplin, Brian J - 8/2/2022 14:22 CDT

---

Document Type:                              RHU Clearance
Service Date/Time:                          8/9/2021 11:23 CDT
Result Status:                              Auth (Verified)
Document Subject:                           RHU Clearance
Sign Information:                           Laning,LPN,Jesse K (8/9/2021 11:23 CDT)

**RHU Clearance Entered On:  8/9/2021 11:23 CDT**
**Performed On:  8/9/2021 11:23 CDT by Laning, LPN, Jesse K**

**RHU Clearance**
*RHU Contraindication :*  No

Laning, LPN, Jesse K - 8/9/2021 11:23 CDT

---

Document Type:                              Vital Signs Check
Service Date/Time:                          6/30/2020 08:33 CDT
Result Status:                              Auth (Verified)
Document Subject:                           Vital Signs Check
Sign Information:                           Moore,APNP,Mary A (6/30/2020 08:33 CDT)

**Vital Signs Check Entered On:  6/30/2020 8:36 CDT**
**Performed On:  6/30/2020 8:33 CDT by Moore, APNP, Mary A**

**Vital Signs Check**
*Systolic Blood Pressure :*  118 mmHg
*Diastolic Blood Pressure :*  70 mmHg
*BP Site :*  Left arm
*Peripheral Pulse Rate :*  81 bpm

---

_____

---

### Flowsheets

*Weight Measured :* 58.967 kg(Converted to: 130 lb 0 oz, 130.000 lb)
*Height/Length Measured :* 160.02 cm(Converted to: 5 ft 3 inch, 63.00 inch)
*Mean Arterial Pressure, Cuff :* 86 mmHg
*Blood Pressure Position :* Sitting
*Body Mass Index Measured :* 23 kg/m2
*BSA Estimated :* 0 m2
*SpO2 :* 96 %

Moore, APNP, Mary A - 6/30/2020 8:33 CDT

---

### Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

---

### Flowsheets/Interactive Views

| Recorded Date<br>Recorded Time<br>Recorded By | 12/11/2023<br>20:05 CST<br>Hosfelt,RN,Jessica A | 11/24/2023<br>10:45 CST<br>Hosfelt,RN,Jessica A | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Temperature Tympanic | 36.7 | - | Deg C | [36.6-38.1] |
| Respiratory Rate | 16 | - | br/min | [14-20] |
| SpO2 | 98 | - | % | [90-100] |
| Heart Rhythm | - | Regular | | |
| Eye Opening Response Glasgow | - | Spontaneously | | |
| Best Verbal Response Glasgow | - | Oriented | | |
| Best Motor Response Glasgow | - | Obeys commands | | |
| Glasgow Coma Score | - | 15 | | |
| Mucous Membrane Description | - | Moist, Intact | | |
| Mucous Membrane Color | - | Pink | | |
| Shortness of Breath | No | No | | |
| Loss of Consciousness | - | No | | |
| Hallucinations Present | - | None | | |
| Apical Heart Rate | 56 L | - | bpm | [60-100] |
| Characteristics of Speech | - | Clear | | |
| Facial Symmetry | - | Symmetric | | |
| Weakness/Numbness | No | No | | |

| Recorded Date<br>Recorded Time<br>Recorded By | 11/24/2023<br>10:45 CST<br>Hosfelt,RN,Jessica A | 11/24/2023<br>10:45 CST<br>Hosfelt,RN,Jessica A | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Temperature Tympanic | 36.8 | - | Deg C | [36.6-38.1] |
| Respiratory Rate | 16 | - | br/min | [14-20] |
| Level of Consciousness | Alert | - | | |
| SpO2 | 98 | - | % | [90-100] |
| Respirations | Unlabored, Quiet | Unlabored, Quiet | | |
| Cough | - | See Below T19 | | |
| Sputum Amount | - | Small | | |

_____

Report Request ID: 7475566                    Print Date/Time: 3/4/2024 12:28 CST

*Flowsheets/Interactive Views*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

*Flowsheets/Interactive Views*

| Recorded Date | 11/24/2023 | 11/24/2023 | | |
| Recorded Time | 10:45 CST | 10:45 CST | | |
| Recorded By | Hosfelt,RN,Jessica A | Hosfelt,RN,Jessica A | | |
| Procedure | | | Units | Reference Range |
|---|---|---|---|---|
| Sputum Color | - | Clear | | |
| Peripheral Pulse Rate | 73 | - | bpm | [60-100] |
| Respiratory Pattern | - | Regular | | |
| Chief Complaint | C/O Cough, Sore Throat | - | | |

Textual Results
T19:     11/24/2023 10:45 CST (Cough)
         Occasional, Other: States this has been x 2 weeks and at this time, he states it is still present, but improved.

| Recorded Date | 9/7/2023 | | |
| Recorded Time | 15:15 CDT | | |
| Recorded By | Van Stippen,RN,Jodi A | | |
| Procedure | | Units | Reference Range |
|---|---|---|---|
| Systolic Blood Pressure | 118 | mmHg | [90-140] |
| Diastolic Blood Pressure | 68 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 85 | mmHg | [65-140] |
| Respiratory Rate | 16 | br/min | [14-20] |
| Temperature Temporal Artery | 36.8 | Deg C | [36.3-38.1] |
| SpO2 | 99 | % | [90-100] |
| Peripheral Pulse Rate | 64 | bpm | [60-100] |
| Shortness of Breath | No | | |
| Weakness/Numbness | No | | |

| Recorded Date | 6/19/2023 | | |
| Recorded Time | 17:25 CDT | | |
| Recorded By | Van Stippen,RN,Jodi A | | |
| Procedure | | Units | Reference Range |
|---|---|---|---|
| Systolic Blood Pressure | 122 | mmHg | [90-140] |
| Diastolic Blood Pressure | 68 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 86 | mmHg | [65-140] |
| Respiratory Rate | 16 | br/min | [14-20] |
| Level of Consciousness | Alert | | |
| GI Symptoms | None | | |
| SpO2 | 99 | % | [90-100] |
| Left Upper Lobe Breath Sounds | Clear, Posterior | | |
| Right Upper Lobe Breath Sounds | Clear, Posterior | | |
| Right Middle Lobe Breath Sounds | Clear, Posterior | | |
| Left Lower Lobe Breath Sounds | Clear, Posterior | | |
| Right Lower Lobe Breath Sounds | Clear, Posterior | | |
| Respirations | See Below [T1] | | |
| Heart Rhythm | Regular | | |

_____

## Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

## Flowsheets/Interactive Views

| Recorded Date | 6/19/2023 | | |
| Recorded Time | 17:25 CDT | | |
| Recorded By | Van Stippen,RN,Jodi A | | |
| Procedure | | Units | Reference Range |
|---|---|---|---|
| Nail Bed Color | Normal for ethnicity | | |
| Capillary Refill | Less than 2 seconds | | |
| Pain Present | No actual or suspected pain | | |
| Peripheral Pulse Rate | 111 [H] | bpm | [60-100] |
| Right Eye Symptoms | Eye appears normal | | |
| Left Eye Symptoms | Eye appears normal | | |
| Genitourinary Symptoms | None | | |
| Eye Opening Response Glasgow | Spontaneously | | |
| Best Verbal Response Glasgow | Oriented | | |
| Best Motor Response Glasgow | Obeys commands | | |
| Glasgow Coma Score | 15 | | |
| Mucous Membrane Color | Pink | | |
| Shortness of Breath | No | | |
| Loss of Consciousness | No | | |
| Characteristics of Speech | Clear | | |
| Facial Symmetry | Symmetric | | |
| Neuromuscular Symptoms | Sensory Problems | | |
| Chief Complaint | See Below [T21] | | |
| Numeric Rating Pain Scale | 7 | | |
| Numeric Rating Pain Score | 7 | | |
| Primary Pain Location | Chest | | |
| Weakness/Numbness | No | | |
| Radial Pulse,Left | 3+ Normal | | |
| Radial Pulse,Right | 3+ Normal | | |
| Right Pupil Description | Regular, Round | | |
| Left Pupil Description | Regular, Round | | |
| PERRL | Yes | | |
| Skin Symptoms | None | | |

Textual Results
T1:      6/19/2023 17:25 CDT (Respirations)
         Unlabored, Quiet, Responds with sentences, phrases, words
T21:    6/19/2023 17:25 CDT (Chief Complaint)
         Chest Pain, SOB, numbness of left side.

| Recorded Date | 6/19/2023 | | |
| Recorded Time | 17:25 CDT | | |
| Recorded By | Van Stippen,RN,Jodi A | | |
| Procedure | | Units | Reference Range |
|---|---|---|---|
| Respirations | See Below [T2] | | |
| Respiratory Pattern | Regular | | |

_____

_____

| *Flowsheets/Interactive Views* |
|---|

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

| *Flowsheets/Interactive Views* |
|---|

Textual Results
T2:     6/19/2023 17:25 CDT (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date<br>Recorded Time<br>Recorded By | 2/15/2023<br>13:40 CST<br>Krainyk,RN,Kataryna A | | |
|---|---|---|---|
| Procedure | | Units | Reference Range |
| Systolic Blood Pressure | 130 | mmHg | [90-140] |
| Diastolic Blood Pressure | 76 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 94 | mmHg | [65-140] |
| Respiratory Rate | 20 | br/min | [14-20] |
| Level of Consciousness | Alert | | |
| GI Symptoms | None | | |
| SpO2 | 98 | % | [90-100] |
| Left Upper Lobe Breath Sounds | Clear, Anterior, Posterior | | |
| Right Upper Lobe Breath Sounds | Clear, Anterior, Posterior | | |
| Right Middle Lobe Breath Sounds | Clear, Anterior, Posterior | | |
| Right Lower Lobe Breath Sounds | Clear, Anterior, Posterior | | |
| Respirations | See Below ᵀ³ | | |
| Heart Rhythm | Regular | | |
| Nail Bed Color | Normal for ethnicity | | |
| Capillary Refill | Less than 2 seconds | | |
| Pain Present | No actual or suspected pain | | |
| General Symptoms | None | | |
| Peripheral Pulse Rate | 90 | bpm | [60-100] |
| Eye Opening Response Glasgow | Spontaneously | | |
| Best Verbal Response Glasgow | Oriented | | |
| Best Motor Response Glasgow | Obeys commands | | |
| Glasgow Coma Score | 15 | | |
| Skin Turgor | Elastic | | |
| Shortness of Breath | No | | |
| Characteristics of Speech | Clear | | |
| Facial Symmetry | Symmetric | | |
| Left Upper Extremity Sensation | Intact | | |
| Right Upper Extremity Sensation | Intact | | |
| Left Lower Extremity Sensation | Intact | | |
| Right Lower Extremity Sensation | Intact | | |
| Neuromuscular Symptoms | None | | |
| Left Upper Extremity Tone | Normal | | |
| Right Upper Extremity Tone | Normal | | |
| Left Lower Extremity Tone | Normal | | |
| Right Lower Extremity Tone | Normal | | |
| Chief Complaint | CP | | |

_____

---

## Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

### Flowsheets/Interactive Views

| Recorded Date | 2/15/2023 | | |
|---|---|---|---|
| Recorded Time | 13:40 CST | | |
| Recorded By | Krainyk,RN,Kataryna A | | |
| Procedure | | Units | Reference Range |
| Weakness/Numbness | No | | |
| Radial Pulse,Left | 3+ Normal | | |
| Radial Pulse,Right | 3+ Normal | | |
| PERRL | Yes | | |
| Skin Symptoms | None | | |

Textual Results

T3:    2/15/2023 13:40 CST (Respirations)
       Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date | 2/15/2023 | 1/26/2023 | | |
|---|---|---|---|---|
| Recorded Time | 13:40 CST | 13:27 CST | | |
| Recorded By | Krainyk,RN,Kataryna A | Taplin,RN,Brian J | | |
| Procedure | | | Units | Reference Range |
| Respirations | See Below T4 | - | | |
| Respiratory Pattern | Regular | - | | |
| Shortness of Breath | - | No | | |
| Weakness/Numbness | - | No | | |
| Bleeding | - | No | | |

Textual Results

T4:    2/15/2023 13:40 CST (Respirations)
       Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date | 1/13/2023 | 1/13/2023 | | |
|---|---|---|---|---|
| Recorded Time | 08:18 CST | 08:18 CST | | |
| Recorded By | Hiland,Jenna J | Hiland,Jenna J | | |
| Procedure | | | Units | Reference Range |
| Systolic Blood Pressure | 124 | - | mmHg | [90-140] |
| Diastolic Blood Pressure | 80 | - | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 95 | - | mmHg | [65-140] |
| Respiratory Rate | 17 | - | br/min | [14-20] |
| Level of Consciousness | Alert | - | | |
| GI Symptoms | None | - | | |
| Temperature Temporal Artery | 36.7 | - | Deg C | [36.3-38.1] |
| SpO2 | 96 | - | % | [90-100] |
| Respirations | Unlabored, Quiet | Unlabored, Quiet | | |
| Nail Bed Color | Normal for ethnicity | - | | |
| Pain Present | Yes actual or suspected pain | - | | |
| General Symptoms | None | - | | |
| Peripheral Pulse Rate | 87 | - | bpm | [60-100] |
| Respiratory Pattern | - | Regular | | |

---

Report Request ID:   7475566                              Print Date/Time:   3/4/2024 12:28 CST

## *Flowsheets/Interactive Views*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

### *Flowsheets/Interactive Views*

| Recorded Date<br>Recorded Time<br>Recorded By | 1/13/2023<br>08:18 CST<br>Hiland,Jenna J | 1/13/2023<br>08:18 CST<br>Hiland,Jenna J | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Right Eye Symptoms | Tearing [R9] | - | | |
| Left Eye Symptoms | Tearing [R11] | - | | |
| Genitourinary Symptoms | None | - | | |
| Eye Opening Response Glasgow | Spontaneously | - | | |
| Best Verbal Response Glasgow | Oriented | - | | |
| Best Motor Response Glasgow | Obeys commands | - | | |
| Glasgow Coma Score | 15 | - | | |
| Skin Turgor | Elastic | - | | |
| Mucous Membrane Description | Moist, Intact | - | | |
| Mucous Membrane Color | Pink | - | | |
| Shortness of Breath | No | - | | |
| Loss of Consciousness | No | - | | |
| Hallucinations Present | None | - | | |
| Characteristics of Speech | Clear | - | | |
| Facial Symmetry | Symmetric | - | | |
| Neuromuscular Symptoms | None | - | | |
| Chief Complaint | Vaccine questions and back pain | - | | |
| Numeric Rating Pain Scale | 8 | - | | |
| Numeric Rating Pain Score | 8 | - | | |
| Primary Pain Location | Back | - | | |
| Weakness/Numbness | No | - | | |
| Skin Symptoms | None | - | | |

Result Comments
R9:     Right Eye Symptoms
        Pt states contacts do not fit well which cause excess tearing.  Pt being seen by optical for this issue
R11:    Left Eye Symptoms
        Pt states contacts do not fit well which cause excess tearing

| Recorded Date<br>Recorded Time<br>Recorded By | 1/4/2023<br>09:45 CST<br>Hosfelt,RN,Jessica A | 12/13/2022<br>09:43 CST<br>South,OD,Bethany A | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Temperature Tympanic | 36.8 | - | Deg C | [36.6-38.1] |
| Systolic Blood Pressure | 111 | - | mmHg | [90-140] |
| Diastolic Blood Pressure | 57 [L] | - | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 75 | - | mmHg | [65-140] |
| Respiratory Rate | 16 | - | br/min | [14-20] |
| SpO2 | 98 | - | % | [90-100] |
| Shortness of Breath | No | - | | |
| Apical Heart Rate | 65 | - | bpm | [60-100] |

---

## Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

### Flowsheets/Interactive Views

| Recorded Date<br>Recorded Time<br>Recorded By | 1/4/2023<br>09:45 CST<br>Hosfelt,RN,Jessica A | 12/13/2022<br>09:43 CST<br>South,OD,Bethany A | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Chief Complaint | - | OS eye pain | | |
| Weakness/Numbness | No | - | | |

| Recorded Date<br>Recorded Time<br>Recorded By | 12/5/2022<br>10:00 CST<br>Krainyk,RN,Kataryna A | | |
|---|---|---|---|
| Procedure | | Units | Reference Range |
| Oxygen Flow Rate | 0 | L/min | |
| Systolic Blood Pressure | 166 H | mmHg | [90-140] |
| Diastolic Blood Pressure | 84 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 111 | mmHg | [65-140] |
| Respiratory Rate | 18 | br/min | [14-20] |
| Level of Consciousness | Alert | | |
| Temperature Temporal Artery | 36.5 | Deg C | [36.3-38.1] |
| SpO2 | 100 | % | [90-100] |
| Respirations | See Below T5 | | |
| Heart Rhythm | Regular | | |
| Nail Bed Color | Normal for ethnicity | | |
| Capillary Refill | Less than 2 seconds | | |
| Pain Present | Yes actual or suspected pain | | |
| General Symptoms | None | | |
| Peripheral Pulse Rate | 120 H | bpm | [60-100] |
| Right Eye Symptoms | Irritation | | |
| Left Eye Symptoms | See Below T20 | | |
| Eye Opening Response Glasgow | Spontaneously | | |
| Best Verbal Response Glasgow | Oriented | | |
| Best Motor Response Glasgow | Obeys commands | | |
| Glasgow Coma Score | 15 | | |
| Skin Turgor | Elastic | | |
| Shortness of Breath | No | | |
| Neuromuscular Symptoms | None | | |
| Chief Complaint | See Below T22 | | |
| Numeric Rating Pain Scale | 7 | | |
| Numeric Rating Pain Score | 7 | | |
| Primary Pain Location | Eye | | |
| Weakness/Numbness | No | | |
| Skin Symptoms | None | | |

Textual Results
T5:      12/5/2022 10:00 CST (Respirations)

---

---

## *Flowsheets/Interactive Views*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

---

### *Flowsheets/Interactive Views*

Textual Results
T5:     12/5/2022 10:00 CST (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words
T20:    12/5/2022 10:00 CST (Left Eye Symptoms)
        Irritation, Reddened eye, Tearing
T22:    12/5/2022 10:00 CST (Chief Complaint)
        Eye irriatation, L thumb swelling

| Recorded Date | 12/5/2022 | 11/18/2022 | | |
|---|---|---|---|---|
| Recorded Time | 10:00 CST | 11:16 CST | | |
| Recorded By | Krainyk,RN,Kataryna A | Hiland,Jenna J | | |
| Procedure | | | Units | Reference Range |
| Systolic Blood Pressure | - | 132 | mmHg | [90-140] |
| Diastolic Blood Pressure | - | 83 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | - | 99 | mmHg | [65-140] |
| Respiratory Rate | - | 17 | br/min | [14-20] |
| SpO2 | - | 99 | % | [90-100] |
| Respirations | See Below [T6] | - | | |
| Peripheral Pulse Rate | - | 66 | bpm | [60-100] |
| Respiratory Pattern | Regular | - | | |
| Shortness of Breath | - | No | | |
| Weakness/Numbness | - | No | | |

Textual Results

T6:     12/5/2022 10:00 CST (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date | 10/21/2022 | 10/14/2022 | | |
|---|---|---|---|---|
| Recorded Time | 12:32 CDT | 16:45 CDT | | |
| Recorded By | Taplin,Brian J | Hass,LPN,Alyssa | | |
| Procedure | | | Units | Reference Range |
| Systolic Blood Pressure | - | 114 | mmHg | [90-140] |
| Diastolic Blood Pressure | - | 64 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | - | 81 | mmHg | [65-140] |
| Respiratory Rate | - | 16 | br/min | [14-20] |
| Temperature Temporal Artery | - | 36.5 | Deg C | [36.3-38.1] |
| SpO2 | - | 98 | % | [90-100] |
| Peripheral Pulse Rate | - | 58 [L] | bpm | [60-100] |
| Shortness of Breath | No | No | | |
| Weakness/Numbness | No | No | | |
| Bleeding | No | - | | |

---

## *Flowsheets/Interactive Views*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

## *Flowsheets/Interactive Views*

| Recorded Date<br>Recorded Time<br>Recorded By | 10/13/2022<br>17:41 CDT<br>Pitzlin,Whitney M | 9/29/2022<br>13:50 CDT<br>Hiland,Jenna J | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Temperature Oral | - | 37.0 | Deg C | [35.8-37.3] |
| Systolic Blood Pressure | 128 | 126 | mmHg | [90-140] |
| Diastolic Blood Pressure | 89 | 79 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 102 | 95 | mmHg | [65-140] |
| Respiratory Rate | 16 | 17 | br/min | [14-20] |
| Level of Consciousness | - | Alert | | |
| GI Symptoms | - | None | | |
| SpO2 | 98 | 99 | % | [90-100] |
| Respirations | - | Unlabored, Quiet | | |
| Nail Bed Color | - | Normal for ethnicity | | |
| Pain Present | - | Yes actual or suspected pain | | |
| General Symptoms | - | None | | |
| Peripheral Pulse Rate | 78 | 60 | bpm | [60-100] |
| Right Eye Symptoms | - | Vision impairment [R10] | | |
| Left Eye Symptoms | - | Vision impairment [R10] | | |
| Genitourinary Symptoms | - | None | | |
| Eye Opening Response Glasgow | - | Spontaneously | | |
| Best Verbal Response Glasgow | - | Oriented | | |
| Best Motor Response Glasgow | - | Obeys commands | | |
| Glasgow Coma Score | - | 15 | | |
| Skin Turgor | - | Elastic | | |
| Mucous Membrane Description | - | Moist, Intact | | |
| Barriers to Learning | None evident | - | | |
| Teaching Method | Explanation | - | | |
| Mucous Membrane Color | - | Pink | | |
| Shortness of Breath | No | No | | |
| Loss of Consciousness | - | No | | |
| Hallucinations Present | - | None | | |
| Characteristics of Speech | - | Clear | | |
| Facial Symmetry | - | Symmetric | | |
| Neuromuscular Symptoms | - | None | | |
| Chief Complaint | - | Fall | | |
| Primary Pain Location | - | Head | | |
| Weakness/Numbness | No | No | | |
| Skin Symptoms | - | None | | |

Result Comments
R10:   Left Eye Symptoms, Right Eye Symptoms
       Pt unable to wear contacts

_____

### *Flowsheets/Interactive Views*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

### *Flowsheets/Interactive Views*

| Recorded Date<br>Recorded Time<br>Recorded By | 9/29/2022<br>13:50 CDT<br>Hiland,Jenna J | 8/11/2022<br>08:45 CDT<br>Hohenstern,RN,Allison K | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| GI Symptoms | - | None | | |
| Respirations | Unlabored, Quiet | - | | |
| Nail Bed Color | - | Normal for ethnicity | | |
| Capillary Refill | - | Less than 2 seconds | | |
| Pain Present | - | No actual or suspected pain | | |
| General Symptoms | - | None | | |
| Respiratory Pattern | Regular | - | | |
| Genitourinary Symptoms | - | None | | |
| Eye Opening Response Glasgow | - | Spontaneously | | |
| Best Verbal Response Glasgow | - | Oriented | | |
| Best Motor Response Glasgow | - | Obeys commands | | |
| Glasgow Coma Score | - | 15 | | |
| Skin Turgor | - | Elastic | | |
| Shortness of Breath | - | No | | |
| Loss of Consciousness | - | No | | |
| Hallucinations Present | - | None | | |
| Characteristics of Speech | - | Clear | | |
| Facial Symmetry | - | Symmetric | | |
| Left Upper Extremity Sensation | - | Numbness, Tingling [R12] | | |
| Neuromuscular Symptoms | - | Sensory Problems [R13] | | |
| Weakness/Numbness | - | No | | |
| Radial Pulse,Left | - | 3+ Normal | | |
| Radial Pulse,Right | - | 3+ Normal | | |
| Skin Symptoms | - | None | | |

Result Comments
R12:    Left Upper Extremity Sensation
          Left hand, 5th digit
R13:    Neuromuscular Symptoms
          Left hand, 5th digit, numbness and tingling.

| Recorded Date<br>Recorded Time<br>Recorded By | 8/11/2022<br>08:45 CDT<br>Hohenstern,RN,Allison K | | |
|---|---|---|---|
| Procedure | | Units | Reference Range |
| Respirations | See Below [T7] | | |
| Respiratory Pattern | Regular | | |

Textual Results
T7:     8/11/2022 08:45 CDT (Respirations)
          Unlabored, Quiet, Responds with sentences, phrases, words

_____

---

## *Flowsheets/Interactive Views*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

## *Flowsheets/Interactive Views*

| Recorded Date<br>Recorded Time<br>Recorded By | 8/11/2022<br>08:45 CDT<br>Hohenstern,RN,Allison K | 8/10/2022<br>12:56 CDT<br>White,Kim S | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Level of Consciousness | Alert | - | | |
| Height/Length Measured | 161 | - | cm | [124.5-225] |
| Weight Measured | 55.1 | - | kg | |
| Body Mass Index Measured | 21 | - | kg/m2 | |
| Respirations | See Below [T8] | - | | |
| Shortness of Breath | - | No | | |
| BSA Measured | 1.57 | - | m2 | |
| Chief Complaint | HSR left thumb numbness | - | | |
| Weakness/Numbness | - | No | | |

Textual Results

T8:    8/11/2022 08:45 CDT (Respirations)
          Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date<br>Recorded Time<br>Recorded By | 8/2/2022<br>11:04 CDT<br>Pitzlin,Whitney M | 8/2/2022<br>11:04 CDT<br>Pitzlin,Whitney M | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Respiratory Rate | - | 16 | br/min | [14-20] |
| Level of Consciousness | - | Alert | | |
| GI Symptoms | None | - | | |
| Respirations | - | See Below [T9] | | |
| Pain Present | Yes actual or suspected pain | - | | |
| General Symptoms | None | - | | |
| Right Eye Symptoms | Eye appears normal | - | | |
| Left Eye Symptoms | Eye appears normal | - | | |
| Genitourinary Symptoms | None | - | | |
| Eye Opening Response Glasgow | Spontaneously | - | | |
| Best Verbal Response Glasgow | Oriented | - | | |
| Best Motor Response Glasgow | Obeys commands | - | | |
| Glasgow Coma Score | 15 | - | | |
| Shortness of Breath | No | - | | |
| Characteristics of Speech | Clear | - | | |
| Facial Symmetry | Symmetric | - | | |
| Neuromuscular Symptoms | Muscle Problems | - | | |
| Chief Complaint | - | altercation/OC spray | | |
| Weakness/Numbness | No | - | | |
| Skin Symptoms | Lesions/Open Wound | - | | |

Textual Results
T9:    8/2/2022 11:04 CDT (Respirations)

---

Report Request ID:  7475566                          Print Date/Time:  3/4/2024 12:28 CST

_____

## Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

## Flowsheets/Interactive Views

Textual Results
T9:     8/2/2022 11:04 CDT (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date<br>Recorded Time<br>Recorded By | 8/2/2022<br>11:04 CDT<br>Pitzlin,Whitney M | 7/21/2022<br>16:26 CDT<br>Laning,LPN,Jesse K | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Temperature Oral | - | 36.8 | Deg C | [35.8-37.3] |
| Systolic Blood Pressure | - | 129 | mmHg | [90-140] |
| Diastolic Blood Pressure | - | 76 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | - | 94 | mmHg | [65-140] |
| SpO2 | - | 99 | % | [90-100] |
| Respirations | See Below [T10] | - | | |
| Peripheral Pulse Rate | - | 85 | bpm | [60-100] |
| Respiratory Pattern | Regular | - | | |
| Barriers to Learning | - | None evident | | |
| Shortness of Breath | - | No | | |
| Weakness/Numbness | - | No | | |

Textual Results
T10:    8/2/2022 11:04 CDT (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date<br>Recorded Time<br>Recorded By | 7/6/2022<br>09:46 CDT<br>Waddell,RN,Tricia | 6/16/2022<br>16:05 CDT<br>Hosfelt,RN,Jessica A | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Temperature Oral | 36.7 | - | Deg C | [35.8-37.3] |
| Temperature Tympanic | - | 36.8 | Deg C | [36.6-38.1] |
| Systolic Blood Pressure | 113 | 130 | mmHg | [90-140] |
| Diastolic Blood Pressure | 73 | 57 L | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 86 | 81 | mmHg | [65-140] |
| Respiratory Rate | 16 | 16 | br/min | [14-20] |
| SpO2 | 99 | 98 | % | [90-100] |
| Peripheral Pulse Rate | 52 L | - | bpm | [60-100] |
| Shortness of Breath | No | No | | |
| Apical Heart Rate | - | 103 H | bpm | [60-100] |
| Weakness/Numbness | No | No | | |

| Recorded Date<br>Recorded Time<br>Recorded By | 5/12/2022<br>16:56 CDT<br>Pitzlin,Whitney M | 3/28/2022<br>13:07 CDT<br>Hohenstern,RN,Allison K | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Temperature Oral | - | 36.6 | Deg C | [35.8-37.3] |

_____

---

*Flowsheets/Interactive Views*

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

*Flowsheets/Interactive Views*

| Recorded Date<br>Recorded Time<br>Recorded By | 5/12/2022<br>16:56 CDT<br>Pitzlin,Whitney M | 3/28/2022<br>13:07 CDT<br>Hohenstern,RN,Allison K | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Oxygen Flow Rate | - | 0 | L/min | |
| Systolic Blood Pressure | 124 | 136 | mmHg | [90-140] |
| Diastolic Blood Pressure | 78 | 81 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 93 | 99 | mmHg | [65-140] |
| Respiratory Rate | 16 | 19 | br/min | [14-20] |
| Weight Measured | - | 57.52 | kg | |
| Temperature Temporal Artery | 36.9 | - | Deg C | [36.3-38.1] |
| SpO2 | 98 | 99 | % | [90-100] |
| Peripheral Pulse Rate | 61 | 107 H | bpm | [60-100] |
| Shortness of Breath | No | No | | |
| Weakness/Numbness | No | No | | |

| Recorded Date<br>Recorded Time<br>Recorded By | 3/7/2022<br>12:55 CST<br>Winkler,Jill | 3/7/2022<br>12:55 CST<br>Winkler,Jill | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Temperature Oral | 38.1 H | - | Deg C | [35.8-37.3] |
| Systolic Blood Pressure | 122 | - | mmHg | [90-140] |
| Diastolic Blood Pressure | 68 | - | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 86 | - | mmHg | [65-140] |
| Respiratory Rate | 16 | - | br/min | [14-20] |
| Level of Consciousness | Alert | - | | |
| GI Symptoms | None | - | | |
| Weight Measured | 56.6 | - | kg | |
| SpO2 | 96 | - | % | [90-100] |
| Respirations | See Below T11 | See Below T12 | | |
| Heart Rhythm | Regular | - | | |
| Nail Bed Color | Normal for ethnicity | - | | |
| Capillary Refill | Less than 2 seconds | - | | |
| Pain Present | No actual or suspected pain | - | | |
| General Symptoms | None | - | | |
| Peripheral Pulse Rate | 70 | - | bpm | [60-100] |
| Respiratory Pattern | - | Regular | | |
| Right Eye Symptoms | Eye appears normal | - | | |
| Left Eye Symptoms | Eye appears normal | - | | |
| Abdomen Palpation | Soft, Non-Tender | - | | |
| Genitourinary Symptoms | None | - | | |
| Eye Opening Response Glasgow | Spontaneously | - | | |
| Best Verbal Response Glasgow | Oriented | - | | |
| Best Motor Response Glasgow | Obeys commands | - | | |

---

Report Request ID: 7475566                        Print Date/Time: 3/4/2024 12:28 CST

## Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

## Flowsheets/Interactive Views

| Recorded Date<br>Recorded Time<br>Recorded By | 3/7/2022<br>12:55 CST<br>Winkler,Jill | 3/7/2022<br>12:55 CST<br>Winkler,Jill | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Glasgow Coma Score | 15 | - | | |
| Skin Turgor | Elastic | - | | |
| Shortness of Breath | No | - | | |
| Facial Symmetry | Symmetric | - | | |
| Neuromuscular Symptoms | None | - | | |
| Chief Complaint | light hurting head | - | | |
| Weakness/Numbness | No | - | | |
| PERRLA | Yes | - | | |
| Skin Symptoms | None | - | | |

Textual Results
T11:    3/7/2022 12:55 CST (Respirations)
        Responds with sentences, phrases, words
T12:    3/7/2022 12:55 CST (Respirations)
        Unlabored, Responds with sentences, phrases, words

| Recorded Date<br>Recorded Time<br>Recorded By | 10/18/2021<br>11:15 CDT<br>Pitzlin,Whitney M | | |
|---|---|---|---|
| Procedure | | Units | Reference Range |
| Systolic Blood Pressure | 124 | mmHg | [90-140] |
| Diastolic Blood Pressure | 64 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 84 | mmHg | [65-140] |
| Respiratory Rate | 16 | br/min | [14-20] |
| Level of Consciousness | Alert | | |
| GI Symptoms | None | | |
| SpO2 | 99 | % | [90-100] |
| Left Upper Lobe Breath Sounds | Posterior, Clear | | |
| Right Upper Lobe Breath Sounds | Posterior, Clear | | |
| Right Middle Lobe Breath Sounds | Posterior, Clear | | |
| Left Lower Lobe Breath Sounds | Posterior, Clear | | |
| Right Lower Lobe Breath Sounds | Posterior, Clear | | |
| Respirations | See Below T13 | | |
| Nail Bed Color | Normal for ethnicity | | |
| Pain Present | No actual or suspected pain | | |
| General Symptoms | None | | |
| Peripheral Pulse Rate | 77 | bpm | [60-100] |
| Right Eye Symptoms | Eye appears normal | | |
| Left Eye Symptoms | Eye appears normal | | |
| Genitourinary Symptoms | None | | |
| Eye Opening Response Glasgow | Spontaneously | | |

## Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

## Flowsheets/Interactive Views

| Recorded Date<br>Recorded Time<br>Recorded By | 10/18/2021<br>11:15 CDT<br>Pitzlin,Whitney M | Units | Reference Range |
|---|---|---|---|
| **Procedure** | | Units | Reference Range |
| Best Verbal Response Glasgow | Oriented | | |
| Best Motor Response Glasgow | Obeys commands | | |
| Glasgow Coma Score | 15 | | |
| Shortness of Breath | No | | |
| Characteristics of Speech | Clear | | |
| Facial Symmetry | Symmetric | | |
| Neuromuscular Symptoms | None | | |
| Chief Complaint | c/o seasonal allergies | | |
| Weakness/Numbness | No | | |
| Skin Symptoms | None | | |

Textual Results
T13:    10/18/2021 11:15 CDT (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date<br>Recorded Time<br>Recorded By | 10/18/2021<br>11:15 CDT<br>Pitzlin,Whitney M | Units | Reference Range |
|---|---|---|---|
| **Procedure** | | Units | Reference Range |
| Respirations | See Below T14 | | |
| Cough | Non-Productive, Occasional | | |
| Respiratory Pattern | Regular | | |

Textual Results
T14:    10/18/2021 11:15 CDT (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date<br>Recorded Time<br>Recorded By | 8/25/2021<br>09:05 CDT<br>Pitzlin,Whitney M | 8/25/2021<br>09:05 CDT<br>Pitzlin,Whitney M | Units | Reference Range |
|---|---|---|---|---|
| **Procedure** | | | Units | Reference Range |
| Temperature Tympanic | 36.9 | - | Deg C | [36.6-38.1] |
| Systolic Blood Pressure | 126 | - | mmHg | [90-140] |
| Diastolic Blood Pressure | 82 | - | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 97 | - | mmHg | [65-140] |
| Respiratory Rate | 16 | - | br/min | [14-20] |
| Level of Consciousness | Alert | - | | |
| GI Symptoms | None | - | | |
| SpO2 | 100 | - | % | [90-100] |
| Respirations | See Below T15 | See Below T16 | | |
| Pain Present | No actual or suspected pain | - | | |
| General Symptoms | None | - | | |

---

### Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

### Flowsheets/Interactive Views

| Recorded Date | 8/25/2021 | 8/25/2021 | | |
| Recorded Time | 09:05 CDT | 09:05 CDT | | |
| Recorded By | Pitzlin,Whitney M | Pitzlin,Whitney M | | |
| Procedure | | | Units | Reference Range |
|---|---|---|---|---|
| Peripheral Pulse Rate | 87 | - | bpm | [60-100] |
| Respiratory Pattern | - | Regular | | |
| Right Eye Symptoms | Eye appears normal | - | | |
| Left Eye Symptoms | Eye appears normal | - | | |
| Genitourinary Symptoms | None | - | | |
| Eye Opening Response Glasgow | Spontaneously | - | | |
| Best Verbal Response Glasgow | Oriented | - | | |
| Best Motor Response Glasgow | Obeys commands | - | | |
| Glasgow Coma Score | 15 | - | | |
| Skin Turgor | Elastic | - | | |
| Shortness of Breath | No | - | | |
| Characteristics of Speech | Clear | - | | |
| Facial Symmetry | Symmetric | - | | |
| Neuromuscular Symptoms | None | - | | |
| Chief Complaint | HSR for dry feet | - | | |
| Weakness/Numbness | No | - | | |
| Skin Symptoms | Other: dry peeling areas | - | | |

Textual Results
T15:    8/25/2021 09:05 CDT (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words
T16:    8/25/2021 09:05 CDT (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date | 6/2/2021 | 3/15/2021 | | |
| Recorded Time | 14:15 CDT | 14:24 CDT | | |
| Recorded By | Ahlborg,Robert C | Larson,RN,Donna M | | |
| Procedure | | | Units | Reference Range |
|---|---|---|---|---|
| Temperature Oral | 37.0 | - | Deg C | [35.8-37.3] |
| Oxygen Flow Rate | - | 0 | L/min | |
| Systolic Blood Pressure | 124 | 120 | mmHg | [90-140] |
| Diastolic Blood Pressure | 68 | 68 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | 87 | 85 | mmHg | [65-140] |
| Respiratory Rate | 16 | - | br/min | [14-20] |
| Level of Consciousness | - | Alert | | |
| Weight Measured | 56.88 | - | kg | |
| Temperature Temporal Artery | - | 37.0 | Deg C | [36.3-38.1] |
| SpO2 | 95 | 97 | % | [90-100] |
| Respirations | - | See Below T17 | | |
| Nail Bed Color | - | Normal for ethnicity | | |
| Capillary Refill | - | Less than 2 seconds | | |

---

---

## Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

## Flowsheets/Interactive Views

| Recorded Date<br>Recorded Time<br>Recorded By | 6/2/2021<br>14:15 CDT<br>Ahlborg,Robert C | 3/15/2021<br>14:24 CDT<br>Larson,RN,Donna M | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Pain Present | - | No actual or suspected pain | | |
| Peripheral Pulse Rate | 76 | 98 | bpm | [60-100] |
| Right Eye Symptoms | - | Eye appears normal | | |
| Left Eye Symptoms | - | Eye appears normal | | |
| Eye Opening Response Glasgow | - | Spontaneously | | |
| Best Verbal Response Glasgow | - | Oriented | | |
| Best Motor Response Glasgow | - | Obeys commands | | |
| Glasgow Coma Score | - | 15 | | |
| Shortness of Breath | No | - | | |
| Characteristics of Speech | - | Clear | | |
| Facial Symmetry | - | Symmetric | | |
| Chief Complaint | - | c/o "retinal detachment" | | |
| Weakness/Numbness | No | - | | |
| Radial Pulse,Left | - | 3+ Normal | | |
| Radial Pulse,Right | - | 3+ Normal | | |
| Right Pupil Description | - | Round | | |
| Left Pupil Description | - | Round | | |
| Right Pupil Reaction | - | Brisk | | |
| Left Pupil Reaction | - | Brisk | | |
| Right Pupil Size | - | 4 | mm | |
| Left Pupil Size | - | 4 | mm | |

Textual Results
T17:   3/15/2021 14:24 CDT (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words

| Recorded Date<br>Recorded Time<br>Recorded By | 3/15/2021<br>14:24 CDT<br>Larson,RN,Donna M | 3/11/2021<br>14:56 CST<br>South,Bethany A | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Respirations | See Below T18 | - | | |
| Respiratory Pattern | Regular | - | | |
| Chief Complaint | - | See Below T23 | | |

Textual Results
T18:   3/15/2021 14:24 CDT (Respirations)
        Unlabored, Quiet, Responds with sentences, phrases, words
T23:   3/11/2021 14:56 CST (Chief Complaint)
        Patient requests a comprehensive exam

---

---

### Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

---

### Flowsheets/Interactive Views

| Recorded Date<br>Recorded Time<br>Recorded By | 7/2/2020<br>08:06 CDT<br>Contributor_system,ACL | 6/30/2020<br>08:33 CDT<br>Moore,APNP,Mary A | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Systolic Blood Pressure | - | 118 | mmHg | [90-140] |
| Diastolic Blood Pressure | - | 70 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | - | 86 | mmHg | [65-140] |
| Height/Length Measured | - | 160.02 | cm | [124.5-243.8] |
| Weight Measured | - | 58.967 | kg | |
| Body Mass Index Measured | - | 23 | kg/m2 | |
| SpO2 | - | 96 | % | [90-100] |
| CREA-ACL | 1.08 | - | mg/dL | [0.67-1.17] |
| Peripheral Pulse Rate | - | 81 | bpm | [60-100] |

| Recorded Date<br>Recorded Time<br>Recorded By | 5/1/2020<br>08:05 CDT<br>Larson,RN,Donna M | 1/31/2020<br>10:29 CST<br>Fryczynski,Jodi L | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Temperature Oral | 36.8 | 36.6 | Deg C | [35.8-37.3] |
| Systolic Blood Pressure | - | 112 | mmHg | [90-140] |
| Diastolic Blood Pressure | - | 72 | mmHg | [60-90] |
| Mean Arterial Pressure,Cuff | - | 85 | mmHg | [65-140] |
| Respiratory Rate | - | 16 | br/min | [14-20] |
| Level of Consciousness | - | Alert | | |
| GI Symptoms | - | None | | |
| Weight Measured | - | 57.60 | kg | |
| SpO2 | - | 98 | % | [90-100] |
| Respirations | - | Unlabored, Quiet | | |
| Heart Rhythm | - | Regular | | |
| Pain Present | - | No actual or suspected pain | | |
| General Symptoms | - | None | | |
| Peripheral Pulse Rate | - | 56 L | bpm | [60-100] |
| Genitourinary Symptoms | - | None | | |
| Eye Opening Response Glasgow | - | Spontaneously | | |
| Best Verbal Response Glasgow | - | Oriented | | |
| Best Motor Response Glasgow | - | Obeys commands | | |
| Glasgow Coma Score | - | 15 | | |
| Skin Turgor | - | Elastic | | |
| Mucous Membrane Description | - | Moist, Intact | | |
| Mucous Membrane Color | - | Pink | | |
| Shortness of Breath | No | - | | |
| Characteristics of Speech | - | Clear | | |
| Facial Symmetry | - | Symmetric | | |
| Neuromuscular Symptoms | - | None | | |

---

---

## Flowsheets/Interactive Views

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

### Flowsheets/Interactive Views

| Recorded Date Recorded Time Recorded By | 5/1/2020 08:05 CDT Larson,RN,Donna M | 1/31/2020 10:29 CST Fryczynski,Jodi L | | |
|---|---|---|---|---|
| Procedure | | | Units | Reference Range |
| Chief Complaint | - | weight loss | | |
| Weakness/Numbness | No | - | | |
| Skin Symptoms | - | None | | |

| Recorded Date Recorded Time Recorded By | 1/31/2020 10:29 CST Fryczynski,Jodi L | | |
|---|---|---|---|
| Procedure | | Units | Reference Range |
| Respirations | Unlabored, Quiet | | |

---

## HSU Wellness Checks

Legend: c=Corrected, (A)=Abnormal, (!)=Critical, L=Low, H=High, (+)=Positive, R=Result Comment, T=Textual, W=Witness Action

| Performed Date/Time | Result | Recorded By |
|---|---|---|
| 8/12/2023 15:58 CDT | Responsive | Leberak,RN,Megan A |
| 8/12/2023 15:58 CDT | No Injury/Illness | Leberak,RN,Megan A |
| 8/5/2023 14:56 CDT | Responsive | Hiland,RN,Jenna J |
| 8/5/2023 14:56 CDT | No Injury/Illness | Hiland,RN,Jenna J |
| 7/29/2023 15:15 CDT | Responsive | Leberak,RN,Megan A |
| 7/29/2023 15:15 CDT | No Injury/Illness | Leberak,RN,Megan A |
| 7/22/2023 16:16 CDT | Responsive | Leberak,RN,Megan A |
| 7/22/2023 16:16 CDT | No Injury/Illness | Leberak,RN,Megan A |
| 7/16/2023 15:48 CDT | Responsive | Leberak,RN,Megan A |
| 7/16/2023 15:48 CDT | No Injury/Illness | Leberak,RN,Megan A |
| 7/9/2023 15:10 CDT | Responsive | Leberak,RN,Megan A |
| 7/9/2023 15:10 CDT | No Injury/Illness | Leberak,RN,Megan A |
| 7/2/2023 16:06 CDT | Responsive | Leberak,RN,Megan A |
| 7/2/2023 16:06 CDT | No Injury/Illness | Leberak,RN,Megan A |
| 3/21/2023 14:39 CDT | Responsive | Hiland,RN,Jenna J |
| 3/21/2023 14:39 CDT | No Injury/Illness | Hiland,RN,Jenna J |
| 3/15/2023 09:21 CDT | Responsive | Hosfelt,RN,Jessica A |
| 3/15/2023 09:21 CDT | No Injury/Illness | Hosfelt,RN,Jessica A |
| 3/9/2023 10:31 CST | Responsive | Hosfelt,RN,Jessica A |
| 3/9/2023 10:31 CST | No Injury/Illness | Hosfelt,RN,Jessica A |
| 3/2/2023 09:47 CST | Sleeping | Taplin,RN,Brian J |
| 2/16/2023 11:14 CST | Responsive | Hosfelt,RN,Jessica A |
| 2/16/2023 11:14 CST | No Injury/Illness | Hosfelt,RN,Jessica A |

---

---

## Consents/Refusals

**\*\*\* Clinical Documentation Content on Following Page \*\*\***

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 260 of 315     Document 76-1

Ex. 1006 - 0260

**\* Auth (Verified) \***

**DEPARTMENT OF CORRECTIONS**
Division of Management Services
DOC-1163A (Rev. 12/2020)



**WISCONSIN**
Wisconsin Statutes
§§ 146.81-84, 252.15, 938.78 and 51.30
Federal Regulations
42 CFR Part 2 & 45 CFR Parts 160 & 164

# AUTHORIZATION FOR USE AND DISCLOSURE
## OF PROTECTED HEALTH INFORMATION (PHI)

### INDIVIDUAL / AGENCY BEING AUTHORIZED TO DISCLOSE PHI

| NAME OF INDIVIDUAL / AGENCY | TELEPHONE NUMBER | FAX NUMBER |
|---|---|---|
| WAUPUN Correctional Institute | 920-324-5511 | — |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 200 S. Madison St. | WAUPUN | WI | 53963 |

### SUBJECT OF PROTECTED HEALTH INFORMATION (PATIENT)

| PATIENT NAME | DOC NUMBER | HOUSING UNIT | DATE OF BIRTH | TELEPHONE NUMBER |
|---|---|---|---|---|
| Damonta Jennings | 669475 | NW | 7-31-1996 | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 200 South Madison Street | Waupun | WF | 53963 |

### RECIPIENT OF PROTECTED HEALTH INFORMATION

| NAME OF INDIVIDUAL / AGENCY (e.g. Lawyer, Physician, Patient, Family) | TELEPHONE NUMBER | FAX NUMBER |
|---|---|---|
| Damonta Jennings | 920-324-6369 | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 200 South Madison Street | Waupun | WI | |

**NOTICE**: Records of the Department of Corrections that contain Protected Health Information (PHI) may include a Division of Adult Institutions and/or Division of Juvenile Corrections Health Care Record, Social Services File or Division of Community Corrections file. The records include those created by DOC and non-DOC health care providers. Disclosure of PHI can be written, electronic or verbal.
**READ CAREFULLY AND CHECK APPROPRIATE BOXES.**

### SPECIFIC PROTECTED HEALTH INFORMATION AUTHORIZED FOR USE/ DISCLOSURE

☑ **Two-Way Release** By checking this box, I authorize the individuals/agencies named in this authorization, to disclose to each other, the PHI identified below on an ongoing basis for the duration of this authorization.

☑ Check the box to the left if a copy of an entire record may be disclosed and explain below why the entire record is needed. Entire record includes all the types of information listed below plus correspondence, consents/refusals, medication administration sheets, flow sheets and miscellaneous documents. **If this box is checked, no checkboxes in the section below need to be checked. If no start and end dates are given below, only the last 12 months will be provided.**

### DOCUMENTS AUTHORIZED FOR USE/DISCLOSURE

☑ Problem List
☐ Record of Immunizations and TB test Results
☑ Medical History/Physical Exam
☑ Progress Notes
☑ Prescriber's Orders/Medications
☑ Consultations
☐ Laboratory Results

☑ Medical Imaging Reports (X-Rays, MRIs, etc.)
☐ Psychiatric (may include AODA/SUD diagnoses)
☐ Psychological (may include AODA/SUD diagnoses)
☐ AODA / SUD Program/Treatment Information
☑ Optical
☐ Dental
☐ Patient Request Folder/OnBase (e.g. Health Service Requests, Medication/Medical Supply Refill Requests)

**THIS AUTHORIZATION MAY INCLUDE MEDICAL, MENTAL HEALTH, DEVELOPMENTAL DISABILITY AND ALCOHOL/DRUG ABUSE/SUBSTANCE USE DISORDER INFORMATION, AND HIV TEST RESULTS, UNLESS EXCLUDED BELOW.**

**Describe time period of records by entering start and end dates.** If no dates are entered, records for the most recent 12 months will be provided.     FROM: 01-1-2021  TO: 08-31-2023

If Authorization is **limited** to or includes specific youth/juvenile medical or mental health conditions(s), describe (include time period):

☑ **LOCATION**: I authorize the disclosure of my location knowing that this will reveal that I am in a mental health or AODA / SUD treatment facility.

### PURPOSE OR NEED FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION (check applicable category)

☑ Ongoing health care/treatment
☑ Further Medical Care
☐ Other

☑ Review by patient
☐ Review by family member/friend

☑ Legal representation/proceedings (Court/Administrative)
☐ Disability/Social Security Determination

Continued

**\* Auth (Verified) \***

| PATIENT NAME Damonta Jennings | DOC NUMBER 669475 |
|---|---|

## PATIENT RIGHTS

Right to Receive Copy of This Authorization. Patients have a right to receive a copy of this form after signing it.

Right to Refuse to Sign This Authorization. DOC can not condition treatment or payment for treatment based on a patient's decision not to sign this form, except for research-related treatment and provision of health care solely for the purpose of creating PHI for disclosure to a third party.

Right to Withdraw This Authorization. Patients have the right to revoke this Authorization at any time by completing a Revocation of Authorization for Use/Disclosure of PHI (DOC-1163R), or equivalent. Revocation is effective when DOC, or other individual/agency authorized to disclose PHI, receives the form, and is not effective regarding the uses/disclosures of PHI made prior to receipt of the DOC-1163R, or equivalent.

Re-disclosure. If a patient authorizes disclosure to an individual/agency not covered by laws that prohibit re-disclosure, the PHI may be re-disclosed by that individual/agency. If Substance Use Disorder (SUD/AODA) records have been disclosed:

- The record that has been disclosed is protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this record unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed in this record or, is otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose (see § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except provided under §§ 2.12(c)(5) and 2.65.

Right to Inspect and/or Copy PHI. Patients have the right to inspect, and obtain copies of PHI for a reasonable fee used/disclosed based upon this form.

Authority to Sign DOC-1163A. A **minor** is a person under the age of 18 years. An **adult** is a person 18 years or older.

- Adults can sign the form regarding all types of PHI about themselves.
- A court appointed guardian of the person or an agent under an activated Power of Attorney for Health Care (POAHC) can sign the form for the incompetent adult or principal regarding all types of PHI, unless restricted by the Letters of Guardianship or POAHC document.
- A parent/guardian can sign the form for a minor child regarding medical/ physical health, mental health and developmental disability information.
- Minors 12-17 years can sign the form for AODA / SUD information about themselves. A parent/guardian can **not** access or authorize disclosure of AODA / SUD information about a minor child 12-17 years without consent of the minor.
- Minors 14 -17 years old can sign the form regarding mental health and developmental disability information about themselves from a community provider whose records are covered by s. 51.30, Wis. Stats.
- Minors 14 -17 years can sign the form regarding HIV test results about themselves. A parent/guardian can **not** access or authorize disclosure of HIV information about a minor child 14-17 years without consent of the minor.

## AUTHORIZATION EXPIRATION: DATE/EVENT

**This Authorization is in effect until the following date or event:** _____

**If no date/event is entered, this Authorization expires one year from the date of signing.**

I have read or had read to me this Authorization form. I have had an opportunity to ask questions. By signing this Authorization, I am confirming that it accurately reflects my wishes regarding use and disclosure of my Protected Health Information. I understand that there may be a charge for copies.

| SIGNATURE OF PATIENT: | | DATE SIGNED[1] 8-17-2023 |
|---|---|---|
| SIGNATURE OF OTHER PERSON LEGALLY AUTHORIZED TO CONSENT TO DISCLOSURE (If Applicable): | RELATIONSHIP TO PATIENT<br>☐ Legal Guardian ☐ Parent of Minor<br>☐ Next of Kin ☐ Health Care Agent<br>☐ Personal Representative<br>☐ Other: | DATE SIGNED[2] |

### FACSIMILE OR PHOTOCOPY CAN BE TREATED AS ORIGINAL

**DISTRIBUTION:** Original – Internal Paper Record, PR Authorization Section; Social Services File, Release of Information Authorizations Section; PSU Record AODA / SUD Envelope or DCC Client Case File; Copy - Individual/Agency authorized to disclose PHI when other than DOC Copy - Patient /Other Person signing form

WCI

## *Consents/Refusals*

Document Type: PR Medical Authorizations
Service Date/Time: 6/7/2021 09:51 CDT
Result Status: Auth (Verified)
Document Subject: optical prescription copy
Sign Information: Von Ruden,MPAA,Jaime V (6/7/2021 09:52 CDT)

sent out first free copy of prescription for glasses from 06/02/2021

**\* Auth (Verified) \***

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3220 (Rev. 8/2022)

**WISCONSIN**
Wisconsin Statute
Section 302.384

# REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Jennings Damonta | 669475 | WCI |

**Section One** - Notice to Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained.  Describe: _____

☒ Refuse to undergo a test/treatment/procedure.  Describe: *File review*

☐ Refuse to take the prescribed medication(s) listed on the lines below.

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

**Section Four**: Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| *Refused to sign* | |
| WITNESS SIGNATURE | DATE SIGNED |
| *CO II MCI* | *12-28-23* |
| WITNESS SIGNATURE | DATE SIGNED |

**DISTRIBUTION:** Original – Internal Paper Record, PR Consents/Refusals Section

WCI

*Auth (Verified)*

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev. 8/2022)

**WISCONSIN**
Wisconsin Statute
Section 302.384

## REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Jennings, Damunta | ＵＬＬ947 | WCi |

**Section One** - Notice to Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained. Describe: _____

☐ Refuse to undergo a test/treatment/procedure. Describe: _____

☑ Refuse to take the prescribed medication(s) listed on the lines below.

Flu Vaccine

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

**Section Four**: Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| Refused | |
| WITNESS SIGNATURE | DATE SIGNED |
| Shelei Baversfel R.N | 10.25.23 |
| WITNESS SIGNATURE | DATE SIGNED |
| Ashley Haselen | 10-25-23 |

DISTRIBUTION: Original – Internal Paper Record, PR Consents/Refusals Section

WCI

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Management Services
DOC-1163A (Rev. 2/2023)

WISCONSIN
Wisconsin Statutes
§§ 146.81-84, 252.15, 938.78 and 51.30
Federal Regulations
42 CFR Part 2 & 45 CFR Parts 160 & 164

# AUTHORIZATION FOR USE AND DISCLOSURE
# OF PROTECTED HEALTH INFORMATION (PHI)

## INDIVIDUAL / AGENCY BEING AUTHORIZED TO DISCLOSE PHI

| NAME OF INDIVIDUAL / AGENCY | TELEPHONE NUMBER | FAX NUMBER |
|---|---|---|
| Valley Eye Associates | 920-730-4168 | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 21 Park Place | Appleton | WI | 54914 |

## SUBJECT OF PROTECTED HEALTH INFORMATION (PATIENT)

| PATIENT NAME | DOC NUMBER | HOUSING UNIT | DATE OF BIRTH | TELEPHONE NUMBER |
|---|---|---|---|---|
| Damonta Jennings | 669475 | NW I-27 | 07-31-1996 | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 200 S Madison St | Waupun | WI | 53963 |

## RECIPIENT(S) OF PROTECTED HEALTH INFORMATION

| NAME OF INDIVIDUAL(S) / ORGANIZATON(S) (e.g. Lawyer, Physician, Patient, Family) | TELEPHONE NUMBER | FAX NUMBER |
|---|---|---|
| UW Health / Dr. Nehls | 608-263-6070 | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2880 University Ave | Madison | WI | 53705 |

NOTICE: Records of the Department of Corrections that contain Protected Health Information (PHI) may include a Division of Adult Institutions and/or Division of Juvenile Corrections Health Care Record, Social Services File or Division of Community Corrections file. The records include those created by DOC and non-DOC health care providers. Disclosure of PHI can be written, electronic or verbal.
**READ CAREFULLY AND CHECK APPROPRIATE BOXES.**

## SPECIFIC PROTECTED HEALTH INFORMATION AUTHORIZED FOR USE/ DISCLOSURE

☑ **Two-Way Release** By checking this box, I authorize the individuals/agencies named in this authorization, to disclose to each other, the PHI identified below on an ongoing basis for the duration of this authorization.

☐ Check the box to the left if a copy of an entire record may be disclosed and explain below why the entire record is needed. Entire record includes all the types of information listed below plus correspondence, consents/refusals, medication administration sheets, flow sheets and miscellaneous documents. If this box is checked, no checkboxes in the section below need to be checked. If no start and end dates are given below, only the last 12 months will be provided.

## DOCUMENTS AUTHORIZED FOR USE/DISCLOSURE

☑ Problem List
☐ Record of Immunizations and TB test Results
☑ Medical History/Physical Exam
☑ Progress Notes
☑ Prescriber's Orders/Medications
☑ Consultations
☑ Laboratory Results
☐ Specific Form Numbers:

☑ Medical Imaging Reports (X-Rays, MRIs, etc.)
☐ Psychiatric (may include AODA/SUD diagnoses)
☐ Psychological (may include AODA/SUD diagnoses)
☐ AODA / SUD Program/Treatment Information
☑ Optical
☐ Dental
☑ Patient Request Folder/OnBase (e.g. Health Service Requests, Medication/Medical Supply Refill Requests)

THIS AUTHORIZATION MAY INCLUDE MEDICAL, MENTAL HEALTH, DEVELOPMENTAL DISABILITY AND ALCOHOL/DRUG ABUSE/SUBSTANCE USE DISORDER INFORMATION, AND HIV TEST RESULTS, UNLESS EXCLUDED BELOW.

Describe time period of records by entering start and end dates. If no dates are entered, records for the most recent 12 months will be provided.

FROM: 01-01-2021    TO: 01-01-2052

If Authorization is limited to medical or mental health conditions(s), or includes specific youth/juvenile information, describe (include time period):

☑ LOCATION: I authorize the disclosure of my location knowing that this will reveal that I am in a mental health or AODA / SUD treatment facility.

## PURPOSE OR NEED FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION (check applicable category)

☑ Ongoing health care/treatment
☑ Further Medical Care
☐ Other

☐ Review by patient
☐ Review by family member/friend

☐ Legal representation/proceedings (Court/Administrative)
☐ Disability/Social Security Determination

Continued

WCI

**\* Auth (Verified) \***

| PATIENT NAME | DOC NUMBER |
|---|---|
| Damonta Jennings | 669475 |

## PATIENT RIGHTS

Right to Receive Copy of This Authorization. Patients have a right to receive a copy of this form after signing it.

Right to Refuse to Sign This Authorization. DOC can not condition treatment or payment for treatment based on a patient's decision not to sign this form, except for research-related treatment and provision of health care solely for the purpose of creating PHI for disclosure to a third party.

Right to Withdraw This Authorization. Patients have the right to revoke this Authorization at any time by completing a Revocation of Authorization for Use/Disclosure of PHI (DOC-1163R), or equivalent. Revocation is effective when DOC, or other individual/agency authorized to disclose PHI, receives the form, and is not effective regarding the uses/disclosures of PHI made prior to receipt of the DOC-1163R, or equivalent.

Re-disclosure. If a patient authorizes disclosure to an individual/agency not covered by laws that prohibit re-disclosure, the PHI may be re-disclosed by that individual/agency. If Substance Use Disorder (SUD/AODA) records have been disclosed:

- The record that has been disclosed is protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this record unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed in this record or, is otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose (see § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except provided under §§ 2.12(c)(5) and 2.65.

Right to Inspect and/or Copy PHI. Patients have the right to inspect, and obtain copies of PHI for a reasonable fee used/disclosed based upon this form.

Authority to Sign DOC-1163A. A minor is a person under the age of 18 years. An adult is a person 18 years or older.

- Adults can sign the form regarding all types of PHI about themselves.
- A court appointed guardian of the person or an agent under an activated Power of Attorney for Health Care (POAHC) can sign the form for the incompetent adult or principal regarding all types of PHI, unless restricted by the Letters of Guardianship or POAHC document.
- A parent/guardian can sign the form for a minor child regarding medical/ physical health, mental health and developmental disability information.
- Minors 12-17 years can sign the form for AODA / SUD information about themselves. A parent/guardian can not access or authorize disclosure of AODA / SUD information about a minor child 12-17 years without consent of the minor.
- Minors 14-17 years old can sign the form regarding mental health and developmental disability information about themselves from a community provider whose records are covered by s. 51.30, Wis. Stats.
- Minors 14-17 years can sign the form regarding HIV test results about themselves. A parent/guardian can not access or authorize disclosure of HIV information about a minor child 14-17 years without consent of the minor.

## AUTHORIZATION EXPIRATION: DATE/EVENT

This Authorization is in effect until the following date or event: Release of Incarceration

If no date/event is entered, this Authorization expires one year from the date of signing.

I have read or had read to me this Authorization form. I have had an opportunity to ask questions. By signing this Authorization, I am confirming that it accurately reflects my wishes regarding use and disclosure of my Protected Health Information. I understand that there may be a charge for copies.

| SIGNATURE OF PATIENT: | DATE SIGNED[1] |
|---|---|
| *[signature]* | 9-11-2023 |

| SIGNATURE OF OTHER PERSON LEGALLY AUTHORIZED TO CONSENT TO DISCLOSURE (If Applicable): | RELATIONSHIP TO PATIENT | DATE SIGNED[2] |
|---|---|---|
| | ☐ Legal Guardian ☐ Parent of Minor<br>☐ Next of Kin ☐ Health Care Agent<br>☐ Personal Representative<br>☐ Other: | |

### FOR CENTRAL MEDICAL RECORDS AND INACTIVE WOMEN'S MEDICAL RECORD USE ONLY:

## LIST OF DOCUMENTS / INFORMATION DISCLOSED, BASED ON THIS AUTHORIZATION (Write on back side of form or attach additional sheet(s), if needed. Include name and DOC on each sheet.)

Initials of Person disclosing PHI                Date Disclosed                Time Disclosed

### FACSIMILE OR PHOTOCOPY CAN BE TREATED AS ORIGINAL

**DISTRIBUTION:** Original-HIM Forms/Documents-Authorization Documents: HSU scan to PR Medical Authorization, PSU scan to PR Psychological Authorization, SUD scan to PR SUD Authorization; or DCC Client Case File; or Social Services File, Release of Information Authorizations Section when applicable. Copy – Patient/Other Person signing form. Copy – Individual/Agency authorized to disclose PHI when other than DOC.

WCI

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev. 8/2022)

**WISCONSIN**
Wisconsin Statute
Section 302.384

## REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Jennings, Damonta | 669475 | WCI |

**Section One** - Notice to Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☑ Refuse to permit a health provider to conduct a recommended medical examination/screening. *Numbness in left arm, Chest pain, SoB, rapid HR*

☐ Refuse to permit a specimen be obtained. Describe: _____

☐ Refuse to undergo a test/treatment/procedure. Describe: _____

☐ Refuse to take the prescribed medication(s) listed on the lines below.

_____
_____
_____

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

_____
_____
_____

**Section Four**: Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| *Refused to sign* | |
| WITNESS SIGNATURE | DATE SIGNED |
| *CBleckeren* | 7·14·23 |
| WITNESS SIGNATURE | DATE SIGNED |

DISTRIBUTION: Original – Internal Paper Record, PR Consents/Refusals Section

WCI

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS　　　　　　　　　　　　WISCONSIN
Division of Adult Institutions
DOC-3758 (Rev. 2/2019)

# NOTICE OF SPECIAL NEEDS COMMITTEE DECISION

| PATIENT NAME | DOC NUMBER | DATE | FACILITY |
|---|---|---|---|
| Jennings, Damonta | 669475 | 7-13-23 | WCI |

From:　　**SPECIAL NEEDS COMMITTEE**

RE:　　**SPECIAL NEEDS REQUEST**

This notice serves to inform you that your request for Single Cell has been reviewed by the facility Special Needs Committee

Your request has been:

☐　Approved as requested

☐　Approved with modification(s):

☐　Approved with time limit:

Your request has been:

☒　Denied - Request does not meet criteria as defined in policy.

☐　Denied - Request is outside the scope of this committee.

☐　Denied - Other:

Special Needs Committee Members (print / type name clearly)

| | |
|---|---|
| Jenna Hyland, RN | |
| M. Wesner, APNP | |
| Q. Haseleu, AHSM | |
| Anglia P. Kroll, OPA | |
| Kurt Bmart Rymarkiewicz | |
| Williams | |

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev. 2/2019)

WISCONSIN
Wisconsin Statute
Section 302.384

## REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Jennings, Damonta | 669475 | WCI |

**Section One** - Notice To Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained. Describe: _____

☒ Refuse to undergo a test/treatment/procedure. Describe: _COVID 19 Vaccine_

☐ Refuse to take the prescribed medication(s) listed on the lines below.

_____

_____

_____

**Section Three** - Patient: describe your reason(s) for refusing recommended health care.

_____

_____

_____

**Section Four**: Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| _[signature]_ | 1-26-23 |
| WITNESS SIGNATURE | DATE SIGNED |
| _[signature]_ | 1/24/23 |
| WITNESS SIGNATURE | DATE SIGNED |

DISTRIBUTION: Original – Internal Paper Record, PR Consents/Refusals Section

WCI

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev. 8/2022)

WISCONSIN
Wisconsin Statute
Section 302.384

## REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Jennings Damonta | 669475 | WCI |

**Section One** – Notice to Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained. Describe: _____

☒ Refuse to undergo a test/treatment/procedure. Describe: _flu vaccine 22/23_

☐ Refuse to take the prescribed medication(s) listed on the lines below.

_____

_____

_____

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

Currently Underwent Surgery In Boths Eyes And Taking Meds. That May Not Cooperate.

**Section Four:** Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| *Damonta* | 11/16/22 |
| WITNESS SIGNATURE Ashley Haselen | DATE SIGNED 11/16/22 |
| WITNESS SIGNATURE | DATE SIGNED 11-16-22 |

DISTRIBUTION: Original – Internal Paper Record, PR Consents/Refusals Section

WCI

**\* Auth (Verified) \***

| PATIENT NAME | DOC NUMBER |
|---|---|
| *Damonta J* | 669475 |

## PATIENT RIGHTS

Right to Receive Copy of This Authorization. Patients have a right to receive a copy of this form after signing it.

Right to Refuse to Sign This Authorization. DOC can not condition treatment or payment for treatment based on a patient's decision not to sign this form, except for research-related treatment and provision of health care solely for the purpose of creating PHI for disclosure to a third party.

Right to Withdraw This Authorization. Patients have the right to revoke this Authorization at any time by completing a Revocation of Authorization for Use/Disclosure of PHI (DOC-1163R), or equivalent. Revocation is effective when DOC, or other individual/agency authorized to disclose PHI, receives the form, and is not effective regarding the uses/disclosures of PHI made prior to receipt of the DOC-1163R, or equivalent.

Re-disclosure. If a patient authorizes disclosure to an individual/agency not covered by laws that prohibit re-disclosure, the PHI may be re-disclosed by that individual/agency. If Substance Use Disorder (SUD/AODA) records have been disclosed:

- The record that has been disclosed is protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this record unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed in this record or, is otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose (see § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except provided under §§ 2.12(c)(5) and 2.65.

Right to Inspect and/or Copy PHI. Patients have the right to inspect, and obtain copies of PHI for a reasonable fee used/disclosed based upon this form.

Authority to Sign DOC-1163A. A **minor** is a person under the age of 18 years. An **adult** is a person 18 years or older.

- Adults can sign the form regarding all types of PHI about themselves.
- A court appointed guardian of the person or an agent under an activated Power of Attorney for Health Care (POAHC) can sign the form for the incompetent adult or principal regarding all types of PHI, unless restricted by the Letters of Guardianship or POAHC document.
- A parent/guardian can sign the form for a minor child regarding medical/ physical health, mental health and developmental disability information.
- Minors 12-17 years can sign the form for AODA / SUD information about themselves. A parent/guardian can **not** access or authorize disclosure of AODA / SUD information about a minor child 12-17 years without consent of the minor.
- Minors 14 -17 years old can sign the form regarding mental health and developmental disability information about themselves from a community provider whose records are covered by s. 51.30, Wis. Stats.
- Minors 14 -17 years can sign the form regarding HIV test results about themselves. A parent/guardian can **not** access or authorize disclosure of HIV information about a minor child 14-17 years without consent of the minor.

## AUTHORIZATION EXPIRATION: DATE/EVENT

This Authorization is in effect until the following date or event: _____

If no date/event is entered, this Authorization expires one year from the date of signing.

I have read or had read to me this Authorization form. I have had an opportunity to ask questions. By signing this Authorization, I am confirming that it accurately reflects my wishes regarding use and disclosure of my Protected Health Information. I understand that there may be a charge for copies.

| SIGNATURE OF PATIENT:  *Damonte* | DATE SIGNED[1]  7-9-22 |
|---|---|
| SIGNATURE OF OTHER PERSON LEGALLY AUTHORIZED TO CONSENT TO DISCLOSURE (If Applicable): | RELATIONSHIP TO PATIENT<br>☐ Legal Guardian  ☐ Parent of Minor<br>☐ Next of Kin  ☐ Health Care Agent<br>☐ Personal Representative<br>☐ Other: | DATE SIGNED[2] |

### FACSIMILE OR PHOTOCOPY CAN BE TREATED AS ORIGINAL

**DISTRIBUTION:** Original – Internal Paper Record, PR Authorization Section; Social Services File, Release of Information Authorizations Section; PSU Record AODA / SUD Envelope or DCC Client Case File; Copy - Individual/Agency authorized to disclose PHI when other than DOC Copy - Patient /Other Person signing form

WCI

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Management Services
DOC-1163A (Rev. 12/2020)

WISCONSIN
Wisconsin Statutes
§§ 146.81-84, 252.15, 938.78 and 51.30
Federal Regulations
42 CFR Part 2 & 45 CFR Parts 160 & 164



# AUTHORIZATION FOR USE AND DISCLOSURE
## OF PROTECTED HEALTH INFORMATION (PHI)

### INDIVIDUAL / AGENCY BEING AUTHORIZED TO DISCLOSE PHI

**NAME OF INDIVIDUAL / AGENCY** Waupun Correctional Institution (HSU)

**TELEPHONE NUMBER** ▓▓▓

**FAX NUMBER**

**ADDRESS** ▓▓▓   **CITY** ▓▓▓   **STATE** ▓▓▓   **ZIP CODE**

### SUBJECT OF PROTECTED HEALTH INFORMATION (PATIENT)

**PATIENT NAME** Damonta Jennings

**DOC NUMBER** 669475

**HOUSING UNIT** Nwch I·20

**DATE OF BIRTH** 07/31/1996

**TELEPHONE NUMBER** N/A

**ADDRESS**   **CITY**   **STATE** WI   **ZIP CODE**

### RECIPIENT OF PROTECTED HEALTH INFORMATION

**NAME OF INDIVIDUAL / AGENCY (e.g. Lawyer, Physician, Patient, Family)** Roy Jennings

**TELEPHONE NUMBER** 414·902·0653

**FAX NUMBER** N/A

**ADDRESS** 2750 N 2nd Street

**CITY** Milwaukee   **STATE** WI   **ZIP CODE** 53212

NOTICE: Records of the Department of Corrections that contain Protected Health Information (PHI) may include a Division of Adult Institutions and/or Division of Juvenile Corrections Health Care Record, Social Services File or Division of Community Corrections file. The records include those created by DOC and non-DOC health care providers. Disclosure of PHI can be written, electronic or verbal.
**READ CAREFULLY AND CHECK APPROPRIATE BOXES.**

### SPECIFIC PROTECTED HEALTH INFORMATION AUTHORIZED FOR USE/ DISCLOSURE

☐ **Two-Way Release** By checking this box, I authorize the individuals/agencies named in this authorization, to disclose to each other, the PHI identified below on an ongoing basis for the duration of this authorization.

☑ **Check the box to the left if a copy of an entire record may be disclosed and explain below why the entire record is needed.** Entire record includes all the types of information listed below plus correspondence, consents/refusals, medication administration sheets, flow sheets and miscellaneous documents. If this box is checked, no checkboxes in the section below need to be checked. If no start and end dates are given below, only the last 12 months will be provided.

### DOCUMENTS AUTHORIZED FOR USE/DISCLOSURE

☐ Problem List
☐ Record of Immunizations and TB test Results
☐ Medical History/Physical Exam
☐ Progress Notes
☐ Prescriber's Orders/Medications
☐ Consultations
☐ Laboratory Results

☐ Medical Imaging Reports (X-Rays, MRIs, etc.)
☐ Psychiatric (may include AODA/SUD diagnoses)
☐ Psychological (may include AODA/SUD diagnoses)
☐ AODA / SUD Program/Treatment Information
☐ Optical
☐ Dental
☐ Patient Request Folder/OnBase (e.g. Health Service Requests, Medication/Medical Supply Refill Requests)

**THIS AUTHORIZATION MAY INCLUDE MEDICAL, MENTAL HEALTH, DEVELOPMENTAL DISABILITY AND ALCOHOL/DRUG ABUSE/SUBSTANCE USE DISORDER INFORMATION, AND HIV TEST RESULTS, UNLESS EXCLUDED BELOW.**

**Describe time period of records by entering start and end dates.** If no dates are entered, records for the most recent 12 months will be provided.   **FROM:** N/A   **TO:** N/A

If Authorization is **limited** to or includes specific youth/juvenile medical or mental health conditions(s), describe (include time period):

☐ **LOCATION:** I authorize the disclosure of my location knowing that this will reveal that I am in a mental health or AODA / SUD treatment facility.

### PURPOSE OR NEED FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION (check applicable category)

☐ Ongoing health care/treatment
☐ Further Medical Care
☐ Other

☑ Review by patient
☑ Review by family member/friend

☐ Legal representation/proceedings (Court/Administrative)
☐ Disability/Social Security Determination

Continued

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Management Services
DOC-1163A (Rev. 12/2020)



WISCONSIN
Wisconsin Statutes
§§ 146.81-84, 252.15, 938.78 and 51.30
Federal Regulations
42 CFR Part 2 & 45 CFR Parts 160 & 164

# AUTHORIZATION FOR USE AND DISCLOSURE
## OF PROTECTED HEALTH INFORMATION (PHI)

### INDIVIDUAL / AGENCY BEING AUTHORIZED TO DISCLOSE PHI

NAME OF INDIVIDUAL / AGENCY: Waupun Correctional Institution (HSU)

| TELEPHONE NUMBER | FAX NUMBER |

ADDRESS | CITY | STATE | ZIP CODE

### SUBJECT OF PROTECTED HEALTH INFORMATION (PATIENT)

PATIENT NAME: Damonta Jennings
DOC NUMBER: 669475
HOUSING UNIT: Nwch I-20
DATE OF BIRTH: 07/31/1996
TELEPHONE NUMBER: N/A

ADDRESS | CITY | STATE: WI | ZIP CODE

### RECIPIENT OF PROTECTED HEALTH INFORMATION

NAME OF INDIVIDUAL / AGENCY (e.g. Lawyer, Physician, Patient, Family): Roy Jennings
TELEPHONE NUMBER: 414-902-0653
FAX NUMBER: N/A

ADDRESS: 2750 N 2nd Street
CITY: Milwaukee
STATE: WI
ZIP CODE: 53212

NOTICE: Records of the Department of Corrections that contain Protected Health Information (PHI) may include a Division of Adult Institutions and/or Division of Juvenile Corrections Health Care Record, Social Services File or Division of Community Corrections file. The records include those created by DOC and non-DOC health care providers. Disclosure of PHI can be written, electronic or verbal.
**READ CAREFULLY AND CHECK APPROPRIATE BOXES.**

### SPECIFIC PROTECTED HEALTH INFORMATION AUTHORIZED FOR USE/ DISCLOSURE

☐ **Two-Way Release** By checking this box, I authorize the individuals/agencies named in this authorization, to disclose to each other, the PHI identified below on an ongoing basis for the duration of this authorization.

☑ Check the box to the left if a copy of an entire record may be disclosed and explain below why the entire record is needed. Entire record includes all the types of information listed below plus correspondence, consents/refusals, medication administration sheets, flow sheets and miscellaneous documents. If this box is checked, no checkboxes in the section below need to be checked. If no start and end dates are given below, only the last 12 months will be provided.

### DOCUMENTS AUTHORIZED FOR USE/DISCLOSURE

☐ Problem List
☐ Record of Immunizations and TB test Results
☐ Medical History/Physical Exam
☐ Progress Notes
☐ Prescriber's Orders/Medications
☐ Consultations
☐ Laboratory Results

☐ Medical Imaging Reports (X-Rays, MRIs, etc.)
☐ Psychiatric (may include AODA/SUD diagnoses)
☐ Psychological (may include AODA/SUD diagnoses)
☐ AODA / SUD Program/Treatment Information
☐ Optical
☐ Dental
☐ Patient Request Folder/OnBase (e.g. Health Service Requests, Medication/Medical Supply Refill Requests)

THIS AUTHORIZATION MAY INCLUDE MEDICAL, MENTAL HEALTH, DEVELOPMENTAL DISABILITY AND ALCOHOL/DRUG ABUSE/SUBSTANCE USE DISORDER INFORMATION, AND HIV TEST RESULTS, UNLESS EXCLUDED BELOW.

Describe time period of records by entering start and end dates. If no dates are entered, records for the most recent 12 months will be provided. FROM: N/A TO: N/A

If Authorization is limited to or includes specific youth/juvenile medical or mental health conditions(s), describe (include time period):

☐ LOCATION: I authorize the disclosure of my location knowing that this will reveal that I am in a mental health or AODA / SUD treatment facility.

### PURPOSE OR NEED FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION (check applicable category)

☐ Ongoing health care/treatment
☐ Further Medical Care
☐ Other

☑ Review by patient
☑ Review by family member/friend

☐ Legal representation/proceedings (Court/Administrative)
☐ Disability/Social Security Determination

Continued

WCI

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev. 2/2019)

WISCONSIN
Wisconsin Statute
Section 302.384

## REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Jennings Damonta | 669475 | WCI |

**Section One** – Notice To Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained. Describe: _____

☒ Refuse to undergo a test/treatment/procedure. Describe: ___COVID 19 Vaccine___

☐ Refuse to take the prescribed medication(s) listed on the lines below.

_____

_____

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

_____

_____

**Section Four**: Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| Damonta | 1-27-22 |
| WITNESS SIGNATURE | DATE SIGNED |
| | 1/27/22 |
| WITNESS SIGNATURE | DATE SIGNED |
| | |

DISTRIBUTION: Original – Internal Paper Record, PR Consents/Refusals Section

WCI

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3220 (Rev. 2/2019)

*Cell #* _____

**WISCONSIN**
Wisconsin Statute
Section 302.384

## REFUSAL OF RECOMMENDED HEALTH CARE

| JENNINGS, DAMONTA D | DOC NUMBER | FACILITY |
|---|---|---|
| 669475  _I20 | | WCI |

**Section One** – Notice To Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained. Describe: _____

☑ Refuse to undergo a test/treatment/procedure. Describe: *Covid swab* _____

☐ Refuse to take the prescribed medication(s) listed on the lines below.

_____

_____

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

_____

_____

**Section Four:** Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.

- I understand that I do not give up my rights to receive health care to which I consent.

- The known consequences of refusing the above recommended health care have been explained to me.

- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| *unable to sign* | |
| WITNESS SIGNATURE | DATE SIGNED |
| | 1/5/22 |
| WITNESS SIGNATURE | DATE SIGNED |
| | 1·5·22 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Consents/Refusals Section

WCI

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3220 (Rev. 2/2019)

**WISCONSIN**
Wisconsin Statute
Section 302.384

# REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last | | DOC NUMBER | FACILITY |
|---|---|---|---|
| JENNINGS, DAMONTA D | 669475  I20 | | |

**Section One** – Notice To Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** – Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained. Describe: _____

☑ Refuse to undergo a test/treatment/procedure. Describe: _CoVid swab._____

☐ Refuse to take the prescribed medication(s) listed on the lines below.

_____

_____

_____

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

_____

_____

**Section Four:** Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE _Refused to sign_ | DATE SIGNED |
|---|---|
| WITNESS SIGNATURE _Ashley Haseller_ | DATE SIGNED _12·29·21_ |
| WITNESS SIGNATURE | DATE SIGNED _12/29/21_ |

**DISTRIBUTION:** Original – Internal Paper Record, PR Consents/Refusals Section

WCI

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev. 2/2019)

WISCONSIN
Wisconsin Statute
Section 302.384

## REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Damonta Jennings | 669475 | WCI |

**Section One** - Notice To Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained. Describe: _____

☐ Refuse to undergo a test/treatment/procedure. Describe: _____

☑ Refuse to take the prescribed medication(s) listed on the lines below.
   2021   flu shot

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.
   N/A

**Section Four**: Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| Damonta | 10·19-21 |
| WITNESS SIGNATURE | DATE SIGNED |
| | 10-20-21 |
| WITNESS SIGNATURE | DATE SIGNED |
| Lisa Dyl | 10-20-21 |

DISTRIBUTION: Original – Internal Paper Record, PR Consents/Refusals Section

WCI



# Prevaccination Checklist
# for COVID-19 Vaccines



## For vaccine recipients:

The following questions will help us determine if there is
any reason you should not get the COVID-19 vaccine today.
**If you answer "yes" to any question, it does not necessarily mean you
should not be vaccinated.** It just means additional questions may be asked.
If a question is not clear, please ask your healthcare provider to explain it.

JENNINGS, DAMONTA D
669475

| | Yes | No | Don't know |
|---|---|---|---|
| **1.** Are you feeling sick today? | | X | |
| **2.** Have you ever received a dose of COVID-19 vaccine? | X | | |
| • If yes, which vaccine product did you receive? ☐ Pfizer ☐ Moderna ☐ Janssen (Johnson & Johnson) ☐ Another product _____ | | | |
| **3.** Have you ever had an allergic reaction to: (This would include a severe allergic reaction [e.g., anaphylaxis] that required treatment with epinephrine or EpiPen® or that caused you to go to the hospital. It would also include an allergic reaction that occurred within 4 hours that caused hives, swelling, or respiratory distress, including wheezing.) | | | |
| • A component of a COVID-19 vaccine including either of the following: | | | |
| ○ Polyethylene glycol (PEG), which is found in some medications, such as laxatives and preparations for colonoscopy procedures | | X | |
| ○ Polysorbate, which is found in some vaccines, film coated tablets, and intravenous steroids. | | X | |
| • A previous dose of COVID-19 vaccine. | | X | |
| • A vaccine or injectable therapy that contains multiple components, one of which is a COVID-19 vaccine component, but it is not known which component elicited the immediate reaction. | | X | |
| **4.** Have you ever had an allergic reaction to another vaccine (other than COVID-19 vaccine) or an injectable medication? (This would include a severe allergic reaction [e.g., anaphylaxis] that required treatment with epinephrine or EpiPen® or that caused you to go to the hospital. It would also include an allergic reaction that occurred within 4 hours that caused hives, swelling, or respiratory distress, including wheezing.) | | X | |
| **5.** Have you ever had a severe allergic reaction (e.g., anaphylaxis) to something other than a component of COVID-19 vaccine, or any vaccine or injectable medication? This would include food, pet, venom, environmental, or oral medication allergies. | | X | |
| **6.** Have you received any vaccine in the last 14 days? | | X | |
| **7.** Have you ever had a positive test for COVID-19 or has a doctor ever told you that you had COVID-19? | | X | |
| **8.** Have you received passive antibody therapy (monoclonal antibodies or convalescent serum) as treatment for COVID-19? | | X | |
| **9.** Do you have a weakened immune system caused by something such as HIV infection or cancer or do you take immunosuppressive drugs or therapies? | | X | |
| **10.** Do you have a bleeding disorder or are you taking a blood thinner? | | X | |
| **11.** Do you have a history of or a risk factor for a blood clotting disorder? | | X | |
| **12.** Are you pregnant or breastfeeding? | | X | |
| **13.** Do you have dermal fillers? | | X | |

**Form reviewed by** _mm_    **Date** 5/27/21

**05/07/2021** CS321629-E    Adapted with appreciation from the Immunization Action Coalition (IAC) screening checklists

* Auth (Verified) *

# Pre-Vaccination Checklist for COVID-19 Vaccines



## For vaccine recipients:

The following questions will help us determine if there is any reason you should not get the COVID-19 vaccine today. **If you answer "yes" to any question, it does not necessarily mean you should not be vaccinated.** It just means additional questions may be asked. If a question is not clear, please ask your healthcare provider to explain it.

JENNINGS, DAMONTA D
669475

| | Yes | No | Don't know |
|---|---|---|---|
| 1. Are you feeling sick today? | | ✓ | |
| 2. Have you ever received a dose of COVID-19 vaccine? | | ✓ | |
| • If yes, which vaccine product?<br>☐ Pfizer<br>☐ Moderna<br>☐ Another product ___ | | | |
| 3. Have you ever had a severe allergic reaction (e.g., anaphylaxis) to something? For example, a reaction for which you were treated with epinephrine or EpiPen®, or for which you had to go to the hospital? | | ✓ | |
| • Was the severe allergic reaction after receiving a COVID-19 vaccine? | | ✓ | |
| • Was the severe allergic reaction after receiving another vaccine or another injectable medication? | | ✓ | |
| 4. Have you received passive antibody therapy (monoclonal antibodies or convalescent serum) as treatment for COVID-19? | | ✓ | |
| 5. Have you received another vaccine in the last 14 days? | | ✓ | |
| 6. Have you had a positive test for COVID-19 or has a doctor ever told you that you had COVID-19? | | ✓ | |
| 7. Do you have a weakened immune system caused by something such as HIV infection or cancer or do you take immunosuppressive drugs or therapies? | | ✓ | |
| 8. Do you have a bleeding disorder or are you taking a blood thinner? | | ✓ | |
| 9. Are you pregnant or breastfeeding? | | ✓ | |

Form reviewed by _____     Date _ 4/28/21

12/21/20    CS321420.5     Adapted with appreciation from the Immunization Action Coalition (IAC) screening checklists.     1

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev. 2/2019)

WISCONSIN
Wisconsin Statute
Section 302.384

## REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Damonta Jennings | 669475 | WCI |

**Section One** - Notice To Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained. Describe: _____

☐ Refuse to undergo a test/treatment/procedure. Describe: _____

☑ Refuse to take the prescribed medication(s) listed on the lines below.

flu vaccine

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

**Section Four:** Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| Damonta | 9/23/20 |
| WITNESS SIGNATURE | 9/23/20 |
| WITNESS SIGNATURE | 9/23/20 |

DISTRIBUTION: Original – Internal Paper Record, PR Consents/Refusals Section

WCI

* Auth (Verified) *

# VERBAL CONSENT AND INTAKE FORM

Today you are undergoing specimen collection for COVID-19 and providing your consent for official use of your test results as defined in the handout provided to you.

**Eligibility Criteria for Testing (Circle applicable criteria; Minimum age 5 years; Parental consent for ages 5-17 years):**

1.  Individuals who have symptoms suggestive of COVID-19, including any <u>one</u> of the following:

    a.  Fever, defined as a measured temperature greater than 100.4F
    b.  Subjective fever, for example if a person feels unusually warm to the touch, or reports sensations similar to previous experiences of fever
    c.  Cough

    d.  Shortness of breath or difficulty breathing
    e.  Sore throat
    f.  Headache
    g.  Chills or rigors (repetitive shaking chills)
    h.  Myalgia (muscle aches)
    i.  New loss of taste or smell

2.  Individuals ages 5 and older without symptoms who have been referred to a testing site by a clinician or representative of a state or local public health agency, as part of a public health investigation, including communities with known community spread.

**Your Verbal Consent Means That You Agree With The Following:**

*   You are eligible for testing under the criteria described above and you are requesting to (or you are requesting that your minor child) have COVID-19 testing completed;
*   You understand that a maximum of two attempts will be made to contact you by telephone with the test results within 3-7 days and that thereafter it is your responsibility to call your local health department for results;
*   You understand that the test may be uncomfortable and that if you have any unusual symptoms after testing (e.g. bleeding), it is your responsibility to seek medical attention;
*   You expressly consent to and authorize the release of your information to the Wisconsin Department of Health Services, and local public health, for official use in the COVID-19 outbreak.
*   You understand that your test result and protected health information, while not disclosed publicly, will be provided to and used by the Wisconsin Department of Health Services and local public health as needed to better understand and manage the COVID-19 outbreak. The Wisconsin National Guard also will not retain any of your information in paper or digital format.

JENNINGS, DAMONTA D DOB 7/31/96
669475   CELL _l04

Last Name:_____ Date of Birth __/__/____

2: 920-324-7259 County of Residence: Dodge

Street Address: 200 S Madison St.     City: Waupun

Name of Parent (If A Minor) _____

| | | |
|---|---|---|
| Individual has verbally provided informed consent to participate in this testing. | Yes | No |
| Individual verbalized understanding of the authorization. | Yes | No |
| Individual was provided a copy of the privacy notice. | Yes | No |

_G. Mory_____
. Signature of Service Member Doing Intake          Date 5/26/20

_MORIARITY_____
Printed Name of Service Member Doing Intake          Date 5/26/20

Version 6

WCI

**\* Auth (Verified) \***

**EXACT
SCIENCES
LABORATORIES**

**ORDER REQUISITION FORM
SARS-CoV-2** (N gene detection)
Real-time reverse transcription polymerase chain reaction

**Fax: 844-870-8875**
NPI: 1629407069
TIN: 463095174

## Provider & Order Information

### PROVIDER INFORMATION

Healthcare Organization Name:

WING - Fond du Lac - DOC - Waupun Correctional Facility Residents

Provider Name: Dr. Ryan Westergaard, MD

NPI #: | 1 | 2 | 5 | 5 | 4 | 2 | 3 | 7 | 3 | 7 |

Location Address: 200 S. Madison St.

City, State, Zip: Waupun, WI 53963

Phone Number: (608) 267-9003

Secure Fax Number\*: _____
\*To receive results for this order, please provide **secure FAX** number only

### ORDER INFORMATION

This section is not intended to influence the medical judgment of an ordering provider in determining whether this test is right for any particular patient. The following codes are listed as a convenience. Ordering practitioners should report the diagnosis code(s) that best describes the reason for performing the test.

**Diagnostic Code(s):**

O Z20.828: Exposure to a confirmed/suspected case
● Z11.59: Screening for asymptomatic case

Signs & Symptoms: O R05: Cough    O R50.9: Fever

O Other _____

**Certification**
I am a licensed healthcare provider authorized to order this test. This test is medically necessary and the patient is eligible. I will maintain the privacy of test results and related information as required by HIPAA.

_____    5/26/2020
**Ordering Provider Signature**    **Date of Order**

### SPECIMEN TYPE    Specimen should be collected in viral or universal transport media, Amies, or RNase free Normal saline.

O Nasopharyngeal (NP) Swab    O Throat (OP) Swab    O Mid-turbinate Swab    ● Nasal Swab

O Other _____

Collection Date: (mm/dd/yyyy): 05/26/2020 Collection Time: _____ OAM  O PM

## Patient Demographics    ALL FIELDS REQUIRED

Patient ID/MRN: 669475

First Name: Damonta

Last Name: Jennings

DOB (mm/dd/yyyy): 07/31/1996

Sex: ● Male    O Female

Phone Number 920-324-7259
O Home    O Mobile    ● Work

Patient Address: 200 South Madison Street

City, State, Zip: Waupun, WI 53963

### PATIENT ETHNICITY AND RACE

Is your patient of Hispanic or Latino origin or descent?  O Yes    O No

Please mark one or more to indicate your patient's race:
O White  O Black or African-American  O Asian  O Native Hawaiian or other Pacific Islander  O American Indian or Alaska Native

FRM-3004-h-Rev. 02
April 2020

| For Lab Use Only | |
| Sample Collected: _/_/____ | Sample Received: _/_/____ |

WCI

---

### *Correspondence*

| | |
|---|---|
| Document Type: | Offsite Return |
| Service Date/Time: | 12/11/2023 20:05 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | Offsite Return |
| Sign Information: | Hosfelt,RN,Jessica A (12/11/2023 20:21 CST) |

**Offsite Return Entered On:  12/11/2023 20:22 CST**
**Performed On:  12/11/2023 20:05 CST by Hosfelt, RN, Jessica A**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*   No
*Chills :*   No
*Cough. :*   No
*Diarrhea :*   No
*Fatigue :*   No
*Fever :*   No
*Headache :*   No
*Muscle Pain :*   No
*New Loss of Smell :*   No
*New Loss of Taste :*   No
*Runny or Stuffy Nose :*   No
*Shortness of Breath :*   No
*Sore Throat :*   No
*Vomiting :*   No
*Weakness/Numbness :*   No

Hosfelt, RN, Jessica A - 12/11/2023 20:21 CST

*Recent Travel History :*   Last travel within 7 days
*Place/Keep the patient on the Screening List? :*   No

Hosfelt, RN, Jessica A - 12/11/2023 20:21 CST

**Offsite Return**
*Adequate Pain Control :*   Yes
*Surgical Dressing Clean/Dry/Intact :*   N/A
*Date of Return Offsite :*   12/11/2023 20:00 CST
*Reason for Offsite :*   UW- Opthalmology
*Site Free of Redness/Swelling/Drainage :*   N/A
*Adequate Hydration :*   Yes
*Bowel/Bladder Concerns :*   No
*Follow-Up Appointments Arranged :*   Not done
*Follow-Up Actions :*   Other: Paperwork forwarded to ACP for review.

Hosfelt, RN, Jessica A - 12/11/2023 20:21 CST

**Vital Signs Check**
*Apical Heart Rate :*   56 bpm (LOW)
*Temperature Tympanic :*   36.7 Deg C(Converted to: 98.1 Deg F)
*Respiratory Rate :*   16 br/min
*SpO2 :*   98 %

Hosfelt, RN, Jessica A - 12/11/2023 20:21 CST

---

---

| *Correspondence* |
|---|

---

Document Type:                              Offsite Return
Service Date/Time:                          9/7/2023 15:15 CDT
Result Status:                              Auth (Verified)
Document Subject:                           Offsite Return
Sign Information:                           Van Stippen,RN,Jodi A (9/7/2023 15:15 CDT)

**Offsite Return Entered On:  9/7/2023 15:17 CDT**
**Performed On:  9/7/2023 15:15 CDT by Van Stippen, RN, Jodi A**

**NSC ID Risk Screen v.1.2**
<u>ID Risk Factors/Symptoms Grid</u>
*Abdominal (Stomach Pain) :*   No
*Chills :*   No
*Cough. :*   No
*Diarrhea :*   No
*Fatigue :*   No
*Fever :*   No
*Headache :*   No
*Muscle Pain :*   No
*New Loss of Smell :*   No
*New Loss of Taste :*   No
*Runny or Stuffy Nose :*   No
*Shortness of Breath :*   No
*Sore Throat :*   No
*Vomiting :*   No
*Weakness/Numbness :*   No

Van Stippen, RN, Jodi A - 9/7/2023 15:15 CDT

*Recent Travel History :*   No recent travel
*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*   No
*Place/Keep the patient on the Screening List? :*   No

Van Stippen, RN, Jodi A - 9/7/2023 15:15 CDT

**Offsite Return**
*Reason for Offsite :*   UW Ophthalmology
*Site Free of Redness/Swelling/Drainage :*   N/A
*Adequate Hydration :*   Yes
*Bowel/Bladder Concerns :*   No
*Follow-Up Appointments Arranged :*   Not done
*Follow-Up Actions :*   Other: Paperwork forwareded to provider

Van Stippen, RN, Jodi A - 9/7/2023 15:15 CDT

**Vital Signs Check**
*Systolic Blood Pressure :*   118 mmHg
*Diastolic Blood Pressure :*   68 mmHg
*BP Site :*   Right arm
*Peripheral Pulse Rate :*   64 bpm
*Mean Arterial Pressure, Cuff :*   85 mmHg

---

_____

| *Correspondence* |
| --- |

*Blood Pressure Position :*   Sitting
*Pulse Site :*   Radial artery
*Temperature Temporal Artery :*   36.8 Deg C(Converted to: 98.2 Deg F)
*Respiratory Rate :*   16 br/min
*SpO2 :*   99 %
*O2 Sat Resting/Exertion Alpha :*   Resting

<div align="right">Van Stippen, RN, Jodi A - 9/7/2023 15:15 CDT</div>

Document Type:                          Offsite Return
Service Date/Time:                      1/26/2023 13:27 CST
Result Status:                          Auth (Verified)
Document Subject:                       Offsite Return
Sign Information:                       Taplin,RN,Brian J (1/26/2023 13:27 CST)

<div align="center">

**Offsite Return Entered On:  1/26/2023 13:28 CST**
**Performed On:  1/26/2023 13:27 CST by Taplin, RN, Brian J**

</div>

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*   No
*Chills :*   No
*Cough. :*   No
*Diarrhea :*   No
*Fatigue :*   No
*Fever :*   No
*Headache :*   No
*Muscle Pain :*   No
*New Loss of Smell :*   No
*New Loss of Taste :*   No
*Runny or Stuffy Nose :*   No
*Shortness of Breath :*   No
*Sore Throat :*   No
*Vomiting :*   No
*Weakness/Numbness :*   No

<div align="right">Taplin, RN, Brian J - 1/26/2023 13:27 CST</div>

*Recent Travel History :*   No recent travel
*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*   No
*Place/Keep the patient on the Screening List? :*   No

<div align="right">Taplin, RN, Brian J - 1/26/2023 13:27 CST</div>

**Offsite Return**
*Adequate Pain Control :*   Yes
*Surgical Dressing Clean/Dry/Intact :*   N/A
*Date of Return Offsite :*   1/26/2023 13:28 CST
*Reason for Offsite :*   Optical
*Site Free of Redness/Swelling/Drainage :*   N/A
*Adequate Hydration :*   No

_____

_____

---

*Correspondence*

---

*Bowel/Bladder Concerns :*  No
*Follow-Up Appointments Arranged :*  Done
*Follow-Up Actions :*  Other: Paperwork forwarded to ACP

Taplin, RN, Brian J - 1/26/2023 13:27 CST

<u>Endo Postprocedure Grid</u>
*Tolerating Food and Fluid Intake :*  Yes
*Bowel concerns :*  No
*Adequate Pain Control :*  Yes
*Bleeding :*  No

Taplin, RN, Brian J - 1/26/2023 13:27 CST

---

Document Type:                          Offsite Return
Service Date/Time:                      1/4/2023 09:45 CST
Result Status:                          Auth (Verified)
Document Subject:                       Offsite Return
Sign Information:                       Hosfelt,RN,Jessica A (1/4/2023 09:54 CST)

**Offsite Return Entered On:  1/4/2023 9:55 CST**
**Performed On:  1/4/2023 9:45 CST by Hosfelt, RN, Jessica A**

**NSC ID Risk Screen v.1.2**
<u>ID Risk Factors/Symptoms Grid</u>
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

Hosfelt, RN, Jessica A - 1/4/2023 9:54 CST

*Recent Travel History :*  Last travel within 7 days
*Place/Keep the patient on the Screening List? :*  No

Hosfelt, RN, Jessica A - 1/4/2023 9:54 CST

**Offsite Return**
*Adequate Pain Control :*  Yes
*Surgical Dressing Clean/Dry/Intact :*  N/A
*Date of Return Offsite :*  1/4/2023 9:45 CST
*Reason for Offsite :*  Valley Eye Associates
*Site Free of Redness/Swelling/Drainage :*  N/A

---

---

## *Correspondence*

*Adequate Hydration :*  Yes
*Bowel/Bladder Concerns :*  No
*Follow-Up Appointments Arranged :*  Not done
*Follow-Up Actions :*  Other: Paperwork forwarded to ACP for review.

Hosfelt, RN, Jessica A - 1/4/2023 9:54 CST

**Vital Signs Check**
*Systolic Blood Pressure :*  111 mmHg
*Diastolic Blood Pressure :*  57 mmHg (LOW)
*BP Site :*  Left arm
*Apical Heart Rate :*  65 bpm
*Mean Arterial Pressure, Cuff :*  75 mmHg
*Blood Pressure Position :*  Sitting
*Temperature Tympanic :*  36.8 Deg C(Converted to: 98.2 Deg F)
*Respiratory Rate :*  16 br/min
*SpO2 :*  98 %

Hosfelt, RN, Jessica A - 1/4/2023 9:54 CST

---

Document Type:                          Offsite Return
Service Date/Time:                      11/18/2022 11:16 CST
Result Status:                          Auth (Verified)
Document Subject:                       Offsite Return
Sign Information:                       Hiland,Jenna J (11/18/2022 11:16 CST)

**Offsite Return Entered On:  11/18/2022 11:19 CST**
**Performed On:  11/18/2022 11:16 CST by Hiland, Jenna J**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

Hiland, Jenna J - 11/18/2022 11:16 CST

*Recent Travel History :*  No recent travel
*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*  No

---

---

## Correspondence

*Place/Keep the patient on the Screening List? :* No

Hiland, Jenna J - 11/18/2022 11:16 CST

**Offsite Return**

*Adequate Pain Control :* Yes
*Surgical Dressing Clean/Dry/Intact :* N/A
*Reason for Offsite :* Corneal crosslink followup
*Site Free of Redness/Swelling/Drainage :* N/A
*Adequate Hydration :* Yes
*Bowel/Bladder Concerns :* No
*Follow-Up Appointments Arranged :* Not done
(Comment: None indicated [Hiland, Jenna J - 11/18/2022 11:16 CST] )
*Follow-Up Actions :* Other: Paperwork to provider once available

Hiland, Jenna J - 11/18/2022 11:16 CST

**Vital Signs Check**

*Systolic Blood Pressure :* 132 mmHg
*Diastolic Blood Pressure :* 83 mmHg
*Peripheral Pulse Rate :* 66 bpm
*Mean Arterial Pressure, Cuff :* 99 mmHg
*Respiratory Rate :* 17 br/min
*SpO2 :* 99 %

Hiland, Jenna J - 11/18/2022 11:16 CST

---

Document Type:                    Offsite Return
Service Date/Time:                10/21/2022 12:32 CDT
Result Status:                    Auth (Verified)
Document Subject:                 Offsite Return
Sign Information:                 Taplin,Brian J (10/21/2022 12:32 CDT)

**Offsite Return Entered On: 10/21/2022 12:32 CDT**
**Performed On: 10/21/2022 12:32 CDT by Taplin, Brian J**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :* No
*Chills :* No
*Cough. :* No
*Diarrhea :* No
*Fatigue :* No
*Fever :* No
*Headache :* No
*Muscle Pain :* No
*New Loss of Smell :* No
*New Loss of Taste :* No
*Runny or Stuffy Nose :* No
*Shortness of Breath :* No
*Sore Throat :* No
*Vomiting :* No

---

### *Correspondence*

*Weakness/Numbness :*  No

<div align="right">Taplin, Brian J - 10/21/2022 12:32 CDT</div>

*Recent Travel History :*  No recent travel
*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*  No
*Place/Keep the patient on the Screening List? :*  No

<div align="right">Taplin, Brian J - 10/21/2022 12:32 CDT</div>

**Offsite Return**
*Adequate Pain Control :*  Yes
*Surgical Dressing Clean/Dry/Intact :*  N/A
*Date of Return Offsite :*  10/21/2022 12:32 CDT
*Reason for Offsite :*  F/u
*Site Free of Redness/Swelling/Drainage :*  N/A
*Adequate Hydration :*  Yes
*Bowel/Bladder Concerns :*  No
*Follow-Up Appointments Arranged :*  Done
*Follow-Up Actions :*  None

<div align="right">Taplin, Brian J - 10/21/2022 12:32 CDT</div>

<u>Endo Postprocedure Grid</u>
*Tolerating Food and Fluid Intake :*  Yes
*Bowel concerns :*  No
*Adequate Pain Control :*  Yes
*Bleeding :*  No

<div align="right">Taplin, Brian J - 10/21/2022 12:32 CDT</div>

---

Document Type:                                         Offsite Return
Service Date/Time:                                     10/14/2022 16:45 CDT
Result Status:                                         Auth (Verified)
Document Subject:                                      Offsite Return
Sign Information:                                      Hass,LPN,Alyssa (10/14/2022 16:45 CDT)

<div align="center">

**Offsite Return Entered On:  10/14/2022 16:47 CDT**
**Performed On:  10/14/2022 16:45 CDT by Hass, LPN, Alyssa**

</div>

**NSC ID Risk Screen v.1.2**
<u>ID Risk Factors/Symptoms Grid</u>
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No

---

---

<table>
<tr><td></td></tr>
</table>

| *Correspondence* |
| --- |

*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

<div align="right">Hass, LPN, Alyssa - 10/14/2022 16:45 CDT</div>

*Recent Travel History :*  Last travel within 7 days
*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected COVID-19 diagnosis? :*  No
*Place/Keep the patient on the Screening List? :*  No

<div align="right">Hass, LPN, Alyssa - 10/14/2022 16:45 CDT</div>

**Offsite Return**
*Adequate Pain Control :*  Yes
*Surgical Dressing Clean/Dry/Intact :*  N/A
*Date of Return Offsite :*  10/14/2022 16:30 CDT
*Reason for Offsite :*  Eye Associates F/U
*Site Free of Redness/Swelling/Drainage :*  N/A
*Follow-Up Actions :*  Instructed to notify HSU, Other: waiting for paperwork to review

<div align="right">Hass, LPN, Alyssa - 10/14/2022 16:45 CDT</div>

**Vital Signs Check**
*Systolic Blood Pressure :*  114 mmHg
*Diastolic Blood Pressure :*  64 mmHg
*BP Site :*  Left arm
*Peripheral Pulse Rate :*  58 bpm (LOW)
*Mean Arterial Pressure, Cuff :*  81 mmHg
*Blood Pressure Position :*  Sitting
*Temperature Temporal Artery :*  36.5 Deg C(Converted to: 97.7 Deg F)
*Respiratory Rate :*  16 br/min
*SpO2 :*  98 %

<div align="right">Hass, LPN, Alyssa - 10/14/2022 16:45 CDT</div>

---

| | |
| --- | --- |
| Document Type: | Offsite Return |
| Service Date/Time: | 10/13/2022 17:41 CDT |
| Result Status: | Modified |
| Document Subject: | Offsite Return |
| Sign Information: | Pitzlin,Whitney M (10/13/2022 18:15 CDT); Pitzlin,Whitney M (10/13/2022 17:41 CDT) |

<div align="center">

**Offsite Return Entered On:  10/13/2022 17:45 CDT**
**Performed On:  10/13/2022 17:41 CDT by Pitzlin, Whitney M**

</div>

**NSC ID Risk Screen v.1.2**
<u>ID Risk Factors/Symptoms Grid</u>
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No

---

---

## *Correspondence*

*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

Pitzlin, Whitney M - 10/13/2022 17:41 CDT

*Place/Keep the patient on the Screening List? :*  No

Pitzlin, Whitney M - 10/13/2022 17:41 CDT

**Offsite Return**
*Surgical Dressing Clean/Dry/Intact :*  N/A
*Reason for Offsite :*  Cornea cross linking
*Site Free of Redness/Swelling/Drainage :*  N/A

Pitzlin, Whitney M - 10/13/2022 17:41 CDT

*Follow-Up Actions :*  Reviewed post-op instructions, Other: paperwork reviewed
(Comment: Reviewed post-op instructions with PIOC. Requested Ibu for pain. NP Ibu ordered. PIOC also asking about a single cell d/t "being at a higher risk for infections after the surgery". Was educated on avoiding rubbing/touching eye. Reviewed recommendations for Prolensa and artificial tears with on call Dr. Ledesma. Ketorolac drops ok instead of Prolensa and TO for Renu eye drops. [Pitzlin, Whitney M - 10/13/2022 18:15 CDT] )

Pitzlin, Whitney M - 10/13/2022 18:15 CDT

{ [Reviewed post-op instructions, Other: paperwork reviewed]  - previously charted by Pitzlin, Whitney M at 10/13/2022 17:41 CDT [Comment] Reviewed post-op instructions with PIOC. Requested Ibu for pain. NP Ibu ordered and NP artificial tears as they were recommended from surgery. PIOC also asking about a single cell d/t "being at a higher risk for infections after the surgery". Was educated on avoiding rubbing/touching eye. - [ Pitzlin, Whitney M at 10/13/2022 17:41 CDT]}};

**Vital Signs Check**
*Systolic Blood Pressure :*  128 mmHg
*Diastolic Blood Pressure :*  89 mmHg
*Peripheral Pulse Rate :*  78 bpm
*Mean Arterial Pressure, Cuff :*  102 mmHg
*Respiratory Rate :*  16 br/min
*SpO2 :*  98 %

Pitzlin, Whitney M - 10/13/2022 17:41 CDT

**Education**
*Barriers To Learning :*  None evident
*Teaching Method :*  Explanation

Pitzlin, Whitney M - 10/13/2022 17:41 CDT

---

Document Type:                          Offsite Return
Service Date/Time:                      7/21/2022 16:26 CDT
Result Status:                          Auth (Verified)
Document Subject:                       Offsite Return
Sign Information:                       Laning,LPN,Jesse K (7/21/2022 16:26 CDT)

**Offsite Return Entered On:  7/21/2022 16:28 CDT**
**Performed On:  7/21/2022 16:26 CDT by Laning, LPN, Jesse K**

---

Report Request ID:  7475566                          Print Date/Time:  3/4/2024 12:28 CST

---

| *Correspondence* |
|:---:|

**NSC ID Risk Screen v.1.2**
<u>ID Risk Factors/Symptoms Grid</u>
*Abdominal (Stomach Pain) :*   No
*Chills :*   No
*Cough. :*   No
*Diarrhea :*   No
*Fatigue :*   No
*Fever :*   No
*Headache :*   No
*Muscle Pain :*   No
*New Loss of Smell :*   No
*New Loss of Taste :*   No
*Runny or Stuffy Nose :*   No
*Shortness of Breath :*   No
*Sore Throat :*   No
*Vomiting :*   No
*Weakness/Numbness :*   No

Laning, LPN, Jesse K - 7/21/2022 16:26 CDT

*Place/Keep the patient on the Screening List? :*   No

Laning, LPN, Jesse K - 7/21/2022 16:26 CDT

**Offsite Return**
*Reason for Offsite :*   UW Lens fitting
*Follow-Up Actions :*   Instructed to notify HSU

Laning, LPN, Jesse K - 7/21/2022 16:26 CDT

**Vital Signs Check**
*Systolic Blood Pressure :*   129 mmHg
*Diastolic Blood Pressure :*   76 mmHg
*BP Site :*   Left arm
*Peripheral Pulse Rate :*   85 bpm
*Mean Arterial Pressure, Cuff :*   94 mmHg
*Blood Pressure Position :*   Sitting
*Temperature Oral :*   36.8 Deg C(Converted to: 98.2 Deg F)
*SpO2 :*   99 %

Laning, LPN, Jesse K - 7/21/2022 16:26 CDT

**Education**
*Barriers To Learning :*   None evident

Laning, LPN, Jesse K - 7/21/2022 16:26 CDT

---

Document Type:                                        Offsite Return
Service Date/Time:                                   7/6/2022 09:46 CDT
Result Status:                                          Auth (Verified)
Document Subject:                                    Offsite Return
Sign Information:                                      Waddell,RN,Tricia (7/6/2022 09:46 CDT)

**Offsite Return Entered On:  7/6/2022 9:48 CDT**
**Performed On:  7/6/2022 9:46 CDT by Waddell, RN, Tricia**

---

---

| *Correspondence* |
| --- |

**NSC ID Risk Screen v.1.2**
<u>ID Risk Factors/Symptoms Grid</u>
*Abdominal (Stomach Pain) :*   No
*Chills :*   No
*Cough. :*   No
*Diarrhea :*   No
*Fatigue :*   No
*Fever :*   No
*Headache :*   No
*Muscle Pain :*   No
*New Loss of Smell :*   No
*New Loss of Taste :*   No
*Runny or Stuffy Nose :*   No
*Shortness of Breath :*   No
*Sore Throat :*   No
*Vomiting :*   No
*Weakness/Numbness :*   No

Waddell, RN, Tricia - 7/6/2022 9:46 CDT

*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected*
*COVID-19 diagnosis? :*   No
*Place/Keep the patient on the Screening List? :*   No

Waddell, RN, Tricia - 7/6/2022 9:46 CDT

**Offsite Return**
*Adequate Pain Control :*   Yes
*Surgical Dressing Clean/Dry/Intact :*   N/A
*Date of Return Offsite :*   7/6/2022 9:47 CDT
*Reason for Offsite :*   opthomology
*Site Free of Redness/Swelling/Drainage :*   N/A
*Adequate Hydration :*   Yes
*Bowel/Bladder Concerns :*   No
*Follow-Up Appointments Arranged :*   Done
*Follow-Up Actions :*   Other: paperwork reviewed and forwarded to ACP.

Waddell, RN, Tricia - 7/6/2022 9:46 CDT

**Vital Signs Check**
*Systolic Blood Pressure :*   113 mmHg
*Diastolic Blood Pressure :*   73 mmHg
*Peripheral Pulse Rate :*   52 bpm (LOW)
*Mean Arterial Pressure, Cuff :*   86 mmHg
*Blood Pressure Position :*   Sitting
*Temperature Oral :*   36.7 Deg C(Converted to: 98.1 Deg F)
*Respiratory Rate :*   16 br/min
*SpO2 :*   99 %

Waddell, RN, Tricia - 7/6/2022 9:46 CDT

---

---

## *Correspondence*

Document Type:                                     Offsite Return
Service Date/Time:                                 6/16/2022 16:05 CDT
Result Status:                                     Auth (Verified)
Document Subject:                                  Offsite Return
Sign Information:                                  Hosfelt,RN,Jessica A (6/16/2022 16:23 CDT)

**Offsite Return Entered On:  6/16/2022 16:26 CDT**
**Performed On:  6/16/2022 16:05 CDT by Hosfelt, RN, Jessica A**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*   No
*Chills :*   No
*Cough. :*   No
*Diarrhea :*   No
*Fatigue :*   No
*Fever :*   No
*Headache :*   No
*Muscle Pain :*   No
*New Loss of Smell :*   No
*New Loss of Taste :*   No
*Runny or Stuffy Nose :*   No
*Shortness of Breath :*   No
*Sore Throat :*   No
*Vomiting :*   No
*Weakness/Numbness :*   No

Hosfelt, RN, Jessica A - 6/16/2022 16:23 CDT

*Recent Travel History :*   Last travel within 7 days
*Place/Keep the patient on the Screening List? :*   No

Hosfelt, RN, Jessica A - 6/16/2022 16:23 CDT

**Offsite Return**
*Adequate Pain Control :*   Yes
*Surgical Dressing Clean/Dry/Intact :*   N/A
*Date of Return Offsite :*   6/16/2022 16:00 CDT
*Reason for Offsite :*   UW-Opthamology
*Site Free of Redness/Swelling/Drainage :*   N/A
*Adequate Hydration :*   Yes
*Bowel/Bladder Concerns :*   No
*Follow-Up Appointments Arranged :*   Not done
*Follow-Up Actions :*   Other: Paperwoprk reviewed and forwarded to ACP. Per ACP, HSUM needs to be consulted regarding contact lenses ordered for PIOC, supplies ordered for PIOC and for orders to distribute. Message to HSUM complete. Also refer to separate progress note made.

Hosfelt, RN, Jessica A - 6/16/2022 16:23 CDT

**Vital Signs Check**
*Systolic Blood Pressure :*   130 mmHg
*Diastolic Blood Pressure :*   57 mmHg (LOW)
*BP Site :*   Left arm
*Apical Heart Rate :*   103 bpm (HI)

---

---

| *Correspondence* |
|---|

*Mean Arterial Pressure, Cuff :* 81 mmHg
*Blood Pressure Position :* Sitting
*Temperature Tympanic :* 36.8 Deg C(Converted to: 98.2 Deg F)
*Respiratory Rate :* 16 br/min
*SpO2 :* 98 %

Hosfelt, RN, Jessica A - 6/16/2022 16:23 CDT

Document Type:                          Offsite Return
Service Date/Time:                      5/12/2022 16:56 CDT
Result Status:                          Auth (Verified)
Document Subject:                       Offsite Return
Sign Information:                       Pitzlin,Whitney M (5/12/2022 16:56 CDT)

**Offsite Return Entered On: 5/12/2022 16:57 CDT**
**Performed On: 5/12/2022 16:56 CDT by Pitzlin, Whitney M**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :* No
*Chills :* No
*Cough. :* No
*Diarrhea :* No
*Fatigue :* No
*Fever :* No
*Headache :* No
*Muscle Pain :* No
*New Loss of Smell :* No
*New Loss of Taste :* No
*Runny or Stuffy Nose :* No
*Shortness of Breath :* No
*Sore Throat :* No
*Vomiting :* No
*Weakness/Numbness :* No

Pitzlin, Whitney M - 5/12/2022 16:56 CDT

*Place/Keep the patient on the Screening List? :* No

Pitzlin, Whitney M - 5/12/2022 16:56 CDT

**Offsite Return**
*Surgical Dressing Clean/Dry/Intact :* N/A
*Follow-Up Actions :* Other: paperwork reviewed and forwarded to provider

Pitzlin, Whitney M - 5/12/2022 16:56 CDT

**Vital Signs Check**
*Systolic Blood Pressure :* 124 mmHg
*Diastolic Blood Pressure :* 78 mmHg
*Peripheral Pulse Rate :* 61 bpm
*Mean Arterial Pressure, Cuff :* 93 mmHg
*Temperature Temporal Artery :* 36.9 Deg C(Converted to: 98.4 Deg F)
*Respiratory Rate :* 16 br/min

---

---

## *Correspondence*

*SpO2 :* 98 %

Pitzlin, Whitney M - 5/12/2022 16:56 CDT

---

Document Type: Offsite Return
Service Date/Time: 3/28/2022 13:07 CDT
Result Status: Modified
Document Subject: Offsite Return
Sign Information: Hohenstern,RN,Allison K (3/28/2022 13:08 CDT);
Hohenstern,RN,Allison K (3/28/2022 13:07 CDT)

**Offsite Return Entered On: 3/28/2022 13:08 CDT**
**Performed On: 3/28/2022 13:07 CDT by Hohenstern, RN, Allison K**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :* No
*Chills :* No
*Cough. :* No
*Diarrhea :* No
*Fatigue :* No
*Fever :* No
*Headache :* No
*Muscle Pain :* No
*New Loss of Smell :* No
*New Loss of Taste :* No
*Runny or Stuffy Nose :* No
*Shortness of Breath :* No
*Sore Throat :* No
*Vomiting :* No
*Weakness/Numbness :* No

Hohenstern, RN, Allison K - 3/28/2022 13:07 CDT

*Recent Travel History :* No recent travel
*Place/Keep the patient on the Screening List? :* No

Hohenstern, RN, Allison K - 3/28/2022 13:07 CDT

**Offsite Return**
*Adequate Pain Control :* Yes
*Surgical Dressing Clean/Dry/Intact :* N/A
*Reason for Offsite :* UW
*Site Free of Redness/Swelling/Drainage :* N/A
*Adequate Hydration :* Yes
*Bowel/Bladder Concerns :* No
*Follow-Up Actions :* Other: Paperwork forwarded to provider

Hohenstern, RN, Allison K - 3/28/2022 13:07 CDT

**Vital Signs Check**
*Weight Measured :* 57.52 kg(Converted to: 126 lb 13 oz, 126.810 lb)

Hohenstern, RN, Allison K - 3/28/2022 13:08 CDT

*Systolic Blood Pressure :* 136 mmHg

---

Case 2:22-cv-01205-JPS Filed 10/03/25 Page 297 of 315 Document 76-1 Ex.1006 - 0297

---

## *Correspondence*

*Diastolic Blood Pressure :*  81 mmHg
*BP Site :*  Left arm
*Peripheral Pulse Rate :*  107 bpm (HI)
*Mean Arterial Pressure, Cuff :*  99 mmHg
*Blood Pressure Position :*  Sitting
*Pulse Site :*  Radial artery
*Temperature Oral :*  36.6 Deg C(Converted to: 97.9 Deg F)
*Respiratory Rate :*  19 br/min
*SpO2 :*  99 %
*Oxygen Flow Rate :*  0 L/min
*O2 Sat Resting/Exertion Alpha :*  Exertion

Hohenstern, RN, Allison K - 3/28/2022 13:07 CDT

---

Document Type:                                Offsite Return
Service Date/Time:                            6/2/2021 14:15 CDT
Result Status:                                Auth (Verified)
Document Subject:                             Offsite Return
Sign Information:                             Ahlborg,Robert C (6/2/2021 14:15 CDT)

**Offsite Return Entered On:  6/2/2021 14:17 CDT**
**Performed On:  6/2/2021 14:15 CDT by Ahlborg, Robert C**

**NSC ID Risk Screen v.1.2**
ID Risk Factors/Symptoms Grid
*Abdominal (Stomach Pain) :*  No
*Chills :*  No
*Cough. :*  No
*Diarrhea :*  No
*Fatigue :*  No
*Fever :*  No
*Headache :*  No
*Muscle Pain :*  No
*New Loss of Smell :*  No
*New Loss of Taste :*  No
*Runny or Stuffy Nose :*  No
*Shortness of Breath :*  No
*Sore Throat :*  No
*Vomiting :*  No
*Weakness/Numbness :*  No

Ahlborg, Robert C - 6/2/2021 14:15 CDT

*Recent Travel History :*  Last travel within 7 days
*Infectious Disease Notes :*  offsite today
*Has the patient been to a community with active COVID-19 spread OR interacted with someone with a suspected*
*COVID-19 diagnosis? :*  No
*Place/Keep the patient on the Screening List? :*  No

Ahlborg, Robert C - 6/2/2021 14:15 CDT

**Offsite Return**

---

_____

| *Correspondence* |
| --- |

*Adequate Pain Control :*  Yes
*Surgical Dressing Clean/Dry/Intact :*  N/A
*Date of Return Offsite :*  6/2/2021 14:00 CDT
*Reason for Offsite :*  Eye doctor
*Site Free of Redness/Swelling/Drainage :*  N/A
*Adequate Hydration :*  No
*Bowel/Bladder Concerns :*  No
*Follow-Up Appointments Arranged :*  Not done
*Follow-Up Actions :*  Other: paperwork

<div align="right">Ahlborg, Robert C - 6/2/2021 14:15 CDT</div>

**Vital Signs Check**
*Systolic Blood Pressure :*  124 mmHg
*Diastolic Blood Pressure :*  68 mmHg
*BP Site :*  Left arm
*Peripheral Pulse Rate :*  76 bpm
*Weight Measured :*  56.88 kg(Converted to: 125 lb 6 oz, 125.399 lb)
*Mean Arterial Pressure, Cuff :*  87 mmHg
*Temperature Oral :*  37.0 Deg C(Converted to: 98.6 Deg F)
*Respiratory Rate :*  16 br/min
*SpO2 :*  95 %

<div align="right">Ahlborg, Robert C - 6/2/2021 14:15 CDT</div>

Document Type:                    Ambulatory Patient Education
Service Date/Time:                1/31/2024 03:06 CST
Result Status:                    Auth (Verified)
Document Subject:                 Ambulatory Patient Education
Sign Information:                 York,RN,Ann M (1/31/2024 03:06 CST)

**Ambulatory Patient Education**

# Patient Education Instructions

Name:   JENNINGS, DAMONTA D Current Date:  1/31/2024 03:06:54
MRN: 000669475    FIN:  201806210836669475
The following sheet(s) are the Patient Education Leaflets for  JENNINGS, DAMONTA D

## Presurgery Checklist 10/13/2022

You are scheduled to have a collagen crosslinking for both eyes.

**Do not eat or drink anything starting at 12:30**

## 09/28/2022

_____

---

| *Correspondence* |
|:---:|

Starting today do not wear your scleral lenses until after you see Valley Eye Associates for your collagen crosslinking procedure

## Presurgery Checklist  **07/20/2022**

Starting when you wake up in the AM please wear the scleral lenses issued by UW.

Ophthalmology

## Understanding a Corneal Transplant

A corneal transplant is a surgery to replace a cornea that has problems. The cornea is a clear layer on the front of your eye. It helps protect your eye from dirt and germs. It helps control how light enters your eye.

### Why a corneal transplant is done

Some health problems can damage a cornea. It can turn cloudy and unclear. Its shape can change. These things can harm your eyesight. In some cases, they can even cause blindness. A corneal transplant removes part or all of the damaged cornea. It's replaced with healthy tissue from a donor. Most people have good eyesight for many years after a corneal transplant.

Some things that can damage a cornea and lead to a corneal transplant are:

- Bulging of the cornea (keratoconus)
- Swelling of the cornea (bullous keratopathy)
- Scarring of the cornea
- Buildup of substances in the cornea (corneal dystrophy)
- Inflammation of the cornea (keratitis)
- Infection of the cornea
- Injury

---

| Correspondence |
| --- |

- Complications after cataract surgery

## Types of corneal transplant

There are 4 main types of corneal transplant:

- **Penetrating keratoplasty.**  A surgeon removes the full thickness of the central part of your damaged cornea. It's replaced with a clear cornea from a donor who has died (deceased donor). This donor cornea is sewn onto the eye.

- **Deep anterior lamellar keratoplasty.**  A surgeon removes only the front part of the cornea. This front part is called the stroma. They replace it with a clear stroma from a deceased donor.

- **Descemet stripping automated endothelial keratoplasty.**  A surgeon removes only the back part of the cornea. This is called Descemet's membrane. They also remove the endothelium. These are replaced with endothelium and stroma from a deceased donor.

- **Descemet membrane endothelial keratoplasty.**  A surgeon removes only Descemet's membrane and the endothelium. They are replaced with the same tissue from a deceased donor. This is done without any stroma.

These surgeries may be full thickness or partial thickness. This is a measure of how much tissue is removed and replaced. Your healthcare provider will tell you which type is best for you.



## How a corneal transplant is done

Your procedure will be done by an eye surgeon. You will be given eye drops and local or general anesthesia. This is so you don't feel pain. The surgery can be done in several ways. The surgeon may use a very fine thread (stitches) to sew the donor cornea in place. Or an air bubble will be put on your eye to keep the new cornea in place. This is used instead of stitches.

---

| *Correspondence* |
|---|

## Risks of a corneal transplant

All procedures have risks. Risks of a corneal transplant are:

- New changes in vision (refractive errors) that need correcting with eyeglasses or contact lenses

- Infection of the cornea

- Glaucoma that gets worse

- Bleeding in the eye

- Sore on the eye (ulcer or abscess)

- Blood vessels growing in the cornea caused by the stitches

- Detachment of the new cornea

- Clouding of the lens (cataract)

- Detached retina

- Eye inflammation

- Surgery fails to fix your eyesight

A serious risk is rejection of the donor cornea. Your immune system may attack the new cornea. This can cause the transplant to fail. You'll likely need another corneal transplant if this happens. Talk with your eye healthcare provider about the symptoms of rejection. This can help to reduce your risk for rejection. Contact your eye healthcare provider if you do have any of these symptoms. Early treatment may prevent loss of your eyesight.

Your risks may differ based on your age, your health, and the cause of your damaged cornea. Talk with your eye healthcare provider about which risks apply most to you.

© 2000-2023 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Understanding Keratoconus

Keratoconus is an eye disorder where your cornea thins slowly over time. The cornea also bulges out to form a cone-like shape. It's not a common condition. It happens more often in young adults in their teens and 20s.

### How to say it

kayr-uh-toh-KOH-nuhs

### Understanding keratoconus

---

---

| *Correspondence* |
| --- |

The cornea is the eye's outermost layer. It's a clear layer on the front of your eye. It helps protect your eye from dirt and germs. It also helps control the entry of light into your eye. With keratoconus, the lower and center parts of your cornea get thin. In rare cases, the cornea may also swell and become scarred. These changes can cause eyesight problems, such as nearsightedness and astigmatism.

There are different types of keratoconus. The types are based on which part of the cornea is thin, and what shape it takes. The types include nipple, oval, keratoglobus, and D-shaped keratoconus.



## What causes keratoconus?

Healthcare providers don't know what causes keratoconus. Some cases may be partly because of genes. Some health conditions are linked to keratoconus and may lead to the disorder. These include:

- Eye injury from excessive eye rubbing or contact lens use
- Retinitis pigmentosa
- Retinopathy of prematurity
- Vernal keratoconjunctivitis
- Leber congenital amaurosis
- Ehler-Danlos syndrome
- Down syndrome
- Osteogenesis imperfecta

---

---

| *Correspondence* |
| --- |

Certain factors may increase the risk for the condition. Using contact lenses that don't fit well may raise your risk. Chronic eye rubbing because of eye irritation may raise your risk.

## Symptoms of keratoconus

In early stages, symptoms may include eye redness or swelling, blurry vision, or increased sensitivity to light. During later stages, keratoconus causes nearsighted vision (myopia). This means you have trouble seeing things that are far away. It also causes astigmatism. This is a problem with your eye forming a focused image on your retina. Together these lead to blurry vision.

Keratoconus usually causes symptoms in both eyes. One eye may show symptoms before the other. One eye may be affected more than the other eye. Symptoms often start during puberty and get worse until the fourth decade of life. You may not know you have the condition unless your eye healthcare provider does special tests. Later, your vision may get much worse. Your eye healthcare provider may check you for keratoconus if your vision is getting much worse than expected.

## Diagnosing keratoconus

Your eye healthcare provider will ask about your past health and give you an eye exam. They will also test the sharpness of your eyesight. You may need to have your eyes dilated for part of the exam. Your eye healthcare provider may use a device to measure the curve of your cornea. Keratoconus may not be found in its early stages unless your eye healthcare provider is looking for signs of it. An imaging test called corneal topography may help your eye healthcare provider make the diagnosis. This test shows changes in the shape of the cornea.

© 2000-2023 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

---

Document Type:                    Ambulatory Patient Education
Service Date/Time:                12/13/2023 21:34 CST
Result Status:                    Auth (Verified)
Document Subject:                 Ambulatory Patient Education
Sign Information:                 York,RN,Ann M (12/13/2023 21:34 CST)

**Ambulatory Patient Education**
# Patient Education Instructions
Name:  JENNINGS, DAMONTA D Current Date:  12/13/2023 21:34:46
MRN: 000669475    FIN:  201806210836669475
The following sheet(s) are the Patient Education Leaflets for  JENNINGS, DAMONTA D

## Presurgery Checklist 10/13/2022

You are scheduled to have a collagen crosslinking for both eyes.

---

---

| *Correspondence* |
| :-: |

**Do not eat or drink anything starting at 12:30**

## 09/28/2022

Starting today do not wear your scleral lenses until after you see Valley Eye Associates for your collagen crosslinking procedure

## Presurgery Checklist  **07/20/2022**

Starting when you wake up in the AM please wear the scleral lenses issued by UW.

Ophthalmology

## Understanding a Corneal Transplant

A corneal transplant is a surgery to replace a cornea that has problems. The cornea is a clear layer on the front of your eye. It helps protect your eye from dirt and germs. It helps control how light enters your eye.

### Why a corneal transplant is done

Some health problems can damage a cornea. It can turn cloudy and unclear. Its shape can change. These things can harm your eyesight. In some cases, they can even cause blindness. A corneal transplant removes part or all of the damaged cornea. It's replaced with healthy tissue from a donor. Most people have good eyesight for many years after a corneal transplant.

Some things that can damage a cornea and lead to a corneal transplant are:

- Bulging of the cornea (keratoconus)

- Swelling of the cornea (bullous keratopathy)

---

---

- Scarring of the cornea

- Buildup of substances in the cornea (corneal dystrophy)

- Inflammation of the cornea (keratitis)

- Infection of the cornea

- Injury

- Complications after cataract surgery

## Types of corneal transplant

There are 4 main types of corneal transplant:

- **Penetrating keratoplasty.**  A surgeon removes the full thickness of the central part of your damaged cornea. It's replaced with a clear cornea from a donor who has died (deceased donor). This donor cornea is sewn onto the eye.

- **Deep anterior lamellar keratoplasty.**  A surgeon removes only the front part of the cornea. This front part is called the stroma. They replace it with a clear stroma from a deceased donor.

- **Descemet stripping automated endothelial keratoplasty.**  A surgeon removes only the back part of the cornea. This is called Descemet's membrane. They also remove the endothelium. These are replaced with endothelium and stroma from a deceased donor.

- **Descemet membrane endothelial keratoplasty.**  A surgeon removes only Descemet's membrane and the endothelium. They are replaced with the same tissue from a deceased donor. This is done without any stroma.

These surgeries may be full thickness or partial thickness. This is a measure of how much tissue is removed and replaced. Your healthcare provider will tell you which type is best for you.

---

| *Correspondence* |
| --- |



## How a corneal transplant is done

Your procedure will be done by an eye surgeon. You will be given eye drops and local or general anesthesia. This is so you don't feel pain. The surgery can be done in several ways. The surgeon may use a very fine thread (stitches) to sew the donor cornea in place. Or an air bubble will be put on your eye to keep the new cornea in place. This is used instead of stitches.

## Risks of a corneal transplant

All procedures have risks. Risks of a corneal transplant are:

- New changes in vision (refractive errors) that need correcting with eyeglasses or contact lenses
- Infection of the cornea
- Glaucoma that gets worse
- Bleeding in the eye
- Sore on the eye (ulcer or abscess)
- Blood vessels growing in the cornea caused by the stitches
- Detachment of the new cornea
- Clouding of the lens (cataract)
- Detached retina
- Eye inflammation
- Surgery fails to fix your eyesight

---

---

| Correspondence |
| --- |

A serious risk is rejection of the donor cornea. Your immune system may attack the new cornea. This can cause the transplant to fail. You'll likely need another corneal transplant if this happens. Talk with your eye healthcare provider about the symptoms of rejection. This can help to reduce your risk for rejection. Contact your eye healthcare provider if you do have any of these symptoms. Early treatment may prevent loss of your eyesight.

Your risks may differ based on your age, your health, and the cause of your damaged cornea. Talk with your eye healthcare provider about which risks apply most to you.

© 2000-2023 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

---

Document Type:                              Ambulatory Patient Education
Service Date/Time:                          8/22/2022 09:15 CDT
Result Status:                              Auth (Verified)
Document Subject:                           Ambulatory Patient Education
Sign Information:                           Bassuener,LPN,Haley R (8/22/2022 09:15 CDT)

**Ambulatory Patient Education**
# Patient Education Instructions
Name:  JENNINGS, DAMONTA D Current Date:  8/22/2022 09:15:30
MRN: 000669475    FIN:  2018062108366669475
The following sheet(s) are the Patient Education Leaflets for  JENNINGS, DAMONTA D

## Presurgery Checklist  **07/20/2022**

Starting when you wake up in the AM please wear the scleral lenses issued by UW.

## Presurgery Checklist 10/13/2022

You are scheduled to have a collagen crosslinking for both eyes.

**Do not eat or drink anything starting at 12:30**

## 09/28/2022

---

---

*Correspondence*

Starting today do not wear your scleral lenses until after you see Valley Eye Associates for your collagen crosslinking procedure

---

Document Type:                              Ambulatory Patient Education
Service Date/Time:                          7/20/2022 11:40 CDT
Result Status:                              Auth (Verified)
Document Subject:                           Ambulatory Patient Education
Sign Information:                           Bassuener,LPN,Haley R (7/20/2022 11:40 CDT)

**Ambulatory Patient Education**

# Patient Education Instructions

Name:   JENNINGS, DAMONTA D Current Date:  7/20/2022 11:40:15
MRN: 000669475     FIN:  201806210836669475
The following sheet(s) are the Patient Education Leaflets for  JENNINGS, DAMONTA D

## Presurgery Checklist 8/25/2022

You are scheduled to have a collagen crosslinking for both eyes.

**Do not eat or drink anything for 3 hours (starting at 12:30)**

## **06/21/22**

You are scheduled for a consult prior to a corneal crosslinking procedure that UW ordered.

They are requesting you do not wear your scleral lenses until AFTER you see them. Please do not wear them until your appointment is completed. Thank you.

Custom

## Presurgery Checklist  **07/20/2022**

---

Case 2:22-cv-01205-JPS   Filed 10/03/25   Page 309 of 315   Document 76-10309
Ex. 1006 - 0309

---

*Correspondence*

Starting when you wake up in the AM please wear the scleral lenses issued by UW.

---

Document Type:                                    Ambulatory Patient Education
Service Date/Time:                                4/28/2022 10:25 CDT
Result Status:                                    Auth (Verified)
Document Subject:                                 Ambulatory Patient Education
Sign Information:                                 Bassuener,LPN,Haley R (4/28/2022 10:25 CDT)

**Ambulatory Patient Education**

# Patient Education Instructions

Name:   JENNINGS, DAMONTA D Current Date:  4/28/2022 10:25:09
MRN: 000669475     FIN:  201806210836669475
The following sheet(s) are the Patient Education Leaflets for  JENNINGS, DAMONTA D

 Custom

## **06/21/22**

You are scheduled for a consult prior to a corneal crosslinking procedure that UW ordered.

They are requesting you do not wear your scleral lenses until AFTER you see them. Please do not wear them until your appointment is completed. Thank you.

---

Document Type:                                    Phone Msg
Service Date/Time:                                1/15/2024 10:28 CST
Result Status:                                    Auth (Verified)
Document Subject:
Sign Information:

--------------------
From: Bassuener, LPN, Haley R
To: English, Sara;
Sent: 1/15/2024 10:28:36 CST
Caller Name: JENNINGS, DAMONTA D

Can we check the status of this PIOC's Class III - the clinic called today to schedule surgery but I don't have an order or approval yet.
Thank you!

---

---

| *Correspondence* |
|---|

Document Type:                                      Phone Msg
Service Date/Time:                                  10/30/2023 07:55 CDT
Result Status:                                      Modified
Document Subject:
Sign Information:

**Addendum by English, Sara on November 01, 2023 18:07:37 CDT**
--------------------
From: English, Sara
To: Bassuener, LPN, Haley R;
Sent: 11/1/2023 18:07:37 CDT
Subject: RE:
Caller Name: JENNINGS, DAMONTA D

Yes, please. We'll give him another shot at it.

thanks!

--------------------
From: Bassuener, LPN, Haley R
To: English, Sara;
Sent: 10/30/2023 07:55:43 CDT
Caller Name: JENNINGS, DAMONTA D

Writer notified by security that PIOC was being disruptive and argumentative to transportation staff so unable to be taken on offsite appointment today to UW Ophthalmology. Would you like this appointment rescheduled?

Document Type:                                      Phone Msg
Service Date/Time:                                  12/5/2022 12:15 CST
Result Status:                                      Auth (Verified)
Document Subject:                                   Add to schedule
Sign Information:

--------------------
From: South, OD, Bethany A
To: Hilbrans, Martina R;
Sent: 12/5/2022 12:15:27 CST
Subject: Add to schedule

Hi
Can you add him to my schedule on the 13th?  Thanks

Document Type:                                      Phone Msg
Service Date/Time:                                  12/5/2022 10:00 CST
Result Status:                                      Modified
Document Subject:                                   General Message
Sign Information:

---

Report Request ID:  7475566                         Print Date/Time:   3/4/2024 12:28 CST

---

| *Correspondence* |
|---|

**Addendum by South, OD, Bethany A on December 05, 2022 12:16:45 CST**
\---------------------
From: South, OD, Bethany A
To: Krainyk, RN, Kataryna A;
Sent: 12/5/2022 12:16:45 CST
Subject: RE: General Message

Have him stop wearing the contacts until he can be seen.  I'll see him on my next clinic day, the 13th.  If it gets significantly worse he should be sent out.  Thanks

\---------------------
From: Krainyk, RN, Kataryna A
To: South, OD, Bethany A;
Sent: 12/5/2022 10:00:16 CST
Subject: General Message

**General Message:**
**Hi Dr. South,**
**Pt. is complaining of redness/ irritation and sensitivity to light in bilat eyes for 2 wks. Worse with contacts, "feels like something's stuck". Pt. stated he used lubricating drops 2-3x/ day, advised to increase to 4x/ day. Do you have any further orders?**

---

_____

| *Correspondence* |
|---|

Document Type:                                    Phone Msg
Service Date/Time:                                12/5/2022 09:56 CST
Result Status:                                    Modified
Document Subject:                                 General Message
Sign Information:

**Addendum by Dombeck, APNP, Charles J on December 05, 2022 11:04:51 CST**
---------------------
From: Dombeck, APNP, Charles J
To: Krainyk, RN, Kataryna A;
Sent: 12/5/2022 11:04:51 CST
Subject: RE: General Message

Ok.

_____

---------------------
From: Krainyk, RN, Kataryna A
To: Dombeck, APNP, Charles J;
Sent: 12/5/2022 09:56:14 CST
Subject: General Message

**General Message:**
**FYI- Pt's Pulse at appt. today 120.**

_____

Document Type:                                    Phone Msg
Service Date/Time:                                9/29/2022 13:49 CDT
Result Status:                                    Modified
Document Subject:                                 Glasses
Sign Information:

**Addendum by South, OD, Bethany A on September 30, 2022 12:40:32 CDT**
---------------------
From: South, OD, Bethany A
To: Hiland, Jenna J;
Sent: 9/30/2022 12:40:32 CDT
Subject: RE: Glasses

He's scheduled for a procedure very soon which will possibly change his Rx.  He'll be able to wear CL after the procedure.
  I've told him glasses won't help at this point and we wouldn't be able to get them before his procedure.
Thanks

_____

---------------------
From: Hiland, Jenna J
To: South, OD, Bethany A;
Sent: 9/29/2022 13:49:49 CDT
Subject: Glasses

_____

---

## *Correspondence*

**Pt states he needs glasses d/t not being able to wear his contacts.  I reviewed your note, and pt states he does not have his state glasses.**

**Thanks,**

**Jenna**

---

Document Type:                                       Phone Msg
Service Date/Time:                                   8/22/2022 09:12 CDT
Result Status:                                       Modified
Document Subject:                                    General Message
Sign Information:

**Addendum by Dombeck, APNP, Charles J on August 22, 2022 10:27:56 CDT**
--------------------
From: Dombeck, APNP, Charles J
To: Bassuener, LPN, Haley R;
Sent: 8/22/2022 10:27:56 CDT
Subject: RE: General Message

Acknowledged, thank you Haley.

---

--------------------
From: Bassuener, LPN, Haley R
To: Dombeck, APNP, Charles J;
Sent: 8/22/2022 09:12:00 CDT
Subject: General Message

**We have discussed this PIOC and his case regarding Collagen Crosslinking of bilateral corneas in the past. Back in March the procedure was recommended by UW ASAP in hopes of preventing the need for corneal transplants.**
**Initially November was the soonest that Valley Eye Associates could get him in for this but they ended up moving the date up to 8/25 after a recent pre op. Over the weekend the PIOC submitted two HSRs dated 8/19 where he makes reference to his upcoming surgical procedure being "in less than 1 week from today's date" which was accurate. I was instructed to contact the admin captain about the security breach and I was told the surgical procedure needs to be rescheduled. Please review the new surgical date as it was the soonest the clinic had available.**

---

Document Type:                                       Phone Msg
Service Date/Time:                                   4/6/2022 15:14 CDT
Result Status:                                       Modified
Document Subject:                                    Corneal Cross Linking
Sign Information:

**Addendum by Dombeck, APNP, Charles J on April 08, 2022 06:54:09 CDT**
--------------------

---

---

## *Correspondence*

From: Dombeck, APNP, Charles J
To: Sukowaty, MD, Laura C;
Sent: 4/8/2022 06:54:09 CDT
Subject: RE: Corneal Cross Linking

Thank you, will order the consult.

---

**Addendum by Sukowaty, Laura C on April 07, 2022 08:20:28 CDT**
--------------------
From: Sukowaty, Laura C
To: Dombeck, APNP, Charles J;
Sent: 4/7/2022 08:20:28 CDT
Subject: RE: Corneal Cross Linking

I have discussed this with LaVoie in the past.  He can be approved for this.

---

--------------------
From: Dombeck, APNP, Charles J
To: Sukowaty, MD, Laura C;
Sent: 4/6/2022 15:14:39 CDT
Subject: Corneal Cross Linking

Suk,

Patient has been seeing UW Ophthalmology for progressing keratoconus.  At latest visit they are requesting patient be sent to local non-secure site for corneal cross-linking procedure ASAP which they believe may prevent the need for a corneal transplant.  UW does not have the facility to perform the procedure.  In your judgement, would we consider this as needing Class III approval?

- Charles

---

Document Type:                                Phone Msg
Service Date/Time:                            8/25/2021 08:32 CDT
Result Status:                                Modified
Document Subject:                             General Message
Sign Information:

**Addendum by Moore, APNP, Mary A on August 25, 2021 14:58:28 CDT**
--------------------
From: Moore, APNP, Mary A
To: Pitzlin, Whitney M;
Sent: 8/25/2021 14:58:28 CDT
Subject: RE: General Message

---

Case 2:22-cv-01205-JPS     Filed 10/03/25     Page 315 of 315     Document 76-10315     Ex. 1006 - 315