UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAMONTA JENNINGS,

       Plaintiff,

  v.

CHARLES DOMBECK, et al.,                    Case No. 22-cv-01205

       Defendants.

**DEFENDANT BETHANY SOUTH'S NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant, Bethany South, by her attorneys, Axley LLP, by Attorney Cecilia A. Heberling, and hereby moves the Court pursuant to Federal Rule of Civil Procedure 56, for summary judgment in favor of Defendant Bethany South. This Motion for Summary Judgment is supported by the accompanying Memorandum of Law in Support of Defendant Bethany South's Motion for Summary Judgment, the parties' Joint Agreed Upon Proposed Findings of Fact, Disputed Proposed Findings of Fact in Support of Defendant South's Motion for Summary Judgment, supporting affidavits and declarations, deposition transcripts, and the pleadings of record.

Dated this 3rd day of October, 2025.

                                 AXLEY LLP

                                 *Electronically signed by Cecilia A. Heberling*
                                 Cecilia A. Heberling, SBN: 1118904
                                 Attorneys for Defendant Bethany South
                                 Suite 200, 2 East Mifflin Street (53703)
                                 Post Office Box 1767
                                 Madison, WI 53701-1767
                                 Telephone: 608.257.5661
                                 Facsimile: 608.257.5444
                                 Email: cheberling@axley.com