DAMONTA JENNINGS,

        Plaintiff,

  v.

CHARLES DOMBECK, et al.,                  Case No. 22-cv-01205

        Defendants.

## DECLARATION OF CECILIA A. HEBERLING
## IN SUPPORT OF DEFEDANT BETHANY SOUTH'S MOTION FOR SUMMARY JUDGMENT

I, Cecilia A. Heberling, certify under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1.      I am an adult resident of the State of Wisconsin.

2.      I am an attorney duly licensed and authorized to practice law in the State of Wisconsin.

3.      I am an associate at the law firm of Axley LLP in Madison, Wisconsin, and I am the attorney representing Defendant Bethany South ("Dr. South") in this matter.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of Defendants Charles Dombeck, Ashley Haseleu, Daniel LaVoie, Mary Moore, Laura Sukowaty, and Robert Weinman's (collectively "State Defendants") April 2, 2024, Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

5.      Attached hereto is as **Exhibit 2** is a true and correct copy of State Defendants' March 18, 2024, Responses to Plaintiff's First Set of Requests for Admissions.

6. Attached hereto as **Exhibit 3** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00001 – 00007.

7. Attached hereto as **Exhibit 4** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00031 – 0034.

8. Attached hereto as **Exhibit 5** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00035 – 0038.

9. Attached hereto as **Exhibit 6** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00056 – 0059.

10. Attached hereto as **Exhibit 7** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00039 – 0055.

11. Attached hereto as **Exhibit 8** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00008 – 0030.

12. Attached hereto as **Exhibit 9** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 0060 – 0064.

13. Attached hereto as **Exhibit 10** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 0065 – 0125.

14. Attached hereto as **Exhibit 11** is a true and correct copy of Wisconsin Department of Corrections, Division of Adult Instructions Policy No. 500.30.02 "Specialty Consultations," which policy is publicly available on the Wisconsin Department of Correction's website at: https://doc.wi.gov/Pages/AboutDOC/DepartmentPolicies/DAIPolicies.aspx.

15. Attached hereto as **Exhibit 12** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00741 – 00745.

16.     Attached hereto as **<u>Exhibit 13</u>** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00709.

17.     Attached hereto as **<u>Exhibit 14</u>** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00479.

18.     Attached hereto as **<u>Exhibit 15</u>** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00754 – 00755.

19.     Attached hereto as **<u>Exhibit 16</u>** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00218.

20.     Attached hereto as **<u>Exhibit 17</u>** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00695.

21.     Attached hereto as **<u>Exhibit 18</u>** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00677 – 00678 and 00663.

22.     Attached hereto as **<u>Exhibit 19</u>** is a true and correct copy of the July 21, 2025, Declaration of Kevin Kurt in this case, produced by Plaintiff's Counsel in this case.

23.     Aside from the declaration attached hereto as Exhibit 19, Plaintiff has not disclosed the names, reports, or opinions of any expert witnesses in this case aside from Plaintiff's statement in the parties' Joint Executive Summary on Summary Judgement Motion that Plaintiff will "rely on the non-retained expert testimony of treating physicians at UW Health and Valley Eye Associates." (Dkt. 69, p. 4.)

24.     Attached hereto as **<u>Exhibit 20 </u>** is a true and correct copy of the Seventh Circuit's August 28, 2025, decision in *Sanders v. Moss,* --- F.4th ----, ----, 2025 WL 2476653, slip. op. at ___ (7th Cir. Aug. 28, 2025).

25.    Attached hereto as **<u>Exhibit 21</u>** is a true and correct copy of documents produced by State Defendants in discovery in this case at Bates Nos. 00572.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated this 3rd day of October, 2025.

*<u>/s/ Cecilia A. Heberling</u>*
Cecilia A. Heberling
