# POSITION DESCRIPTION

OSER-DMRS-10 (Rev 08-2013)
State of Wisconsin

Office of State Employment Relations

| 1 Position No | 2. Cert / Reclass Request No | 3 Agency No |
|---|---|---|
| 321889 | 32120072 | 410 |

| 4 NAME OF EMPLOYEE | 5 DEPARTMENT, UNIT, WORK ADDRESS |
|---|---|
| Robert Weinman | Department of Corrections<br>Division of Adult Institutions<br>Waupun Correctional Institution<br>200 S Madison Street<br>Waupun WI 53963-0351 |

| 6 CLASSIFICATION TITLE OF POSITION | |
|---|---|
| Nursing Supervisor | |

| 7 CLASS TITLE OPTION (to be filled out by Human Resources Office) | 8 NAME AND CLASS OF FORMER INCUMBENT<br><br>Chrystal Meli, Nursing Supervisor |
|---|---|

| 9 AGENCY WORKING TITLE OF POSITION<br>Nursing Supervisor | 10 NAME & CLASS OF EMPLOYEES PERFORMING SIMILAR DUTIES |
|---|---|

| 11. NAME AND CLASS OF FIRST-LINE SUPERVISOR<br><br>Emily Propson, Deputy Warden | 12 FROM APPROXIMATELY WHAT DATE HAS THE EMPLOYEE PERFORMED THE WORK DESCRIBED BELOW? |
|---|---|

13 DOES THIS POSITION SUPERVISE SUBORDINATE EMPLOYEES IN PERMANENT POSITIONS? Yes [X] No [ ]

IF YES, COMPLETE AND ATTACH A SUPERVISOR EXCLUSION ANALYSIS FORM (OSER-DCLR-84)

14 POSITION SUMMARY – PLEASE DESCRIBE BELOW THE MAJOR GOALS OF THIS POSITION

**See Attached**

15. DESCRIBE THE GOALS AND WORKER ACTIVITIES OF THIS POSITION *(Please see sample format and instructions on Page 3 )*

— GOALS· Describe the major achievements, outputs, or results List them in descending order of importance
— WORKER ACTIVITIES Under each goal, list the worker activities performed to meet that goal
— TIME % Include for goals and major worker activities

| TIME % | GOALS AND WORKER ACTIVITIES | (Continue on attached sheets) |
|---|---|---|
| | **See Attached** | |

16 SUPERVISORY SECTION - TO BE COMPLETED BY THE FIRST LINE SUPERVISOR OF THIS POSITION *(See Instructions on Page 2)*

a The supervision, direction, and review given to the work of this position is [ ] close [ ] limited [X] general
b The statements and time estimates above and on attachments accurately describe the work assigned to the position
*(Please initial and date attachments )*

Signature of first-line supervisor *Emily Propson* Date 3/18/21

17 EMPLOYEE SECTION - TO BE COMPLETED BY THE INCUMBENT OF THIS POSITION

I have read and understand that the statements and time estimates above and on attachments are a description of the functions assigned my position *(Please initial and date attachments )*

Signature of employee *Robert Weinman* Date 3.18.21

18 Signature of Human Resources Manager *[signature]* Date 3/18/21

DISTRIBUTE COPIES OF SIGNED FORM TO
☐ P-FILE  ☐ SUPERVISOR  ☐ EMPLOYEE  ☐ CERT REQUEST COPY

**EXHIBIT 3**

Bates 00001

<u>**CLASSIFICATION TITLE**</u>

## NURSING SUPERVISOR

<u>**POSITION SUMMARY**</u>
Under the general supervision of the Deputy Warden/Warden, the Nursing Supervisor (Health Services Manager), functions as the Administrative Manager of the correctional facility Health Service Unit (HSU) The Health Services Manager (HSM) works with the primary care physician, dentist, psychiatrist and specialists serving as consultants to the Bureau of Health Services (BHS) in a collaborative manner to provide quality health care at the assigned correctional facility in an efficient and effective manner While the primary care physician and dentist are responsible for the professional management of medical and dental services, it is the HSM who provides the overall administrative oversight and direction of the unit This position has considerable latitude for independent action within established Department of Corrections (DOC)/Division of Adult Institutions (DAI), Institution and BHS standards, policies and procedures

The Nursing Supervisor shall comply with the Department's administrative rules and the agency's policies and procedures, including those related to the Department's overall Reentry philosophy of using evidence-based strategies, practices and programs which target a facility resident's individual criminogenic needs and risk level.

| (Rated PD Only) <u>**TR1**</u> | <u>**TR2**</u> | <u>**TIME %**</u> | <u>**GOALS AND WORKER ACTIVITIES**</u> |
|---|---|---|---|
| | | 35% | A  Administration and implementation of health care services and resolutions of problems |
| | | | A1  Directs the determination, implementation and evaluation of the nursing regimen for facility resident clients within facility |
| | | | A2  Develops evaluation procedures and technique (quality improvement) to assure that health programs are functioning effectively with the consultation of the Bureau of Health Services |
| | | | A3.  Directs and facilitates the follow-up and follow-through of treatment plans |
| | | | A4.  Monitors off-site health providers communicating information to appropriate provider on staff, physician, psychiatrist or dentist. |
| | | | A5  Assures that health care plans are carried out in accordance with DOC/DAI, and BHS policies and procedures. |
| | | | A6  Communicates and provides liaison to institution staff, psychological services, social services and other treatment programs to coordinate treatment plans and avoid duplication |
| | | | A7  Collaborates with unit physician and dentist who provide professional management of services to provide quality health care but provides the overall administrative support and direction of the unit |
| | | | A8.  Develops, implements and reviews operating procedures consistent with Department, Division, Bureau and institution philosophy and established procedures and goals |
| | | | A9  Interprets Administrative Code and DOC and DAI guidelines and directives to staff to assure their implementation |
| | | | A10  Serves as public relations and contact person to maintain harmonious relations among the interdisciplinary team (administration, medical, dental, nursing, security, social services, and psychological services ) |
| | | | A11.  Develops unit work plans identifying long term goals, objectives and priorities as well as alternate courses of action |
| | | | A12  Responds to facility resident complaints regarding health care issues |
| | | | A13  Responds to correspondence regarding facility resident health care concerns with facility residents, their family members, lawyers, and other interested parties |
| | | | A14.  Participates in administrative and professional team conferences for purposes of developing policies and procedures to improve the delivery of health care |

| | | 15% | B | Management and fiscal planning for the Health Service Unit |
|---|---|---|---|---|
| | | | | B1    Coordinates the determination of resources necessary for the delivery of quality health care |
| | | | | B2    Directs inventory of material needs of unit and maintains adequate supplies for proper functioning of the unit. |
| | | | | B3    Follows BHS and institution fiscal management procedures for the acquisition and maintenance of services and supplies |
| | | | | B4    Gathers data including system/budget analysis, assesses the situation and makes recommendations to appointing authority or designee and Bureau of Health Services Central Office. |
| | | | | B5    Provides information to institution administration regarding HSU budget |
| | | 30% | C | Supervision and direction of staff. |
| | | | | C1    Supervises nursing, clerical, and x-ray staff directly |
| | | | | C2    Supervises dental hygienist and assistant, nurse practitioner and physician administratively, as assigned |
| | | | | C3.    Assigns and schedules personnel in compliance with unit staffing patterns, to accomplish service delivery in an efficient and timely manner |
| | | | | C4.    Implements a PPD program and manages performance of staff |
| | | | | C5.    Participates in recruitment and selection process of assigned staff   Make effective recommendations to Warden regarding appointments |
| | | | | C6    Coordinates HSU ancillary and support services, as well as institution support services (laundry, housekeeping, and maintenance) to HSU operations. |
| | | | | C7    Answers pre-filing and first and second step grievances, as appropriate, in compliance with state and local labor agreements. |
| | | | | C8.    Follows DOC/DAI and institution policies pertaining to staff disciplinary actions as necessary |
| | | | | C9    Conducts daily inspections of unit, to ensure security and medical needs are being met.   Make rounds of institution during traditional and non-traditional hours |
| | | | | C10    Schedules and conducts regular staff meetings for HSU personnel |
| | | | | C11.    Ensures orientation of all new and incoming personnel |
| | | 4% | D. | Management of information systems |
| | | | | D1.    Directs preparation of utilization data and submits to Central Office-BHS and Warden's Office |
| | | | | D2    Prepares analysis and reports as required by Central Office-BHS and/or Warden's Office   Submits on a timely basis |
| | | | | D3.    Coordinates the development and maintenance of a peer review system for HSU personnel within his/her unit and with other HSU facilities |
| | | | | D4    Identifies and keeps current with key agency policies and priorities and/or external issues and trends likely to effect the work unit |
| | | 4% | E | Provision of guidance and assistance to HSU staff in professional growth and development |
| | | | | E1.    Assists personnel through use of PPD to establish professional and career goals which meet the needs of the individual |

Bates 00003

| | | | | |
|---|---|---|---|---|
| | | | E2 | Provides time and resources as may be available to all personnel to participate in educational opportunities |
| | | | E3 | Assesses educational needs of nursing and ancillary personnel in light of service delivery to facility residents |
| | | | E4. | Directs CPR and/or first aid training for appropriate personnel according to BHS policy directives |
| | | 4% | F | Provision of health services and training to employees |
| | | | F1 | Directs the provision and recording of emergency care to correctional and health services employees at the time of injury until he/she can be transferred to private health care providers or return to work |
| | | | F2 | Directs HSU staff in provision of HSU orientation and training classes of a health nature, (i e , first aid, CPR, medication administration, communicable diseases and other assigned topics) to other institutions, BHS and HSU |
| | | 5% | G | Management of health and safety compliance within areas of responsibility and compliance with federal and state laws. etc. |
| | | | G1 | Cooperates with the institution Health and Safety Coordinator to monitor and develop a unit safety program specific to the needs of the HSU. |
| | | | G2 | Conducts periodic safety inspections in areas of responsibility |
| | | | G3 | Issues work orders and written requests to address hazardous conditions in areas of responsibility and follows up to ensure timely correction of problems |
| | | | G4. | Investigates all accidents/incidents in areas of responsibility in a timely manner |
| | | | G5. | Discusses health and safety issues with employees routinely at staff meetings |
| | | | G6 | Ensures compliance with Wisconsin Economic Development Corporation (WEDC) and OSHA standards. |
| | | | G7 | Promotes and ensures infection control, hygiene and housekeeping standards are routinely followed |
| | | 3% | H | Management of Affirmative Action/Civil Rights compliance (AA/CRC) plans within the areas of responsibility and in compliance with federal and state laws, etc |
| | | | H1 | Reviews position interviewing, selection and promotion processes to assure fairness and equal opportunity for all. |
| | | | H2 | Reviews all disciplinary actions for compliance with appropriate standards and rules |
| | | | H3 | Promotes DOC and institution affirmative action goals and objectives in day-to-day supervisory activities |
| | | | H4. | Disseminates AA/CRC policies and plans to subordinates to enhance understanding and to ensure support |
| | | | H5 | Establishes expectations that will not tolerate prejudices, unfairness, and harassment among staff or between staff and facility residents |
| | | | H6. | Reviews the Employee Services Program Information and makes referrals when necessary |
| | | | H7 | Reviews DOC policy on harassment and fraternization   Performs duties and monitors performance of others with an ever-present awareness of these policies |

Bates 00004

| KR1 | KR2 | KNOWLEDGE AND SKILLS |
|---|---|---|
| | | 1   Registration as a professional nurse in the State of Wisconsin by the date of hire |
| | | 2   Extensive knowledge of current nursing theory and practice. |
| | | 3   Considerable knowledge of effective supervisory and management techniques |
| | | 4   Ability to establish effective working relationships with health care personnel and other institutional personnel. |
| | | 5.  Ability to maintain helpful and understanding attitude toward facility residents |
| | | 6   Knowledge of effective oral and written communication techniques |
| | | 7.  Knowledge of effective interpersonal group dynamics. |
| | | 8   Ability to interpret and comprehend labor contracts and personnel policies. |
| | | 9   Knowledge of correctional institution medical programs and procedures |
| | | 10  Knowledge of correctional institution's security programs and procedures |
| | | 11. Knowledge of budget preparation and control techniques. |
| | | 12. Knowledge of administrative codes relating to corrections. |
| | | 13  Knowledge of DOC, DAI, BHS and institution policies and procedures |

| ACTIVITY | NEVER | SELDOM 1-10% | OCCASIONALLY 11-33% | FREQUENTLY 34-66% |
|---|---|---|---|---|
| Stand | | | | x |
| Walk | | | | x |
| Sit | | | | x |
| Push/Pull | | | | x |
| Lift/Carry | | | | x |
| Run | | | | x |
| Kneel | | | | x |
| Bend | | | | x |
| Twist | | | | x |
| Squat | | | | x |
| Crawl | | x | | |
| Climb (steps and/or ladders) | | | | x |
| Reach | | | | x |
| Grasp | | | | x |
| Drive | | x | | |

| MINIMAL WEIGHT REQUIREMENTS | 10 lbs | 20 lbs | 30 lbs | 40 lbs | 50 lbs | 75 lbs | 100 lbs |
|---|---|---|---|---|---|---|---|
| Lift | | | | x | | | |
| Lift overhead | | x | | | | | |
| Push | | | | x | | | |
| Pull | | | | x | | | |

**SPECIAL REQUIREMENT:**
Registration as a professional nurse in the State of Wisconsin by the date of hire
Must have the ability to work up to 16 hours per day and more than 40 hours per week on any shift based on daily operational needs  This may include weekends, holidays, and on-call hours

*Any employee, or applicant for employment, including those with a disability as defined by the Americans with Disabilities Act, must be able to perform the essential functions outlined herein with or without reasonable accommodations*

Bates 00005

STATE OF WISCONSIN
DEPARTMENT OF ADMINISTRATION
DIVISION OF PERSONNEL MANAGEMENT
DOA-15316 (C07/2015)
S 230 09 WIS STATS
PREVIOUSLY OSER-DCLR-84



COMPENSATION & LABOR RELATIONS
101 E WILSON ST, 4TH FL
MADISON, WI 53703

# Supervisor Exclusion Analysis

This information is to be provided by the position's supervisor and reviewed by the agency central office human resources representative for both filled and vacant positions and <u>must</u> be submitted as part of any Position Description (PD) for a position performing supervisory responsibilities (i e , if #13 of the PD is checked YES). This information will be used to determine (1) if the position is performing supervisory functions and thus should be allocated to a supervisory classification and (2) what supervisory classification is appropriate based on the total duties of the position

According to s 111 81(19), Wis. Stats , a supervisor is any individual "who has authority, in the interest of the employer, to hire, transfer, suspend, lay off, recall, promote, discharge, assign, reward, or discipline employees, or to adjust their grievances, or to authoritatively recommend such actions" and "whose principal work is different from that of the subordinates " The criteria used by the Wisconsin Employment Relations Commission (WERC) to apply this definition include: the authority to effectively recommend the hiring, promotion, transfer, discipline or discharge of employees, the authority to direct and assign the workforce; the number of employees supervised (typically a minimum of three FTE permanent employees); the amount of time spent supervising, the number of other persons exercising greater, similar or lesser degrees of authority over the same employees, the level of pay, including an evaluation of whether the supervisor is paid for skill or supervision of employees, whether the supervisor is primarily supervising an activity or is primarily supervising employees performing the activity, whether the supervisor is a working supervisor or whether he/she spends a substantial majority of his/her time supervising employees, and the amount of independent judgment and discretion exercised in the supervision of employees. The WERC ultimately determines the appropriateness of supervisory exclusions

## Position Identification Data

1 Name of Employee (if filled) **Robert Weinman**
2 Civil Service Classification **Nursing Supervisor**
3. Department and Division: **DOC/DAI**
4 Bureau, Section, and Unit (or comparable) **Waupun Correctional Institution**
5 Name and Classification of Supervisor **Emily Propson, Deputy Warden**
6 Name and Complete Civil Service Title of Former Incumbent (if any) **Chrystal Meli, Nursing Supervisor**

7 <u>Supervisory Responsibilities</u>

    a   In view of the definition statement and criteria listed in the second paragraph of this form, does the incumbent of this position

        (1) have the responsibility for directly supervising the activities of other classified employees?

                YES_X_ NO___

        (2) have the responsibility for supervising the activities of lower level supervisors?   YES_X_ NO__

        (3) meet the definition statement and criteria?   YES_X_ NO___

    b   List the official classification titles and number of permanent classified employees (full or part-time) directly supervised by the incumbent If this position supervises lower level supervisors, indicate the number of employees supervised by the lower level position(s) in parentheses after the classification title of the position (NOTE: LTE, student, patient/inmate, volunteer, and unclassified employees should be specifically identified since the direction of these individuals is <u>not</u> considered to warrant supervisory status )

| | |
|---|---|
| 1 | Assistant Nursing Supervisor |
| 1 | Medical Program Assistant-Associate |
| 1 | Licensed Practical Nurse |
| 1 | Licensed Practical Nurse – 50% |
| 1 | Nurse Clinician 4 – 75% |
| 5 | Nurse Clinician 2 |
| 1 | Nurse Clinician 2 – 80% |
| 2 | Nurse Clinician 2 - 60% Weekend |

Bates 00006

## Supervisor Exclusion Analysis

   c   What percentage of this position's total time is allocated to each of the following?

      1)  Supervisory functions (i e , hiring, dismissing, disciplining employees, evaluating performance, settling grievances)?        **15%**

      2)  Activities relating to supervisory responsibilities (i e , establishing operating procedures, reviewing work of subordinates, counseling subordinates on performance, training and orienting new employees, performing related administrative functions, etc )?        **30%**

      3)  Performance of other work activities similar to those of the employees supervised?        **15%**

      4)  Performance of other non-supervisory work activities *different* from those of the employees supervised (including program administration)?        **40%**

  *NOTE  The totals of c 1), 2), 3), and 4) must equal 100%

                                                                    **\*100%**

8    Organizational Relationships

List (in order of descending authority) the names and classification titles of all other positions in the employing unit in the chain of command over the employees listed in 7 b

Randall Hepp, Warden
Emily Propson, Deputy Warden

**A copy of the organizational chart must be attached** for the immediate work unit (i e , the organizational unit which includes the employees supervised), including the names and classifications of all employees.

9    Supervisory Activities

Is this position identified as a formal step in the employee grievance procedure?    YES _X__     NO ____
(If no, provide the name and classification of the first formal step in the grievance procedures for the employees listed in 7 b )

A signature below means the position has been reviewed and you have concluded it meets the definition of "supervisor" found in s  111 81 (19), Wis  Stats

Supervisor _____     Date _____

Human Resources Representative _____     Date _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by Incumbent (for filled positions)

    ☑ I agree with the preceding statements

    ☐ I do not feel that the preceding statements are accurate for the reasons indicated below

_____

_____

_____

    ☐ No Comment

Employee Signature _____     Date 3-18-21

Bates 00007