# POSITION DESCRIPTION

**IMPORTANT: PLEASE READ INSTRUCTIONS ON PAGES 2 and 3**

DOA-15302 (C07/2015)
PREVIOUSLY OSER-DMRS-10
State of Wisconsin
Department of Administration/Division of Personnel Management

| 1 Position No | 2 Cert / Reclass Request No | 3 Agency No |
|---|---|---|
| 311343 | 30020024 | 410 |

| 4 NAME OF EMPLOYEE | 5 DEPARTMENT, UNIT, WORK ADDRESS |
|---|---|
| Charles J Dombeck | Department of Corrections<br>Division of Adult Institutions<br>Bureau of Health Services<br>Dodge Correctional Institution<br>1 W. Lincoln St.<br>Waupun, WI 53963 |

**6 CLASSIFICATION TITLE OF POSITION**

Advanced Practice Nurse Prescriber

| 7 CLASS TITLE OPTION (to be filled out by Human Resources Office) | 8 NAME AND CLASS OF FORMER INCUMBENT<br>Nathan Tapio, APNP |
|---|---|
| 9 AGENCY WORKING TITLE OF POSITION<br>APNP | 10 NAME & CLASS OF EMPLOYEES PERFORMING SIMILAR DUTIES<br>Nancy Garcia, APNP |
| 11 NAME AND CLASS OF FIRST-LINE SUPERVISOR<br>Laura Sukowaty, Physician Supervisor | 12 FROM APPROXIMATELY WHAT DATE HAS THE EMPLOYEE PERFORMED THE WORK DESCRIBED BELOW? |

13 DOES THIS POSITION SUPERVISE SUBORDINATE EMPLOYEES IN PERMANENT POSITIONS?  Yes ☐  No ☒
IF YES, COMPLETE AND ATTACH A SUPERVISOR EXCLUSION ANALYSIS FORM

14 POSITION SUMMARY – PLEASE DESCRIBE BELOW THE MAJOR GOALS OF THIS POSITION

15 DESCRIBE THE GOALS AND WORKER ACTIVITIES OF THIS POSITION *(Please see sample format and instructions on Page 3 )*

— GOALS  Describe the major achievements, outputs, or results  List them in descending order of importance
— WORKER ACTIVITIES  Under each goal, list the worker activities performed to meet that goal
— TIME %  Include for goals and major worker activities

| TIME % | GOALS AND WORKER ACTIVITIES | (Continue on attached sheets) |
|---|---|---|
| | | |

16 SUPERVISORY SECTION - TO BE COMPLETED BY THE FIRST LINE SUPERVISOR OF THIS POSITION *(See Instructions on Page 2)*

a The supervision, direction, and review given to the work of this position is [ ] close [ ] limited [ X ] general
b The statements and time estimates above and on attachments accurately describe the work assigned to the position
*(Please initial and date attachments )*

Signature of first-line supervisor _~~Sukowaty MD~~_  Date _2/1/21_

17 EMPLOYEE SECTION - TO BE COMPLETED BY THE INCUMBENT OF THIS POSITION

I have read and understand that the statements and time estimates above and on attachments are a description of the functions assigned my position
*(Please initial and date attachments )*

Signature of employee _____  Date _1/31/21_

18 Signature of Human Resources Manager _Rebecca Schoormann_  Date _1/14/2021_

DISTRIBUTE COPIES OF SIGNED FORM TO
☐ P-FILE          ☐ SUPERVISOR          ☐ EMPLOYEE          ☐ CERT REQUEST COPY

**EXHIBIT 5**

Bates 00035

Advanced Practice Nurse Prescriber

## POSITION SUMMARY

This position functions under general supervision with administrative direction from the Physician Supervisor. The Advanced Practice Nurse Prescriber is an advanced professional nurse who is responsible for the provision of comprehensive care to well and ill incarcerated adult and adolescent populations. The practitioner demonstrates a high degree of clinical expertise in providing preventive and primary care in the correctional setting This practitioner educates inmates to promote wellness, prevent health problems, maintain current health, and intervene in acute and chronic illness This practitioner will function independently in managing the direct and indirect care of incarcerated individuals in collaboration with all disciplines employed or practicing at the institutional Health Services Unit. The practitioner will participate in the planning, development, implementation, and evaluation of care and education programs and protocols used by the health care staff to meet the needs of incarcerated individuals who exhibit health problems across the continuum from prevention to complex medical and/or psychiatric conditions.

The Advanced Practice Nurse Prescriber has comply with the Department's administrative rules and the agency's policies and procedures including those related to the Department's overall Reentry philosophy of using evidence-based strategies, practices and programs which target and inmate's individual criminogenic needs and risk level.

*(Rated PD Only)*

| TR1 | TR2 | TIME % | GOALS AND WORKER ACTIVITIES |
|---|---|---|---|
| | | 75% | **A.** Provision of comprehensive health care to well and ill incarcerated adult and adolescent populations in accordance with state laws, BHS policy/procedures, and practice guidelines. |

    A1. Conduct comprehensive health history and physical assessments.

    A2 Assess psychosocial, cognitive and functional strengths and limitations in order to develop and incorporate appropriate interventions.

    A3. Establishes medical diagnoses for acute, chronic, and potential health problems, monitor, evaluate, and manage follow-up care.

    A4. Prescribe, regulate, and monitor medications, order and evaluate diagnostic studies, *perform and monitor therapeutic procedures.*

    A5. Document findings in health record.

    A6. Will consult directly with the collaborating physician/designee for care that exceeds scope of practice as determined by the individual's education, training, expertise, or agreements with the physician.

    A7. Collaborate with unit staff to develop medical/nursing care plans to address and manage patients with special care needs.

    A8. Facilitate continuity of inmate health care between other correctional institutions and/or outside health care providers, both inpatient and out patient.

**5%**    **B**    Provision of services to institution(s)

    B1 Accept temporary assignments in other correctional institutions to help cover for staff shortages due to vacancies, leaves of absence or in emergency situations where more staff is required

    B2. Assist in maintaining a clean, safe, hazard free environment in the Health Service Unit and in identifying health hazards in other areas of the institution.

    B3. In collaboration with medical staff and health services manager, participate in organizing and coordinating specialty clinics at the institution, such as seizures, hypertension, asthma, and diabetes management

    B4 Develop, implement, and evaluate comprehensive patient education programs that assure quality and appropriateness of care across settings.

Bates 00036

5%  C   Provision of formal and informal training and education in health care for institution or unit staff and/or inmates.

C1  Participate in developing and teaching educational programs regarding medical/nursing and health care within the institution and Bureau

C2.  May serve as a preceptor for students

C3.  Consult with team members in the development of interdisciplinary program plans.

C4.  Collaborate with Quality Assurance, Infection Control, Employee Health and the Public Health Educator in health care training/education of institution staff and/or inmates

5%  D   Development and application of medical/nursing practice standards to assure high level quality in delivery of health care in the institution

D1.  Participate in and/or initiate quality assessment and improvement activities.

D2  Identify important aspects of care and use to improve practice and operations.

D3  Evaluate medical/nursing care in terms of quality through direct observation of inmate care in collaboration with the Medical Director, Director of Nursing, Unit Physician, Health Service Unit Manager, and/or Quality Assurance Coordinator.

D4.  Gather information which would substantiate the need for new or changed policies, routines, and procedures or equipment.

D5.  Work with medical staff and nurses to develop and/or revise institution procedures.

D6.  Contribute to the development of improved health care programs and medical/nursing services

D7.  Contribute to a safe environment for inmates and staff which supports the prevention of illness/injury and the promotion of optimal health.

5%  E.  Utilize information based on studies/research in evaluating the effectiveness of practices and to identify health care needs of incarcerated inmates

E1.  Initiate medical/nursing research relating to clinical practice.

E2  Assist staff in conducting research to improve medical/nursing care practices and delivery of health care for inmates

5%  F.  Development of specialized knowledge, skills and abilities through formal course work, independent study, research, committee participation and clinical experience

F1.  Participate as member of standing and ad hoc committees as assigned/initiated.

F2.  Perform related work as assigned.

F3.  Participate in inservice and education programs offered by the Bureau, DOC, other State agencies and outside providers.

F4.  Remain current in nursing theory and practice.

Bates 00037

**KR1    KR2    KNOWLEDGE AND SKILLS**

1. Ability to recognize and identify medical symptoms and problems

2. Ability to handle emergency situations.

3. Ability to provide preventive services, care of episodic illness and injury, and manage stable chronic illness in a team relationship

4. Knowledge and advanced skill in the application of nursing theory, nursing process, and nursing standards of care.

5. Knowledge and skill in the use of the trans-disciplinary model to meet human needs

6. Knowledge of current communication theory and effective communication practices.

7. Knowledge and skill in instructional methods and adult learning principles

8. Knowledge of group process and dynamics of working with individuals and groups.

9. Ability to work in collaboration with the Medical Director and members of the medical staff.

10. Ability to utilize the computer to obtain data and provide analysis of data

11. Ability to work effectively with incarcerated inmate and with other disciplines in a team relationship.

12. Ability to work productively in an independent setting under general supervision

13. Ability to maintain a helpful and understanding attitude toward the incarcerated juvenile/adult exhibiting hostile or other negative behavioral traits.

14. Extensive knowledge of physical assessment, differential diagnosis, pathophysiology, pharmacology and management of acute and chronic health problems

15. Ability to work with a multi-ethnic, multi-cultural population

16. Skill and ability to maintain CPR certification and to perform CPR

## SPECIAL REQUIREMENTS

1. Must be licensed as a Professional Nurse by the Wisconsin Board of Nursing   Must be certified or eligible for certification as a nurse practitioner by a national certifying body approved by the Wisconsin Board of Nursing and eligible for prescriptive authority in the State of Wisconsin.

2. Must be certified in basic CPR/AED and maintain recertification per licensure requirements

3. Must have a valid personal DEA number

Bates 00038