# POSITION DESCRIPTION

DOA-15302 (C07/2015)
PREVIOUSLY OSER-DMRS-10
State of Wisconsin
Department of Administration/Division of Personnel Management

| 1. Position No. | 2. Cert / Reclass Request No. | 3. Agency No. |
|---|---|---|
| 312545 | 30019136 | 410 |

| 4. NAME OF EMPLOYEE | 5. DEPARTMENT, UNIT, WORK ADDRESS |
|---|---|
| Laura C. Sukowaty | Department of Corrections |

| 6. CLASSIFICATION TITLE OF POSITION | Bureau of Health Services |
|---|---|
| Physician Supervisor | Dodge Correctional Institution 1 W. Lincoln St Waupun, WI 53963 |

| 7. CLASS TITLE OPTION (to be filled out by Human Resources Office) | 8. NAME AND CLASS OF FORMER INCUMBENT |
|---|---|
| | Scott Hoftiezer, Physician Supervisor |

| 9. AGENCY WORKING TITLE OF POSITION | 10. NAME & CLASS OF EMPLOYEES PERFORMING SIMILAR DUTIES |
|---|---|
| Physician Supervisor | Gina Buono, Physician Supervisor |

| 11. NAME AND CLASS OF FIRST-LINE SUPERVISOR | 12. FROM APPROXIMATELY WHAT DATE HAS THE EMPLOYEE PERFORMED THE WORK DESCRIBED BELOW? |
|---|---|
| Paul Bekx, Physician Management | |

13. DOES THIS POSITION SUPERVISE SUBORDINATE EMPLOYEES IN PERMANENT POSITIONS? Yes ☒ No ☐
IF YES, COMPLETE AND ATTACH A SUPERVISOR EXCLUSION ANALYSIS FORM.

14. POSITION SUMMARY – PLEASE DESCRIBE BELOW THE MAJOR GOALS OF THIS POSITION:

See attached

15. DESCRIBE THE GOALS AND WORKER ACTIVITIES OF THIS POSITION (Please see sample format and instructions on Page 3.)

— GOALS: Describe the major achievements, outputs, or results. List them in descending order of importance.
— WORKER ACTIVITIES: Under each goal, list the worker activities performed to meet that goal.
— TIME %: Include for goals and major worker activities.

| TIME % | GOALS AND WORKER ACTIVITIES | (Continue on attached sheets) |
|---|---|---|
| | See attached. | |

16. SUPERVISORY SECTION - TO BE COMPLETED BY THE FIRST LINE SUPERVISOR OF THIS POSITION (See Instructions on Page 2)

a. The supervision, direction, and review given to the work of this position is [ ] close [ ] limited [ X ] general.
b. The statements and time estimates above and on attachments accurately describe the work assigned to the position.
(Please initial and date attachments.)

Signature of first-line supervisor _____ Date _9/29/2020_

17. EMPLOYEE SECTION - TO BE COMPLETED BY THE INCUMBENT OF THIS POSITION

I have read and understand that the statements and time estimates above and on attachments are a description of the functions assigned my position.
(Please initial and date attachments.)

Signature of employee _____ Date _9/29/20_

18. Signature of Human Resources Manager _Rebecca Schoormann_ Date _9/17/2020_

DISTRIBUTE COPIES OF SIGNED FORM TO:

☐ P-FILE          ☐ SUPERVISOR          ☐ EMPLOYEE          ☐ CERT REQUEST COPY

EXHIBIT

6

Bates 00056

**CLASSIFICATION TITLE- SUB-TITLE**

Physician Supervisor

## POSITION SUMMARY

Under the general supervision of the Physician Management, the Physician Supervisor is responsible for professional medical services to inmates in accordance with Department of Corrections and Bureau of Health Services policies, procedures and standards. The Physician Supervisor attends to the medical needs of inmates by diagnosing and treating illness and injuries and arranging for professional consultation when warranted. This position supervises the Physicians and Advanced Practice Nurse-Prescribers at Dodge Correctional Institution, Waupun Correctional Institution, and Fox Lake Correctional Institution. Assignments at Dodge Correctional Institution may include both Primary Care and Infirmary work and will be coordinated by the Physician Management or the Bureau.

The Physician Supervisor supervises, in conjunction with the Health Service Manager, the development and implementation of treatment protocols and patient flow charts. Along with the Health Services Manager, the Physician Supervisor meets with the Warden, psychological services supervisors, security staff, Physician Supervisor, and/or Physician Management in formulating medical policies and operational procedures. The Physician Supervisor also implements these policies at the unit level. The Physician Supervisor participates in the BHS Quality Improvement Program and Infection Control Program. As directed, the Physician takes on-call assignments and provides direct care at other institutions during vacations, illness, and emergencies.

The Physician Supervisor shall comply with the Department's administrative rules and the agency's policies and procedures including those related to the Department's overall Reentry philosophy of using evidence-based strategies, practices and programs which target an inmate's individual criminogenic needs and risk level.

## TIME %        GOALS AND WORKER ACTIVITIES

10%            A.   Medical Supervision of Treatment Protocols.

   A1.   Participates with other Bureau of Health Services Physicians in the design of treatment protocols to assist in the expeditious intervention of less serious physical complaints by professional nursing staff and mid-level practitioners.

   A2.   Conducts in-service programs to familiarize unit staff with treatment protocols and patient care flow charts.

   A3.   Evaluate the ability of the unit staff to follow protocols and approves staff on an individual basis for implementation.

   A4.   Along with Health Services Manager, audits charts on a regular basis to ensure compliance and appropriate assessment and documentation.

   A5.   Assist the unit staff directly in solving patient care problems commensurate with their ability and skills.

   A6.   Annually reviews and approves treatment protocols with Physician Management and Health Services Manager.

   A7.   Provides adequate supervision of the Physician Assistant in the performance of medical acts by personal presence, telephone contact and/or chart review at institutions where Physician Assistants are assigned.

50%           B.   Provision of Direct Patient Care within Correctional Institutions.

   B1.   Review screening reports and medical histories of all newly admitted inmates to determine need for emergency or urgent care and to ensure continuity of care.

   B2.   Performs hands-on physical examinations, to establish a baseline profile and to detect existing potential health problems that require care during the period of the inmate's incarceration.

B3. Prescribes a plan of care including medications for the inmate following the initial health assessment. Uses the approved Bureau of Health Services Formulary.

B4. Orders laboratory work, diagnostic tests, treatments, prescribed diets and nursing care for inmates as appropriate.

B5. Authorizes non-emergent off-site outpatient care with prior authorization when inmate cannot be managed within the facility.

B6. Consults with specialists and Physician Management when inmate's condition warrants it.

B7. Provides instructions to the inmate regarding medical complaints, explanation of illness and treatment, progress, medications and self-care.

B8. Performs minor surgical procedures, e.g., suturing lacerations, debriding burns, incising and draining purulent infections, etc.

B9. Records, signs and dates medical history, physical observations, Physician orders, and medical interventions on inmate records using POMR format.

B10. Makes regularly scheduled visits to temporary lockup units and to segregation units to ensure access to health care.

B11. Shares on-call Physician assignments with other Bureau of Health Services Physicians as scheduled by the Bureau.

10%       C. Coordination of Health Services with Other Correctional Programs.

C1. With Health Services Manager, meet with correctional administrative staff to discuss health care services. Identify issues and develop plans for resolution.

C2. Meet regularly with Health Services Unit staff to receive and give current information and to discuss care and treatment of specific health conditions and other health issues.

C3. Monitors medical orders that affect other services such as special housing, food/dietary, housing and activity classification.

C4. Communicate problems and suggestions for enhancement of services to Physician Management.

C5. Provides professional consultation to all members of the health care team related to inmate health care management. Functions as the medical authority at the institutional level.

C6. Services as liaison with community health providers who are involved in providing off-site services to inmates.

C7. Participates in the Quality Improvement Program and the Infection Control Program.

5%        D. Maintenance of Current Medical Knowledge

D1. Along with other Physicians, generates medical position papers after appropriate research of literature and consultant opinions pertaining to correctional health care issues.

D2. Attends statewide Bureau of Health Services medical staff meetings as scheduled.

D3. Maintains medical and administrative knowledge to complete the above tasks in a current and acceptable manner through attendance at medical conferences, workshops, seminars, professional literature review, etc.

D4. Organizes the above continuing medical education in a manner that will fulfill the State of Wisconsin's requirements for medical licensure.

D5. Documents and retains evidence of attendance and completion of continuing medical education (CME) for each biennium.

Bates 00058

| | | |
|---|---|---|
| 20% | E. | Supervision of BHS medical staff who provide on-site care at various institutions. |

E1. Complete probationary and annual Performance, Planning and Development Reports on all ~~physicians, nurse practitioners, and physician assistants at the above-named facilities in~~ accordance with departmental policies and Bureau guidelines.

E2. Participate in interviewing and making recommendations for the hiring of physicians, nurse practitioners, and physician assistants.

E3. Assist the Physician Management to assure that coverage is provided at the above facilities during absences of the assigned practitioners due to emergencies, illness, long-term vacations or other absences.

E4. Put out a monthly schedule of practitioner coverage at these facilities.

E5. ~~Provide clinical supervision and consultation to the practitioners at these facilities.~~

| | | |
|---|---|---|
| 5% | F. | Administration of medical services and QI program. |

F1. Review Class III requests during absence of Physician Management and provide appeal level review.

F2. Conduct mortality reviews when assigned by the Physician Management and participate in on-site mortality reviews when assigned.

F3. Chair QI committees as assigned by the Physician Management.


## KNOWLEDGE, SKILLS AND ABILITIES

1. Thorough knowledge of the theory, principles and practices of primary care medicine.

2. Demonstrated skills in diagnosing and treating a variety of health problems and injuries commonly seen in a primary care setting.

3. Demonstrated skills and knowledge of conditions, illnesses, and diseases that are unique to women if working in a facility where women are incarcerated.

4. Ability to function effectively in a correctional health care setting, treating inmates with respect and with consideration for their dignity and feelings.

5. Ability to establish and maintain effective working relationships with other personnel, functioning in a team relationship to address correctional health issues.

6. Demonstrated skills in quality improvement, peer review and supervisory techniques.

7. Methods and techniques to evaluate staff performance and development.


## SPECIAL REQUIREMENTS:

1. Must maintain a current license to practice medicine in the State of Wisconsin.

2. Must maintain a current DEA number.

3. Meets continuing medical education requirements for each biennium as established by the Department of Safety and Professional Services, Medical Examining Board.

4. Board certification in family practice or internal medicine.

Bates 00059