## POSITION DESCRIPTION

| DOA-15302 (C07/2015) PREVIOUSLY OSER-DMRS-10 State of Wisconsin Department of Administration/Division of Personnel Management | 1 Position No 319668 | 2 Cert / Reclass Request No 30020091 | 3 Agency No 410 |
|---|---|---|---|

| 4 NAME OF EMPLOYEE | 5 DEPARTMENT, UNIT, WORK ADDRESS |
|---|---|
| Daniel L. La Voie | Department of Corrections Division of Adult Institutions |
| **6 CLASSIFICATION TITLE OF POSITION** | Bureau of Health Services |
| Physician Management | 3099 E Washington Ave Madison, WI 53707 |

| 7 CLASS TITLE OPTION *(to be filled out by Human Resources Office)* | 8 NAME AND CLASS OF FORMER INCUMBENT |
|---|---|
| | Paul Bekx, Physician Management |

| 9 AGENCY WORKING TITLE OF POSITION | 10 NAME & CLASS OF EMPLOYEES PERFORMING SIMILAR DUTIES |
|---|---|
| Medical Director | Daniel LaVoie, Physician Supervisor |

| 11 NAME AND CLASS OF FIRST-LINE SUPERVISOR | 12 FROM APPROXIMATELY WHAT DATE HAS THE EMPLOYEE PERFORMED THE WORK DESCRIBED BELOW? |
|---|---|
| Michael Rivers, Correctional Services Manager | |

13 DOES THIS POSITION SUPERVISE SUBORDINATE EMPLOYEES IN PERMANENT POSITIONS? Yes ☒ No ☐
IF YES, COMPLETE AND ATTACH A SUPERVISOR EXCLUSION ANALYSIS FORM (OSER-DCLR-84)

14 POSITION SUMMARY – PLEASE DESCRIBE BELOW THE MAJOR GOALS OF THIS POSITION

(See Attached)

15. DESCRIBE THE GOALS AND WORKER ACTIVITIES OF THIS POSITION *(Please see sample format and instructions on Page 3 )*

— GOALS  Describe the major achievements, outputs, or results  List them in descending order of importance
— WORKER ACTIVITIES  Under each goal, list the worker activities performed to meet that goal.
— TIME %  Include for goals and major worker activities

| TIME % | GOALS AND WORKER ACTIVITIES | (Continue on attached sheets) |
|---|---|---|
| | (See Attached) | |

16 SUPERVISORY SECTION - TO BE COMPLETED BY THE FIRST LINE SUPERVISOR OF THIS POSITION *(See Instructions on Page 2)*
  a. The supervision, direction, and review given to the work of this position is [  ] close [  ] limited [ X ] general
  b  The statements and time estimates above and on attachments accurately describe the work assigned to the position
  *(Please initial and date attachments )*

  Signature of first-line supervisor _____ Date _____

17 EMPLOYEE SECTION - TO BE COMPLETED BY THE INCUMBENT OF THIS POSITION
  I have read and understand that the statements and time estimates above and on attachments are a description of the functions assigned my position
  *(Please initial and date attachments )*
  Signature of employee _____ *Daniel LaVoie MD* _____ Date **3-18-2021**

18  Signature of Human Resources Manager *Rebecca Schoormann* ____ Date *3/17/2021* _____

DISTRIBUTE COPIES OF SIGNED FORM TO
  ☐ P-FILE          ☐ SUPERVISOR          ☐ EMPLOYEE          ☐ CERT REQUEST COPY

EXHIBIT

7

Bates 00039

<u>**CLASSIFICATION TITLE- SUB-TITLE**</u>

Physician Management - Medical Director

<u>**POSITION SUMMARY**</u>

Under the general administrative direction of the Director of the Bureau of Health Services, the Physician Management directs the medical, mental health, dental, pharmaceutical and optometric programs for offenders in the Division of Adult Institutions, and the Wisconsin Correctional Center System, and assists as needed with similar functions in the Division of Juvenile Corrections and the Division of Community Corrections. This position supervises the permanent, LTE, and agency Dental Director, Mental Health Director, Pharmacy Director, four Associate Medical Directors (AMD), dietitians, and physical therapists. Via the Associate Medical Directors and Mental Health Director, the position indirectly supervises all primary care and psychiatry physicians and APNPs practicing in institution and center settings in the Department This position directs the scope of health services provided to offenders through: 1. Assisting indetermination of drugs to be listed in the Bureau Formulary for practitioners to prescribe, 2 Assisting in determination via prior authorization of all non-emergency surgical procedures and highly specialized care provided to the 23,000+ offenders covered by health services within the Department; 3. Directly and indirectly monitoring care delivery of practicing physicians, psychiatrists, and mid-level practitioners through yearly reviews of performance and additionally as needed; 4 developing, implementing and approving of policies/procedures and protocols concerning the medical care of offenders, 5 Working with the EMR team for development of process that will promote best practice This position also acts as the liaison with off-site care providers/ health systems in determining adequacy and appropriateness of service delivery and works with the Department of Justice in medical malpractice cases filed against the Department. This position, through the determination of the level of care given offenders, has the authority to recommend commitment of a significant portion of the Bureau's resources.

The Physician-Management shall comply with the Department's administrative rules and the agency's policies and procedures including those related to the Department's overall reentry philosophy of using evidence-based strategies, practices and programs which target an inmate's individual criminogenic needs and risk level.

| *(Rated PD Only)* | | | |
|---|---|---|---|
| <u>**TR1**</u> | <u>**TR2**</u> | <u>**TIME %**</u> | <u>**GOALS AND WORKER ACTIVITIES**</u> |
| | | 10% | A. Development and administration of a staff model health service delivery system consistent with community standards of practice. |

    A1. Formulate policies, procedures and practice guidelines to assure delivery of quality medical care to offenders in state correctional facilities consistent with community standards of practice.

    A2. Implement policies, procedures and guidelines affecting the delivery of all medical care to offenders.

    A3. Monitor the implementation of policies and procedures and evaluate the provision of medical, mental health, dental, pharmaceutical and optometric care to offenders by physicians, medical specialists, psychiatrists, psychologists, dentists, pharmacists and optometrists to ensure conformance with established policies and community standards.

    A4. In collaboration with direct reports, recommend changes necessary to the medical service delivery model to correct or improve services at all levels of care, both on-site and off-site.

15%     B. Administration of the medical, mental health, dental, pharmaceutical and optometric services program of the Department of Corrections to assure effective use of fiscal and staff resources.

    B1. Direct staff activities to assure conformity and consistency with the Bureau of Health Services' mission, goals and objectives.

    B2. Monitor programs through regular meetings and reports to assure programs are carried out within appropriate staff and budgetary limitations and consistent with established policy.

Bates 00040

B3. Coordinate and monitor the provision of emergency, secondary and tertiary inpatient and outpatient care provided at the University of Wisconsin Hospital and Clinics (UWHC) as well as community hospitals and clinics across the state.

B4. As needed, meet with medical groups at UWHC and community hospitals utilized by BHS to promote understanding and awareness of the health service needs of offenders and to resolve problems.

B5. In conjunction with the other medical directors at least annually meet with contractual medical providers to review contract compliance.

B6. Assist AMDs with prior authorization of medical and surgical procedures as needed though a utilization management process.

B7. Meet with the Pharmacy Director, Dental Director, and Mental Health Director to provide direction and management oversight of their service areas.

B8. Assist infection control nurse as needed to develop, review and implement infection control measures across the DOC

15%   C. Provision of consultation to medical providers and others regarding the delivery of medical services.

C1. Provide consultation with staff physicians, psychiatrists, psychologists, dentists, pharmacists and optometrist regarding complex cases directly or by arranging for services of specialists in the field.

C2. Respond to inmate complaints via letters or through inmate complaint system to resolve issues specific to medical, mental health, dental, pharmaceutical and optometric care rendered by the physicians and psychiatrists.

C3. As needed, schedule on-site visits to meet with Health Services Unit (HSU) staff to discuss issues pertaining to treatment needs of specific inmates.

C4. Monitor HSU medical, mental health, dental, pharmaceutical and optometric activities to assure conformance with BHS policies and programs.

C5. Assist in identifying and resolving inter-disciplinary issues through staff meetings with physician HSU and corrections administration staff.

C6. Participate in case discussions at care coordination meetings.

C7 Assist Office of Legal Counsel and Department of Justice in the review of medical records in legal action and provide expert opinions as necessary

35%   D. Supervision of Bureau of Health Services (BHS) medical staff that provide on-site care at the correctional institutions.

D1. Direct the recruitment process for hiring physicians, psychiatrists and optometrists consistent with Department of Employment Relations (DER) and DOC Bureau of Personnel and Human Resources policies and guidelines

D2. Delegate recruitment process for hiring dentists, psychologists and pharmacists to the Dental Director, Pharmacy Director, and Mental Health Director.

D3. Recommends physician and psychiatrist candidates for hire to Bureau Director and Division Administrator.

Bates 00041

D4.  In conjunction with the AMDs, complete probationary and annual Performance, Planning and Development Reports on assigned physicians and psychiatrists in accordance with departmental policies and Bureau guidelines.

D5.  As allowable, meet with all physicians, psychiatrists, physician assistants, nurse practitioners, dentists and psychologists quarterly to discuss administrative issues, policies and procedures, practice guidelines and special cases or programs.

D6.  Assure that coverage is provided at major institutions during absences of the assigned physicians due to emergencies, illness or long-term vacations through on-site visits or interim assignments of other physicians.

D7.  Delegate to Dental Director, Pharmacy Director and Mental Health Director the management oversight responsibilities for the dentists, pharmacists, psychiatrists and psychologists

D8.  Assist with investigations into violations of work rules and recommend disciplinary action per DOC personnel policies.

10%   E   Direction of BHS's Medical Quality Assurance Program including medical peer review committee, the Pharmacy and Therapeutics Committee and the EMR data collection and reporting processes.

E1.  Monitor and evaluate clinical issues which reflect the population served in terms of age groups, disease categories and special risk status.

E2.  Monitor and evaluate important aspects of care and service including high volume and high risk services.

E3.  Direct the development and use of practice guidelines for providing appropriate care Assess the performance of the physicians in conformance to guidelines.

E4.  Direct the activities of the medical peer review committee whose purpose is to investigate issues pertaining to the quality of care provided by BHS medical, nursing and pharmacy staff.

E5.  Serve as the Chairman of the Pharmacy and Therapeutics Committee which develops the Bureau Formulary listing pharmaceuticals which Bureau prescribers may order.

E6   Assist EMR team with data mining procedures and report generation as part of the quality improvement processes

15%   F.  Implementation of AA/CRC plan within responsibility areas and in compliance with federal and state civil rights and employment laws.

F1.  Review hiring selection process to assure fairness and equal opportunities for all applicants.

F2   Review all disciplinary actions, resignations and dismissals for compliance with appropriate standards and rules

F3.  Provide information and direction to employees to assure support for the AA/CRC plan.

Bates 00042

## KNOWLEDGE, SKILLS AND ABILITIES

1. Demonstrates skill in program planning, setting goals and objectives, establishing work plans for effective program implementation.

2. Has knowledge and experience in a medical specialty such as family practice, internal medicine, public health relevant to planning and implanting effective correctional health medical services

3. Experience in strategic management, continuous quality improvement (CQI) and supervisory techniques

4. Has demonstrated skills in effective communications orally and in writing with the public, professional organizations, government agencies and legal representatives.

5. Has skills in establishing and maintaining effective working relationships with individuals at all levels department wide, in a wide variety of organizations and with different backgrounds, concerns and viewpoints.

6. Is skilled in employee coaching techniques for continuous employee development.

7. Has extensive knowledge and skills in managed health care delivery systems.

8. Has extensive knowledge of fiscal management in large, complex organization.

## SPECIAL REQUIREMENT

A license to practice medicine in the State of Wisconsin.

Board Certification in Family Medicine or Internal Medicine

Bates 00043

STATE OF WISCONSIN
DEPARTMENT OF ADMINISTRATION
DIVISION OF PERSONNEL MANAGEMENT
DOA-15316 (C07/2015)
S 230 09 WIS STATS
PREVIOUSLY OSER-DCLR-84



# Supervisor Exclusion Analysis

This information is to be provided by the position's supervisor and reviewed by the agency central office human resources representative for both filled and vacant positions and **must** be submitted as part of any position description (PD) for a position performing supervisory responsibilities (i e., if # 13 of the PD is checked YES). This information will be used to determine (1) if the position is performing supervisory functions and thus should be allocated to a supervisory classification and (2) what supervisory classification is appropriate based on the total duties of the position.

According to s 111.81(19), Wis. Stats , a supervisor is any individual "who has authority, in the interest of the employer, to hire, transfer, suspend, lay off, recall, promote, discharge, assign, reward, or discipline employees, or to adjust their grievances, or to authoritatively recommend such actions" and "whose principal work is different from that of the subordinates" The criteria used by the Wisconsin Employment Relations Commission (WERC) to apply this definition include. the authority to effectively recommend the hiring, promotion, transfer, discipline or discharge of employees, the authority to direct and assign the workforce, the number of employees supervised (typically a minimum of 3 FTE permanent employees), the amount of time spent supervising, the number of other persons exercising greater, similar or lesser degrees of authority over the same employees; the level of pay, including an evaluation of whether the supervisor is paid for skill or supervision of employees, whether the supervisor is primarily supervising an activity or is primarily supervising employees performing the activity; whether the supervisor is a working supervisor or whether he/she spends a substantial majority of his/her time supervising employees, and the amount of independent judgment and discretion exercised in the supervision of employees. The WERC ultimately determines the appropriateness of supervisory exclusions

### Position Identification Data

1. Name of Employee (if filled): Daniel L. La Voie
2. Civil Service Classification. Physician Management
3. Department and Division: Department of Corrections, Division of Adult Institutions
4. Bureau, Section and Unit (or comparable). Bureau of Health Services
5. Name and Classification of Supervisor: Michael Rivers, Correctional Services Manager
6. Name and Complete Civil Service Title of Former Incumbent (if any) Paul Bekx, Physician Management

---

7. <u>Supervisory Responsibilities</u>

   a. In view of the definition statement and criteria listed in the second paragraph of this form, does the incumbent of this position.

   (1) have the responsibility for directly supervising the activities of other classified employees?  YES ☒ NO ☐

   (2) have the responsibility for supervising the activities of lower level supervisors?  YES ☒ NO ☐

   (3) meet the definition statement and criteria?  YES ☒ NO ☐

   b. List the official classification titles and number of permanent classified employees (full or part-time) directly supervised by the incumbent. If this position supervises lower level supervisors, indicate the number of employees supervised by the lower level position(s) in parentheses after the classification title of the position. (NOTE. LTE, student, patient/inmate, volunteer, and unclassified employees should be specifically identified since the direction of these individuals is not considered to warrant supervisory status.)

   4 Physician Supervisor (27)
   1 Dentist Management (2)
   1 Dietetic Services Director (2)
   1 Pharmacist Supervisor (6)
   1 Psychiatrist Management (2)
   2 Medical Consultant LTE
   1 Physician LTE

(OVER)

Bates 00044

DOA-15316 (C07/2015) CONTINUED

# Supervisor Exclusion Analysis

c   What percentage of this position's total time is allocated to each of the following

  1)  Supervisory functions (i.e., hiring, dismissal, disciplining employees, performance evaluation, settling grievances)?   50%

  2)  Activities relating to supervisory responsibilities (i.e., establishing operating procedures, reviewing work of subordinates, counseling subordinates on performance, training and orienting new employees, performing related administrative functions, etc )?   35%

  3)  Performance of other work activities similar to those of the employees supervised?   10%

  4)  Performance of other non-supervisory work activities different from those of the employees supervised (including program administration)?   5%

  * NOTE· The totals of c.1), 2), 3) and 4) should equal 100%.   **TOTAL  *100 %**

8.  **Organizational Relationships**

List (in order of descending authority) the names and classification titles of all other positions in the employing unit in the chain of command over the employees listed in 7.b.

*Of end*
~~Makda Fessahaye~~, DAI Administrator  *Sarah Cooper*
Michael Rivers, Correctional Services Manager

**A copy of the organizational chart must be attached** for the immediate work unit (i.e., the organizational unit which includes the employees supervised), including the names and classifications of all employees

9.  **Supervisory Activities**

Is this position identified as a formal step in the employee grievance procedure?   YES ☒   NO ☐
(If no, list below the name and classification of the first formal step in the grievance procedures for the employees listed in 7 b )

A signature below means the position has been reviewed and you have concluded it meets the definition of supervisor found in s. 111.81 (19), Wis Stats.

Supervisor ·_____Michael A. Rivers (electronic signature)_____   Date 03/22/2021

Human Resources Representative _*Rebecca Schoormann*_   Date _3/17/2021_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by Incumbent (for filled positions)·

☒  I agree with the preceding statements.

☐  I do not feel that the preceding statements are accurate for the reasons indicated below

☐  No Comment

Employee Signature ___*Daniel Jolivic MD*___   Date *3-18-2021*

Bates 00045

# SUPERVISOR PACKET FOR CURRENT EMPLOYEE'S NEW APPOINTMENT

DATE:     March 17, 2021

FROM:     Lucy Xiong, Human Resources Assistant Advanced
          DOC- Bureau of Human Resources (BHR)

Please complete the actions below and promptly email the appropriate document to the Bureau of Personnel and Human Resources.

The Supervisor should along with the employee:

- ❖ Review the attached Position Description.
- ❖ Discuss any questions that may arise.
- ❖ Sign and date the Position Description face page on the appropriate lines.
  (Line 16 is for the **Supervisor** and Line 17 is for the **Employee**)

<u>**After signing, the Supervisor should do the following:**</u>

1. Copy the signed Position Description and distribute to employee.

2. Scan the entire Position Description and rename document as shown:

   a. PD_LastNameFirstNameMI_mmddyy

      ➤ First letter of Last and First Name needs capitalization. (Do not need entire name in all caps)

      ➤ The mmddyy should be the <u>effective date</u> of the appointment (letter attached).

3. Email document to: Lucy.Xiong@wisconsin.gov

Attached documents:
- Appointment letter is for <u>your records</u>, employee has been mailed the original
- Org Chart to employee (if applicable)

## PLEASE KEEP THE ORIGINAL DOCUMENT FOR 3 MONTHS.

## AFTER 3 MONTHS, THE ORIGINAL SHOULD BE CONFIDENTALLY <u>SHREDDED.</u>

Bates 00046

## POSITION DESCRIPTION

*IMPORTANT: PLEASE READ INSTRUCTIONS ON PAGES 2 and 3*

| DOA-15302 (C07/2015)<br>PREVIOUSLY OSER-DMRS-10<br>State of Wisconsin<br>Department of Administration/Division of Personnel Management | 1  Position No.<br><br>319668 | 2  Cert / Reclass Request No<br><br>30020091 | 3  Agency No<br><br>410 |
|---|---|---|---|

| 4  NAME OF EMPLOYEE<br><br>Daniel L. La Voie | 5  DEPARTMENT, UNIT, WORK ADDRESS<br>Department of Corrections<br>Division of Adult Institutions |
|---|---|
| 6  CLASSIFICATION TITLE OF POSITION<br><br>Physician Management | Bureau of Health Services<br>3099 E Washington Ave<br>Madison, WI 53707 |

| 7  CLASS TITLE OPTION *(to be filled out by Human Resources Office)* | 8  NAME AND CLASS OF FORMER INCUMBENT<br><br>Paul Bekx, Physician  Management |
|---|---|
| 9  AGENCY WORKING TITLE OF POSITION<br><br>Medical Director | 10  NAME & CLASS OF EMPLOYEES PERFORMING SIMILAR DUTIES<br><br>Daniel LaVoie, Physician Supervisor |
| 11  NAME AND CLASS OF FIRST-LINE SUPERVISOR<br><br>Michael Rivers, Correctional Services Manager | 12  FROM APPROXIMATELY WHAT DATE HAS THE EMPLOYEE PERFORMED THE WORK DESCRIBED BELOW? |

13     DOES THIS POSITION SUPERVISE SUBORDINATE EMPLOYEES IN PERMANENT POSITIONS?     Yes ☒     No ☐
IF YES, COMPLETE AND ATTACH A SUPERVISOR EXCLUSION ANALYSIS FORM (OSER-DCLR-84).

14  POSITION SUMMARY – PLEASE DESCRIBE BELOW THE MAJOR GOALS OF THIS POSITION

(See Attached)

15  DESCRIBE THE GOALS AND WORKER ACTIVITIES OF THIS POSITION *(Please see sample format and instructions on Page 3 )*

— GOALS  Describe the major achievements, outputs, or results  List them in descending order of importance
— WORKER ACTIVITIES  Under each goal, list the worker activities performed to meet that goal
— TIME %  Include for goals and major worker activities

| TIME % | GOALS AND WORKER ACTIVITIES | (Continue on attached sheets) |
|---|---|---|
| | (See Attached) | |

16  SUPERVISORY SECTION - TO BE COMPLETED BY THE FIRST LINE SUPERVISOR OF THIS POSITION *(See Instructions on Page 2)*
 a  The supervision, direction, and review given to the work of this position is [  ] close [  ] limited [ X ] general
 b  The statements and time estimates above and on attachments accurately describe the work assigned to the position
 *(Please initial and date attachments )*

 Signature of first-line supervisor _____ Date _____

17  EMPLOYEE SECTION - TO BE COMPLETED BY THE INCUMBENT OF THIS POSITION
 I have read and understand that the statements and time estimates above and on attachments are a description of the functions assigned my position
 *(Please initial and date attachments )*
 Signature of employee  _____ *Daniel LaVoie MD* ___ Date  *3-18-2021* _____

18  Signature of Human Resources Manager  *Rebecca Schoormann* ____ Date  *3/17/2021* _____

DISTRIBUTE COPIES OF SIGNED FORM TO·
 ☐ P-FILE              ☐ SUPERVISOR                    ☐ EMPLOYEE                          ☐ CERT REQUEST COPY

Bates 00047

<u>**CLASSIFICATION TITLE- SUB-TITLE**</u>

Physician Management - Medical Director

<u>**POSITION SUMMARY**</u>

Under the general administrative direction of the Director of the Bureau of Health Services, the Physician Management directs the medical, mental health, dental, pharmaceutical and optometric programs for offenders in the Division of Adult Institutions, and the Wisconsin Correctional Center System, and assists as needed with similar functions in the Division of Juvenile Corrections and the Division of Community Corrections. This position supervises the permanent, LTE, and agency Dental Director, Mental Health Director, Pharmacy Director, four Associate Medical Directors (AMD), dietitians, and physical therapists. Via the Associate Medical Directors and Mental Health Director, the position indirectly supervises all primary care and psychiatry physicians and APNPs practicing in institution and center settings in the Department. This position directs the scope of health services provided to offenders through: 1. Assisting indetermination of drugs to be listed in the Bureau Formulary for practitioners to prescribe; 2 Assisting in determination via prior authorization of all non-emergency surgical procedures and highly specialized care provided to the 23,000+ offenders covered by health services within the Department, 3. Directly and indirectly monitoring care delivery of practicing physicians, psychiatrists, and mid-level practitioners through yearly reviews of performance and additionally as needed; 4 developing, implementing and approving of policies/procedures and protocols concerning the medical care of offenders; 5 Working with the EMR team for development of process that will promote best practice This position also acts as the liaison with off-site care providers/ health systems in determining adequacy and appropriateness of service delivery and works with the Department of Justice in medical malpractice cases filed against the Department. This position, through the determination of the level of care given offenders, has the authority to recommend commitment of a significant portion of the Bureau's resources.

The Physician-Management shall comply with the Department's administrative rules and the agency's policies and procedures including those related to the Department's overall reentry philosophy of using evidence-based strategies, practices and programs which target an inmate's individual criminogenic needs and risk level.

*(Rated PD Only)*
<u>**TR1**</u>   <u>**TR2**</u>   <u>**TIME %**</u>   <u>**GOALS AND WORKER ACTIVITIES**</u>

         10%   A.  Development and administration of a staff model health service delivery system consistent with community standards of practice.

                A1.  Formulate policies, procedures and practice guidelines to assure delivery of quality medical care to offenders in state correctional facilities consistent with community standards of practice.

                A2.  Implement policies, procedures and guidelines affecting the delivery of all medical care to offenders.

                A3.  Monitor the implementation of policies and procedures and evaluate the provision of medical, mental health, dental, pharmaceutical and optometric care to offenders by physicians, medical specialists, psychiatrists, psychologists, dentists, pharmacists and optometrists to ensure conformance with established policies and community standards.

                A4.  In collaboration with direct reports, recommend changes necessary to the medical service delivery model to correct or improve services at all levels of care, both on-site and off-site.

         15%   B.  Administration of the medical, mental health, dental, pharmaceutical and optometric services program of the Department of Corrections to assure effective use of fiscal and staff resources.

                B1.  Direct staff activities to assure conformity and consistency with the Bureau of Health Services' mission, goals and objectives

                B2.  Monitor programs through regular meetings and reports to assure programs are carried out within appropriate staff and budgetary limitations and consistent with established policy.

B3. Coordinate and monitor the provision of emergency, secondary and tertiary inpatient and outpatient care provided at the University of Wisconsin Hospital and Clinics (UWHC) as well as community hospitals and clinics across the state.

B4. As needed, meet with medical groups at UWHC and community hospitals utilized by BHS to promote understanding and awareness of the health service needs of offenders and to resolve problems.

B5. In conjunction with the other medical directors at least annually meet with contractual medical providers to review contract compliance.

B6. Assist AMDs with prior authorization of medical and surgical procedures as needed though a utilization management process.

B7. Meet with the Pharmacy Director, Dental Director, and Mental Health Director to provide direction and management oversight of their service areas.

B8. Assist infection control nurse as needed to develop, review and implement infection control measures across the DOC.

15%   C. Provision of consultation to medical providers and others regarding the delivery of medical services.

C1. Provide consultation with staff physicians, psychiatrists, psychologists, dentists, pharmacists and optometrist regarding complex cases directly or by arranging for services of specialists in the field.

C2. Respond to inmate complaints via letters or through inmate complaint system to resolve issues specific to medical, mental health, dental, pharmaceutical and optometric care rendered by the physicians and psychiatrists.

C3. As needed, schedule on-site visits to meet with Health Services Unit (HSU) staff to discuss issues pertaining to treatment needs of specific inmates.

C4. Monitor HSU medical, mental health, dental, pharmaceutical and optometric activities to assure conformance with BHS policies and programs.

C5. Assist in identifying and resolving inter-disciplinary issues through staff meetings with physician HSU and corrections administration staff.

C6. Participate in case discussions at care coordination meetings.

C7. Assist Office of Legal Counsel and Department of Justice in the review of medical records in legal action and provide expert opinions as necessary.

35%   D. Supervision of Bureau of Health Services (BHS) medical staff that provide on-site care at the correctional institutions

D1. Direct the recruitment process for hiring physicians, psychiatrists and optometrists consistent with Department of Employment Relations (DER) and DOC Bureau of Personnel and Human Resources policies and guidelines.

D2. Delegate recruitment process for hiring dentists, psychologists and pharmacists to the Dental Director, Pharmacy Director, and Mental Health Director.

D3. Recommends physician and psychiatrist candidates for hire to Bureau Director and Division Administrator.

Bates 00049

D4. In conjunction with the AMDs, complete probationary and annual Performance, Planning and Development Reports on assigned physicians and psychiatrists in accordance with departmental policies and Bureau guidelines

D5. As allowable, meet with all physicians, psychiatrists, physician assistants, nurse practitioners, dentists and psychologists quarterly to discuss administrative issues, policies and procedures, practice guidelines and special cases or programs

D6. Assure that coverage is provided at major institutions during absences of the assigned physicians due to emergencies, illness or long-term vacations through on-site visits or interim assignments of other physicians.

D7. Delegate to Dental Director, Pharmacy Director and Mental Health Director the management oversight responsibilities for the dentists, pharmacists, psychiatrists and psychologists.

D8. Assist with investigations into violations of work rules and recommend disciplinary action per DOC personnel policies.

10%   E. Direction of BHS's Medical Quality Assurance Program including medical peer review committee, the Pharmacy and Therapeutics Committee and the EMR data collection and reporting processes.

E1. Monitor and evaluate clinical issues which reflect the population served in terms of age groups, disease categories and special risk status.

E2 Monitor and evaluate important aspects of care and service including high volume and high risk services.

E3 Direct the development and use of practice guidelines for providing appropriate care. Assess the performance of the physicians in conformance to guidelines.

E4. Direct the activities of the medical peer review committee whose purpose is to investigate issues pertaining to the quality of care provided by BHS medical, nursing and pharmacy staff.

E5. Serve as the Chairman of the Pharmacy and Therapeutics Committee which develops the Bureau Formulary listing pharmaceuticals which Bureau prescribers may order.

E6 Assist EMR team with data mining procedures and report generation as part of the quality improvement processes

15%   F. Implementation of AA/CRC plan within responsibility areas and in compliance with federal and state civil rights and employment laws.

F1. Review hiring selection process to assure fairness and equal opportunities for all applicants

F2. Review all disciplinary actions, resignations and dismissals for compliance with appropriate standards and rules.

F3. Provide information and direction to employees to assure support for the AA/CRC plan.

Bates 00050

**KNOWLEDGE, SKILLS AND ABILITIES**

1. Demonstrates skill in program planning, setting goals and objectives, establishing work plans for effective program implementation.

2. Has knowledge and experience in a medical specialty such as family practice, internal medicine, public health relevant to planning and implanting effective correctional health medical services.

3. Experience in strategic management, continuous quality improvement (CQI) and supervisory techniques.

4. Has demonstrated skills in effective communications orally and in writing with the public, professional organizations, government agencies and legal representatives.

5. Has skills in establishing and maintaining effective working relationships with individuals at all levels department wide, in a wide variety of organizations and with different backgrounds, concerns and viewpoints

6. Is skilled in employee coaching techniques for continuous employee development.

7. Has extensive knowledge and skills in managed health care delivery systems.

8. Has extensive knowledge of fiscal management in large, complex organization.

**SPECIAL REQUIREMENT**

A license to practice medicine in the State of Wisconsin.

Board Certification in Family Medicine or Internal Medicine

Bates 00051

STATE OF WISCONSIN
DEPARTMENT OF ADMINISTRATION
DIVISION OF PERSONNEL MANAGEMENT
DOA-15316 (C07/2015)
S 230 09 WIS STATS
PREVIOUSLY OSER-DCLR-84



COMPENSATION & LABOR RELATIONS
101 E WILSON ST, 4TH FL
MADISON, WI 53703

# Supervisor Exclusion Analysis

This information is to be provided by the position's supervisor and reviewed by the agency central office human resources representative for both filled and vacant positions and **must** be submitted as part of any position description (PD) for a position performing supervisory responsibilities (i.e , if # 13 of the PD is checked YES) This information will be used to determine (1) if the position is performing supervisory functions and thus should be allocated to a supervisory classification and (2) what supervisory classification is appropriate based on the total duties of the position.

According to s 111 81(19), Wis Stats., a supervisor is any individual "who has authority, in the interest of the employer, to hire, transfer, suspend, lay off, recall, promote, discharge, assign, reward, or discipline employees, or to adjust their grievances, or to authoritatively recommend such actions" and "whose principal work is different from that of the subordinates." The criteria used by the Wisconsin Employment Relations Commission (WERC) to apply this definition include the authority to effectively recommend the hiring, promotion, transfer, discipline or discharge of employees, the authority to direct and assign the workforce, the number of employees supervised (typically a minimum of 3 FTE permanent employees); the amount of time spent supervising, the number of other persons exercising greater, similar or lesser degrees of authority over the same employees, the level of pay, including an evaluation of whether the supervisor is paid for skill or supervision of employees; whether the supervisor is primarily supervising an activity or is primarily supervising employees performing the activity, whether the supervisor is a working supervisor or whether he/she spends a substantial majority of his/her time supervising employees; and the amount of independent judgment and discretion exercised in the supervision of employees. The WERC ultimately determines the appropriateness of supervisory exclusions.

## Position Identification Data

1 Name of Employee (if filled): Daniel L La Voie
2. Civil Service Classification: Physician Management
3 Department and Division. Department of Corrections, Division of Adult Institutions
4 Bureau, Section and Unit (or comparable): Bureau of Health Services
5. Name and Classification of Supervisor Michael Rivers, Correctional Services Manager
6. Name and Complete Civil Service Title of Former Incumbent (if any). Paul Bekx, Physician Management

---

7 Supervisory Responsibilities

    a. In view of the definition statement and criteria listed in the second paragraph of this form, does the incumbent of this position.

        (1) have the responsibility for directly supervising the activities of other classified employees?    YES ☒ NO ☐

        (2) have the responsibility for supervising the activities of lower level supervisors?    YES ☒ NO ☐

        (3) meet the definition statement and criteria?    YES ☒ NO ☐

    b List the official classification titles and number of permanent classified employees (full or part-time) directly supervised by the incumbent. If this position supervises lower level supervisors, indicate the number of employees supervised by the lower level position(s) in parentheses after the classification title of the position (NOTE: LTE, student, patient/inmate, volunteer, and unclassified employees should be specifically identified since the direction of these individuals is not considered to warrant supervisory status )

        4 Physician Supervisor (27)
        1 Dentist Management (2)
        1 Dietetic Services Director (2)
        1 Pharmacist Supervisor (6)
        1 Psychiatrist Management (2)
        2 Medical Consultant LTE
        1 Physician LTE

(OVER)

Bates 00052

## Supervisor Exclusion Analysis

    c    What percentage of this position's total time is allocated to each of the following

        1)    Supervisory functions (i.e., hiring, dismissal, disciplining employees, performance evaluation, settling grievances)?        **50%**

        2)    Activities relating to supervisory responsibilities (i.e., establishing operating procedures, reviewing work of subordinates, counseling subordinates on performance, training and orienting new employees, performing related administrative functions, etc.)?        **35%**

        3)    Performance of other work activities similar to those of the employees supervised?        **10%**

        4)    Performance of other non-supervisory work activities different from those of the employees supervised (including program administration)?        **5%**

        * NOTE. The totals of c 1), 2), 3) and 4) should equal 100%        **TOTAL**    **\*100 %**

8    Organizational Relationships

List (in order of descending authority) the names and classification titles of all other positions in the employing unit in the chain of command over the employees listed in 7.b.

*of enos*
~~Makda Fessahaye,~~ DAI Administrator *Sarah Cooper*
Michael Rivers, Correctional Services Manager

**A copy of the organizational chart must be attached** for the immediate work unit (i.e., the organizational unit which includes the employees supervised), including the names and classifications of all employees.

9.    Supervisory Activities

Is this position identified as a formal step in the employee grievance procedure?    YES ☒    NO ☐
(If no, list below the name and classification of the first formal step in the grievance procedures for the employees listed in 7 b )

A signature below means the position has been reviewed and you have concluded it meets the definition of supervisor found in s. 111.81 (19), Wis Stats

Supervisor _____ Michael A. Rivers (electronic signature) _____ Date 03-22-2021

Human Resources Representative *Rebecca Schoormann* _____ Date 3/17/2021

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by Incumbent (for filled positions)

☒  I agree with the preceding statements

☐  I do not feel that the preceding statements are accurate for the reasons indicated below

☐  No Comment

Employee Signature _____ *Daniel Fabri MD* _____ Date 3-18-2021

Bates 00053

STATE OF WISCONSIN
DEPARTMENT OF ADMINISTRATION
DIVISION OF PERSONNEL MANAGEMENT
DOA-15317 (C07/2015)
STATS 230 09 WIS STATS
REVIOUSLY OSER-DCLR-85



# Management Exclusion Analysis

This analysis should be completed by the position's supervisor and reviewed by the agency human resources representative prior to classifying a position as "management." The information will be used to assist in determining if the position is performing duties which support inclusion of the position in a career executive or other management classification, resulting in exclusion of the position from bargaining unit representation.

Wisconsin Statute s 111 81(13), excludes management personnel from the definition of employee for collective bargaining purposes. Section 111.81(13) defines "management" to include "those personnel engaged predominately in executive and managerial functions, including such officials as division administrators, bureau directors, institution heads, and employees exercising similar functions and responsibilities as determined by the [Wisconsin Employment Relations] Commission."

The Commission referenced above is the Wisconsin Employment Relations Commission (WERC) which, under s 111.825(3), assigns eligible employees to the appropriate bargaining units and ultimately determines the appropriateness of management exclusions

## Position Identification Data

1  Name of Employee (if filled)· Daniel L. La Voie
2.  Civil Service Classification.  Physician Management
3  Department and Division  Department of Corrections, Division of Adult Institutions
4  Bureau, Section, and Unit (or comparable)· Bureau of Health Services
5.  Name and Classification of Supervisor: Michael Rivers, Correctional Services Manager
6.  Name and Complete Civil Service Title of Former Incumbent (if any)  Paul Bekx, Physician Management

In Case 33, No. 16403, SE-65, Decision No. 11640-C, the WERC used the following criteria in determining if employees were management (Some of the statements are interpretations of statements made by the WERC rather than statements actually made in the decision.)

7.      If the employee is a division administrator, bureau director, or institution head, the employee is, per se, management.

8.      If the employee is not a division administrator, bureau director, or institution head, and if the employee is engaged predominately in executive and managerial functions similar to those engaged in by division administrators, bureau directors, or institution heads, the employee is management

"Predominate function" is defined as the primary duties performed by the employee.  If the primary duty is to provide legal services or supervise and review the work of others for compliance with established policy, the employee is not engaged predominately in executive and management functions, even though some of the time is spent in formulation, determination, and implementation of management policy.  Predominate functions may be based on importance or percent of time spent.  Generally, percent of time spent will be the determining factor

(OVER)

Bates 00054

## Management Exclusion Analysis

"Executive and management functions" are defined as·

a.  participation in a significant manner in the formulation, determination, <u>and</u> implementation of management policy, or,

b   effective authority to commit the employer's resources

To participate in a significant manner in the formulation, determination, and implementation of management policy, the employee must have greater authority than merely offering advice to higher-level management which may accept or reject the recommendation, or must do more than serving on a management team/committee which must reach consensus. Formulation, determination, and implementation of management policy must be the primary duty of the employee and must be at a level similar to that exercised by division administrators, bureau directors, and institution heads

Case 33 did not address the resource commitment aspect of the executive and managerial functions  In municipal sector cases, the WERC has defined this aspect as the exercise of effective authority to commit the employer's resources such as through exercise of authority to establish an original budget or to allocate funds for differing program purposes from such an original budget when the purpose of such funds has not been  previously specified.

9.    Rationale for the above conclusion (use additional paper if necessary).

The Physician Management is engaged predominately in executive and management functions. This position, through the determination of the level of care given offenders, has the authority to recommend commitment of a significant portion of the Bureau's resources

A signature below means the position has been reviewed and you have concluded it meets the definition of management found in s  111.81(13), Wis  Stats.

Supervisor Signature ╲ Michael A. Rivers (electronic signature)                          Date  03-22-2021

Human Resources Representative *Rebecca Schoormann*  Date  *3/17/2021*