# POSITION DESCRIPTION

| | | 1 Position No | 2 Cert/Reclass Request No | 3 Agency No |
|---|---|---|---|---|
| DOA-15302 (C07/2015)<br>PREVIOUSLY OSER-DMRS-10<br>State of Wisconsin<br>Department of Administration/Division of Personnel Management | | 330898 | 32119046 | 410 |

| 4 NAME OF EMPLOYEE | 5 DEPARTMENT, UNIT, WORK ADDRESS |
|---|---|
| Ashley Haseleu | Department of Corrections<br>Division of Adult Institutions<br>Waupun Correctional Institution<br>200 S Madison Street, PO Box 351<br>Waupun WI 53963-0351 |

| 6 CLASSIFICATION TITLE OF POSITION | |
|---|---|
| Nurse Clinician 2 | |

| 7 CLASS TITLE OPTION (to be filled out by Human Resources Office) | 8 NAME AND CLASS OF FORMER INCUMBENT |
|---|---|
| | Elaine Anderson, Nurse Clinician 2 |

| 9 AGENCY WORKING TITLE OF POSITION | 10 NAME & CLASS OF EMPLOYEES PERFORMING SIMILAR DUTIES |
|---|---|
| Nurse Clinician 2 | Ann York, Nurse Clinician 2 |

| 11 NAME AND CLASS OF FIRST-LINE SUPERVISOR | 12 FROM APPROXIMATELY WHAT DATE HAS THE EMPLOYEE PERFORMED THE WORK DESCRIBED BELOW? |
|---|---|
| Chrystal Marchant, Nursing Supervisor | |

13 DOES THIS POSITION SUPERVISE SUBORDINATE EMPLOYEES IN PERMANENT POSITIONS? Yes ☐ No ☐
IF YES, COMPLETE AND ATTACH A SUPERVISOR EXCLUSION ANALYSIS FORM

14 POSITION SUMMARY – PLEASE DESCRIBE BELOW THE MAJOR GOALS OF THIS POSITION

**See Attached**

15 DESCRIBE THE GOALS AND WORKER ACTIVITIES OF THIS POSITION (Please see sample format and instructions on Page 3 )

— GOALS Describe the major achievements, outputs, or results List them in descending order of importance
— WORKER ACTIVITIES Under each goal, list the worker activities performed to meet that goal
— TIME % Include for goals and major worker activities

| TIME % | GOALS AND WORKER ACTIVITIES | (Continue on attached sheets) |
|---|---|---|
| | **See Attached** | |

16 SUPERVISORY SECTION - TO BE COMPLETED BY THE FIRST LINE SUPERVISOR OF THIS POSITION (See Instructions on Page 2)

a The supervision, direction, and review given to the work of this position is [ ] close [ ] limited [ ] general
b The statements and time estimates above and on attachments accurately describe the work assigned to the position
(Please initial and date attachments )
Signature of first-line supervisor _Chrystal Marchant_ Date _4/29/19_

17 EMPLOYEE SECTION - TO BE COMPLETED BY THE INCUMBENT OF THIS POSITION

I have read and understand that the statements and time estimates above and on attachments are a description of the functions assigned my position (Please initial and date attachments )

Signature of employee _Ashley Haseleu_ Date _4-29-19_

18 Signature of Human Resources Manager _Tammy Quinn_ Date _4/15/19_

DISTRIBUTE COPIES OF SIGNED FORM TO
☐ P-FILE  ☐ SUPERVISOR  ☐ EMPLOYEE  ☐ CERT REQUEST COPY

EXHIBIT

8

Bates 00008

<u>CLASSIFICATION TITLE- SUB-TITLE</u>
NURSING CLINICIAN 2

<u>POSITION SUMMARY</u>
Under the general supervision of the Nursing Supervisor, the Nurse Clinician 2 is responsible for providing skilled nursing care to incarcerated adults in the state correctional facilities. This may include both ambulatory and infirmary settings  These skilled nursing duties include patient assessment and treatment, assisting the physician in providing medical services, management of medications, provision of emergency care and maintenance of medical records  In addition, the Nurse Clinician 2 is expected to participate in educational programs for staff and inmates and participate in activities to maintain her/his nursing skill level.

The Nurse Clinician 2 shall comply with the Department's administrative rules and the agency's policies and procedures including those related to the Department's overall Reentry philosophy of using evidence-based strategies, practices and programs which target an inmate's individual criminogenic needs and risk level

| (Rated PD Only) | | | |
|---|---|---|---|
| <u>TR1</u> | <u>TR2</u> | <u>TIME %</u> | <u>GOALS AND WORKER ACTIVITIES</u> |
| | | 40% | A Assurance of quality health care through provision of skilled nursing care to incarcerated individuals in infirmary and ambulatory care situations in maximum, medium and minimum security facilities |

      A1.    Assesses the physical and mental health status of the individual through history taking and thorough physical assessment at time of incarceration and at periodic intervals thereafter

      A2.    Does complete documentation of findings in health record.

      A3.    Develops and implements nursing care plans to assure appropriate management of chronic diseases and continuity of care.

      A4    Assess signs and symptoms of those reporting to sick call, make appropriate referrals to MD, Psychological Services, optometrist, and supervisor reporting reactions to treatments, drugs and changes in inmate's physical or emotional condition

      A5.    Carries out appropriate preventive screening and diagnostic procedures in compliance with physician orders, protocols and institution and Bureau policies and procedures.

      A6    Participates in provision of nursing coverage for all shifts scheduled at assigned Health Service Unit within confines of union contract.

      A7    Functions as nursing team leader in both infirmary and ambulatory settings if Licensed Practical Nurse and/or Nursing Assistants are employed

      A8    On a rotating basis, must provide "on call" services to non-medical staff during hours the HSU is not staffed.  Returns to institution if necessary to provide care to inmates.

      A9    Provides relevant instruction, counseling and guidance to inmates to promote and maintain positive health practices

A10. Accepts temporary assignments in other correctional institutions to help cover for staff shortages due to vacancies, leaves of absence or in emergency situations where more staff is required

A11. Assists in maintaining a clean, safe hazard-free environment in the Health Service Unit and in identifying health hazards in other areas of the institution.

30% B Assist the physician in providing medical services for the entire inmate population by chart review and health assessments in order to arrange appointments according to individual needs

B1 Screen inmates at sick call and refer to physician on a priority basis

B2. Practice from MD protocols and compile charts for review and signature on next scheduled work day.

B3. Check all physician orders for medications and periodic follow-up. This includes psychiatric and consultant's recommendations

B4 Arrange for further diagnostic evaluations, treatments and referrals, including transfer for secondary care.

B5 Assist with minor surgical procedures as performed by the physician onsite.

B6 Maintain sterile instruments, supplies and technique

B7. Follow up medical classification, document restrictions due to health or physical conditions for DOC staff and recommendations for appropriate transfer for continuity of care

10% C Responsible for medication management according to Bureau, pharmaceutical and HSU policy and procedure

C1. Correctly interprets physician orders for medications

C2. Orders correct medications from pharmacy to fill prescriptions and assure adequate stock supply in HSU

C3. Carefully checks all prescriptions and other medications received from pharmacy and brought in with inmates to assure that they are correctly labeled and are the correct medications

C4 Monitors and/or packages medications to be delivered to housing units to assure correct medications are delivered to inmate for whom they are prescribed

C5 Monitors medication administration sheets and returned medications to assure compliance with therapeutic regimen.

C6 Administers medications which are to be given intravenously, intramuscularly or subcutaneously by injection.

C7 Documents, in medical record, effectiveness of medication and whether side effects are noted

C8 Informs inmate of reasons for medication and instructions for taking it.

C9. Appropriately disposes of unused and expired medications

Bates 00010

5% D.  Provision of emergency care for major and minor conditions to prevent untimely illness or death

    D1  Maintain CPR certification

    D2  Responds to emergencies in all areas of the institution including tiers in cell blocks, housing units, recreation and work areas, both indoors and outdoors.

    D3  Transports emergency equipment such as stretcher, medication box, and first aid supplies, for use at the site of the emergency and replenishes all stock upon return to Health Service Unit.

    D4  Performs CPR and/or first aid to prevent loss of life and relieve suffering until appropriate care arrives

    D5.  Performs first aid or palliative treatment for conditions not requiring the attention of a physician and which will enable the inmate to complete current work, recreation or education assignment

5% E  Preparation and maintenance of health records in accordance with Bureau policies.

    E1.  Completes clinical records, charting pertinent information for every encounter with an inmate receiving services

    E2  Maintains confidentiality of health records according to Bureau policy

    E3  Gives reports to HSU staff through use of written and verbal reports to assure continuity of care.

    E4.  Maintains record in appropriate order filing incoming materials and new forms, and places used records in designated storage area

5% F.  Participation in individual and group education of inmates and DOC staff.

    F1.  Assist in teaching CPR and first aid classes at DOC Training Center for correctional officers in both preservice and update status.

    F2  Acts as liaison to DOC staff in coordinating health education programs on communicable diseases for staff and inmates

    F3.  Plan and implement health education programs for inmates on individual and group basis, utilizing materials as available   Topics dependent on needs, interest and expertise of RN

5% G  Participation in self appraisal and in continuous self development to remain proficient in the delivery of health services in correctional settings.

    G1.  Participate in inservice and education programs offered by the Bureau and DOC

    G2.  Remain current in nursing theory and practice

**KR1    KR2    JOB KNOWLEDGE, SKILLS AND ABILITIES**

1    Considerable knowledge of current professional nursing theory and practice

2    Considerable knowledge of administrative policies and procedures relative to security and other regulations in a correctional setting

3    Skill in the application of nursing practice in meeting specific needs of adults, including emergency care, in various areas of the institution.

4    Ability to work effectively with incarcerated adults and other disciplines in a team relationship

5    Ability to work productively in an independent setting under general supervision.

6    Ability to maintain a helpful and understanding attitude toward the incarcerated adult exhibiting hostile or other negative behavioral traits.

7.    Ability to work with a multi-ethnic, multi-cultural population

8    Skill and ability to maintain CPR certification and to perform CPR.


## SPECIAL REQUIREMENTS

Registration or eligibility for registration as a professional nurse in the State of Wisconsin

Bates 00012

# POSITION DESCRIPTION

| | 1. Position No | 2 Cert / Reclass Request No | 3 Agency No |
|---|---|---|---|
| DOA-15302 (C07/2015)<br>PREVIOUSLY OSER-DMRS-10<br>State of Wisconsin<br>Department of Administration/Division of Personnel Management | **330414** | **32119069** | **410** |

| 4  NAME OF EMPLOYEE<br><br>Ashley Haseleu | 5. DEPARTMENT, UNIT, WORK ADDRESS<br>Department of Corrections<br>Division of Adult Institutions |
|---|---|
| 6  CLASSIFICATION TITLE OF POSITION<br><br>Nursing Supervisor | Waupun Correctional Institution<br>200 S Madison Street<br>Waupun WI 53963 |

| 7  CLASS TITLE OPTION *(to be filled out by Human Resources Office)* | 8  NAME AND CLASS OF FORMER INCUMBENT<br>N/A |
|---|---|
| 9  AGENCY WORKING TITLE OF POSITION<br>Assistant Health Services Manager | 10. NAME & CLASS OF EMPLOYEES PERFORMING SIMILAR DUTIES<br>Lisa Albrecht, Nursing Supervisor,<br>Fox Lake Correctional Institution |
| 11  NAME AND CLASS OF FIRST-LINE SUPERVISOR<br>Rob Weinman, Health Services Manager | 12  FROM APPROXIMATELY WHAT DATE HAS THE EMPLOYEE PERFORMED THE WORK DESCRIBED BELOW? |

13     DOES THIS POSITION SUPERVISE SUBORDINATE EMPLOYEES IN PERMANENT POSITIONS?     Yes ☒  No ☐
IF YES, COMPLETE AND ATTACH A SUPERVISOR EXCLUSION ANALYSIS FORM.

14. POSITION SUMMARY – PLEASE DESCRIBE BELOW THE MAJOR GOALS OF THIS POSITION
### See Attached

15. DESCRIBE THE GOALS AND WORKER ACTIVITIES OF THIS POSITION *(Please see sample format and instructions on Page 3 )*
— GOALS. Describe the major achievements, outputs, or results. List them in descending order of importance.
— WORKER ACTIVITIES  Under each goal, list the worker activities performed to meet that goal
— TIME %  Include for goals and major worker activities

| TIME % | GOALS AND WORKER ACTIVITIES | (Continue on attached sheets) |
|---|---|---|
| | See attached | |

16  SUPERVISORY SECTION - TO BE COMPLETED BY THE FIRST LINE SUPERVISOR OF THIS POSITION *(See Instructions on Page 2)*

a  The supervision, direction, and review given to the work of this position is [ ] close [ ] limited [X] general
b  The statements and time estimates above and on attachments accurately describe the work assigned to the position *(Please initial and date attachments )*

Signature of first-line supervisor _____     Date 7·13·21

17. EMPLOYEE SECTION - TO BE COMPLETED BY THE INCUMBENT OF THIS POSITION

I have read and understand that the statements and time estimates above and on attachments are a description of the functions assigned my position  *(Please initial and date attachments)*

Signature of employee _____     Date 7/13/21

18  Signature of Human Resources Manager _____     Date 7/21/21

DISTRIBUTE COPIES OF SIGNED FORM TO
☐ P-FILE          ☐ SUPERVISOR          ☐ EMPLOYEE          ☐ CERT REQUEST COPY

Bates 00013

<u>CLASSIFICATION TITLE- SUB-TITLE</u>

Nursing Supervisor – Assistant Health Services Manager        Waupun Correctional Institution

<u>POSITION SUMMARY</u>

Under the general supervision of the Nursing Supervisor (Health Services Manager), this position functions as the Assistant Manager of the correctional facility Health Service Unit (HSU). The Health Services Assistant Manager (HSAM), in conjunction with the Health Services Manager (HSM), works with the primary care physician, dentist, psychiatrist and specialists serving as consultants to the Bureau of Health Services (BHS) in a collaborative manner to provide quality health care at the assigned correctional facility in an efficient and effective manner While the primary care physician and dentist are responsible for the professional management of medical and dental services, it is the HSAM and HSM who provide the overall administrative support and direction of the unit

The Health Services Assistant Manager (HSAM) shall comply with the Department's administrative rules and the agency's policies and procedures including those related to the Department's overall Reentry philosophy of using evidence-based strategies, practices and programs which target a person in our care's individual criminogenic needs and risk level.

| <u>TIME %</u> | <u>GOALS AND WORKER ACTIVITIES</u> |
|---|---|

35%     A.     Administration and implementation of health care services and resolutions of problems

         A1.    Directs the determination, implementation and evaluation of the nursing regimen for persons in our care within façility

         A2.    Develops evaluation procedures and technique (quality improvement) to assure that health programs are functioning effectively with the consultation of the Bureau of Health Services

         A3.    Directs and facilitates the follow-up and follow-through of treatment plans

         A4    Monitors off-site health providers communicating information to appropriate provider on staff, physician, psychiatrist or dentist.

         A5    Assures that health care plans are carried out in accordance with DOC/DAI, and BHS policies and procedures

         A6.    Communicates and provides liaison to institution staff, psychological services, social services and other treatment programs to coordinate treatment plans and avoid duplication.

         A7.    Collaborates with unit physician and dentist who provide professional management of services to provide quality health care but provides the overall administrative support and direction of the unit.

         A8    Develops, implements and reviews operating procedures consistent with Department, Division, Bureau and institution philosophy and established procedures and goals

         A9    Interprets Administrative Code and DOC and DAI guidelines and directives to staff to assure their implementation.

Bates 00014

A10 Serves as public relations and contact person to maintain harmonious relations among the interdisciplinary team (administration, medical, dental, nursing, security, social services, and psychological services )

A11. Assists in developing unit work plans identifying long term goals, objectives and priorities as well as alternate courses of action

A12 Assist in coordinating and facilitating monthly meetings with the Physician and Warden to discuss institution health care issues

A13. Respond to Person In Our Care Complaints regarding health Care issues

A14. Notify Warden's Office of Infection Control issues through routing of form DOC 3504 Infection Control and Patient and Employee Precautions.

10%  B.  Management and fiscal planning for the Health Service Unit.

B1  Coordinates the determination of resources necessary for the delivery of quality health care.

B2.  Directs inventory of material needs of unit and maintains adequate supplies for proper functioning of the unit.

B3.  Follows BHS and institution fiscal management procedures for the acquisition and maintenance of services and supplies

B4  Gathers and maintains data including system/budget analysis, assesses the situation   and makes recommendations to Bureau of Health Services Central Office

B5  Provides information to institution administration regarding HSU budget.

B6  Attend and participate in institutional committees as assigned.

30%  C  Supervision and evaluation of Health Services staff

C1.  Assists in the supervision of nursing and clerical staff directly

C2  Assists in the supervision of the dental hygienist and assistant, nurse practitioner and physician assistant administratively, as assigned

C3.  Assigns and schedules personnel in compliance with unit staffing patterns, to accomplish service delivery in an efficient and timely manner

C4  Assists in implementing a PPD program and manages performance of staff.

C5.  Participates in recruitment and selection process of assigned staff

C6  Coordinates HSU ancillary and support services, as well as institution support services (laundry, housekeeping, and maintenance) to HSU operations

Bates 00015

C7 Follows DOC/DAI and institution policies pertaining to staff disciplinary actions as necessary

C8. Conducts daily inspections of unit, to ensure security and medical needs are being met. Make rounds of institution during traditional and non-traditional hours.

C9 As delegated by the HSU Manager, schedule and conduct regular staff meetings

C10. Ensures orientation of all new and incoming personnel.

5%

D  Management of information systems.

D1. As delegated by the HSM, directs preparation of utilization data and submits to Central Office-BHS and Warden's Office

D2. Prepares analysis and reports as required by Central Office-BHS and/or Warden's Office. Submits on a timely basis

D3. Coordinates the development and maintenance of a peer review system for HSU personnel within his/her unit and with other HSU facilities.

D4. Identifies and keeps current with key agency policies and priorities and/or external issues and trends likely to affect the work unit

5%  E.  Provision of guidance and assistance to HSU staff in professional growth and development.

E1. Assists personnel through use of PPD to establish professional and career goals which meet the needs of the individual

E2 Provides time and resources as may be available to all personnel to participate in educational opportunities.

E3 Assesses educational needs of nursing and ancillary personnel in light of service delivery to offenders

E4 Directs CPR and/or first aid training for appropriate personnel according to BHS policy directives

10%  F.  Management of health and safety compliance within areas of responsibility and compliance with federal and state laws etc

F1. Assists in the direction of the provision and recording of emergency care to correctional and health services employees at the time of injury until he/she can be transferred to private health care providers or return to work

F2 Directs HSU staff in provision of HSU orientation and training classes of a health nature; (i e , first aid, CPR, medication administration, communicable diseases and other assigned topics) to other institutions, BHS and HSU.

Bates 00016

F3   Cooperates with the institution Health and Safety Coordinator to monitor and develop a unit safety program specific to the needs of the HSU.

F4   Conducts periodic safety inspections in areas of responsibility

F5   Issues work orders and written requests to address hazardous conditions in areas of responsibility and follows up to ensure timely correction of problems.

F6.   Investigates all accidents/incidents in areas of responsibility in a timely manner.

F7   Discusses health and safety issues with employees routinely at staff meetings.

F8   Ensures compliance with Department of Commerce and OSHA standards

F9   Promotes and ensures infection control, hygiene and housekeeping standards are routinely followed

5%   G.   Management of Affirmative Action/Civil Rights compliance (AA/CRC) plans within the areas of responsibility and in compliance with federal and state laws, etc.

G1   Reviews position interviewing, selection and promotion processes to assure fairness and equal opportunity for all

G2   Reviews all disciplinary actions for compliance with appropriate standards and rules

G3   Promotes DOC and institution affirmative action goals and objectives in day-to-day supervisory activities

G4.   Disseminates AA/CRC policies and plans to subordinates to enhance understanding and to ensure support.

G5.   Establishes expectations that will not tolerate prejudices, unfairness, and harassment among staff or between staff and persons in our care.

G6.   Reviews the Employee Assistance Chapter of the DOC Supervisory Manual (Ch. #270) and makes referrals when necessary.

G7   Reviews DOC policy on harassment and fraternization   Performs duties and monitors performance of others with an ever-present awareness of these policies.

## KNOWLEDGE, SKILLS and ABILITIES

1. Maintain registration as a professional nurse in the State of Wisconsin.

2. Extensive knowledge of current nursing theory and practice.

3. Considerable knowledge of effective supervisory and management techniques

4. Ability to establish effective working relationships with health care personnel and other institutional personnel

5. Ability to maintain helpful and understanding attitude toward offenders.

6. Effective oral, written and interpersonal communication skills.

7. Knowledge of effective interpersonal group dynamics.

8. Ability to interpret and comprehend personnel policies.

9. Knowledge of correctional institution medical programs and procedures

10. Knowledge of correctional institution's security programs and procedures

11. Knowledge of budget preparation and control techniques

12. Knowledge of administrative codes relating to corrections.

13. Knowledge and ability to implement Standards of Practice of American Nurses Association, Wisconsin Statutes Chapter 441, Code of Ethics for Nurses WNA, DOC/BHS Healthcare policies, and NCCHC standards of care

14. Ability to maintain CPR certification To perform CPR and other life saving techniques in a medical emergency.

15. Ability to perform nursing duties in emergency situations and in periods when there is a nurse staffing shortage to meet the operational needs of the unit

## SPECIAL REQUIREMENTS:
- Must be registered as a professional nurse in the State of Wisconsin by the date of hire.
- Must have the ability to work up to 16 hours per day and more than 40 hours per week on any shift based on daily operational needs This may include weekends, holidays, and on-call hours

Bates 00018

## PHYSICAL REQUIREMENTS:

Nursing Supervisors must have the ability to perform the following minimal physical requirements.

| ACTIVITY | NEVER | SELDOM | OCCASIONALLY | FREQUENTLY |
|---|---|---|---|---|
| Stand | | | | X |
| Walk | | | | X |
| Sit | | | | X |
| Push/Pull | | | | X |
| Lift/Carry | | | | X |
| Run | | | | X |
| Kneel | | | | X |
| Bend | | | | X |
| Twist | | | | X |
| Squat | | | | X |
| Crawl | | X | | |
| Climb (stairs and/or ladders) | | | | X |
| Reach | | | | X |
| Grasp | | | | X |
| Drive | | X | | |

| MINIMAL WEIGHT REQUIREMENTS | 10 lbs | 20 lbs | 30 lbs | 40 lbs | 50 lbs | 75 lbs | 100 lbs |
|---|---|---|---|---|---|---|---|
| Lift | | | | X | | | |
| Lift overhead | | X | | | | | |
| Push | | | | X | | | |
| Pull | | | | X | | | |

*Any employee, or applicant for employment, including those with a disability as defined by the Americans with Disabilities Act, must be able to perform the essential functions outlined herein with or without reasonable accommodations.*

Bates 00019

STATE OF WISCONSIN
DEPARTMENT OF ADMINISTRATION
DIVISION OF PERSONNEL MANAGEMENT
DOA-15316 (C07/2015)
S 230 09 WIS STATS
PREVIOUSLY OSER-DCLR-84



COMPENSATION & LABOR RELATIONS
101 E WILSON ST, 4TH FL
MADISON, WI 53703

# Supervisor Exclusion Analysis

This information is to be provided by the position's supervisor and reviewed by the agency central office human resources representative for both filled and vacant positions and __must__ be submitted as part of any Position Description (PD) for a position performing supervisory responsibilities (i e , if #13 of the PD is checked YES) This information will be used to determine (1) if the position is performing supervisory functions and thus should be allocated to a supervisory classification and (2) what supervisory classification is appropriate based on the total duties of the position

According to s 111 81(19), Wis Stats , a supervisor is any individual "who has authority, in the interest of the employer, to hire, transfer, suspend, lay off, recall, promote, discharge, assign, reward, or discipline employees, or to adjust their grievances, or to authoritatively recommend such actions" and "whose principal work is different from that of the subordinates " The criteria used by the Wisconsin Employment Relations Commission (WERC) to apply this definition include the authority to effectively recommend the hiring, promotion, transfer, discipline or discharge of employees, the authority to direct and assign the workforce, the number of employees supervised (typically a minimum of three FTE permanent employees), the amount of time spent supervising, the number of other persons exercising greater, similar or lesser degrees of authority over the same employees, the level of pay, including an evaluation of whether the supervisor is paid for skill or supervision of employees, whether the supervisor is primarily supervising an activity or is primarily supervising employees performing the activity, whether the supervisor is a working supervisor or whether he/she spends a substantial majority of his/her time supervising employees; and the amount of independent judgment and discretion exercised in the supervision of employees The WERC ultimately determines the appropriateness of supervisory exclusions

## Position Identification Data

1  Name of Employee (if filled)·
2  Civil Service Classification      **Nursing Supervisor (Assistant)**
3  Department and Division           **DOC/DAI**
4  Bureau, Section, and Unit (or comparable)  **Waupun Correctional Institution**
5  Name and Classification of Supervisor  **Rob Weinman, Health Services Manager**
6  Name and Complete Civil Service Title of Former Incumbent (if any)·

7   Supervisory Responsibilities

    a   In view of the definition statement and criteria listed in the second paragraph of this form, does the incumbent *of this position*

    (1) have the responsibility for directly supervising the activities of other classified employees?
    YES_X_ NO___

    (2) have the responsibility for supervising the activities of lower level supervisors?     YES___ NO_X_

    (3) meet the definition statement and criteria?     YES_X_ NO___

    b.  List the official classification titles and number of permanent classified employees (full or part-time) directly supervised by the incumbent   If this position supervises lower level supervisors, indicate the number of employees supervised by the lower level position(s) in parentheses after the classification title of the position (NOTE  LTE, student, patient/inmate, volunteer, and unclassified employees should be specifically identified since the direction of these individuals is __not__ considered to warrant supervisory status )

        2 – Licensed Practical Nurse
        1 – Medical Program Assistant Associate

Bates 00020

## Supervisor Exclusion Analysis

c   What percentage of this position's total time is allocated to each of the following?

1)  Supervisory functions (i e , hiring, dismissing, disciplining employees, evaluating performance, settling grievances)?                                                                     25%
2)  Activities relating to supervisory responsibilities (i e , establishing operating procedures, reviewing work of subordinates, counseling subordinates on performance, training and orienting new employees, performing related administrative functions, etc )?                     30%
3)  Performance of other work activities <u>similar</u> to those of the employees supervised?          20%
4)  Performance of other non-supervisory work activities <u>different</u> from those of the employees supervised (including program administration)?                                                    25%

*NOTE   The totals of c 1), 2), 3), and 4) must equal 100%

*100%

8   <u>Organizational Relationships</u>

List (in order of descending authority) the names and classification titles of all other positions in the employing unit in the chain of command <u>over</u> the employees listed in 7 b

Randall Hepp, Warden
Emily Propson, Deputy Warden
Rob Weinman, Nursing Supervisor

**A copy of the organizational chart must be attached** for the immediate work unit (i e , the organizational unit which includes the employees supervised), including the names and classifications of all employees

9   <u>Supervisory Activities</u>

Is this position identified as a formal step in the employee grievance procedure?      YES _X_  NO ____
(If no, provide the name and classification of the first formal step in the grievance procedures for the employees listed in 7.b )

A signature below means the position has been reviewed and you have concluded it meets the definition of "supervisor" found in s  111 81 (19), Wis  Stats

Supervisor _____     Date _7·13-21_

Human Resources Representative _____     Date _7/21/21_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
To be completed by Incumbent (for filled positions)

☐ I agree with the preceding statements

☐ I do not feel that the preceding statements are accurate for the reasons indicated below

_____

_____

_____

☐ No Comment

Employee Signature _____     Date _7/13/21_

Bates 00021

# POSITION DESCRIPTION

DOA-15302 (C07/2015)
PREVIOUSLY OSER-DMRS-10
State of Wisconsin
Department of Administration/Division of Personnel Management

| 1 Position No | 2 Cert / Reclass Request No | 3 Agency No |
|---|---|---|
| **330414** | **32119069** | 410 |

| 4 NAME OF EMPLOYEE | 5 DEPARTMENT, UNIT, WORK ADDRESS |
|---|---|
| Ashley Haseleu | Department of Corrections<br>Division of Adult Institutions<br>Waupun Correctional Institution<br>200 S Madison Street<br>Waupun WI 53963 |

| 6 CLASSIFICATION TITLE OF POSITION | |
|---|---|
| Nursing Supervisor | |

| 7 CLASS TITLE OPTION *(to be filled out by Human Resources Office)* | 8 NAME AND CLASS OF FORMER INCUMBENT<br>N/A |
|---|---|

| 9 AGENCY WORKING TITLE OF POSITION<br>Assistant Health Services Manager | 10 NAME & CLASS OF EMPLOYEES PERFORMING SIMILAR DUTIES<br>Lisa Albrecht, Nursing Supervisor,<br>Fox Lake Correctional Institution |
|---|---|

| 11 NAME AND CLASS OF FIRST-LINE SUPERVISOR<br>Rob Weinman, Health Services Manager | 12 FROM APPROXIMATELY WHAT DATE HAS THE EMPLOYEE PERFORMED THE WORK DESCRIBED BELOW? |
|---|---|

13     DOES THIS POSITION SUPERVISE SUBORDINATE EMPLOYEES IN PERMANENT POSITIONS?    Yes ☒   No ☐
IF YES, COMPLETE AND ATTACH A SUPERVISOR EXCLUSION ANALYSIS FORM

14 POSITION SUMMARY – PLEASE DESCRIBE BELOW THE MAJOR GOALS OF THIS POSITION
## See Attached

15 DESCRIBE THE GOALS AND WORKER ACTIVITIES OF THIS POSITION *(Please see sample format and instructions on Page 3 )*
— GOALS Describe the major achievements, outputs, or results List them in descending order of importance
— WORKER ACTIVITIES Under each goal, list the worker activities performed to meet that goal
— TIME % Include for goals and major worker activities

| TIME % | GOALS AND WORKER ACTIVITIES<br>See attached | (Continue on attached sheets) |
|---|---|---|

16 SUPERVISORY SECTION - TO BE COMPLETED BY THE FIRST LINE SUPERVISOR OF THIS POSITION *(See Instructions on Page 2)*
    a The supervision, direction, and review given to the work of this position is [ ] close [ ] limited [X] general
    b The statements and time estimates above and on attachments accurately describe the work assigned to the position *(Please initial and date attachments )*

Signature of first-line supervisor _____ Date **7/13/21**

17 EMPLOYEE SECTION - TO BE COMPLETED BY THE INCUMBENT OF THIS POSITION
I have read and understand that the statements and time estimates above and on attachments are a description of the functions assigned my position *(Please initial and date attachments )*

Signature of employee _____ Date 7/13/21

18 Signature of Human Resources Manager _____ Date 7/21/21

DISTRIBUTE COPIES OF SIGNED FORM TO
☐ P-FILE       ☐ SUPERVISOR       ☐ EMPLOYEE       ☐ CERT REQUEST COPY

Bates 00022

<u>CLASSIFICATION TITLE- SUB-TITLE</u>

Nursing Supervisor – Assistant Health Services Manager    Waupun Correctional Institution

<u>POSITION SUMMARY</u>

Under the general supervision of the Nursing Supervisor (Health Services Manager), this position functions as the Assistant Manager of the correctional facility Health Service Unit (HSU)  The Health Services Assistant Manager (HSAM), in conjunction with the Health Services Manager (HSM), works with the primary care physician, dentist, psychiatrist and specialists serving as consultants to the Bureau of Health Services (BHS) in a collaborative manner to provide quality health care at the assigned correctional facility in an efficient and effective manner.  While the primary care physician and dentist are responsible for the professional management of medical and dental services, it is the HSAM and HSM who provide the overall administrative support and direction of the unit

The Health Services Assistant Manager (HSAM) shall comply with the Department's administrative rules and the agency's policies and procedures including those related to the Department's overall Reentry philosophy of using evidence-based strategies, practices and programs which target a person in our care's individual criminogenic needs and risk level

| <u>TIME %</u> | <u>GOALS AND WORKER ACTIVITIES</u> |
|---|---|

35%    A    Administration and implementation of health care services and resolutions of problems

A1    Directs the determination, implementation and evaluation of the nursing regimen for persons in our care within facility

A2    Develops evaluation procedures and technique (quality improvement) to assure that health programs are functioning effectively with the consultation of the Bureau of Health Services

A3    Directs and facilitates the follow-up and follow-through of treatment plans

A4    Monitors off-site health providers communicating information to appropriate provider on staff, physician, psychiatrist or dentist

A5    Assures that health care plans are carried out in accordance with DOC/DAI, and BHS policies and procedures

A6.    Communicates and provides liaison to institution staff, psychological services, social services and other treatment programs to coordinate treatment plans and avoid duplication

A7    Collaborates with unit physician and dentist who provide professional management of services to provide quality health care but provides the overall administrative support and direction of the unit

A8    Develops, implements and reviews operating procedures consistent with Department, Division, Bureau and institution philosophy and established procedures and goals

A9    Interprets Administrative Code and DOC and DAI guidelines and directives to staff to assure their implementation

Bates 00023

A10 Serves as public relations and contact person to maintain harmonious relations among the interdisciplinary team (administration, medical, dental, nursing, security, social services, and psychological services )

A11 Assists in developing unit work plans identifying long term goals, objectives and priorities as well as alternate courses of action

A12 Assist in coordinating and facilitating monthly meetings with the Physician and Warden to discuss institution health care issues

A13 Respond to Person In Our Care Complaints regarding health Care issues

A14 Notify Warden's Office of Infection Control issues through routing of form DOC 3504 Infection Control and Patient and Employee Precautions

10%  B  Management and fiscal planning for the Health Service Unit.

B1. Coordinates the determination of resources necessary for the delivery of quality health care

B2 Directs inventory of material needs of unit and maintains adequate supplies for proper functioning of the unit

B3 Follows BHS and institution fiscal management procedures for the acquisition and maintenance of services and supplies.

B4 Gathers and maintains data including system/budget analysis, assesses the situation   and makes recommendations to Bureau of Health Services Central Office

B5 Provides information to institution administration regarding HSU budget

B6. Attend and participate in institutional committees as assigned

30%  C  Supervision and evaluation of Health Services staff

C1 Assists in the supervision of nursing and clerical staff directly.

C2. Assists in the supervision of the dental hygienist and assistant, nurse practitioner and physician assistant administratively, as assigned

C3. Assigns and schedules personnel in compliance with unit staffing patterns, to accomplish service delivery in an efficient and timely manner.

C4 Assists in implementing a PPD program and manages performance of staff.

C5. Participates in recruitment and selection process of assigned staff

C6 Coordinates HSU ancillary and support services, as well as institution support services (laundry, housekeeping, and maintenance) to HSU operations

Bates 00024

C7. Follows DOC/DAI and institution policies pertaining to staff disciplinary actions as necessary

C8 Conducts daily inspections of unit, to ensure security and medical needs are being met Make rounds of institution during traditional and non-traditional hours.

C9 As delegated by the HSU Manager, schedule and conduct regular staff meetings.

C10 Ensures orientation of all new and incoming personnel

5%

D Management of information systems

D1 As delegated by the HSM, directs preparation of utilization data and submits to Central Office-BHS and Warden's Office

D2 Prepares analysis and reports as required by Central Office-BHS and/or Warden's Office Submits on a timely basis

D3 Coordinates the development and maintenance of a peer review system for HSU personnel within his/her unit and with other HSU facilities.

D4. Identifies and keeps current with key agency policies and priorities and/or external issues and trends likely to affect the work unit

5% E Provision of guidance and assistance to HSU staff in professional growth and development.

E1 Assists personnel through use of PPD to establish professional and career goals which meet the needs of the individual

E2 Provides time and resources as may be available to all personnel to participate in educational opportunities

E3 Assesses educational needs of nursing and ancillary personnel in light of service delivery to offenders

E4 Directs CPR and/or first aid training for appropriate personnel according to BHS policy directives

10% F. Management of health and safety compliance within areas of responsibility and compliance with federal and state laws etc.

F1. Assists in the direction of the provision and recording of emergency care to correctional and health services employees at the time of injury until he/she can be transferred to private health care providers or return to work

F2 Directs HSU staff in provision of HSU orientation and training classes of a health nature, (i e , first aid, CPR, medication administration, communicable diseases and other assigned topics) to other institutions, BHS and HSU

Bates 00025

F3   Cooperates with the institution Health and Safety Coordinator to monitor and develop a unit safety program specific to the needs of the HSU.

F4.  Conducts periodic safety inspections in areas of responsibility

F5.  Issues work orders and written requests to address hazardous conditions in areas of responsibility and follows up to ensure timely correction of problems

F6   Investigates all accidents/incidents in areas of responsibility in a timely manner

F7   Discusses health and safety issues with employees routinely at staff meetings

F8   Ensures compliance with Department of Commerce and OSHA standards.

F9   Promotes and ensures infection control, hygiene and housekeeping standards are routinely followed

5%   G.   Management of Affirmative Action/Civil Rights compliance (AA/CRC) plans within the areas of responsibility and in compliance with federal and state laws, etc

G1   Reviews position interviewing, selection and promotion processes to assure fairness and equal opportunity for all

G2.  Reviews all disciplinary actions for compliance with appropriate standards and rules

G3   Promotes DOC and institution affirmative action goals and objectives in day-to-day supervisory activities

G4   Disseminates AA/CRC policies and plans to subordinates to enhance understanding and to ensure support

G5   Establishes expectations that will not tolerate prejudices, unfairness, and harassment among staff or between staff and persons in our care

G6   Reviews the Employee Assistance Chapter of the DOC Supervisory Manual (Ch #270) and makes referrals when necessary

G7   Reviews DOC policy on harassment and fraternization   Performs duties and monitors performance of others with an ever-present awareness of these policies

Bates 00026

## KNOWLEDGE, SKILLS and ABILITIES

1  Maintain registration as a professional nurse in the State of Wisconsin

2  Extensive knowledge of current nursing theory and practice.

3.  Considerable knowledge of effective supervisory and management techniques

4  Ability to establish effective working relationships with health care personnel and other institutional personnel.

5  Ability to maintain helpful and understanding attitude toward offenders

6   Effective oral, written and interpersonal communication skills

7  Knowledge of effective interpersonal group dynamics

8  Ability to interpret and comprehend personnel policies

9  Knowledge of correctional institution medical programs and procedures

10 Knowledge of correctional institution's security programs and procedures

11 Knowledge of budget preparation and control techniques

12 Knowledge of administrative codes relating to corrections.

13 Knowledge and ability to implement Standards of Practice of American Nurses Association, Wisconsin Statutes Chapter 441, Code of Ethics for Nurses WNA, DOC/BHS Healthcare policies, and NCCHC standards of care

14 Ability to maintain CPR certification   To perform CPR and other life saving techniques in a medical emergency.

15. Ability to perform nursing duties in emergency situations and in periods when there is a nurse staffing shortage to meet the operational needs of the unit

## SPECIAL REQUIREMENTS:
- Must be registered as a professional nurse in the State of Wisconsin by the date of hire
- Must have the ability to work up to 16 hours per day and more than 40 hours per week on any shift based on daily operational needs   This may include weekends, holidays, and on-call hours

Bates 00027

## PHYSICAL REQUIREMENTS:

Nursing Supervisors must have the ability to perform the following minimal physical requirements·

| ACTIVITY | NEVER | SELDOM | OCCASIONALLY | FREQUENTLY |
|---|---|---|---|---|
| Stand | | | | x |
| Walk | | | | x |
| Sit | | | | x |
| Push/Pull | | | | x |
| Lift/Carry | | | | x |
| Run | | | | x |
| Kneel | | | | x |
| Bend | | | | x |
| Twist | | | | x |
| Squat | | | | x |
| Crawl | | x | | |
| Climb (stairs and/or ladders) | | | | x |
| Reach | | | | x |
| Grasp | | | | x |
| Drive | | x | | |

| MINIMAL WEIGHT REQUIREMENTS | 10 lbs | 20 lbs | 30 lbs | 40 lbs | 50 lbs | 75 lbs | 100 lbs |
|---|---|---|---|---|---|---|---|
| Lift | | | | x | | | |
| Lift overhead | | x | | | | | |
| Push | | | | x | | | |
| Pull | | | | x | | | |

*Any employee, or applicant for employment, including those with a disability as defined by the Americans with Disabilities Act, must be able to perform the essential functions outlined herein with or without reasonable accommodations*

Bates 00028

STATE OF WISCONSIN
DEPARTMENT OF ADMINISTRATION
DIVISION OF PERSONNEL MANAGEMENT
DOA-15316 (C07/2015)
S 230 09 WIS STATS
PREVIOUSLY OSER-DCLR-84



COMPENSATION & LABOR RELATIONS
101 E WILSON ST, 4TH FL
MADISON, WI 53703

# Supervisor Exclusion Analysis

This information is to be provided by the position's supervisor and reviewed by the agency central office human resources representative for both filled and vacant positions and <u>must</u> be submitted as part of any Position Description (PD) for a position performing supervisory responsibilities (i e , if #13 of the PD is checked YES) This information will be used to determine (1) if the position is performing supervisory functions and thus should be allocated to a supervisory classification and (2) what supervisory classification is appropriate based on the total duties of the position

According to s 111 81(19), Wis Stats , a supervisor is any individual "who has authority, in the interest of the employer, to hire, transfer, suspend, lay off, recall, promote, discharge, assign, reward, or discipline employees, or to adjust their grievances, or to authoritatively recommend such actions" and "whose principal work is different from that of the subordinates " The criteria used by the Wisconsin Employment Relations Commission (WERC) to apply this definition include the authority to effectively recommend the hiring, promotion, transfer, discipline or discharge of employees, the authority to direct and assign the workforce, the number of employees supervised (typically a minimum of three FTE permanent employees), the amount of time spent supervising, the number of other persons exercising greater, similar or lesser degrees of authority over the same employees, the level of pay, including an evaluation of whether the supervisor is paid for skill or supervision of employees, whether the supervisor is primarily supervising an activity or is primarily supervising employees performing the activity, whether the supervisor is a working supervisor or whether he/she spends a substantial majority of his/her time supervising employees, and the amount of independent judgment and discretion exercised in the supervision of employees The WERC ultimately determines the appropriateness of supervisory exclusions

## Position Identification Data

1 Name of Employee (if filled)
2 Civil Service Classification     **Nursing Supervisor (Assistant)**
3 Department and Division     **DOC/DAI**
4 Bureau, Section, and Unit (or comparable) **Waupun Correctional Institution**
5 Name and Classification of Supervisor **Rob Weinman, Health Services Manager**
6 Name and Complete Civil Service Title of Former Incumbent (if any)

7 <u>Supervisory Responsibilities</u>

    a In view of the definition statement and criteria listed in the second paragraph of this form, does the incumbent of this position

      (1) have the responsibility for directly supervising the activities of other classified employees?
                                         YES_X_ NO___
      (2) have the responsibility for supervising the activities of lower level supervisors?    YES___ NO_X_
      (3) meet the definition statement and criteria?                                  YES_X_ NO___

    b List the official classification titles and number of permanent classified employees (full or part-time) directly supervised by the incumbent If this position supervises lower level supervisors, indicate the number of employees supervised by the lower level position(s) in parentheses after the classification title of the position (NOTE LTE, student, patient/inmate, volunteer, and unclassified employees should be specifically identified since the direction of these individuals is <u>not</u> considered to warrant supervisory status )

        2 – Licensed Practical Nurse
        1 – Medical Program Assistant Associate

Bates 00029

## Supervisor Exclusion Analysis

c   What percentage of this position's total time is allocated to each of the following?

1)   Supervisory functions (i e , hiring, dismissing, disciplining employees, evaluating performance, settling grievances)?                    25%

2)   Activities relating to supervisory responsibilities (i e , establishing operating procedures, reviewing work of subordinates, counseling subordinates on performance, training and orienting new employees, performing related administrative functions, etc )?                    30%

3)   Performance of other work activities <u>similar</u> to those of the employees supervised?                    20%

4)   Performance of other non-supervisory work activities <u>different</u> from those of the employees supervised (including program administration)?                    25%

*NOTE   The totals of c 1), 2), 3), and 4) must equal 100%

*100%

8   <u>Organizational Relationships</u>

List (in order of descending authority) the names and classification titles of all other positions in the employing unit in the chain of command <u>over</u> the employees listed in 7 b

Randall Hepp, Warden
Emily Propson, Deputy Warden
Rob Weinman, Nursing Supervisor

**A copy of the organizational chart must be attached** for the immediate work unit (i e , the organizational unit which includes the employees supervised), including the names and classifications of all employees

9   <u>Supervisory Activities</u>

Is this position identified as a formal step in the employee grievance procedure?     YES _X_ NO ____
(If no, provide the name and classification of the first formal step in the grievance procedures for the employees listed in 7 b )

A signature below means the position has been reviewed and you have concluded it meets the definition of "supervisor" found in s 111 81 (19), Wis Stats

Supervisor _____   Date _7-13-21_

Human Resources Representative _____   Date _7/21/21_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by Incumbent (for filled positions)

☐ I agree with the preceding statements

☐ I do not feel that the preceding statements are accurate for the reasons indicated below

_____

_____

_____

☐ No Comment

Employee Signature _____   Date _7/13/21_