| | | |
|---|---|---|
|  **DIVISION OF ADULT INSTITUTIONS** **POLICY AND PROCEDURES** | **DAI Policy #:** 500.30.11 | **Page** 1 of 5 |
| | **Original Effective Date:** 05/01/89; 01/01/09 | **New Effective Date:** 03/01/21 |
| | **Supersedes:** 500.30.11 | **Dated:** 02/15/17 |
| | **Administrator's Approval:** Sarah Cooper, Administrator | |
| | **Required Posting or Restricted:** [X] Inmate [X] All Staff [ ] Restricted | |

| | |
|---|---|
| **Chapter:** 500 Health Services | |
| **Subject:** Daily Handling of Non-Emergency Requests for Health Care | |

## POLICY
The Division of Adult Institutions shall ensure all patients' non-emergent health care needs are met.

## REFERENCES
Standards for Health Services in Prisons, National Commission on Correctional Health Care, 2018 P-E-07 Non-Emergency Health Care Requests and Services
DAI Policy 500.40.02 – Triage of Dental Service Requests and Prioritizing Appointments
DAI Policy 500.70.12 – Psychological Service Requests
DAI Policy 500.00.04 – Reporting Health Care Concerns To On-Call Nursing
Wis. Stat. s. 302.38 – Medical Care Of Prisoners
Wis. Stat. s. 302.385 – Correctional Institution Health Care
Wis. Stat. s. 302.386 – Medical and Dental Services for Prisoners and Forensic Patients

## DEFINITIONS, ACRONYMS AND FORMS
Advanced Care Provider (ACP) – A provider with prescriptive authority including, physicians, nurse practitioners, physician assistants, dentist, and optometrists.

Clinical setting – An examination or treatment room appropriately supplied and equipped to address the patient's health care needs.

Daily – Seven days a week including holidays.

DOC- 3392 Dental Service Request and Copayment Disbursement Authorization

DOC-3035 – Health Service Request and Copayment Disbursement Authorization

DOC-3437 – Nurse's Telephone Consultation

DSR- Dental Service Request

HSR – Health Service Request

HSU – Health Service Unit

DOC-3035B – Psychological Service Request


EXHIBIT
9

Bates 00060

PSR – Psychological Service Request

Qualified Health Care Professional – Includes physicians, physician assistants, nurse practitioners, registered nurses and mental health staff who are permitted by law within the scope of their professional practice acts to evaluate and care for patients.

RN – Registered Nurse

Sick call – Evaluation and treatment of a patient in a clinical setting by a qualified health care professional.

Triage – Review and prioritization of requests for health care.

WCCS – Wisconsin Correctional Center System

**PROCEDURES**
I. **Triaging Requests For Health Care**
   A. All patients, regardless of housing assignment, are given the opportunity to submit verbal or written health care requests.

   B. HSRs are picked up daily by health staff.

   C. HSRs are reviewed and prioritized daily by qualified health care professionals, or the health care liaison if applicable.

   D. Medical requests shall be triaged by health care staff within 24 hours.

   E. Not every written request is a health care request requiring a face-to-face evaluation (e.g., copies, extra blanket, religious diet, copayment question).

   F. Requests for care identifying symptoms requiring a face-to-face encounter shall be conducted by a registered nurse, or the health care liaison, within 24 hours of receipt.

   G. Patients shall be evaluated in a clinical setting.

   H. All aspects of the health care request process, from review and prioritization to subsequent encounter shall be documented.

   I. The frequency and duration of response to health services request is sufficient to meet the health needs of the patient population.

   J. The form to request medical care is DOC-3035 – Health Service Request and Copayment Disbursement Authorization. If a patient uses another form to request medical care, it shall be treated as a DOC-3035 for responding and filing.

Bates 00061

K.  For facilities without daily staffing, a process shall be established to ensure patient requests for health care can be addressed and triaged in a timely manner.
1.  This may include having a health trained officer on site.
2.  An on-call program may be in place to guarantee nursing coverage in the absence of on-site coverage.

L.  Patients can access the health care system by requesting an appointment, writing their requests on slips that are dropped into a locked box, handing slips to health staff, or verbally through staff calling HSU.

M.  Verbal requests for medical care require a nurse to speak directly with the patient.

N.  In all cases, care should be taken to protect the confidentiality of patients' health concerns.

O.  When qualified health staff are not on duty within a 24-hour period, a health care liaison reviews requests and arranges access to health care as directed by qualified health staff. Contact on-call nursing staff for direction per DAI policy 500.00.04.

II.  **Sick Call**
A.  All inmates, regardless of custody status, have access to regularly scheduled sick call.

B.  Routine sick call shall be scheduled a minimum of five days per week at facilities with five to seven day coverage. Exceptions may be made for holidays, training days and other activities.

C.  Registered nurses shall make timely assessments in a clinical setting and provide treatment according to nursing protocols and standards of practice.

D.  When the patient has been seen in sick call more than two times with the same complaint and has not seen an ACP, a timely referral shall be made.

III.  **Documentation and Forms Management**
A.  All health request forms shall be date stamped when received in HSU and have a disposition which includes a legible signature.

B.  Health requests shall be scanned into the Health Record under PR Patient Request Folder.

C.  HSU shall return the carbon copy of the HSR to the patient in a confidential manner within 24 hours of receipt.

Bates 00062

**Bureau of Health Services:** _____**Date Signed:** _____
Michael Rivers, Director

_____**Date Signed:** _____
Vacant, MD, Medical Director

_____**Date Signed:** _____
Mary Muse, Nursing Director

**Administrator's Approval:** _____**Date Signed:**_____
Sarah Cooper, Administrator

Bates 00063

**DIVISION OF ADULT INSTITUTIONS FACILITY IMPLEMENTATION PROCEDURES**

| | | |
|---|---|---|
| **Facility:** Waupun Correctional Institution | | |
| **Original Effective Date:** 01/01/09 | **DAI Policy Number:** 500.30.11 | **Page** 5 of 5 |
| **New Effective Date:** 03/04/22 | **Supersedes Number:** 500.30.11 | **Dated:** 02/15/17 |
| **Chapter:** 500 Health Services | | |
| **Subject:** Daily Handling of Non-Emergency Requests for Health Care | | |
| **Will Implement** ☒ As written ☐ With below procedures for facility implementation | | |
| **Warden's/Center Superintendent's Approval:** Signed by Warden Randall R. Hepp | | |

**REFERENCES**

Bates 00064