REVISED    2017

# WAUPUN CORRECTIONAL INSTITUTION

# RULES & INFORMATION HANDBOOK



APPROVED BY: _____

Brian Foster, Warden

EXHIBIT

10

Bates 00065

# TABLE OF CONTENTS

ADA CONTACT INFORMATION………………………………………………………........ 6

ATTORNEY TELEPHONE CALLS………………………………………………………..43

CANTEEN………………………………………………………………………………………48

COUNT PROCEDURES …………………………………………………………………… 6

DOUBLE CELLING …………………………………………………………………………. 15

EARNED RELEASE REVIEW COMMISSION (formerly known as the Parole Commission) .....50

EDUCATION…………………………………………………………………………………33

     A.     General Educational Development-High School Equivalency Diploma...............34

     B.     Vocational Programs- Building Maintenance and Construction ........................34

     C.     Vocational-Related Courses ........................................................................35

     D.     College Correspondence Programming ........................................................35

     E.     Testing and Evaluation ...............................................................................35

     F.     Transcript and/or Test Score Results ...........................................................35

EMERGENCIES ……………………………………………………………………………….3

FOOD SERVICE………………………………………………………………………….. 16

GROOMING CODE ............................................................................................14

     A.     Fingernail Length .......................................................................................14

     B.     Hair Style ..................................................................................................14

     C.     Haircuts ....................................................................................................14

     D.     Showers....................................................................................................14

HEALTH SERVICES UNIT...................................................................................25

     A.     Procedure to obtain medical services............................................................25

     B.     Appointments..............................................................................................26

     C.     Special Needs Committee..............................................................................26

     D.     Medical Records Review................................................................................26

     E.     Medical Alert Bracelets .................................................................................26

     F.     Miscellaneous ………………………………………………………………27

     G.     Optical Services ……………………………………………………………….27

     H.     Dental Services …………………………………………………………….27

     I.     Staying Healthy in Prison…………………………………………………..28

HOUSING UNIT RULES ...................................................................................... 9

     A.     Conduct ......................................................................................................9

     B.     Cleanliness ...............................................................................................10

     C.     Electronics Use..........................................................................................10

Bates 00066

D. Smoking..................................................................................................11

E. Entering/Exiting Your Cell .............................................................11

F. Hygiene Items...........................................................................12

G. Medications..............................................................................12

H. Mail/Publications .....................................................................12

I. Linen/State-Issued Items ..........................................................13

J. Cell Inspections .......................................................................13

INMATE ACCOUNTS ...........................................................................51

A. Statements..............................................................................51

B. Savings Accounts ...................................................................51

C. Disbursement Requests .........................................................52

D. Disbursement Requests to Family, Friends, and Others .....................52

INMATE COMPLAINT REVIEW SYSTEM ...........................................21

INMATE IDENTIFICATION .....................................................................6

INMATE STATUSES AND ASSIGNMENTS....... ...................................20

A. Voluntary Unassigned..........................................................….20

B. Involuntary Unassigned..........................................................20

C. Change from Voluntary to Involuntary Unassigned ..........................20

D. Badger State Industries............................................................20

E. Institution Work Assignments ..................................................20

F. Education.................................................................................20

G. Transferring Assignments .......................................................21

H. Loss of Assignment.................................................................21

I. Lay-In and Sick Cell Status ……………………………………….21

J. Release from Program Separation............................................21

K. BHU Program Inmates …………………………………………...21

INTRODUCTION ....................................................................................1

LEGAL WORK .......................................................................................40

A. Legal Materials .......................................................................40

B. Legal Research.......................................................................40

C. Notary Service .......................................................................40

D. Indigency ...............................................................................41

E. Photocopies............................................................................41

F. Certified Account Statement ...................................................41

G. Attorney Visits........................................................................41

H. Funds for Legal Correspondence and Copying.......................42

Bates 00067

|   | 1. | Legal Photocopies | 42 |
|   | 2. | Legal Mail | 42 |
|   | 3. | Certified Mail | 43 |
|   | 4. | Legal Supplies | 43 |

LEISURE-TIME ACTIVITIES ....................................................................................... 43

|   | A. | Library | 44 |
|   | B. | Music | 44 |
|   | C. | Hobby Department | 44 |
|   | D. | Cell Hall Recreation | 45 |
|   | E. | Structured Recreation | 45 |
|   | F. | Structured Recreation and Cell Hall Recreation | 46 |

MAIL ........................................................................................................................... 23

|   | A. | Incoming Mail | 23 |
|   | B. | Outgoing Mail | 24 |

MOVEMENT ................................................................................................................ 7

|   | A. | Individual Movement | 7 |
|   | B. | Mass Movement | 7 |
|   | C. | Time Allowed | 7 |
|   | D. | Carrying Items Through the Institution | 7 |
|   | E. | Pass and Detail Procedures | 8 |
|   | F. | Metal Furniture Building | 8 |

ORDERS, RULES, AND DIRECTIVES ........................................................................ 3

OUTSIDE PURCHASES .............................................................................................. 50

PARCEL AND MAIL INSPECTION .............................................................................. 50

PARCELS .................................................................................................................... 50

PAROL COMMISSION ................................................................................................. 54

PAY ............................................................................................................................. 53

PHOTOCOPY SERVICE .............................................................................................. 54

PHOTOGRAPHS ......................................................................................................... 39

Non-Visiting Photos .................................................................................. 40

PREA ........................................................................................................................... 5

PRE-RELEASE PLANNING ......................................................................................... 54

PRE-RELEASE PROGRAM ......................................................................................... 55

PRIVACY ..................................................................................................................... 15

PROPERTY .................................................................................................................. 16

PROPERTY-CLOTHING RULES .................................................................................. 17

Bates 00068

PROPERTY- STATE ISSUED FOOTWEAR……………………………………..……………19

PSYCHOLOGICAL SERVICES ...................................................................... …29

RECLASSIFICATION COMMITTEE (formerly known as Program Review Committee)………...33

RECORDS OFFICE ...................................................................................53

RELEASE ACCOUNTS ..............................................................................53

RELEASE PROCEDURE ............................................................................55

RELIGIOUS PROGRAMS...........................................................................47

SEXUAL ABUSE OF INMATES AND REPORTING PROCEDURE ......................... 5

SOCIAL SERVICES..................................................................................32

SOLICITING EMPLOYEES .........................................................................4

STAFF PERSONAL INFORMATION ..............................................................5

STAFF REPRESENTATIVE …………………………………………….……………23

SUICIDE PREVENTION …………………………………………….………………31

SURVEILLANCE OF INMATE ACTIVITIES ....................................................4

TAX RETURNS........................................................................................53

TELEPHONE CALLS ................................................................................24

TRANSFER WITHIN THE INSTITUTION........................................................ 9

UNSANCTIONED GROUPS/ACTIVITIES....................................................... 3

VISITING ...............................................................................................36

     A.    Joint Visits....................................................................37

     B.    No-Contact Visits ...........................................................37

     C.    Pastoral Visits ...............................................................37

VISITING ROOM RULES............................................................................38

Bates 00069

## MESSAGE FROM WARDEN BRIAN FOSTER

WCI staff responsibilities include providing a safe and secure institution for all staff and inmates. In order to achieve a safe and secure institution there are many departments within the institution that are staffed to assist you during your incarceration, along with many rules, policies, and procedures which must be followed. This handbook is not meant to cover all of the institution rules and policies. You are expected to use good judgment and common sense. You are accountable for your actions

**Rules, policies, and procedures**.  If you comply and follow the rules and the policies in the Inmate Handbook, your time at WCI will be a lot easier for you and others.  If you fail to follow these rules, there may be consequences for your behavior which may range from reprimands to placement in restricted housing.  It is realized that prison is not an easy place to live but it does not have to be made more difficult by inappropriate decisions. The decisions you make daily will play a big role in your success throughout your incarceration.

**Opportunities**.  The length of your sentence does not matter. Opportunities exist for everyone to better themselves while incarcerated.  For those of you who will eventually release from prison, start thinking NOW about what you need to do and what your true needs are in an effort to start working towards positive change.  Those who will be incarcerated for life also need to make changes within themselves in an effort to make the best of their incarceration.  Prison programs are not the cure for change; change must come from within you.  We provide the opportunities for you to make the changes necessary during your incarceration - you need to want to change.  It is your responsibility to engage and start working towards successful programming and doing what you need to do for positive change.  There is no doubt that it will take time.  Inmate program participation spots are limited so there are not enough spaces for everyone to get into every program when they want, so be patient and do not give up.  When you do get the opportunity, take advantage of it and learn from programs, education, work assignments, and better yourself to make the changes necessary for you to be successful.

**Dignity and respect**.  It is the expectation that everyone will be treated with dignity and respect. It is realized that this does not always happen; however, you also need to understand that staff have a number of activities and things to take care of through the day and may not always have time to immediately address your non-emergency needs.   If you are given direction or orders, please follow them until you can resolve your issue later.  How you choose to react to a situation is up to you - cooler heads prevail.  Think before you respond or act.  We are all required to deal with a number of individuals in our lives, some that we may not like or agree with.  You are accountable for your own behaviors - think again before you take certain actions.  Hopefully in time you will have the patience and tolerance to deal with the differences you encounter.

**Complying with rules**.  For those of you who do not comply with rules, there will be consequences and they could range from minor ones (like loss of rec) up to and including placement in restrictive housing.  For those of you who engage in extremely serious behavior, we also work with our local law enforcement and will pursue additional criminal charges if necessary.  You may get additional incarceration time even though you're already incarcerated. This can extend your sentence and impact what you may be able to do in the future as it relates to jobs, school and other activities within the prison environment.  We hope you make the right choices and refrain from major violations.

**Sexual misconduct**.  Rules regarding sexual misconduct are taken VERY seriously in the DOC and at this institution.  Engaging in these types of activities openly in the presence of others will not be tolerated and the disciplinary process will be utilized to the fullest extent for those who do.

1

Bates 00070

**Modification of Release Date Extensions - Updated**.  Many of you may have heard that we have a program at this institution (as do many other institutions) regarding the modification of release date extensions to individuals.  There's a letter dated February 12, 2016 regarding this which was posted in the Inmate Bulletin and on cell halls.  Understand that the request for modification of previous conduct reports is not a right.  Administrative Code states that the Warden "may" at any time review a conduct report as if there was an appeal.  We have often reviewed conduct reports that by today's standards may have resulted in disciplinary separation. I have made some modifications to release date extensions which resulted in some individuals being released earlier than scheduled.  Serious infractions are something that we do take a closer look at so be aware of that right up-front.

**Chain of command**.  Ideally, you need to resolve your problems at the lowest possible level. Work your way up - don't write to five different people on the same issue or concern.  Work with the person that is most appropriate to handle your questions.   In many cases it starts at the front line with the Officer or Sergeant on your housing unit.   There's a Resource List available to all inmates that needs to be followed.  It is only fair that the person most appropriate to handle your issue is the one that responds to your requests.

Often times, inmate correspondence is sent to the Warden's and Deputy Warden's offices where the inmate has either sent it directly to these offices for a response and did not seek resolution at a lower level or where they failed to mention previous resolution steps they may have taken.

When you write to the Warden's or Deputy Warden's office, state in your correspondence which staff member you have communicated with and submit any response you have received from them regarding your issue.

When inmates try to circumvent the chain-of-command or fail to appropriately address issues at the lowest possible level, it tends to slow down the response process.  When inmates fail to adequately state the steps they have taken and who they have sought assistance from, or fail to wait a reasonable amount of time for a response, it can lead to duplication of staff efforts. Again, this will lead to a lengthier wait for a response.

Inmates are encouraged and expected to use the chain-of-command (e.g. for a housing unit issue, talk to the Unit Officer, if not resolved, the Unit Sergeant, then the Unit Supervisor, etc.) when attempting to resolve issues or get questions answered.  This process will lead to an appropriate response in a more timely and efficient manner.


We wish you the best as you proceed through the Department of Corrections; while not an easy task, we hope you will make the right decisions and use the time you have in a productive manner so that you can successfully return to the community or at the very least, lessen the impact of your incarceration.

_____
Brian Foster, Warden

2

Bates 00071

## ORDERS, RULES, AND DIRECTIVES

The Rules of the Department of Corrections (DOC 303), relating to discipline, code of inmate offenses, and disciplinary procedures, have been issued for the information and guidance of all inmates. It lists the rules of conduct all inmates are expected to follow. If you believe a verbal order is improper, obey it anyway and then follow the established guidelines as indicated in the Resource List to resolve your concern.

The institution has designated the Library as the location for posting of the Daily Bulletin and other general information. Other bulletin boards will be maintained in certain WCI work and program areas.

Channel 13 on your television set is utilized by the institution for posting information such as menus, policy revisions, safety and health information, and job opportunities.

## EMERGENCIES

There are times when any situation may require evacuation of an institution area or modification of normal operations. Such emergencies may consist of weather or environmental conditions, fires, security emergencies, etc. At such times, staff will direct inmate evacuations from areas and issue instructions and other specific directions.

You are expected to proceed without delay in obeying staff directives in such situations. At times, drills may be conducted in preparing for potential emergency conditions. During drill-type situations, inmates are expected to conduct themselves in the same manner as in a real emergency.

If it appears a tornado is imminent in the Waupun area or if the City of Waupun sirens have sounded, Cell Hall Sergeants will alert those inmates already in their cells by activating the buzzer five (5) times, repeated by another five (5) times. At this time, inmates should place their mattress against the bars of their cell and lay on their stomach, taking shelter under the bed frame facing away from the front of the cell. Inmates should cover themselves with a blanket while in this position and remain there until the "all clear" has been given. When taking shelter, inmates and staff should stay clear of all windows in case of flying debris.

The "all clear" will be given by telephone, institution radio, or personal notification. The Cell Hall Sergeant will signal the "all clear" to the cell hall by activating the buzzer five (5) times. After the tornado "all clear" has been given, an emergency count will be conducted to ensure accountability of all inmates. This will be a formal standing count.

In the event of a fight, assault, fire, medical emergency, disturbance, etc., you may not engage, hinder or interfere in any manner as security staff responds to the emergency.

## UNSANCTIONED GROUPS/ACTIVITIES

Any group not specifically sanctioned by WCI will be prohibited. This includes, but is not limited to: the collection of dues, publishing and possession of group literature, communication by invented language, code or hand signals, the levying of fines or discipline, possession or wearing of clothing designed to identify members, possession or display of gang-related materials or symbols, acts of intimidation toward others, and photos with gang symbols and ritualistic greetings between members to include embracing and handshakes. In addition, any

Bates 00072

sanctioned group that engages in anti-social activity will be suspended. During the time of suspension, the group will be considered unsanctioned.

Any inmates found in possession of, wearing, manufacturing, or distributing any gang related materials, or involved in any gang related activities will be dealt with through the disciplinary process. Inmates will not be allowed to wear any item of clothing that symbolizes a gang, whether by color, design, or method of display.

Inmates will not be allowed to have in their possession any written or printed material that detail the code of ethics or dogma of a gang, fantasy games, activities, or other group not specifically authorized by this institution.

Inmates are not allowed to engage in fantasy games or activities. Examples include 'Dungeons and Dragons', Fantasy Football, Fantasy Basketball or any other fantasy activity. These activities may create a risk of serious disruption to the institution or community. Tarot cards may not be used for any reason other than authorized religious purposes.

## SURVEILLANCE OF INMATE ACTIVITIES

All inmate activities at WCI may be monitored and recorded without the person being aware. This is subject to the following exclusions:

a. Inmate/attorney visits.
b. Pre-authorized inmate to inmate discussions of legal matters in the Law Library, unless the Warden has reason to believe that the discussion involves matters that threaten the security of the institution. (Visual surveillance may occur so long as it does not allow for observation of the content of the legal pursuit.)

## SOLICITING EMPLOYEES

Employees at WCI are directed to provide specified, professional correctional services necessary for managing the institution and for the inmates incarcerated here. All inmates will be treated equally in affording proper correctional considerations. Employees are not permitted to offer or accept items (regardless of value) from inmates. Likewise inmates are not permitted to offer or accept items or non-professional services from employees – regardless of whether they are offered by employees. Efforts to engage employees in the exchange of anything of value are viewed as an attempt to corrupt employees. The definition of employees per DOC 303.02 (15) "Employee" means any department staff member, any employee of a contract agency, an independent contractor, or a volunteer of the department or institution. Examples considered to be solicitation include but are not limited to:
a. Items (regardless of value) such as pens, cards, personal letters.
b. Consumables such as candy or food items.
c. Services such as mailing cards and letters, providing letters of reference, sending or receiving phone calls, or contacting others.
d. Requests for special services of staff, including inappropriate devotion of their time.
e. Special favors offered or provided to staff.
f. Personal solicitations, including requests to form friendships or personal relationships.
g. Contraband items such as drugs, alcohol, pornography or other items.

4

Bates 00073

You are prohibited from possessing personal information concerning DOC staff and family members of staff. Such information includes, but is not limited to, addresses, phone numbers, driver's licenses, social security information, school records, arrests, divorce or adoption documents, financial records, etc. Such items are considered contraband. If you have a special circumstance you believe warrants consideration, you must write to the Warden for an exception.

## SEXUAL ABUSE OF INMATES AND REPORTING PROCEDURES

**Background**
State law and Administrative Code prohibit any sexual abuse of an inmate, by another inmate(s) or staff member. ***The Department of Corrections maintains a zero tolerance policy toward all instances of sexual abuse and sexual harassment.*** The Department of Corrections will strictly adhere to the zero tolerance policy. Wisconsin Administrative Code, Chapter 303, prohibits inmates from engaging in sexual activity. Section 940.225, Wis. Stats., specifically prohibits sexual contact and sexual intercourse between inmates and correctional staff. These documents are available in the institution law library.

**Reporting/Investigating Sexual Conduct/Assault**
All allegations of sexual abuse of inmates will be treated seriously. If you feel that you have been the subject of any type of abuse or sexual harassment from any source, you should immediately report this, and an internal investigation will be conducted. Any statement by an inmate, staff member or others alleging sexual abuse/harassment shall be reported to the Warden who will notify local law enforcement of the allegations and known facts, if necessary. An internal investigation of a staff abuse/harassment of an inmate will proceed whether or not a law enforcement investigation is opened. No disciplinary action shall be taken against the reporting inmate unless, as a result of the investigation, it is determined that the allegations were false or the inmate violated the administrative code.

## PREA

The Prison Rape Elimination Act (PREA) of 2003 was enacted by Congress to address the problem of sexual abuse by persons in the custody of U.S. correctional agencies. The main focus of PREA is to detect and prevent any and all instances of inmate sexual abuse and sexual harassment by other inmates or employees. All correctional agencies in the nation, including Wisconsin, must adhere to the tenets of PREA.

Sexual contact between staff and offenders violate DOC policy as well as Wisconsin State statutes. Violators are subject to Departmental discipline as well as prosecution punishable by prison sentence and fines. PREA establishes a zero tolerance for sexual abuse while a person is in a custodial correctional setting. Please refer to your red Sexual Abuse/Assault Prevention and Intervention booklet for further information. If you need a copy of this booklet, you may contact the Security Office.

Effective October 1, 2008, a voice mailbox system became available to inmates in all of the adult institutions for reporting prison rape or threat of sexual victimization. This call is at no cost to the inmate. All calls are documented in DOC Central Office and referred to the appropriate institution for follow-up and resolution. The three digit phone number is 777. You will be prompted to provide specific information in the voice mail message. There is an additional option for reporting PREA to an agency outside of DOC and this can be done by dialing 888.

Bates 00074

Signs posted throughout the institution reflect these reporting numbers.  Remember, you may also report directly to staff either verbally or in writing if you so choose.

The Victim Services Coordinator at WCI is a Social Services staff member and their name can be found on the Resource List.

Law Enforcement Contact Numbers for Institutions in <u>Dodge County</u>

Dodge County Sheriff's Department
127 East Oak Street
Juneau, WI 53039
920-386-3610

Dodge County Victim Witness Office
124 West Street
Juneau, WI 53039
920-386-3726

## ADA CONTACT INFORMATION

The name of the ADA Coordinators at Waupun Correctional Institution is on the Resource List. To request consideration for an accommodation under the Americans with Disabilities Act, please forward your request to an ADA Coordinator on a DOC-2530, Reasonable Modification/Accommodation Request.

## COUNT PROCEDURES

Standing counts will be announced by buzzer and voice in the cell halls and by voice in all other areas at 6:00am, 12:00 pm (noon), 5:00 p.m. and 9:00 p.m.  During these formal counts inmates are required to assemble in a specified place in their assigned area.

In all cell halls, inmates must be dressed (shirt and pants required) and stand in clear view near the front of their cell with their cell light on during count.

No talking or distractions of any kind are allowed until count is cleared for the entire area/cell hall. Inmates must remain in their cells/housing area until count has cleared.

## INMATE IDENTIFICATION

You must wear the inmate ID card with the photo facing outward at all times when outside the cell.  The ID must be worn around the neck using the vinyl lanyard provided or an approved alternate with the following exceptions:

a)  In Restrictive Housing Unit.
b)  While in a recreational area (Big Top, Rec Fields, Structured Rec). The ID must be worn to and from these areas, including when leaving the rec fields for showers.
c)  When released to law enforcement for outside court appearances.
d)  If an individual inmate's medical, psychological, or security factors approved by the Warden/Designee prevent the wearing of the lanyard. An alternate ID holder may be provided in these instances.

You must display your ID card for staff inspection as requested.  The ID card must be worn over the outermost clothing layer.  Work supervisors may direct you to wear the ID card under the clothing layer or provide an ID holder while at the work site for safety reasons. Those inmates provided an alternate ID holder must clip the holder to the chest area of the outermost garment.

6

Bates 00075

You must not tamper with, alter or destroy an ID card or the vinyl cord. Damage or alteration of identification cards may result in disciplinary action including restitution of $3.00 per card. Lost identification cards must be replaced. Inmates are responsible for the cost of replacement at $3.00 per card. There will be no refunds of the replacement cost. Inmates are responsible for contacting the Security Office if their ID needs replacing due to natural wear, damage or age.

ID cords from other institutions, differing from cords used at WCI, are not allowed. Black is the only color cord authorized while at WCI. All other types are to be turned in and a black cord will be issued.

<strong>MOVEMENT</strong>

A.    Individual Movement
You must have a valid pass in your possession at all times unless you are:
1.  Participating in an escorted or supervised movement;
2.  In your assigned housing unit or assigned work area;
3.  A runner and have a valid runner's destination log sheet.

Inmates cannot eat or drink while walking around the institution. Food is only allowed in the cells and in designated eating areas.

B.    Mass Movement
When the signal is given to leave your housing unit for work, school, meals, recreation, or bathing, you must promptly proceed directly to the designated area in an orderly fashion and follow instructions given by the officer(s). You may talk in a conversational tone. **You may not shout.**

All inmates passing through the Underpass areas must remain within the yellow lines when reporting to the cafeterias, Big Top, security gates, or when returning to the housing units from visits, passes, etc. Upon arrival at your housing unit, you must go directly to your cell and lock in. You must not go past your cell for any reasons. You cannot stop and visit with, drop off, or receive any items from other inmates or go out of your way for any reason when leaving or returning to your cell.

Do not leave your cell until the buzzer signals that your range may proceed.

During shower movement or any other movement in the cell halls, you must walk between the yellow lines indicated on the ground. You must walk at a normal pace, without stalling to talk to others. **You may not shout.**

You may not keep your hands inside your pants as you move around the institution.

C.    Time Allowed
You must not exceed five (5) minutes to travel from one area to another on passes. If you are stopped by a staff member when on a pass, ask the staff member to re-time and sign your pass so that your time can be accounted for. You must walk from place to place. You cannot run within the institution.

D.    Carrying Items through the Institution
Shopping bags and other types of non-transparent bags cannot be used to transport items throughout the institution unless you are transferred to another housing unit. The only types of bags you are allowed to carry are clear plastic or loose-weave, fishnet knit.

7

Bates 00076

See "**TRANSFER WITHIN THE INSTITUTION**" for information concerning transfers between housing units.

E.    Pass Procedures & Details
1. You are required to go on every pass you receive or detail for mass movement, unless you are on lay in, sick cell, another pass, or a visit.
2. The following is a pass priority list. If there is a conflict, higher order passes override lower order passes:

   1. Court Ordered phone calls/hearings
   2. HSU
   3. PSU
   4. SSD Groups
   5. Classification Hearings
   6. Court deadline Law Library
   7. Due Process Hearings
   8. Religious Services
   9. School
   10. Work Assignments
   11. Hard passes, i.e. Leisure time activities, structured rec
   12. Other chapel activities
   13. Soft passes, i.e. library

3. Inmates on passes will be required to stay for the duration of the activity unless there is a priority pass for staff-scheduled appointments (including but not limited to HSU, Visits, Court ordered telephone calls, Pastoral Visits.)
4. Failure to honor a received pass may result in disciplinary action.
5. If you are not ready to leave on a pass on time, you may not be allowed to go on the pass and you may be subject to discipline. You must exit your cell immediately when your door opens.
6. When returning from a pass, place the pass in the box on the Sergeant's desk and notify him/her of your cell assignment. You must proceed to your cell and stand quietly in front of the cell door until it is opened then lock in promptly.
7. You are not permitted to go past your cell for any reason. Doing so may result in disciplinary action.
8. You must return to the area that you were signed out from.
9. Staff escorted details such as Chapel, Structured Recreation, Hobby and Evening Activities are considered a pass and must be honored.

You must go through the Contraband Control building when going beyond the Contraband Control fence to the back of the institution and when returning to your cell hall. Inmates are subject to personal searches at any time. No hugging/embracing is allowed.

F.    In the Metal Furniture building, the back door entrances to MF2, MF3 and MFB are for inmates assigned to work in the areas only. All deliveries, runners and inquiries for Metal Furniture are to be taken to the MF1 entrance between Metal Furniture and Metal Stamping, in plain view of the tower. Any unescorted inmates found to be in the fenced area between MF and the EMC fence not employed by MF or EMC will be in an unassigned area and could face disciplinary action.

Bates 00077

**TRANSFER WITHIN THE INSTITUTION**

You generally will be notified the previous night of a cell hall change. You must be packed and ready for transfer by 7:30 a.m. Take the following items only when notified of intra-institution (between housing units) transfer in General Population:

- State bedding (2 blankets, 2 sheets, 1 pillowcase, 1 hand towel 1 washcloth); 1 red cleaning cloth and your paper nametag.
- Personal Property
- Your padlock will be transferred to your housing unit by institution staff

The following items must remain in your cell:

- Toilet brush, broom, garbage can, mattress, pillow, and footlocker.

Transfers within the institution will take place after the breakfast meal is completed. You will be notified when it is time to transfer. Remember your cell must be clean when you leave.

**HOUSING UNIT RULES**

While you are here, your cell is your personal home. Proper cleanliness, order, and mutual respect will promote the maximum comfort of all.

When you move into a cell, you are responsible for inspecting and reporting any defects or contraband to the Cell Hall Sergeant within 30 minutes of the move. You will be responsible for any damages that occur during your stay or any contraband found in your cell. You must not scratch, mark, mar, draw, paint, or paste on walls, floors, ceilings, furniture, fixtures, bedding, or in any other way deface or decorate your cell.

You may tape allowable items within the painted square on the wall that has been assigned to you. The only items allowed to be displayed are photos, postcards, approved calendars and medical needs forms. If you have special medical needs items in your cell, you must have your Medical Restrictions/Special Needs form (DOC-3332B) posted in plain view on the painted square in your cell. Items such as personal artwork, newspaper clippings or magazine pages/posters may not be displayed.

A.    Conduct

You must not whistle, sing, or participate in any noisy or disturbing activities at any time during the day. Talking at a normal conversational level to the inmate housed on either side of you is permitted from 5:40 a.m. to the 9:00 p.m. count daily, except during counts. You must not talk to inmates housed on other ranges or shout at any time, including mass movement time. Prayers or chants must not be heard outside of the cell. Talking which can be heard outside of your cell is not allowed after the 9:00 p.m. count.

When entering and exiting housing units, you must move in an orderly and quiet manner. You must use only the front stairs in the cell hall on the side of the cell hall on which you live.

Do not loiter on the ranges. When inside of your cell, head, hands, arms, feet, legs, and personal items such as mirrors, fingernail/toenail clippers must not protrude outside of your cell. Go directly to or from your cell without stopping to talk. You must never enter another inmate's cell. You may not open yours or another's cell door trap.

9

Bates 00078

B.      Cleanliness

Sweep the cell floor daily before breakfast, placing sweepings in the wastebasket or container in front of your cell door at breakfast.  Do not place sweepings, throw trash, or shake rugs out on the tier.  Place wastebaskets in front of your cell door at breakfast.  You may not bring your wastebasket or bag of garbage down off the tier to be emptied.  Mops will be passed by tier tenders on either Saturday or Sunday.

Floors, walls, bars, beds, cabinets, footlockers, tables, chairs, toilets, and sinks are to be kept clean.  You will be given a cleaning cloth with disinfectant spray.  These surfaces must be wiped down once a week to help prevent the spread of diseases. Ventilators and bars are to be kept clean and free of all articles.  Whisk brooms and toilet brushes are to be kept in the rear of the cell. You will receive a disinfectant packet for your toilet and it will be placed directly in the bowl upon receiving it.  They will not be stored or kept in the cell.

Do not flush bags, wrappers, bedding, garbage, or any items other than body waste and toilet paper down your toilet.  You may be charged restitution for clogged plumbing.

Arrange personal effects neatly.  Newspapers, books, and periodicals must be folded and stacked neatly on top of your table or footlocker.

Containers of items (i.e., powdered drink mixes, vitamins, etc.) purchased or received must be thrown away as soon as the items have been used.  These containers may not be kept to store other things.  Such usage constitutes "Improper Storage" as defined in DOC 303.55, Wisconsin Administrative Code.

Footlockers must be placed under the bed (or under bottom bunk).  You are responsible for securing your personal property in your footlocker, using your state-issued padlock.  Your padlock must be on your footlocker in the locked position at all times.

Do not cover or hang anything from the cell windows, cell bars, end of the bed, side of the bed, light fixture, or the vents. For your safety you must not prop up or hang anything that prevents staff from observing you.

One (1) cord is allowed and provided in your cell and must be used as a clothesline only.

C.      Electronics Use

All televisions and radios must be operated with earphones or earplugs only. Earphones and earplugs must be worn in the manner and for the purpose designed and not used as external speakers.  Your electronics must not be heard outside of the cell, even if wearing/using headphones.

Two (2) television cables and one (1) splitter per inmate are allowed in your cell. These may only be purchased from the canteen.  Power strips may be purchased from the vendor Catalogs, Limit of (1).

All electrical equipment must be turned off when you leave your cell.  Electronics may not be stacked and must be placed on the appropriate shelf in your cell.  You must not place them on your hygiene shelf.  You cannot place more than one (1) plug into a single electrical outlet at any time.  Doing so poses a fire and safety hazard.



Typing is permitted only between the hours of 9:00 a.m. and 9:00 p.m.

Electric razors may be used only between the hours of 5:40 a.m. and 9:00 p.m.

10

Bates 00079

D.    Smoking
As of May 1, 2006, all tobacco products were banned from WCI.


E.    Entering/Exiting your cell
When your cell door opens for non-group releases, you must report directly to the cell hall Sergeant.  If you wish to receive a breakfast tray, you must get up at the first buzzer at 5:45 a.m.  You should then wash, dress, make your bed, and be ready for breakfast.  If you do not want breakfast, you must remain in your cell; however, you must be ready to go to work, and your cell must be in proper order.  Do not exit your cell door until the buzzers for your range have been sounded or the officer directs you to leave.  Your bed must be made whenever you leave your cell.

You must be ready to exit your cell for movement.  Inmates going on individual passes will be informed by the pass warner prior to the pass and must exit when their door is opened.  When there is a group release, you must be ready to exit when the buzzer is sounded for your range. Do not exit your cell prior to the buzzer being sounded.  You must exit promptly. If you are to take medication, you must exit the cell immediately when your range is rung out for meals.

When leaving your cell, the door is to be closed if you are attending the following:
- Work
- School
- Pass/Details
- Recreation
- Visits

When leaving your cell, the door is to be left open if you are attending the following:
- Meals
- Showers
- Canteen
- Med Pass

Upon returning to your cell, you will present your pass to the sergeant to have your cell door opened. You will then proceed directly to your cell and stand in front of it until the sergeant has opened your door and you must lock in.  You must not stand in the doorway at any time, your door must be locked upon return to your cell.

You will be allowed to go to the cafeteria upon returning to the cell hall from a pass or visit only if the meal ringout for your cell hall has not been completed.  Your door should remain open until the buzzer sounds to exit, however you must remain inside the cell. If you missed your cell hall ring out for meals while on a visit, a replacement meal will not be provided to you.

Sunglasses and tinted prescription glasses are not allowed to be worn indoors unless approved in writing by HSU staff.  Sunglasses must not be worn on the top or back of your head, neck or hanging on your shirt or ID cord.  They can be put on upon exiting the building and removed upon entering the building.

Supplies such as disbursement requests, property dispositions requests, etc., are available in the front of the cell hall.  Supplies must be requested during return movements. If you choose not to attend a meal, you may not come out of your cell for supplies.

Bates 00080

F.    Hygiene items

You may receive soap, toilet paper, replacement toothbrushes and toothpaste from the Cell Hall Sergeant on a one-for-one basis. Toothbrushes will be exchanged on the 15th day of every month. If you do not request an exchange on the 15th, you will not be eligible to receive a new toothbrush until the 15th of the next month. Toilet paper will be handed out once a week on a weekend. You will receive two (2) rolls per inmate. There is a maximum possession limit of three (3) rolls per inmate at any time. In the event that you run out during the week, you can exchange with staff, one cardboard roll for one roll of toilet paper. There are no exceptions to this rule. Toilet paper will only be used for personal hygiene. You must not use it to clean areas of the cell, inmate property or for any reason other than personal hygiene. Bath towels are available in the Bathhouse for use during showers. State-issued bath towels are not allowed to be retained in your cell.

Hair care caps (clear, plastic variety) and curlers may be worn to and from recreation, at recreation, and in your cell only. Shower shoes or slippers may not be worn outside of your cell.

G.    Medication

When issued controlled medication by a staff member at the Sergeant's Station or at your cell, you must take it in the presence of the officer. If the medication is administered to you while you are in your cell, your cell light must be on. Staff will show you the medication, and you are responsible for identifying that the medication is yours, that you are taking it at the right time, and the right dose. Staff will then make a visual inspection of the inside of your mouth, your drinking cup and hands to determine that you have swallowed the medication. You are required to open your mouth for this inspection and comply with staff instructions.

All medication must be kept in the container in which it was received. Keep track of your medication, controlled and non-controlled and how much you have available.

To obtain refills:
1. Complete a medication refill request (DOC-3035C) and place it in the HSU box 7 days prior to being out of medication, controlled and non-controlled.
2. If you don't receive your medication 2 days prior to running out, write to the HSU using a Health Services Request (DOC-3035).
3. The day prior to running out, if you still haven't received your medication, ask the Sergeant in your cell hall to call the HSU.
4. All medications are issued with name and number. This must remain on the medication at all times.

HSU responds to every written medication request in writing. If you have received a response back informing you that your medication was sent, ask the Sergeant for it, if it is non-controlled. If the medication is controlled, it has been placed in the medication cart in back-up. If you do not receive a response back, HSU did not receive your request.

H.    Mail/Publications

All authorized personal periodicals must remain in your cell and are not to be taken to work, recreation, or elsewhere. Torn or altered publications are not allowed. You are responsible for placing your name and institution number inside the front cover of your books, magazines, and periodicals.

Cutouts from magazines and newspapers are not permitted.

12

Bates 00081

Inmates may possess a total of 25 publications to include books, magazines, newspapers, periodicals, and all other publications. An education portfolio is considered one publication. A Hobby binder is one publication. Legal, religious, and educational titles are included in the 25 publication limit. You are responsible for maintaining your publications within the allowable limit. You are allowed a total of 25 cards and/or letters. Publications must be in compliance with the Administrative Code Chapter 309. For additional information refer to DAI Policy 309.20.03 Inmate Personal Property and Clothing.

 All mail must be dropped in the cell hall mailbox located at the front of the cell hall when going to meals, showers and passes. Inmates may only drop their own mail in the mailbox. Outgoing mail must be placed in the box by the last mass movement of the day, or it will have to wait until the following day. Staff will not pick up mail. In the event that there is an unexpected restricted movement staff will pick up mail at 8:00pm. Letters sent to inmates in any city, county, state, or federal institution must remain unsealed for staff inspection. You are not allowed to mail out any property (except the stationery on which the letter is written) without specific written authorization from the Property Department. Staff will only pick up mail during lock-downs, "all day" training days or when your cell hall has not been given the opportunity of two mass movements on that day

Disbursement requests may not be used alone for postage. Except for legal, certified, registered, overseas airmail, packages, greeting cards, manila envelopes or when postal rates change, you must use embossed envelopes to mail your correspondence. If you do not have sufficient funds to cover the additional postage, the items will be returned to you. For additional information refer to DAI Policy 309.04.01 Inmate Mail, available at the institution library.

I.      Linen/State-issued items
Linen is exchanged on an all or nothing basis (2 sheets, 1 pillowcase, 1 hand towel, 1 washcloth and a cleaning rag). Dirty items must be separated for inspection and accountability during exchange. If any of the items are damaged, you must notify staff immediately. If damaged items are not reported immediately, you may be subject to disciplinary action. If you receive improperly fitting pants or pants in need of repair, notify the Sergeant. The schedule for both linen and pants exchange is posted on bulletin boards.

The limits of state-issued items that may be retained in your cell are as follows:

| | | |
|---|---|---|
| 1 Shirt | 1 Jacket (all weather) | 2 Sheets |
| 2 Pair trousers | 1 Pair shoes** | 1 Pillowcase |
| 1 T-shirt | 1 Belt | 2 Blankets |
| 1 Pair undershorts | 1 Cap | 1 State towel (hand) |
| 1 Pair socks | 1 State washcloth | 1 Footlocker |
| 1 State padlock (transferred by staff) | | 1 Cleaning Rag |

**Must go with you upon transfer or will be charged for new pair.

J.      Cell inspections
You are not to have anything on your person, in your cell, or otherwise under your control that is not approved. Cell inspections will be made regularly. Items found in your possession or under your control that are not your property, in excess of the institution limits, or are not authorized will be considered contraband and will be confiscated. You are not allowed to pass any personal property/canteen items. No other inmates are permitted to pass, mail, or obtain anything for you.

If an item is in your cell, you are responsible for it. If you move to a new cell, you are responsible to inspect it and report any unauthorized items and/or damage within 30 minutes.

13

Bates 00082

Double-edged razors, double-edged blades, broken razors or blades, techmatic razors and blades are contraband.

## GROOMING CODE

A. Fingernail Length
Your fingernails must be kept clipped at all times to a maximum length not to exceed the tip of the fingers. Failure to adhere to this expectation may result in loss of privileges and other discipline.

B. Hair Style
If you wish to shave your head, the shaving must be total. There will be no sculpting or designing of hair, eyebrows, sideburns, mustache, or beards. If hair is braided, all braid rows must be going in one direction (front to back or side to side). No crisscross, arrows, or other patterns are allowed. An inmate may not have more than one (1) part on either side of his head. No zigzag parts or designs are permitted. No part of an inmate's haircut may be shaved lower than a #2 clipper blade without the entire haircut being that length. All haircuts using the #2 blade or longer must be tapered/blended into the rest of the hair so that there is no visible difference from the #2 cut and the rest of the hair. One side of the hair/head may not appear differently than the other. Hair ties are only to be worn in the hair. Only black hair ties are allowed.

C. Haircuts
If you are a new arrival at WCI or have been recently released from Restrictive Housing Unit and would like a haircut, you should submit an Interview/Information Request to the Barber Shop. If the request is completed properly, you will only need to submit one (1) request. The request slip will be returned to you with an approximate date for your haircut. Once you are scheduled, you will be placed on a list and will be automatically rescheduled for a haircut approximately every four (4) weeks. You do not need to submit an interview request to reschedule your next haircut appointment.

D. Showers
Showers are run for each of the four cell halls on different days of the week. Contact your Cell Hall Sergeant for information on showering. Showers are available at certain recreation periods. You have a maximum of 15 minutes to complete your shower. If you are in the North bath house, you are not allowed to hang items on your shower door in a way that will obstruct staff view into the shower stall.

You may bring only the following items to the Bathhouse or general recreation showers: soap, shampoo, hair conditioner, comb or pick, shower shoes, personal T-shirt, personal briefs, and washcloth. Prescription creams and ointments may not be brought to showers without a special needs form from HSU. All other items will be considered contraband and confiscated.

The following supplies are to be picked up **prior to entering the Bathhouse** on regular bathing nights only: State dress shirts, underwear, T-shirts, and socks. Clothing will be exchanged using a one-for-one exchange system.

Underwear, T-shirts and socks are available at general recreation showers and are a one-for-one exchange.

All inmates may remove their underwear behind a closed shower curtain only. You must wear underwear at all times unless you are behind a closed shower curtain. Shower shoes may be worn in the shower area only. Pants and T-shirts must be worn to and

14

Bates 00083

from showers. Do not hang your towel or clothing on the shower door in a way that obstructs staff view into your shower stall.

Inmates who are given an opportunity to shower during work at Food Service and EMC, or if attending structured and cell hall recreation will not be allowed to shower with their cell hall. Those inmates will be allowed to exchange state issued T-shirts only if those items are not offered at recreation periods.

Inmates are expected to maintain good personal hygiene. See DOC 303.57, Wisconsin Administrative Code, for the specific explanation.

## DOUBLE CELLING

WCI will assign cells utilizing a seniority system. Seniority dates will be set on either your date of entry into WCI or the last date of release from Disciplinary Separation status at WCI, whichever is most recent. This date, combined with your date of birth, will determine overall seniority. If you have the same seniority date as another inmate, the person who is older will have the higher seniority. If your name reaches the top of the seniority list and you turn down a single cell, you will be given a new seniority date based on the date you turned down a single cell.

All inmates in Voluntary Unassigned status will be subject to double celling, and remain subject to double celling until they are placed on Involuntary Unassigned status. They will be excluded from the seniority system while they are in Voluntary Unassigned status. If an inmate is housed in a single cell and his status changes to Voluntary Unassigned status, he will be moved to a double cell. When the inmate's status changes (i.e. Institution Needs (IN), work, school), his name will be placed back on the seniority list for single cell eligibility.

The First Shift Cell Hall Sergeant will answer questions about seniority dates. If you are double-celled, each person in the cell is entitled to half the available space. In addition, the person occupying the top bunk has exclusive use of the top shelf in the shelving unit and the top television tray. The person occupying the bottom bunk has exclusive use of the bottom shelf in the shelving unit and the bottom television tray. Each inmate also is assigned to a painted square on the wall to display allowable items. All items will be hung inside the painted square. You may not switch between the top and bottom bunks, unless assigned by staff.

If there is a medical, mental health, or security reason that you feel may require single cell occupancy, you will need to address your reasons with staff for a referral. For additional information on such referrals see DAI Policy 306.00.51 Single Occupancy Cell Placement.

## PRIVACY

General population cells have been fitted with "privacy curtains" for use by inmates when using the toilet and sink in the cell hall. If you do not have a privacy curtain in your cell, inform the Cell Hall Sergeant. You may not use any other item (e.g. sheet) as a privacy curtain. When using the privacy curtain, your face must be visible at all times. When not using the curtain or when not in your cell, the privacy curtain must remain in the "open" position. Privacy curtains must be used anytime you are toileting, washing up, or unclothed below the waist.

The Bathhouse and general recreation shower areas have shower curtains to afford privacy for inmates while showering and must be utilized. If the shower curtain is missing in the Bathhouse or general recreation showering area, inform the officer.

15

Bates 00084



# FOOD SERVICE

Breakfast is served after the 6:00 a.m. count. The noon meal starts at 10:00 a.m. and the evening meal at 3:00 p.m. The exact time you eat your meal is determined by the housing unit in which you reside. You do not have to attend meals. If you do attend meals, you must take a tray.

You will move in an orderly fashion from your housing unit to the cafeteria while walking between the yellow lines painted on the ground. Upon entering the cafeteria you may not talk to inmates already seated or in the other dining area. Form a single line and proceed quietly and promptly to the serving window. Do not move ahead or behind someone in line. Once you receive your tray at the window, pick up your beverage(s) and follow the officer's directions for seating. Inspect your tray before leaving the serving window to ensure you have received all the food items offered at that meal. Complaints will be considered at staff discretion. You are responsible for making certain you are given the correct utensils.

You will be afforded a reasonable time to eat from the time you exit the serving window.
Once seated, you will remain seated until you have been released by the officer to return to your housing unit. When the officer dismisses your table, you are to immediately stand, turn in your tray, cups and utensils to the proper disposal windows as marked and exit the cafeteria in a timely, orderly fashion.

Do not approach the Officer's Station unless directed to do so.

While in the cafeteria, you are expected to have your shirt completely buttoned (if it has buttons) with the exception of the top button, which may be left unbuttoned. Shirts must be tucked in and shoes must be properly tied. Shower shoes or slippers are not allowed to be worn in the cafeteria nor are plastic hair caps or rollers.

You are not permitted to take any personal items (including food items or condiments) to the cafeteria.

You may pass food only to those at your table.

All food (including liquids) must be consumed in the cafeteria except for fresh fruit (not to exceed two (2) pieces) served at that meal, which may be taken back to the housing unit with you. On-duty Food Service workers are not allowed to take back any food or beverages to the housing unit or bring in personal clothing other than what is approved in their WCI Food Service Rules.

You may talk to the persons at your table and to others at a table immediately next to yours in a moderate tone of voice. You are not allowed to talk through the serving window, unless you are informing the window server that you are to receive a diet tray. Inmates receiving a diet tray should then select their beverages and proceed to the table and the tray will be brought to the table. If you are to receive a diet tray you cannot take a regular tray in place of it. You are not allowed to give away any of the food items on a religious diet tray. In addition, you are not allowed to talk with inmates performing their duties as Food Service workers nor are they allowed to talk with you unless directed by staff.

# PROPERTY

Upon transfer to WCI, you were not allowed to bring opened cosmetics, opened food or other items with you. While at WCI, the following rules apply.

16

Bates 00085

You are responsible for recording your name and DOC number on all your personal property.

A.      If you have electric items in your cell which do not have tamper-proof stickers on them, notify your Cell Hall Sergeant immediately. If you are found in possession of items without these stickers or with the sticker altered, you may be subject to having the item confiscated.

B.      Personal Property Contraband Items
All items that are not authorized for the inmate to possess as personal property will have a Property Receipt/Disposition form (DOC-237) marked "CONTRABAND" completed.

Disposition of contraband must be made within 30 days. If the contraband is part of a disciplinary hearing, the disposal will be at the discretion of the hearing officer. Items received at the institution that pose a serious threat will be sent out immediately. The institution's options for disposal are:

1.      Return to sender at inmate's expense. Shipping costs must be paid by the inmate.
2.      Send out by commercial carrier only. Items of nominal value, however, which will fit into a business-size envelope may be sent by U.S. Mail. Shipping or mailing costs must be paid by the inmate.
3.      Send out on a visit. NOTE: You may only send the following items out on a visit:
    a)  Electronic items
    b)  Jewelry
    c)  Hobby Projects
    d)  Completed Education Projects
    e)  Memorial service video after viewing in the VR with the family

The inmate shall indicate a second option to either have the item sent out by a commercial carrier or destroyed in the event the item is not picked up within 30 days.
4.      Destroy.

NOTE: You must have money in your account to pay for shipping costs.

C.      State-Issued Items
Upon your transfer to WCI, you are issued an institution handbook, Red PREA booklet a resource list, and a padlock. You are responsible for all these items. Should any of these items be damaged, you will be held responsible for replacement costs. You should keep all valuable items secured in your footlocker. The institution will not be held responsible for items not properly secured (i.e., utilizing the padlock and locking the hasp with it) in your footlocker.

For rules regarding personal property, refer to your Personal Property & Clothing Policy, DAI 309.20.03.

## PROPETY- CLOTHING RULES

No oversized clothing is allowed. You are not allowed to wear multiple layers of pants, shirts, or coats except as outlined below.

**T-shirts (state issued and personal)**: Short-sleeved, green (state issued) or gray (personal) T-shirts may be worn as an outer garment within the institution. T-shirts must be tucked into pants

17

Bates 00086

at all times when outside of a cell unless specifically approved or designated.  T-shirts must be worn right side out. Oversized T-shirts will not be allowed.

All inmates must wear a T-shirt or a state-issued shirt on their upper body everywhere in the institution.  Tank tops, sleeveless shirts, undershirts and thermal undershirts will be worn as an undergarment only.

**Shirts (state issued)**: Button down shirts must be fully buttoned with the exception of the top button, which may be left unbuttoned.  Shirts must be tucked into pants at all times when outside of a cell.  Shirts must fit properly.  Oversized shirts will not be allowed.

**Trousers (state issued)**: State-issued trousers must be worn around the waist, above the buttocks, and must be zipped/snapped/buttoned at all times, and must be of proper size and length.  Inseams that extend below the heel of the shoe will not be allowed.  Questions should be directed to your Cell Hall Sergeant.

**Sweatshirt (personal)**: Sweatshirts may be worn as an outer garment within the institution. Sweatshirts may be worn on the outside of the pants and must fit properly.  Oversized sweatshirts will not be allowed.

**Coats (state-issued)**:  Inmates may request and possess one (1) properly fitting state-issued coat.

**Underwear (state-issued or personal)**:  Underwear must be worn so that it is not visible, either outside of or through clothing.

Any combination of heavy and light underclothing may be issued; however, if you elect to wear a heavy underclothing top, you must wear a state-issued shirt, T-shirt or sweatshirt over it.  A T-shirt, dress shirt, or sweatshirt must be worn underneath if wearing a jacket (winter or summer).

Special work clothing, including work shirt regulations, will be followed in shop and vocational training areas in compliance with the Occupational Safety and Health Administration (OSHA) standards.  These separate regulations are posted and enforced in these specific areas.  Food Services Workers must refer to the clothing rules posted in the Food Services area.

**Caps:**  You will be allowed to wear caps issued by the institution, purchased through the vendor Catalogs or religious caps only.  No names or insignia (gang-related materials of any type are also considered insignia) will be allowed on any caps.  Caps cannot be worn inside any building in the institution.  Caps will be placed on the head when exiting the building and removed immediately upon entering a building.  The following exceptions apply:

1. During a religious service only if they are part of that religious service.
2. Certain work assignments only if part of the work clothing.

Religious caps will only be worn in your cell and during a religious service.  Religious caps are not to be worn during movement to and from the religious service.

Only approved religious caps not offered in the vendor Catalogs may be purchased from an outside vendor. This must be approved by the Chaplain prior to making the purchase. Inmates desiring to do this should contact the Chaplain for a list of vendors of religious caps.  No hats or caps may be obtained from other inmates.  Some donated religious head coverings may be available from the Chaplain.

Bates 00087

Non state-issued personal clothing items are to be cleaned by you in your cell. Detergent may be purchased at the canteen. Other inmates are not allowed to clean or launder your non state-issued personal clothing items.

It is suggested that you clearly mark all of your personal property. Personal clothing should be marked with your name and number on the inside of the clothing item.

Your clothing and shoes are not to be altered in any way. If state shoes need repair, you must send an interview request to the Store. If clothing needs repair, you may send it to the institution laundry with an interview request form. Clothing, however, must have no patches. Clothing items with holes that have not been repaired or that are torn or frayed may not be possessed and are considered as damaged or altered property.

All shoes must be worn with the foot fully inside the shoe. When outside your cell, a single pair of shoestrings will be used and properly tied on all shoes designed to use them. Inmates must wear state issued boots or personal shoes (personal shoes do not include shower shoes or slippers) when outside your cell.

For more specific rules regarding personal clothing, refer to your Personal Property & Clothing Handbook and DAI Policy 309.20.03.

## PROPERTY- STATE ISSUED FOOTWEAR

You are required to have a pair of state-issued footwear in your belongings during your incarceration within the Department of Corrections.

Store personnel will be responsible for the issuance of inmate footwear in accordance with these rules. Records will be maintained by the Canteen/Store Officer of when and to whom shoes are issued. Any procedural questions should be directed to the Canteen/Store Officer.

State issued boots will no longer be automatically replaced after one year. Reasonable wear will be expected on every pair issued. Replacement shoes will only be issued when the Canteen/Store Officer determines that replacement is warranted. Your cell hall Sergeant or Officer must verify any other issues that you are having with the boots in order for them to be replaced. Scuff marks do not warrant replacement. This does not apply to special needs shoes issued by HSU.

Inmates arriving at WCI from other institutions with state-issued shoes will be expected to comply with all procedures in this handbook.

Inmates are expected to properly wear state shoes and maintain sole possession of the shoes. Inmates may be charged restitution for lost or intentionally damaged state shoes.

No special issue of shoes is allowed for medical trips, court dates, weddings, etc. WCI shop inmates, whose shoes are subjected to heavy soiling or abuse, may be allowed used shoes or rubber boots to protect their state-issued shoes. These can be obtained by having the Shop Supervisor submit a departmental request to the Stores Department.

To receive new shoes, submit a Request for Interview (DOC-643) to the Canteen/Store Officer, listing your name, DOC number, housing unit, cell number, and the nature of the request. The Storekeeper will issue shoes approximately once each week. The Storekeeper will send out passes to inmates to come to the Store area where correct size and fitting will be determined. Old shoes must be turned in before receiving a replacement pair.

19

Bates 00088

All inmates are required to wear state-issued clothing, including footwear; anytime they leave the institution.

## INMATE STATUSES AND ASSIGNMENTS

DAI 309.55.04 Mandatory Education will dictate institution assignments and the references below will be considered after meeting the requirements of the policy.

A.  Voluntary Unassigned
    Inmates who are not willing to accept any work, education, or paid treatment program assignment will be placed in Voluntary Unassigned status. Inmates placed in this status will not be paid an institution wage. Inmates in this status will not be allowed to attend Library (except Law Library if a documented legal need exists), Structured Recreation, Fine Arts, Hobby, Music, or Chapel Studies. When only one religious activity/service is offered for a particular umbrella group, inmates in Voluntary Unassigned status will be allowed to attend that activity/service. Inmates will remain in their cells except for visits, meals, and non leisure-time passes.

B.  Involuntary Unassigned
    Involuntary Unassigned is a paid status. Inmates who are willing to accept any assignment but who have not been assigned, will be in this status. Inmates in Involuntary Unassigned status may occasionally be called on to work.

C.  Change from Voluntary to Involuntary Unassigned
    Inmates in Voluntary Unassigned status may request a change from Voluntary Unassigned to Involuntary Unassigned after being in Voluntary Unassigned for a minimum of 90 days. A request for reconsideration of this status may be made by submitting an Inmate Request for Interview/Information (DOC-643) to the Work Assignment Committee.

D.  Badger State Industries
    1. Since January 1, 2009 documentation of High School Diploma or Equivalency Degree is required before inmates will be considered for hire into Industries Shops.

    2. Information about base pay, overtime pay, incentive pay, and other employment provisions is available in the Badger State Industries Handbook

    To be considered for employment in one of the BSI Shops, you must send an Interview/Information Request to BSI Shops and an application will be forwarded to you.

E.  Institution Work Assignments
    In order to be considered, you must make contact with the supervisor of the area in which you want to work. The supervisor will be looking at your entire situation, including behavior, work performance, program involvement, nature of offense, and sentence structure. If you have any questions as to why you were not hired you should contact the person that signed the DOC-1408. Refer to your Institution Resource Guide for the contact information

F.  Education
    The DAI Policy 309.55.04 Mandatory Education will govern enrollment decisions. If you are interested in further education and training, the Education Department offers remedial, high school equivalency, vocational, and college programming. If you are interested in educational improvement during your stay, take the opportunity to discuss your interests with the School Counselor. Temporary inmates (i.e., those approved for

20

Bates 00089

transfer to another institution) will not be placed in full-time educational assignments without special permission from the Education Director.

G.   Transferring Assignments
You may request transfer to another institution assignment after 60 days of satisfactory performance in work or school.

H.   Loss of Assignment
If you refuse, quit, or are recommended for removal from a work or program assignment, you will be placed in Voluntary Unassigned status.  Refer to DAI 309.55.01 Inmate Compensation Plan for further information.

I.   Lay-In and Sick Cell Status
Lay-In is a non-paid status indicating the inmate has been excused from his or her work or program assignment until the next work or program day at the discretion of the assignment supervisor.  Inmates on lay-in will be on room confinement until the start of next work or program assignment.

Sick Cell is a paid status at involuntary unassigned rate.  Sick cell status must be established by Health Service staff.  HSU will determine directions regarding activities for sick cell and it will be communicated per form DOC-3332B. Refer to DAI 309.55.02 Lay-In and Sick Cell Status for more information.

J.   Release from Disciplinary Separation
Inmates who have received a disposition of 1 to 179 days of disciplinary separation will be eligible for the hire list upon release from the status but not less than ninety (90) days from the date of disposition.

As with Involuntary Unassigned status, you are eligible to attend weekday, daytime leisure activities.

K.   BHU Program Inmates
Inmates in the BHU program will be paid as a BHU student even if they work outside of the unit, the work will be considered part of their programming.

## INMATE COMPLAINT REVIEW SYSTEM

 The purpose of the Inmate Complaint Review System (ICRS) is to provide inmates in adult institutions a process by which grievances may be expeditiously raised, investigated, and decided. The ICRS is a confidential process.

The Administrative Rule governing the ICRS is DOC 310, Wisconsin Administrative Code, and is available in the Library to provide further information on the proper procedures.

All necessary forms for ICRS use are available in the housing units. In cases where the housing unit experiences a shortage of forms, inmates may write and request the necessary forms from the Complaint Department. The forms are titled:

***Offender Complaint (DOC-400)***
***Request for Corrections Complaint Examiner Review (DOC-405)***
***Request for Review of Rejected Complaint (DOC-2182)***

If a submission does not meet the filing requirements listed on the back of the Offender Complaint form (DOC-400), it will be returned to the inmate with a Return of Complaint Materials

21

Bates 00090

letter (DOC-2058). The DOC-2058 explains the reason(s) for the return and will include directions to follow.

The Return of Complaint Materials letter is not a rejection of the complaint. In most cases, the complaint submission is correctable and the original DOC-400 can be resubmitted after corrections are made. If there are questions about any specific complaint return, you may write the Complaint Department for further information.

The filing requirements set forth by DOC 310 do not change. Therefore, the complaint submission cannot be accepted until the filing requirements are met.

Complaints filed by an inmate or group of inmates must (additional instructions are located on the back of the Offender Complaint form):

     a) Be typed or written legibly on forms supplied for that purpose;
     b) Be signed by the inmate(s);
     c) Not contain language that is obscene, profane, abusive, or threatens others, unless such language is necessary to describe the factual basis of the substance of the complaint;
     d) Be filed only under the name by which the inmate was committed to the department or the legal name if an inmate has had a name change;
     e) Contain only one issue per complaint, and shall clearly identify the issue.
     f) Be filed within 14 calendar days from the date of incident or occurrence. The ICE may waive this time limit for good cause.

The complaint system should be used when problem solving efforts after following the 1st / 2nd level in the chain of command on the Resource List are not successful. Keep in mind that use of the Resource List in no way extends the time limits for filing a complaint; you must still file within 14 days from the date of occurrence giving rise to the complaint. If you have written someone on the Resource List before filing a complaint, state that in your complaint and/or submit any response you have received from a staff member with the complaint regarding your issue.

When a complaint submission is reviewed, the inmate may be directed by the ICE to attempt to resolve the issue prior to the acceptance of the complaint. If directed by a Return of Complaint Materials letter to contact a specific staff member, please wait a reasonable amount of time for a reply before resubmitting the complaint. You must include any pertinent correspondence from staff member with the resubmission and you must resubmit the ORIGINAL complaint form.

Complaints that raise health and personal safety issues may be accepted even if over the limit. The ICE may waive this limit for good cause.

If a complaint is filed that challenges the non-delivery of mail or the seizure of personal property, Hobby property or Music property, it is the responsibility of the inmate to send an interview request (DOC-643) to the appropriate area, i.e., Property Department/Hobby Department/Music Department, to notify staff of the accepted complaint number assigned. This process will ensure that the property is held until a final decision is made through the ICRS.

The inmate should notify the Complaint Department in writing if a complaint has been resolved or if he chooses to withdraw a complaint.

When the ICE makes a recommendation to the Reviewing Authority, and an inmate is dissatisfied with the Reviewer's Decision, the inmate may appeal that decision by filing a written request for review with the CCE on forms supplied for that purpose. If you filed your appeal with the CCE and you receive a copy of the CCE Recommendation and Secretary's Decision,

22

Bates 00091

administrative remedies are exhausted. Appeals to the CCE must be sent directly to the CCE via U.S. Mail at:

**Corrections Complaint Examiner**
**Department of Corrections**
**P.O. Box 7925**
**Madison, WI 53707-7925**

REJECTIONS: An inmate may appeal a rejected to the appropriate reviewing authority who shall only review the basis for the rejection of the complaint. The reviewing authority's decision is final. The CCE cannot review appeals of rejected complaints. Appeals of rejected complaints may be sent directly to the Complaint Department.

## STAFF REPRESENTATIVE FOR CONTESTED MAJOR HEARINGS

The Warden/designee assigns staff representatives (formerly known as advocates), and such services are provided in accordance with DOC 303.83.

## MAIL

The institution will handle mail in accordance with DOC 309.04.

A.     Incoming Mail
Non-exempt incoming mail will be opened and examined for contraband. Should you find contraband in the incoming mail, it is to be immediately turned over to the Cell Hall Sergeant who, in turn, will complete a DOC-237.

In order to ensure delivery of mail to the proper individual, you must notify your correspondents of the following address that must be used:

Your full name and DOC number
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963-0351

Cashier's checks and money orders must be sent directly to the Business Office. They will be recorded and deposited in your account. A receipt will be forwarded to you. Personal checks and cash will not be accepted and will be returned to the sender.

Cashiers checks and money orders must be sent to the following address only:

Your full name and DOC number
WCI Business Office
P.O. Box 247
Waupun, WI 53963-0247

When ordering items to be sent to you via U.P.S./Federal Express, the proper address is:

Your full name and DOC number
Waupun Correctional Institution
396 S. Drummond St.
Waupun, WI 53963

23

Bates 00092

Commercial carriers will not deliver to a post office box. Your number is essential due to a number of inmates with similar names.

Exempt Correspondence: See DOC 309.04 Wisconsin Administrative Code or DAI Policy 309.04.01 Inmate Mail.

B.    Outgoing Mail
Mail going to inmates/patients in any correctional or treatment facility will be inspected prior to being sent out. Inmate-to-inmate or inmate-to-patient mail must be submitted for mailing unsealed. In this manner, staff may determine content without damage to the envelope. If the envelope is submitted sealed, it will be returned to the sending inmate unopened. Attempts to mail personal property (e.g. photos, etc.) to another inmate may result in disciplinary action.

All outgoing mail must have a return address:

Your full name and DOC number
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963-0351

All first class mail must be sent by using embossed envelopes. If additional postage is necessary, a money disbursement may be used for additional postage. Inmate money disbursements may not be used alone for postage, except in cases of legal mail, certified, registered, overseas airmail, greeting cards, manila envelopes, or when postal rates change. If you do not have sufficient funds to cover the additional postage, the items will be returned to you.

It is recommended that you insure packages mailed from the institution or that commercial carrier mailing may be requested. If a commercial carrier is used, the package is insured for $100.00 of value. You may request additional insurance for packages valued at more than $100.00.

All interview requests to any department should include your Housing Unit, cell number, as well as your name and DOC number. You may not seal your institution mail with any substance, such as tooth paste, etc.

## TELEPHONE CALLS

Telephone calling procedures will vary with the area in which you are housed. You are not allowed to use the telephone to call a staff member, institution volunteer, make a third party call, or make threatening, harassing, illegal, intimidating, or other similar types of telephone calls to any individual or corporation. You may not use any PIN number other than your own. Making repeated, random telephone calls to members of the public is not allowed. Your DOC number is your PIN.

The cell hall telephones will be activated at 8:00 a.m. each day and passed out after the breakfast meal is completed for that area. They will be shut off each night at 8:00 p.m.

Problems with telephones are to be reported to the Cell Hall Sergeant, not the tier tender. Telephone calls will not exceed 30 minutes in length per cell.

24

Bates 00093

Tier tenders will move telephones every 30 minutes as they make a round of the ranges. Only tier tenders and officer staff are allowed to pick up and/or pass telephones.

The telephone base is to remain on the range and is not to be placed on the bars nor taken into the cells. Only the telephone handset is allowed to be taken into the cell. Note: In the North Cell Hall the base may be set on the trap door.

The telephone handset will be returned to the telephone base when exiting your cell.

Tier tenders will remove all telephones from the ranges ten (10) minutes prior to any mass movement. Mass movement includes recreation, meals, and showers.

Special phone calls may be arranged through your social worker in exigent circumstances if verification of these circumstances can be obtained.

## MONITORING AND RECORDING OF OFFENDER TELEPHONE CALLS

All inmate personal telephone calls, other than properly placed attorney calls, may be monitored and recorded.

Monitoring and recording consists of:
- Interception of the inmate's call by a person(s) designated by the Warden and consistent with DOC 309.
- The listening to recorded conversations by a person(s) designated by the Warden and consistent with DOC 309.
- Information that will be recorded from telephone calls will be the DOC number, inmate name, date, time, destination number, and duration of the call and the telephone conversation.

The contents of an intercepted and recorded conversation shall be divulged only as necessary in accordance with DOC 309.

Approved and authorized properly placed attorney phone calls will not be monitored or recorded.

## HEALTH SERVICES UNIT

A. Procedure to obtain medical services:
1. Obtain a Health Service Request form DOC-3035 from the officer in your housing unit.
2. Completely fill out your name, DOC number, housing unit, cell number, and date at the top of the form.
3. Provide a brief, but specific, description of your problem (i.e., sore back, toothache, request to review medical file, etc.) in area provided; do not write in lower area.
4. Attach a completed Disbursement Request to the Health Service Request. If you do not have a Disbursement Request to attach to your Health Services Request, a Disbursement Request will be provided to you upon arriving at Health Services.
5. Place the completed form in the Health Services Request box located in each cell hall. The only exceptions are for those inmates housed in the Segregation Unit. Due to the nature of this area, the Officers are responsible for placing the

25

Bates 00094

Health Services Requests in the box. The Health Services Unit (HSU) is not responsible for Health Services Requests handled any other way.

6. Health Service Requests are picked up at 7:30 a.m. by HSU staff, 7 days a week. A nurse reviews the requests and either schedules an appointment, sends a written response, or forwards the request to other staff (i.e., dental, optical, medical record reviews, medication reviews, etc).

7. You will be charged $7.50 for each inmate initiated Health Service Request that results in a face-to-face assessment by a health care provider. This includes medical, dental, psychiatric and optical visits. You will not be charged a co-payment for appointments initiated by a health care provider or for referrals from one health care provider to another.

B. Appointments

1. You will initially be seen by a registered nurse. If the nurse determines it is necessary, an appointment will be scheduled with the physician. Referrals to outside specialists are made only if the physician deems it necessary.

2. Normal HSU business hours are 7:30 a.m. - 3:00 p.m., Monday through Friday, excluding holidays.

3. Unless your medical need is determined to be an emergency, an appointment is scheduled approximately 3-5 days after the Health Services Request is received.

4. Medical emergencies will be handled as they arise. A medical emergency is defined as an unexpected, serious happening demanding immediate medical action. If you have a genuine medical emergency, notify your Housing Unit Officer or Shop Officer who will then contact the Health Service Unit. The on-duty nurse will determine whether or not a medical emergency actually exists. If you are unable to report to the Health Services Unit, medical personnel will come to your aid.

C. Special Needs Committee
Inmates requesting a special need (i.e. low bunk, extra pillow) must submit a request to the Special Needs Committee for review. HSU no longer gives permission for special need items. Any renewals of current special needs must go through the Committee. Use a Health Service Request Form to submit request to Special Needs Committee. Medical needs/restrictions from other institutions may or may not be valid at WCI. You must contact the Special Needs Committee for review of your need.

D. Medical Record Review
Inmates may request a medical record review by submitting a health service request to HSU. HSU will respond to request within 10 working days. Medical record review will be scheduled within 30 days of request. Inmate will be scheduled for a 30 minute review in HSU or in Segregation visiting cells. Inmate will be provided with writing utensils and post-it notes to mark pages that he wishes to have copied. Inmate will complete a Disbursement Request to cover the cost of copies. Inmate will be sent requested copies within two working days of review if there is enough money in account to cover disbursement. There is to be no talking to other inmates during medical record review. Questions regarding items in medical record should be submitted on a health service request to HSU.

E. Medical Alert Bracelets
Medical alert bracelets are available through the Health Services Unit. If you have diabetes, seizure disorder, bee sting allergy, asthma, or another chronic medical illness that may render you unable to communicate, HSU will provide you with a medical alert bracelet. Notify HSU if you are interested in receiving the bracelet. There is no cost associated with the program.

Bates 00095

F. Miscellaneous
1. If medical staff issue you a medical restriction/special needs slip, you must post the slip on your cell wall on the painted square, visible for staff to see during a cell search. Failure to post this slip may result in approved items being removed from the cell.

2. Sick cell vs. Lay-in: Inmates not feeling well may request a lay-in without seeing HSU. Follow DAI P&P 309.55.02. Inmates requesting lay-in for third consecutive day must be seen by HSU.

3. TENs (Transcutaneous Electrical Nerve Stimulation) units are controlled by security. If you are prescribed a TENS unit you are able to request their TENS unit during medication pass times only. The hours that they are available are from 8am to 8pm.This means they cannot be requested before 8am or checked out after 8pm. Each use will last a maximum of one hour. Once the hour is completed, security will recollect the unit. If you manipulate the device in any way you will be charged restitution per policy and you will not be allowed continued use of the device.

4. C-pap cords. It is important that if you have a c-pap machine that you keep control of your c-pap cord. When you are not utilizing the c-pap you should lock the cord inside the inmate locker within your cell. If you leave the c-pap cord out and it is stolen or lost you will be responsible for purchasing a new one.

5. Medical ice is ordered by HSU for acute injuries. The special needs form will be completed and the interventions will be added to WICS if ordered. Ice will always be delivered in the sandwich sized zip lock bags. One scoop of ice per a bag is the maximum amount allowed. If you have multiple injuries that need ice, then you will be provided a bag per each injury and one scoop of ice per each bag.

6. Any medication not purchased through canteen, is not allowed past the contraband control building. Inmate workers are allowed enough Tylenol/Ibuprofen for that work day only. Any non-controlled medications received from HSU (including Dental) during an appointment must immediately be taken back to your housing area, prior to returning to any job assignment. This includes but is not limited to, pills, capsules, ointments, creams and lotions.

G. Optical Services
1. A pair of state eyeglasses is provided every two (2) years per your request. An eye exam must be completed before ordering new glasses. A co-pay will be charged for the eye exam. If your prescription changes before that time, a new pair will be issued.
2. Replacement or repair of eyeglasses will be provided only if they were damaged while working for the institution. Replacement or repair due to the eyeglasses being lost or broken during recreational activities, etc., is at your own expense. When you request this, you will be notified of the cost and you will be required to send a Disbursement Request (DOC-184) before the replacement or repair is ordered.
3. The institution is not responsible for personal eyeglasses. Inmates may make requests for a minor repair such as a lost screw.
4. Contact lenses are allowed only if medically necessary.

H. Dental Department
Cleanings are done no more than once per year. They are not automatically scheduled. You must request a cleaning to be placed on the waiting list.

27

Bates 00096

Your dental needs were identified at DCI's (Dodge Correctional Institution) examination and discussed with you. A $7.50 co-pay is charged for all dental services that you request. Each of your dental needs identified at DCI, are subject to a co-pay whenever you request this care. If you were scheduled to receive a procedure at DCI and it did not get completed before you were transferred, you need to request the procedure again at your next institution, and a co-pay will be charged.

While your dental needs are identified at DCI, the dentist who is actually treating your dental need is the person who determines how that dental need will be treated. The treating dentist also determines how many procedures can be done per visit, so that you get the best quality care possible.

Dental Clinic Hours: The Dental Clinic is open Monday through Friday from 7:30 a.m. to 4:00 p.m.

How to get an Appointment: Send a yellow Dental Service Request (DSR) to the Dental Clinic. DSR forms are located on your housing unit. Do not use the blue Health Service Request (HSR). Completely describe your dental problem, so the dentist will know how to help you. Place the DSR in the Health Services Request box in each cell hall. Wait for a written response from the Dental Clinic.

About Dental Service Requests (DSR): Due to the large number of dental requests, you may have to wait several months on a waiting list to get routine dental appointments or teeth cleanings. Being on a waiting list does not prevent you from being transferred or released.

If you have an urgent dental need, the dentist will contact you for an appointment as soon as possible.

Urgent Dental Needs:
Severe dental pain that keeps you awake at night, broken jaws, bleeding that does not stop, swelling of your jaws, gums, or throat. If you have an urgent dental need tell the housing unit officer.

Non-urgent Dental Needs:
Broken fillings, chipped teeth, decayed teeth, bleeding gums, problems you have had for a long time.

Co-pays:
A co-pay of $7.50 is charged to your account each time you are seen by Dental when you request it. There is no co-pay for emergency (life-threatening) dental needs. There is no co-pay if dental requests to see you. Dentures and root canals take more than one visit to complete. You will be charged a co-pay for the first visit only.

I.    Staying Healthy in Prison
Being in prison can be both a difficult time and an opportunity for change. Some inmates go through prison with relatively few emotional problems or hardships, while others may feel emotional stress, grieve losses, or have other mental health problems.

Here are some ways you can help yourself to avoid mental health problems.

Ways to Stay Healthy:
- Stay in contact with family and friends.

28

Bates 00097

- Find those within the institution you can trust and talk to whether they are other v inmates or staff members.
- Read as many books as you can.
- Write down your ideas. You can write your family, create fictional short stories, or write poetry.
- Get an education or skill.
- Take treatment and programming seriously.
- Go to recreation.
- Take every opportunity to become involved in work.
- Stay away from trouble. Make good choices of who your friends are.
- Determine to change your life completely so that you never have to spend time in prison again.
- Think about how you can make a difference in someone else's life.
- Take pleasure in small things.

Prison Can Be a Time for Positive Change. It can be a time to:
- Re-evaluate your priorities
- Set goals for your life
- Strengthen spiritual and moral beliefs
- Change the way you relate to loved ones
- Get your mind clear of alcohol and drugs
- Get better control of your moods
- Get in better physical shape or improve your health
- Obtain formal education
- Educate yourself through reading
- Learn new job skills

If You Get Bad News from the Outside:
You may get news about an illness or death of a family member, notice of a divorce or break-up from a partner, get a long sentence for a new charge, or have your appeal denied.

Depending on your personality, you may prefer to keep such news inside and "work it through." Or you may prefer to share the news with others and "talk it out" with family, friends, other inmates, or officers on the unit. Both styles can work just fine to help you accept the news and make constructive plans for what comes next.

However, if the news feels as if it is "too much" or you find that it is hard to get your mind off of it, you may need additional help. Psychological staff, your social worker and the chaplains are trained to help in such situations. Feel free to contact these staff if you feel that you are having trouble coping or need assistance.

## PSYCHOLOGICAL SERVICES

The Psychological Services Unit (PSU) provides treatment, evaluations and referrals for individuals with mental health and emotional problems. Psychological evaluations are provided based on staff request or when determined appropriate by PSU staff. Crisis intervention is provided for individuals experiencing acute mental health problems such as having suicidal thoughts. PSU responds to all other inmate requests for services based on the priority of that request. Request for Psychological Services should be submitted on the green Psychological Services Request form (DOC-3035B). A brief detailed description of the reason for the request

29

Bates 00098

for services is required.  PSU provides both group and individual therapy on a limited basis depending on the availability of PSU staff.

Psychologists vs. Psychiatrists:
If you want to be seen for "talk" therapy/counselling or other non-medication issues related to your mental health, you should contact the PSU department by filling out a green Psychological Services Request form.  Your request will be forwarded to your assigned psychologist.

If you need to be seen for an issue related to a medication (for a mental health issue) that you are *already taking*, you should contact the Health Services Unit (HSU) department by filling out a blue HSR form, and address it to the psychiatrist.  You will not be charged a fee for meeting with the psychiatrist.  However, please note that *if you are not already on a medication, you will need to submit a PSR to see your psychologist* in order to determine whether it is appropriate to refer you to a psychiatrist.  HSU will not schedule you with a psychiatrist unless you are already on a medication or referred by your psychologist.

Psychological Services Request (PSR):
If you feel you need to see your psychologist or to contact them for another reason, please fill out a Psychological Services Request form. These forms are available in each of the housing units. Fill out the top portion of this form including your name, DOC number and location and use the space provided below to specify the issue you're seeking to have addressed. Please DO NOT write in the lower portion of the PSR, which is reserved for your clinician or other appropriate party to respond to you.

It is recommended that you specify the issues you would like addressed so that your psychologist can respond appropriately.  Please be aware that your request will be triaged by staff, and then forwarded to your assigned psychologist (unless it is deemed an emergency or crisis situation- please see below).  The pink copy of the Psychological Services Request form will be returned to you with a response from PSU staff. Do not tear off the pink copy before you send the request to PSU.

Psychological Services File Reviews:
You may request a record review by first submitting a PSR to PSU and checking "Request for PSU record review." The review will be scheduled within 30 days of receiving the request. Each inmate is scheduled for a 30 minute review of their file which takes place in either SSD or the RHU building depending on where you are housed. You will have an opportunity to mark which pages you wish to have copied and will complete a disbursement request to cover the cost of those specified copies, which will be sent to you after the file review if you have sufficient funds to fulfill this request. Questions regarding items in the record should be directed to the PSU OOA overseeing the file review, which are them redirected to the receiving clinician for response. Inmates may also direct their questions to their clinician independently by filling out a PSR.

Psychological Emergencies/Crisis:
If you are having thoughts of suicide or harming yourself, please notify staff immediately and the first available PSU staff will respond to assess your safety.  However, please be advised that PSU staff cannot provide immediate response for non-crisis situations; you should submit a PSR describing your issue and you will be scheduled as appropriate.

Clinician Assignment:
Inmates with identified mental health needs (who have a Mental Health code of MH=1, MH=2A, MH=2B or ID) will be assigned a clinician. Inmates do not get to choose their clinician. If you have concerns about the services your clinician is providing, the first step is to express these

30

Bates 00099

concerns to the clinician. Most of these concerns can be resolved in this manner. If the clinician believes there is a specific need or a reason that you should be assigned to a different clinician, that clinician will discuss the issues with PSU Supervisor.

Available Treatment:
PSU does not provide programming, such as Anger Management, Thinking For A Change, etc., but may offer various treatment groups. These are not the same as program needs that may have been identified for you, which may be met through groups run by the social work department. Please contact that department for any questions related to your program needs. At any given time, PSU may offer treatment groups in the following areas: Dialectical Behavior Therapy (DBT), Lifers Group, A/C Group, Anxiety and Depression, Coping Skills, etc. However, be aware that depending on staffing levels and other factors, not all groups may be offered at any given time.

Wisconsin Resource Center (WRC) Referrals:
The Wisconsin Resource Center (WRC) is a mental health treatment facility. Referrals to WRC are made only by PSU staff. If your treatment needs are such that a placement at WRC is appropriate, your clinician may discuss it with you, and will make the referral. Typically, referrals to WRC are not made prior to significant treatment efforts being made on the part of the inmate in cooperation with their clinician at WCI.


## SUICIDE PREVENTION

Suicide in prison occurs at a higher rate than in the community. Overall, it is the third leading cause of death in prison, behind natural causes and AIDS. Yet suicides are only part of the problem. For every suicide in prison, there are many more attempts that do not result in death. These attempts have considerable cost in terms of psychological distress to those who make the attempt or witness it, physical injury, the need for medical care, and disruption of the housing unit.

Warning Signs of Suicide:
Studies show that in the majority of inmate suicides, some type of warning or sign was given to other inmates or staff in the preceding days. Warning signs could include:
- Talking or writing about death, dying, or suicide
- Making indirect references to suicide ("I won't be here when you wake up")
- Giving away possessions or writing a will
- Saying goodbye or making unexpected apologies
- Saving or stockpiling medication
- Becoming isolated or withdrawn

What Do You Say:
If there is another inmate whom you suspect is suicidal, here are some tips on how to respond:
- If you know the other inmate, make a friendly inquiry about how he or she is doing.
- Be direct. Talk in a matter-of-fact manner about suicide if the topic comes up. Don't act shocked.
- Be willing to listen. Don't debate whether suicide is right or wrong, or lecture on the value of life.
- Don't dare him or her to do it.
- Don't be sworn to secrecy.
- Contact staff at the earliest possible moment. If you believe an attempt is coming soon, contact staff right away, because even a few moments can make a big difference.

Refer to your brochure titled, "Suicide Prevention" for further information.

31

Bates 00100

# SOCIAL SERVICES

You are assigned a Social Worker based on the last digit(s) of your DOC number. Your Social Worker will initiate contact with you for standard services such as: Reclassification, Parole Commission reports, case planning and release planning. It is your responsibility to communicate other specific needs to your Social Worker by submitting an Interview/Information Request. Please be specific on these requests as to what you are requesting.

Contact should be made with the Social Services Office Operations Associate (OOA) for information regarding attorney calls/visits and court calls. For attorney calls or visits, your attorney must initiate contact with Social Services Department to make an appointment. The phone number that you may provide to them is 920-324-5571. You will be sent a notice when a call or visit has been scheduled. For Court Hearing calls or Video Court, send a copy of your "notice to appear" to SSD, Attn: OOA. The OOA will make a copy, send the original back to you and then the arrangements will be made with the Court and you will be sent a notice verifying the arrangements. On other occasions, the Court will contact the institution to schedule a hearing by phone or Video Court.

Contact your Social Worker if you want specific information about enrolling in a program offered by the Social Services Department. Placement into programs is prioritized by dates of release.

Programs offered at this time include:

Anger Management
T4C-Thinking for a Change (will fulfill the need for CGIP/Cognitive Interventions Program)

COMPAS:
By the end of 2017, all inmates will have been asked to participate in a COMPAS assessment and to create a Unified Case Plan (UCP) with their Social Worker. COMPAS is a tool used to assist in addressing Risk of Recidivism and Criminogenic Needs. The first step is an assessment in which the Social Worker will input information from your file and criminal history. The second part of the assessment is your input. There are a series of questions you will be asked. You are strongly encouraged to participate in this process. If you refuse, you will not be allowed to participate in treatment programs. This refusal will also be noted by the Reclassification Committee and the Parole Commission.
Information from this assessment will be utilized in the second step of the process, which is creation of your individual case plan. This case plan will be updated periodically throughout your incarceration and also during parole supervision.

Criminogenic Needs and Risk:
Criminogenic needs are needs identified from a COMPAS assessment which relate to criminal behavior. This information may influence your program assignments.

COMPAS provides scores which identify your risk of re-offending; and if you do re-offend, the likelihood of this being violent. The results will be discussed with you, however you will not be given a written copy of the assessment narrative or the bar chart.

Unified Case Plan:
Following the completion of the COMPAS assessment, a Unified Case Plan (UCP) will be developed with your social worker. The UCP will set goals and tasks for you to work on. As this is your Case Plan, it is important that you be involved in creating it. You will receive a written copy of your Case Plan, which should be placed in your blue portfolio.

Bates 00101

<u>Reentry Assessment:</u>
The Reentry Assessment is completed within nine months of your release to the community. You will work with your social worker in completing this. The information will be used by your agent in developing your supervision case plan.

<u>Confidentiality:</u>
Information within COMPAS is accessible to authorized staff and will only be viewed on a need-to-know basis.

## RECLASSIFICATION COMMITTEE

Your custody, programs, and placement will be reviewed by the Reclassification Committee (formerly Program Review Committee, PRC) at least once every twelve months. This process is done in accordance with the Wisconsin Administrative Code, DOC 302. Your Social Worker will meet with you about a month prior to your recall date in preparation for this Reclassification review. The Reclassification Committee will be considering factors included in DOC 302.07, including but not limited to: your current/past offenses, length of sentence, motivation for committing the crime, attitude regarding the offense, behavior, length of time in a particular custody level, time served, medical/clinical needs, risk to others, program participation, pending legal matters, and possible vulnerabilities. You must indicate to your Social Worker whether or not you wish to appear before the Reclassification Committee or waive your appearance, and if you have any requests.

Inmates may request an early Reclassification Hearing by requesting the DOC-2212/Early PRC Hearing Request form from your Social Worker. Describe on the form the significant change that you believe affects your custody level, program assignment, or institution placement. Once the form is completed, forward it to your Social Worker. Please remember that even if there is a change in one of the factors listed on the DOC-2212, there may not be a need for an early review. The Reclassification Committee will review the request and make a final decision on the need for an early review.

The Reclassification Committee consists of an Offender Classification Specialist (OCS) and at least one other designated institution staff person. At WCI, the Committee includes the OCS, and usually the Social Services Director and the Education Director (or their designee), and a Security Supervisor.

Inmates may request an Administrative Review of the Classification decision pursuant to DOC 302.18 by filing a current DOC-1292 Administrative Review of Classification Decision form within 10 days of receipt of the final decision. Administrative Reviews are based on erroneous information, not disagreement with custody and/or placement recommendation. These forms are available in the cell halls and from the Reclassification Office or your Social Worker.

## EDUCATION

 The Education Department provides the opportunity for inmates to pursue academic, vocational, and college programming through correspondence. These include: Adult Basic Education (ABE), Wisconsin Technical College System (WTCS) classes, and University Programming. The ABE and WTCS classes are offered by WCI staff. The WTCS programs and classes are certified through Moraine Park Technical College (MPTC) and lead to a diploma. Postsecondary degree programs may be pursued through various accredited universities and colleges that are subject to approval by the education department.

33

Bates 00102

If you wish to participate in school, you must write to the school office to be put on the waiting list. You will be called to the school for assessment testing. Incoming students are placed in classes according to academic abilities, individual needs, goals, interests, housing units, and release date. A waiting list is maintained, sorted, and prioritized according to designated educational needs and release date.

Academic and vocational classes operate Monday through Friday from 8:00 a.m. until 10:50 a.m. and from 1:00 p.m. until 3:50 p.m. Each class period is 55 minutes with many classes in blocks (2 periods). The school operates on the institution's North/South schedule and follows the Food Service work schedule. For example, in week one North attends on Monday, Wednesday, and Friday, with the South on Tuesday and Thursday. That schedule reverses in week two, and so forth. Vocational shops are scheduled for all day and every day.

Academic Primary Needs are divided into three areas: Adult Basic Education, Pre GED, and GED. Adult Basic Education focuses on developing reading and math skills. As you progress, reading/language arts, social studies, science, and math are subject areas used to develop and build skills needed for GED/HSED completion. Various teaching methods and audio-visual assistance are used in the classroom. Some of these methods are: Individualized help, small group discussion, computer-assisted instruction, videos, interactive computer software, textbooks, and/or workbooks.

A. General Educational Development (GED)/High School Equivalency Diploma (HSED)

The GED areas are Mathematics, Reasoning Through Language Arts, Science, and Social Studies. HSED programming includes the GED areas in addition to Heath, Citizenship (Civics) and Employability Skills.

B. Vocational Programs-- Building Maintenance and Construction

The one year program in Building Maintenance and Construction is a WTCS diploma level program offered by WCI with the diploma issued by Moraine Park Technical College (MPTC). Students learn repair skills in the areas of electricity, plumbing, carpentry, and custodial services. These skills prepare one for a job in hotel maintenance, apartment or condominium maintenance, hospital housekeeping, or office custodial services.

Students must complete the academic core WTCS related courses in Communications, Workplace Success Strategies, Student Success, Math, Keyboarding, and Computer Literacy. After completing the program, the inmate may work with the institution's maintenance department, other institution departments, or Badger State Industries.

Entry Requirements:
a) Good disciplinary record. No major conduct reports in the last year.
b) A medical rating which allows the inmate to work at any assignment, and he must be able to lift and carry 50 pounds.
c) Ability to kneel, stoop, reach above the head, and stand for long periods.
d) Ability to learn and apply mechanical principles and repair techniques easily.
e) Ability to use good judgment in planning sequences of operations.
f) Ability to apply procedures carefully and perform to prescribed work standards.
g) Tolerance to solvents and cleaning aids.

34

Bates 00103

h) A minimum score of 9.0 in math, reading, and language on the TABE Level D test or a comparable test.

Program Duration:    Eight (8) to eleven (11) months.
Program Entry:       Weekly.
Program Outcome:     Moraine Park Technical College (WTCS) diploma.

C.    Vocational-Related Courses
All WTCS one-year diploma programs require students to complete certain related courses. The courses required by the WTCS for most one-year diploma programs are Communications, Workplace Success Strategies, Student Success, Math, Keyboarding, and Computer Literacy. Inmates planning to enroll in vocational programming at other custody level institutions may begin their education by enrolling in these courses. These courses are offered at other security levels so inmates may continue in the course if they do not complete the course at WCI. All diploma-level credits earned through MPTC may be transferable between WTCS colleges.

D.    College Correspondence Programming
Entry requirements include possession of a high school diploma or equivalent, reading level of at least 10.0 on the TABE level D or A test and the ability to pay the cost of the course and related fees. Courses that are not accredited through the Advanced Accreditation Association will not be approved by the Education Director. If you meet the qualifications and want additional information write to the Education Department.

E.    Testing and Evaluation
To provide periodic testing and evaluation, the following testing procedure is established. The WCI Educational Department will follow the mandates and requirements for testing and evaluation of school students as specified by the Department of Corrections-Office of Education, TABE Test Examiner's Manual, GED Examiner's Manual, Wisconsin Department of Public Instruction HSED Test Guidelines, and Wisconsin Technical College System test guidelines, specifically, Moraine Park Technical College. For those involved in approved correspondence courses, test proctoring will be provided.

F.    Transcript and/or Test Score Requests
Inmates requesting a copy of their HSED transcript or a copy of their TABE or other academic test scores should submit a Money Disbursement Request for the copies. The cost of copies is $0.15 per copy.

Inmates completing a degree from Moraine Park Technical College must contact MPTC directly at the following address and must pay the MPTC transcript fee.

Registrar
Moraine Park Technical College
235 North National Avenue
Fond du Lac, WI  54935

Those completing college programming must contact the Registrar at the college for transcript copies. Transcript fees vary from school to school.

Bates 00104

**VISITING**

Hours of Visiting:  2:00 pm to 8:30 pm Monday, Thursday, Friday, Weekends & Holidays

<u>There are no visits on Tuesdays and Wednesdays</u>

Amount of Visiting      Three (3-1/2) hour visits Monday, Thursday, Friday
                                    One (3-1/2) hour visit Saturday through Sunday


The following limits apply for the specified statuses:

**Administrative Confinement**:  Four (4) two-hour visits per month.
**Controlled Segregation:** None.  (Attorney only, with approval of the Warden/designee)
**Observation:**   One (1) hour visit per week on a weekday with the approval of the Warden/designee.
**Disciplinary Separation:**  Varies by step. Refer to the Segregation Handbook
**Temporary Lock-up:** One (1) hour visit per weekday and one (1) hour visit per weekend within the visiting limit.

Number of Visitors:    Limit of 6 persons per visit. Children under 2 years of age and inmate's children under 18 are not counted in the total.

Your visiting list was prepared at Dodge Correctional Institution Initial Classification Center or at another Wisconsin Correctional Institution, which transferred you here. Changes of address, additions and deletions are made through the Records Office.  Only persons listed on your approved list will be permitted to visit you.

For each person, including minors, you want added to your list you must fill out the top portion of the Visitor Questionnaire (DOC-21AA) with your name, DOC number and signature and mail it to the prospective visitor.  Mailing is at your expense.  This form is available at your housing unit.
Minors must have written approval of a parent or legal guardian to be placed on the visiting list.

The questionnaire must be returned from the prospective visitor directly to the Records Office through the U.S. mail or it will not be processed.  Forms will not be accepted from inmates.  The questionnaire must be signed and filled out completely or it will not be processed.

Your approved visiting list must show complete names and addresses for all visitors, their relationship to you, their date of birth, and the date they were approved for visiting.  You are responsible for keeping the information on your visiting list complete and up to date.  Visitors may be turned away if information on the visiting list does not match the visitor's identification.

You are permitted 12 adults on your visiting list. Minor children (those who have not reached their 18th birthday) shall not be counted against the 12 visitors permitted.  With the approval of the Warden or designee, you may have more than 12 adult visitors on your list only if all such visitors are immediate family members. Immediate family members include the inmate's natural, adoptive, foster, or stepparents, spouse, children, grandchildren, siblings, and grandparents.

All visitors, 16 years and older, are required to have proper and current identification each and every time they come to the institution.  An adult who is on the approved list must accompany visitors who have not attained their 18th birthday unless the visitor is the spouse of the offender.

Bates 00105

You may be permitted to have an occasional special visit with someone not on your approved list who lives a great distance (200 miles or more) from the institution where frequent visiting is difficult. Each case is reviewed separately and you must have prior approval from your Social Worker. This request should be put into your Social Worker 10 business days in advance along with the specific date of the requested special visit, as well as the name, address, and date of birth of your visitor(s).  Your request should also list the relationship to the visitor and a phone number where they can be reached.

In the event the Visiting Room becomes filled and visitors are still waiting to get in, the first visitors entering the Visiting Room for that visiting period, who have had at least one hour of visiting time, will have their visit terminated to make room for additional visits.

Visitors are allowed to bring in only the following items:

| | | | |
|---|---|---|---|
| a) | Coin change - no paper money | f) | Baby diapers (4 ) |
| b) | Small coin purse (must be clear or transparent) | g) | Baby blanket (1) |
| c) | Jewelry (only if worn) | h) | Plastic comb or hair pick (1) |
| d) | Plastic baby bottles (2) | i) | Sipper cup (1) |
| e) | Pacifier (1) | j) | Teething ring (1) |

Lockers are provided in the lobby for visitors to secure their items.

A.  Joint Visits
1. An adult visitor must request a joint visit, directing the request to the Lobby Officer upon arrival.
2. The adult visitor(s) must be directly related to both inmates.  Directly related as "Close family member" as specified in DOC 309.02 (4), Wisconsin Administrative Code.
3. The inmates must be directly related to each other as specified above.
4. All persons visiting must be on the visiting list of both inmates.
5. A maximum of six adult visitors will be allowed on a joint visit.

The only exception to these requirements would be by special approval from the Warden or Deputy Warden.

B.  No-Contact Visits
1. Inmates housed in Restrictive Housing or those in a status other than general population will be restricted to no-contact visits.
2. If no-contact visiting is imposed on an inmate, it will apply to all visitors of the inmate unless the no-contact order designates specific persons.
3. No-contact visiting may be imposed when any of the following occurs:
   a) An inmate is found guilty of violations of rules, regulations, or procedures related to visiting.
   b) An inmate is found guilty of possession or use of drugs/intoxicants or possession of drug paraphernalia.
   c) A visitor introduces contraband into the institution or engages in behavior that threatens security or interferes with the rights of others.

Further information regarding no-contact visiting can be found in DOC 309.11.

C.  Pastoral Visits
1. Inmates may obtain a Pastoral Visitor Application from the Chaplain.  It is your responsibility to send it to your Spiritual Advisor.
2. Pastoral Visits in general population are held in the Visiting Room.  Pastoral Visitors may see up to three inmates at one time.

37

Bates 00106

3.   Your Pastoral Visitor must schedule a visit through the Chaplain, at least 48 hours in advance.
4.   Pastoral Visits for inmates in Restrictive Housing will be scheduled by the Chaplains.
5.   The frequency of pastoral visit is limited to one time a week and the duration of each visit is not to exceed one hour.
6.   To provide better privacy during pastoral visits in the VR, their seats will be assigned away from the general visitors


## VISITING ROOM RULES

It is the objective of WCI to encourage and accommodate the visitation of inmates by family members, friends, and others who provide support to the inmates.  This goal will be implemented with a visitation process, which provides a safe, secure, yet wholesome visiting environment through the maintenance of proper conduct and adherence to applicable rules and procedures.

Due to WCI's count procedure, if inmates are not in the Visiting Room by 4:30 p.m., they will remain in their cell until the count has cleared. Visitors must arrive in the visiting lobby a minimum of 45 minutes prior to the end of visiting hours.

WCI's visiting area is a place for adults and children to visit with loved ones.  Therefore we expect that a visitor's dress will be appropriate and tasteful, not suggestive.  If visitors are not appropriately attired, they will be denied entrance to the institution.  Refer to DAI 309.06.01 Visiting for specific requirements.

The only items inmates are allowed to take on a visit are a wedding ring and prescription medication (if required to take during the time of the visit).

Visitors are not allowed to bring in property items for inmates.  The only exception will be for medical appliances and inmate release clothing.  The Health Services Unit will approve the exceptions for medical appliances and make arrangements with visiting room staff.   The Property Department will approve exceptions for inmate release clothing and notify the visiting center lobby in writing. (refer to Release Procedure, p. 53)

Visitors must check and sign the package book prior to the visit.

All inmates will be pat searched prior to a visit and strip-searched following the visit.

WCI is a tobacco-free facility. Tobacco products and ignition devices are not permitted.
1.   Inmates and visitors are allowed a brief kiss and embrace at the beginning and end of the visit.  Indiscreet conduct and indiscreet attire is not tolerated at any time.
2.   Inmates and visitors are not allowed to place their hands inside or underneath each other's clothing.  The hands of visitors and inmates may not be on the back of chairs or on each other's laps or legs. Hands should be visible at all times.
3.   Visitors may not wear inmate's clothing.
4.   Inmates are required to wear a complete set of state clothing on a visit (green shirt and green pants), which must be the outermost garments. Inmates must wear their ID badge.
5.   Inmates are required to wear underwear.  Outer pants and shirts will be in good repair. shirts must be tucked in at all times and shoes have to be tied.
6.   Inmates are responsible to see that the children visiting them do not disturb others.  Children are to stay at their assigned table or the play area and are not to run in the visiting room or vending machine room.

38

Bates 00107

7. All conversation will be held to a normal tone of voice. Inmates and their visitors are not permitted to visit other inmates or inmate's visitors.(Cross-Visiting)
8. Seating will be assigned at the discretion of the Visiting Room Sergeant. Inmates and their visitors are not allowed to change their seating area once they are seated unless directed to do so by the Sergeant. Furniture arrangements will remain as is unless approved by the visiting room staff. The chairs and those seated are to face the table at all times. Single chairs may be added to the group with the permission of staff. Inmates are to sit with their back toward the vending machines.
9. Nothing is allowed to be passed between inmates and/or visitors without the approval of the Officer. It is your responsibility to ensure your visitors' actions are in accordance with the rules of the institution.
10. Inmates and visitors will sit in an upright position. Feet will not be placed on the furniture.
11. Grooming is not allowed in the Visiting Room.
12. When the visit is concluded, the inmate is responsible for making sure the area and the table is clean. The visitors will exit the visiting room the same way they entered. The inmate will report to the Visiting Room Staff.
13. Children's diapers may be changed only in the visitor's restroom. Inmates are not allowed to change children's diapers.
14. Inmates are not allowed at the vending machines. Visitors may obtain snacks, water and games. Only microwaveable food may be opened by the vending machines. All other food must be opened at the table.
15. Inmates must consume, dispose of or send out with their visitor all edibles purchased while on the visit. Consumables may not be taken back to the housing units. Consumable items will not be dumped into the mouth from the package.
16. Shoes must remain on at all times.
17. Any child over the age of 11 years will not be allowed in the play area, however, she/he may select reading materials to take back to the visiting area.
18. Inmates are not allowed to get up from the table until the visit has ended, unless directed by staff.
19. Horse-play is not permitted in the visiting room.

## PHOTOGRAPHS

You may have photographs taken during visits. All inmate photographs will be taken in the Visiting Room (VR). All inmates must wear an institution issued green shirt and trousers for visiting or non-visiting photographs. Pictures will be taken during your visiting period as directed by staff. It will be necessary for you to inform the Officer within the first 30 minutes of the visit if you wish to have photographs taken.

1. You must sign a Disbursement Request (DOC-184). The disbursement must be completely filled out with the number of photographs to be purchased and the cost.
2. Five (5) pictures will be the maximum allowed per visit (exceptions must have prior approval of the photo project coordinator).
3. You must have the necessary funds in your account prior to the transaction. If you do not have adequate funds at the time the disbursement request was signed, you may be subject to disciplinary action.
4. Visitors are not allowed to purchase photographs.
5. Photos will be taken in the designated area in the VR. Individuals being photographed must stand. Kneeling, squatting, or sitting is not allowed.
6. Photographs that are believed to depict gang-related or other inappropriate posture by either the inmate or the visitor will be confiscated. Inmates will be required to pay for these photos. Photos will be referred to the proper authority to review. If inappropriate,

39

Bates 00108

a conduct report may be issued.  Photos will be returned only if the reviewing authority does not find cause or if the charges are not substantiated at a disciplinary hearing.

7.      Photo retakes will be granted for film flaws only as determined by the VR staff.

## NON-VISITING PHOTOS

Requirements:

1.      You must have been confined in this institution for a minimum of 120 days.
2.      You must not have received more than one visit within 120 days or three visits within the last 360 days.
3.      You must be in general population status.
4.      You must not have received a non-visit photo opportunity within the past 120 days.
5.      You must have the funds to cover the cost in your regular account.

The proper procedure to follow is to submit a request to the Visiting Room Officer.



## LEGAL WORK

A.      Legal Materials
An inmate's personal legal materials must be clearly labeled "Legal Material."  Legal materials must be organized and separated from other property, and are limited to 8,000 cubic inches (20x20x20), or approximately 5 shopping bags.  Inmates are not permitted to carry personal papers or possess property belonging to other inmates, except that inmates voluntarily assisting each other in legal matters may temporarily possess relevant legal materials of the other individual(s).  Legal material from other inmates' cases must be in separate, easily identifiable folders and will be counted against an inmate's limit if he is in possession of materials.  Inmates may not exchange or provide anything of value to each other in exchange for legal assistance.  WCI will follow DOC 309.155(5) regarding inmate-to-inmate legal services and materials.

B.      Legal Research
Inmates in general population may use the Library to conduct legal research, do legal typing, and assist each other with legal matters.  Compensation of any kind for inmates providing legal services is not permitted.  Library pass requests should be sent to the Librarian in compliance with WCI Policy & Procedure 900.816.09.  Requests for inmates to meet together for legal purposes should indicate such and should be submitted to the Librarian by each inmate involved.  Both inmates must live on the same side of the institution.  Legal resources available at the Library include materials covering state and federal criminal and civil law (Wisconsin Administrative Code DOC 309.155, and DAI P&P 309.15.01).  These materials are primarily in computer format.  Assistance is available from the Librarian and inmate library clerks in learning to use the computers for research.  The library also offers photocopy and notary services, appellate brief covers, selected legal forms, and word processing computers.

C.      Notary Service
Inmates in general population should send a request for notary service to the WCI Library.  Notary work is performed the first and last ten minutes of each daytime pass period in the Library Monday through Friday by the Librarian.  Send pass requests to "Notary-Library."  Inmates in RHU should send a notary request to the RHU-OOA.  Inmates in restrictive status in the NCH as well as inmates confined to their cell in general population (TLU, Sick Cell or Lay-In status, etc.) should address their requests to "Notary-Record Office" and the notary will come to you.

40

Bates 00109

Only the documents listed in DAI Policy 300.00.56 Notary Services to Inmates, will be notarized by staff. Any exceptions to these documents must be pre-approved by the Librarian. The inmate must provide written verification that the exception is required to be notarized.

D.   Indigency
Inmates who are indigent are provided supplies (paper, envelopes, carbon paper, and pens) for legal work, if requested, from the Business Office. A signed disbursement request noted "legal loan" must accompany their request for supplies. They are billed for these supplies and are expected to repay the institution when they obtain funds. These supplies are stamped so that they can be identified as being for a particular inmate for legal work. The stamp will be placed near the bottom center of each page of paper and on the back of each envelope. Refer to DAI 309.51.01 Legal Loans for additional details

If these supplies are found to be in the possession of another inmate, if they are used for the legal work of other inmates, or if they are used for purposes other than legal, both the inmate who is assigned these supplies and the one who has them in his possession may be subject to disciplinary action.

E.   Photocopies
Photocopy service is available in the Library. Fifteen cents per page is charged. Photocopies may be made by sending the original documents to be copied, along with a signed disbursement request and instructions, to the Library in an envelope addressed, "Library - Photocopies." Only legal documents may be brought in person to the Library for photocopying. All photocopy requests must be submitted in accordance with WCI Facility Procedure 900.775.00, Photocopy Program.
Library staff will review all requests for photocopies for appropriateness. WCI reserves the right to refuse personal photocopies. Examples of photocopies not allowed include, but are not limited to, obscene, pornographic, or "off-color" materials, gang-related materials, altered documents, "on-site" drafts, Internet articles, artwork, stationery, and graphics, as well as personal publications, photographs, and form letters.

F.   Certified Account Statement
When petitioning the court for indigency status, it is necessary to have the Business Office certify the balance in your inmate trust account. To obtain this certification, you must submit a disbursement request indicating you are requesting a six-month certified account statement. You will be charged 15 cents per page.

G.   Attorney Visits
Attorney visits for general population inmates will be coordinated and scheduled by the Social Services Office Operations Associate (OOA). Attorney visits for inmates housed in the RHU will be coordinated and scheduled by the RHU OOA. These visits must be arranged no later than 10:00 a.m. on the last working day prior to the proposed visit. Attorney visits are not permitted on weekends or holidays.

Attorney visiting hours for inmates in general population are:
8:30 a.m. to 11:00 a.m.
12:30 p.m. to 3:30 p.m.

Attorney visiting hours for inmates in a segregated status requiring an officer escort are:
8:30 a.m. to 9:45 a.m.
1:00 p.m. to 2:45 p.m.

41

Bates 00110

The Remington Center is a program of licensed Attorneys and law students at the University of Wisconsin Law School. The Remington Center can provide free legal information and assistance for the following:
- Family Law concerns such as: Divorce, Paternity & Child Support
- Wisconsin Innocence Project based on new evidence
- Restorative Justice Project
- Legal Assistance to Institutionalized Persons Project (LAIP)

The Remington Center has created the Desk Book which provides information sheets on a variety of legal subjects. You can find this Desk Book on the EdNet and in paper copy in your library. Please read over the forms and instructions in the book and if you still think you need legal information or assistance complete the application. LAIP receives more requests than they can handle, so it is extremely important that you provide complete and accurate information on the application. After LAIP receives your application, they will review your information and send a letter back to you either stating that your name has been added to the waiting list, or:
- give you an answer to your question, or
- ask for additional information or
- state that LAIP cannot assist you

Even if your name is placed on the waiting list for assistance it is likely to be many months, even up to a year before a law student is available to you.

LAIP does not provide representation on the following issues:
- Prison disciplinary issues.
- Suits against prison staff (i.e., conditions of confinement).
- Civil lawsuits involving money damages.
- Bankruptcy proceedings.
- If you already have an attorney.

H.  Funds for legal correspondence and copying.
If you do not have sufficient funds in your account, you may be eligible for approval to accumulate a loan of up to $100.00 per calendar year in photocopying fees, postage, and legal supplies for correspondence to the courts, attorneys, parties in litigation, Inmate Complaint Review System, or the parole board. The expense of these items will be charged against your account. An application for legal loan approval can be obtained by writing to the Business Office.
1.  Legal Photocopies
All legal loan photocopies will be approved/denied through the Business Office. If approved, the request will be forwarded to the Library to process. Please send a signed disbursement request along with instructions and materials to be photocopied to the Business Office. The request should must cite the case number; the court involved and indicate that you have an approved legal loan. Copies shall be limited to inmate personal legal documents. If copies are to be used as exhibits, attachments, etc., the document in which they are referenced must accompany your request. Photocopying of legal research materials is prohibited. Copies of case law will be stamped with the inmate's DOC number

2.  Legal Mail
Send a signed disbursement request, along with your legal mail to the Business Office. The request must include the case number or inmate complaint number involved, the name and address of the correspondent, and a notation that you have an approved legal loan. Postage covered under legal

42

Bates 00111

loans includes first class mail to courts, sheriff's department for purpose of requesting service of pleadings (must be addressed to the "Process Server"), clerk of courts, authorized attorneys, the ICRS and the parole board

3.  Certified Mail
    The only mail that will be sent certified is Notice of Claims to the Attorney General. The disbursement request must include a notation of "Notice of Claims" and the word "Certified." Any other disbursement requests submitted for certified postage will be denied. Notice of Claims must be sent via certified mail. All other mail will be sent regular first class unless documentation is provided to verify a need for certified mail (i.e. court order).

4.  Legal Supplies
    Send a signed disbursement request to the Business Office to request legal supplies for your legal work. Do not combine requests for supplies, postage or photocopies. A separate disbursement request must be submitted for each request.

Further information regarding funds can be found in DOC 309.51 Wisconsin Administrative Code and DAI P&P 309.51.01 Legal Loans.

## ATTORNEY TELEPHONE CALLS

You may use the cell hall telephones to place collect calls to your attorney. In order to properly place a phone call to your attorney follow these steps: 1) Complete DOC-1631, Telephone Request, Attorney Add/Delete. Forms are available in the cell halls or through the Social Services Office Operations Associate (OOA). 2) Forward the completed, signed, DOC-1631 to the Social Services OOA for processing. 3) Social Services OOA will forward the DOC-1631 to the phone company for processing. 4) When the DOC-1631 is completely processed, you will receive written confirmation from Social Services OOA that your attorney's telephone number has been added to the system. 5) Completing this process is necessary to ensure your attorney's telephone number is identified and your call is not taped or monitored.

If you must contact your attorney before your DOC-1631 is processed, you must write and instruct your attorney to contact the Social Services OOA to make arrangements for an attorney telephone call or visit. If your attorney would like to speak with you on a specific date and time, they must contact the Social Services OOA to make those arrangements.

Your attorney must initiate a request for a call or visit. Social Services Department will not contact your attorney on your behalf.

## LEISURE-TIME ACTIVITIES

Leisure-time activity is defined in DOC 309.36(1) of the Wisconsin Administrative Code. During your free time, you may participate in Leisure-time Activities unless you are in voluntary unassigned status.

Inmates who submit requests for passes to the Chapel (for religious property, chapel library, resource room) or Hobby must specify a date(s) and time(s) that does not conflict with their regular, pre-scheduled assignments, groups or leisure activities. If inmates do not specify

43

Bates 00112

date(s) and time(s), those requests shall be returned to them to resubmit with dates and times that they are available.

Inmates who have just been moved from the waiting list to Structured Recreation, Hobby, or Music will be given up to a two week grace period to reschedule conflicting leisure activity passes.

A.      Library



The Library is housed in the academic area of the School.  It provides fiction, nonfiction, and reference books, magazines, newspapers, typewriter(s), word processing computers, a multimedia computer, and legal research material available in electronic format along with some in print format.  Services provided include reference information, photocopying, printing of legal research material, notary public, and electronic filing for the U.S. District Court, Eastern District of Wisconsin.

WCI Facility Procedure 900.816.09, Library Pass/Detail Procedure, explains the process for general population inmates gaining access to the Library.  Each inmate wishing to use the library during daytime hours must submit a single pass request to the Library for each week he wishes to attend.  The pass request must be received at the Library by Wednesday of the week prior to the week for which attendance is being requested.  This request should list the day(s) and time(s) he is available to attend.  Requested times should not conflict with the hours of an inmate's work assignment pay status nor with any other regularly scheduled activities.
Priority access will be given to inmates with a court deadline within 45 days.  If an inmate has a court deadline, this information should be indicated on the request, including the court date, court name, and case number, and should be submitted along with written verification of the deadline.

The evening library schedule is posted in the Library, the housing units, and on Channel 13.  Inmates may ask to attend evening library by submitting a request to the Recreation Department.

With the exception of "Notary Only" passes, those attending the Library are required to stay for the full duration of the library period.  Visiting between inmates in the library is not allowed.  All inmates attending the Library are expected to spend the entirety of their pass/detail time using library resources.

B.      Music



The Music Department, which is located on the second floor of the Fine Arts Building, offers self-instruction in instrumental and voice music.  Time is available during non-working/non-pay hours for inmates to develop their music skills.  If you wish to become involved in the Music program submit an interview/information request to the Music Department.

Music is considered a hobby and each instrument is a separate hobby.  All instrument/music supply purchases must be approved by a music/recreation leader.  All instruments/music supplies must be new and shipped directly from the vendors. Instruments are not allowed in your cell.

C.      Hobby Department
Also located on the second floor of the Fine Arts Building, the Hobby Department offers the opportunity to develop skills in fiber arts, ceramics, and beading.  With prior approval, in cell hobbies are also available.  Inmates will be issued a Hobby Card to purchase Hobby items from WCI Hobby Department (ceramics program only).  Unused

44

Bates 00113

Hobby card funds are returned to the inmate's account upon release, transfer, or after withdrawal from Hobby. For additional information refer to WCI 900.612.02 Leisure Time Activities

All Hobby supplies must be either purchased at the institution or through the vendor catalogs, or retail outlets (restrictions apply). Hobby supplies for ceramics may be purchased at the institution only. Mail orders must be approved by one of the Recreation Leaders prior to ordering. Hobby items may not be brought in by visitors.

Inmates are not allowed to keep completed Hobby projects. The completed projects must be sent out within 30 days after completion or the project may be sold following procedures established by the Hobby Department, for additional details refer to DAI 309.20.03 Inmate personal Property and Clothing and WCI 900.612.02 Leisure Time Activities

Daytime participation is available to inmates with free time who are not in voluntary unassigned status. You may request a permanent pass by sending a request to the Hobby/Music department. Some evening activities are also available according to cell hall assignment. Check the times and day in your cell hall and submit a request to the Hobby/Music Department. Requests may be submitted at any time, but the requests will be processed one week prior to the scheduled time.

Detailed rules regarding Hobby can be found in the WCI 900.612.02 Leisure Time Activities

D.    Cell Hall Recreation
Cell hall recreation is open to nearly everyone and depending on the season it is offered either outside or in the "big top." You may participate actively or passively. Active activities include basketball, handball, table tennis, volleyball, and limited weightlifting equipment. An array of board games are provided on a sign-out basis for the enjoyment of inmates with passive interest. You will be held responsible for lost pieces or damage. Inmates with passive interests may bring their own games and cards to cell hall recreation and to the recreation field. Inmates are allowed to bring cups with them when attending outside recreation. Some activities are dependent upon the season. Intramural competition may be available in various sports.

Daytime Cell Hall Recreation is open to men in involuntary unassigned status, voluntary unassigned status, workers on their day off, and workers that are not in paid status.

Weekday, evening and weekend recreation allowable items include:
Games and cards, tennis shoes, shower shoes, sweatshirt, sweatpants/shorts, t-shirts, socks, personal briefs, shampoo/conditioner, deodorant, soap, one large manila envelope of religious or legal materials, Bible or equivalent, Ace bandages are permitted with written medical authorization, and sunglasses may be worn only outdoors unless specifically authorized, in writing, by Health Service Unit staff.

E.    Structured Recreation
Structured recreation is located on the west side of the fine arts building. It is for active participation only. In order to participate, you must submit a request to the Recreation Department. You will be placed on a waiting list. The structured recreation area has handball, weight lifting equipment, stationary bikes, and a walking track.

45

Bates 00114

Inmates may not workout in state-issued green pants.  You may, however, wear your own personal clothing, i.e., shorts and/or sweatpants, or wear a state-issued pair of structured recreation shorts.  The state-issued shorts will be available for distribution at the beginning of the period when you arrive.  It is your responsibility to return the pair issued to you before you leave or you may be subject to disciplinary action. The following is a list of additional items that may be brought to Structured Recreation:

1) Personal Clothing:
   a) Socks
   b) Underwear
   c) T-Shirt/Sweatshirt
   d) Muscle Shirts
   e) Shower shoes
   f) Hats (i.e. Baseball, Bucket or Stocking Cap) – during movement only
   g) Raincoats or Rain Poncho – during movement only
   h) Sunglasses - movement only unless medically approved for indoors

2) Personal Equipment:
   a) Shower bags
   b) Soap and Soap Dish (1 each)
   c) Shampoo (1)
   d) Conditioner (1)
   e) Deodorant (1)
   f) Face towels (personal and/or state issued) (Limit 1)
   g) Towels (personal) (Limit 1)
   h) Gloves (i.e. Weightlifting and/or Handball) (single stitch only)
   i) Sweatbands (white only)
   j) Wristbands (white only)
   k) Goggles/Eye guards (clear) (state issued and/or personal eyeglasses)

3) Written Medically Authorized Items
   Inmates must carry their DOC-3332B Special Needs Form with them to Recreation if they have a medically authorized item.

4) Personal Ace Bandages & Braces (as sold in the Canteen Catalogs)
   a) Neoprene knee, wrist, ankle and elbow supports
   b) Cotton Elastic knee, elbow, & ankle supports
   c) Athletic supporter

Note:  Machines and space are limited in structured recreation.  Only those who choose active exercise should request to attend. Loitering is not allowed

F. Structured Recreation and Cell Hall Recreation
Clothing exchange will be conducted on a one-for-one exchange system. You may use a fish-weave or clear plastic bag to carry these items to and from recreation areas.

The following is not allowed:
- Refreshments of any kind are not allowed.
- Inmates are not allowed to be barefoot at any time.
- Only tennis shoes are allowed on the basketball floor
- Towels may not be worn on the head.
- Tables may not be moved without the permission of staff.
- "Dunking" is not allowed at either the big top or the outside recreation areas.

46

Bates 00115

- The practicing of martial arts, either by contact with others or by individual practice, is strictly forbidden throughout the Department of Corrections. Shadowboxing is not allowed.
- Horseplay is not allowed. INMATES INVOLVING THEMSELVES WITH EXCESSIVE PHYSICAL CONTACT OR CAUSING INJURY TO ANOTHER DURING RECREATIONAL ACTIVITIES MAY BE SUBJECT TO DISCIPLINARY ACTION. If you are unclear of the rules or would like instructions, please contact the Recreation Department or a Recreation Leader during your recreation period.
- No more than (4) inmates may sit (unless seating exceeds that number), stand, or walk together in a group at one time.
- Inmates may not conduct group religious activities.

Recreation clothing is to be worn only in the recreation areas, not during movement.

Big Top Clothing Exchange times: Clothing exchange will run the first 20 minutes into the recreation period for towels and underwear. T-shirts and socks will be exchanged until the last call has been made for showers.

## RELIGIOUS PROGRAMS

A variety of religious services and programs are available at WCI. Rights to religious beliefs and practices are clearly enumerated in DOC 309.61, Wisconsin Administrative Code. Further information regarding Religious Beliefs and Practices, Religious Property, and Religious Diets can be found in DAI P&P 309.61.01, Religious Beliefs & Practices, DOC 309, Internal Management Procedure 6A, DAI 309.61.03, Religious Diets and DAI Policy 309.61.02 Religious Property Chart.

WCI does not permit activities or allow literature that advocates racial or ethnic supremacy or purity or attacks a racial, religious or ethnic group; promotes hate crimes; jeopardizes the security and order of the institution; or violates federal or state laws or Department administrative rules, policies, and procedures.

WCI relies on volunteers from the community to provide worship services and study groups. You are encouraged to contact one of WCI's Chaplains to assist you in facilitating your religious needs. Inmates are allowed to change their religious preference once in six months from the date of the last designation.

You must sign the Religious Preference form prior to attending any study or Congregate Service. Religious Preference changes can be made six months from the date of the last designation.

Talking, walking, standing or changing seats is not allowed during a worship service or a study without the expressed approval of the Chaplain or Volunteer.

Emblems: Inmates who wish to acquire a religious emblem through the institution Chapel may submit a DOC-184, together with the order form either from the canteen catalog or from outside commercial sources, to the Chaplains. The emblem must be consistent with your religious preference. Emblems are not to be worn outside of clothing. The only exception is while you are attending a religious service or study. For further guidelines on religious emblems, refer to DOC 309, IMP#6A, DAI 309.61.02 – Religious Property Chart.

47

Bates 00116

Religious Feasts: If required by that religion, one religious feast may be provided each year for each Umbrella Religion Group that has a congregate or study group, based on the number of adherents, space availability, staff resources and security needs. Religious Feasts will consist of the regular institution meals or special religious diet meals prepared by the institution. Requests to participate in a religious feast or day of special significance must be submitted to the Chapel 30 days before the feast or significant date or sooner, if special dietary foods must be purchased from outside vendors.

URG Annual religious celebratory meals: Inmates are responsible for requesting accommodations in a timely manner consistent with policy and procedures outlined in DAI 309.61.03. More information on related DAI policies on multi-days religious fasting, annual religious celebratory congregate meal are available for inmates from the Range Book maintained in all cell halls. Annual celebratory meal will consist of the regular institution meals or special religious diet meals prepared by the institution.

Inmates may not meet, gather, or congregate for the purpose of prayer, worship, study, or ceremony without the presence of a WCI Chaplain and/or approved, qualified volunteer.

To attend a weekend religious service you must submit an interview request every week no later than Wednesday, or you can request to be placed on the permanent list.

The chapel bathroom is for emergencies only. Inmates are expected to take care of their needs in their cell halls before leaving on their pass for the chapel

To be considered for the AA Group, you must submit an Interview Request to the Chaplain.

Chapel Studies
Inmates may request to attend one Chapel Study Group per week unless you are in voluntary unassigned status. Chapel studies may not be attended by workers during work hours. The inmate's Religious Preference must be consistent with the Study Group. Most study groups are scheduled for one hour and thirty minutes and participants are required to attend the entire time except for a VR pass.

## CANTEEN

1.  Canteen account statements will be delivered to the proper living area on the evening prior to delivery. Account statements are given to inmates according to the posted canteen schedule.

2.  You are responsible for accurately completing your Canteen order form (DOC-628) based on items available and prices on the Canteen price list and monies available in your account. The spending limit is up to $42.00 per week. All prices and availability of items are subject to change without notice. Taxable items are identified on the form. Taxable items include 5.5% sales tax on the purchase of one item. Sales tax will vary on multiple quantities purchased, causing the price to fluctuate. If you will accept substitutions, write "sub" by the item(s). You must complete the top portion of the order form giving your name, DOC number, housing unit, cell number, and date using black pen only. You must also sign your canteen statement.

3.  Ordering limits on items are also possession limits. You are responsible for ensuring items in your possession do not exceed the limits on the Canteen Order from.

4.  Each order must be legible and filled out in black ink only.

48

5.  Your Canteen Order Form and signed Canteen Account Statement must be sticking out of your door so that it is visible, ready for pick up by 9:00 p.m. the night before canteen delivery.

6.  Your order will be packed in clear plastic bags.  All orders are heat sealed with a copy of your order and computer printout stapled to the bag.

7.  On your scheduled canteen day, your order will be delivered to your housing unit and distributed by security staff.  Inmates must check their order for accuracy in the presence of a correctional officer.  All discrepancies must be verified and documented by staff.  You are not to open the bag until you have verified the contents and are locked into your cell unless a staff member instructs you to do otherwise.  If it appears that you did not receive an item, report the discrepancy to security staff.  The complete sealed order must be returned to the canteen for resolution.  You must sign the computer printout, keeping one copy and giving one to the officer.  Any discrepancies will be resolved in approximately 48 hours.  Once you leave the canteen distribution area or open the bag without permission, the institution is not responsible for missing items.

8.  If a holiday or other conflict occurs during the week, canteen may be rescheduled to another available time.  The change will be posted on the bulletin boards and on Channel 13.

9.  Should you transfer cell halls and in the process of that transfer be unable to attend canteen that week, inform the Second Shift Cell Hall Sergeant, who will attempt to resolve the issue.  In any event, you may receive canteen no more than once per week.

10. Canteen orders will not be accepted on any day other than the scheduled day for your cell hall.  Exceptions for missed canteen due to an inmate's absence from the institution must be approved by the Financial Program Supervisor.

11. Should you be here more than two (2) weeks without receiving funds from the transferring institution, you should submit a request to the Business Office and staff will contact the prior institution regarding your funds.  No canteen loans will be given.

12. If you are transferred to the Restrictive Housing Unit prior to receiving your canteen, your merchandise will be returned to the canteen without having been reviewed by you, and your account will be credited.

13. If you are scheduled for transfer to another institution and your property is already packed, your canteen order will be returned and your account will be credited.

14. All personal property (excluding medically prescribed items, hobby materials, legal materials, electronic equipment, typewriters, fans or other large items) shall be stored your footlocker.  Canteen items are included in the total volume of personal property.

15. If your canteen order was filled correctly and you refuse your canteen bag, your account will be charged for the items you ordered. Refused items will be donated.

16. Canteen items must remain in the original condition until being consumed. Example: candy items cannot be melted/modified to form homemade candies

49

Bates 00118

# OUTSIDE PURCHASES

Inmate disbursement requests for outside purchases, along with an order form listing items individually must be placed in the mailbox located in each cell hall. It is your responsibility to order only those items listed and in compliance with DAI P&P 309.20.03 Inmate Personal Property and Clothing.

If an order form is not available, you must provide complete order information, which will include: Vendor or retail outlet name, address, and telephone number (if available) and complete detailed description of each item ordered, including price of each item and required tax.

Inmates who submit fraudulent information may be subject to discipline.

For CATALOG PURCHASES, See **INMATE ACCOUNTS – D. Disbursement Requests for ordering process.**

For allowable HOBBY PURCHASES, refer to DAI P&P 309.20.03 Inmate Personal Property and Clothing.

For allowable RELIGIOUS PROPERTY, refer to DAI Policy 309.61.02 Religious Property Chart.

# PARCEL AND MAIL INSPECTION

If inspection of parcels or mail reveals contraband, criminal conspiracy, or violation of institution rules, you may be subject to prosecution, disciplinary proceedings, or other sanctions. All future mail may be subject to inspection for contraband and monitoring for such reasonable period of time the Warden, or his/her designee, may deem advisable. Individual mail correspondence privileges may be withdrawn, suspended, or modified.

# PARCELS

Packages, parcels, or items other than exempt correspondence addressed to you are subject to inspection for contraband. Items not authorized for your possession at WCI will not be allowed in and will have to be returned at your expense. You will be contacted by an institution Mail Department staff member and advised of such an item. You are responsible for postage to return the items to the retail store or to be mailed out (generally via SpeeDee or UPS). No loans or overdrafts will be given to cover the postage.

Packages being processed for shipping or those being sent out on a visit will be brought to the Property Department during the breakfast meal only. If you are working at this time, leave your package with the Cell Hall Sergeant before you go to work. The Cell Hall Sergeant will arrange delivery of the package to the Property Department. Packages must be submitted with a signed disbursement request with the receiver's name and address on the disbursement and a property disposition form describing the item(s) being shipped out. Only certain items may be sent out on a visit. Refer to DAI 309.20.03 Inmate Personal Property and Clothing for specific information.

Items may only be ordered from the approved vendor Catalogs. You are responsible for retaining all receipts of purchase. With the exception of musical instruments, electronics, and medically prescribed items, no item may exceed $75 in cost, excluding taxes and shipping costs.

It will be your responsibility to order only those items that are approved and in compliance with DAI 309.20.03 Inmate Personal Property and Clothing.

50

Bates 00119

You are not permitted to open charge accounts, possess debit/credit cards, or in any way become involved in purchasing items on monthly payments or other type of charge account. You are not allowed to join book clubs. You are not allowed to receive items "on approval" without prior payment.  If packages arrive that have been purchased by the illegal use of a charge account, you will be notified and will be responsible for the postage to return the item to the retail store from which it was sent and may be subject to discipline.

At certain times of the year, you may be allowed to have items that are not on the approved articles list.  You will be informed of this via the Daily Bulletin.  It is your obligation to forward order forms to family and friends if they are purchasing these special items for you.

NOTE:  To avoid inconvenience and unnecessary purchases, refer to DAI 309.20.03 Inmate Personal Property and Clothing and Attachment A Personal Property Chart to determine what restrictions apply.  Numbers following certain items indicate possession limits and do not refer to the number of these items that can be received at a given time.

## INMATE ACCOUNTS

As an inmate of WCI, you are not permitted to have cash, checks, money orders, or other similar items in your possession.  The Inmate Accounts Department of the Business Office handles the financial transactions made by every inmate.  An account is established in your name and any money brought in with you when admitted, earned while in the institution, or received via mail is credited to your account.  The only form of money accepted is money orders or cashiers checks.  Likewise, any spending on your part while in the institution is deducted from this account.

Transactions made for inmates by the Inmate Accounts Department include credits (i.e., payroll earnings, receipts through the mail, hobby sales, etc.) and debits (i.e., sending money to a relative, purchasing items, ordering canteen, deposits to savings accounts, etc.).  Deductions are set up on an inmate's account in accordance to the inmate's JOC and DAI Policy 309.45.02 Inmates Trust System Deductions

When ordering from an outside vendor, you must enclose an order form with your disbursement request. Once your order is processed through the Business Office, staff will not void a check due to an inmate changing his mind regarding his order.

Any questions you have regarding your account should be directed to Inmate Accounts, utilizing an Interview/Information Request.

A.   Statements
     You will receive a statement of account activity from the Business Office once each month.  The statement will indicate the amount of money credited to and/or charged against your account during the period of time covered by the statement.

     If you think there is a discrepancy in your statement, send an Interview/Information Request to Inmate Accounts.  Be sure to clearly state the suspected discrepancy to speed resolution of the issue.

B.   Savings Accounts
     You are allowed to transfer funds from your account into an interest-bearing account established in your name at a bank designated by the DOC in accordance with DAI Policy 309.46.01 Interest Bearing Accounts. Deposits and/or withdrawals to this account may be made only once per month and

51

Bates 00120

must be a minimum of $20.00.  Interest is compiled and posted quarterly.  You are not permitted to initiate or maintain banking accounts other than those established by the DOC.  Checking, charge accounts, and debit accounts are not permitted.

If you are interested in participating in this program, you can secure an application blank by sending an Interview/Information Request to Inmate Accounts. You need a minimum of $50.00 and a social security card on file in the Business Office to open a savings account.

C.    Disbursement Requests
Disbursement requests for purchases of personal property, along with an order form listing items individually, and a stamped addressed envelope must be placed intact in the mailbox. If the order is to one of the approved DOC Canteen Property Catalog vendors (J. L. Marcus, Union Supply, Access), no stamped  addressed envelope is needed. The Sergeant will verify that the name and number match the inmate in the cell. After verification, the Sergeant will send disbursement requests to the Property Department for approval.  Requests for religious items will be sent to the Chaplain for approval. When approved, they are submitted to Inmate Accounts for processing.  After the request is processed, the yellow copy will be returned to you with the check number and the date processed.

You are responsible to order only those items, which are listed in the WCI Rules and Information Handbook, the Canteen Catalogs, and are in compliance with DAI P&P 309.20.03 Inmate Personal Property and Clothing.

D.    Disbursement Requests to Family, Friends, and Others
If you desire to send $25 or less to a person on your visiting list, you must fill out a disbursement request and submit it to your social worker along with a stamped envelope.  If approved, the request will be forwarded to Inmate Accounts for processing. If the disbursement request is disapproved, the request will be returned with a signature and the reason for disapproval on the form.  Such approvals may be made once every 30 days.

If inmates wish to send money in excess of $25 to any party on their visitors' list a disbursement request that exceeds $25 per month will require written verification of debts, obligation, and reasons for the request.  All written verification provided by an outside party should be submitted directly to the Social Services Department and include copies of bonafide bills.  This information will be kept on file in the SSD for future reference.

All requests to send disbursements for property value of over $25 must be made only for individuals presently on your approved visiting list and will require the approval of the Social Services Director.  When ordering gifts, the order form must be attached to the disbursement request.   Inmate Accounts will process requests in the same manner as above.  Any exceptions require the approval of the Social Services Director.

Donations to religious and/or non-profit organizations are limited to $25.00 or less one time per month.  Donations must be directed to the organization, not a particular person within the organization. Donations to registered/approved religious and /or non-profit charitable organizations must be directed to the Chaplains for approval.

Whenever a disbursement request is not approved, you will be notified, in writing, as to the reason(s) for disapproval.  Per Administrative Rule, this decision may be appealed to the Warden, providing the Warden did not disapprove the disbursement request originally.

Bates 00121

Credit purchases or items received on approval are not allowed.  This includes, but is not limited to, book clubs, music clubs, etc.

Orders for personal property to be shipped to an inmate and orders for gifts to persons on your visiting list cannot be combined on the same disbursement request.

## TAX RETURNS

All completed and signed tax returns must be sent to the Business Office for submission to the Internal Revenue Service.  This includes federal and state tax returns.  They may be submitted in a sealed envelope with a notation on the envelope that a tax return is enclosed. Postage is not required for Federal Tax Returns.  Postage is required for State Tax Returns. See DAI Policy 300.00.02 Inmate Taxes for the proper mailing addresses.

## RELEASE ACCOUNTS

A release account will be established for each inmate.  Deductions of 10% from inmate moneys will be applied to this account until $5,500 has accumulated.  Any inmate with at least $50 in his release account will be able to request that a release savings account be opened for him.  A release savings account cannot be opened unless the inmate's Social Security card is on file in the Business Office. These accounts are maintained by a bank designated by the DOC.  Interest is compiled and posted quarterly.  Information regarding participation in this program can found in DAI Policy 309.46.01 Interest Bearing Accounts.

## PAY

Pay:  When you are assigned to work, school or programming, all compensation will be computed on an hourly basis and will be credited to your account bi-weekly.

All work assignments in the institution have been assigned both a position title and a maximum pay range.  The duties of the various positions have been established with maximum pay ranges as follows:

| | | |
|---|---|---|
| Voluntary Unassigned...........................No pay | Pay Range 3................... $.26 | per hour |
| Involuntary Unassigned.........................$.05 per hour | Pay Range 3A (Educ/Prog)   $.15 | per hour |
| Pay Range 1 ........................................$.12 per hour | Pay Range 4.................... $.35 | per hour |
| Pay Range 2 ........................................$.19 per hour | Pay Range 5................... $.42 | per hour |

An additional $.02 per hour is paid for work performed on weekends and legal holidays.

For more information on inmate pay, refer to DAI P&P 309.55.01 Inmate Compensation Plan.

## RECORDS OFFICE

The Records Office can answer your questions and provide direction in the following areas:

53

Bates 00122

- Sentence computation and release dates
- Sentencing Transcripts
- File Reviews (Legal & Social Service)
- Jail Credit
- Petition for Sentence Adjustment

For assistance, submit a written request to the Records Office.


## PHOTOCOPY SERVICES FOR INMATES

Written requests for photocopies of documents maintained by the institution need to be submitted to the appropriate department/office along with a completed Disbursement Request (DOC-184) to pay for the requested copies. The various departments and the files they maintain are as follows:

- Business Office………………………………Inmate Accounts Info
- Education Department………………………Education/School Records
- Health Services Unit…………………………Medical Records
- Psychological Services Unit…………………Clinical Records
- Records Office……………………………..Legal File and Social Services File

For legal or personal copies, refer to the "Photocopies" section under "LEGAL WORK." All other requests for photocopy services not listed above are to be directed to the Library.


## PAROLE COMMISSION

The Parole Commission meets at WCI every month. Prior to your parole interview you will meet with your Social Worker to sign the DOC-1204/Notice of Parole Commission Consideration. At that time, if you chose to see the Parole Commission, you will be provided with the DOC-0745/Release Plan Information for you to complete. Once it is completed, return it to your Social Worker for review and processing.
If you decide you do not wish to see the Parole Commission when eligible, your Social Worker will provide the DOC-1202/Waiver/Reapplication of Parole Consideration for you to sign. Your Social Worker will also provide you with information for reapplying if/when you choose.

Letters of recommendation on your behalf may be written to:
Parole Commission
PO Box 7960
Madison, WI 53707-7960


## PRE-RELEASE PLANNING

Pre-Release planning will begin with your assigned Social Worker when individuals are within 12-6 months of release to begin finalization of their individual release plans. You will be sent a release plan and are asked to complete this form and return to your Social Worker. Please complete the plan even if you are a maximum discharge, as this is designed to enable your Social Worker to better assist you with release planning.

Bates 00123

Release planning consists of:

- Reviewing and finalizing release plans
- Facilitating communications between inmates and their support network and assigned agents
- Obtaining vital records (Social Security card, Birth Certificate, and State ID)
- Checking for Driver's License eligibility and status
- Screening for SSI (Supplemental Security Income)/SSDI (Supplemental Security Disability Income)
- Providing community resource packets to inmates
- Completion of COMPAS Reentry Assessments
- Reviewing/processing requests for Interstate Compacts
- Completing Sex Offender Registry forms, if applicable
- Ensuring inmates have street clothing for day of release
- Arranging for transportation on day of release
- Application for Badgercare health insurance
- Reviewing and signing of rules of supervision (if applicable)
- Filing for Interstate Compact (if applicable)

If an inmate has a PMR (Presumptive Mandatory Release) he will not work on release issues until the Parole Commission requests a PRI (Pre-Release Investigation); they receive a parole grant; or they are approximately 6 months to Maximum Discharge.

## PRE-RELEASE PROGRAM

Waupun Correctional Institution offers inmates the opportunity to participate in Pre-Release Programming. Programming is mainly self-study. Packets covering the release modules are available by request from the Social Services OOA. Releasing inmates will receive a questionnaire form asking if they wish to obtain modules. Once this is received back by SSD, you will be forwarded the packets you are interested in.

At this time, WCI has chosen to still provide some structured learning groups which will cover vital reintegration competencies, including:

- Financial Literacy
- Housing
- Transportation

## RELEASE PROCEDURE

On the day of release, you will be escorted to the Administration Building. There, you will dress in release clothing and have your dress-out photograph taken. Only inmates who are releasing to a detainer may release in State issued clothing/shoes. If you are unable to obtain release clothing, you must advise your social worker and arrangements will be made for your release clothing and arrangements will be made for donated articles of clothing. After being cleared by the Security Office, officers will escort you to pick up any medication, funds and/or property. If you are allowed to have family or friends pick you up on your release day, they can arrive after 8:30 am. You will not be released earlier than 8:30 am. If you are being released to a detainer, you must make prior arrangements for disposal of your property through the Property Department. If you are being transported by your Agent, pickup time will vary. Another possible

55

Bates 00124

means of transportation on day of release would be the bus. The State will pay for the one way fare to a destination within the state of WI. If approved for the bus, you will be taken to the bus station. Please note that if you are on supervision, the Agent and Social Worker will have final approval of the transportation plan.

Release clothing can be sent to the institution no sooner than 60 days from your release date.

Bates 00125