**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun (W.C.I) | Nw I-20 | 4-3-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES      ☐ HEALTH CARE RECORD REVIEW      ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST      ☐ INFORMATION

☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

On My Visit To UW Health On 3-28-22 They Recommended I Get Cross Link Surgery To Stop The Keratoconus from Damaging My Corneal Causing A Full Replacement of The Corneal. Prior Recommendations Where Not Followed Up On.

DATE RECEIVED:
TO BE STAMPED BY HSU

**APR 0 5 2022**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____     ☐ Other: _____

COMMENT / INFORMATION  Repeat request.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York rn | 4/5/22 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

**EXHIBIT**

**13**

Bates 00709