---

## Correspondence

From: Dombeck, APNP, Charles J
To: Sukowaty, MD, Laura C;
Sent: 4/8/2022 06:54:09 CDT
Subject: RE: Corneal Cross Linking

Thank you, will order the consult.

═══════════════════════════════════════════════

**Addendum by Sukowaty, Laura C on April 07, 2022 08:20:28 CDT**

---------------------
From: Sukowaty, Laura C
To: Dombeck, APNP, Charles J;
Sent: 4/7/2022 08:20:28 CDT
Subject: RE: Corneal Cross Linking

I have discussed this with LaVoie in the past.  He can be approved for this.

═══════════════════════════════════════════════

---------------------
From: Dombeck, APNP, Charles J
To: Sukowaty, MD, Laura C;
Sent: 4/6/2022 15:14:39 CDT
Subject: Corneal Cross Linking

Suk,

Patient has been seeing UW Ophthalmology for progressing keratoconus.  At latest visit they are requesting patient be sent to local non-secure site for corneal cross-linking procedure ASAP which they believe may prevent the need for a corneal transplant.  UW does not have the facility to perform the procedure.  In your judgement, would we consider this as needing Class III approval?

- Charles

═══════════════════════════════════════════════

Document Type:
Service Date/Time:                              Phone Msg
Result Status:                                  8/25/2021 08:32 CDT
Document Subject:                               Modified
Sign Information:                               General Message

**Addendum by Moore, APNP, Mary A on August 25, 2021 14:58:28 CDT**

---------------------
From: Moore, APNP, Mary A
To: Pitzlin, Whitney M;
Sent: 8/25/2021 14:58:28 CDT
Subject: RE: General Message

═══════════════════════════════════════════════

EXHIBIT

14