**From:** Sukowaty, Laura C - DOC <laura.sukowaty@wisconsin.gov>
**Sent:** Friday, April 29, 2022 2:01 PM
**To:** Bassuener, Haley R - DOC <Haley.Bassuener@wisconsin.gov>; Dombeck, Charles J - DOC <charles.dombeck@wisconsin.gov>
**Subject:** RE: Procedure approval?

**CAUTION: This email originated from outside the organization.**
**Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Thank you Haley.

**From:** Bassuener, Haley R - DOC
**Sent:** Friday, April 29, 2022 7:44 AM
**To:** Dombeck, Charles J - DOC <charles.dombeck@wisconsin.gov>
**Cc:** Sukowaty, Laura C - DOC <laura.sukowaty@wisconsin.gov>
**Subject:** RE: Procedure approval?

Perfect thank you!
Also, you had ordered it high priority but they cannot get him in until November. I asked to be put on a call back list in the event a sooner date was to open up.

**From:** Dombeck, Charles J - DOC
**Sent:** Friday, April 29, 2022 6:27 AM
**To:** Bassuener, Haley R - DOC <Haley.Bassuener@wisconsin.gov>
**Cc:** Sukowaty, Laura C - DOC <laura.sukowaty@wisconsin.gov>
**Subject:** RE: Procedure approval?



EXHIBIT

15

Bates 00754

Hi Haley,

Thanks for checking on this.  I sent a message to Suk on 04/06 to ask whether this needed a Class III, and she said she has discussed this with Dr. LaVoie and he can be scheduled for the procedure.

- Charles

---

**From:** Bassuener, Haley R - DOC
**Sent:** Thursday, April 28, 2022 10:03 AM
**To:** Sukowaty, Laura C - DOC <laura.sukowaty@wisconsin.gov>; Dombeck, Charles J - DOC <charles.dombeck@wisconsin.gov>
**Subject:** Procedure approval?

I have been trying to coordinate with UW where to have this patient go for a corneal crosslinking procedure as they recommended and I've made contact with Valley Eye in Appleton.
They said they are willing to schedule the patient but want us to know that there is no insurance coverage for this procedure as it is elective. The nurse mentioned the average cost is 2,499 each eye.
Do we need approval for this first?

Bates 00755