---

*Progress Notes*

From: Bassuener, LPN, Haley R
To: Dombeck, APNP, Charles J;
Sent: 8/22/2022 09:12:00 CDT
Subject: General Message

**We have discussed this PIOC and his case regarding Collagen Crosslinking of bilateral corneas in the past.
Back in March the procedure was recommended by UW ASAP in hopes of preventing the need for corneal
transplants.
Initially November was the soonest that Valley Eye Associates could get him in for this but they ended up moving
the date up to 8/25 after a recent pre op. Over the weekend the PIOC submitted two HSRs dated 8/19 where he
makes reference to his upcoming surgical procedure being "in less than 1 week from today's date" which was
accurate. I was instructed to contact the admin captain about the security breach and I was told the surgical
procedure needs to be rescheduled. Please review the new surgical date as it was the soonest the clinic had
available.**

---

Document Type:                              Phone Msg
Service Date/Time:                          4/6/2022 15:14 CDT
Result Status:                              Modified
Document Subject:                           Corneal Cross Linking
Sign Information:

**Addendum by Dombeck, APNP, Charles J on April 08, 2022 06:54:09 CDT**
---------------------
From: Dombeck, APNP, Charles J
To: Sukowaty, MD, Laura C;
Sent: 4/8/2022 06:54:09 CDT
Subject: RE: Corneal Cross Linking

Thank you, will order the consult.

---

**Addendum by Sukowaty, Laura C on April 07, 2022 08:20:28 CDT**
---------------------
From: Sukowaty, Laura C
To: Dombeck, APNP, Charles J;
Sent: 4/7/2022 08:20:28 CDT
Subject: RE: Corneal Cross Linking

I have discussed this with LaVoie in the past.  He can be approved for this.

---

---------------------
From: Dombeck, APNP, Charles J
To: Sukowaty, MD, Laura C;
Sent: 4/6/2022 15:14:39 CDT
Subject: Corneal Cross Linking

Suk,

EXHIBIT

16

---