* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | NW I-20 | 5-31-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _Damonta_

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST     ☑ INFORMATION
☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I would like to know if the AMD has approved of the order for me to recieve Corneal Crosslink eye Surgery?

**DATE RECEIVED:
TO BE STAMPED BY HSU**

JUN 0 2 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____
☑ Refer HSR to: ☒ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: _____
☐ Refer for copies only: 6/2/22 a. York RN     ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): _____     ☐ Other: _____

COMMENT / INFORMATION
Yes, everything is scheduled. TBIRN 6/2/22

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder, Official Record, Business Office File; Copies (2) – Inmate Patient

WCI

EXHIBIT

17

Bates 00695