AUG 2 1 2022

Cross linking Surgery In Less Than 1 Week From Today's Date, And I CAN NOT SEE UNDER NO CIRCUMSTANCES Without Them. I Will NOT Be Able To Wear My Sceleral Contact Lenses.

Also I Would Like To Notify Dr. Amy Walker of UW Health About Me Undergoing Surgery Being That She Made Adjustments To The Fitting of An Additional Pair of Contact Lenses Which Has Not Yet Arrived At W.C.I To My Knowledge. It Is Important That She Know of These Changes So That She May Make Any Needed Adjustments And/or Recommended Appointments. Thank You

Damonta                  8-19-22

\* Offsite scheduling to notify UW when procedure is scheduled. HB/DW.
8/22/22

EXHIBIT

18

Bates 00677

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | RHU B-107 | 8-19-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**
► *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

According To Records Provided By UW Health My Prescription For Eye Glasses Has Been Updated Since Last Issued State/Personal Glasses. I Would Like A New Pair Immediately Being That Im Scheduled To Undergo

**DATE RECEIVED:**
TO BE STAMPED BY HSU

AUG 2 1 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☒ MPAA & ☒ Optical ☐ Other: CM, RN 8/21/22

☐ Refer for copies only:    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

**COMMENT / INFORMATION**

PRINT STAFF NAME          DATE OF HSU RESPONSE

**DISTRIBUTION**: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00678

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |
| --- | --- | --- |

### ⟹ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⟸

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| --- | --- | --- |
| Jennings | Damonta | 6692/75 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.1 (waupun) | Nch B-5 | 8-24-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
| --- | --- |
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES      ☐ HEALTH CARE RECORD REVIEW      ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST      ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| I Received Documentation That The x Cross link Surgery Had Been Rescheduled. Was This Decision Made By W.C.1/HSU or By Valley Eye Associations? And Why? | **DATE RECEIVED:**<br>**TO BE STAMPED BY HSU**<br><br>AUG 2 6 2022 |
| --- | --- |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____      ☐ Other:

COMMENT / INFORMATION

Rescheduled due to security breach of appt date.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| --- | --- |
| Ann York W | 8/26/22 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00663