| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | DAmontA | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/18/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta* (signature)

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

## TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I would like To know Why Im Being Told To Wear Glasses When Offsite Specialist And Optometrist Beth Any South Know Glasses DO NOT Work. Im BLIND I CANT SEE WITH THEM! So Therefore IF I Cant Wear Contacts, And Cant See What Im Supposed To Do

DATE RECEIVED:
TO BE STAMPED BY HSU

JUL 19 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

## PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____

☐ Refer for copies only: _____ ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____ ☐ Other: _____

COMMENT / INFORMATION

The medical Doctor advised you to avoid your contacts to prevent drying your eyes, Do you even have your lenses over in RHU.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 7/19/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

**EXHIBIT 21**

Bates 00572