IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DAMONTA JENNINGS,

     Plaintiff,

     v.                            Case No. 2022CV01205

CHARLES DOMBECK, et al.,

     Defendants.

## DECLARATION OF EMELLY MILLER

I, **EMELLY MILLER**, declare pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct:

1. I am employed by the State of Wisconsin Department of Justice as a Paralegal assigned to the Civil Litigation Unit, Division of Legal Services.

2. As a Paralegal, my duties include receiving, filing, and keeping a record of Notices of Claim required to be filed with the Attorney General pursuant to Wis. Stat. § 893.82.

3. I make this declaration based on my personal knowledge and a review of the regularly maintained records of the State of Wisconsin Department of Justice.

4. I have searched the records concerning the service of Notices of Claim on the Attorney General. Based upon such examination of records, the Wisconsin Department of Justice has not received any Notices of Claim served by the plaintiff, Damonta Jennings, upon the Attorney General, regarding the present action.

*Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements in the declaration are true and correct and based upon my personal knowledge.*

Executed this 30th day of September 2025.

s/ Emelly Miller
**EMELLY MILLER**

2