IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

DAMONTA JENNINGS,

      Plaintiff,

    v.                       Case No. 2022CV01205

CHARLES DOMBECK, et al.,

      Defendants.

---

## STATE DEFENDANTS' DISPUTED PROPOSED FINDINGS OF FACT

---

State Defendants Mary Moore, Charles Dombeck, Robert Weinman, Ashley Haseleu, Dr. Daniel LaVoie, and Dr. Laura Sukowaty, by their undersigned counsel, submit these disputed proposed findings of fact in support of their Motion for Summary Judgment as follows:[1]

1.     To a reasonable degree of medical certainty, it is not likely that the brief delays in Jennings undergoing the cross-linking procedure led to a need for corneal transplant. (Sukowaty Decl. ¶ 37.)

2.     Corneal cross-linking often only delays further worsening of corneal ectasia rather than fully prevents it. It is more likely than not that Jennings would have needed corneal transplant regardless of the cross-linking procedure. (Sukowaty Decl. ¶ 38.)

---

[1] Plaintiff has not provided citations to evidence refuting the following proposed findings. *See* dkt. 63:4.

3. Plaintiff did not submit any Notices of Claim regarding any of his claims in this case. (Miller Decl. ¶ 4.)

4. The HSM and AHSM positions are administrative in nature, meaning the HSM/AHSM does not generally evaluate, diagnose, determine a course of treatment for, prescribe medications for, or have any direct patient care contact with an inmate patient. (Sukowaty Decl. ¶ 33.)

5. As registered nurses, Weinman and Haseleu do not have the authority to prescribe medication (other than over-the-counter drugs), refer patients to offsite specialists, order imaging studies, or override the treatment decision of physicians or nurse practitioners. The same is true for an LPN. (Sukowaty Decl. ¶ 34.)

6. Dr. LaVoie was not involved in the treatment of or decision-making regarding Jennings' keratoconus. (Sukowaty Decl. ¶ 36.)

7. When a DOC patient is seen by an offsite provider, it can take a few days to receive and process the medical records from that offsite visit into HSU's electronic medical record system. (Sukowaty Decl. ¶ 16.)

8. In notes from her September 21, 2022 appointment, Dr. Reddy did not request approval for the cross-linking procedure from DOC or state that the procedure was urgent. (Sukowaty Decl. ¶ 11.)

9. Untreated keratoconus does not lead to blindness or no-light-perception vision loss. (Dkt. 72, p. 21 [68: 18-19].)

10. Because UW was recommending the procedure be completed by a non-UW provider, the responsibility fell on UW to find a specialist. (Sukowaty Decl. ¶ 20.)

11.     An inmate possessing information on offsite visit times poses security risks to the institution and correctional staff. (Sukowaty Decl. ¶ 30.)

Dated: October 3, 2025.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Jonathon Davies
JONATHON M. DAVIES
Assistant Attorney General
State Bar #1102663

KATHRYN A. PFEFFERLE
Assistant Attorney General
State Bar #1097651

Attorneys for State Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-8125 (Davies)
(608) 267-2070 (Pfefferle)
(608) 294-2907 (Fax)
Jonathon.Davies@wisdoj.gov
Kathryn.Pfefferle@wisdoj.gov