
**EXHIBIT**
**4**

# ICTS Complaint WCI-2022-13063

**From:** kathleen.berkley@wisconsin.gov
**To:** robert.weinman@wisconsin.gov, paula.stelsel@wisconsin.gov
**Cc:** kathleen.berkley@wisconsin.gov
**Date:** Thu, 08 Sep 2022 17:16:46 -0500

You have been designated as a carbon copy recipient regarding the above complaint:

Complaint Number: WCI-2022-13063       Received: August 29, 2022
Inmate: 669475 -- JENNINGS, DAMONTA D.
Inmate's location when complaint was received: WCI - _N-_B - _B05-_L
Subject: 4 - Medical

Brief Summary:
Complains of delay to Cross Linking surgery

*************************************

ICE Investigation / Recommendation, signed on: August 29, 2022 03:30:08 PM
Persons Contacted: HSM Weinman
AHSM Haseleu
Documents Relied Upon: DOC 310

ICE Recommendation Summary: Mr. Jennings writes that he was diagnosed with suspected
Keratoconus on March 11, 2022, which was confirmed on June 2, 2021, by UW. He had follow-up
appointments scheduled on August 11, 2021, and September 22, 2021, at which time he was
informed the condition continued progressing rapidly to the point it was considered very severe. It was
recommended Mr. Jennings see a non-UW cornea physician for cross link surgery. He states this
recommendation was not acknowledged by HSU until April 6, 2022. Since then, his surgery has been
rescheduled twice.

ICE Wilson discussed this matter with HSM Weinman and Assistant HSM Haseleu who provide the
following information:
HSU is aware of issues and is providing health care in a timely manner. Offsites have been ordered
and are upcoming. The patient made HSU aware that he knew of his appointment dates. This was
relayed to security as it is not allowed for PIOC to know when offsite medical trips are scheduled.
Determined at that time that it would need to be rescheduled and it is still being done sooner than
when first appointment date was originally given.

6/2/21 - First seen by UW (no recommendation made for corneal crosslinking procedure)
8/11/21 - Seen at UW and no recommendation made for corneal crosslinking procedure
9/22/21 - Seen at UW and recommendation made for corneal crosslinking procedure. Mary signed off
on this but did not order (it was not clearly stated in dictation)
3/3/22 - PIOC wrote in an HSR making first mention of surgery while trying to get new glasses but not
requesting procedure status to be checked on.
3/28/22 - UW again recommending corneal crosslinking procedure ASAP - signed off by Mary but did
not order.
4/3/22 - First request was made by PIOC via HSR requesting
4/6/22 - Dombeck received approval from Sukowaty for procedure
4/8/22 - Dombeck ordered procedure - I left a message with UW inquiring about crosslinking
procedure locations since UW was unable to see DOC patients for this.
4/20/22 - I called and I left a message with UW looking for recommendations as to where I could
schedule the appointment.
4/28/22 - UW called back and recommended Valley Eye Associates. I was able to schedule their first

available appointment in November and was put on a waitlist or something sooner if it opened up. Dombeck and Sukowaty aware and agreeable with the date.

5/9/22 - South (optometrist) canceled order and wrote "not covered by DOC".

5/16/22 - Procedure reordered by South after clarification that special approval was given by Lavoie and Sukowaty.

7/6/22 - Patient had a consult with Valley Eye Associates to discuss procedure

7/9/22 - Valley Eye Associates called and spoke with Jess, appointment date was moved up to August so they were able to do both eyes at the same time.

8/22/22 - Two HSRs were received from PIOC dated 8/19/22 stating he was aware of his appointment date. Per admin captain appointment needed to be rescheduled d/t security breach. Appointment scheduled for next available in October.

Though the complainant says he is being denied appropriate care, it is clear from the record no such denial is, nor has taken place. He has and continues to be seen by medical staff concerning his problems, and there is no reason to believe his needs are not being met. Mr. Jennings has made it clear he is not satisfied with the care being offered to date, but what type of specific care or treatment must be offered is a matter of professional medical judgment. Those judgments have been made as they relate to the complainant's concerns and through the filing of this complaint, they have also been reviewed by others in the Bureau of Health Services. Under these circumstances, the ICE has no reason to believe the care and treatment offered is not adequate to the demonstrated need.

ICE Recommendation: Dismissed on August 29, 2022 03:30:08 PM by Lana Wilson

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RA Decision, signed on: September 8, 2022 05:16:45 PM
Documents Relied Upon: EMR reviewed

RA Decision Comments: Affirmed because nothing was done about the crosslinking after the appts on 9/22/21 and 3/28/21. It is true that recommendations from off-site specialists are only recommendations and DOC providers make the final decision. But there is no documentation that the DOC provider determined this was considered and deemed not necessary. Since that, it appears that the procedure has been pursued appropriately

RA Decision: Affirmed on September 8, 2022 05:16:45 PM by Kathleen Berkley

CCs to:
  Weinman, Robert (via email at Robert.Weinman@wisconsin.gov)
  Stelsel, Paula (via email at Paula.Stelsel@Wisconsin.gov)

Confidentiality Notice:
This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Bates 00763