
**EXHIBIT**
**5**

## Progress Notes

**CC:** Office Visit

**HPI:**
NP KCN Exam for Crosslinking.
Referred by Dr. Kurt
Pt last wore CL 2 weeks ago
No prior eye sx
Has known about the KCN for about 1 1/2 years
Vision getting worse
Vision was good in the OS about 3 years ago

**Eye Medication:**
None

**Associated Symptoms:**
Va is blurred OS>OD x 3 years
Light sensitivity
Headaches with bright lights
Flashes/floaters OS at times
Distortion in va
No pain, irritation

Discussed effects of dilation (light sensitivity, difficulty driving, decreased vision) prior to instilling drops.

**Assessment & Plan:**
Assessment:

The patient has evidence of keratoconus, a non-inflammatory corneal thinning typically affecting both corneas. I explained the disease in detail including the progressive nature of the disease. Treatment options were also discussed including: plastic corneal inlays called intacs, full-thickness corneal transplantation for contact lens-intolerant patients with extreme thickening and/or corneal scarring, and/or Corneal Collagen Crosslinking. Note: At this point glasses will not help his vision, and gas permeable contact lens may improve his vision but will do nothing to stop the progression of KCN in the left eye. If the condition continues to progress without treatment a cornea transplant may be necessary. The risks and potential complications of all treatment options were discussed with the patient and/or family who understood. All questions were answered.

Patient has progressive keratoconus with no significant apical scarring and corneal thickness of greater than 450 microns. The patient is an excellent candidate for Corneal Collagen Crosslinking (CXL). The patient understands that the purpose of CXL is to prevent the progression of keratoconus and is not intended to reverse the disease or improve visual acuity. The patient may well need specialty contact lenses to improve the vision secondary to the keratoconus after the procedure. The procedure will not eliminate the need for correction, and the contact lenses will need to be refit once the eye is healed, approximately one month after the procedure.

Risks include possibility of infection, scarring, and progression of the disease. CXL may also be used off-label as an investigational medical procedure for patients that have keratoconus without documented progression of the disease, particularly for those that are at high risk of progression. It can also be used in other forms of keratoconus such as pellucid marginal degeneration and post corneal laser surgery ectasia. The procedure is performed on one eye at a time. The patient will be on eye drops/ointment for about one month and the eye will be uncomfortable for several days. Take Tylenol as needed for pain. The patient will be given a short-term prescription for pain medication to use if needed. The patient will wear a bandage contact lens for one day for comfort.

Plan:

KCN OS worse than OD with progression OU per patient history and findings.