**EXHIBIT 6**

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 7/2023)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.) Jennings, Damonta | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|

Guardian ☐ Yes ☒ No    Guardian Name and Contact Information: _____

POA Healthcare ☐ Yes ☒ No    Activated ☐ Yes ☐ No    Name and Contact Information: _____

| REFERRED TO Ophthalmology | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY UW | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule consult with cornea surgeon. Transplant?

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION
Eval and treat

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

☐ PE/Progress Note Extracts    ☐ Medical Imaging    ☐ Other

☐ Lab Results    ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 12-11-23 TIME: 0945 ☒ AM ☐ PM    ☒ CLINIC ☐ TELEMEDICINE

ADMISSION DATE (mm/dd/yyyy): 21/2018

| ACP REFERRED BY: Kuffenkam, Kerry MD | FACILITY WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 9/7/2023 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

*Advanced Keratoconus left eye*

RECOMMENDATIONS

*PKP surgery LE NA*

DO:
• Dictate from Recommendations

DO NOT:
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE _____ week(s) _____ month(s) _____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I    ☐ Class II    ☐ Class III-A    ☐ Class III-B    ☐ Class IV    ☐ Non-Surgical

| PROVIDER NAME (Please Print) Sarah Nehls | PROVIDER SIGNATURE | DATE SIGNED 12/11/23 |
|---|---|---|

DISTRIBUTION: Original - HSU: scan to appropriate Outside Records (OR) subfolder upon completion or Dental: scan to Dentrix; Copy – Off-Site Provider's Medical Record



WCI

* Auth (Verified) *

| HOSPITAL/ CLINIC NAME | TELEPHONE NUMBER |
|---|---|

## CLASSIFICATION OF MEDICAL AND SURGICAL CONDITIONS

**Class I:** **EMERGENCY CARE - MEDICALLY MANDATORY:**
An emergency is a potentially life-threatening condition requiring immediate care. A delay in treatment may result in death or permanent serious impairment of the patient's health

**Class II:** **URGENT CARE - PRESENTLY MEDICALLY NECESSARY:**
An urgent care problem, while not an emergency, is one which delay of treatment would present a medically unacceptable risk for serious bodily harm, disability, or further deterioration in the patient's condition.

**No prior authorization to proceed with care is required for Class I or II.**

**Class III:** **NON-URGENT - MEDICALLY ACCEPTABLE:**
A non-urgent condition is one which at present does not represent a significant threat to the patient's general medical health and which is not likely to pose such a threat in the foreseeable future. Surgical procedures can be performed at the convenience of the physicians, persons and institutions involved. Non-urgent cases are of two types:

**Class III-A:** Those involving persistent pain and experiencing serious discomfort or rapidly progressive disease or impairment, or where severity of pain has been progressive. The condition must be subject to surgical or medical correction or arrest. While no ill effects will result from a delay of several weeks or months, adequate care dictates the performance of medical or surgical procedures as soon as scheduling will reasonably permit. *Examples* include symptomatic ulcerated varicosities, non-incarcerated symptomatic hernias, large hemorrhoids, and painful bunions.

**Class III-B:** Those *not* involving persistent pain, rapidly progressive disease or impairment and not solely for the convenience of the patient. No medical effects will result from surgical delay of months or years. This is the sort of procedure which a non-institutionalized or uninsured person might choose to delay until he / she becomes medically insured. *Examples* include asymptomatic hernias for sedentary patients, benign non-inflammatory cysts, orthopedic problems where there is no persistent pain or inflammation, minor nasal reconstruction, non-cancerous skin lesions, and cases manageable with non-narcotics.

**In both instances, prior authorization is required.**

**Class IV:** **ELECTIVE NON-COVERED CARE SERVICES - CONVENIENCE OF PATIENT**
These services are not reasonably or medically necessary or required in accordance with accepted medical standards for medical or surgical practice. *Examples* include, fertility and contraceptive surgery, elective circumcisions, weight reduction surgery, experimental treatment or surgery, professional services by a chiropractor, plastic or cosmetic surgery unless necessary to achieve normal bodily function after accidental bodily injury occurring while in state custody. These are **not authorized** under the Bureau's health care plan.

DISTRIBUTION: Original – HSU: scan to appropriate Outside Records (OR) subfolder upon completion or Dental: scan to Dentrix;
Copy – Off-Site Provider's Medical Record

WCI

Bates 00309

**\* Auth (Verified) \***

Printed from UW Health Care Link.

Please visit uwhealth.org/medrecords for information on obtaining official copies of the medical records.

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 Encounter Date: 12/11/2023

# Jennings, Damonta D

MRN: 3555069



**Sarah Nehls, MD**
Physician
Ophthalmology

Progress Notes
Addendum

Encounter Date: 12/11/2023

**Addendum**

This document serves as a record of the services and decisions personally performed and made by Sarah Nehls, MD. It was created on her behalf by me, Justine Fox, a trained medical scribe. The creation of this document is based on the provider's statements to the medical scribe.

The information in this document, created by the medical scribe for me, accurately reflects the services I personally performed and the decisions made by me. I have reviewed and approved this document for accuracy. I reviewed today's documented history with the patient and agree. I have personally examined the patient in all areas completed in the main exam, making changes as appropriate. I agree with the resident/fellow's findings and plan as written. In addition, I have personally examined the following areas in the base exam: Confrontational visual fields, pupils, extraocular movement, neuro/psych and manifest refraction.

Sarah Nehls, MD, 12/11/23, 3:32 PM.

HPI: Damonta D Jennings is a 27 year old male presenting for keratoconus evaluation.

Wearing scleral contact lenses. Denies problems with the right eye. States the left eye can only tolerate lens for 2-3 hours before becoming irritated and watery.

Topography: Kmax OD 76.1, OS 94.9

A/P:
**Keratoconus, both eyes.**
- Topography done 3/29/2022, repeat today, see above.
- R/B/I/A PKP discussed with the patient, including infection, graft rejection, graft failure, inflammation, glaucoma, retinal detachment, bleeding, cataract need for additional surgery or laser, need for glasses or rigid gas permeable contact lens, loss of vision or eye.

Surgery: PKP
Eye(s): Left
Location: UW
Anesthesia: General
Time ("NA" for cataracts): 1 hour
Special Equipment/Notes: DOC patient. Need PKP tissue ordered
Postop: 1 day, 1 week, 1 month, 3 month, 6 month
Tier: 4

**Myopia with irregular astigmatism, both eyes.**

**\* Auth (Verified) \***

12/13/23, 12:42 PM          Jennings, Damonta D DOB: 7/31/1996 (MR#54753945) Printed by ENGLISH-CARELINK, SARA [SXE813]

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 Encounter Date: 12/11/2023

- Wearing scleral lenses OU, having difficulty with OS, only able to wear for 2-3 hours- follows Dr. Walker
- New Rx after surgery


Return for surgery


Office Visit on 12/11/2023          *Note shared with patient*

## Additional Documentation

Flowsheets:      COVID-19 Screening, Facility Charge Capture, Encounter Data
Encounter Info: Billing Info, History, Allergies, Detailed Report

### Orders Placed

⚗ CORNEAL TOPOGRAPHY, BILATERAL No remaining occurrences
CASE REQUEST OPERATING ROOM

### Medication Changes

None

### Visit Diagnoses

❖ Keratoconus of both eyes

Irregular astigmatism of both eyes

Jennings, Damonta D (MRN 3555069) Printed by Sara English-Carelink [SXE813] at 12/13/2023 12:42 PM

WCI

Bates 00311

* Auth (Verified) *

*669475*

Printed from UW Health Care Link.
Please visit uwhealth.org/medrecords for information on obtaining official copies of the medical records.

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 Encounter Date: 09/07/2023

# Jennings, Damonta D

MRN: 3555069

**Allied Health/Nurse Visit**
9/7/2023
UW Health University Station
Clinic Ophthalmology 2nd Floor

Provider: Amy L Walker, OD (Optometry)
Primary diagnosis: Keratoconus of both eyes
Reason for Visit: Follow-up 🖹; Referred by Amy L Walker, OD

## Progress Notes

Amy L Walker, OD (Optometrist) • Ophthalmology

**HPI/CC:** Scleral chk - great comfort but vision is off in the left eye

**Assessment:**
Kconus w/ Irregular astigmatism OU
Excellent scleral fit - needs minor fit and power adjustments

Ant Seg OCT over Sclerals
- RE cc close so increase 50mc  M ok  L slightly close increase 5o
- KE cc slightly close increase 50mc

**Plan:**

Order next pair
Mail to his facility

Refer to Dr Nehls for PKP eval Left Eye

RTC for annual contact lens eval with Dr Kornhaus Sept 2024

I reviewed today's documented chief complaint with the patient and agree. I have personally examined the patient in all areas-completed in the Main Exam, making changes as appropriate. In addition, I have personally examined the following areas in the Base Exam: Neuro/Psych,

## Progress Notes

Randi McKenzie, COMT (Ophthalmology Technician) • Ophthalmology

Damonta D Jennings presents today for
**Chief Complaint**
Patient presents with
• Follow-up
   *Scleral follow up*

Pt states comfort is good with contacts. Vision OS is blurry. Pt unsure if CL Rx is too strong or if his OS is progressing?
He had crosslinking OU done about 1 year ago at Valley Eye and would like to know if it stable?
Pt states his eyes are dry since having crosslinking procedure and the JerryCare Ats he uses seems to not lubricate his eyes as well.

| Eye Medications/Eye Vitamins | RE x/Day | LE x/Day | Last Use |
|---|---|---|---|
| JerryCare ATs | prn | prn | |
| | | | |
| | | | |

Printed by JESSE LANING - CareLink at 10/13/2023 8:54 AM

WCI

Bates 00312

**\* Auth (Verified) \***

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 Encounter Date: 09/07/2023

| | | | |
|---|---|---|---|
| Refill needed:No | | | |
| Medication Pended:  No | | | |
| Pharmacy Selected: Yes | | | |
| Med Rec Done: Yes | | | |

### Review of Systems:

General: Negative
Other: Negative

## Other Notes

All notes

## Instructions

📅 Return in about 1 year (around 9/7/2024) for SOV Scleral check with Dr Kornhaus + Kconus Surgical Eval with Dr Nehls within 6mo.

Optical will be mailing one more pair of scleral contacts

## Additional Documentation

Flowsheets:      COVID-19 Screening, Facility Charge Capture, Encounter Data

SmartForms:    UWOP LEARNING ASSESSMENT

Encounter Info: Billing Info, History, Allergies, Detailed Report, Printable Report

## Communications

View All Conversations on this Encounter

📧 Chart Routed to Uwh Optician      📧 Chart Routed to Keegan L Still
Sent 9/11/2023                                       Sent 9/11/2023

## Media

From this encounter

DEPT OF CORRECTIONS/JAIL - Scan on 9/11/2023 1011 by Batch Process Onbase

## Orders Placed

⚗ ANTERIOR SEGMENT OCT, BILATERAL No remaining occurrences

## Medication Changes

None

## Visit Diagnoses

❖ Keratoconus of both eyes

Irregular astigmatism of both eyes

Cornea scar

Printed by JESSE LANING - CareLink at 10/13/2023 8:54 AM

**\* Auth (Verified) \***

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996 Encounter Date: 09/07/2023

Printed by JESSE LANING - CareLink at 10/13/2023 8:54 AM

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 7/2023)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.)<br>Jennings, Damonta | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |
|---|---|---|---|

Guardian ☐ Yes ☒ No    Guardian Name and Contact Information: _____

POA Healthcare ☐ Yes ☒ No    Activated ☐ Yes ☐ No    Name and Contact Information: _____

| REFERRED TO<br>Ophthalmology | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>UW | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule return to UW Dr. Walker for scleral lens check per clinic request

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 9/7/2023    TIME: 1100    ☒ AM ☐ PM    ☒ CLINIC ☐ TELEMEDICINE

ADMISSION DATE (mm/dd/yyyy):
21/2018

| ACP REFERRED BY:<br>Kuffenkam, Kerry MD | FACILITY<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>8/25/2023 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Excellent scleral fit But needs slightly different power. Lenses are under warrantee — one more pair will be mailed to patient

RECOMMENDATIONS

Return for Contact check in 1 yr — Also schedule Appt w/ Cornea Surgeon (NCHS) w/in 0-6 mo

DO:
• Dictate from Recommendations

DO NOT:
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

Cornea Consult

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE ____ week(s) ☒ 6 month(s) ____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I ☐ Class II ☐ Class III-A ☐ Class III-B ☐ Class IV ☐ Non-Surgical

| PROVIDER NAME (Please Print)<br>Amy WALKER | PROVIDER SIGNATURE | DATE SIGNED<br>9/7/23 |
|---|---|---|

DISTRIBUTION: Original - HSU: scan to appropriate Outside Records (OR) subfolder upon completion
or Dental: scan to Dentrix: Copy – Off-Site Provider's Medical Record

WCI

Bates 00315

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.)<br>Jennings, Damonta | | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |
|---|---|---|---|---|
| REFERRED TO<br>Ophthalmology | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>UW | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes ☒ No | |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule re-fit of scleral lens s/p corneal crosslinking procedure. Current lens is causing pain
-Dr. Walker

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION
Eval and treat

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☑ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☑ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 1/26/23 ☒ CLINIC  ☐ TELEMEDICINE

TIME: 1030 ☐ AM ☐ PM   OR   ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY:<br>South, Bethany OD | HSU<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>12/13/2022 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC
WORK PERFORMED:

Satisfactory Scleral fit - will order one more pair
for better comfort + VISION. Please ensure he has the
correct supplies

RECOMMENDATIONS
① Preserved or non-preserved saline *
② Renu or Biotrve *
③ clear Care

DO:
- Dictate from Recommendations

DO NOT:
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

*Both are saline solution*

FOLLOW-UP: ☐ CLINIC  ☐ TELEMEDICINE ____ week(s) ____ month(s) ____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I  ☐ Class II  ☐ Class III-A  ☐ Class III-B  ☐ Class IV  ☐ Non-Surgical

| PHYSICIAN NAME (Please Print)<br>AMY WALKER | PHYSICIAN SIGNATURE | DATE SIGNED<br>1/26/2023 |
|---|---|---|
| HOSPITAL/ CLINIC NAME<br>UW Health University Station | | TELEPHONE NUMBER<br>608 263 7171 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

**QUEST**

| IENT NAME (Last, First, M.I.) Jennings, Damonta | | | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|---|---|

| REFERRED TO Valley Eye Assosciates | CLINIC MEDICAL RECORD # | CLINIC / FACILITY Oshkosh | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☒ No | |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule 1 month f/u with Dr. Scanlon recommended during 11/18/22 visit

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION
Eval and treat

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 1/4/2023  ☒ CLINIC  ☐ TELEMEDICINE

TIME: 0845 ☒ AM ☐ PM  **OR**  ADMISSION DATE (mm/dd/yyyy):

| ᴿERRED BY: ᴐіmmons, Diana APNP | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 11/21/2022 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Postop for CXL - Stable Cornea

RECOMMENDATIONS
Needs new CL fit w/ UW - keep current appt as scheduled
Okay to continue wearing current CLs until then
Use artificial tears as needed for comfort

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE ____ week(s) ____ month(s) ____ year As scheduled w/ UW

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I  ☐ Class II  ☐ Class III-A  ☐ Class III-B  ☒ Class IV  ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) Brianne Scanlon, MD | PHYSICIAN SIGNATURE Brianne Scanlon, MD | DATE SIGNED 1/4/23 |
|---|---|---|
| SPITAL/ CLINIC NAME Valley Eye Associates | | TELEPHONE NUMBER (920) 800-314-4413 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

## REQUEST

| TIENT NAME (Last, First, M.I.)<br>Jennings, Damonta D. | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |
|---|---|---|---|

| REFERRED TO<br>Ophthalmology | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>UW | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes  ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule corneal crosslinking procedure, UW does not perform

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 11/18/22 ☒ CLINIC  ☐ TELEMEDICINE

TIME 0915  ☐ AM  ☑ PM  OR  ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY:<br>Dombeck, Charles APNP | HSU<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>4/8/2022 |
|---|---|---|---|---|

## RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Stable exam, new refractor

RECOMMENDATIONS
New R lens for glasses

R -7.50 + 4.00 × 160
balance

DO:
• Dictate from Recommendations

DO NOT:
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☒ CLINIC  ☐ TELEMEDICINE ____ week(s)  1 month(s) ____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I  ☐ Class II  ☐ Class III-A  ☐ Class III-B  ☐ Class IV  ☐ Non-Surgical

| PHYSICIAN NAME (Please Print)<br>Unger | PHYSICIAN SIGNATURE | DATE SIGNED<br>11-18-2022 |
|---|---|---|
| HOSPITAL/ CLINIC NAME | | TELEPHONE NUMBER |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

Bates 00318

000669475
201806210836669475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| TIENT NAME (Last, First, M.I.)<br>Jennings, Damonta D. | | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |
|---|---|---|---|---|
| REFERRED TO<br>Ophthalmology | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>UW | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes  ☒ No | |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule corneal crosslinking procedure, UW does not perform

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

**NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE**

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 10/21/22  ☒ CLINIC  ☐ TELEMEDICINE

TIME: 0845  ☐ AM  ☐ PM  **OR**  ADMISSION DATE (mm/dd/yyyy):

| FERRED BY:<br>Dombeck, Charles APNP | HSU<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>4/8/2022 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

s/p Crosslinking (B) eyes, doing well

RECOMMENDATIONS

eyedrops as scheduled
No contacts for now

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

as scheduled

FOLLOW-UP: ☒ CLINIC  ☐ TELEMEDICINE  4 week(s)  ___ month(s)  ___ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I  ☐ Class II  ☐ Class III-A  ☐ Class III-B  ☐ Class IV  ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) | PHYSICIAN SIGNATURE | DATE SIGNED<br>10-21-2022 |
|---|---|---|
| HOSPITAL / CLINIC NAME | | TELEPHONE NUMBER |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

Bates 00319

## CLASSIFICATION OF MEDICAL AND SURGICAL CONDITIONS

**Class I:** **EMERGENCY CARE - MEDICALLY MANDATORY:**
An emergency is a potentially life-threatening condition requiring immediate care. A delay in treatment ma,
result in death or permanent serious impairment of the patient's health

**Class II:** **URGENT CARE - PRESENTLY MEDICALLY NECESSARY:**
An urgent care problem, while not an emergency, is one which delay of treatment would present a medically
unacceptable risk for serious bodily harm, disability, or further deterioration in the patient's condition.

**No prior authorization to proceed with care is required for Class I or II.**

**Class III:** **NON-URGENT - MEDICALLY ACCEPTABLE:**
A non-urgent condition is one which at present does not represent a significant threat to the patient's general
medical health and which is not likely to pose such a threat in the foreseeable future. Surgical procedures can
be performed at the convenience of the physicians, persons and institutions involved. Non-urgent cases are
of two types:

**Class III-A:** Those involving persistent pain and experiencing serious discomfort or rapidly progressive
disease or impairment, or where severity of pain has been progressive. The condition must be subject to
surgical or medical correction or arrest. While no ill effects will result from a delay of several weeks or
months, adequate care dictates the performance of medical or surgical procedures as soon as scheduling will
reasonably permit. *Examples* include symptomatic ulcerated varicosities, non-incarcerated symptomatic
hernias, large hemorrhoids, and painful bunions.

**Class III-B:** Those *not* involving persistent pain, rapidly progressive disease or impairment and not solely for
the convenience of the patient. No medical effects will result from surgical delay of months or years. This is
the sort of procedure which a non-institutionalized or uninsured person might choose to delay until he / she
becomes medically insured. *Examples* include asymptomatic hernias for sedentary patients, benign non-
inflammatory cysts, orthopedic problems where there is no persistent pain or inflammation, minor nasal
reconstruction, non-cancerous skin lesions, and cases manageable with non-narcotics.

**In both instances, prior authorization is required.**

**Class IV:** **ELECTIVE NON-COVERED CARE SERVICES - CONVENIENCE OF PATIENT**
These services are not reasonably or medically necessary or required in accordance with accepted medical
standards for medical or surgical practice. *Examples* include, fertility and contraceptive surgery, elective
circumcisions, weight reduction surgery, experimental treatment or surgery, professional services by a
chiropractor, plastic or cosmetic surgery unless necessary to achieve normal bodily function after accidental
bodily injury occurring while in state custody. These are **not authorized** under the Bureau's health care plan.

DISTRIBUTION: Original – Medical Chart, Consultations Section or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

## Collagen Cross-Linking Post Op Instructions

Use the following eye drops:

|  | Breakfast | Lunch | Dinner | Bedtime |
|---|---|---|---|---|
| Ofloxacin | X | X | X | X |
| Prednisolone | X | X | X | X |
| Prolensa | X |  |  |  |

Leave the bandage contact lens in place until your follow-up appointment. Do not try to put the contact lens back in if it falls out.

Make sure to leave 3 to 5 minutes between the eye drops.

Avoid rubbing the eye.

Use artificial tears as often as needed up to every 2 hours to keep the bandage contact lens wet and for your comfort.

For pain: take Percocet 1-2 tablets every 4-6 hours as needed after the procedure. Make sure to eat before taking Percocet because it can make you sick to your stomach if you don't. Do not drive or perform activities that require alertness. The first day will be the most uncomfortable, try to sleep as much as possible.

Expect tearing, sensitivity to light, foreign body sensation, and blurred vision. These symptoms will improve day-by-day.

WCI

Bates 00321

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

## QUEST

| PATIENT NAME (Last, First, M.I.) Jennings, Damonta D. | | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|---|

| REFERRED TO Ophthalmology | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY UW | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule corneal crosslinking procedure, UW does not perform

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

## ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

☐ PE/Progress Note Extracts   ☐ Medical Imaging   ☐ Other

☐ Lab Results   ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy) 10/14/22 ☒ CLINIC   ☐ TELEMEDICINE

TIME: 1430 ☒ AM ☐ PM   **OR**   ADMISSION DATE (mm/dd/yyyy):

| FERRED BY: Dombeck, Charles APNP | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 4/8/2022 |
|---|---|---|---|---|

## RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

S/p corneal crosslinking, eye surgery

RECOMMENDATIONS Start drops today
- Prednisolone 1% eyedrops 4x daily × 28d
- Ofloxacin eyedrops: 1 gtt 4x daily × 7d then stop
- Ketorolac drops: 1 gtt 4x daily × 7d

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☒ CLINIC ☐ TELEMEDICINE ___ week(s) ___ month(s) ___ year

## INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) J. Unger | PHYSICIAN SIGNATURE | DATE SIGNED 10-14-2022 |
|---|---|---|
| HOSPITAL / CLINIC NAME | | TELEPHONE NUMBER |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

* Auth (Verified) *

08-19-22;08:57AM;                                              ;9203809323       #  2/  7

# VALLEY EYE
### A S S O C I A T E S

## REFRACTIVE SURGERY PAYMENT INFORMATION

Patient Name: Damonta Jennings     Surgery Date: _____

Full payment is required 5 business days before any refractive surgery unless financial arrangements have been made. If payment is not received as required in advance, the surgery will be postponed. Payment can be made in cash, by personal or cashier's check, or by MasterCard, VISA or Discover Card.

If you have any questions regarding the fees or need to make financial arrangements, please contact our Business Office at (920) 730-4132.

Refractive Procedure: Collagen Crosslinking     Eye(s):     Right / Left  ( Both )

Surgeon:     Michael Vrabec, M.D.          Evaluation Fee    $ _____ *
             Douglas Salm, M.D.            * Evaluation Fee is separate from the surgical
             Jennifer Unger, M.D.            fee. This fee is payable at the time of service.

| | |
|---|---|
| Surgeon's Fee | $ 2,499.00 per eye |
| Facility Fee | $ _____ |
| Laser Fee | $ _____ |
| Co-Management Fee (for Dr. _____ ) | $ _____ |
| Lens Fee, if applicable | $ _____ |
| Other: _____ | $ _____ |
| Other: _____ | $ _____ |
| **Total Fee for Refractive Procedure** | $ 2,499.00 per eye |

FSA Statement Needed    Yes / No
Applied for Care Credit  Yes / No

Valley Eye Associates offers a 5% cash discount. If you pay by cash or cashier's check, your cash discount is $ _____ . Cash Discounts cannot be used in conjunction with any other discounts. Credit card or personal check payments do not apply.

Amount to be paid directly to Valley Eye Associates 5 business days prior to surgery $ 2,499.00 per eye.
   (includes co-management fee for Dr. _____ )

Amount to be paid directly to Facility _____ 5 business days prior to surgery $ _____ .

Patient Signature: Damonta J    Date: 8-19-2022

Counselor Signature: _____    Date: _____

21 Park Place • Appleton, WI 54914 • Phone 920-739-4361 • Fax 920-739-6368 • valleyeye.com
4648 W. Spencer Street • Appleton, WI 54914 • Phone 920-739-4361 • Fax 920-739-6368
2100 S. Kensington Drive, Suite 5 • Appleton, WI 54915 • Phone 920-731-3876 • Fax 920-731-8836
2500 E. Capitol Drive, Suite 3500 • Appleton, WI 54911 • Phone 920-358-1820 • Fax 920-358-1829
719 Doctors Court • Oshkosh, WI 54901 • Phone 920-235-0066 • Fax 920-235-5596
1543 Park Place, Suite 400 • Green Bay, WI 54304 • 920-497-0100 • Fax 920-544-5182

Rev 09-2019

WCI

Bates 00323



### Treatment of Corneal Disease using Collagen Cross-Linking Information and Consent Form

**VALLEY EYE**
ASSOCIATES, LP

This consent form contains important information to help you decide whether to undergo treatment.

> Our staff will explain this treatment to you. Ask questions about anything that is not clear at any time. You may take home an unsigned copy of this consent form to think about and discuss with family or friends.

- ➢ Being treated is voluntary – <u>your choice</u>.
- ➢ Currently, this treatment is not FDA approved (it is, however, in Canada and Europe) and as such is considered an investigational treatment.
- ➢ <u>No</u> one can <u>promise</u> that treatment will help you with guaranteed certainty.
- ➢ Do not have this treatment unless all of your <u>questions</u> are <u>answered</u>.
- ➢ The treatment is <u>not covered</u> by any insurance; it is the patient's responsibility to pay for the treatment.

### After reading and discussing the information in this consent form you should know:

- Why this treatment is being done;
- What will happen during the treatment;
- Any possible benefits to you;
- The possible risks to you;
- Other options you could choose instead of having this treatment;
- What to do if you have problems or questions about this treatment.

## Please read this consent form carefully.

The purpose of this document is to provide you with information to consider in deciding whether to undergo this treatment. Your consent should be made based on your understanding of the nature and risks of the drug and procedure. Please ask questions if there is anything you do not understand. Your treatment is voluntary and will have no effect on the quality of your medical care if you choose not to undergo treatment.

### 1. PURPOSE OF THE TREATMENT

The purpose of this collagen cross-linking treatment on the cornea is halting or partially reversing the effects of keratoconus, or similar ectatic (weakening) diseases of the cornea. It can also be used to treat patients who have had previous RK (Radial Keratotomy) and now have an instability of their cornea which results in changes in the shape of the cornea throughout the day (diurnal variations). Two other additional indications are for corneal infections and weakening of the cornea as a result of previous LASIK or PRK (ectasia).

Initials D J

Page 1 of 4

Bates 00324

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

08-19-22;09:5/AM;                                          ;9203809323          #  4/  7

Keratoconus is a condition that leads to thinning and protrusion of the front of the cornea. This leads to possible tears in the cornea, scarring, decreased vision, high amounts of astigmatism, and vision loss. Other treatment options include: surgical placement of intra-corneal rings (INTACS), PRK, or corneal transplantation.

Riboflavin (Vitamin B) has the known property that when activated by UV light induces collagen fiber cross linking thereby strengthening the cornea. This treatment will use a Riboflavin solution and UV light reaction to strengthen the cornea via cross linking collagen fibers to halt or slow down the progression of keratoconus.

UV light can potentially cause damage to the eye including photokeratitis (inflammation from the UV light), cataract formation, retinal damage and corneal endothelial damage. However, the radiant exposure of the UV-Emitter (device used to emit UV light) is absorbed entirely in the cornea. None of it reaches into the anterior chamber, lens, or retina. There is an indicator on the emitter that shows how much UV light is actually being administered. The UV-Emitter device is investigational, and not FDA approved, but has been shown in our own study, as well as in Europe, to be safe and effective. It does have CE approval in Europe (CE is the European equivalent of the FDA).

## 2. PROCEDURES

If you decide to take part in this treatment, you will undergo the following procedures:

You will arrive at Valley Eye Associates. The informed consent that has been given ahead of time will be signed if it hasn't been signed previously at your examination and any final questions answered. You will be given 6 mg of Valium, 400 mg Ibuprofen orally, and a 1% Pilocarpine eye drop, taken to the treatment room and be asked to lie on your back under the operating microscope. Topical numbing eye drops will be applied to the eye with an antibiotic ophthalmic solution. A lid speculum will be placed in the eye. The procedure may involve removal of approximately 80% of the surface cells of the cornea of the eye (epithelium) with the Amoils brush if an epi-off crosslinking procedure is needed, traditionally we use an epi-on crosslinking procedure. Then the eye will be treated with Riboflavin/Dextran eye drops. The cornea will then be exposed to ultraviolet light from the UV-Emitter. The cornea will be rinsed with a topical anesthetic and supplemented with additional Riboflavin/Dextran drops during the ultraviolet exposure time. The speculum will then be removed. After treatment, the cornea will be rinsed with saline and 2-4 drops of antibiotic eye drops placed in the eye. A bandage contact lens will be placed on the eye. Antibiotic and steroid eye drops will be given post-operatively four times a day for one week. The procedure can take up to 1 hour.

You will be seen once prior to the procedure and on day one following the procedure, and at one week, one month, three months, six months, and one year later. At the initial visit, you will undergo a complete eye examination, computerized mapping of the cornea, and an ultrasonic measurement of the cornea.

## 3. RISKS

In studies done in Europe since the 1990's, there have been no long-term complications of this treatment. There was a concern of cataract formation and macular degeneration with the UV light exposure. This has not occurred. Corneal scarring or ulcers can occur during the first few weeks after treatment. This has been rare.

Initials D J

WCI

Bates 00325

09-19-22:08:57AM;                                                    ;9203809329          #  5/  7

The risks associated with this procedure include mild to moderate eye discomfort, tearing, sensitivity to light and blurred vision. These symptoms may last for up to one week until the cornea has healed. During this healing phase you will be at increased risk for developing a corneal infection. To prevent and control discomfort and infection, we will be placing a bandage contact lens on your eye and prescribing oral pain medications, topical antibiotics, topical steroids, and topical lubricating drops for the first week after the treatment.

Participation in Cross-Linking will still allow you to be eligible for other treatments of keratoconus, including rigid contact lenses, intra-corneal rings (INTACS), PRK, or a corneal transplant.

4.  BENEFITS

The probable benefit of this treatment is strengthening your cornea, halting the progression of your corneal disease. It could also partially reverse some of the adverse physical effects (corneal steepness and weakening) of the cornea. However, this cannot be guaranteed.

5.  ALTERNATIVES TO PARTICIPATION IN THE TREATMENT

Other treatments of keratoconus include correction of vision with contact lenses, Intacs, PRK, or a corneal transplant. Some patients may develop scarring of the cornea during the course of their disease, become intolerant to contact lens wear, or cannot be fitted with contact lenses. These patients may need to undergo a surgical procedure such as a corneal transplant, or placement of intra-corneal rings (INTACS) in order to improve their vision.

6.  COST ASSOCIATED WITH THE TREATMENT

You will be charged for costs for the collagen crosslinking treatment and your first 30 days of follow-up care at Valley Eye Associates that is included in your cost. However, if your follow-up care is done outside of Valley Eye Associates, that will be billed to your medical insurance. Your medical insurance does not pay for this procedure as collagen crosslinking is a non-covered procedure until the FDA approves the procedure.

7.  REIMBURSEMENT FOR MEDICAL TREATMENT

Valley Eye Associates does not compensate or provide free medical care for patients in the event that any injury results from treatment. If you become ill or injured as a direct result of treatment, you will receive medical care, but it will not be free of charge even if the injury is a direct result of treatment.

You and/or your health insurance will need to pay for any medical treatment needed as a result or complication of this treatment. Your health insurance company may not, but would be expected to pay for treatment of injuries as a result of your treatment and Valley Eye Associates will bill your insurance if such an event were to occur.

8.  You may contact your surgeon, Michael Vrabec, M.D. with questions or concerns at any time at (920) 739-4361.

Initials D J

WCI

Bates 00326

**\* Auth (Verified) \***

### VOLUNTARY CONSENT
(Signature Page)

I have read the information in this consent form (or it has been read to me). All of the above has been explained to me and all of my current questions have been answered. I am encouraged to ask questions about any aspects of this treatment. If I have questions in the future, I should contact:

Name: <u>Dr. Michael Vrabec</u>     Phone Number: <u>920-739-4361</u>

By signing this form, I agree to have Collagen Cross-Linking Treatment to my

         ☒ Right Eye

         ☒ Left Eye

Damonta Jennings _____ 8-19-2022
(Print) Name of Participant    Signature of Participant    Date

I certify that the nature and purpose, the potential benefits and possible risks associated with this treatment have been explained to the above individual and that any questions about this information have been answered. A signed copy of this consent will be given to the patient.

_____ _____ _____
(Print) Name of Person Performing   Signature of Person Performing   Date
the Treatment       the Treatment

I certify that the individuals named above as "patient" and "person obtaining consent".

HOLLY BESSLEINEN _____ 8/19/22
(Print) Name of Witness    Signature of Witness    Date

Rev. 10-2020

Page 4 of 4

WCI

Bates 00327

* Auth (Verified) *

08-19-22;08:57AM;                                              ;9203809323        #  7/  7

COLLAGEN CROSS-LINKING PATIENT / COUNSELOR DISCUSSION SHEET          DR. VRABEC

Name Damonta Jennings OD _____  Today's Date _____  Surgery Date _____

1. Procedure: Collagen Cross-Liking     RE / LE / (BOTH EYES)

2. Side Effects/Risks/Alternatives: Discussed/Clarified. Glasses or contact lenses may be necessary for best vision. Bandage contact lens to be worn for several days. Possible need for INTACS or Corneal Transplant in the future.

3. Contact Lenses: Discontinue in the operative eye(s) three (3) days prior to treatment.

4. Re-check: See Dr. _____ days prior to treatment for _____

5. Patient Notification Fax Report Sent: _____

LOCATION: VALLEY EYE ASSOCIATES, LP, 21 PARK PLACE, APPLETON, WI.  YOU CAN EXPECT TO BE THERE A TOTAL OF 90 MINUTES.  ARRIVE AT_____ ON _____.

6. Women: Cannot be pregnant.

7. Diet: Please do not eat or drink anything 3 hours prior to your treatment.

8. Driver: You will need a driver to and from Valley Eye Associates on the day of treatment and also a driver to bring you to your follow-up appointment ti

9. Activity Limitations:
   a. Relax the day and evening of your treatment.  Your vision will be blurred; and you will have light sensitivity, discomfort, and tearing.
   b. Plan to be off of work the day of the treatment as well as the following 2 days if you work in a dusty or dirty environment.
   c. No swimming in a chlorinated pool for one week.

10. Before Treatment Use:

    _____ Ibuprofen 600 mg twice a day for 2 days prior to treatment

    _____ Bring iPod to listen to your favorite music.

11. After Treatment Use:  **MUST WAIT 2-3 MINUTES BETWEEN ANY EYE DROPS**

    _____ Ofloxacin one drop 4 times a day

    _____ Prednisolone acetate one drop 4 times a day

    _____ Prolensa one drop once a day
            Ketorolac, 4 times

12. Your first follow-up appointment is scheduled for _____  at      a.m. / p.m.
    with Dr. _____ at _____.

13. Your one week follow-up appointment is scheduled for _____, _____ at _____ a.m. / p.m.
    with Dr. _____ at _____.

_____        8-19-2022        _____        _____
Patient Signature            Date              Counselor Signature          Date

                                                                              Rev 10-2020

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

## REQUEST

| PATIENT NAME (Last, First, M.I.) | DOC # 669475 | DOB (mm/dd/yyyy) 7/31/96 |
|---|---|---|
| Jennings, Damonta | | |

| REFERRED TO UW | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
University Station Eye clinic for lens fitting

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

### ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 07/21/2022     ☒ CLINIC     ☐ TELEMEDICINE

TIME: 1100 ☒ AM ☐ PM     OR     ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: Dr. Jeanpierre | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 7/7/2022 |
|---|---|---|---|---|

### RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Damonta has an excellent fit - Expect one more pair mailed to you. First pair keeps as backup.

RECOMMENDATIONS

Begin using new pair. Needs Biotrue or Optifree for cleaning & disinfecting

DO:
- Dictate from Recommendations

DO NOT:
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE ____ week(s) ____ month(s) __1__ year

### INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) Amy WALKER | PHYSICIAN SIGNATURE | DATE SIGNED 7/21/2022 |
|---|---|---|
| HOSPITAL/CLINIC NAME UNIV STATION UW Health MADISON | | TELEPHONE NUMBER 6082637171 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

Bates 00329

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.) Jennings, Damonta D. | | | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|---|---|
| REFERRED TO Valley Eye Associates | CLINIC MEDICAL RECORD # | CLINIC / FACILITY Appleton | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☒ No | |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule consult prior to corneal crosslinking procedure

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION
Eval and treat

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 7/6/2022   ☒ CLINIC   ☐ TELEMEDICINE

TIME: 0730 ☒ AM ☐ PM   OR   ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: Jeanpierre, Cheryl DO | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 4/28/2022 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Keratoconus both eyes

RECOMMENDATIONS Collagen Crosslinking both eyes

7/6/22

DO:
• Dictate from Recommendations

DO NOT:
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☒ CLINIC ☐ TELEMEDICINE ____ week(s) ____ month(s) ____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) Michael Vrabec | PHYSICIAN SIGNATURE | DATE SIGNED 7/6/22 |
|---|---|---|
| HOSPITAL / CLINIC NAME Valley Eye Associates | | TELEPHONE NUMBER 920-730-4168 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

* Auth (Verified) *

*7480*

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| ...TIENT NAME (Last, First, M.I.)<br>Jennings, Damonta D. | | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |
|---|---|---|---|---|

| REFERRED TO<br>Opthalmology | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>UW | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes   ☐ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule retum to UW to be issued scleral lens

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

**NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE**

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 6/10/22   ☒ CLINIC   ☐ TELEMEDICINE

| TIME: 1230 ☒ AM ☐ PM | OR | ADMISSION DATE (mm/dd/yyyy): | | |
|---|---|---|---|---|
| :FERRED BY:<br>Jeanpierre, Cheryl DO | HSU<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>5/23/2022 |

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Successful AT INSERTION TRAINING for Contacts. He will need a mirror + SALINE + Boston BIOTRUE CLEANER + Clear Care H2O2 Disinfectant

RECOMMENDATIONS

Call us if He Has Problems.
RTC One More time

1-2 August

**DO:**
• Dictate from Recommendations

**DO NOT:**
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☒ CLINIC ☐ TELEMEDICINE ___ week(s) ___ month(s) ___ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print)<br>Amy Walker | PHYSICIAN SIGNATURE | DATE SIGNED<br>6/16/22 |
|---|---|---|
| HOSPITAL/ CLINIC NAME<br>UW Health UNIV STATION | | TELEPHONE NUMBER<br>608 263 7171 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section: Copy – Off-Site Provider's Medical Record

WCI

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.)<br>Jennings, Damonta D. | | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |
|---|---|---|---|---|

| REFERRED TO<br>Ophthalmology | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>UW | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule return to U-station for scleral lens fitting

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 5/12/2022   ☒ CLINIC   ☐ TELEMEDICINE

TIME: 1100 ☒ AM ☐ PM   **OR**   ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY:<br>Jeanpierre, Cheryl DO | HSU<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>4/8/2022 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Excellent Scleral Contact Lens Fit Today for Keratoconus — Achieves 20/20 vision

RECOMMENDATIONS

Order first pair
Return for Training

DO:
• Dictate from Recommendations

DO NOT:
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE _____ week(s) _1_ month(s) _____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print)<br>AMY WALKER | PHYSICIAN SIGNATURE | DATE SIGNED<br>5/12/22 |
|---|---|---|
| HOSPITAL/ CLINIC NAME<br>UW Health UNIV STATION | | TELEPHONE NUMBER<br>6082637171 |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

*COPIES*          WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.) JENNINGS, DAMONTA D | | DOC # 669475 | DOB (mm/dd/yyyy) 07/31/1996 |
|---|---|---|---|

| REFERRED TO UW | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY Optometry | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☐ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule CTL Visit

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

**NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE**

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

☐ PE/Progress Note Extracts      ☐ Medical Imaging      ☐ Other

☐ Lab Results      ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 3/28/2022      ☒ CLINIC      ☐ TELEMEDICINE

TIME: 0820 ☒ AM ☐ PM      OR      ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: Mary Moore, APNP | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 10/28/2021 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

1.) Keratoconus OS > OD

*NOT SURE WHAT THIS IS*

RECOMMENDATIONS

1.) Corneal x-linking would be very beneficial to patient. Keratoconus is progressing. Will need to return to office for scleral / RGP lens fitting. Corneal Cross-linking may be able to prevent need from corneal change. Please approve ASAP.

DO:
• Dictate from Recommendations

DO NOT:
• Inform Patient of Upcoming appointment
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE ___ week(s) ___ month(s) ___ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I      ☐ Class II      ☐ Class III-A      ☐ Class III-B      ☐ Class IV      ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) Kevin Kurr | PHYSICIAN SIGNATURE | DATE SIGNED 3/28/22 |
|---|---|---|

| HOSPITAL/ CLINIC NAME University Station | | TELEPHONE NUMBER (608) 213-3186 |
|---|---|---|

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

* Auth (Verified) *

# UWHealth

UNIVERSITY STATION OPHTHALMOLOGY 1ST FLOOR
2880 UNIVERSITY AVE
MADISON, WI 53705
Phone: 608-263-7171

# Optical Prescription

Name: **Damonta D Jennings**

## Patient Demographics

| Patient Name | DOB | Phone (Permanent) |
|---|---|---|
| Jennings, Damonta D | 7/31/1996 | 920-324-7259 (Home) *Preferred* |

## Glasses Prescription (3/28/2022)

| | Sphere | Cylinder | Axis |
|---|---|---|---|
| Right | -2.00 | +5.00 | 003 |
| Left | -2.50 | +6.00 | 015 |

Type: SVD
Expiration Date: 03/28/23

Prescribed by Kevin Kurt O.D.

This prescription expires 1 year from the visit date unless stated otherwise above.

WCI

Bates 00334

* Modified *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.)<br>JENNINGS, DAMONTA D | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |
|---|---|---|---|

| REFERRED TO<br>UW | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>Optometry | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes ☐ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule CTL Visit

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

☑ PE/Progress Note Extracts     ☐ Medical Imaging     ☐ Other

☑ Lab Results     ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 3/28/2022     ☒ CLINIC     ☐ TELEMEDICINE

TIME: 0820 ☒ AM ☐ PM     OR     ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY:<br>Mary Moore, APNP | HSU<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>10/28/2021 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

1.) Keratoconus OS > OD

RECOMMENDATIONS

1.) Corneal x-linking would be very beneficial to patient. Keratoconus is progressing. Will need to return to office for scleral / RGP lens fitting. Corneal Cross-linking may be able to prevent need for corneal transplant. Please approve ASAP.

DO:
- Dictate from Recommendations

DO NOT:
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE _____ week(s) _____ month(s) _____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print)<br>Kevin Kurr | PHYSICIAN SIGNATURE | DATE SIGNED<br>3/28/22 |
|---|---|---|
| HOSPITAL/ CLINIC NAME<br>University Station | | TELEPHONE NUMBER<br>(608) 213-3186 |

✓ 3/28/22

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

\* Modified \*

# UWHealth

UNIVERSITY STATION OPHTHALMOLOGY 1ST FLOOR
2880 UNIVERSITY AVE
MADISON, WI 53705
Phone: 608-263-7171

# Optical Prescription

Name: Damonta D Jennings

## Patient Demographics

| Patient Name | DOB | Phone (Permanent) |
|---|---|---|
| Jennings, Damonta D | 7/31/1996 | 920-324-7259 (Home) *Preferred* |

## Glasses Prescription (3/28/2022)

|  | Sphere | Cylinder | Axis |
|---|---|---|---|
| Right | -2.00 | +5.00 | 003 |
| Left | -2.50 | +6.00 | 015 |

Type: SVD
Expiration Date: 03/28/23

Prescribed by Kevin Kurt O.D.

This prescription expires 1 year from the visit date unless stated otherwise above.

WCI

Bates 00336

* Modified *

Jennings, Damonta D DOB: 7/31/1996 (MR#54753945) Printed by LANING - CARELI...    Page 1 of 4

469475

Printed from UW Health Care Link.
Please visit uwhealth.org/medrecords for information on obtaining official copies of the medical records.

Jennings, Damonta D (MRN 3555069) DOB: 07/31/1996    Encounter Date: 03/28/2022

# Jennings, Damonta D

MRN: 3555069

**Office Visit** 3/28/2022
UNIVERSITY STATION
OPHTHALMOLOGY 1ST
FLOOR

Provider: Kevin D Kurt, OD (Optometry)
Primary diagnosis: Keratoconus of both eyes
Reason for Visit: Eye Exam 🖹; Referred by No Pcp Uwnopcp

## Progress Notes

Kevin D Kurt, OD (Optometrist) • Ophthalmology

Damonta D Jennings is a 25 year old patient who presents for CLC today.

Chief complaint: patient reports worsening vision since last visit. Does not currently have glasses that work well for him.

Past Ocular History:  Keratoconus OU

Ocular Medications:  none

PMH: There is no problem list on file for this patient.

Allergy: No Known Allergies

Reviewed gross VFs and basic sensorimotor exam and agree

ROS and  PFSH, medications, allergies and tech notes have been reviewed with patient. Patient is oriented to time, place and person with appropriate mood and affect.

Assessment:

1. Keratoconus OU
    -Topography and refraction done

2. Myopia OU Astigmatism OU

Plan:

1. Letter to DOC. Requesting approval for corneal cross-linking. Pt will need to return to university station for RGP/ scleral fitting. Letter to Conlin.

2. Gave new glasses RX. Discussed limitations of glasses 2/2 KC

5/2/22

WCI

Bates 00337

**\* Modified \***

I reviewed today's documented chief complaint, review of systems, past medical, family and social  history with the patient and agree. I have personally examined the patient in all areas completed in the Main Exam, making changes as appropriate.  In addition, I have personally examined all areas in the Base Exam.  I have also reviewed my assessment and plan with the patient and their family.

The information in this document, created by the medical scribe for me, accurately reflects the services I personally performed and the decisions made by me. I have reviewed and approved this document for accuracy.

Kevin D Kurt, OD, 03/29/22, 9:02 AM.

## Corneal Topography, Bilateral (92025) - Today

**Technician's Notes**
Submitted by: Julie S Lewis, Ophth Tech - 3/28/2022 - 8:35 AM .
**Notes**
OD: keratoconus
OS: keratoconus

**Linked Images**
CORNEAL TOPOGRAPHY, BILATERAL

## HPI

**Eye Exam**
Additional comments: CLC

Last edited by Jordan P Guevara, COA on 3/28/2022  8:26 AM. (History)

## Base Eye Exam

| Visual Acuity (Snellen - Linear) | | |
| --- | --- | --- |
| | Right | Left |
| Dist sc | 20/150 | HM |
| Dist ph sc | 20/50 +2 | |

| Pupils | | |
| --- | --- | --- |
| | Pupils | APD |
| Right | PERRL | None |
| Left | PERRL | None |

**Visual Fields**

| | Left | Right |
| --- | --- | --- |
| | Full | Full |

**Extraocular Movement**

| | Right | Left |
| --- | --- | --- |
| | Full | Full |

**Neuro/Psych**
Oriented x3: Yes
Mood/Affect: Normal

Edited by: Jordan P Guevara, COA; Kevin D Kurt, OD

## Slit Lamp and Fundus Exam

**External Exam**

WCI

Bates 00338

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366694755

* Modified *

Jennings, Damonta D DOB: 7/31/1996 (MR#54753945) Printed by LANING - CARELI...   Page 3 of 4

| | Right | Left |
|---|---|---|
| External | Normal | Normal |

## Slit Lamp Exam

| | Right | Left |
|---|---|---|
| Lids/Lashes | Normal | Normal |
| Conjunctiva/Sclera | White and quiet | White and quiet |
| Cornea | inf-central outpouching. Mild Rizutti | inf-central outpouching/thinning, subepi fibrosis. Mild Rizzuti |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive | Round and reactive |
| Lens | Clear, | Clear |
| Vitreous | Normal | Normal |

Edited by: Kevin D Kurt, OD

## Refraction

### Manifest Refraction (Auto)

| | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right | -8.25 | +4.75 | 128 | |
| Left | | | | |

### Manifest Refraction #2

| | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right | -2.00 | +5.00 | 003 | 20/40+2 |
| Left | -2.50 | +6.00 | 015 | 20/150 |

### Final Rx

| | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right | -2.00 | +5.00 | 003 | 20/40+2 |
| Left | -2.50 | +6.00 | 015 | 20/150 |

Type: SVD

Expiration Date: 03/28/23

### Manifest Refraction Comments

OS unable

Edited by: Jordan P Guevara, COA; Viviana Robinson; Kevin D Kurt, OD

## Additional Documentation

| | |
|---|---|
| Vitals: | Pain Sc 0 - No Pain |
| Flowsheets: | COVID-19 Screening, Facility Charge Capture, Encounter Data |
| SmartForms: | UWOP LEARNING ASSESSMENT |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report, Printable Report |

## Communications

✉ Letter sent to Karina A Conlin, OD
Sent 3/29/2022

## Ambulatory Encounter Audit

Audit Encounter

## Destination Communication History

Coordination has not been started for this encounter.

## Durable Medical Equipment Communication History

Coordination has not been started for this encounter.

WCI

Bates 00339

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

\* Modified \*

Jennings, Damonta D DOB: 7/31/1996 (MR#54753945) Printed by LANING - CARELI...    Page 4 of 4

## Dialysis/Infusion Communication History

Coordination has not been started for this encounter.

## Home Medical Care Communication History

Coordination has not been started for this encounter.

## Community Resources Communication History

Coordination has not been started for this encounter.

---

### Orders Placed

⚗CORNEAL TOPOGRAPHY, BILATERAL No remaining occurrences
REFRACTION

---

### Spectacle Rx

1. SVD ↰

---

### Medication Changes

None

---

### Visit Diagnoses

◆ Keratoconus of both eyes
   Myopia of both eyes
   Regular astigmatism of both eyes

---

### Linked Research Studies

No research study is linked to this encounter.

Printed by JESSE LANING - CareLink at 5/1/2022 9:12 PM

WCI

Bates 00340

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

| REQUEST | | | | |
|---|---|---|---|---|
| PATIENT NAME (Last, First, M.I.)<br>JENNINGS, DAMONTA D | | | DOC #<br>669475 | DOB (mm/dd/yyyy)<br>07/31/1996 |

| REFERRED TO<br>UW | CLINIC MEDICAL RECORD #<br>3555069 | CLINIC / FACILITY<br>Ophthalomogy | APPROPRIATE FOR TELEMEDICINE<br>☐ Yes   ☒ No |
|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule repeat Pentacam 2-3 months..

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

**NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE**

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract<br>0/22/21 | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): ~~11/17/2021~~   ☒ CLINIC   ☐ TELEMEDICINE

TIME: 0820 ☒ AM ☐ PM   **OR**   ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY:<br>Mary Moore, APNP | HSU<br>WCI | PHONE NUMBER<br>920-324-7259 | FAX NUMBER<br>920-324-7254 | DATE (mm/dd/yyyy):<br>6/10/2021 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

*See*

RECOMMENDATIONS

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE _____ week(s) _____ month(s) _____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☒ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) | PHYSICIAN SIGNATURE | DATE SIGNED<br>9/22/21 |
|---|---|---|
| HOSPITAL/ CLINIC NAME | | TELEPHONE NUMBER |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

Bates 00341

* Auth (Verified) *

# AFTER VISIT SUMMARY

**UWHealth**

**Damonta D. Jennings** DoB: 7/31/1996     📅 9/22/2021  8:20 AM   ○ UWH OPHTHALMOLOGY 608-263-6070

## Instructions  from Physician Shilpa G Reddy, MD

**Keratoconus both eyes**
- Discussed etiology and management of this issues; due to severity, will send to Cornea
    - Of note, there is not corneal cross-linking available in a secure facility at UW, and it is likely that this procedure would help the patient. It would be preferable for the patient to see a non-UW Cornea physician with cross-linking facilities available. I will set him up with our Cornea specialist, but if he can be sent to a non-UW provider with cross-linking instead, this would be optimal recommend this plan of action.

- Will need hard CTL visit

**RTC Cornea (although better if can be seen by Cornea outside UW for potential cross-linking, which is not available) NA**

**RTC Optometry here at UW for CTL visit**

## Today's Visit



You saw Physician Shilpa G Reddy, MD on Wednesday September 22, 2021. The following issue was addressed: Keratoconus of both eyes.

## What's Next

You currently have no upcoming appointments scheduled.

Primary Care Provider
No Pcp Uwnopcp

If the listed Primary Care information is incorrect or there is no Primary Care Provider listed, please call UW Health Patient Resources at 608-821-4819 (toll free: 1-800-552-4255) or visit our website at www.uwhealth.org. If there are questions about today's visit, please call 608-263-6070.

## Influenza Season

Schedule your Flu Vaccine
Getting the COVID-19 vaccine and the influenza vaccine is the best way to protect you and your loved ones against both viruses, and potentially serious illness and complications from these infections.

WCI

Bates 00342

## Influenza Season (continued)

Everyone six months of age and older should get a flu vaccine every year. Schedule your appointment online with MyChart or call your primary care clinic. For more information about the flu and scheduling go to uwhealth.org/conditions/flu.

Everyone 12 years of age and older are eligible to receive the COVID-19 vaccine. To schedule an appointment for a first dose of the COVID-19 vaccine go to uwhealth.org/covid-19-vaccine.

If you have already received your both vaccines – Thank you

If you or a family member is feeling ill they should call their primary care clinic first for assistance to determine the best care options.

### Programe su cita para la vacuna de la gripe

Recibir la vacuna contra el COVID-19 y la vacuna contra la gripe es la mejor forma de protegerse a usted mismo y a sus seres queridos contra ambos virus, y las enfermedades y complicaciones graves que potencialmente pueden ocurrir a causa de estas infecciones.

Todas las personas de seis meses de edad o más deben recibir la vacuna contra la gripe cada año. Programe su cita en línea a través de MyChart o llame a su clínica de cuidados primarios. Para obtener más información acerca de la gripe y de cómo programar su vacuna, diríjase a uwhealth.org/conditions/flu.

Todas las personas de 12 años o más son elegibles para recibir la vacuna contra el COVID-19. Para programar una cita para la primera dosis de la vacuna contra el COVID-19, diríjase a uwhealth.org/covid-19-vaccine.

Si usted ya ha recibido ambas vacunas, Gracias.

Si usted o un miembro de su familia se está sintiendo enfermo, deben llamar primero a su Clínica de cuidados primarios para recibir asistencia acerca de cómo determinar las mejores opciones de atención.

### Research Opportunity

UW Health and the UW School of Medicine and Public Health are key partners in the All of Us Research Program, a massive NIH research program that will contribute to the future of health care in Wisconsin and beyond, and you have the opportunity to be a part of this historic effort by volunteering as a participant.

Want to find out more? Please visit https://allofus.wisc.edu/uwh/. You can also reach the All of Us Research Program at UW by calling 888-294-2661 or email us at allofus@hslc.wisc.edu.

## Allergies as of 9/22/2021

No Known Allergies

## Immunization Information

If vaccines were administered today, you can find the Vaccine Information Sheets (VIS) at https://www.cdc.gov/vaccines/hcp/vis/current-vis.html.

## Health Maintenance

| Topic | Status | Last Satisfying Date | Due Date |
|---|---|---|---|
| MMR Vaccine | Overdue | | 07/31/1997 |

Damonta D. Jennings (MRN: 3555069) · Printed at 9/22/21  9:39 AM

Page 2 of 3  **Epic**

WCI

Bates 00343

* Auth (Verified) *

| Topic | | Status | Last Satisfying Date | Due Date |
|---|---|---|---|---|
| HPV Vaccine | | Overdue | | 07/31/2007 |
| COVID-19 Vaccination (1) | | Overdue | | 07/31/2008 |
| Cholesterol Screening | | Overdue | | 07/31/2013 |
| DTaP/Tdap/Td Vaccine | | Overdue | | 07/31/2015 |
| Flu Vaccine | | Overdue | | 08/01/2021 |
| Hib Vaccine | | | | Aged Out |
| Hepatitis B Vaccine | | | | Aged Out |
| Polio Vaccine | | | | Aged Out |
| Hepatitis A Vaccine | | | | Aged Out |
| Meningococcal (MCV4) Vaccine | | | | Aged Out |
| Pneumococcal Vaccine | | | | Aged Out |

If you have questions or believe the information to be incomplete, please contact your primary care clinic.

For more information about the benefits of Health Maintenance screening, please visit our website:

## Results From Your Visit

As part of your visit, your provider may have ordered labs or other diagnostic tests. Final results (with rare exception) will be available to you immediately in MyChart. At UW Health, we believe that sharing information builds trust and better relationships. We believe that you should be able to see your results as soon as they are available. However, this means that you may see results even before your health care provider has seen them. Some test results may be hard to understand. Other results may show a serious disease, like cancer. Please be assured we review every result and will contact you with any result that is concerning. You may always follow back up with your provider with questions or concerns.

## MyChart

UW Health MyChart is an Internet based service that allows patients or their proxies to access personal medical information and clinic services on-line.

## Your Medication List as of September 22, 2021 9:39 AM
You have not been prescribed any medications.

WCI

Bates 00344

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| ATIENT NAME (Last, First, M.I.)  JENNINGS, DAMONTA D | | | | DOC # 669475 | DOB (mm/dd/yyyy) 7/31/1996 |
|---|---|---|---|---|---|

| REFERRED TO UW | CLINIC MEDICAL RECORD # | CLINIC / FACILITY Opthalmology | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☐ No | |
|---|---|---|---|---|

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Schedule with UW for repeat Pentacam in 4-5 months

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 8/11/21   ☐ CLINIC   ☐ TELEMEDICINE

TIME: 1240 ☐ AM ☒ PM   **OR**   ADMISSION DATE (mm/dd/yyyy):

| EFERRED BY: Mary Moore APNP | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 6/2/2021 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

RECOMMENDATIONS

**DO:**
• Dictate from Recommendations

**DO NOT:**
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE ____ week(s) ____ month(s) ____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) | PHYSICIAN SIGNATURE | DATE SIGNED |
|---|---|---|
| OSPITAL/ CLINIC NAME | | TELEPHONE NUMBER |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

**WISCONSIN**

# OFF-SITE SERVICE REQUEST AND REPORT

**REQUEST**

| PATIENT NAME (Last, First, M.I.) JENNINGS, DAMONTA D | | DOC # 669475 | DOB (mm/dd/yyyy) 7/31/1996 |
|---|---|---|---|

| REFERRED TO UW | CLINIC MEDICAL RECORD # 3555069 | CLINIC / FACILITY Opthalmology | APPROPRIATE FOR TELEMEDICINE ☐ Yes ☐ No |
|---|---|---|---|

**RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS**
Consult for suspected corneal ectasia. Needs topography

**QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION**

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

**ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE**

| ☐ PE/Progress Note Extracts | ☐ Medical Imaging | ☐ Other |
|---|---|---|
| ☐ Lab Results | ☐ Old Records/Consult Extract | |

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 6/2/21 ☒ CLINIC ☐ TELEMEDICINE

TIME: 0900 ☐ AM ☐ PM **OR** ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: Mary Moore APNP | HSU WCI | PHONE NUMBER 920-324-7259 | FAX NUMBER 920-324-7254 | DATE (mm/dd/yyyy): 3/11/2021 |
|---|---|---|---|---|

**RECOMMENDED PLAN OF CARE**

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:   See AVS

**RECOMMENDATIONS**   See AVS

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE _____ week(s) _____ month(s) _____ year

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)**

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☐ Class IV   ☐ Non-Surgical

| PHYSICIAN NAME (Please Print) Jacob Evans | PHYSICIAN SIGNATURE | DATE SIGNED 6-2-21 |
|---|---|---|
| HOSPITAL/ CLINIC NAME | | TELEPHONE NUMBER |

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

Bates 00346

## CLASSIFICATION OF MEDICAL AND SURGICAL CONDITIONS

**Class I:**   **EMERGENCY CARE - MEDICALLY MANDATORY:**
An emergency is a potentially life-threatening condition requiring immediate care. A delay in treatment may result in death or permanent serious impairment of the patient's health

**Class II:**   **URGENT CARE - PRESENTLY MEDICALLY NECESSARY:**
An urgent care problem, while not an emergency, is one which delay of treatment would present a medically unacceptable risk for serious bodily harm, disability, or further deterioration in the patient's condition.

**No prior authorization to proceed with care is required for Class I or II.**

**Class III:**   **NON-URGENT - MEDICALLY ACCEPTABLE:**
A non-urgent condition is one which at present does not represent a significant threat to the patient's general medical health and which is not likely to pose such a threat in the foreseeable future. Surgical procedures can be performed at the convenience of the physicians, persons and institutions involved. Non-urgent cases are of two types:

**Class III-A:** Those involving persistent pain and experiencing serious discomfort or rapidly progressive disease or impairment, or where severity of pain has been progressive. The condition must be subject to surgical or medical correction or arrest. While no ill effects will result from a delay of several weeks or months, adequate care dictates the performance of medical or surgical procedures as soon as scheduling will reasonably permit. *Examples* include symptomatic ulcerated varicosities, non-incarcerated symptomatic hernias, large hemorrhoids, and painful bunions.

**Class III-B:** Those *not* involving persistent pain, rapidly progressive disease or impairment and not solely for the convenience of the patient. No medical effects will result from surgical delay of months or years. This is the sort of procedure which a non-institutionalized or uninsured person might choose to delay until he / she becomes medically insured. *Examples* include asymptomatic hernias for sedentary patients, benign non-inflammatory cysts, orthopedic problems where there is no persistent pain or inflammation, minor nasal reconstruction, non-cancerous skin lesions, and cases manageable with non-narcotics.

**In both instances, prior authorization is required.**

**Class IV:**   **ELECTIVE NON-COVERED CARE SERVICES - CONVENIENCE OF PATIENT**
These services are not reasonably or medically necessary or required in accordance with accepted medical standards for medical or surgical practice. *Examples* include, fertility and contraceptive surgery, elective circumcisions, weight reduction surgery, experimental treatment or surgery, professional services by a chiropractor, plastic or cosmetic surgery unless necessary to achieve normal bodily function after accidental bodily injury occurring while in state custody. These are **not authorized** under the Bureau's health care plan.

DISTRIBUTION: Original – Medical Chart, Consultations Section or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

WCI

Bates 00347

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
Division of Juvenile Corrections
DOC-237 (Rev. 5/2021)

**WISCONSIN**
Administrative Code
Chapter DOC 309, 379

# PROPERTY RECEIPT

**INSTRUCTIONS:** If property is a major property item, this form must be retained until the property item is disposed of.

| INMATE/YOUTH NAME | DOC NUMBER | FACILITY | UNIT | DATE |
|---|---|---|---|---|
| Jennings, Damonta | 669475 | WCI | NW RHU | 8.22.23 |

ITEM(S) RECEIVED (INDICATE BRAND, MODEL#, SERIAL#, AND/OR DETAILED DESCRIPTION, AS APPROPRIATE)

5 vials Lacripure, 1 pair Scleral Lenses
2 plungers

I acknowledge and understand that the Department of Corrections grants me the privilege of possessing the above described property, specifically conditioned on my agreement to abide by the following: 1) I shall not trade, loan, give, sell or otherwise exchange any of the above-described property with any other inmate/youth without the written pre-authorization of the Warden/Superintendent. 2) I shall acquire and keep merchandise supplier's receipts for personal property. 3) If I allege that any of this property is lost or damaged due to the intentional act or gross negligence of a departmental employee or agent, I may file a complaint pursuant to DOC 310 or DOC 380.

| SIGNATURE OF OFFENDER | DATE SIGNED | SIGNATURE OF STAFF MEMBER APPROVING / WITNESS |
|---|---|---|
| | 8-22-23 | KN 8/30/23 |

DISTRIBUTION: White (Original) – Property File; Yellow – Inmate/Youth; Blue (Official Record) – Unit File; Pink - Facility

WCI

Bates 00512

000669475
201806210836669475

**\* Auth (Verified) \***

## Optical Prescription
VALLEY EYE-OSHKOSH
719 DOCTORS CT
OSHKOSH WI 54901-2077
Loc: 920-235-0066



Name: **Damonta Jennings**
Visit Date: 11/18/2022
Printed Date: 11/18/2022

### Glasses Prescription (11/18/2022)

|       | Sphere  | Cylinder | Axis | Dist VA |
|-------|---------|----------|------|---------|
| Right | -7.50   | +4.00    | 160  | 20/30   |
| Left  | Balance |          |      |         |

Type: SVL

Expiration Date: 11/18/2023

Replace right lens only, left remains the same as previous

Jennifer J. Unger, M.D. WI 47775-020

Visit our knowledgeable, friendly Opticians at Park Place Optical for all your eyecare needs.

Exceptional quality eyewear with unique frames designed with up to date fashion trends. Lenses with the latest technology; Blue Light Protection, High-Definition Lens Designs, Computer and Workspace lenses, Light Reactive Lenses, Scratch Resistant Antiglare.
See our collection of frames on our new Online Virtual Frame Try-on at **parkplaceoptical.com**.

Jennings, Damonta (MR # E12977211) DOB: 07/31/1996          Page 1 of 1

WCI

Bates 00513

* Modified *

**Hi-Tech Optical, Inc.**
3139 Christy Way South
Saginaw, MI. 48603
PHONE: 800-638-1171  FAX: 800-606-1663

| Bill To: State Of Wisconsin DOC | Patient Information | Order Date 9/15/22 |
|---|---|---|

Waupun Corr Inst.          2564
ATTN: HSU
396 S. Drummond
Waupun, WI 53963          I-P

Name: Jennings, Damonta
Offender-Patient # 66475

Glasses order form, please circle one or more items in each section below.

| Section 1 - Lens Material (Circle one material) | | Section 6 - Frame Options (Circle Frame Style) |
|---|---|---|

**Frame Group 1**
F9800   F9900   Eagle   SP83

(Polycarbonate)   High Impact
Offender-Patients are only allowed Polycarbonate as a material

**Frame Group 2**
A2000   (70F)   SC900   SC901

**Section 2 - Lens Style (Circle one style)**   Poly

Plano
Single Vision
Bifocals          Round,   D28   D35
Trifocals         7X28,   8X35

**Section 3 - Lens Coatings (Circle all required)**
None Allowed

**Section 4 - Lens Options (Circle option)**
None Allowed

NOTES:  Selection of items not on the order form is not allowed.

Frames underlined are subject to being discontinued and may not be available.

**Section 5 - Frame Options (Circle option requested)**
Permanent Side Shields
Detachable Side Shields
Silicon Nose Pads
Side Shields are only as necessary for Offender-Patients. Circle the style picked.

| Eye Size | Bridge Size | Frame Color |
|---|---|---|
| 48 | 24 | |

IMPORTANT:  Must have PD for ALL Rxs         Seg. Height for ALL multifocals

| RX Prescription Information | | | | | | Add | Dist PD | Near PD | | Seg Height |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sphere | Cylinder | Axis | Prism | Base | | | | | |
| Right OD | +350 | -400 | 070 | | | | 67 | | | |
| Left OS | | | | | | | | | | |

Special Instructions:                    (Lenses Only) [ ]
Readers [ ]                               Frame Only [ ]

RX Provider Signature: BSouth OD
RX Provider Phone:

**Purchase Authorized By**

Signature                    Date
9.0-WI-DOC-O        PL=621      CPL=NA

* Modified *

**Hi-Tech Optical, Inc.**
3139 Christy Way South
Saginaw, MI. 48603
PHONE: 800-638-1171  FAX: 800-806-1663

| Order Date | 9/15/22 |
|---|---|

**Bill To:** State Of Wisconsin DOC

Waupun Corr Inst.          2564
ATTN: HSU
396 S. Drummond
Waupun, WI 53963          I-P

**Patient Information**

Name: Jennings, Damonta
Offender-Patient #: 669475

Glasses order form, please circle one or more items in each section below.

**Section 1 - Lens Material (Circle one material)**

(Polycarbonate)    High Impact
Offender-Patients are only allowed Polycarbonate as a material

**Section 2 - Lens Style (Circle one style)**    Poly

Plano
Single Vision
Bifocals     Round,     D28,     D35
Trifocals    7X28,     8X35

**Section 3 - Lens Coatings (Circle all required)**

None Allowed

**Section 4 - Lens Options (Circle option)**

None Allowed

**Section 5 - Frame Options (Circle option requested)**

Permanent Side Shields
Detachable Side Shields
Silicon Nose Pads
Side Shields are only as necessary for Offender-Patients.  Circle the style picked.

**Section 6 - Frame Options (Circle Frame Style)**

**Frame Group 1**
F9800     F9900     Eagle     SP83

**Frame Group 2**
A2000     (70F)     SC900     SC901

NOTES:  Selection of items not on the order form is not allowed.

Frames underlined are subject to being discontinued and may not be available.

| Eye Size | Bridge Size | Frame Color |
|---|---|---|
| 48 | 24 | black |

**RX Prescription Information**

| | Sphere | Cylinder | Axis | Prism | Base | | Add | Dist PD | Near PD | | Seg Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Right OD | +300 | -500 | 093 | in | | | | 67 | | | |
| Left OS | +350 | -600 | 105 | | | | | | | | |

IMPORTANT:  Must have PD for ALL Rxs          Seg. Height for ALL multifocals

Special Instructions:          Lenses Only [ ]
Readers [ ]          Frame Only [ ]

RX Provider Signature:
RX Provider Phone:  B Brouth OD

**Purchase Authorized By**

Signature          Date
9.0-WI-DOC-O     PL=621     CPL=NA

* Auth (Verified) *

**WISCONSIN DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions

**OPTOMETRIC DEPARTMENT**

| PATIENT NAME | | | | | DATE: | FACILITY |
|---|---|---|---|---|---|---|
| | | Jennings Damonta | | | 8-3-21 | WCI |
| | SPHERE | CYLINDER | AXIS | PRISM | BASE | ADD. |
| O.D. | +.50 | -5.00 | 060 | | | |
| O.S. | +1.00 | -5.00 | 115 | | | |
| P.D: | 67 / | | | | | |

Transition Lenses For Personal Colosses OK

Rx Expires: 6 / 2 / 23

SIGNATURE: Richter MD        DATE SIGNED 8-3-21

DOC-3200 (Rev. 2/19)
**DISTRIBUTION:** Original - Patient, Official Record - Internal Paper Record, PR Optical Section

## Health Service Request

**\*\*\* Clinical Documentation Content on Following Page \*\*\***

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

**⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | New I-27 | 2-7-24 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like To Know If Approval Has Been Given For My Corneal Transplant Because My Condition Continue To Progress

DATE RECEIVED:
TO BE STAMPED BY HSU

**FEB 08 2024**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENT / INFORMATION

Yes.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| X Khai? RN | 2.8.24 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00518

000669475
201806210836669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | Dw I-27 | Q 5-24 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ _Damonte_

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST     ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like To Know Why My Corneal Transplant
Is Classified As Class III And Not Urgent Care?
When Cleary My Keratoconus Condition Is Progressing At A
Rapid Rate And Is Causing Deterioration In My Condition And/or Vision

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**
FEB 0 7 2024

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____
☐ Refer for copies only: _____     ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): _____     ☐ Other: _____

COMMENT / INFORMATION
Certain appointments need Class III.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Hiland, RN | 2-7-24 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nw I-27 | 1-30-24 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST     ☑ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Policy And Procedure When Treating
Keratoconus And/or Any Eye Disorder

| DATE RECEIVED: |
| TO BE STAMPED BY HSU |
| **JAN 3 1 2024** |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):                          ☐ Other:

COMMENT / INFORMATION

There is no policy/procedure specific to Eye disorders.

PRINT STAFF NAME                          DATE OF HSU RESPONSE

*Ann Yorkw*                          1/31/24

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W. C. I | Nw I-27 | 1-30-24 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonte*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE        DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☑ INFORMATION

☐ OTHER:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

Information Packet On Cornea 3ctasi And Also Keratoconus

DATE RECEIVED:
TO BE STAMPED BY HSU

JAN 3 1 2024

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:      ☐ Refer for Health Care Record review appointment.

☑ Educational material attached (Specify): Keratoconus, ☐ Other Corneal Ectasia

COMMENT / INFORMATION

PRINT STAFF NAME    Ann York RN      DATE OF HSU RESPONSE   1/31/24

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nw I-27 | 1/17/24 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☑ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would like A File Review
For Time Period 1/1/23 To ~~present~~
Present Date

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

JAN 1 7 2024

### FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only: _____  ☑ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____  ☐ Other:

COMMENT / INFORMATION
Updated

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| ADNASSur | 1/17/24 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00522

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035C (Rev. 6/2022)

**WISCONSIN**

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | N W | I-27 | 1/17/24 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

**Name of Medication/Medical Supply:**
Sensitive Eyes Saline

▼ TO BE COMPLETED BY HSU ONLY ▼
- [X] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Visine Dry Eye Relief

▼ TO BE COMPLETED BY HSU ONLY ▼
- [X] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Bio True Multi Purpose Solution

▼ TO BE COMPLETED BY HSU ONLY ▼
- [X] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| JAN 1 7 2024 | JHosfelT, RN | 1/18/24 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00523

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |

### ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | NW I-27 | 1/14/24 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damanta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                     DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST     ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

On My Latest Visit To UW Health My
Eye Disorder (Keratoconus) Has Advanced
To The Point of A Cornea Transplant. Being That
My Vision Is Deteriorating I Request Bottom Bunk for Safety

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| | JAN 16 2024 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☑ Scheduled to be seen in HSU  ☐ ACP  ☑ RN/LPN  ☑ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 1/16/24 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
| --- | --- | --- |

### ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| --- | --- | --- |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-27 | 1/14/24 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damanti*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                                DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☑ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you **desire** so that HSU can respond to your request appropriately.

File Review With A 30 Day Extension

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
| --- | --- |
| | JAN 1 6 2024 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below.  Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                     ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):              ☐ Other:

COMMENT / INFORMATION

RECORDS SINCE LAST REVIEW TO PRESENT WILL BE PROVIDED UNLESS DATE RANGE IS SPECIFIED

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| --- | --- |
| | 1/16/24 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nw /I/27 | 12/22/23 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _Damonta_

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)　　☐ DENTAL　　☐ OPTICAL

Charge Copayment: ☐ Yes　☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT · HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES　　☐ HEALTH CARE RECORD REVIEW　　☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST　　☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Can You Please Send Me A List of Eye Drops / Artificial Tears That Has Been Recalled Due To Infections or Other Risks

**DATE RECEIVED:**
TO BE STAMPED BY HSU

DEC 27, 2023 GP Nev
DEC 2 8 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today　☐ Date (if not today): _____

☐ Scheduled to be seen in HSU　☐ ACP　☐ RN/LPN　☐ Special Needs Evaluation　☐ Optical　☐ Other: _____

☐ Refer HSR to:　☐ ACP　☐ HSU Manager　☐ Psychiatrist　☐ MPAA　☐ Optical　☐ Other: _____

☐ Refer for copies only: _____　　☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____　　☐ Other: _____

COMMENT / INFORMATION

_Enclosed._

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 12/28/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00526

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | NW | I-27 | 12/22/23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

**Name of Medication/Medical Supply:**
Sensitive Eyes Saline

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☑ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Bio True Multi Purpose

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☑ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Artificial Tears

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☑ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

| DATE RECEIVED DEC 2 7 2023 | HSU STAFF SIGNATURE | | DATE RETURNED TO PATIENT 12/27/23 |
|---|---|---|---|

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00527

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

### ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | DAmonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| WAupun | NW I / 27 | 12/14/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                                   DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☑ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| On 12/11/23 I Went To UW Health And Would like To Review The files/ Documents from That Appointment. | **DATE RECEIVED:**<br>TO BE STAMPED BY HSU<br><br>DEC 16 2023 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☑ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                                ☑ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):              ☐ Other:

COMMENT / INFORMATION

added to schedule.

Rae 12/20/23

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 12/16/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00528

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | NW I/27 | 12/14/23 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta* 

---

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                                DATE OF SERVICE

---

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Keratoconus Has Now Advanced In My Left Eye,
And I'm Set To Receive A Cornea Transplant.
My Left Scleral lens Is Broken, And I'm Not Capable
of Navigating Around Cellmates, I Recommend A Single Cell

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

DEC 16 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☒ Other: J. Hiland  JH 12/16/23

☐ Refer for copies only:                              ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other: _____

COMMENT / INFORMATION

Single cell not indicated. New scleral lens ordered

PRINT STAFF NAME                                          DATE OF HSU RESPONSE

Hiland                                                   12-18-23

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00529

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### *SOLICITUD PARA INFORMACION / ENTREVISTA*

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME *NOMBRE DEL/LA OFENSOR(A)* | DOC NUMBER *NUMERO DEL/LA OFENSOR(A)* | LIVING UNIT *UNIDAD DE VIVIENDA* |
|---|---|---|
| Damonta Jennings | 669475 | Dw I / 27 |
| DATE *FECHA* 12/14/23 | WORK ASSIGNMENT *ASIGNACION DE TRABAJO* | |

☐ Interview *Entrevista*   ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

On 12/11/23 I was Sent To Uw Health Where
Cornea Specialist Concluded Keratoconus In My Left
Bye Has Advanced And I Will Now Need A
Cornea transplant.
I Would like To Know If I Would Be Approved
To Receive The Recommended Surgery.

-----------------------------------------------------------
(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed    Date: **DEC 1 6 2023**    Time:
  *Usted sera entrevistado*   *Fecha:* _____    *Hora:* _____
☐ Information to Follow
  *Informacion Sera Proveida*
☐ Request Referred To:
  *Solicitud Refereida A:* _____

  Information/Comment:
  *Informacion/Comentario:* _____

Surgery is pending Review.

_____              _____
JHisselt, RN                      12/14/23
Signed *Firmado*                  Department *Departamento*

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

| | | |
|---|---|---|
| **DEPARTMENT OF CORRECTIONS**<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun | Nw I-27 | 12/12/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
► *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☑ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like A Information Packet On Cornea Transplant That Includes The Benifits, Risks, And Etc

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

DEC 14 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below.  Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only: _____    ☐ Refer for Health Care Record review appointment.

☒ Educational material attached (Specify): Corneal transplant  ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 12/14/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I/27 | 12/2/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

*Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Follow Up Appt To UW Health Ophthamology Was Cancelled And To My Knowledge Has Never Been Rescheduled

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| | **DEC 0 5 2023** |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):  ☐ Other:

COMMENT / INFORMATION

Appt is scheduled.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 12/5/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun | Nw I-27 | 11-28-23 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

#### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)　　☐ DENTAL　　☐ OPTICAL

Charge Copayment: ☐ Yes　☐ No

AUTHORIZED STAFF SIGNATURE　　　　　　　　　　DATE OF SERVICE

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES　　☐ HEALTH CARE RECORD REVIEW　　☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST　　☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My left Contact Lens was Broken Due
To Being Poked In The Eye, My Eye
Also Still Appear To Be Bloody In the Inside
Corner After Several Hours

DATE RECEIVED:
TO BE STAMPED BY HSU

**DEC 0 1 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

#### PATIENT: DO NOT WRITE BELOW THIS LINE　–　TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today　☐ Date (if not today):

☑ Scheduled to be seen in HSU　☐ ACP　☒ RN/LPN　☐ Special Needs Evaluation　☐ Optical　☐ Other:

☐ Refer HSR to:　☐ ACP　☐ HSU Manager　☐ Psychiatrist　☐ MPAA　☐ Optical　☐ Other:

☐ Refer for copies only:　　　　　　　　　　☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):　　　　　☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 12/1/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION** | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |

### e NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| WAupun | NW I-27 | 11-22-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ Damonta

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Lately For About 2 Weeks I've Been
Having Only A Dry Cough And It's
Begining To Strip And Make My Throat
Sore And Swollen, Minor Tonsil Pain Also

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

NOV 24 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only: _____   ☐ Refer for Health Care Record review appointment

☐ Educational material attached (Specify): _____   ☐ Other:

COMMENT / INFORMATION

Seen 11/24/23- JHossfelT, RN

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | NOV 24 2023 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, DAmonta | 669475 | W.C.I | N W | I-27 | 11-22-23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

---

**Name of Medication/Medical Supply:**
Bio True Multi Purpose

**▼ TO BE COMPLETED BY HSU ONLY ▼**

- ☑ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

---

**Name of Medication/Medical Supply:**
SAline Sensitive Eyes Saline

**▼ TO BE COMPLETED BY HSU ONLY ▼**

- ☑ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

---

**Name of Medication/Medical Supply:**
Artificial Tears

**▼ TO BE COMPLETED BY HSU ONLY ▼**

- ☑ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

---

**Name of Medication/Medical Supply:**

**▼ TO BE COMPLETED BY HSU ONLY ▼**

- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

---

**Name of Medication/Medical Supply:**

**▼ TO BE COMPLETED BY HSU ONLY ▼**

- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

---

**Name of Medication/Medical Supply:**

**▼ TO BE COMPLETED BY HSU ONLY ▼**

- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

---

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| | HBURU  | NOV 2 4 2023 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00535

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

<table>
<tr><td>DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022)</td><td>HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION</td><td>WISCONSIN<br>Administrative Code<br>Chapter DOC 316</td></tr>
</table>

## ⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| WAupun | Nw I-27 | 11/3/23 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Only Want Copies of The Order That Was Written And Entered Denials, Approvals, Cancellations for My Cornea Crosslink Procedure At Valley Eye Between 9/22/21 - 10/15/22

DATE RECEIVED:
TO BE STAMPED BY HSU

NOV 05 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____

☑ Refer for copies only: ) copies 11/5/23    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other: _____

COMMENT / INFORMATION

(1) Attempted to locate + unable copys (2) You have upcoming file review - disbursement will be saved so you can decide exactly which documents you need.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | 11/8/23 |

DISTRIBUTION: Original -- Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00536

000669475
201806210836669475

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | New 7 | I-27 | 10/28/23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

**Name of Medication/Medical Supply:**
Bio True Multi Purpose Solution
▼ TO BE COMPLETED BY HSU ONLY ▼
- ☒ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Sensitive Eyes Saline Solution
▼ TO BE COMPLETED BY HSU ONLY ▼
- ☒ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Artificial Tears
▼ TO BE COMPLETED BY HSU ONLY ▼
- ☒ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

| DATE RECEIVED OCT 3 0 2023 | HSU STAFF SIGNATURE Gwendolyn A Vickew | DATE RETURNED TO PATIENT 10/30/23 |
|---|---|---|

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS | **HEALTH SERVICE REQUEST** | **WISCONSIN** |
|---|---|---|
| Division of Adult Institutions | **AND COPAYMENT DISBURSEMENT AUTHORIZATION** | Administrative Code |
| DOC-3035 (Rev. 8/2022) | | Chapter DOC 316 |

## ⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-27 | 10/28/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _Damonta_

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like To Know If Any Follow Up Appts
Where Scheduled On Behalf of The Procedure
I Received On 10/14/22, No Decision WAS
Ultimately Made On If The Procedure Stopped The Progression

**DATE RECEIVED:**
TO BE STAMPED BY HSU

**OCT 3 0 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                          ☐ Refer for Health Care Record review appointment

☐ Educational material attached (Specify):       ☐ Other:

COMMENT / INFORMATION

No follow up time frame listed on off-site from that visit such as 1 month, year, etc. Ophthalmology appointment scheduled

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick, RN | 10/30/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

|||||||||||||| (barcode)

WCI

Bates 00538

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Damonta | Jennings | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun | Nw/I/27 | 10/24/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE ▶ _Damonta_

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☑ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☑ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would like Copies of The Order That was Written And Placed for My Corneal Cross linking Procedure, I Would Also like Copies of Any Denials or Approval

DATE RECEIVED: TO BE STAMPED BY HSU

OCT 26 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):        ☐ Other:

COMMENT / INFORMATION
1) #300 Free copy limit REACHED - please send Disbursement
2) please provide Date Range of procedure

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | 10/26/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00539

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun | Nuu/I/27 | 10/24/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _Damonate_

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☑ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would like To Review My Medical. Record And Chart In It's Entirity for Legal Reasons Before A Deadline of November 1, 2023

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

OCT 2 6 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENT / INFORMATION
① SCHEDULED FOR REVIEW
② PLEASE PROVIDE PROOF OF LEGAL NEED AND REQUEST WILL BE HONORED IF 10+ DAYS for SCHEDULING.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | 10/26/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00540

TO:
A: Damonta Jennings
NUMBER:
NUMERO: 669475
UNIT:
UNIDAD de VIVIENDA: Nw I 27
DATE:
FECHA: 10/24/23

- - - - FOLD DOBLE - - - -

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

- - - - FOLD DOBLE - - - -

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD POR INFORMACION/ENTREVISTA

HSU

TO:
A: ~~Business Office / Records Request~~
DEPARTMENT:
DEPARTAMENTO: ~~Business Office / Records Request~~
DATE:
FECHA: 10/24/23

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

WCI

Bates 00541

* Auth (Verified) *

CC;

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

**WISCONSIN**

**INTERVIEW/INFORMATION REQUEST**
*SOLICITUD PARA INFORMACION / ENTREVISTA*

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME<br>*NOMBRE DEL/LA OFENSOR(A)* | DOC NUMBER<br>*NUMERO DEL/LA OFENSOR(A)* | LIVING UNIT<br>*UNIDAD DE VIVIENDA* |
|---|---|---|
| Damonta Jennings | 669475 | Nw / I / 27 |
| DATE<br>*FECHA* 10/24/23 | WORK ASSIGNMENT<br>*ASIGNACION DE TRABAJO* | |

☐ Interview *Entrevista*  ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

Can You Please File/Send This PHI Disclosure To Bureau of Health Services And Notify Me When It has Been Sent

CC: Damonta Jennings (Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
Business office  DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

RECEIVED OCT 25 2023

☐ You Will Be Interviewed  Date: **OCT 25 2023**  By Time:
  *Usted sera entrevistado*  *Fecha:*  Hora:
☐ Information to Follow
  *Informacion Sera Proveida*
☐ Request Referred To:  ROI recieved - Hiland. RN
  *Solicitud Refereida A:*

Information/Comment:
*Informacion/Comentario:*

_____  _____
Signed *Firmado*  Department *Departamento*

WCI

Bates 00542

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | DAmontA | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun | Nw I-27 | 10/21/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION.**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ _Damonta_

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST     ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

On 9/7/23 I was sent to UW Health And fitted for New Contact Lens Due To UnComfortable fit, And They Have Not Arrived yet. Can you check the status of Arrival

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

OCT 2 4 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  --  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                                      ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):              ☐ Other:

**COMMENT / INFORMATION**

Contacts located and to be issued today.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| HBUAN | 10/24/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-27 | 10/21/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES        ☐ HEALTH CARE RECORD REVIEW        ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST        ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Can You Please Send Me A PHI Disclosure

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| | OCT 2 4 2023 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE   –   TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today   ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU   ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to:   ☐ ACP    ☐ HSU Manager   ☐ Psychiatrist  ☐ MPAA   ☐ Optical   ☐ Other:

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION

PHI form enclosed.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 10/24/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00544

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### ⟶ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⟵

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-27 | 10/21/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damont*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)　　☐ DENTAL　　☐ OPTICAL

Charge Copayment: ☐ Yes　☐ No

AUTHORIZED STAFF SIGNATURE　　　　　　　　DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES　　☐ HEALTH CARE RECORD REVIEW　　☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST　　☐ INFORMATION
☐ OTHER:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I Would Like To See Optical Concerning On Going Treatment And Eye Complications

DATE RECEIVED:
TO BE STAMPED BY HSU

OCT 24 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE　–　TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:　☐ Today　☐ Date (if not today):

☒ Scheduled to be seen in HSU　☐ ACP　☐ RN/LPN　☐ Special Needs Evaluation　☒ Optical　☐ Other:

☐ Refer HSR to:　☐ ACP　☐ HSU Manager　☐ Psychiatrist　☐ MPAA　☐ Optical　☐ Other:

☐ Refer for copies only:　　　　　　☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):　　　☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 10/24/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.1 | Nw I-27 | 10-2-23 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                      DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Treatment For My Keratoconus Is On Going And W.C.1 Currently Does Not Have An On Site Optometrist When Optical Issues Arise And Due To My Condition And Complication I Would Like To Transfer To D.C.1 For Care

**DATE RECEIVED:**
TO BE STAMPED BY HSU

OCT 04 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☒ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☒ Optical  ☐ Other  JH  10/4/23

☐ Refer for copies only:                      ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION

*Noted*

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Jodi Van Stippen RN | 10/10/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | Nw I-27 | I-27 | 10/2/23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| Sensitive Eyes Saline Solution | Bio True Multi Purpose Solution |
| ▼ **TO BE COMPLETED BY HSU ONLY** ▼ | ▼ **TO BE COMPLETED BY HSU ONLY** ▼ |
| ☒ Issued. | ☒ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| Artificial Tears | |
| ▼ **TO BE COMPLETED BY HSU ONLY** ▼ | ▼ **TO BE COMPLETED BY HSU ONLY** ▼ |
| ☒ Issued. | ☐ Issued. |
| ☑ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| | |
| ▼ **TO BE COMPLETED BY HSU ONLY** ▼ | ▼ **TO BE COMPLETED BY HSU ONLY** ▼ |
| ☐ Issued. | ☐ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| OCT 04 2023 | Thutselt, RN | 10/4/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00547

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-27 | 9-11-23 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta J*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

Can You Please Review The PHI Disclosure
Information To Make Sure It Is Correct, Make
Sure Valley Eye And UW Health Is Aware They
Are Allowed To Share The Checked Box's Info.

| DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|
| SEP 1 3 2023 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: _____

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____  ☐ Other: _____

COMMENT / INFORMATION

Received & accurate

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| JHASholt, RN | 9/13/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME / NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER / NUMERO DEL/LA OFENSOR(A) | LIVING UNIT / UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | NW I-27 |

| DATE / FECHA | WORK ASSIGNMENT / ASIGNACION DE TRABAJO |
|---|---|
| 9-10-23 | |

☐ Interview *Entrevista*    ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I Am The Recipient Who Want The Information
I Want Both Doc And Non-Doc Records.

-----------------------------------------------------------------
(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed          Date:                    Time:
   *Usted sera entrevistado*        Fecha:                   Hora:    SEP 1 2 2023

☐ Information to Follow
   *Informacion Sera Proveida*

☒ Request Referred To:
   *Solicitud Refereida A:*          MPAA > CAY, RW 9/12/23

   Information/Comment:
   *Informacion/Comentario:*    DOC 1163A received

ADDED TO RECORD

_Alyssa Hassan_
Signed *Firmado*        9/13/23                Department *Departamento*

WCI

Bates 00549

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| WAupun | Nw I-27 | 9-7-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I Would Like for Valley Eye Associates To
Share All Health Information With UW Health,
Most Importantly Exams, Tests, Diagnosis, And
Images. UW Health Cornea Specialists Dr. Nehls

**DATE RECEIVED:**
TO BE STAMPED BY HSU

SEP 0 9 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today    ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:                          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION

DOC 1163 Attached for you to complete.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| JHOSKLT, RN | 9/9/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00550

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-27 | 9-7-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _Damonta_

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)　　☐ DENTAL　　☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES　　☐ HEALTH CARE RECORD REVIEW　　☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST　　☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

During My Visit To UW Health I Was
Informed I Need To Be Seen By UW Cornea
Specialists Dr. Nehls for Possible Cornea
Transplant In My Left Eye. Keratoconus Progressing

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| | SEP 0 9 2023 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____

☐ Refer for copies only:　　　　　　　　　　　　☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____　　☐ Other: _____

COMMENT / INFORMATION

Duplicate See other 9/9/23 HSR

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| JHusseith RN | 9/9/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00551

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Administrative Code
Chapter DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | DAmonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| WAupun | NW I-27 | 9-7-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonte*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

A Follow Up Visit To Valley Eye Is Needed. Due To Keratoconus Progressing In My left Eye, Cornea Scars, And High Estigmatism. Per UW Health A Cornea Transplant Will Be Needed

DATE RECEIVED:
TO BE STAMPED BY HSU
SEP 0 9 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only: ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): ☐ Other:

COMMENT / INFORMATION

Referral Made 9/7/23

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| J Hoskelt, RN | 9/9/23 |

DISTRIBUTION: Original -- Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00552

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, DAmontA | 669475 | W.C.I | NW | I-27 | 9-7-23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| Sensitive Eyes SAline | Thera Tears |
| ▼ **TO BE COMPLETED BY HSU ONLY** ▼ | ▼ **TO BE COMPLETED BY HSU ONLY** ▼ |
| ☒ Issued. | ☒ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| | |
| ▼ **TO BE COMPLETED BY HSU ONLY** ▼ | ▼ **TO BE COMPLETED BY HSU ONLY** ▼ |
| ☐ Issued. | ☐ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| | |
| ▼ **TO BE COMPLETED BY HSU ONLY** ▼ | ▼ **TO BE COMPLETED BY HSU ONLY** ▼ |
| ☐ Issued. | ☐ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| DATE RECEIVED | HSU STAFF SIGNATURE | | DATE RETURNED TO PATIENT |
|---|---|---|---|
| SEP 0 9 2023 | JHusfelt, RN | | 9/9/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00553

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### ē NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | Nw I-27 | 8-17-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
► *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Was Scheduled For A File Review Today In RHU However I Am Now In G.P And Was Informed My Review Will Be Held Next Week, Please Schedule Me To Review My Chart And Everything

DATE RECEIVED:
TO BE STAMPED BY HSU

AUG 19 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.
☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only: _____    ☒ Refer for Health Care Record review appointment TH 8/19/23
☐ Educational material attached (Specify): _____    ☐ Other:

COMMENT / INFORMATION

Your file review is scheduled Very Soon LO mPAA

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | 8/22/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### ➤ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⬅

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| *Jennings* | *Damonta* | *669 475* |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| *W.C.I* | *Nw I-27* | *8-17-23* |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES       ☐ HEALTH CARE RECORD REVIEW      ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST          ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| *I Was Scheduled For A File Review Today In RHU. However I Am Now In G.P And Was Informed My Review Will Be Held Next Week, Please Schedule Me To Review My Chart And Everything* | DATE RECEIVED:<br>TO BE STAMPED BY HSU<br><br>AUG 19 2023 |
|---|---|

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                    ☑ Refer for Health Care Record review appointment *JH 8/19/23*

☐ Educational material attached (Specify):    ☐ Other:

COMMENT / INFORMATION

*Your file review is Scheduled Very Soon*

*LD MPAA*

| PRINT STAFF NAME | DATE OF HSU RESPONSE *8/22/23* |
|---|---|

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

## MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|---|
| Jennings, Damonta | | 669435 | W.C.I | Nwch | I·27 | 8-16-23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

**Name of Medication/Medical Supply:**
Sensitive Eyes Saline

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☒ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Bio True Multi Purpose

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☒ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

| DATE RECEIVED AUG 1 7 2023 | HSU STAFF SIGNATURE Gwendolyn A. Velzen | DATE RETURNED TO PATIENT 8-17-23 |
|---|---|---|

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W. C. I | B206 | 8-10-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta J*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Eyes Are Causing Me Almost Severe Pain Due To Unfit Scleral Lens, My Lens Has Become Intolerable To Wear, Yet I'm Left With No Option But To Wear Them As I Can Not See Without Them, And Glasses Dont Work

DATE RECEIVED:
TO BE STAMPED BY HSU

**AUG 11 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today   ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____

☒ Refer HSR to:  ☐ ACP  ☒ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: ) CM, RN B/11/23

☐ Refer for copies only: _____   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____   ☐ Other: _____

COMMENT / INFORMATION

You Submitted for New Ones per your other HSR. Wear glasses until new ones arrive.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | 8/24/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W. C. I | B206 | 8-10-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta J*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

HSU Staff And HSU Manager HAs Been Very Informed
of My Scleral lens Being Unfit And Causing Me Pain, And
Nothing Has Been Done. Such Indifference To My Serious
Medical Need Violates My 8th Amendment Right.

DATE RECEIVED:
TO BE STAMPED BY HSU

**AUG 1 1 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☒ Refer HSR to: ☐ ACP ☒ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: ) conv/w 8/11/23
☐ Refer for copies only:                                    ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION
① SEEN BY DR WALKER ON 1/26/23 WHICH
STATES "SATISFACTORY Scleral fit"
② Appt to See Optical Is ordered

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| *X M88 RN* | 8/21/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00558

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

**◄ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ◄**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 8-10-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta J*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST     ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Can You Please Tell Me What Date The Order
WAS Placed To Order My Scleral Lens Because
They Have Not Arrived And It Has Been Over A
Month When Usually They Arrive Within A Week or 2

**DATE RECEIVED:
TO BE STAMPED BY HSU**

AUG 11 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☒ Refer HSR to: ☐ ACP ☒ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: ) CAY,eu 8/11/23

☐ Refer for copies only: _____     ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____     ☐ Other: _____

COMMENT / INFORMATION
FWD TO MPA/OPTICAL

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| *(signature)* | 8/21/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

TO:
A: Damonta Jennings
NUMBER:
NUMERO: 669475
UNIT:
UNIDAD de VIVIENDA: B206
DATE:
FECHA: 8/3/23

- - - - - - - - - - - - - - - - - - - - - FOLD *DOBLE* - - - - - - - - - - - - - - - - - - - - -

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

- - - - - - - - - - - - - - - - - - - - - FOLD *DOBLE* - - - - - - - - - - - - - - - - - - - - -

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

WISCONSIN

**INTERVIEW/INFORMATION REQUEST**
*SOLICITUD POR INFORMACION/ENTREVISTA*

8-3
RHU

TO:
A: Daniel LaVoie (Associate Medical Director)
DEPARTMENT:
DEPARTAMENTO: Health Service Unit
DATE:
FECHA: 8/3/23

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
*SOLICITUD PARA INFORMACION / ENTREVISTA*

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| DAmonta Jennings | 669475 | B206 |

DATE
FECHA   8/3/23

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☐ Interview *Entrevista*    ☐ Information *Informacion*

### STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I Would Like To Know When The First Order For My Corneal Cross Linking Procedure Was Written, The Date The Order Was Denied, And The Date The Order Was Rewritten And Approved "It Is Not In My Medical Records" On 4/8/22 Charles Dambecks Received Approval From Laura Sukowaty, But In A Corrospondence Laura Sukowaty Stated To Charles Dambeck She Spoke About The issue With Daniel LaVoie In The Past And Had Approved The Procedure, Prior To Giving Dambeck Approval

-----------------------------------------------------

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
   *Usted sera entrevistado*
☐ Information to Follow
   *Informacion Sera Proveida*
☐ Request Referred To:
   *Solicitud Referida A:*

Date:
Fecha:   **AUG 0 4 2023**

Time:
Hora:

Information/Comment:
*Informacion/Comentario:*   Only order was from 5/16/22

Hiland
Signed *Firmado*

HSU
Department *Departamento*

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W. C. I | B206 | 7/30/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES      ☐ HEALTH CARE RECORD REVIEW      ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST      ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Scleral Lens Contacts Were Ordered On 7/10
I Would Like To Know If They Have Arrived
Here At W.C.I

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUL 3 1 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): 

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                           ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):           ☐ Other:

COMMENT / INFORMATION

I DO NOT SEE THEM, WILL
FWD TO OPTICAL

PRINT STAFF NAME                              DATE OF HSU RESPONSE

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

Bates 00562

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W. C. I | B206 | 7/27/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES     ☑ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST     ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| I Would Like To Review My Chart And Health Care Record for Civil Suit And Legal Purpose I Have A Court Deadline for August 1, 2023 | **JUL 2 8 2023** |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☑ HIPAA ☐ Optical ☐ Other:

☐ Refer for copies only:                    ☑ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____     ☐ Other: _____

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 7/28/23 |

**DISTRIBUTION**: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | RHU B206 | 7/27/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonte*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)          ☐ DENTAL          ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES          ☐ HEALTH CARE RECORD REVIEW          ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST          ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Bio True, And Sensitive Eyes Solution Was Denied For Refill. I Can Not Help That I Use My Solutions Several Times A Day To Rinse, Insert, And Disinfect My Lens And It Run Out Before A Month. It Is "Use As Needed" If I Need Refill

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUL 2 8 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION
Ordered.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| *Cunningham* | 7/28/23 |

DISTRIBUTION: Original – Internal Paper Record, HR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00564

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |

### ☜ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☞

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| Jennings | DAmontA | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/27/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damont*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES      ☐ HEALTH CARE RECORD REVIEW      ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST         ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would like To Know If My low Bunk
Restriction WAS WAS Reinstated/ Extended If Not
I Would like To Be Reevaluated for Low
Bunk Restriction Only Not Single Cell

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUL 2 8 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____ for lowbunk

☒ Scheduled to be seen in HSU ☐ ACP ☒ RN/LPN ☒ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____  ☐ Other:

COMMENT / INFORMATION
_____
_____
_____

| PRINT STAFF NAME  Ann Yorken | DATE OF HSU RESPONSE  7/28/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| | RHU | 7/26/23 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶

---

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No
AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

---

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Clear CARE WAS Supposedly Ordered
On 7/18 But It WAS Never Issued or Put
On RHU Med CARt

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| | JUL 27 2023 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:                          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):                ☐ Other:

COMMENT / INFORMATION  Duplicate

| PRINT STAFF NAME  Flamingian | DATE OF HSU RESPONSE  7/27/23 |
|---|---|

**DISTRIBUTION:** Original – Internal Paper Record PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00566

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

## MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings Damonta | 669475 | W.C.I | RHU | B206 | 7/26/23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

**Name of Medication/Medical Supply:**
Clear Care

**▼ TO BE COMPLETED BY HSU ONLY ▼**
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☑ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Sensitive Eyes Saline

**▼ TO BE COMPLETED BY HSU ONLY ▼**
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☑ Requested too soon. Re-submit after: _____
   Sent 7/12.

**Name of Medication/Medical Supply:**
Bio True Multi Purpose

**▼ TO BE COMPLETED BY HSU ONLY ▼**
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☑ Requested too soon. Re-submit after: _____
   Sent 7/12.

**Name of Medication/Medical Supply:**


**▼ TO BE COMPLETED BY HSU ONLY ▼**
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**


**▼ TO BE COMPLETED BY HSU ONLY ▼**
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**


**▼ TO BE COMPLETED BY HSU ONLY ▼**
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| JUL 27 2023 | Jvaningen | 7/27/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00567

\* Auth (Verified) \*

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |

## e NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| Jennings | DAMONTA | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206/PHU | 7/20/23 |

### COPAYMENT DISBURSEMENT REQUEST SECTION
**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta*

### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Am I Suitable To Be Transfered
To An Infirmary

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

**JUL 21 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): Hilard

☐ Scheduled to be seen in HSU  ☐ ACP  ☑ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:  7/21/23 G. York RN  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):  ☐ Other:

COMMENT / INFORMATION

No

| NAME | DATE OF HSU RESPONSE |
| RN | 7-21-23 |

– Internal Paper Record, PR Patient Request Folder;
Office File; Copies (2) – Inmate Patient

WCI

Bates 00568

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### ē NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | B206 | 7/18/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                     DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

According To Documents Provided By Offsite Specialists
And Health Service Records I Can Not See With
Or Without Glasses Regardless The Prescription. In Your
Professional Judgment Is That Considered Legally Blind?

| DATE RECEIVED: TO BE STAMPED BY HSU |
|---|
| JUL 1 9 2023 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE   –   TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☐ Refer HSR to:   ☐ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other:

☐ Refer for copies only:                                ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):           ☐ Other:

**COMMENT / INFORMATION**
The optical providers would determine if you are considered
legally Blind.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 7/19/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
| --- | --- | --- |

### ě NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| --- | --- | --- |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/18/23 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
| --- | --- |
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☑ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

What Does It Mean To Be Legally Blind?

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

**JUL 1 9 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):  ☐ Other:

COMMENT / INFORMATION

Visual acuity of 20/200 or less in the better seeing eye with glasses or contact lenses. A visual field of 20 Degrees or less in the better seeing eye.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| --- | --- |
| Ann York RN | 7/19/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

### ✎ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ✎

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/18/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *[signature]*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like The Fact That Offsite Specialists, And Optometrist Bethany South knows And Agree That Due To My Visual Deficit of Keratoconus Glasses Do Not Work for Vision Correction. I want This Fact In Chart On file

DATE RECEIVED:
TO BE STAMPED BY HSU

JUL 1 9 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (If not today): _____
☐ Scheduled to be seen in HSU   ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION
You can review your chart if you so desire.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 7/19/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00571

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS | | WISCONSIN |
|---|---|---|
| Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION** | Administrative Code<br>Chapter DOC 316 |

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | DAmontA | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/18/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damont*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I would like To Know Why Im Being Told To Wear GLasses When Offsite Specialist And Optometrist Beth Amy South Know GLasses DO NOT Work. Im BLIND I CANT SEE WITH THEM! So Therefore IF I CAnt Wear Contacts, And Cant See What Im Supposed To Do?

DATE RECEIVED:
TO BE STAMPED BY HSU

JUL 19 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION

The medical Doctor advised you to avoid your contacts to prevent drying eyes, Do you even have your lense over in RHU?

PRINT STAFF NAME                    DATE OF HSU RESPONSE

Ann York RN                    7/19/23

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00572

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

## ✎ ¿ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I. | B206 | 7/18/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Im Being Told Not To Wear Contacts, And To Wear Glasses, But Its Well Documented Glasses Don't Work What So Ever, My Current Contacts Prescription Is Out Dated And Cause Pain Because Their Not A Proper Fit So If Im Blind/Visual Deficit And Cant Wear Neither Shouldnt I Be Sent To Infirmary Unit?

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**
JUL 19 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____
☑ Scheduled to be seen in HSU ☐ ACP ☑ RN/LPN ☐ Special Needs Evaluation ☑ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): _____    ☐ Other:

COMMENT / INFORMATION
Talk to optometry about the lens fit/script. RN is also seeing you. Discuss with the RN. The RN could find out how to get you updated lenses.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 7/19/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00573

\* Auth (Verified) \*

TO:
A: Damonta Jennings

NUMBER:
NUMERO: 669475

UNIT:
UNIDAD de VIVIENDA: B206

DATE:
FECHA: 7/13/23

- - - - - - - - - - - - - - - - FOLD DOBLE - - - - - - - - - - - - - - - -

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

- - - - - - - - - - - - - - - - FOLD DOBLE - - - - - - - - - - - - - - - -

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD POR INFORMACIÓN/ENTREVISTA

TO:
A: HSU Manager Clanderman

DEPARTMENT:
DEPARTAMENTO: HSU

DATE:
FECHA: 7/13/23

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

WCI

Bates 00574

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### *SOLICITUD PARA INFORMACION / ENTREVISTA*

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME / *NOMBRE DEL/LA OFENSOR(A)* | DOC NUMBER / *NUMERO DEL/LA OFENSOR(A)* | LIVING UNIT / *UNIDAD DE VIVIENDA* |
|---|---|---|
| Damonta Jennings | 669475 | B206 |
| DATE / *FECHA* 7/13/23 | WORK ASSIGNMENT / *ASIGNACION DE TRABAJO* | |

☑ Interview *Entrevista*  ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

It's My Belief Im Being Intentionally Harrassed And Denied Medical Care By HSU Staff. On 4/13/23 At Appox. 4:30p.m Andrea Bleeker Arrived A My Cell B206 And Accused Me of lying About or Fabricating My Need For Scleral lens Due To The Fact She Found One (Left or Right) lens Amongst My Property. It Is On Record That One of My Scleral lens Broke While In My Eye In The Month of February. She Informed Me She Was Cancelling My Order That Was Most Recently Placed For My Scleral Lens. When She Asked Why Did I Still Have The One Single Lens I Stated "Because Maybe One Day It Will Be An Emergency And I Will Need It As Back Up Because HSU Staff Barely Want To Schedule Me For Refits And Seem To Have An Issue With Me Needing New Lens." It Should Be Noted The One lens In My Property Is Not A Proper Fit Either.

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
  *Usted sera entrevistado*
☐ Information to Follow
  *Informacion Sera Proveida*
☐ Request Referred To:
  *Solicitud Refereida A:*

Date: / *Fecha:* JUL 18 2023    Time: / *Hora:*

Information/Comment:
*Informacion/Comentario:* You will be scheduled to see M about your lense. Forwarded to HSM re: complaint. 7/18/23 G. York pw.

Haley has ordered New lenses - we will let you Know when they come in.

_____ Signed *Firmado*    HSU    Department *Departamento*

WCI

Bates 00575

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

## è NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/13/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Wake Up At Night Time or During Any Period of Time of Shutting My Eyes or When Not Wearing Contact Lens My Eyes Become Very Dry, Itchy, Irritated, And Sometimes So Dry It Becomes Uncomfortable And Painful To Open/Close My Eyes (Lids) Dry Eye Is Becoming Unbearable, Artificial Tears Do Not Work Any Mor

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

JUL 1 4 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☑ Refer HSR to: ☑ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other:

☐ Refer for copies only: 7/14/23 a. York RN   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____   ☐ Other:

**COMMENT / INFORMATION**

ketotifen is added
Referral to optometry is ordered
Please wear your glasses not your Contacts

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | 7/14/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00576

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | B206 | 7/13/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Since Having Eye Procedure Done In October, 2022 Dry Eye Has Become A Serious Issue. I Raised This Issue With HSU In December, 2022 During Several Visits To HSU, I Was Told To Increase Use of Artificial Tears However Artificial Tears Geri Care Brand Does Not Work And More Use Cause Redness, Irritation, And Burning

DATE RECEIVED:
TO BE STAMPED BY HSU

JUL 1 4 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / Information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☑ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only: 7/14/23 A. York RN    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other:

COMMENT / INFORMATION

Ketotifen eye drops ordered for dry, itchy eyes. A referral to optometry ordered. Please wear your glasses not your contact lenses to help prevent dry itchy eyes.

PRINT STAFF NAME                    DATE OF HSU RESPONSE
                                    7/14/23

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00577

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

## INTERVIEW/INFORMATION REQUEST
## *SOLICITUD PARA INFORMACION / ENTREVISTA*

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 469475 | B206 |

| DATE FECHA | WORK ASSIGNMENT ASIGNACION DE TRABAJO | |
|---|---|---|
| 7/13/23 | | |

☐ Interview *Entrevista*    ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I Would like All Documents, Names of Persons Involved, Recommendations, Letters, of The Decisions Made Before The Committee Who Approved My Class II Approval for Corneal Cross linking Surgery. It Is On Record Where The M.D And A.M.D Had Approved My Procedure, But I Am Being Denied The Documents from That Meeting/Committee

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea*
### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
*Usted sera entrevistado*

Date: JUL 1 4 2023    Time:
Fecha: _____    Hora: _____

☐ Information to Follow
*Informacion Sera Proveida*

☐ Request Referred To:
*Solicitud Refereida A:* _____

Information/Comment:
*Informacion/Comentario:* Forwarded to med records 7/14/23 a. York~

We need a date frame. ~~You weren't denied we signed you~~ ~~up for a free Review but you kept Refusing~~ ERROR JVR

| JVR MPAA Signed *Firmado* | HSU Records. Department *Departamento* |
|---|---|

\* Auth (Verified) \*

TO:
A: Damonta Jennings

NUMBER:
NUMERO: 669475

UNIT:
UNIDAD de VIVIENDA: B206

DATE:
FECHA: 7/13/23

---

FOLD *DOBLE*

DESCARGO DE RESPONSABILIDAD (Disclaimer)

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

---

FOLD *DOBLE*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: HSU Manager Clanderman

DEPARTMENT:
DEPARTAMENTO: HSU

DATE:
FECHA: 7/13/23

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### ē NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | B206 | 7/10/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☑ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

As A Follow Up of Copies From Health Care Records, Staff Visited Me In RHU I Would Like The 90+ Free Copies Starting The Year 2023 of Correspondences, Progress Notes, UW Health, Valley Eye, Optical Nurse Diagnosis, Prescriptions, Emails, And Letters. Thank You

| DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|
| **JUL 1 1 2023** |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE -- TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):

☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☑ Refer HSR to:   ☐ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☑ MPAA   ☐ Optical   ☐ Other:

☑ Refer for copies only:   7/11/23   a. York RN   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENT / INFORMATION

7/21/23   Sending 92 Copies of date range that was requested

I did not include Med Refills if you want them Please let me know

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00580

**\* Auth (Verified) \***

<table>
<tr><td>DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022)</td><td>HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION</td><td>WISCONSIN<br>Administrative Code<br>Chapter DOC 316</td></tr>
</table>

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/9/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                         DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. **Place all 4 pages** of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Was Still To Have Follow Up Appointment At Valley Eye According To Records/Document Why Haven't I Been Being Sent To Follow Up Appointments?

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

JUL 1 0 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____

☒ Refer HSR to:  ☐ ACP  ☒ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: ) CWS/EU 7/6/23

☐ Refer for copies only:                  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION  Follow up as needed, not required.

PRINT STAFF NAME          R  7.10.23          DATE OF HSU RESPONSE

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Administrative Code
Chapter DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/9/23 |

COPAYMENT DISBURSEMENT REQUEST SECTION
AGREEMENT BY PATIENT:
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta

TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No
AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

It Is On Record From 12/5/22, 12/13/22, 1/26/22 That My Current
Contacts Is Not A Proper Fit And Cause Eye Irritation And Pain, An
Affirmed ICE And An Email Sent To HSUM And Stelsel Proves Scleral Lens
Never Arrived At (WCI) By Not Contacting UW or Providing Me Violates My Rights To Medical Care

DATE RECEIVED:
TO BE STAMPED BY HSU

JUL 10 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____
☑ Refer HSR to:  ☐ ACP  ☑ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: CONF, RW 7/10/23
☐ Refer for copies only:                            ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): _____  ☐ Other: _____

COMMENT / INFORMATION

Ordered

PRINT STAFF NAME                                    DATE OF HSU RESPONSE

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| --- | --- | --- |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I. | B206 | 7/9/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
| --- | --- |
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☑ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Are HSU staff employed By The (Doc) or A Private
Company Contracted By The (Doc)? What Is LaVoie, & Sukowaty Job Title?
What Does (ACP) Abbreviation Stand For? What Is Charles
Dombeck Job Title? What Is Mary Moore Job Title? What Does LPN Abbreviation Stand For?

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

**JUL 1 0 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☒ Refer HSR to: ☐ ACP ☒ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: JGAY RN 9/10/23

☐ Refer for copies only:      ☐ Refer for Health Care Record review appointment

☐ Educational material attached (Specify): _____    ☐ Other

COMMENT / INFORMATION
Employed by state, Dr. Lavoie is the medical director
Dr. Sukowaty is associate medical director
ACP → advanced core provider.
Dombeck/moore → ACP

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| --- | --- |
| | 7/10/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

\* Auth (Verified) \*

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

## ē NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I. | B206 | 7/8/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                                      DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES      ☐ HEALTH CARE RECORD REVIEW      ☑ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST      ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like My Entire Chart/File, Consultations, Correspondences, Progress notes, Clinical Diagnosis, Optical, Email Correspondences, UW Health Documents, Valley Eye Documents, Referrals, Appointments, List Medications, RX's, HSR's, Sick Calls, HSU Visit Dates, OFF sites, Committee Decisions, Letters (No Dental Records)

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUL 10 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: _____

☒ Refer for copies only: ) copy (A) 7/10/23      ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____      ☐ Other: _____

COMMENT / INFORMATION

7/10/23 Went Cell Side and talked to PIOC & figured out copies needed

PRINT STAFF NAME                    DATE OF HSU RESPONSE  Comp84

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

000669475
2018062108366669475

* Auth (Verified) *

TO:
A: Damonta Jennings

NUMBER:
NUMERO: 669475

UNIT:
UNIDAD de VIVIENDA: B206

DATE:
FECHA: 7/7/23

---

FOLD *DOBLE*

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

---

FOLD *DOBLE*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### *SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: HSU Manager Clanderman

DEPARTMENT:
DEPARTAMENTO: HSU

DATE:
FECHA: 7/7/23

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | B206 |

| DATE FECHA | WORK ASSIGNMENT ASIGNACION DE TRABAJO |
|---|---|
| 7/7/23 | |

☑ Interview *Entrevista*   ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

Single Cell

I Would Like My Lower Bunk Restriction Reinstated Permanently Due To My Keratoconus Condition. While It Was Only Until I Had My Collagen Crosslinking Procedure Done, It Is Also On Record Dr Michael Vrabec of Valley Eye Saying The Procedure Will Not Improve My Visual Acuity. On 9/29/22 I Fell off My Top Bunk Due To Not Being Able To Properly See Where I Step (WCI) Cells Do Not Have Any Stepping Stool or Ladder To Assist Me Getting Off Top Bunk, I Also Have No Proper Fitting Scleral Lens To Wear For Vision Correction. And Glasses Do Not Work. It Is All On Record And I Have The Documents If You Would Like Them. By Denying My Restrictions You Put Me In Danger of Being Harmed or Injured.

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*

### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
  *Usted sera entrevistado*
☐ Information to Follow
  *Informacion Sera Proveida*
☑ Request Referred To:
  *Solicitud Refereida A:*  Special Needs Committee

Date: Fecha: **JUL 1 0 2023**   Time: Hora:

Information/Comment:
*Informacion/Comentario:*

Signed *Firmado*  Gwendolyn A. Vick   Department *Departamento*  HSU

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings Damonta | 669475 | W.C.I | BHU | B206 | 7/7/23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| Bio True Multi Purpose Solution | Sensitive Eyes Saline Solution |
| ▼ TO BE COMPLETED BY HSU ONLY ▼ | ▼ TO BE COMPLETED BY HSU ONLY ▼ |
| ☐ Issued. | ☐ Issued. |
| ☒ Ordered; will issue when received. | ☒ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| Artificial Tears | Clear Care |
| ▼ TO BE COMPLETED BY HSU ONLY ▼ | ▼ TO BE COMPLETED BY HSU ONLY ▼ |
| ☒ Issued. | ☐ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☒ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| | |
| ▼ TO BE COMPLETED BY HSU ONLY ▼ | ▼ TO BE COMPLETED BY HSU ONLY ▼ |
| ☐ Issued. | ☐ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| JUL 0 8 2023 | Gwendolyn A. Vidger | 7-8-23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00587

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/7/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☑ INFORMATION
☐ OTHER:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I Would Like To Know Why Cornea Crosslinking/Collagen Cross-
linking Is Not Covered By The (Doc), or Rather It Is Covered By
The (Doc), But Need Special Approval ? Because I Was
Previously Told It Was Not Covered By (Doc)

| DATE RECEIVED: TO BE STAMPED BY HSU |
|---|
| JUL 0 8 2023 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☒ Refer HSR to: ☐ ACP ☒ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: ) CAX W 7/8/23

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION   *Class three - that is what was needed!*

PRINT STAFF NAME                    DATE OF HSU RESPONSE   7/10/23

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

## ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/7/23 |

### COPAYMENT DISBURSEMENT REQUEST SECTION
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

During My Visit To UW On 1/26/23 Dr Amy Walker Recommended The Use of Clear Care Disinfect for My Scleral Lens (It Is On Record) And Charles Dombeck Also Approved of This Along With Bio Trne, And Sensitive Eye Saline. I Recieved Clear Care Once, But Now I Can No longer Recieve It Why?

**DATE RECEIVED: TO BE STAMPED BY HSU**
JUL 03 2023
JUL 08 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

### PATIENT: DO NOT WRITE BELOW THIS LINE   --   TO BE COMPLETED BY HSU ONLY

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☒ Refer HSR to: ☒ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: )(olfe) 7/8/23

☐ Refer for copies only: _____   ☐ Refer for Health Care Record review appointment

☐ Educational material attached (Specify): _____   ☐ Other: _____

COMMENT / INFORMATION
Please submit med refill request.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| K Kriger RN | 7·11·23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00589

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/6/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                                   DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☑ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Who Was My WCI Provider In The Months of September, 2021
For My Eye Condition (Keratoconus) In Which I Was
Seeing (uw) For? Who Is My (WCI) Provider For My Eye
Condition (keratoconus) Currently?

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUL 0 7 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:                     ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):           ☐ Other:

COMMENT / INFORMATION

Optical provider is Bethany South OD. Current medical
Provider is Dr. Kerry Kuffenkam, I don't see a record of
Who your provider was in this chart from Sep 2021. You may
need to do a file review.

PRINT STAFF NAME                              DATE OF HSU RESPONSE

Ann York RN                                    7/7/23

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |

### ☛ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☚

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/5/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☑ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would like To know Who's All On The Committee That
Approve/Deny Medical Appointments or Procedures for
Offsite Specialty Service. Specifically Who Is On The
Committee That Would Approve/Deny Class III Approval/Medical Request?

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUL 07 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☑ Refer HSR to: ☑ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____

☐ Refer for copies only: 7/7/23 a. York RN   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____   ☐ Other: _____

COMMENT / INFORMATION

Class III made up of DOC Providers. Members at meetings vary
based on attendance

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Hiland | 7-7-23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/5/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. **Place all 4 pages** of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☒ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

File Review

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

JUL 06 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☒ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:  ☒ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):  ☐ Other:

COMMENT / INFORMATION

2021 PRESENT HSRS/CLINICAL NOTES/OFF SITES/GRRS/PAD

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 7/6/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00592

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

## ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7-5-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☑ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| Who Is The Current HSM And Current AHSM?<br>What Is Robert Weinman Job Title/Description?<br>Who Is Stelsel, P And What Is His Job Title/Description?<br>Who Is The Scheduler That Schedule Offsite Appointments? | JUL 06 2023 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE** – **TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other: _____

COMMENT / INFORMATION

Laura Clanderman RN HSUM, Ashley Haseley RN AHSUM, Weinman is a nurse Coordinator, Stelsel is a nurse Coordinator, Haley Bassuener LPN offsite scheduler,

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann Yokin | 7/6/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

000669475
201806210836669475

* Auth (Verified) *

TO:
A: Damonta Jennings
NUMBER:
NUMERO: 669475
UNIT:
UNIDAD de VIVIENDA: B206
DATE:
FECHA: 7/1/23

FOLD *DOBLE*

DESCARGO DE RESPONSABILIDAD (Disclaimer)

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

FOLD *DOBLE*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

7-1-54 JC

**WISCONSIN**

**INTERVIEW/INFORMATION REQUEST**
*SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: Health Service Manager (HSM)
DEPARTMENT:
DEPARTAMENTO: HSU
DATE:
FECHA: 7/1/23

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

WCI

Bates 00594

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
### *SOLICITUD PARA INFORMACION / ENTREVISTA*

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME  *NOMBRE DEL/LA OFENSOR(A)* | DOC NUMBER  *NUMERO DEL/LA OFENSOR(A)* | LIVING UNIT  *UNIDAD DE VIVIENDA* |
|---|---|---|
| Damonta Jennings | 669475 | B206 |
| DATE  *FECHA*  7/1/23 | WORK ASSIGNMENT  *ASIGNACION DE TRABAJO* | |

☑ Interview *Entrevista*   ☐ Information *Informacion*

### STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

In October, 2022 I Underwent A Eye Procedure For Both Eyes At Valley Eye Due To The Progression of My Keratoconus, Which Could Eventually Lead To loss of Vision. I Was Scheduled To Recieve And Be Refit For New Contact lenses To Correct My Vision. I Also Was Supposed To Continue Having Follow Up Appt At Both UW Health And Valley Eye, But Health Service Has Not Been Scheduling My Appt. And I Was Never Refit Nor Recieved New Contacts To Correct My Vision. Although My ICE Was Affirmed And HSM Was Notified. Why?

**(Do Not Write Below This Line)** *(No Escriba Debajo Esta Linea*
### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed  *Usted sera entrevistado*

Date: *Fecha:* JUL 02 2023

Time: *Hora:*

☐ Information to Follow  *Informacion Sera Proveida*

☑ Request Referred To:  *Solicitud Refereida A:*  HSU Manager ) CoNF pw 7/2/23

Information/Comment:  *Informacion/Comentario:*

Ordered
R 7.10.23

| Signed *Firmado* | Department *Departamento* |

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7-1-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

**JUL 0 2 2023**

I Filed A Complaint And Recieved An Affirmed ICE For Not Being Befit And Riesieving New Contacts To Correct My Vision After The Eye Procedure Was Performed October of 2022. As Previously Stated My Current Contacts Do Not Fit And Irritate The Eyes, Why Is My Condition And Contacts Not Taken Serious

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☒ Refer HSR to: ☐ ACP ☒ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: cospu 7/2/23

☐ Refer for copies only:                                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):              ☐ Other:

COMMENT / INFORMATION   Ordered.

R 2 1023

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | B206 | 7/1/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _Damonta_

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

A Special Needs Evaluation Was Conducted Several Months Ago, But The Results Were Never Approved/Rejected. I Would Like To Know Rather It's Pending or Have Been Ignored

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUL 02 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☒ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☒ Other: Special Needs Committee

☐ Refer for copies only:    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

COMMENT / INFORMATION

Your request for a single cell was denied

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick RN | 7/2/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

\* Auth (Verified) \*

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| *Jennings* | *Damonta* | *669475* |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| *W. C. I* | *Nuch J-13* | *6/20/23* |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) Initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment Is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES      ☐ HEALTH CARE RECORD REVIEW      ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST      ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

*On June 19, 2023 I Suffered What I Believe To Be*
*A Mild Heat Attack. Numbness In My Left Arm, Side, And*
*Organs, Chest Pains On My Left Chest, And Very Fast Heart Rate*
*Along With Shortness And Lost of Breath. And Today My Chest Is Still In Pain. I Request X Ray*

DATE RECEIVED:
TO BE STAMPED BY HSU
**JUN 2 2 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / Information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:      ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):      ☐ Other:

COMMENT / INFORMATION
*Scheduled to see RN*

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| *Jodi Van Stippen RN* | *6/22/23* |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

WISCONSIN

## MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | Nwch | J-13 | 6/13/23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

**Name of Medication/Medical Supply:**
Bio True Multi Purpose Solution

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☒ Issued. CXW 6/15
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Sensitive Eye Saline Solution

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☒ Issued. CXW 6/15
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Contact Plunger Small (Remove)

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Contact Plunger Large (Insert)

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

What happened with ones you have NOW?

**Name of Medication/Medical Supply:**
Artificial Tears

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☒ Issued. CXW 6/15
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Contacts Conditioner Solution

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☒ Can't be refilled. CXW 6/15
- ☐ Requested too soon. Re-submit after: _____

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| JUN 1 5 2023 | | 6/15/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nwch J-13 | 6/13/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonte*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Received An Affirmed ICE for Not
Receiving My New Contacts, And Would like To
Know Why I Still Haven't Received Them, And
If Anything Is Being Done About The Medical Need

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUN 1 5 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):                    ☐ Other:

COMMENT / INFORMATION
Contacted optical to check on status

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| H Clardeumanke | 6/26/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

WISCONSIN

## MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | Nwch | J-13 | 5-10-23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form:

**Name of Medication/Medical Supply:**
Bio True Multi Purpose Solution

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☒ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Artificial Tears

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☒ Issued. JH
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| MAY 1 2 2023 | JHD8KCLT, RN | 5/12/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ᴄ

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| W.C.I | Nw J-13 | 4/22/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE ▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. <u>Place all 4 pages</u> of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☑ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Can You Please Provide Me With The First Name of LaVoie and Also Sukowaty Along With Their Job Title/Description

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

APR 2 4 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____

☐ Refer for copies only: _____ ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____ ☐ Other: _____

COMMENT / INFORMATION

Daniel LaVoie MD medical Director

Laura Sukowaty MD Associate medical Director

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 4/24/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

Bates 00602

**\* Auth (Verified) \***

| | | |
|---|---|---|
| **DEPARTMENT OF CORRECTIONS**<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

### ê NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| *Jennings* | *Damonta* | *669475* |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| *W.C.I* | *Nw J-13* | *4/22/23* |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No
AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☑ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

*I Would Like The Free 200 Copies of*
*Off Site Service Requests, Consultations, Progress Notes,*
*Electronic Emails, Correspondences, HSR's, Recommendations*
*Diagnosis, Optical Documents/Visits, Uw Health Doc. From 3/10/2021 Up Until 4/22/23*

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**
APR 24 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☑ MPAA ☐ Optical ☐ Other:
☑ Refer for copies only: *4/24/23 G. Yorton*      ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):      ☐ Other: *4/24/23*

COMMENT / INFORMATION

*Sent 223 Copies*
*with a date range*
*of 3/10/21 - 4/22/23*
*No Charge for Copies*
*LD*
*MPAA*

PRINT STAFF NAME                              DATE OF HSU RESPONSE

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00603

* Auth (Verified) *

TO:
A: *Damonta Jennings*
NUMBER:
NUMERO: *669475*
UNIT:
UNIDAD de VIVIENDA: *Nw J-13*
DATE:
FECHA: *4/22/23*

- - - - - - - - - - - - - - - - - - - - - - - FOLD *DOBLE* - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DESCARGO DE RESPONSABILIDAD (Disclaimer)

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

- - - - - - - - - - - - - - - - - - - - - - - FOLD *DOBLE* - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: *Health Service Manager*
DEPARTMENT:
DEPARTAMENTO: *HSU*
DATE:
FECHA: *4/22/23*

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.

OFFENDER NAME
NOMBRE DEL/LA OFENSOR(A)
Damonta Jennings

DOC NUMBER
NUMERO DEL/LA OFENSOR(A)
669 475

LIVING UNIT
UNIDAD DE VIVIENDA
Nw J-13

DATE
FECHA
4/22/23

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☑ Interview Entrevista          ☐ Information Informacion

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA

What Is Class III Approval And What Are The Requirements To Receive Special Approval For A Procedure That Is Not Covered By The DOC

------------------------------------------------

(Do Not Write Below This Line) (No Escriba Debajo Esta Linea)
**DISPOSITION OF REQUEST DISPOSICION DE LA SOLICITUD**

☐ You Will Be Interviewed
  Usted sera entrevistado

Date:
Fecha:     APR 2 4 2023

Time:
Hora:

☐ Information to Follow
  Informacion Sera Proveida
☐ Request Referred To:
  Solicitud Refereida A:

Information/Comment:
Informacion/Comentario:

Class III is a process for requesting medical appt or procedure for offsite specialty service. A committee reviews each class III request sent in by your primary provider to determine if the appt or procedure will be approved.

Signed Firmado: Ann York RN

Department Departamento: HSU

WCI

Bates 00605

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nw J-13 | 4/18/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☑ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

It's My Understanding My Cross linking Procedure Was Not Covered By The DOC, But Was Approved After Receiving Special Approval/Class III Approval. What Is Class III Approval And What Are The Requirements?

DATE RECEIVED:
TO BE STAMPED BY HSU

APR 2 1 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☑ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: ) car,eu 4/21/23

☐ Refer for copies only:    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

COMMENT / INFORMATION

Class III approval is a pre-authorization for non-urgent medically acceptable medical care. A committee reviews the information and make will either approve or deny the medical care.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Vanderman RN | 4/24/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

000669475
2018062108366669475

**\* Auth (Verified) \***

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

## MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | 19w | J-13 | 4-18-23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| Artificial Tears | Sensitive Eyes Saline Solution |
| **TO BE COMPLETED BY HSU ONLY** | **TO BE COMPLETED BY HSU ONLY** |
| ☒ Issued. | ☐ Issued. |
| ☐ Ordered; will issue when received. | ☒ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| Re Nu Multipurpose Solution | |
| **TO BE COMPLETED BY HSU ONLY** | **TO BE COMPLETED BY HSU ONLY** |
| ☒ Issued. | ☐ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| | |
| **TO BE COMPLETED BY HSU ONLY** | **TO BE COMPLETED BY HSU ONLY** |
| ☐ Issued. | ☐ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| APR 19 2023 | Gwendolyn A. Vick, ω | 4-19-23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

Bates 00607

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

### ⇒ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nw J-13 | 4/10/23 |

## COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE      DATE OF SERVICE

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☑ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would like To Know Who Is The Provider or Manager of My Eye Condition (Keratoconus). During The Months of July To July of 2021 Through 2022

DATE RECEIVED:
TO BE STAMPED BY HSU

**APR 1 2 2023**

### FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☑ MPAA ☐ Optical ☐ Other: SLK RN 4.12.23

☐ Refer for copies only:      ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):      ☐ Other:

COMMENT / INFORMATION

Shilpa G Reddy, MD

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| K Krug RN | 4.11.23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00608

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## ⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | Mu J-13 | 4/10/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT · HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☑ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would like The free 200 Copies of All Documents From 6 month of 2021 to Todays Date. All Except Dental Records, And HSR's

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| | APR 1 2 2023 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☑ MPAA ☐ Optical ☐ Other: KK RN 4.12.23

☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____   ☐ Other: 4/12/23

COMMENT / INFORMATION                        offsites?

Do you want        Please be more
med sheets?        Specific with your
                   date range.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | LD MPAA |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

TO:
A: *Damonta Jennings*

NUMBER:
NUMERO: *669475*

UNIT:
UNIDAD de VIVIENDA: *Nw J-13*

DATE:
FECHA: *3/27/23*

--------------------------------- FOLD DOBLE ----------------------------------

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

--------------------------------- FOLD DOBLE ----------------------------------

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

WISCONSIN

*Nw J-29
3-2c*

### INTERVIEW/INFORMATION REQUEST
### *SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: *Charles Dombeck*

DEPARTMENT:
DEPARTAMENTO: *HSU*

DATE:
FECHA: *3/27/23*

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

Bates 00610

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.

| OFFENDER NAME | DOC NUMBER | LIVING UNIT |
|---|---|---|
| NOMBRE DE LA OFENSOR(A) Damonta Jennings | NUMERO DEL/LA OFENSOR(A) 669475 | UNIDAD DE VIVIENDA Nw / J-13 |
| DATE FECHA 3/27/23 | WORK ASSIGNMENT ASIGNACION DE TRABAJO | |

☐ Interview *Entrevista*    ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

The Contacts Recieved On 2/14/23 Is My Current Pair, The Same Contacts I Had Previous To My Eye Procedure On 10/14/23. However, They Do Not Fit Properly After The Eye Procedure Due To Shape Changes of The Eye. HSU Was Aware of This, And I Was Sent To UW On 1/26/23 To Be Fitted for A New Pair of Contacts And Update Prescription. As Records Will Show. I Still Have Not Received The Contacts I Was fitted for On 1/26/23 At UW, Which I Was Scheduled To Receive.

------

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
   *Usted sera entrevistado*
☐ Information to Follow
   *Informacion Sera Proveida*
☐ Request Referred To:
   *Solicitud Refereida A:*

Date: **MAR 3 1 2023**    Time:
*Fecha:* _____    *Hora:* _____

Information/Comment:
*Informacion/Comentario:*

_____      _____
Signed *Firmado*                      Department *Departamento*

\* Auth (Verified) \*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

PRINT LAST NAME
*Jennings*

PRINT FIRST NAME
*Damonta*

DOC NUMBER
*669475*

FACILITY NAME
*W.C.I*

HOUSING UNIT
*Low J-13*

TODAY'S DATE
*3/27/23*

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonte*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No
AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST     ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

*My low Bunk Restriction Expired After My Eye Procedure Was Done, However My Eye Condition Has Not Improved, And Getting Onto The Upper Bunk Is A Risk Being That Im Unable To See My Step Causing Me To Fall*

DATE RECEIVED:
TO BE STAMPED BY HSU

**MAR 3 1 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☒ Special Needs Evaluation ☐ Optical ☐ Other:
☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:                          ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION
_____

PRINT STAFF NAME
*JHOSBELT, RN*

DATE OF HSU RESPONSE
*3/31/23*

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 6/2022)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

**Instruction to Inmate:** Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
**Instrucciones para Reclusos:** No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nch C-23 |

DATE
FECHA
3-19-23

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☐ Interview *Entrevista*   ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

In The Assessment & Plan Form Provided By Surgeon Michael Vrabec It Cleary States That My Keratoconus Has Progressed To The Point Glasses Do Not Help or Correct My Vision. I CAN NOT SEE WITH THE USE of GLASSES. The Assessment form Also Clearly State The Cross-linking Procedure Will Not Stop The Progression of Keratoconus, And I May Lose My Vision, And Im Now Losing My Vision, Im Becoming Color Blind Also

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
   *Usted sera entrevistado*
☐ Information to Follow
   *Informacion Sera Proveida*
☐ Request Referred To:
   *Solicitud Refereida A:*

Date: MAR 2 0 2023   Time:
Fecha: _____   Hora: _____

Information/Comment:
*Informacion/Comentario:* forwarded to optical.

Signed *Firmado* HUanuemann

3/23/23
Department *Departamento*

WCI

Bates 00613

**\* Auth (Verified) \***

TO:
A: *Damonta Jennings*

NUMBER:
NUMERO: *669475*

UNIT:
UNIDAD de VIVIENDA: *Uch C-23*

DATE:
FECHA: *3-19-23*

-------------------------- FOLD DOBLE --------------------------

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

-------------------------- FOLD DOBLE --------------------------

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: *Health Service Manager*

DEPARTMENT:
DEPARTAMENTO: *HSU*

DATE:
FECHA: *3-19-23*

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

WISCONSIN

## MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | Nw | J·13 | 3/23/23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

**Name of Medication/Medical Supply:**
Sensitive Eyes Saline Solution

TO BE COMPLETED BY HSU ONLY
- ☒ Issued. CMW
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Re'Nu Multipurpose Solution

TO BE COMPLETED BY HSU ONLY
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☒ Can't be refilled. CMW
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Contact Lens Conditioner

TO BE COMPLETED BY HSU ONLY
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☒ Can't be refilled. CMW
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Contact Lens Plungers

TO BE COMPLETED BY HSU ONLY
- ☑ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Artificial Tears

TO BE COMPLETED BY HSU ONLY
- ☒ Issued. CMW
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

TO BE COMPLETED BY HSU ONLY
- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| MAR 25 2023 | Flanagan | 3/27/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00615

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
| --- | --- | --- |

## ⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇒

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| --- | --- | --- |
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | Nw J-13 | 3/23/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damont*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
| --- | --- |
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Was Scheduled To Be Seen By
Optical Concerning My Issues, But Was Never
Seen Being That I Was In RHU, But Now
Im In G.P And Would Like To Be Seen

DATE RECEIVED:
TO BE STAMPED BY HSU

MAR 2 5 2023

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE** – **TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☑ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☑ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____   ☐ Other: _____

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| --- | --- |
| Gwendolyn A. Vick, al | 3/25/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00616

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

PRINT LAST NAME
*Jennings*

PRINT FIRST NAME
*Damonta*

DOC NUMBER
*669475*

FACILITY NAME
*W.C.I*

HOUSING UNIT
*Nw J-13*

TODAY'S DATE
*3/23/23*

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No
AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

*Im Back In G.P And I Would Like To Know If I Can Receive My Sceleral Contact Lens That I Was Fit For On My Visit To UW On 1/26/23*

DATE RECEIVED:
TO BE STAMPED BY HSU

**MAR 2 5 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____
☐ Refer for copies only: _____
☐ Educational material attached (Specify): _____
☐ Refer for Health Care Record review appointment.
☐ Other: _____

COMMENT / INFORMATION

PRINT STAFF NAME                                    DATE OF HSU RESPONSE

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00617

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nw J-13 | 3/23/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☑ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like To Do A In Person File Review Now That Im Back In G.P. I Never Received The Files I Asked For When I Was In RHV

DATE RECEIVED:
TO BE STAMPED BY HSU

MAR 2 5 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE   –   TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):

☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☐ Refer HSR to:   ☐ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other:

☐ Refer for copies only:   ☒ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENT / INFORMATION

Scheduled file review soon CO MPAA 3/25/23

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick, RN | 3/25/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

Bates 00618

* Auth (Verified) *

TO:
A: Damonta Jennings
NUMBER:
NUMERO: 669475
UNIT:
UNIDAD de VIVIENDA: Noh C-23
DATE:
FECHA: SEG 3-19-23

-------------------------------- FOLD DOBLE --------------------------------

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

------------------------------- FOLD DOBLE -------------------------------

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: Health Service Manager
DEPARTMENT:
DEPARTAMENTO: HSV
DATE:
FECHA: 3-19-23

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre

WCI

Bates 00619

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.

| OFFENDER NAME NOMBRE DE LA OFENSOR(A) | DOC NUMBER NUMERO DE LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nch C-23 |

DATE FECHA   3-19-23

WORK ASSIGNMENT ASIGNACION DE TRABAJO

☐ Interview Entrevista   ☐ Information Informacion

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA

My Eyes Are Causing Me Severe Pain, With or Without The Wear of Contacts. I've Used Saline Provided By HSU To Rinse My Eyes, And That Does Not Help. I've Used The Artificial Tears To Lubricate My Eyes, And That Does Not Work Either. My Eyes Are Constantly Irritated, And Red, And Also In Pain. I Can No Longer See Anything Directly In Front Me, And My Eyes Are Always leaking. It's Possible It's Complication From The Surgery I Underwent or A Possible Infection. I Need Immediate Help, And My Latest Medical Emergencies Have Been Completely Ignored

(Do Not Write Below This Line) (No Escriba Debajo Esta Linea)
### DISPOSITION OF REQUEST DISPOSICION DE LA SOLICITUD

☐ You Will Be Interviewed
   Usted sera entrevistado

Date: Fecha:   MAR 20 2023   Time: Hora:

☐ Information to Follow
   Informacion Sera Proveida

☒ Request Referred To:
   Solicitud Refereida A:   HSU Manager )CRN2J 3/20/23

Information/Comment:
Informacion/Comentario:   forwarded to optical. Did you receive the Biotrue contact solution ?

_____   _____
Cclandermen RN                    HSM/HSU   3/23/23
Signed Firmado                       Department Departamento

Bates 00620

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

### ẹ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ᴄ

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| --- | --- | --- |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nch C-23 | 3-19-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
| --- | --- |
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Was Fitted For New Contact lens On 1/26/23 By VW And Still Have Not Received Them, My Current Contacts Have Become Intolerable To Wear, And Without Contacts To Correct My Vision Im Legally Blind. HSU Records from Surgeon Dr. Vrabec Indicate Glasses Do Not Help or Correct Vision

DATE RECEIVED:
TO BE STAMPED BY HSU

**MAR 2 0 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

COMMENT / INFORMATION
Per 2/27/23 nursing note, you received contacts on 2/14/23.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| --- | --- |
| HBURN | 3/20/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings Damonta | 669475 | W.C.I | RHU | 228 | 3/14/23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

**Name of Medication/Medical Supply:**
Re Nu Multi Purpose Solution

▼ TO BE COMPLETED BY HSU ONLY ▼
- [x] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: ____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: ____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: ____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: ____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: ____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼
- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: ____

| DATE RECEIVED MAR 1 5 2023 | HSU STAFF SIGNATURE Ann York RN | DATE RETURNED TO PATIENT 3/15/23 |
|---|---|---|

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

**WISCONSIN**

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings Damonta | 669475 | W.C.I | RHV | A228 | 3/14/23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

**Name of Medication/Medical Supply:**
Re'Nu Multi Purpose Solution

▼ TO BE COMPLETED BY HSU ONLY ▼

- ☒ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼

- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼

- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼

- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼

- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼

- ☐ Issued.
- ☐ Ordered; will issue when received.
- ☐ Order has expired, forwarded to Prescriber for renewal.
- ☐ Can't be refilled.
- ☐ Requested too soon. Re-submit after: _____

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| MAR 1 5 2023 | aun York M | 3/15/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00623

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### è NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I. | RHU A228 | 3/11/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
|  |  |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Being That My Condition Which Qualified
Me For Bottom Bunk Restriction this Worsened
My Low bunk Restriction Should Be Extended
And Considered To Be Made Permanent

DATE RECEIVED:
TO BE STAMPED BY HSU

**MAR 12 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____
☑ Refer HSR to: ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☑ Other: Special Needs Committee
☐ Refer for copies only: _____  ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): _____  ☐ Other: _____

COMMENT / INFORMATION

You had low bunk until cross linking could be performed. No further indication for low bunk.  J. Hiland, RN

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick, ☒ | 3-12-23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00624

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

**\* Auth (Verified) \***

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

**è NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| W.C.I | RHU A 228 | 3/8/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Prescription for Glasses Was Updated, But They Do Not Help My Vision At Such A Late Stage In My keratoconus, As Stated in The Assessment And Plan Form Provided By Dr. Vrabec.

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

MAR 09 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☒ Optical ☐ Other:

☐ Refer for copies only: 3/9/23 G. York RN                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____   ☐ Other: _____

COMMENT / INFORMATION

PRINT STAFF NAME                                        DATE OF HSU RESPONSE

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996
000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| W.C.I | RHU A228 | 3/8/23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like The Full Consultation Progress Report / Diagnostic Testing From offsite Ophthalmology Post-op Surgery Concerning Keratoconus

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

MAR 0 9 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☒ MPAA ☐ Optical ☐ Other:

☑ Refer for copies only: 3/9/23 G. York rn ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): ☐ Other:

COMMENT / INFORMATION

you have been Scheduled for File review list LD MPAA

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

**☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun | RHU A228 | 3-1-23 |

NW J13

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
* The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
* I will not be denied care if I am unable to pay the copayment.
* By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
* Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☑ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like To Do A Complete
File Review.

DATE RECEIVED:
TO BE STAMPED BY HSU

**MAR 0 2 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**
**PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.
☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):
☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:
☑ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☑ MRAA  ☐ Optical  ☐ Other:
☐ Refer for copies only:          ☑ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):          ☐ Other:  5/11/23

COMMENT / INFORMATION

5/11/23          Recieved 223
Went Cell          Copies on 4/24/23
Side, talked          instead of
about Copies he had          File Review
previously received

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN   no file review needed at this time | 3/2/23   comp RN |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder,
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00627

\* Auth (Verified) \*

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

WISCONSIN

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | PHU A228 | A228 | 2-27-23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| Artificial Tears | Re'Nu Multipurpose Solution |
| **TO BE COMPLETED BY HSU ONLY** | **TO BE COMPLETED BY HSU ONLY** |
| [✓] Issued. | [✓] Issued. |
| [ ] Ordered; will issue when received. | [ ] Ordered; will issue when received. |
| [ ] Order has expired, forwarded to Prescriber for renewal. | [ ] Order has expired, forwarded to Prescriber for renewal. |
| [ ] Can't be refilled. | [ ] Can't be refilled. |
| [ ] Requested too soon. Re-submit after: _____ | [ ] Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| Sensitive Eyes Saline Solution | Conditioning Contact Solution |
| **TO BE COMPLETED BY HSU ONLY** | **TO BE COMPLETED BY HSU ONLY** |
| [✓] Issued. | [ ] Issued. |
| [ ] Ordered; will issue when received. | [ ] Ordered; will issue when received. |
| [ ] Order has expired, forwarded to Prescriber for renewal. | [ ] Order has expired, forwarded to Prescriber for renewal. |
| [ ] Can't be refilled. | [✓] Can't be refilled. |
| [ ] Requested too soon. Re-submit after: _____ | [✓] Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| | |
| **TO BE COMPLETED BY HSU ONLY** | **TO BE COMPLETED BY HSU ONLY** |
| [ ] Issued. | [ ] Issued. |
| [ ] Ordered; will issue when received. | [ ] Ordered; will issue when received. |
| [ ] Order has expired, forwarded to Prescriber for renewal. | [ ] Order has expired, forwarded to Prescriber for renewal. |
| [ ] Can't be refilled. | [ ] Can't be refilled. |
| [ ] Requested too soon. Re-submit after: _____ | [ ] Requested too soon. Re-submit after: _____ |

| DATE RECEIVED | HSU STAFF SIGNATURE | | DATE RETURNED TO PATIENT |
|---|---|---|---|
| FEB 28 2023 | Janington | | 2/28/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00628

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

### ☜ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☞

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| W.C.I | RHU A228 | 2-23-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Contacts Broke And They Where
Given To The Nurse In HSU. + Need
My New Pair Which I Was Precribed
I Refused To On My Latest Visit To Uw Health

DATE RECEIVED:
TO BE STAMPED BY HSU

**FEB 24 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☐ Refer HSR to:   ☐ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other:

☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENT / INFORMATION

Seen by HSU

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| J. Hiland, RN | 2-27-23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00629

* Auth (Verified) *

TO:
A: Damonta Jennings

NUMBER:
NUMERO: 669475

UNIT:
UNIDAD de VIVIENDA: RHU A228

DATE:
FECHA: 2-23-23

---------------------------------FOLD DOBLE---------------------------------

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o según malentendido con esta traducción, el único documento reconocido sera la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

---------------------------------FOLD·DOBLE---------------------------------

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: Charles Dornbeck / HSM Weinman

DEPARTMENT:
DEPARTAMENTO: HSU

DATE:
FECHA: 2-23-23

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

WCI

Bates 00630

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366699475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

**WISCONSIN**

### INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | RHU X228 |

| DATE FECHA | WORK ASSIGNMENT ASIGNACION DE TRABAJO |
|---|---|
| 2-23-23 | |

☐ Interview *Entrevista*   ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

My Contacts Broke And I Would like To Know Why I'm Being Denied My Newly Arrived Pair Which I Was Recently Refitted For On My Latest Visit To uw Health.
I Would like Dr Amy Walker of uw Health To Be Notified of This Issue

---

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
   *Usted sera entrevistado*
☐ Information to Follow
   *Informacion Sera Provelda*
☐ Request Referred To:
   *Solicitud Refereida A:*

Date: **FEB 24 2023**   Time:
Fecha: _____   Hora: _____

Information/Comment:
*Informacion/Comentario:*

Seen 2/27 by HSU

J. Hiland, RN
Signed *Firmado*

HSU
Department *Departamento*

WCI

Bates 00631

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** WiC.I | **HOUSING UNIT** RHU A228 | **TODAY'S DATE** 2-22-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                     DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Left Eye Was Swollen Shut When I
Woke Up Today. However It Has Went Down
Since Then. I Notified Staff But They Said It
Was Not A Medical Emergency. I Still Have Mild Pain

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**
FEB 2 3 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**
HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____
☒ Scheduled to be seen in HSU ☐ ACP ☒ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:                                    ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): _____   ☐ Other:

COMMENT / INFORMATION

PRINT STAFF NAME
Gwendolyn A. Vick, RN

DATE OF HSU RESPONSE
2/23/23

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00632

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### è NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| WCI.I | RHU A 228 | 2-20-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonte*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. **Place all 4 pages** of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

My Eyes Are Causing Me PAIN Due
To ContACTS Not Fitting Properly.
There's Always A Stabbing Feeling
And Extreme Irritation And Redness

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| | **FEB 2 1 2023** |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today   ☐ Date (if not today):

☐ Scheduled to be seen in HSU   ☐ ACP   ☑ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☑ Refer HSR to:   ☐ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other:

☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 2/21/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00633

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |
|---|---|---|

### ⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| WCI | BHU A228 | 2-17-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
* The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
* I will not be denied care if I am unable to pay the copayment.
* By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
* Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I Have A Primary 3 Secondary Pair of
Contact Lens. My Secondary Pair Which I
Received off The Medical Cart Are Chipped And
Damaged Im Notifying You For Proper Disposal/Replacement

DATE RECEIVED:
TO BE STAMPED BY HSU

FEB 1 8 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only: ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|

**DISTRIBUTION**: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

## ⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| WCI | RHU A-228 | 2-14-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *[signature]*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Eyes Are Causing Me Severe Pain, My Contacts Have Repositioned Themselves, They've been in My Eyes Over 24 hrs, And HSU Refuse to Remove Them And Are Denying Me KOP Medical Supplies

DATE RECEIVED:
TO BE STAMPED BY HSU

FEB 1 6 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed:

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only;    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

COMMENT / INFORMATION

Your plungers to remove contacts are in RHU as well as the solutions and supplies for your contacts. You manage them by yourself. Just ask security for the supplies.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 2/16/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

Bates 00635

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |

### ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| *Jennings* | *Damonta* | *669475* |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| *Waupun* | *Nw I-22* | *2-9-23* |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
|  |  |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

*Have My New/Updated Prescription Contact lens Arrived.*

DATE RECEIVED:
TO BE STAMPED BY HSU

**FEB 1 0 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today    ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only: _____    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other:

COMMENT / INFORMATION    *NOTHING IN HSU YET*

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00636

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-22 | 2-1-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I've Notified Hsu In The Past That Inside, And Outside Light Hurts My Eyes. Since Undergoing Eye Surgery My Eyes Are Now More Sensitive To Light. Transitional Lens Work When Outside. However, I Need Tint for Inside Also But Cant Without Hsu Approval

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

FEB 0 2 2023

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____
☑ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☒ Optical  ☐ Other: _____
☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: _____
☐ Refer for copies only: _____   ☐ Refer for Health Care Record review appointment
☐ Educational material attached (Specify): _____   ☐ Other: _____

COMMENT / INFORMATION

PRINT STAFF NAME                    DATE OF HSU RESPONSE
Ann York RN                         2/2/22

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

<table>
<tr><td>DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022)</td><td>HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION</td><td>WISCONSIN<br>Administrative Code<br>Chapter DOC 316</td></tr>
</table>

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-22 | 1-27-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonte*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

On My Latest Visit To UW Health Dr Amy Walker Recommend I Use Only Saline To Insert My Contacts Because The Chemicals In The Multi Purpose Solution Is Bad for The Eyes And Cause Irritation

DATE RECEIVED:
TO BE STAMPED BY HSU

**JAN 2 8 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to: ☑ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only: OB, RN  1/28/23   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____   ☐ Other:

COMMENT / INFORMATION

Noted, will work with pharmacy on this. Multipurpose solution should be safe to use in the meantime. Do not use water

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| *Charla J Bindach* | 2/1/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Administrative Code<br>Chapter DOC 316 |

## ⇒ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-22 | 1-12-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I'm In Need of New Contacts Insert, And Also Removal Plunger. A Big And Also Small.

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

**JAN 1 4 2023**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☑ Scheduled to be seen in HSU  ☐ ACP  ☑ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):  ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| *Laningren* | 1/18/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 8/2022) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | WISCONSIN<br>Administrative Code<br>Chapter DOC 316 |

## ⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | DAMONTA | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-22 | 1-12-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta J*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| I Also Was Issued A Copy of My Med Refill Which Was Mark Issued. However, I Was Only Given The Artificial Tears, And Told The Mult. Purpose Solution Was Ordered, And Waiting On The Pharmacy. | JAN 1 4 2023 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):       ☐ Other:

COMMENT / INFORMATION

Issued

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick, RN | 1/14/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

## ⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-22 | 1-11-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would like To Be Seen To Check-If Im Up To Date On
All My Shots, Vaccines, And To Discuss Possible X-Rays
About Long Term Back Pain That Has Been Causing Me
Pain Lately. I Would like A Health Check-Up. Thank You.

DATE RECEIVED:
TO BE STAMPED BY HSU

**JAN 1 2 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☒ Scheduled to be seen in HSU  ☐ ACP  ☒ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: _____

☐ Refer for copies only: _____  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____  ☐ Other: _____

COMMENT / INFORMATION

PRINT STAFF NAME                         DATE OF HSU RESPONSE

K. Krueger RN                            1·12·23

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00641

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw T-22 | 1-11-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE      DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

On My latest Visit To Valley Eye I Was Scheduled or
Dec To Have A Refil, But Cleared To Wear My
Contact Lens. However, My last Two Refills for My Multi-Purpose
Solution Has Not Been Getting Issued, It's Used for Multiple Reasons Cleaning & Proper Storage

DATE RECEIVED:
TO BE STAMPED BY HSU

**JAN 1 2 2023**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:      ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):      ☐ Other:

COMMENT / INFORMATION

Solution is KOP and was refilled 1.7.23.
Nursing would have given this to you.

PRINT STAFF NAME: AH, RD      DATE OF HSU RESPONSE: 1.12.23

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00642

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035C (Rev. 2/2019)

WISCONSIN

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | N W | 22 | 1/6/23 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

**Name of Medication/Medical Supply:**
Re'Nu Multi Purpose Solution

▼ TO BE COMPLETED BY HSU ONLY ▼

- [ ] Issued.
- [x] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Artificial Tears Lubricant

▼ TO BE COMPLETED BY HSU ONLY ▼

- [x] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼

- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼

- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼

- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ TO BE COMPLETED BY HSU ONLY ▼

- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| JAN 0 8 2023 | Gwendolyn A. Vilz RN | 1/8/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

WCI

Bates 00643

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

### ⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waypun (W.C.1) | Nw I-22 | 12-9-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damont*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I Visited Hsu And The RN Put In Another Recommendation For Special Needs But I Have Yet To Get A Decision And It Has Been Over 30 Days

DATE RECEIVED:
TO BE STAMPED BY HSU

DEC 11 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

### PATIENT: DO NOT WRITE BELOW THIS LINE -- TO BE COMPLETED BY HSU ONLY

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENT / INFORMATION

11-1-22 Lower bunk ordered or clarify what special need you specifically are requesting

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick | 12/11/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS Division of Adult Institutions DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN Adm. Code Ch. DOC 316 |
|---|---|---|

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (WCI) | Nw I-22 | 11-29-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☑ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like To Review Medical Records.
Thank You

| DATE RECEIVED: TO BE STAMPED BY HSU |
|---|
| NOV 30 2022 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY
HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today    ☐ Date (if not today):
☐ Scheduled to be seen in HSU   ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:
☑ Refer HSR to:   ☐ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☑ MPAA   ☐ Optical   ☐ Other:
☐ Refer for copies only:                                    ☑ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):   12/14/22            ☐ Other:

COMMENT / INFORMATION

Completed Chart Review  98 total Copies
LOMPAA

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 11/30/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

Bates 00645

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035C (Rev. 2/2019)

**WISCONSIN**

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Jennings, Damonta | 669475 | W.C.I | NW | 22 | 11/29/22 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

---

**Name of Medication/Medical Supply:**
Re'nu Multi Purpose Solution

▼ **TO BE COMPLETED BY HSU ONLY** ▼

- [✓] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**
Contact Lens Plunger To Insert/Remove

▼ **TO BE COMPLETED BY HSU ONLY** ▼

- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [✓] Requested too soon. Re-submit after: _____
  Last issued 10/9/22 can
  receive 1 every (3) months

---

**Name of Medication/Medical Supply:**

▼ **TO BE COMPLETED BY HSU ONLY** ▼

- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ **TO BE COMPLETED BY HSU ONLY** ▼

- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

---

**Name of Medication/Medical Supply:**

▼ **TO BE COMPLETED BY HSU ONLY** ▼

- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

**Name of Medication/Medical Supply:**

▼ **TO BE COMPLETED BY HSU ONLY** ▼

- [ ] Issued.
- [ ] Ordered; will issue when received.
- [ ] Order has expired, forwarded to Prescriber for renewal.
- [ ] Can't be refilled.
- [ ] Requested too soon. Re-submit after: _____

---

| DATE RECEIVED | HSU STAFF SIGNATURE | | DATE RETURNED TO PATIENT |
|---|---|---|---|
| NOV 30 2022 | AB, RN | | 11/30/22 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

Bates 00646

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

<table>
<tr><td>DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019)</td><td>HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION</td><td>WISCONSIN<br>Adm. Code<br>Ch. DOC 316</td></tr>
</table>

## ⬅ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⬅

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| (W.C.I) Waupun | Nw I-22 | 11-29-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. <u>Place all 4 pages</u> of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Eyes Has Been Constantly Running, Everyday They're Red, And Irritated, They Cleared Me To Wear My Contacts But I Haven't Been Wearing Them. Also My Contact Lens Need To Be Refit And Prescription Updated.

| DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|
| NOV 30 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): *Irritated eyes*

☑ Scheduled to be seen in HSU  ☐ ACP  ☑ RN/LPN  ☐ Special Needs Evaluation  ☑ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):        ☐ Other:

**COMMENT / INFORMATION**

Opthalmology office is scheduled. review with opthalmology re: Contacts at that time

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| AnnYork RN. | 11/30/22 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00647

\* Auth (Verified) \*

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## ➔ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⬅

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| (W.C.I) Waupun | Nw I-22 | 11·29·22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta J

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Left Thumb Has Been Causing Me Moderate Pain, And Sometimes Swells Up. May Be Due To A Previous Injury Several Months Ago.

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

NOV 3 0 2022

### FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):

☑ Scheduled to be seen in HSU  ☐ ACP  ☑ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:   ☐ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other:

☐ Refer for copies only:     ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):     ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York rn | 11/30/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

Bates 00648

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I) | Much I-22 | 11-16-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Per U.W Dr. Amy Walker And One fit My Contacts
Should Be Stored And The Solution Renewed Every
30 Days to Prevent Damage. I Am Not Wearing My Contacts
But Have No Solution To Properly Storage Them, I Need Multi Purpose Solution For Contact Lens

**DATE RECEIVED:
TO BE STAMPED BY HSU**

NOV 18 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____

☐ Refer for copies only: ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____ ☐ Other: _____

**COMMENT / INFORMATION**

You need to request refills using proper form when running low. HSU will not automatically issue these

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| CB, RN | 11/18/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00649

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### ⟸ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⟸

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun (W.C.I) | Nwch I-22 | 11-16-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☑ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Recent File Review Was Suppased To Be Rescheduled Being That It Was Not Complete, And No Copies Was Able To Be Taken or Copied Due To Lack of Time. Need Another File Review

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

NOV 18 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☑ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:  ☑ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):  ☐ Other:

**COMMENT / INFORMATION**

Copies were Sent on 11/18/22 to mpaa

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 11/18/22 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00650

**\* Auth (Verified) \***

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

## ⇒ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun (W.C.1) | Nurch I-22 | 11-16-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ _Damonta_

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

**AUTHORIZED STAFF SIGNATURE**                    **DATE OF SERVICE**

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☒ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

All off Site Service Requests And Reports, All UW Health
Documents, All Valley Eye Associate Documents, And
All Progress Notes And Consultations. Thank You

**DATE RECEIVED:
TO BE STAMPED BY HSU**

NOV 18 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE** — **TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____

☒ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☒ MPAA  ☐ Optical  ☐ Other: _____

☒ Refer for copies only: 11/8/22 @ York m   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____   ☐ Other: 11/18/22

**COMMENT / INFORMATION**

Copies are being
Sent. If
anything else
needed let
us Know

**PRINT STAFF NAME**                    **DATE OF HSU RESPONSE**

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS | HEALTH SERVICE REQUEST | WISCONSIN |
|---|---|---|
| Division of Adult Institutions | **AND COPAYMENT DISBURSEMENT AUTHORIZATION** | Adm. Code |
| DOC-3035 (Rev. 2/2019) | | Ch. DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I) | NW I-22 | 11/2/22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☑ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like To Review My Medical Records For Personal Reasons And Also To Obtain Copies of Certain Materials

DATE RECEIVED:
TO BE STAMPED BY HSU

NOV 04 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☑ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:   ☑ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENT / INFORMATION

11/11
Completed file
Review no copies
AYR

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 11/4/22 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00652

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (w.c.i) | NW I-22 | 11/2/22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta D*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Was Provided With A Solution For My Eyes
Called Ketorolac Tromethamine Ophthalmic. The label
Says Instill 1 Drop In Both Eyes 4 times A day for 30
days. I have used accordingly for 19 days and the 5mL Bottle Is Now Empty

DATE RECEIVED:
TO BE STAMPED BY HSU

**NOV 04 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____  ☐ Other: _____

COMMENT / INFORMATION

This order is expired & unable to befilled

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| OB, RN | 11/4/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00653

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3332K (Rev. 2/2019)

**WISCONSIN**

## SPECIAL NEEDS EVALUATION LOW BUNK LOW TIER

| PATIENT NAME (Last, First) | DOC # | AGE | UNIT | FACILITY |
|---|---|---|---|---|
| Jennings, Damonta | 669475 | 26 | NWCH I22 | WCI |

**EQUIPMENT REQUESTED** | **FACILITY DISTANCE**

☑ Low Bunk ☐ Low Tier  DISTANCE FROM HOUSING UNIT TO: HSU     CAFETERIA

| FUNCTIONAL LIMITATIONS / MOBILITY | | | SPECIFY LIMITATION IF APPLICABLE |
|---|---|---|---|
| Height greater than 6' 4" | ☐ Yes | ☑ No | |
| Able to shower / bathe | ☑ Yes | ☐ No | |
| Able to access restroom | ☑ Yes | ☐ No | |
| Able to climb stairs | ☑ Yes | ☐ No | with hand rails. low tier, do not need to climb. |
| Able to ambulate off unit (> 500 yds.) | ☑ Yes | ☐ No | |
| Able to ambulate on unit (< 500 yds.) | ☑ Yes | ☐ No | |
| Able to access cafeteria / canteen | ☑ Yes | ☐ No | |
| Able to carry food tray | ☑ Yes | ☐ No | |
| Able to ambulate to HSU | ☑ Yes | ☐ No | |
| Able to ambulate to Rec / gym | ☑ Yes | ☐ No | |
| Able to ambulate to day room | ☑ Yes | ☐ No | |
| Steady gait | ☑ Yes | ☐ No | |
| Upper body mobility issues | ☐ Yes | ☑ No | |
| Lower body mobility issues | ☐ Yes | ☑ No | |
| Able to reach over head | ☑ Yes | ☐ No | |
| Balance difficulty / loss | ☐ Yes | ☑ No | |
| Musculoskeletal ROM limitation | ☐ Yes | ☑ No | |
| Other (list): | ☑ Yes | ☐ No | Vision bumping into things frequently. |

**MEDICAL CONDITIONS** (Check all that apply)

☐ Chronic non-modifiable medical condition that impairs ability to move (list):

☐ Severe skin condition (i.e. severe burn scarring causing limited movement)  ☐ Wheelchair bound patient (permanent wheelchair)

☐ Frozen shoulder  ☐ Unrepaired ACL  ☐ Amputation of major extremity  ☐ Post-Op joint replacement

☐ Paraplegia  ☐ Quadriplegia  ☐ Hemiplegia  ☐ Legally blind without ability to correct

☐ Seizure disorder, on medications with documented diagnosis by specialist  ☐ Recent seizure (within last 3 months)

☐ Significant sensory loss  ☐ Severe peripheral motor loss  ☐ Brittle diabetic poorly controlled  ☐ Frequent falls

☐ BMI > 40 with evidence of dysfunction  ☑ Other (list): Blurred vision/decreased vision that requires surgical intervention (future cornea transplant)

**ADL ABILITY-SELF** (check all that apply)

☑ Able to shower / bathe  ☑ Able to obtain and carry food tray  ☑ Able to do own hygiene  ☑ Able to eat

☑ Able to dress / groom  ☑ Able to use restroom  ☑ Able to do laundry  ☑ Able to clean room

☐ Other (list):

**THERAPY** (check all that apply)

Participated in ordered therapy ☐ Yes ☑ No N/A    Assistive device recommended by therapy ☐ Yes ☑ No N/A

**RECREATION ACTIVITIES** (Check all that apply)

☑ Walking  ☐ Basketball  ☐ Volleyball  ☐ Baseball / Softball  ☐ Exercise Bike  ☐ Yoga

☐ Jog / Running  ☐ Weight Lifting  ☐ Handball  ☐ Treadmill  ☐ Card / Board Games  ☐ Soccer

☐ Zumba  ☐ Stretching  ☐ Other (list):

☐ Hobby (list):

**STATEMENT OF NEED** (Provide a short statement explaining the extent of the patient's debility necessitating further medical equipment / intervention, include any other facts or findings that may affect decision, include the timeframe of need.)

Eye surgery 2.5-3wks ago. Surgery is to slow progression not fix eyes issues. PIOC stated he will need cornea transplant eventually. Vision is blurrier with glasses as they do not work per PIOC but cant wear contacts due to surgery.

| HSU STAFF NAME (print or write legibly) | HSU STAFF SIGNATURE | DATE SIGNED |
|---|---|---|
| Allison Hohenstern, RN | Allison Hohenstern RN | 11/3/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Correspondence Letters Section

WCI

Bates 00654

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

### ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| --- | --- | --- |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-22 | 10/28/22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
| --- | --- |
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I was given A Lower Bunk restriction Due to My Eye Condition. However It was only For A 30 Day Duration And Is Set To Expire Very Soon. My Condition is Permanent And Not Getting Better So I Would Like An Extention on Lower Bunk

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
| --- | --- |
| | OCT 3 0 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☒ Scheduled to be seen in HSU ☐ ACP ☑ RN/LPN ☒ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only: _____  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____  ☐ Other: _____

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| --- | --- |
| Ann York RN | 10/30/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996
000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

### ê NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| --- | --- | --- |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-22 | 10/28/22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
| --- | --- |
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

For The Past 3-4 Days I have Been having headaches, and also moderate pain In the eyes. Nothing Severe. Can You Please Provide Me With Some Type of KOP Pain Medication. I'm Indigent And Cant Afford To Order My Own

DATE RECEIVED:
TO BE STAMPED BY HSU

OCT 3 0 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☑ Scheduled to be seen in HSU  ☐ ACP  ☒ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):  ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| --- | --- |
| Ann York RN | 10/30/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00656

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

## ė NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I.) | NW I-22 | 10/27/22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Lower Bunk Restriction Is Near It's Exp. Date However My Vision Has Not Improved Nor Has My Eyes Healed From The Surgery Done I Would Like An Extention My Condition Is Permanent-3 Not Improving

DATE RECEIVED:
TO BE STAMPED BY HSU

OCT 2 9 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today    ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____  JH

☒ Refer HSR to:  ☒ ACP    ☐ HSU Manager    ☐ Psychiatrist    ☐ MPAA    ☐ Optical    ☐ Other: _____

☐ Refer for copies only: _____    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other: _____

COMMENT / INFORMATION.
Extended x 60 days.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Charles Dombek APNP | 11/01/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00657

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nw I-23 | 10/19/22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT · HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST     ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Under went Eye Surgery Last week And As Stated
In Doc Policy HSU Can Order Me A Single Cell Due
To Infectious Reasons. Being That I Take Antibiotics To
Prevent An Infection And No Longer Have Eye Bandages I Should Have A Single Cell

**DATE RECEIVED:**
TO BE STAMPED BY HSU

**OCT 2 1 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☑ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☑ Refer for copies only: 10/21/22 G. Yorkman     ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):     ☐ Other:

COMMENT / INFORMATION

Does not meet criteria

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Charlie Dombeck NPP | 10/25/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00658

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

*Optical*

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| W.C.I | N/B-5 | 9/15/22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

The Condition of My Keratoconus Has Become Worst To The Point I Can Not Make Out Any thing Such As The Features of The Person Standing Dirrectly In front of Me. Ex. If I Hold Up All 5 Finger of My Own Hand I See 7-8

**DATE RECEIVED:
TO BE STAMPED BY HSU**

SEP 1 7 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to: ☑ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: )car,(w 9/17/22

☐ Refer for copies only:

☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):

☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00659

\* Modified \*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I) | Nch B-5 | 9-2-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *[signature]*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Need A New Multi Purpose Solution
And Plungers To Insert Contacts

DATE RECEIVED:
TO BE STAMPED BY HSU

**SEP 0 4 2022**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: _____

☐ Refer for copies only:                          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____          ☐ Other: _____

COMMENT / INFORMATION
- Issued Contact Solution 9/5/00 *[signature]*
One plunger every 3months

PRINT STAFF NAME
ABN

DATE OF HSU RESPONSE
9/6/22

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

* Modified *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I) | N/B-5 | 9-5-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact).Initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST     ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Need A New Bottle of Multi Purpose Solution For My Eye Contacts

DATE RECEIVED:
TO BE STAMPED BY HSU

**SEP 0 7 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only: ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): ☐ Other:

COMMENT / INFORMATION
Just issued 9/4/22

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick | 9/7/22 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00661

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### ⇒ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I) | N B-5 | 9-4-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like A Copy of The Criteria/Policy
To Meet The Requirements For A Low Bunk/Single
Cell.

**DATE RECEIVED:
TO BE STAMPED BY HSU**

**SEP 0 6 2022**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):

☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☒ Refer HSR to:   ☐ ACP   ☒ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other: 7 cox, RN 9/6/22

☐ Refer for copies only:                     ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):                     ☐ Other:

COMMENT / INFORMATION

You may review policy in the library

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| 9-7-22 | |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00662

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

### ℮ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.1 (Waupun) | Nch B-5 | 8-24-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                                        DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Received Documentation That The X Cross link Surgery Had Been Rescheduled. Was This Decision Made By W.C.1/HSU or By Valley Eye Associations? And Why?

DATE RECEIVED:
TO BE STAMPED BY HSU

AUG 2 6 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only: _____    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other:

COMMENT / INFORMATION

Rescheduled due to security breach of appt date.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 8/26/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

TO:
A: Damonta Jennings
NUMBER:
NUMERO: 669475
UNIT:
UNIDAD de VIVIENDA: Uch B-5
DATE:
FECHA: 8-24-22

FOLD_DOBLE

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no puedan leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

FOLD DOBLE

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### *SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: HSU
DEPARTMENT:
DEPARTAMENTO: HSU
DATE:
FECHA: 8-24-22

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

WCI

Bates 00664

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669275 | Nch B-5 |

| DATE FECHA | WORK ASSIGNMENT ASIGNACION DE TRABAJO |
|---|---|
| 8-24-22 | |

☑ Interview *Entrevista*    ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I Would Like All 6 Pages Thank You

---

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
## DISPOSITION OF REQUEST  *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
  *Usted sera entrevistado*          Date: **AUG 2 6 2022**      Time:
☐ Information to Follow              Fecha: _____          Hora: _____
  *Informacion Sera Proveida*
☐ Request Referred To:
  *Solicitud Refereida A:* _____

Information/Comment:
*Informacion/Comentario:*  Forwarded to med records. 8/26/22 York nu
9/1/22

I Won't Charge you
until you make Sure this is
what you want. All 6 pages
Let me Know. LO mpaa

| Signed *Firmado* | Department *Departamento* |
|---|---|

WCI

Bates 00665

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

AUG 2 1 2022

Infections, Lighting In The Cell May Become Irritable To Me And/or A Cellmate Depending On The Need And Use of The Light After This Procedure. My Visibility Level Is Guaranteed To Decrease Dramatically At Least Until The Eyes Heal. I Will Be Unable To Wear My Sceleral Contact Lenses For An Unknown Amount of Time, And For These Reasons I Strongly Recommend To Be Immediately Placed On Single Cell ~~Restrictions~~ Restrictions And/or Placed In An Infirmary Unit At Another Facility.

Damonta                          8-19-2022

WCI

Bates 00666

**\* Auth (Verified) \***

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | RHU B-107 | 8-19-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I Have Signed The Consent Forms To Undergo Crosslinking Surgery of Both Eyes In Less Than 1 Week From Today's Date. Due To The Risks And The Fact That I Will Be Wearing Eye Patches, Im At A Higher Level of

DATE RECEIVED:
TO BE STAMPED BY HSU

AUG 2 1 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☒ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☒ Other: Special Needs Reviewing

☐ Refer for copies only:  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____  ☐ Other:

COMMENT / INFORMATION

PRINT STAFF NAME
Gwendolyn A. Vick RN

DATE OF HSU RESPONSE
8/21/22

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00667

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

## ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | RHU B-107 | 8-19-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST     ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

According To Records Provided By UW Health My Prescription For Eye Glasses Has Been Updated Since Last Issued State/Personal Glasses, I Would Like A New Pair Immediately Being That Im Scheduled To Undergo

DATE RECEIVED:
TO BE STAMPED BY HSU

AUG 2 1 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today     ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☒ MPAA & ☒ Optical ☐ Other: CAN RW 8/21/22

☐ Refer for copies only:     ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):     ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00668

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

* Auth (Verified) *

AUG 2 1 2022



Cross-linking Surgery In Less Than 1 Week From Today's
Date, And I CAN NOT SEE UNDER NO
CIRCUMSTANCES Without Them. I Will
NOT Be Able To Wear My Sceleral Contact Lenses.
Also I Would Like To Notify Dr. Amy Walker
of UW Health About Me Undergoing Surgery Being
That She Made Adjustments To The Fitting of
An Additional Pair of Contact Lenses Which Has Not
Yet Arrived At W.C.I To My Knowledge. It Is
Important That She Know of These Changes So That
She May Make Any Needed Adjustments And/or
Recommended Appointments. Thank You

Damonta                    8-19-22

WCI

Bates 00669

* Auth (Verified) *

# Damonta Jennings
Encounter Summary, generated on Jul. 21, 2022

## Printout Information

| Document Contents | Document Received Date | Document Source Organization |
|---|---|---|
| Office Visit | Jul. 21, 2022 | ThedaCare, Bellin Health, and Affiliates |

## Patient Demographics - 25 y.o. Male; born Jul. 31, 1996

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| 200 S Madison St Waupaun, WI 53963 | 920-324-7259 (Mobile) | Unknown | Unknown / Unknown | Unknown |

## Encounter Details

| Date | Type | Department | Care Team | Description |
|---|---|---|---|---|
| 07/06/2022 | Office Visit | Valley Eye Associates-Appleton 21 Park Place APPLETON, WI 54914-7501 920-739-4361 | Vrabec, Michael P, MD 21 PARK PL APPLETON, WI 54914 920-739-4361 (Work) 920-739-4530 (Fax) | Unstable keratoconus of both eyes (Primary Dx) |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Former Smoker | | | | |
| Smokeless Tobacco: Never Used | | | | |

| Sex Assigned at Birth | Date Recorded | | | |
|---|---|---|---|---|
| Not on file | | | | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus/COVID-19? | No / Unsure | 7/6/2022 7:21 AM CDT |

WCI

Bates 00670

* Auth (Verified) *

**Progress Notes** - documented in this encounter
Vrabec, Michael P, MD - 07/06/2022 7:30 AM CDT
Formatting of this note might be different from the original.
CC: Office Visit

HPI:
NP KCN Exam for Crosslinking.
Referred by Dr. Kurt
Pt last wore CL 2 weeks ago
No prior eye sx
Has known about the KCN for about 1 1/2 years
Vision getting worse
Vision was good in the OS about 3 years ago

Eye Medication:
None

Associated Symptoms:
Va is blurred OS>OD x 3 years
Light sensitivity
Headaches with bright lights
Flashes/floaters OS at times
Distortion in va
No pain, irritation

Discussed effects of dilation (light sensitivity, difficulty driving, decreased vision) prior to instilling drops.

Assessment & Plan:
Assessment:

The patient has evidence of keratoconus, a non-inflammatory corneal thinning typically affecting both corneas. I explained the disease in detail including the progressive nature of the disease. Treatment options were also discussed including: plastic corneal inlays called intacs, full-thickness corneal transplantation for contact lens-intolerant patients with extreme thickening and/or corneal scarring, and/or Corneal Collagen Crosslinking. Note: At this point glasses will not help his vision, and gas permeable contact lens may improve his vision but will do nothing to stop the progression of KCN in the left eye. If the condition continues to progress without treatment a cornea transplant may be necessary. The risks and potential complications of all treatment options were discussed with the patient and/or family who understood. All questions were answered.

Patient has progressive keratoconus with no significant apical scarring and corneal thickness of greater than 450 microns. The patient is an excellent candidate for Corneal Collagen Crosslinking (CXL). The patient understands that the purpose of CXL is to prevent the progression of keratoconus and is not intended to reverse the disease or improve visual acuity. The patient may well need specialty contact lenses to improve the vision secondary to the keratoconus after the procedure. The procedure will not eliminate the need for correction, and the contact lenses will need to be refit once the eye is healed, approximately one month after the procedure.

Risks include possibility of infection, scarring, and progression of the disease. CXL may also be used off-label as an investigational medical procedure for patients that have keratoconus without documented progression of the disease, particularly for those that are at high risk of progression. It can also be used in other forms of keratoconus such as pellucid marginal degeneration and post corneal laser surgery ectasia. The procedure is performed on one eye at a time. The patient will be on eye drops/ointment for about one month and the eye will be uncomfortable for several days. Take Tylenol as needed for pain. The patient will be given a short-term prescription for pain medication to use if needed. The patient will wear a bandage

WCI

Bates 00671

* Auth (Verified) *

contact lens for one day for comfort.

Plan:

KCN OS worse than OD with progression OU per patient history and findings.

Recommend CXL OS and OD same day - R/B/A discussed - VEA / CM VEA in Oshkosh

Back to UW for contact lens mgx 30 days post op

Damonta Jennings was informed of potential risks, complications, benefits and alternatives to treatment of the recommended surgery. These include infection, lid droop (ptosis) bleeding, swelling of the cornea (resulting in the need for a corneal transplant), glaucoma, retinal swelling, retinal detachment, loss of best corrected vision, and loss of an eye. These complications can occur immediately, days, weeks, months, or years after surgery. In addition, the procedure of
Collagen Cross-Linking
may also result in the following complications continued progression; of which Damonta was informed.

Damonta had the opportunity to have all of their questions answered and understands no guarantee has been made regarding the outcome of the operation.

Damonta was also informed that the doctor can not possibly predict and discuss every possible complication that might occur with the planned operation.

7/6/2022

Dr. Michael P. Vrabec, M.D.

Electronically signed by Vrabec, Michael P, MD at 07/06/2022 8:22 AM CDT

## Procedure Notes - documented in this encounter

Vrabec, Michael P, MD - 07/06/2022 7:30 AM CDT
**Associated Order(s): OPHTH TOPOGRAPHY**
Formatting of this note might be different from the original.
Reason: Unstable keratoconus of both eyes

Results: KMAX OS 91.1 KMAX OD 62.7
Reliability: Good
Recommendations: See progress notes and exam.
Electronically signed by Vrabec, Michael P, MD at 07/06/2022 8:22 AM CDT

WCI

Bates 00672

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

* Auth (Verified) *

Jennings, Damonta D DOB: 7/31/1996 (MR#54753945) Printed by HASELEU-CARELI...    Page 4 of 7

## Plan of Treatment - documented as of this encounter

### Upcoming Encounters

| Date | Type | Specialty | Care Team | Description |
|------|------|-----------|-----------|-------------|
| 08/25/2022 | Office Visit | Ophthalmology | | |
| 08/26/2022 | Office Visit | Ophthalmology | **Brown, Garry G, O.D.**<br>719 DOCTORS CT<br>OSHKOSH, WI 54901<br>920-235-0066 (Work)<br>920-235-5596 (Fax) | |
| 09/02/2022 | Office Visit | Ophthalmology | **Brown, Garry G, O.D.**<br>719 DOCTORS CT<br>OSHKOSH, WI 54901<br>920-235-0066 (Work)<br>920-235-5596 (Fax) | |
| 09/26/2022 | Office Visit | Ophthalmology | **Brown, Garry G, O.D.**<br>719 DOCTORS CT<br>OSHKOSH, WI 54901<br>920-235-0066 (Work)<br>920-235-5596 (Fax) | |

## Procedures - documented in this encounter

| Procedure Name | Priority | Date/Time | Associated Diagnosis | Comments |
|----------------|----------|-----------|----------------------|----------|
| OPHTH TOPOGRAPHY | Routine | 07/06/2022 7:30 AM CDT | Unstable keratoconus of both eyes | **Results for this procedure are in the results section.** |

## Miscellaneous Results - documented in this encounter

OPHTH TOPOGRAPHY (07/06/2022 7:30 AM CDT)

Narrative

```
Meyer, Linda - 07/06/2022 7:30 AM CDT
Vrabec, Michael P, MD     7/6/2022  8:22 AM
Reason: Unstable keratoconus of both eyes

Results: KMAX OS 91.1 KMAX OD 62.7
Reliability: Good
Recommendations: See progress notes and exam.
```

Procedure Note

**Vrabec, Michael P, MD - 07/06/2022 7:30 AM CDT**
Formatting of this note might be different from the original.
Reason: Unstable keratoconus of both eyes

Results: KMAX OS 91.1 KMAX OD 62.7
Reliability: Good
Recommendations: See progress notes and exam.

| Authorizing Provider | Result Type |
|----------------------|-------------|
| Michael P Vrabec MD | OPHTHALMOLOGY SERVICES |

WCI

Bates 00673

## Visit Diagnoses - documented in this encounter

| Diagnosis |
| --- |
| Unstable keratoconus of both eyes - Primary |
| Keratoconus, acute hydrops |

WCI

Bates 00674

* Auth (Verified) *

# Eye Exam

## Visual Acuity (Snellen - Linear)

|  | Right eye | Left eye |
|---|---|---|
| Dist sc | 20/150 | CF 3' |
| Dist cc | 20/50 -1 | CF 3" |
| Near cc | CF | J5 |

Correction: Glasses

## Tonometry (Rebound, 7:36 AM)

|  | Right eye | Left eye |
|---|---|---|
| Pressure | 9 | 4 |

## Pupils

|  | Pupils | Shape | React | APD |
|---|---|---|---|---|
| Right eye | PERRL | Round | Brisk | None |
| Left eye | PERRL | Round | Brisk | None |

## Visual Fields (Counting fingers)

|  | Right eye | Left eye |
|---|---|---|
|  | Full | Full |

## Extraocular Movement

|  | Right eye | Left eye |
|---|---|---|
|  | Full, Ortho | Full, Ortho |

## Dilation

Both eyes: 1.0% Tropicamide @ 7:42 AM

## Keratometry (Manual)

|  | K1 | Axis | K2 | Axis | Mires |
|---|---|---|---|---|---|
| Right eye | 52.00 | 150 | 46.00 | 60 | 2+ distortion |
| Left eye | APP 60.00 | 155 | APP 70.00 | 65 | 4+ distortion |

## Slit Lamp Exam

|  | Right eye | Left eye |
|---|---|---|
| Lids/Lashes | Normal | Normal |
| Conjunctiva/Sclera | White and quiet | White and quiet |
| Cornea | clear cone | large cone with apical scarring |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive | Round and reactive |
| Lens | Clear | Clear |
| Anterior Vitreous | Normal | Normal |

## Fundus Exam

|  | Right eye | Left eye |
|---|---|---|
| Disc | Normal | Normal |
| C/D Ratio | 0.3 | 0.3 |
| Macula | Normal | Normal |

WCI

Bates 00675

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

Jennings, Damonta D DOB: 7/31/1996 (MR#54753945) Printed by HASELEU-CARELI... Page 7 of 7

| | Right eye | | Left eye | |
|---|---|---|---|---|
| Vessels | Normal | | Normal | |
| Periphery | Normal | | Normal | |

Wearing Rx

| | Sphere | Cylinder | Axis |
|---|---|---|---|
| Right eye | -3.00 | +5.25 | 167 |
| Left eye | -2.50 | +5.25 | 075 |

Age: 3 months

Type: SVL

Manifest Refraction #1

| | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right eye | | | | |
| Left eye | | | | |

Manifest Refraction #2 (Auto)

| | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right eye | -9.75 | +6.75 | 141 | 20/50 |
| Left eye | | | | |

Manifest Refraction Comments
Unable to get AR OS

# Document Information

| Service Providers | Document Coverage Dates. |
|---|---|
| | Jul. 06, 2022 |

Custodian Organization

**ThedaCare, Bellin Health, and Affiliates**
3 Neenah Center
NEENAH, WI 54956

| Encounter Providers | Encounter Date |
|---|---|
| **Michael P Vrabec, MD** (Attending) | Jul. 06, 2022 |

920-739-4361 (Work)
920-739-4530 (Fax)
21 PARK PL
APPLETON, WI 54914
Ophthalmology

Legal Authenticator

-Director Thedacare Health Information Management

WCI

Bates 00676

AUG 2 1 2022

Cross linking Surgery In less Than 1 Week From Today's
Date, And I CAN NOT SEE UNDER NO
CIRCUMSTANCES Without Them. I Will
NOT Be Able To Wear My Sceleral Contact Lenses.
   Also I Would Like To Notify Dr. Amy Walker
of Uw Health About Me Undergoing Surgery Being
That She Made Adjustments To The Fitting of
An Additional Pair of Contact Lenses Which Has Not
Yet Arrived At W.C.I To My Knowledge. It Is
Important That She Know of These Changes So That
She May Make Any Needed Adjustments And/or
Recommended Appointments. Thank You

Damonta          8-19-22

* Offsite scheduling to notify UW when
   procedure is scheduled. TBRN.
                              8/22/22

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | RHU B·107 | 8-19-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

According To Records Provided By UW Health My Prescription For Eye Glasses Has Been Updated Since Last Issued State/Personal Glasses. I Would Like A New Pair Immediately Being That I'm Scheduled To Undergo

DATE RECEIVED:
TO BE STAMPED BY HSU

AUG 2 1 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☒ MPAA & ☒ Optical ☐ Other: CAN RW 8/21/22

☐ Refer for copies only:    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | DAMONTA | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | RHU B-107 | 8-19-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☑ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like 2 Copies of Each of The 4 Forms From Valley Eye Associations About The Risks, Benifits, And Etc Which I Signed On 8-19-22 For My Surgery. I Give Consent To Pay & Deduct The Cost of Copies. Disbursements Not Avail. At T.

DATE RECEIVED:
TO BE STAMPED BY HSU

AUG 2 1 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____

AUG 2 6 2022

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____

☒ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☒ MPAA  ☐ Optical  ☐ Other: CMW 8/21/22

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other: 8/22/22

COMMENT / INFORMATION

Total there is 6 pages you only want the first 47

PRINT STAFF NAME                    DATE OF HSU RESPONSE

Here's a disbursment to sign & send back

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00679

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### ē NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | DAMONTA | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | RHU B-107 | 8-19-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                         DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☑ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like 2 Copies of Each of The 4 forms
From Valley Eye Associations About The Risks,
Benifits, And Etc Which I Signed On 8-19-22 For
My Surgery. I Give Consent To Pay & Deduct The Cost of Copies. Disbursments Not Avail. At Time

DATE RECEIVED:
TO BE STAMPED BY HSU

AUG 2 1 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☒ MPAA ☐ Optical ☐ Other: CW(W) 8/21/22

☐ Refer for copies only:                         ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____          ☐ Other: 8/22/22

COMMENT / INFORMATION

Total there is
6 pages
you only want the
first 4?

PRINT STAFF NAME                         DATE OF HSU RESPONSE

Here's a disbursment
to sign &
Send back

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | RHU B-107 |

| DATE FECHA | WORK ASSIGNMENT ASIGNACION DE TRABAJO |
|---|---|
| 8-19-22 | |

☐ Interview *Entrevista*  ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I Would Like To Know The Extent of The Warranty For My Personal Prescription Glasses Provided By Choice Eye Wear, And At What Cost If Any Needed To Be Paid To Update/Change My Prescription of The Frames I Already Have.

---

**(Do Not Write Below This Line)** *(No Escriba Debajo Esta Linea)*
### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
*Usted sera entrevistado*

Date:
Fecha: ──AUG 2 1 2022──

Time:
Hora: ____

☐ Information to Follow
*Informacion Sera Proveida*

☒ Request Referred To:
*Solicitud Referida A:*  Optical

Information/Comment:
*Informacion/Comentario:*  WE DO NOT DEAL WITH PERSONAL GLASSES, YOU NEED TO CONTACT CHOICE ABOUT THEIR POLICIES

Gwendolyn A. Vick, RN
Signed *Firmado*

HSU
Department *Departamento*

WCI

Bates 00681

* Auth (Verified) *

TO:
A: Damonta Jennings
NUMBER:
NUMERO: 669475
UNIT:
UNIDAD de VIVIENDA: RHU B-107
DATE:
FECHA: 8-19-22

─────────────── FOLD DOBLE ───────────────

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

─────────────── FOLD-DOBLE ───────────────

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: Optical / HSU
DEPARTMENT:
DEPARTAMENTO: HSU / Optical
DATE:
FECHA: 8-19-22

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

Bates 00682

I Also Recommend Bottom Bunk Restriction Being That Im Unable To See Where Im Placing My Foot To Jump In And Out of The Top Bunk. It Is Noted That W.C.I Does Not Have Foot Ladders Attached To The Beds. For Someone Like Myself Who Has Keratoconus, And Is Practically Blind In Both Eyes' Im's Very Much Dangerous To Be Placed On The Top Bunk. Again Having To Sleep With The Light On Disturbs My Cellmates which Bring About Issues. With The Light off Im Unable To See Where The Light Switch Is Located, It Makes It Difficult To Use The Restroom, And Im Also Unable To See Where I Have Placed Things. Leaving Me to Feel With My hands which cause me to Knock things Over, Bump Into the walls hurting Myself, And Disturbs My Cellmates. I Recommend A Single Cell For Medical Reasons.

8-16-22

AUG 1 7 2022

P.s This Has Been Copied For My Personal Documents.

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

**☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| W.C.I (Waupun) | RHU B-107 | 8-16-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta J*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Due to the Rare Eye Disease I Have I Am
Unable To See In The Dark Causing Me To Sleep With
The Light On 24/7 Which Disturbs My Cellmates, I Also
Have To Undergo Eye Surgery. For These Reasons Im Recommending A Single Cell

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| | AUG 1 7 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☑ Scheduled to be seen in HSU ☐ ACP ☑ RN/LPN ☑ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 8/17/22 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00684

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

# HEALTH SERVICE REQUEST
## AND COPAYMENT DISBURSEMENT AUTHORIZATION

**WISCONSIN**
Adm. Code
Ch. DOC 316

### ê NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.1 | Nwch I.20 | 7-16-22 |

## COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Per UW Health As Stated In The Records I Am To Only Use Bio True Solution To Clean, And Disinfect My Contact Lenses. The Complete Brand Multi Purpose Solution Does Not Work Well for Scleral Contact Lens I Need Bio True

**DATE RECEIVED:
TO BE STAMPED BY HSU**

JUL 1 8 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):

☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☒ Refer HSR to:   ☒ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other: CW,W 7/18/22

☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

**COMMENT / INFORMATION**

This solution is not on DCC formulary.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Charles Donbeck APNP | 7/18/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nwch I-20 |

DATE
FECHA

7-16-22

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☐ Interview *Entrevista*   ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

The Complete Brand Multi Purpose Solution Provided By HSU Is Not Effective For My Contacts. As Stated On the Label that Brand Solution Is for Soft Contact Lens in Which I Do Not Have.

I have Scleral Contact Lens which is A Hard Plastic. Scleral Lens Needs Extra Hydration To Keep Them Soft & Comfortable. Per UW Health And the provider I Am To Use Only BioTrue Multi Purpose Solution for Cleansing, And Only Clear Care w/ HydraGlyde To Disinfect. If Not Properly Cleaned with Proper Solution it Risks infection and Also causes the Lens to Dry And Crack

(Do Not Write Below This Line) (No Escriba Debajo Esta Linea)

## DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
   *Usted sera entrevistado*
☐ Information to Follow
   *Informacion Sera Proveida*
☐ Request Referred To:
   *Solicitud Refereida A:*

Date: **JUL 1 8 2022**    Time:
Fecha: _____    Hora: _____

Information/Comment:
*Informacion/Comentario:*    Issue referred on duplicate HSR to ACI, await reply

Gwendolyn A. Vogel
Signed *Firmado*

HSU
Department *Departamento*

WCI

Bates 00686

* Auth (Verified) *

TO:
A: Damonta Jennings.
NUMBER:
NUMERO: 669475
UNIT:
UNIDAD de VIVIENDA: Nwch I-20
DATE:
FECHA: 7-16-22

FOLD DOBLE

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

FOLD DOBLE

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: HSUM / HSU Manager / Weinman
DEPARTMENT:
DEPARTAMENTO: HSU
DATE:
FECHA: 7-16-22

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

WCI

Bates 00687

\* Auth (Verified) \*

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nwch I-20 | 7-16-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _Damonta_

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☑ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| UW Health Is To Order Me An Additional Pair of Contact Lens, And I Would Like To Know rather or not that order has been placed. Please Contact Dr. Amy Walker of UW Health for Answer | JUL 1 8 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other:

COMMENT / INFORMATION

Yes it has

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick RN | 7/18/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00688

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nwch I·20 | 7-12-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damont*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☑ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

After A Visit To UW Health, And Also Valley Eye It Is Noted That Im In Need of An Eye Transplant for My Left Eye, And Eventually The Left. Im Considered legally Blind

**DATE RECEIVED:**
TO BE STAMPED BY HSU

**JUL 1 4 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only: ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): ☐ Other:

COMMENT / INFORMATION

Collagen crosslinking is ordered for your eyes.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 7/14/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

⟸ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⟹

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun (WCI) | Nwch I-20 | 7-8-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

**AUTHORIZED STAFF SIGNATURE**                          **DATE OF SERVICE**

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES      ☑ HEALTH CARE RECORD REVIEW      ☑ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST      ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I would like to review my health care
records, and pay for copies. I would like
to see all files pertaining to the eye disease
I have, and all files from UW Health ³ Valley ³/c

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

**JUL 0 9 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☑ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only: MOS CT, RN      ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:  7/15/22

**COMMENT / INFORMATION**

Completed
Chart
Review
Numerous Copies
requested
CO MPAA

**PRINT STAFF NAME**                          **DATE OF HSU RESPONSE**

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

000669475
201806210836669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS | HEALTH SERVICE REQUEST | WISCONSIN |
|---|---|---|
| Division of Adult Institutions | AND COPAYMENT DISBURSEMENT AUTHORIZATION | Adm. Code |
| DOC-3035 (Rev. 2/2019) | | Ch. DOC 316 |

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

PRINT LAST NAME: Jennings
PRINT FIRST NAME: Damonta
DOC NUMBER: 669475

FACILITY NAME: Waupun (W.C.I)
HOUSING UNIT: Nwch I-20
TODAY'S DATE: 7-8-22

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
► *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                              DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES      ☐ HEALTH CARE RECORD REVIEW      ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST      ☑ INFORMATION

☑ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I would like to grant my father Roy 3. Jennings access to all my health care records

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUL 0 9 2022**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:                                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION
Complete the Authorization form and send it back to HSU to be scanned into your chart.

PRINT STAFF NAME: Ann York rn
DATE OF HSU RESPONSE: 7/9/22

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | Nw I-20 | 6 |

### COPAYMENT DISBURSEMENT REQUEST SECTION
#### AGREEMENT BY PATIENT:
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

#### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                                    DATE OF SERVICE

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST          ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Need Saline To Put My Contact In And
Take Out

DATE RECEIVED:
TO BE STAMPED BY HSU

JUN 2 0 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY
HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                              ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION
you have it from UW

PRINT STAFF NAME                                    DATE OF HSU RESPONSE
                                                    6/20/22

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00692

**\* Auth (Verified) \***

| | | |
|---|---|---|
| **DEPARTMENT OF CORRECTIONS**<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

**è NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun (W.C.I) | Nw I -20 | 6-17-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                                   DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☑ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

On 6-16-22 I Was Transported To UW Health In Madison WI And Prescribed A Pair of Contact Prescription Lenses, And The Need Supplies, I Would Like To Know If All Things Where Added To My Master Property List.

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**
**JUN 1 9 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only: ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): ☐ Other:

**COMMENT / INFORMATION**

Added To WICS.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York rn | 6/24/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00693

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I (Waupun) | Nw I-20 | 6-9-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**
► Damonta J

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Have Some Prescription Glasses That Are Very Loose To The Point I Can't Wear Them. They Need To Be Tighten.

**DATE RECEIVED: TO BE STAMPED BY HSU**
JUN 10 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.
☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):
☑ Scheduled to be seen in HSU ☐ ACP ☑ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only: ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): ☐ Other:

COMMENT / INFORMATION

PRINT STAFF NAME   Ann York RN         DATE OF HSU RESPONSE 6/10/22

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00694

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| W.C.I | Nw I-20 | 5-31-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *[signature]*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA) ☐ DENTAL ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES ☐ HEALTH CARE RECORD REVIEW ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST ☑ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I would like to know if the AMD has approved of the order for me to recieve Corneal Crosslink eye Surgery?

**DATE RECEIVED:
TO BE STAMPED BY HSU**

**JUN 0 2 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☑ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only: 6/2/22 a. York RN ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): ☐ Other:

**COMMENT / INFORMATION**

Yes, everything is scheduled. †BJRN 6/2/22

PRINT STAFF NAME                    DATE OF HSU RESPONSE

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00695

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | Nw I-20 | 5-11-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

**AUTHORIZED STAFF SIGNATURE**                    **DATE OF SERVICE**

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST     ☑ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

After Visiting HSU On 5-10-22 And Discussing My Upcoming Appt. And Recommended Surgery It Was Made Clear To Me That Corneal Cross Link Is Not Covered By The D.O.C So therefore I am not able to Get Such Surgery While Incarcerated Correct?

**DATE RECEIVED:
TO BE STAMPED BY HSU**

**MAY 13 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE   –   TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

**COMMENTS / INFORMATION**
That appears to be Correct.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 5/13/22 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.1 Waupun | NW I-20 | 5-11-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
► *Damonta*

### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| I Have Very Bad Vision, and is unable to see clearly with or without glasses causing me to constantly bump into things, drop things, and lose sight of things within eye sight. Also causes conflicts with cellmates | MAY 1 3 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only                  ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): _____   ☐ Other: _____

COMMENTS / INFORMATION
What did the eye Doctor do 5/12/22 at Madison? What are you requesting on this HSR?

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 5/13/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

000669475
201806210836669475

* Auth (Verified) *

TO:
A: Damonta Jennings

NUMBER:
NUMERO: 669475

UNIT:
UNIDAD de VIVIENDA: Nw I-20

DATE:
FECHA: 5-2-22

FOLD

DESCARGO DE RESPONSABILIDAD (Disclaimer)

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

FOLD DOBLE

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: HSM Weinman

DEPARTMENT:
DEPARTAMENTO: HSU

DATE:
FECHA: 5-2-22

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

Bates 00699

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

WISCONSIN

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nw I-20 |

DATE
FECHA

5-2-22

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☐ Interview *Entrevista*      ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I have corneal ectasia in both eyes, and Dr. Shilpa G. Reddy of UW Health recommended I undergo cross link surgery. This recommendation was made on 6-2-21 according to records. However, the recommendations where not followed up on. On My latest visit to UW Health I was informed by Doctors of UW Health that My condition has gotten worst and that I now needed A more severe surgery. I feel as if im being neglected adequate health care for such a serious matter. Nothing has been done in A timely manner. Am I scheduled to have surgery? I would like an update Pertaining this matter.

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*

### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
   *Usted sera entrevistado*

☐ Information to Follow
   *Informacion Sera Proveida*

☐ Request Referred To:
   *Solicitud Refereida A:*

Date:
Fecha: **MAY 0 5 2022**

Time:
Hora:

Information/Comment:
*Informacion/Comentario:*

You have a consult set up for Valley eye Associates for crosslinking procedure. They will schedule you for the surgery sometime after they have consulted you. Chart indicates UW does not do this procedure and that's why you have to consult with Valley Eye.

Signed *Firmado* Ann York RN

Departmente *Departamento*

WCI

Bates 00698

000669475
201806210836669475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nw I-20 |

| DATE FECHA | WORK ASSIGNMENT ASIGNACION DE TRABAJO |
|---|---|
| 5-2-22 | |

☐ Interview *Entrevista*　　☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

Can you please tell me why I havent received A New pair of eye glasses when It has been over 2 months Since I was added to the optical waiting list. Due to the Seriousness of my eye condition I feel this should have been considered urgent instead of standard procedure. I can not See without my glasses at all. UW Health also prescribed me glasses which I havent received. My eye prescription and rare eye disease Is proof of how bad I need glasses. Im being neglected adequate Health care in a timely manner. Im Not being informed nor updated pertaining to My Eye condition. Why is this?

(Do Not Write Below This Line) (No Escriba Debajo Esta Linea)

### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
　*Usted sera entrevistado*
☐ Information to Follow
　*Informacion Sera Proveida*
☐ Request Referred To:
　*Solicitud Refereida A:*

Date:
Fecha:　**MAY 0 5 2022**

Time:
Hora:

Information/Comment:
*Informacion/Comentario:*　The WCI optometry apt is scheduled soon for glasses. Optometry is not here but maybe 1x/mo or twice. We do try to triage people's issues and get them in timely.

Ann York RN　HSU

Signed *Firmado*　　Department *Departamento*

Bates 00700

000669475
201806210836669475

* Auth (Verified) *

TO:
A: Damonta Jennings

NUMBER:
NUMERO: 669475

UNIT:
UNIDAD de VIVIENDA: Nw I-20

DATE:
FECHA: 5-2-22

FOLD DOBLE

**DESCARGO** DE RESPONSABILIDAD (Disclaimer)

Esta es una traducción de un documento escrito en ingles, distribuido como una cortesía a las personas que no pueden leer ingles. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en ingles.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

FOLD DOBLE

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: HSM Weinman

DEPARTMENT:
DEPARTAMENTO: HSU

DATE:
FECHA: 5-2-22

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre

Bates 00701

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun (W.C.I) | Nw I-20 | 4-24-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Eyes Has Been Causing Me Pain In the Eyes And Also Bringing About Headaches In Which Over the Counter Medication Does Not Work.

| | DATE RECEIVED: TO BE STAMPED BY HSU |
|---|---|
| | APR 2 5 2022 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☒ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☒ Optical ☒ Other: Ophthalmology

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____

☐ Refer for copies only ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____ ☐ Other: _____

COMMENTS / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick, RN | 4-25-22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Modified *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I) | Nw I·20 | 4-24-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | | DATE OF SERVICE |
|---|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES      ☐ HEALTH CARE RECORD REVIEW      ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST      ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| Records indicate that on March 3, 2022 I was added to the waiting list for a new pair of Prescription Glasses that I still has not received. I can not see or read anything more than 2-4 inches away. I need Glasses | DATE RECEIVED:<br>TO BE STAMPED BY HSU<br><br>APR 25 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☑ Refer HSR to: ☐ ACP ☑ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: CO/RW 4/25/22

☐ Refer for copies only      ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____      ☐ Other: _____

COMMENTS / INFORMATION  HSU attempting to schedule. Awaiting return call from W

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| R     4·25·22 | |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00703

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Modified \***

| **DEPARTMENT OF CORRECTIONS**<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun (W.C.I) | Nw I-20 | 4-24-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _Damonta_

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☑ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Records Indicate that As of March of 2021
W.C.I Optical Diagnosed Me With A Rare
Condition Called Cornea Ecstasia. It Has Been Over
1 Year And I Still Has Not Had the recommended Surgery

| DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|
| APR 2 5 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☐ ACP ☑ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: CaNRW 4/25/22

☐ Refer for copies only                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____   ☐ Other:

COMMENTS / INFORMATION

See pg1

PRINT STAFF NAME                    DATE OF HSU RESPONSE

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00704

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I) | Nw I-20 | 4-24-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☒ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would like A Copy of All My 3ye Glasses Prescription, And Also All files from UW Health

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

APR 2 5 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☒ Refer for copies only   CAK W4/25/22    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENTS / INFORMATION

We will call you up for a file Review due to some of the UW Reports have some pages that are blank or correspondece. But your eye glass Prescription is included

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| *JuR MRAR.* | 4/25/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366694 75

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nw I-20 |

DATE
FECHA
4-3-22

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☐ Interview *Entrevista*   ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

On March 28, 2022 I Had An off-site visit at UW Health As A follow Up pertaining to A Rare Disease of the eyes called Corneal Ectasia. Dr. Shilpa G Reddy of UW Health has recommended twice that I undergo Cross Link Surgery to avoid ~~replacement~~ further damage and replacement of the Cornea. The first recommendation was on 6/2/21. Will I be given the Surgery and provided proper health care?

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
   *Usted sera entrevistado*
☐ Information to Follow
   *Informacion Sera Proveida*
☐ Request Referred To:
   *Solicitud Refereida A:*

Date: **APR 0 5 2022**   Time:
Fecha: _____   Hora: _____

Information/Comment:
*Informacion/Comentario:* Repeat Information.

_____ York RN       HSV
Signed/Firmado                           Department *Departamento*

WCI

Bates 00706

* Auth (Verified) *

TO:
A: Damonta Jennings
NUMBER:
NUMERO: 669475
UNIT:
UNIDAD de VIVIENDA: Nw I-20
DATE:
FECHA: 4-3-22

FOLD DOBLE

**DESCARGO DE RESPONSABILIDAD** (Disclaimer)

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido sera la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

FOLD DOBLE

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

# INTERVIEW/INFORMATION REQUEST
## SOLICITUD POR INFORMACION/ENTREVISTA

TO:
A: Health Service (HSU)
DEPARTMENT:
DEPARTAMENTO: HSU (Optical)
DATE:
FECHA: 4-3-22

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

WCI

Bates 00707

* Auth (Verified) *

| | | |
|---|---|---|
| **DEPARTMENT OF CORRECTIONS**<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

### ☜ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☞

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.1) | Nw I-20 | 4-3-22 |

#### COPAYMENT DISBURSEMENT REQUEST SECTION
**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta J*

#### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)　　☐ DENTAL　　☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE　　　　　　　　　　　DATE OF SERVICE

#### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES　　☐ HEALTH CARE RECORD REVIEW　　☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST　　☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Records Indicate that On 6-2-21 Dr. Shilpa G Reddy of
UW Health Diagnosed Cornea 3cstasia In Both 3yos, And
Recommended Cross Link Surgery At A None Secure
Facility, I Was Not Aware Nor Informed Until 3-28-22 On follow Up Visit

| DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|
| **APR 0 5 2022** |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

#### PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____
☒ Refer HSR to: ☒ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____
☑ Refer for copies only: 4/5/22 a. York th　　☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): _____　　☐ Other: _____

COMMENT / INFORMATION

I see this in record. Msg sent to Dr. Sykowrty
Assoc Medical Director, will enter order if no prior
auth Needed.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Charles Donbush APNP | 4/6/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I.) | Nw I-20 | 4-3-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) Initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
|  |  |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

On My Visit To UW Health On 3-28-22 They Recommended
I Get Cross Link Surgery To Stop The Keratoconus from
Damaging My Corneal Causing A Full Replacement of The
Corneal. Prior Recommendations Where Not Followed Up On.

**DATE RECEIVED:**
TO BE STAMPED BY HSU

**APR 05 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                              ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

**COMMENT / INFORMATION**
Repeat request.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York rn | 4/5/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00709

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun (W.C.I) | Nw I. 20 | 4-3-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- . Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

On 3-1-22 Records Indicate I Informed HSU that I Was In Need of A New Pair of Glasses In Which I Have Still Not Recieved. On 3-28-22 UW Health Updated My Prescription, and Also Recommended Glasses, And Also Cross Link Surgery

| DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|
| APR 0 5 2022 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____ ☐ Other:

COMMENT / INFORMATION

You are on the optical waiting list.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 4/5/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00710

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

## ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | I-20 | 3-2-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION
AGREEMENT BY PATIENT:
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Glasses Prescription Is No Longer The Same
And Is Also Expired. Due to My Rare Disease
Known As Cornea Ectasia My Vision Is Getting
Worse Causing A Change In My Script, I Need A New Exam

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| | MAR 04 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY
HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____
☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☑ Optical ☐ Other:
☐ Refer for copies only                    ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): _____   ☐ Other:

COMMENTS / INFORMATION
On Optical Waiting list.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 3/19/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I) | Nw I-20 | 3-1-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta J*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Eyes Has Been Bringing About Migrains Due To The Brightness of Natural Light, And Also Fluorescent Lightning In The Cell Room. My Vision Has Also Been Going Out For About A 3-5 Second Time Frame At Any Given Moment. Blindness

DATE RECEIVED:
TO BE STAMPED BY HSU

**MAR 03 2022**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____   C YW

☑ Scheduled to be seen in HSU: ☐ ACP ☒ RN/LPN ☐ Special Needs Evaluation ☒ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other:

COMMENTS / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 3/3/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00712

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nw I-20 |

DATE
FECHA

3-1-22

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☐ Interview *Entrevista*    ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I Need A New Pair of State Issued Prescription Glasses or To Have My Current Pair Repaired. During A Cell Search On 3-1-22 Lt. Kanard Entered My Room And Broke An Arm off My Glasses. It Is Well Documented That My Glasses Are Needed to be Worn At All times In Order for Me To See. I Have A Rare Disease Called Cornea Ecstasia And Is Currently Going To UW Madison For Surgery, And Etc For My Eyes. I Need New Glasses

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea*
## DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
  *Usted sera entrevistado*
☐ Information to Follow
  *Informacion Sera Proveida*
☐ Request Referred To:
  *Solicitud Refereida A:*

Date:
Fecha:

MAR 03 2022

Time:
Hora:

Information/Comment:
*Informacion/Comentario:*  Optical waiting list @ WCI for new glasses.

Signed *Firmado*

Department *Departamento*

JENNINGS, DAMONTA D
7/31/1996

**\* Auth (Verified) \***

TO:
A: Damonta Jennings
NUMBER:
NUMERO: 669475
UNIT:
UNIDAD de VIVIENDA: Nw I-20
DATE:
FECHA: 3-1-22

FOLD *DOBLE*

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

FOLD *DOBLE*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

**INTERVIEW/INFORMATION REQUEST**
*SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: Optical
DEPARTMENT:
DEPARTAMENTO: HSU
DATE:
FECHA: 3-1-22

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

WCI

Bates 00714

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
| --- | --- | --- |

### ⟸ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⟸

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| --- | --- | --- |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-20 | 2-28-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                           DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☑ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I would like to review all file available. Specifically Dental And Optical.

DATE RECEIVED:
TO BE STAMPED BY HSU

**MAR 01 2022**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU:  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only                    ☑ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____  ☐ Other: 3/03/22

COMMENTS / INFORMATION

Completed file Review
Did request
Copies
18 Copies total
LR MPAA
2.70 charged

| PRINT STAFF NAME | | DATE OF HSU RESPONSE |
| --- | --- | --- |
| ABreckenke | | 3/1/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

000669475
201806210836669475

* Auth (Verified) *

TO:
A: Damonta Jennings
NUMBER:
NUMERO: 669475
UNIT:
UNIDAD de VIVIENDA: Nw I-20
DATE:
FECHA: 2-23-22

FOLD *DOBLE*

DESCARGO DE **RESPONSABILIDAD** (Disclaimer)

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

FOLD *DOBLE*

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
### *SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: Optical
DEPARTMENT:
DEPARTAMENTO: HSU
DATE:
FECHA: 2-23-22

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

Bates 00716

000669475
201806210836669475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | UW I-20 |

DATE
FECHA
2-23-22

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☐ Interview *Entrevista*    ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

My Prescription for my Glasses does not have on it my Pupillary Distance which is needed to Order my own personal glasses.
If You can Provide me my Pupillary Distance I would Appreciate It.
Thank You

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
  *Usted sera entrevistado*
☐ Information to Follow
  *Informacion Sera Proveida*
☐ Request Referred To:
  *Solicitud Refereida A:*

Date: **FEB 2 5 2022**   Time:
Fecha:                    Hora:

PD G7  AS 8/3/21

Information/Comment:
*Informacion/Comentario:*

Signed *Firmado*                    Department *Departamento*

Bates 00717

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nw I-20 | 2-23-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST     ☑ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Am unable to order my own personal glasses due to lack of info my prescription is for distance. Right Sphere -3.00 Cylinder +5.25 Axis 162 Left Sphere -3.00 Cylinder +5.25 Axis 019 what is my Pupillary Distance?

DATE RECEIVED:
TO BE STAMPED BY HSU

**FEB 2 5 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☑ Optical ☐ Other:

☐ Refer for copies only     ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____     ☐ Other:

COMMENTS / INFORMATION

PD 67   HOW OLD IS YOUR SCRIPT?

YOUR SCRIPT DOES NOT MATCH

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

| | | |
|---|---|---|
| **DEPARTMENT OF CORRECTIONS**<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | NW I-20 | 1/11/22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                                    DATE OF SERVICE

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☒ INFORMATION
☒ OTHER: Why Am I Still on Quarantine / Isolation?

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

According to my most recent test results I tested
negative for Covid-19. However I Am Still On Quarantine
Status even after 16 Days And testing negative by
the national guards. Apparently you haven't updated your quarantine list

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

**JAN 1 3 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only                         ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENTS / INFORMATION
According to the list in our database It says you are on
day 7 of quarantine.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 1/13/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00719

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

(Follow Up)

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| W.C.I | Nuxh I-20 | 12-8-2021 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                     DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below).

☐ PSYCHIATRIST    ☐ INFORMATION    (Follow Up)

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Optical Prescription Is For Distance. However I need A proper prescription for reading so I can purchase A pair of reading glasses. My Current Perscription Not for reading.

DATE RECEIVED:
TO BE STAMPED BY HSU

DEC 1 0 2021

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☑ Scheduled to be seen in HSU: ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☑ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):                ☐ Other:

COMMENTS / INFORMATION

Optical Waiting list

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 12/10/21 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

Bates 00720

**\* Auth (Verified) \***

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

**ē NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| WCI | BHU B213 | 8-20-21 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

On My Feet I Have extra _____ _____ sores. _____

| | DATE RECEIVED:
TO BE STAMPED BY HSU |
|---|---|
| | **AUG 2 1 2021** |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☑ Scheduled to be seen in HSU: ☐ ACP  ☑ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to: ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENTS / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 8/21/y |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

PRINT LAST NAME: _Jennings_    PRINT FIRST NAME: _Damonta_    DOC NUMBER: _669475_

FACILITY NAME: _Waupun_    HOUSING UNIT: _NW L-11_    TODAY'S DATE: _7-27-21_

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _Damontos_

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☑ INFORMATION

☑ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I would like to know father I'm able to receeve a pair of prescription glasses from the state/ Waupun. I do have a specific requirement

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUL 2 9 2021**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): ___

☑ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☑ Optical ☐ Other: ___

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☑ Other: ___

☐ Refer for copies only                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): ___    ☐ Other: ___

COMMENTS / INFORMATION: _You are still on the optical waiting list_

PRINT STAFF NAME: _Ann York N_    DATE OF HSU RESPONSE: _7/29/21_

_4 3 4 2 5 8 3 0 0 4 5 8 6_
_6 5 1 6  0 9 2 4  2 4 6_

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
## *SOLICITUD PARA INFORMACION / ENTREVISTA*

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME / NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER / NUMERO DEL/LA OFENSOR(A) | LIVING UNIT / UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nweh 1-11 |

DATE
FECHA

6-11-21

☐ Interview *Entrevista*    ☐ Information *Informacion*

### STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
### *INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I have A Prescription for Glasses, And I Would Like To Buy Them From An Outside Vendor, And Ship Them In. I Would like To Know The Max Amount I Am Allowed To Spend On Frames And Rather I Need The Receipt or Not. How Do I Go About Sending Them In And Bfc.

---

**(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea***
### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
   *Usted sera entrevistado*

Date: / Fecha: **JUN 1 3 2021**   Time: / Hora: _____

☐ Information to Follow
   *Informacion Sera Proveida*

☐ Request Referred To:
   *Solicitud Refereida A:*   GLASSES CAN BE BOUGHT FROM

Information/Comment:
*Informacion/Comentario:*   ANY VENDOR THAT SELLS GLASSES.
RECEIPT NEEDED, FRAMES $125.00 OR LESS,
NO TINT UNLESS INDICATED BY PROVIDER, TRANSITION
ALLOWED

Signed *Firmado*                    Department *Departamento*

* Auth (Verified) *

TO:
A: Damonta Jennings

NUMBER:
NUMERO: 669475

UNIT:
UNIDAD de VIVIENDA: Nwch L-1

DATE:
FECHA: 6-11-21

FOLD *DOBLE*

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no puedan leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

FOLD *DOBLE*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
## *SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: Property

DEPARTMENT:
DEPARTAMENTO: Property

DATE:
FECHA: 6-11-21

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

WCI

Bates 00724

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun (WCI) | Nwch L-11 | 6-5-21 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                     DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES ☐ HEALTH CARE RECORD REVIEW ☑ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST ☑ INFORMATION   Optical Prescription for Glasses

☐ OTHER: _____   Given On 6-2-21 from UW Madison.

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

UW Madison Prescribed Me With A Prescription for Glasses On 6-2-21 And I Have Yet To Receive Any Information About This. I Need To Be Given A Copy of This Prescription Info. So I Can Purchase My Own Glasses.

| DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|
| JUN 0 7 2021 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☑ MPAA ☐ Optical ☐ Other:

☑ Refer for copies only          AH 6/7/21          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____   ☐ Other:

COMMENTS / INFORMATION

First Copy of prescription for glasses are free. after that its .15 cents a copy. for MPAA

6/07/2021

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

### ē NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Much L-11 | 5-24-21 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST     ☑ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

It has been well over 3weeks, and also past 30 days for me to take the 2nd vaccine Shot. I would like to know when Am I scheduled to take my 2nd dose?

| DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|
| MAY 2 6 2021 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☑ Scheduled to be seen in HSU: ☐ ACP  ☑ RN/LPN  ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical ☐ Other:

☐ Refer for copies only          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____     ☐ Other:

COMMENTS / INFORMATION

Appointment dates are not given out

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick RN | 5/26/21 |

**DISTRIBUTION**: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS | HEALTH SERVICE REQUEST | WISCONSIN |
|---|---|---|
| Division of Adult Institutions | AND COPAYMENT DISBURSEMENT AUTHORIZATION | Adm. Code |
| DOC-3035 (Rev. 2/2019) | | Ch. DOC 316 |

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun | Nwch L-11 | 4-21-21 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Being That The Bright Lights Through Out The
Institution Has A Negative Effect On My Eye
Sight and Also Cause Me Migrains Due To
My Diagnosis of Corneal Estasia Can My Shades Be Prescription?

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

'APR 2 3 2021

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☑ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☑ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only                ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____     ☐ Other: _____

COMMENTS / INFORMATION
You will have to see optical about possible lense tint

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 4/23/21 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00727

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| --- | --- | --- |
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nwch L-11 | 3-14-21 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:
I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
| --- | --- |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Eyes Continue To Cause Me Pain, And My Vision Is Now Getting Worser By The Day. First It Was Blurry, But Now Im Also Seeing White Dots In My Visions. Little Specs of Light or Some Sort, Also Migraines

DATE RECEIVED:
TO BE STAMPED BY HSU

MAR 17 2021

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☑ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☑ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____  ☐ Other:

COMMENTS / INFORMATION
The eye doc made a referral for you to go see an outside eye specialist at UW. You were seen for above concerns 3/15/21 by RN Larson.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| --- | --- |
| Ann York RN | 3/17/21 |

DISTRIBUTION: Original — Internal Paper Record, PR Patient Request Folder; Official Record — Business Office File; Copies (2) — Inmate Patient

WCI

Bates 00728

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## ☛ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☚

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nwch L-11 | 3-12-21 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Eyes Are Constantly Causing Me Headache's,
My Vision Is Getting Very Blury, I Was Informed I
Have A Rare Medical Condition Pertaining To My Eyes
And I Believe It's Getting Worse Very Fast. Very Fast

DATE RECEIVED:
TO BE STAMPED BY HSU

MAR 1 4 2021

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU:  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: _____

☐ Refer for copies only    ☐ Refer for Health Care Record review appointment.

☒ Educational material attached (Specify): Corneal Ectasia from Vision Center.Org    ☐ Other: _____

COMMENTS / INFORMATION

Seen 3-11-21, referred to ophthalmology
being arranged.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick RN | 3/11/21 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00729

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

| é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐ |
|---|

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun | Nwch L-11 | 3-12-21 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☑ INFORMATION
☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I Would Like A More In Depth Conversation About
This Rare Medical Condition Pertaining My Eye Sight
That I Was Recently 3-11-12 Diagnosed With. I Was
Told Very Little About A Critical Matter. It's Chances Im Going Blind

| DATE RECEIVED: TO BE STAMPED BY HSU |
|---|
| MAR 1 4 2021 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other:

**COMMENTS / INFORMATION**

See other request

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick RN | 3/14/21 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

| **DEPARTMENT OF CORRECTIONS**<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

**⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nwch L-11 | 2.12.21 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: Eye Exam

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| I need to have my eyes examined, and to also take an eye test in order to determine the appropriate prescription glasses needed | FEB 15 2021 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☒ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☒ Optical ☐ Other: ____ GAVick

☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☒ Optical ☐ Other:

☐ Refer for copies only   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENTS / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick, RN | 2-15-21 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00731

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

| **DEPARTMENT OF CORRECTIONS**<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nwch I 4 | 1-29-20 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| I Have Been Eating The Food Provided By Waupun And Also Canteen Food, But I'm Constantly Losing Weight. I AM NOT STR3SSING NOR D3PR3SS3D | **DATE RECEIVED:**<br>**TO BE STAMPED BY HSU**<br><br>JAN 30 2020 |
|---|---|

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☑ Scheduled to be seen in HSU: ☐ ACP ☑ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____

☐ Refer for copies only  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____ ☐ Other: _____

**COMMENTS / INFORMATION**

appointment will be scheduled

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Cushomp | 1/30/2020 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00732

## Health Service Request

Performing Locations
*1:      This test was performed at:
         WCI Lab