IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**CERTIFICATE OF SERVICE**

**Case Name:**      ***Damonta Jennings v. Charles Dombeck, et al.***
**Case No.**      **2022CV01205**

      I hereby certify that on November 17, 2025, I electronically filed the following with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

- **STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S DISPUTED PROPOSED FINDINGS OF FACT (DKT. 88)**

      I further certify that I have directed our designated Paralegal to mail the above documents by First-Class Mail to the following non-CM/ECF participant:

Damonta D. Jennings #669475
Waupun Correctional Institution
200 South Madison Street
P.O. Box 351
Waupun, WI 53963-0351

<u>**s/Aliya Michelic**</u>
ALIYA MICHELIC
PARALEGAL