

WESLEY E. HASLAM
weh@kravitlaw.com

KRAVIT ▪ HOVEL & KRAWCZYK s.c.
ATTORNEYS

TELEPHONE 414 ▪ 271 ▪ 7100
825 NORTH JEFFERSON
MILWAUKEE WISCONSIN
53202 ▪ 3737
FACSIMILE 414 ▪ 271 ▪ 8135
www.kravitlaw.com

November 18, 2025

<u>**VIA ELECTRONIC FILING**</u>

Honorable J.P. Stadtmueller
United States Courthouse Room 471
517 East Wisconsin Avenue

> Re: *Damonta Jennings v. Charles Dombeck, et al.*
> *E.D. of Wisconsin Case No. 22-CV-1205*

Dear Judge Stadtmueller:

On November 3, 2025, I submitted two response briefs in case No. 22-CV-1205. (Dkt. Nos. 89, 90). Defendants submitted separate reply briefs that both argue the response brief is deficient due to a failure to comply with the scheduling order and Local Rules. Defendants state that I should have responded to their proposed disputed facts and ask that this Court accept these facts as true. (Dkt. No. 91 at 3-4; Dkt. No. 95 at 1-2). Defendants further ask that this Court disregard the Plaintiff's proposed disputed facts.

This Court's scheduling order states that the parties should submit a joint statement of facts and that "the Court will only consider the single, agreed-upon statement of facts." (Dkt. No. 63, p.4). Any disputed facts must be written in list form and filed by the movant at the time the motion is due. (*Id.*) This Court's scheduling order further states submission of a list of disputed facts does not mean "that either party concedes that any itemized disputed fact is material or genuinely disputed." (Id. at p.5). I understood this to mean that this Court's scheduling order superseded the Civil L.R. 56(b)(1) regarding how the joint statement of facts and disputed facts are presented to this Court. Accordingly, I did not dispute the Proposed Statement of Facts submitted by opposing counsel, as would be normally required under Civil L.R. 56(2)(B).

Further, I was presented with a first draft of the Defendant South's Joint Statement of Facts on October 1, 2025, two days before it was due. I received a version with both Defendants' facts on October 2, 2025, one day before it was due. I received

Defendants' disputed facts only via e-filing. I assumed that those disputed facts constituted the defendants' itemized list of disputed facts and did not require a response. Perhaps this was an error on my part.  If so, I apologize for not clarifying the record for this Court's review of the summary judgment motions.

Very truly yours,

s/ *Wesley E. Haslam*

Wesley E. Haslam

WEH:lrg
cc: All counsel of record via e-filing