UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAMONTA JENNINGS,

      Plaintiff,

  v.

CHARLES DOMBECK, et al.,                       Case No. 22-cv-01205

      Defendants.

---

## DEFENDANT BETHANY SOUTH'S NOTICE OF MOTION AND RENEWED MOTION FOR SUMMARY JUDGMENT

---

NOW COMES Defendant, Bethany South, by her attorneys, Axley LLP, by Attorney Cecilia A. Heberling, and hereby moves the Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment in favor of Defendant Bethany South. This Renewed Motion for Summary Judgment is supported by the accompanying Memorandum of Law in Support of Defendant Bethany South's Renewed Motion for Summary Judgment, the parties' Joint Agreed Upon Proposed Findings of Fact, the parties' Joint Disputed Proposed Findings of Fact, supporting affidavits and declarations, deposition transcripts, and the pleadings of record.

Dated this 20th day of January, 2025.

AXLEY LLP

*Electronically signed by Cecilia A. Heberling*
Cecilia A. Heberling, SBN: 1118904
Attorneys for Defendant Bethany South
Suite 200, 2 East Mifflin Street (53703)
Post Office Box 1767
Madison, WI 53701-1767
Telephone: 608.257.5661
Facsimile: 608.257.5444
Email: cheberling@axley.com