DAMONTA JENNINGS,

Plaintiff,

v.

CHARLES DOMBECK, et al.,                                    Case No. 22-cv-01205

Defendants.

### JOINT DISPUTED PROPOSED FINDINGS OF FACT IN SUPPORT OF DEFENDANT BETHANY SOUTH AND STATE DEFENDANTS' RENEWED MOTIONS FOR SUMMARY JUDGMENT[1]

NOW COME Plaintiff, Damonta Jennings ("Jennings"), by his attorneys, Kravit, Hovel & Krawcyzk, s.c., by Attorney Wesley E. Haslam, Defendant, Bethany South ("Dr. South"), by her attorneys, Axley LLP, by Attorney Cecilia A. Heberling, and Defendants Mary Moore, Charles Dombeck, Robert Weinman, Ashley Haseleu, Daniel La Voie, Laura Sukowaty (collectively "State Defendants"), by their attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorney Jonathon Davies, and submit the following Joint Disputed Proposed Findings of Fact in Support of Dr. South and State Defendants' Renewed Motions for Summary Judgment.

Plaintiff's Disputed Proposed Fact 1: From February 21, 2021 through August 24, 2022, Jennings submitted over twenty-two Health Services requests concerning his eye condition, lack

---

[1] Certain facts have been proposed solely for purposes of summary judgment. Should this matter proceed beyond the summary judgment stage, the parties reserve the right to present evidence which may contradict or rebut certain facts presented, and preserve the right to challenge the admissibility or relevance of certain evidence cited herein.

of corrective lenses, and/or the recommended treatment. (Declaration of Wesley Haslam ["Haslam Dec."] ¶ 9, Exhibit 6).

RESPONSE: Defendants dispute this fact because it is not supported by a specific reference to affidavits, declarations, or parts of the record. *See* Civil L.R. 56 (1)(c) – (d); Fed. R. Civ. P. 56 (c). Defendants further dispute because the cited document is hearsay, is not properly authenticated, and lacks foundation because the deponent lacks personal knowledge to make statements regarding the truth of the matters contained therein and in the proposed fact. *Id;* Fed. R. Civ. P. 56 (e); Fed. R. Evid. 801 (c); Fed. R. Evid. 901. Further, the fact is compound, vague, and is not supported by the cited, inadmissible evidence.

Plaintiff's Disputed Proposed Fact 2: An internal investigation of Jennings' complaint was conducted and a report was written on September 8, 2022. (Haslam Dec. ¶ 7, Exhibit 4.)

RESPONSE: Defendants dispute this fact because it is not supported by a specific reference to affidavits, declarations, or parts of the record. *See* Civil L.R. 56 (1)(c) – (d); Fed. R. Civ. P. 56 (c). Defendants further dispute because the cited document is hearsay, is not properly authenticated, and lacks foundation because the deponent lacks personal knowledge to make statements regarding the truth of the matters contained therein and in the proposed fact. *Id;* Fed. R. Civ. P. 56 (e); Fed. R. Evid. 801 (c); Fed. R. Evid. 901. Further, the fact is vague, compound, and is not supported by the cited, inadmissible evidence.

Plaintiff's Disputed Proposed Fact 3: The September 8, 2022, report indicates that on May 9, 2022, Dr. South canceled the corneal cross-linking order, that she reordered the procedure on May 16, 2022, and that Defendant Mary Moore received the treatment recommendations from off-site providers and did not order the treatment. (Haslam Dec. ¶ 7, Exhibit 4.)

RESPONSE: Defendants dispute this fact because it is not supported by a specific reference to affidavits, declarations, or parts of the record. *See* Civil L.R. 56 (1)(c) – (d); Fed. R. Civ. P. 56 (c). Defendants further dispute because the cited is hearsay, is not properly authenticated, and lacks foundation because the deponent lacks personal knowledge to make statements regarding the truth of the matters contained therein and in the proposed fact. *Id.*; Fed. R. Civ. P. 56 (e); Fed. R. Evid. 801 (c); Fed. R. Evid. 901. Further, the fact is vague, compound, and is not supported by the cited, inadmissible evidence.

Dated this 20th day of January, 2025.

JOSHUA L. KAUL                                   KRAVIT, HOVEL & KRAWCZYK, S.C.
Attorney General of Wisconsin


***s/Jonathon Davies***                          ***s/ Wesley E. Haslam***
Jonathon Davies                                  Wesley E. Haslam
Assistant Attorney General                       State Bar #1121993
State Bar # 1102663
*Attorneys for State Defendants*                 *Attorney for Plaintiff Damonta Jennings*
Wisconsin Department of Justice                  Kravit, Hovel & Krawczyk, s.c.
Post Office Box 7857                             825 N. Jefferson St., 5th Floor
Madison, Wisconsin 53707-7857                    Milwaukee, WI 53202
(608) 267-2070                                   (414) 271-7100
(608) 294-2907 (Fax)                             (414) 871-8135 (Fax)
Jonathon.davies@wisdoj.gov                       weh@kravitlaw.com

AXLEY LLP

***s/ Cecilia A. Heberling***
Cecilia A. Heberling
State Bar #1118904
*Attorneys for Defendant Bethany South*
Suite 200, 2 East Mifflin Street (53703)
Post Office Box 1767
Madison, WI  53701-1767
(608) 257-5661
(608) 257-5444 (Fax)
cheberling@axley.com