DAMONTA JENNINGS,

        Plaintiff,

v.                                Case No. 22-cv-1205

CHARLES DOMBECK, ET AL.

        Defendant.

## DECLARATION OF WESLEY E. HASLAM

I, Wesley E. Haslam, declare under penalty of false swearing under the law of Wisconsin that the foregoing is true and correct:

1. I am an adult resident of Wisconsin.

2. I am an attorney who is duly licensed and authorized to practice law in the State of Wisconsin.

3. I am an attorney at the law firm of Kravit, Hovel, & Krawczyk, s.c., and I am the attorney representing Damonta Jennings in this matter.

4. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts of the deposition testimony of Defendant Bethany South.

5. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts of the deposition testimony of Defendant Laura Sukowaty.

6. Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts of the deposition testimony of Defendant Mary Moore.

7. Attached hereto as **Exhibit 4** is a true and correct copy of

relevant excerpts of the deposition testimony of Plaintiff Damonta Jennings.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts of Plaintiff's medical records obtained from Valley Eye Associates.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts of the Plaintiff's medical records from the Wisconsin Department of Corrections.

10.      Attached hereto as **Exhibit 7** is a true and correct copy of the July 21, 2025 declaration of Dr. Kevin Kurt.

*/s/ Wesley E. Haslam*
Wesley E. Haslam

Signed on January 16, 2026 in Milwaukee County.