EXHIBIT 1

Bethany A. South, OD 8/5/2025                                    15

A.   You did.

Q.   Okay.  What is corneal ectasia?

A.   It's a thinning disease of the cornea.

Q.   Of the cornea?

A.   Yeah.

Q.   Now, does keratoconus -- did I say that right?

A.   You did.

Q.   Does keratoconus fall under -- is that a form of corneal ectasia?

A.   It is.

Q.   How is it a -- what is keratoconus specifically?

A.   It's a thinning disease of the cornea that causes it to bulge in specific ways.  That's probably the most concise way to say it.

Q.   And what does it mean if keratoconus is unstable?

A.   I don't know how someone else might have used that term.

Q.   Okay.  Have you ever heard of unstable keratoconus before?

A.   I could guess what they mean by it or infer, but I -- what they're inferring.  But I don't --

Q.   It's okay if you don't know.  That's fine.

     What does it mean if keratoconus is progressive?

A.   It means it's progressing.

Q. Does that mean it's getting worse, I suppose? Does that mean that it's -- strike that.

Is keratoconus degenerative?

A. Typically.

Q. And just for the -- to be clear on the record, what is -- what does degenerative mean?

A. Typically, getting worse.

Q. Getting worse.

And what are the symptoms of keratoconus?

A. Blurred vision.

Q. And when it gets worse, can you walk me through the progression of keratoconus from the first symptoms up until if it goes untreated?

A. Each case is going to be wildly different.

Q. Okay. Let's take a worst-case scenario.

What would -- how would it typically start?

A. The patient might notice blurred vision. At that point, they should get their eyes checked. And the doctor would pick up -- through different measurements the doctor would be able to see the irregularities.

And then at that point, different testing should be done, which is what we sent this patient for, a topography, and that gives more detailed information about the thinning, where it is, how

steep it is.

Are you asking about treatments or just the -- what might be -- from there if it becomes too thin, then we're talking about procedures that can either, hopefully, slow the progression, but there's nothing that is guaranteed to work.

Q. Before we talk about treatments, I just kind of want to get a good idea of how the -- how keratoconus progresses or, you know, what -- like what -- if you say it's degenerative, meaning it gets worse, so you said it starts with blurry vision.

What happens next after blurry vision if it goes untreated?

A. Potentially a corneal transplant at the very worst-case scenario. I've had -- yeah. I think a corneal transplant would be the end of that.

Q. So corneal transplant is a form of treatment, correct?

A. Yes.

Q. So what if someone doesn't get a corneal transplant?

A. They would have to --

Q. What happens to them?

A. They would have very blurry vision.

Q. Can it lead to permanent vision loss?

A. Can keratoconus or transplant?

Q. Keratoconus.

A. If a person chose not to treat it, then, yes, the vision would be permanently -- kind of like if you didn't put your glasses on, you'd be permanently unable to see.

Q. And I understand you said that keratoconus can be vastly different in different patients.

Does -- does it progress more quickly in some patients than others?

A. I don't have the knowledge for that question. I don't know.

Q. Okay. Do you know how it -- a timeline of how it typically progresses?

A. No.

Q. So we were talking about treatments a little bit.

What are the treatments for keratoconus?

A. A person could do corneal cross-linking or corneal transplants.

Q. Say that last part again. I'm sorry.

A. Corneal transplant.

Q. Corneal transplant.

Are those the only two treatments for keratoconus?

A.   In the State of Wisconsin.

Q.   So where does your knowledge of corneal cross-linking come from?

A.   My education.

Q.   And based on your knowledge of corneal cross-linking, is it typically used to treat keratoconus?

A.   Yes.

Q.   Is that the typical course of treatment for a person with keratoconus?

A.   It can be.

Q.   If keratoconus progresses, and as we established that means it gets worse, will corneal cross-linking become less effective?

A.   Yes.

Q.   And if corneal cross-linking is ineffective, what's the next step in treating keratoconus?

A.   That would be up to a surgeon to decide.

Q.   You told me before that there were two main treatments for keratoconus, which was corneal cross-linking and a corneal transplant; is that correct?

A.   Yes.

Q.   What is a -- what does a corneal transplant entail?

A. For some patients.

Q. Could it lead to total vision loss?

A. No.

Q. Was there ever a period of time after Jennings's diagnosis with keratoconus that you didn't see him for over a year?

A. If he wasn't on the schedule, then that's possible.

Q. Did Jennings ever receive a corneal transplant?

A. I believe so.

Q. Did you have anything to do with the approval of that procedure?

A. No.

Q. And when I say "approval" here, I'm referring to it in the same context we talked about before, which is where you clicked the button on the form.

A. Correct. No. I had no part in that.

Q. And do you know if Mr. Jennings received the corneal transplant because corneal cross-linking was not effective?

A. I don't know about his corneal transplant, anything related to that.

Q. As an optometrist, would you say that corneal cross-linking is the standard for keratoconus?

A. Yes.

Q. Did you have any issues with the prison not approving -- strike that.

You told me before that you were under the impression that the prison -- that the Wisconsin Prison System would not approve corneal cross-linking, correct?

A. Yes.

Q. And you also testified that corneal cross-linking is the standard of care for keratoconus, correct?

A. Yes.

Q. And as an optometrist, as a doctor, did you ever have an issue with the prison system not abiding by the standard of care for this issue?

A. Define "issue."

Q. Keratoconus.

A. No. No. Do I have a -- you asked if I had an issue with it. Define "issue."

Q. Thanks. I'm going to repeat that question.

On a professional level, did it bother you that the prison system was not abiding by the standard of care because they wouldn't allow corneal cross-linking for keratoconus?

A. I don't have personal opinions about work.

Q. As a doctor, do you have an obligation to provide medical care at a -- at a standard --