A    Yes, I was aware of that.

Q    And when he -- you're aware that he went and saw Dr. South, an optometrist who was working for Waupun also, correct?

A    Yes.

Q    And did you have any role to play in ensuring that Mr. Jennings got to go see Ms. -- Dr. South?

A    No.

Q    Who handled that?

A    Well, the -- you know, if it was an eye problem when the nurses do the review of the HSR slips, if it's an eye concern, it goes right to the optometrist's mailbox and then they handle that.

Q    Okay.  And were you aware that she stated in her visit of Mr. Jennings, her first visit with Mr. Jennings, Dr. South stated that she suspected corneal ectasia?

A    No.

Q    When did you become aware of that?

A    I don't know if I ever became aware of it.

Q    Okay.  And are you aware that -- I guess you know that Mr. Jennings had to go to an outside provider for treatment of this, correct?