**EXHIBIT 6**


JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

### ⬉ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⬅

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.1 (Waupun) | Nch B-5 | 8-24-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Received Documentation That The x Cross link Surgery Had Been Rescheduled. Was This Decision Made By W.C.1/HSU or By Valley Eye Associations? And Why?

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

AUG 2 6 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

COMMENT / INFORMATION

Rescheduled due to security breach of appt date.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 8/26/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00663

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | RHU B-107 | 8-19-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                         DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I Have Signed The Consent Forms To Undergo
Crosslinking Surgery of Both Eyes In Less Than 1 Week
From Today's Date. Due To The Risks And The Fact That
I Will Be Wearing Eye Patches, Im At A Higher Level of

| DATE RECEIVED: TO BE STAMPED BY HSU |
|---|
| AUG 2 1 2022 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE   –   TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☒ Other: Special Needs Review

☐ Refer for copies only:                          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____          ☐ Other:

COMMENT / INFORMATION

_____

PRINT STAFF NAME                                   DATE OF HSU RESPONSE

Gwendolyn A. Vick RN                                8/21/22

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00667

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### ⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | DAMONTA | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | RHU B-107 | 8-19-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonte*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                        DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES      ☐ HEALTH CARE RECORD REVIEW      ☑ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST      ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would Like 2 Copies of Each of The 4 forms From Valley Eye Associations About The Risks, Benifits, And Etc Which I Signed On 8-19-22 For My Surgery. I Give Consent To Pay & Deduct The Cost of Copies. Disbursements Not Availe At Time

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

AUG 2 1 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☒ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☒ MPAA  ☐ Optical  ☐ Other: CMCW 8/21/22

☐ Refer for copies only:                                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):              ☐ Other:  8/22/22

COMMENT / INFORMATION

Total there is 6 pages you only want the first 4?

PRINT STAFF NAME                                    DATE OF HSU RESPONSE

Here's a disbursment to sign & send back

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I (Wacupun) | RHU B-107 | 8-16-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _Damonta_

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Due to the Rare Eye Disease I Have, I Am Unable To See In The Dark Causing Me To Sleep With The Light On 24/7 Which Disturbs My Cellmates, I Also Have To Undergo Eye Surgery. For These Reasons Im Recommending A Single Cell

DATE RECEIVED:
TO BE STAMPED BY HSU

**AUG 1 7 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☑ Scheduled to be seen in HSU ☐ ACP ☑ RN/LPN ☑ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION

PRINT STAFF NAME          DATE OF HSU RESPONSE
Ann York RN          8/17/22

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00684

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366694475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

OFFENDER NAME
NOMBRE DEL/LA OFENSOR(A)

Damonta Jennings

DOC NUMBER
NUMERO DEL/LA OFENSOR(A)

669475

LIVING UNIT
UNIDAD DE VIVIENDA

Nwch I-20

DATE
FECHA

7-16-22

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☐ Interview Entrevista    ☐ Information Informacion

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA

The Complete Brand Multi Purpose Solution Provided By HSU Is Not Effective For My Contacts. As Stated On the Label that Brand Solution Is For Soft Contact Lens in Which I Do Not Have.
I have Scleral Contact Lens which is A Hard Plastic. Scleral Lens Needs Extra Hydration To Keep Them Soft & Comfortable. Per UW Health And the provider I Am To Use Only BioTrue Multi Purpose Solution for Cleansing, And Only Clear Care w/ HydraGlyde To Disinfect. If Not Properly Cleaned with Proper Solution it Risks infection and Also causes the Lens to Dry And Crack

(Do Not Write Below This Line) (No Escriba Debajo Esta Linea)
## DISPOSITION OF REQUEST DISPOSICION DE LA SOLICITUD

☐ You Will Be Interviewed
  Usted sera entrevistado
☐ Information to Follow
  Informacion Sera Proveida
☐ Request Referred To:
  Solicitud Refereida A:

Date:
Fecha:    JUL 1 8 2022

Time:
Hora:

Information/Comment:
Informacion/Comentario:    Issue referred on duplicate HSR to ACI, await reply

Gwendolyn A. Vogel
Signed Firmado

HSU
Department Departamento

WCI

Bates 00686

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669275 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nwch I·20 | 7-16-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☑ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

UW Health Is To Order Me An Additional Pair of Contact Lens, And I Would Like To know rather or not that order has been placed. Please Contact Dr. Amy Walker of UW Health for Answer

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| | JUL 1 8 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today   ☐ Date (if not today):

☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☐ Refer HSR to:   ☐ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other:

☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

COMMENT / INFORMATION

Yes it has

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick RN | 7/18/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00688

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nwch I.20 | 7-12-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damont*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☑ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT · HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

After A Visit To UW Health, And Also Valley Eye It Is Noted That I'm In Need of An Eye Transplant for My Left Eye, And Eventually The Left. I'm Considered legally Blind

DATE RECEIVED:
TO BE STAMPED BY HSU

**JUL 14 2022**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):  ☐ Other:

COMMENT / INFORMATION

Collagen crosslinking is ordered for your eyes.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 7/14/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

### ë NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I) | New I-20 | 6-17-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION
**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
► *Damonta*

### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)　　☐ DENTAL　　☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE　　　　　　　　　　DATE OF SERVICE

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES　　☐ HEALTH CARE RECORD REVIEW　　☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST　　☑ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

On 6-16-22 I Was Transported To WW Health
In Madison WI And Prescribed A Pair of Contact
Prescription Lenses, And The Need Supplies,
Would Like To Know If All Things Where Added To My Master Property List.

DATE RECEIVED:
TO BE STAMPED BY HSU
**JUN 19 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:　　　　　　　　　　　☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):　　　　　☐ Other:

COMMENT / INFORMATION
Added To WICS.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 6/24/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00693

\* Auth (Verified) \*

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I (Waupun) | New I-20 | 6-9-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ Damonta J

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Have Some Prescription Glasses That Are Very Loose To The Point I Can't Wear Them. They Need To Be Tighter.

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

JUN 1 0 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):
☑ Scheduled to be seen in HSU ☐ ACP ☑ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:  ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):  ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 6/10/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

**é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| W.C.I | Nw I-20 | 5-31-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *[signature]*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)　　☐ DENTAL　　☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES　　☐ HEALTH CARE RECORD REVIEW　　☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST　　☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I would like to know if the AMD has approved of the order for me to recieve Corneal Crosslink ge Surgery?

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

**JUN 02 2022**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☑ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only: 6/2/22 a. York RN　　☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):　　☐ Other:

**COMMENT / INFORMATION**

Yes, everything is scheduled. TBIRN 6/2/22

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| | |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

Bates 00695

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Adm. Code
Ch. DOC 316

**⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| W.C.I | Nw I-20 | 5-11-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES     ☐ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST         ☑ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

After Visiting HSU On 5-10-22 And Discussing My Upcoming Appt. And Recommended Surgery It Was Made Clear To Me That Corneal Cross Link Is Not Covered By The D.O.C. So therefore I am not able to Get Such Surgery While Incarcerated Correct?

DATE RECEIVED:
TO BE STAMPED BY HSU

MAY 13 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU:  ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to:  ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only                          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):              ☐ Other:

COMMENTS / INFORMATION
That appears to be Correct.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 5/13/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| W.C.I Waupun | NW I-20 | 5-11-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| I Have Very Bad Vision, and is unable to see clearly with or without glasses causing me to constantly bump into things, drop things, and lose sight of things within Eye Sight. Also causes conflicts with cellmates | **MAY 1 3 2022** |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): ☐ Other:

COMMENTS / INFORMATION

What did the eye Doctor do 5/12/22 at Madison? What are you requesting on this HSR?

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 5/13/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00697

* Auth (Verified) *

WISCONSIN

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nw I-20 |

DATE
FECHA
5-2-22

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☐ Interview *Entrevista*    ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I have corneal ectasia in both eyes, and Dr. Shilpa G. Reddy of UW Health recommended I undergo cross link surgery. This recommendation was made on 6-2-21 according to records. However, the recommendations where not followed up on. On My latest visit to UW Health I was informed by Doctors of UW Health that my condition has gotten worst and that I now needed A more Severe surgery. I feel as if im being neglected adequate health care for such a serious matter. Nothing has been done in A timely manner. Am I scheduled to have surgery? I would like an update Pertaining this matter.

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea*

## DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
Usted sera entrevistado

☐ Information to Follow
Informacion Sera Proveida

☐ Request Referred To:
Solicitud Refereida A:

Date:
Fecha: **MAY 0 5 2022**

Time:
Hora:

Information/Comment:
Informacion/Comentario:
You have a consult set up for Valley eye Associates for Crosslinking procedure. They will schedule you for the surgery some time after they have consulted you. Chart indicates UW does not do this procedure and that's why you have to consult with Valley Eye.

Signed Firmado Ann York RN

Department Departamento

WCI

Bates 00698

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nw I-20 |

| DATE FECHA | WORK ASSIGNMENT ASIGNACION DE TRABAJO |
|---|---|
| 5-2-22 | |

☐ Interview *Entrevista*    ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED.
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

Can you please tell me why I havent received A New pair of eye glasses when It has been over 2 months Since I was added to the optical waiting list. Due to the Seriousness of my eye condition I feel this should have been considered urgent instead of standard procedure. I can not See without my glasses at all. UW Health also prescribed me glasses which I havent received. My eye prescription and rare eye disease Is proof of how bad I need glasses. Im being neglected adequate Health care in a timely manner. Im Not being informed nor updated pertaining to My Eye condition. Why is this?

(Do Not Write Below This Line) (No Escriba Debajo Esta Linea)

### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
   *Usted sera entrevistado*
☐ Information to Follow
   *Informacion Sera Proveida*
☐ Request Referred To:
   *Solicitud Refereida A:*

Date: **MAY 0 5 2022**    Time:
Fecha:    Hora:

Information/Comment:
*Informacion/Comentario:*

The WCI optometry apt is scheduled soon for glasses. Optometry is not here but maybe 1x/mo or twice. We do try to triage peoples issues and get them in timely.

Signed *Firmado*: Ann York RN

Department *Departamento*: HSU

WCI

Bates 00700

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

**\* Modified \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I.) | Nw I·20 | 4-24-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| Records indicate that on March 3, 2022 I was added to the waiting list for A new Pair of Prescription Glasses that I Still Has Not Received. I Can not see or read anything more than 2-4 inches away. I Need Glasses | APR 25 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU:  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☑ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: CNRW 4/25/22

☐ Refer for copies only    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other:

COMMENTS / INFORMATION  HSU attempting to schedule. Awaiting return call from W

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| D | 4-25-22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00703

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Modified \*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (W.C.I) | Nw I-20 | 4-24-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☑ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Records Indicate that As of March of 2021
W.C.I Optical Diagnosed Me With A Rare
Condition Called Cornea Ecstasia. It Has Been Over
1 Year And I Still Has Not Had the recommended Surgery

| DATE RECEIVED: TO BE STAMPED BY HSU |
|---|
| APR 2 5 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:   ☐ Today   ☐ Date (if not today):

☐ Scheduled to be seen in HSU:   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☒ Refer HSR to:   ☐ ACP   ☒ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other: CMRW 4/25/22

☐ Refer for copies only                                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):                 ☐ Other:

COMMENTS / INFORMATION

See p.1

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

Bates 00704

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupan (W.C.I) | Nw I-20 | 4-24-22 |

### COPAYMENT DISBURSEMENT REQUEST SECTION
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
► *Damonta*

### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☑ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Would like A Copy of All My Eye Glasses Prescription, And Also All files from UW Health

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**
APR 2 5 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY
HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☒ Refer for copies only    cos W4/25/22    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other:

COMMENTS / INFORMATION
we will call you up for a file Review due to some of the UW Reports have some pages that are blank or correspondence. But your eye glass Prescription is included

| PRINT STAFF NAME | | DATE OF HSU RESPONSE |
|---|---|---|
| *illegible* MRAP. | | 4/25/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00705

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| | |
|---|---|
| **DEPARTMENT OF CORRECTIONS**<br>Division of Adult Institutions<br>DOC-643 (Rev. 4/2015) | **WISCONSIN** |

### INTERVIEW/INFORMATION REQUEST
### *SOLICITUD PARA INFORMACION / ENTREVISTA*

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME<br>*NOMBRE DEL/LA OFENSOR(A)* | DOC NUMBER<br>*NUMERO DEL/LA OFENSOR(A)* | LIVING UNIT<br>*UNIDAD DE VIVIENDA* |
|---|---|---|
| Damonta Jennings | 669475 | NW I-20 |
| DATE<br>*FECHA*<br>4-3-22 | WORK ASSIGNMENT<br>*ASIGNACION DE TRABAJO* | |

☐ Interview *Entrevista*    ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

On March 28, 2022 I Had An off-site visit at UW Health As A follow Up pertaining to A Rare Disease of the eyes called Corneal 3cstasia. Dr. Shilpa G Reddy of UW Health has recommended twice that I undergo Cross Link Surgery to avoid ~~replacement~~ further damage and replacement of the Cornea. The first recommendation was on 6/2/21. Will I be given the Surgery and provided proper health care?

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed        Date:     **APR 0 5 2022**     Time:
   *Usted sera entrevistado*       *Fecha:* _____     *Hora:* _____
☐ Information to Follow
   *Informacion Sera Proveida*
☐ Request Referred To:
   *Solicitud Refereida A:* _____

Information/Comment:
*Informacion/Comentario:*   Repeat Information.

_____

_____

_____

_____ York RN _____   HSU
Signed *Firmado*                    Department *Departamento*

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |

### ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun (W.C.I) | Nw I-20 | 4-3-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)　☐ DENTAL　☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

AUTHORIZED STAFF SIGNATURE　　　　　DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES　☐ HEALTH CARE RECORD REVIEW　☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST　☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Records Indicate that On 6-2-21 Dr. Shilpa G Reddy of UW Health Diagnosed Cornea Ectasia In Both Eyes, And Recommended Cross Link Surgery At A None Secure Facility. I Was Not Aware Nor Informed Until 3-28-22 On follow Up Visit

DATE RECEIVED:
TO BE STAMPED BY HSU

APR 0 5 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☑ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☑ Refer for copies only: 4/5/22 a. York M ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): ☐ Other:

COMMENT / INFORMATION

I see this in record. Msg sent to Dr. Svkowsty Assoc Medical Director, will enter order if no prior auth Noted.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Charles Dombuch APNP | 4/6/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00708

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## ← NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ←

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun (W.C.I) | Nw I. 20 | 4-3-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- . Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damonta

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

On 3-1-22 Records Indicate I Informed HSU that I Was In Need of A New Pair of Glasses In Which I Have Still Not Recieved. On 3-28-22 UW Health Updated My Prescription, and Also Recommended Glasses, And Also Cross Link Surgery

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

APR 0 5 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:  ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):  ☐ Other:

COMMENT / INFORMATION

You are on the optical waiting list.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 4/5/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

JENNINGS, DAMONTA D
7/31/1996

000669475
2018062108366669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun | I-20 | 3-2-22 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA) ☐ DENTAL ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES ☐ HEALTH CARE RECORD REVIEW ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Glasses Prescription Is No Longer The Same
And Is Also Expired. Due to My Rare Disease
Known As Cornea Ecstasia My Vision Is Getting
Worse Causing A Change In My Script, I Need A New Exam

| DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|
| MAR 0 4 2022 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☑ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☑ Optical ☐ Other:

☐ Refer for copies only ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): ☐ Other:

COMMENTS / INFORMATION
On Optical Waiting List.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 3/19/22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00711

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Damonta Jennings | 669475 | Nw I-20 |

DATE FECHA  3-1-22

WORK ASSIGNMENT ASIGNACION DE TRABAJO

☐ Interview *Entrevista*      ☐ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I Need A New Pair of State Issued Prescription Glasses or To Have My Current Pair Repaired. During A Cell Search On 3-1-22 Lt. Kanard Entered My Room And Broke An Arm off My Glasses. It Is Well Documented That My Glasses Are Needed to be Worn At All times In Order for Me To See. I Have A Rare Disease Called Cornea Ecstasia And Is Currently Going To UW Madison For Surgery, And Etc For My Eyes. I Need New Glasses

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*

## DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed
 *Usted sera entrevistado*
☐ Information to Follow
 *Informacion Sera Proveida*
☐ Request Referred To:
 *Solicitud Referida A:*

Date: MAR 03 2022
Fecha:

Time:
Hora:

Information/Comment:
*Informacion/Comentario:*  Optical waiting list @ WCI for new glasses.

Signed *Firmado*

Department *Departamento*

WCI

Bates 00713

* Auth (Verified) *

(Follow Up)

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| W.C.I | Nuch I-20 | 12-8-2021 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
► Damonta

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below).

☐ PSYCHIATRIST    ☐ INFORMATION    (Follow Up)

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Optical Prescription Is for Distance. However I need A proper prescription for reading so I can purchase A pair of reading glasses. My Current Perscription Not for reading

DATE RECEIVED:
TO BE STAMPED BY HSU

DEC 1 0 2021

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☑ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☑ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

COMMENTS / INFORMATION
Optical Waiting List

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 12/10/21 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00720

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun | NW L-11 | 7-27-21 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ Damantos

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☑ INFORMATION

☑ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I would like to know father I'm
able to receive A pair of
Prescription glasses from the State/
Waupun. I do have A specific requirement

DATE RECEIVED:
TO BE STAMPED BY HSU

JUL 2 9 2021

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☑ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☑ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☑ Other:

☐ Refer for copies only    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

COMMENTS / INFORMATION
You are still on the optical waiting list

7/29/21

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 4342583004586<br>6516 0924 246 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00722

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun (WCI) | Nwch L-11 | 6-5-21 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No
AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☑ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☑ INFORMATION   Optical Prescription for Glasses
☐ OTHER: _____   Given On 6-2-21 from UW Madison

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

UW Madison Prescribed Me With A Prescription
for Glasses On 6-2-21 And I Have Yet To
Receive Any Information About This. I Need To
Be Given A Copy of This Prescription Info. So I Can Purchase My Own Glasses.

DATE RECEIVED: TO BE STAMPED BY HSU
**JUN 0 7 2021**

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.
**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**
HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):
☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☑ MPAA ☐ Optical ☐ Other:
☑ Refer for copies only   At 6/7/21   ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):   ☐ Other:

COMMENTS / INFORMATION
First Copy of prescription for glasses
are free after that its .15 cents a
copy. for MPAA
6/07/2021

PRINT STAFF NAME                         DATE OF HSU RESPONSE

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00725

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

**\* Auth (Verified) \***

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

## ♦ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ♦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| Waupun | Nwch L-11 | 4-21-21 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST    ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| Being That The Bright Lights Through Out The Institution Has A Negative Effect On My Eye Sight and Also Cause Me Migrains Due To My Diagnosis of Corneal Estasia Can My Shades Be Prescription? | 'APR 2 3 2021 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

### PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____

☑ Scheduled to be seen in HSU:  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☑ Optical  ☐ Other: _____

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: _____

☐ Refer for copies only                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____        ☐ Other: _____

COMMENTS / INFORMATION
You will have to see optical about possible lense tint

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 4/23/21 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00727

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

## HEALTH SERVICE REQUEST
## AND COPAYMENT DISBURSEMENT AUTHORIZATION

**WISCONSIN**
Adm. Code
Ch. DOC 316

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nwch L-11 | 3-14-21 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                                      DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

My Eyes Continue To Cause Me Pain, And My Vision Is
Now Getting Worser By The Day. First It Was Blurry, But
Now Im Also Seeing White Dots In My Visions,
Little Specs of Light or Some Sort, Also Migraines

DATE RECEIVED:
TO BE STAMPED BY HSU

MAR 17 2021

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU:  ☐ ACP  ☐ RN/LPN  ☑ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only                          ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):          ☐ Other:

COMMENTS / INFORMATION  The eye doc made a referral for you to go see an outside
eye specialist at WWC. You were seen for above concerns 3/15/21
by TW Larson.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Ann York RN | 3/17/21 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

| DEPARTMENT OF CORRECTIONS<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | HEALTH SERVICE REQUEST<br>AND COPAYMENT DISBURSEMENT AUTHORIZATION | WISCONSIN<br>Adm. Code<br>Ch. DOC 316 |
|---|---|---|

### é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nwch L-11 | 3-12-21 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ Damonta

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                          DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES       ☐ HEALTH CARE RECORD REVIEW       ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST       ☐ INFORMATION

☐ OTHER: _____

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|
| My Eyes Are Constantly Causing Me Headaches, My Vision Is Getting Very Blury, I Was Informed I Have A Rare Medical Condition Pertaining To My Eyes And I Believe It's Getting Worse Very Fast. Very Fast | MAR 1 4 2021 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU:  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only                          ☐ Refer for Health Care Record review appointment.

☒ Educational material attached (Specify): Corneal Ectasia from Vision Center.Org    ☐ Other:

COMMENTS / INFORMATION

Seen 3-11-21, referred to ophthalmology being arranged.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick RN | 3/14/21 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00729

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

| é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐ |
|---|

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| Waupun | Nwch L-11 | 3-12-21 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ *Damonta*

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☒ INFORMATION
☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I Would Like A More In Depth Conversation About
This Rare Medical Condition Pertaining My Eye Sight
That I Was Recently 3-11-12 Diagnosed With. I Was
Told Very Little About A Critical Matter. It's Chances Im Going Blind

| DATE RECEIVED: TO BE STAMPED BY HSU |
|---|
| MAR 1 4 2021 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: _____

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: _____

☐ Refer for copies only    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify): _____    ☐ Other: _____

COMMENTS / INFORMATION

See other request

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Gwendolyn A. Vick RN | 3/14/21 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00730

JENNINGS, DAMONTA D
7/31/1996

000669475
201806210836669475

\* Auth (Verified) \*

| **DEPARTMENT OF CORRECTIONS**<br>Division of Adult Institutions<br>DOC-3035 (Rev. 2/2019) | **HEALTH SERVICE REQUEST**<br>**AND COPAYMENT DISBURSEMENT AUTHORIZATION** | **WISCONSIN**<br>Adm. Code<br>Ch. DOC 316 |

## ĕ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
| Jennings | Damonta | 669475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| Waupun | Nwch L-11 | 2·12·21 |

### COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► *Damonta*

### TO BE COMPLETED BY HSU ONLY

☐ MEDICAL (Nurse, Doctor/NP/PA)      ☐ DENTAL      ☐ OPTICAL

Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES      ☐ HEALTH CARE RECORD REVIEW      ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST      ☐ INFORMATION

☐ OTHER: Eye Exam

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I need to have my eyes examined, and to also take an eye test in order to determine the appropriate prescription glasses needed

DATE RECEIVED:
TO BE STAMPED BY HSU

FEB 15 2021

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

☒ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☒ Optical ☐ Other: GVV

☒ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☒ Optical ☐ Other:

☐ Refer for copies only      ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):      ☐ Other:

COMMENTS / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
| Gwendolyn A. Vick, RN | 2-15-21 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

WCI

Bates 00731