**EXHIBIT**

**7**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAMONTA JENNINGS,

Plaintiff,

v.

Case No. 22-cv-1205

CHARLES DOMBECK, ET AL.

Defendant.

## DECLARATION OF KEVIN KURT

1. I am an optometrist licensed by the Wisconsin Optometry Examining Board.

2. I obtained my optometry degree through The Ohio State University College of Optometry in 2007.

3. I diagnosed Damonta Jennings ("Jennings") for keratoconus on September 22, 2021.

4. I recommended corneal cross-linking as a treatment for Jennings' keratoconus on September 22, 2021.

5. It is my professional opinion that corneal cross-linking became the standard of care for keratoconus after the Food and Drug Administration ("FDA") approved corneal cross-linking to treat keratoconus.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dr. Kevin Kurt

Executed on July 21, 2025.